CO-386
10/2018

# United States District Court
# For the District of Columbia

National Public Radio, Inc., et al.  )
)
)
)
  vs       Plaintiff  )    Civil Action No. __25-1674__
)
Donald J. Trump, et al.   )
)
)
       Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __National Public Radio, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Public Radio, Inc.__ which have any outstanding securities in the hands of the public:

N/A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s Miguel A. Estrada
Signature

__456289__                              Miguel A. Estrada
BAR IDENTIFICATION NO.          Print Name

1700 M Street N.W.
Address

Washington    DC    20036-4504
City    State    Zip Code

(202) 955-8500
Phone Number