CO-386
10/2018

# United States District Court
# For the District of Columbia

National Public Radio, Inc., et al. )
)
)
)
Plaintiff )
vs )  Civil Action No. __25-1674_____
)
Donald J. Trump, et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio__ which have any outstanding securities in the hands of the public:

N/A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____/s/ Steve Zansberg_____
Signature

__26634 (Colorado) (Pro Hac Vice Pending)__
BAR IDENTIFICATION NO.

Steven David Zansberg
Print Name

100 Filmore Street, Suite 500
Address

Denver         Colorado        80206
City           State           Zip Code

(303) 564-3669
Phone Number