CO-386
10/2018

# United States District Court
# For the District of Columbia

National Public Radio, Inc., et al.

)
)
)
)
)
)                              Plaintiff    )        Civil Action No.___25-1674_____
)
vs                                          )
)
Donald J. Trump, et al.                     )
)
)
)
Defendant   )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Colorado Public Radio_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Colorado Public Radio_____ which have

any outstanding securities in the hands of the public:

N/A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

___*Steve Zansberg*_____
Signature

26634 (Colorado) (Pro Hac Vice Pending)          Steven David Zansberg_____
BAR IDENTIFICATION NO.                           Print Name

100 Filmore Street, Suite 500_____
Address

Denver          Colorado          80206_____
City            State             Zip Code

(303) 564-3669_____
Phone Number