CO-386
10/2018

# United States District Court
# For the District of Columbia

National Public Radio, Inc., et al.  )
)
)
)
                        Plaintiff    )
    vs                               )    Civil Action No. __25-1674_____
)
Donald J. Trump, et al.              )
)
)
                        Defendant    )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __KUTE Inc. d/b/a KSUT Public Radio__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __KUTE Inc. d/b/a KSUT Public Radio__ which have any outstanding securities in the hands of the public:

N/A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____ /s/ Steve Zansberg _____
Signature

26634 (Colorado) (Pro Hac Vice Pending)    Steven David Zansberg
BAR IDENTIFICATION NO.                      Print Name

100 Filmore Street, Suite 500
Address

Denver            Colorado            80206
City              State               Zip Code

(303) 564-3669
Phone Number