# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, <br><br>　　　　　　　　　*Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>　　　　　　　　　*Defendants*. | Civil Case No. 25-1674 <br><br> **MOTION FOR ADMISSION OF ATTORNEY ELIZABETH A. ALLEN** *PRO HAC VICE* |

　　　　Pursuant to Local Civil Rule 83.2(d), Plaintiffs respectfully move for the admission of attorney Elizabeth A. Allen *pro hac vice* as counsel for Plaintiff National Public Radio, Inc. (NPR) in the above-captioned case. This Motion is supported by the Declaration and Certificate of Good Standing of Elizabeth A. Allen filed herewith. As set forth in Ms. Allen's declaration, she is admitted to practice before the courts of and is an active member in good standing of the bars of the District of Columbia and Commonwealth of Virginia. There are no pending disciplinary proceedings against Ms. Allen in any state or federal court. This Motion is supported and signed by Katie Townsend, an active and sponsoring member of the Bar of this Court.

May 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Katie Townsend*
　　　　　　　　　　　　　　　　　　　　　　　　Katie Townsend (D.C. Bar No. 1026115)
　　　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3197
　　　　　　　　　　　　　　　　　　　　　　　　(213) 229-7000
　　　　　　　　　　　　　　　　　　　　　　　　KTownsend@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　*National Public Radio, Inc.*