IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>   *Defendants*. | Civil Case No. 25-1674<br><br>**PROPOSED ORDER GRANTING ADMISSION OF ATTORNEY ELIZABETH A. ALLEN *PRO HAC VICE*** |

The Court has reviewed Plaintiffs' Motion for Admission of Attorney Elizabeth A. Allen *Pro Hac Vice* (Motion). IT IS HEREBY ORDERED that the Motion is GRANTED. Elizabeth A. Allen is admitted to appear *pro hac vice* on behalf of Plaintiff National Public Radio (NPR) in the above-captioned case.

SO ORDERED.

Dated:_____       _____

United States District Judge,
United States District Court
for the District of Columbia