IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br>　　　　　　　*Defendants*. | Civil Case No. 25-1674<br><br>**MOTION FOR ADMISSION OF ATTORNEY STEVEN D. ZANSBERG *PRO HAC VICE*** |

　　　　Pursuant to Local Civil Rule 83.2(d), Plaintiffs respectfully move for the admission of attorney Steven D. Zansberg *pro hac vice* as counsel for Plaintiffs Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio (Aspen Public Radio), Colorado Public Radio (CPR), and KUTE, Inc. d/b/a KSUT Public Radio (KSUT) in the above-captioned case. This Motion is supported by the Declaration and Certificate of Good Standing of Steven D. Zansberg, filed concurrently herewith. As set forth in Mr. Zansberg's declaration, he is admitted to practice before and is an active member in good standing of the following courts and bars: Colorado, California, U.S. District Court for the District of Colorado, U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, and the Supreme Court of the United States. There are no pending disciplinary proceedings against Mr. Zansberg in any state or federal court. This Motion is supported and signed by Katie Townsend, an active and sponsoring member of the Bar of this Court.

May 27, 2025                                         Respectfully submitted,

                                                     */s/ Katie Townsend*
                                                     Katie Townsend (D.C. Bar No. 1026115)
                                                     GIBSON, DUNN & CRUTCHER LLP
                                                     333 South Grand Avenue
                                                     Los Angeles, CA 90071-3197
                                                     (213) 229-7000
                                                     KTownsend@gibsondunn.com
                                                     *Counsel for Plaintiff*
                                                     *National Public Radio, Inc.*