

# Supreme Court
## State of Colorado

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**STEVEN DAVID ZANSBERG**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **7th**

day of **March** A.D. **1996** and that at the date

hereof the said **STEVEN DAVID ZANSBERG** is in good standing

at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **16th** day of **May** A.D. **2025**

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk