IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br> *Defendants*. | Civil Case No. 25-1674 <br><br> **PROPOSED ORDER GRANTING ADMISSION OF ATTORNEY STEVEN D. ZANSBERG *PRO HAC VICE*** |

The Court has reviewed Plaintiffs' Motion for Admission of Attorney Steven D. Zansberg *Pro Hac Vice* (Motion). IT IS HEREBY ORDERED that the Motion is GRANTED. Steven David Zansberg is admitted to appear *pro hac vice* on behalf of Plaintiffs Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio (Aspen Public Radio), Colorado Public Radio (CPR), and KUTE, Inc. d/b/a KSUT Public Radio (KSUT) in the above-captioned case.

SO ORDERED.

Dated:_____                                   _____

United States District Judge,
United States District Court
for the District of Columbia