IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, <br><br>    *Plaintiffs*, <br><br>  v. <br><br> DONALD J. TRUMP, *et al.*, <br>    *Defendants*. | Civil Case No. 25-1674 <br><br> **MOTION FOR SUBSTITUTION OF MARY ANNE CARTER FOR DEFENDANT MARIA ROSARIO JACKSON** |

  Pursuant to Federal Rule of Civil Procedure 25, Plaintiffs respectfully move for an order substituting Mary Anne Carter, who currently serves as Acting Chair and Senior Advisor for the National Endowment for the Arts, for defendant Maria Rosario Jackson, who previously served as Chair of the National Endowment for the Arts. Defendant Maria Rosario Jackson resigned from her position as Chair of the National Endowment for the Arts prior to the initiation of this action. *Cf.* Fed. R. Civ. P. 25(d) (if a public officer "resigns" or "otherwise ceases to hold office while the action is pending," "[t]he officer's successor is automatically substituted as a party").

May 27, 2025

Respectfully submitted,

/s/ Miguel A. Estrada
Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com
*Counsel for Plaintiff*
*National Public Radio, Inc.*