IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Case No. 25-1674<br><br>**PROPOSED ORDER GRANTING MOTION FOR SUBSTITUTION OF MARY ANNE CARTER FOR DEFENDANT MARIA ROSARIO JACKSON** |

The Court has reviewed Plaintiffs' Motion for Substitution of Mary Anne Carter for Defendant Maria Rosario Jackson. IT IS HEREBY ORDERED that the Motion is GRANTED. Mary Anne Carter, in her official capacity as Acting Chair of the National Endowment for the Arts, is substituted for defendant Maria Rosario Jackson in the above-captioned case.

SO ORDERED.

Dated:_____                    _____
                                         United States District Judge,
                                         United States District Court
                                         for the District of Columbia