IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>                   *Plaintiffs*,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                   *Defendants*. | Civil Case No. 25-1674<br><br>**JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE FOR EXPEDITED SUMMARY JUDGMENT AND OTHER RELATED RELIEF** |

      Plaintiffs National Public Radio, Inc. (NPR), Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio (Aspen Public Radio), Colorado Public Radio (CPR), and KUTE, Inc. d/b/a KSUT Public Radio (KSUT) ("Plaintiffs"), and Defendants Donald J. Trump, Russell T. Vought, Scott Bessent, Mary Anne Carter, the Office of Management and Budget, the United States Department of the Treasury, and the National Endowment for the Arts (the "Federal Defendants") (together the "Parties") hereby respectfully move the Court for an order (i) entering an expedited briefing schedule for cross-motions for summary judgment, (ii) waiving this Court's requirement for a pre-motion letter and conference, (iii) waiving the requirement of a Rule 26(f) conference, and (iv) extending Defendants' deadline to file an answer until after the Court rules on the parties' cross-motions for summary judgment. Good cause exists for the requested relief for the following reasons:

      1.     On May 1, 2025, the President issued Executive Order 14290, "Ending Taxpayer Subsidization of Biased Media."

      2.     On May 27, 2025, Plaintiffs filed this action alleging that the Order and Defendants' implementation and enforcement of it violates federal statutes and the U.S. Constitution. ECF. 1.

1

3. On May 30, 2025, PBS and a public television station separately filed suit challenging the Order (the "PBS Action"). That case was noticed as related to this action and is also pending before this Court. *See Public Broadcasting Service v. Trump*, No. 1:25-cv-1722.

4. On June 5, 2025, counsel for Plaintiffs met and conferred with counsel for PBS and counsel for the Federal Defendants. Counsel for Plaintiffs, counsel for PBS, and counsel for the Federal Defendants agreed that no discovery would be necessary to resolve the legal issues presented and, accordingly, agreed that in lieu of Plaintiffs' moving for a preliminary injunction, this case should be resolved pursuant to an expedited summary-judgment briefing schedule.[1] Counsel for the Corporation has stated that the Corporation takes no position on the briefing schedule.

5. Counsel for Plaintiffs and the counsel for the Federal Defendants have agreed to the following proposed deadlines:

| **June 13, 2025** | Plaintiffs' motion for summary judgment |
| **June 20, 2025** | Amicus briefs in support of Plaintiffs, if any |
| **July 11, 2025** | Defendants' response and cross-motion for summary judgment, and Defendants' certified list of the contents of any administrative record |
| **July 18, 2025** | Amicus briefs in support of Defendants, if any |
| **July 25, 2025** | Plaintiffs' response and reply |
| **August 8, 2025** | Defendants' reply |

6. Counsel for Plaintiffs, counsel for PBS, and counsel for the Federal Defendants agree that, for the convenience of the Court, the two related matters should be briefed and argued in tandem. Accordingly, the parties in the PBS Action will file a motion with the Court requesting

---

[1] Plaintiffs have agreed to the briefing schedule reflected herein in lieu of filing a motion for preliminary injunctive relief. Plaintiffs reserve the right to seek a temporary restraining order and/or preliminary injunction in the event of a change in circumstances.

an order entering the same proposed briefing schedule in that case, so that the two cases may be briefed and considered by this Court in tandem.

7. The Parties respectfully request that the Court waive its requirement to hold a pre-motion conference, *see* Standing Order, Directive 10(a), ECF No. 14, and request that the Court hold a hearing on their cross-motions for summary judgement as soon as practicable upon completion of the proposed briefing schedule.

8. Because the Parties agree no discovery is necessary in this action, they agree that a conference under Federal Rule of Civil Procedure 26(f) is unnecessary, and further request that the Court waive that requirement.

9. Because the Court's resolution of the Parties' cross-motions for summary judgment is likely to be dispositive of this action, Defendants move to postpone their deadline to answer the Complaint until 21 days after the Court rules on the Parties' cross-motions for summary judgment. Plaintiffs consent to this requested relief.

WHEREFORE, the Parties respectfully request the Court grant this proposed briefing schedule and enter an Order adopting the briefing schedule and other relief as outlined above.

June 9, 2025                                    Respectfully submitted,

*/s/ Miguel A. Estrada*
Miguel A. Estrada (D.C. Bar No. 456289)
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com
*Counsel for Plaintiff*
*National Public Radio, Inc.*

Steven D. Zansberg (Colorado Bar No. 26634)
Zansberg Beylkin LLC
100 Fillmore Street, Suite 500
Denver, CO 80206
(303) 564-3669
steve@zblegal.com
*Counsel for Plaintiffs Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, and KUTE, Inc. d/b/a KSUT Public Radio*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
PHONE: (202) 514-3183
Email: carmen.m.banerjee2@usdoj.gov
*Counsel for the Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

                                        Respectfully submitted,

                                        */s/ Miguel A. Estrada*