IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

*Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*,

*Defendants.*

Civil Case No. 25-1674

**ORDER**

The Parties' joint motion for entry of a briefing schedule for expedited summary judgment and for other related relief is GRANTED. It is hereby ORDERED that:

ORDERED that the Court dispenses with requirements that the parties appear for a pre-motion conference and a Rule 26(f) conference; and

| | |
|---|---|
| **June 13, 2025** | Plaintiffs shall file their motion for summary judgment |
| **June 20, 2025** | Plaintiff-side amicus briefs shall be filed, if any |
| **July 11, 2025** | Defendants shall file their response and cross-motion for summary judgment, and a certified list of the contents of any administrative record |
| **July 18, 2025** | Defendant-side amicus briefs shall be filed, if any |
| **July 25, 2025** | Plaintiffs shall file their response and reply |
| **August 8, 2025** | Defendants shall file their reply |

IT IS FURTHER ORDERED that Defendants' deadline to answer the Complaint shall be extended until 21 days after the Court rules on the Parties' cross-motions for summary judgment.

Dated: 6/10/25

HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

6