IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br> *Defendants.* | Civil Case No. 25-cv-1674 <br><br> **DECLARATION OF TAMI GRAHAM** |

### DECLARATION OF TAMI GRAHAM

I, Tami Graham, M.A., hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge. I make this declaration in support of Plaintiffs' Motion for Summary Judgment in the above-captioned case. If called to do so, I could and would competently testify to these matters under oath.

2. I am the Executive Director of KUTE Inc., d/b/a KSUT Public Radio (KSUT), a position I have held since August 2015. In that role, I am responsible for the overall management and operation of KSUT. Prior to becoming Executive Director of KSUT, among other things, I was the station manager of KDUR 91.9 FM, a college and community radio station owned by Fort Lewis College in Durango, Colorado, from 1990 to 1997.

**A.   KSUT and the Communities it Serves**

3. Founded by the Southern Ute Indian Tribe in 1976, KSUT has been an independent, non-profit corporation since 1986. Since 1998, KSUT has broadcast two complementary and comprehensive programming services tailored for Tribal and non-Tribal listeners—Tribal Radio and Four Corners Public Radio—from our studios in Ignacio, Colorado.

1

4. KSUT serves 14 communities in the Four Corners, including Durango, Silverton, Cortez, Mancos, and Pagosa Springs, Colorado; Aztec, Bloomfield and Farmington, New Mexico; and four distinct Federally Recognized Tribes: the Southern Ute Indian Tribe, Ute Mountain Ute Tribe, and portions of the Navajo Nation and Jicarilla Apache Nation.

5. KSUT has eleven full-time staff members, including me, and six part-time staff members.

6. KSUT is governed by a nine-member board of directors that reflects the communities our station serves. Pursuant to our by-laws, five of KSUT's nine board members must be members of Federally Recognized Tribes; three of those must be members of the Southern Ute Indian Tribe. All board members are selected by a vote of the board.

7. Our station is both a rural and minority-owned community licensee; being a community licensee means that we are an independent, locally owned and operated broadcaster.

8. KSUT serves a large and diverse area of the country. We operate nine tower sites and our signals cover, over the airwaves, approximately 27,000 square miles, giving us a potential listening audience of approximately 250,000.

9. KSUT's broadcast coverage area is mostly rural. Large portions of that coverage area, including those portions of the Ute Mountain Ute Tribe, Navajo Nation, and Jicarilla Apache Nation that we serve, have very limited access to broadband service. Our service is particularly critical for those communities, especially when it comes to access to emergency information.

10. For most of its broadcast coverage area, KSUT is the only public radio station available. And KSUT is one of only a handful of sources of local and regional news and information, including local newspapers, within that coverage area. For some portions of our

coverage area, we are the only source of such information. Without KSUT, most of our broadcast coverage area would have no free source of reliable local and regional news and information.

11. We are proud of KSUT's history and mission. When it was founded, KSUT was one of the first Tribal radio stations in the country. Our station was founded to serve Tribal communities, and we continue to do so. For example, the KSUT Tribal Media Center and Rocky Mountain PBS, together, produce Native Lens (www.nativelens.org), a training center, fellowship program, community hub and video platform that celebrates Indigenous stories and media production. Among other things, the project provides training and media fellowship opportunities to support Indigenous storytellers and filmmakers.

### B. KSUT's Programming and its Relationship with NPR

12. KSUT broadcasts 24 hours a day, seven days a week, through its two complementary and comprehensive programming services tailored for Tribal and non-Tribal listeners—Tribal Radio and Four Corners Public Radio. Delivered by a network of more than a dozen full-powered regional FM stations and lower-powered FM translators serving individual communities, KSUT airs news, music, and other programming, including original programming and national programming produced by National Public Radio (NPR), American Public Media (APM), Public Radio International (PRX), and Native Voice 1 (NV-1).

13. KSUT has been an NPR Member station since 1984. We choose to include NPR programming among the slate of programs we broadcast because it is affordable, of high quality, and resonates with our listeners. As an independent public radio station, we exercise our editorial judgment to choose what to put on air, and we choose to air NPR programming because of the value it brings to our listeners and our station.

14. When people move to the Four Corners region, they often tell us they are thrilled (and sometimes surprised) to learn that we have an NPR Member station that serves our area—and especially one that also serves as a great resource for music discovery and region-wide information.

15. KSUT pays an individualized "core fee" to NPR that takes into account, among other things, that we serve a rural audience. That "core fee" entitles us to air certain NPR programming, including NPR's flagship newsmagazines: *Morning Edition*, *All Things Considered*, and *Weekend Edition*. In addition, KSUT pays programming fees to license additional NPR programming, including *Fresh Air*, *Here & Now*, *Jazz Night in America,* and *Wait Wait . . . Don't Tell Me!*. KSUT chooses which NPR programs to license and broadcast based on what we believe best fits the needs and interests of the communities we serve.

16. In addition to the ability to broadcast NPR programming, as an NPR Member station, KSUT also receive services from NPR, including, among other things, fundraising materials and assets, representation in blanket music license negotiations, and data regarding audience insights and analytics.

17. On weekdays, NPR programming accounts for seven hours of the content aired daily on Four Corners Public Radio. On weekends, Four Corners Public Radio broadcasts three to four hours of NPR programming. Tribal Radio offers 46 hours of original programming each week, including news, public affairs programs, cultural information, Native American traditional and contemporary music, special Tribal meetings, interviews with elected Tribal officials, and Ignacio High School Sports, and simulcasts Four Corners Public Radio the remainder of the time. Tribal Radio broadcasts NPR's newsmagazines *Morning Edition* and *All Things Considered*, among other content simulcast on Four Corners Public Radio.

18. The value to KSUT of being an NPR Member station is enormous. NPR is a brand that our listeners know and trust to provide them with high quality, fact-based national and international news. We regularly hear from our listeners about how much they appreciate being able to listen to NPR news on KSUT while, for example, driving to and from work. Especially in rural areas, NPR news is essential in helping listeners stay connected and informed.

19. NPR news is an important part of the suite of programming we provide to listeners at KSUT, which also includes local and regional news coverage, discussed below, community events and activities, and a diversity of music programming.

### C.  Local and Regional News Coverage on KSUT

20. In addition to providing our listeners with local news from the Four Corners region, KSUT is also part of Rocky Mountain Community Radio, the Capitol News Alliance, and the Mountain West News Bureau. Rocky Mountain Community Radio is a coalition of 21 stations, mostly in Colorado, that share news content and editorial and reporting resources, including a full-time climate reporter for the region. As a small public radio station with limited staff and resources, these collaborations are critical to enabling KSUT to provide our listeners with free access to local and regional news that is relevant and important to the communities we serve.

21. NPR's national reporting draws from the local and regional journalism of NPR Member stations like KSUT and collaborations like Rocky Mountain Community Radio. This relationship helps bring stories about our communities to a national audience.

### D.  Funding for KSUT

22. KSUT's projected operating revenue for Fiscal Year 2025 is approximately $1.67 million. The majority of our revenue comes from private support, with donations from our listeners accounting for approximately 27 percent of our annual budget. Federal funding, in the

form of Community Service Grants (CSGs) from the Corporation for Public Broadcasting (the Corporation or CPB), is approximately 20 percent of our annual budget. In 2025, KSUT received $333,000 in grant funds from the Corporation.

23. The Corporation provides two types of CSGs—unrestricted and restricted—to local public radio stations like KSUT.

24. Unrestricted CSG funds can be used for a variety of purposes, including programming, production, educational outreach activities, broadcasting, management, and day-to-day operations.

25. Restricted CSG funds must be used to acquire or produce programming to be distributed nationally; such programming must also be designed to serve the needs of a national audience. Each year, KSUT uses restricted CSG funds it receives from the Corporation to help pay the station's "core fee" and programming fees to NPR.

26. CSG funds are particularly vital for rural and minority-owned community licensees, and those that serve Tribal communities. As *High Country News* recently reported[1] based on data it obtained from CPB, 79 radio stations in the United States relied on funding from the Corporation for 30 percent or more of their funding in Fiscal Year 2023; more than half of those stations (42) are located in the West and, of those Western stations, 40 are rural and 20 are also Tribal stations. My experience at KSUT is consistent with *High Country News'* reporting: federal funding is critical to stations like ours that serve rural and Tribal audiences in the West.

---

[1] Annie Rosenthal and Chad Bradley, "What defunding public media would mean for the West," *High Country News* (June 6, 2025), available at https://www.hcn.org/articles/what-defunding-public-media-would-mean-for-the-west/.

6

E.   **Impact of Executive Order 14290**

27.   Executive Order 14290, "Ending Taxpayer Subsidization of Biased Media" (the Order), immediately and irreparably harms KSUT in multiple ways. First, the Order creates immediate chilling effects with respect to our editorial decision-making. It sends a clear message that the government officially disapproves of NPR's programming and that it will take steps to retaliate not only against NPR, but against Member stations like us that choose to associate with NPR and to air NPR's content. While KSUT does not wish to disassociate itself from NPR, the threat of further retaliation from the government has, for example, caused us to seek legal advice and to question whether we should continue to air NPR programming. With this Order targeting NPR, it feels like there is a target on the back of Member stations like KSUT.

28.   Second, if KSUT was no longer able to use CSG funds it receives from the Corporation to help pay the station's "core fee" and programming fees to NPR, KSUT may not be able to continue to acquire and air NPR programming.

29.   In Fiscal Year 2025, KSUT received $80,678 in restricted CSG funds to be spent on national programming. We have a tight budget and rely on these restricted funds to cover most of the national programming we air. Currently, most of those funds are spent on NPR programming; we have budgeted to spend only approximately $29,000, total, on non-NPR nationally distributed radio programming this year. If we cannot use restricted CSG funds for NPR membership and programming fees, we will have far less money for NPR programming and would need to substitute other national programing that we would have otherwise not chosen to air.

30.   If KSUT could not continue to be an NPR Member station, we would suffer additional consequences. KSUT airs a significant number of hours of NPR programming during the week. As a small public radio station, we lack the resources to produce content that would fill

7

that airtime on our own. Even if we could still afford to continue to be an NPR Member station, we would very likely need to reduce the amount of NPR programming we air.

31. While we would attempt to fundraise in order to remain an NPR Member station and to acquire NPR programming, it would be challenging to raise those funds.

32. Third, even if KSUT was able to raise enough non-federal funds to continue to acquire and air NPR programming, there would be administrative burdens and costs associated with segregating those funds from the CSG funds we receive from the Corporation.

33. Fourth, if restricted CSG funds could only be used to acquire non-NPR national programming, our station would suffer. There is no equivalent to NPR programming on a national scale. APM, for example, does not produce a national news program. Moreover, if KSUT was forced to obtain national programming from other sources, it would cost the station considerably more.

34. We currently have a strong listener base across the region we serve. For 11 years in a row, KSUT has been voted best radio station (commercial or noncommercial) by *Durango Herald* readers. NPR's news programming is a key reason why people listen to KSUT, including in the rural areas we serve. People tune in for national news from NPR during drive time. If KSUT was no longer able to air NPR programming, we would lose listeners and it would have a significant, negative impact on our ability to fundraise. That, in turn, would leave us with even fewer resources to dedicate to local news and community information.

35. If KSUT was no longer able to be an NPR Member station, we would also lose other benefits we depend on, including, for example, NPR's representation of Member stations in blanket music license negotiations. That would be a huge blow to KSUT because we are known as a source for diverse music programming in the Four Corners. There is little possibility that

KSUT, on its own, could afford the music licensing fees required for its current music programming. The loss of our music programming combined with the loss of NPR news programming would be monumental for our station to overcome.

### F.    The Public Radio Satellite System (PRSS) and Emergency Alerts

36.   NPR manages and operates the Public Radio Satellite System (PRSS) on behalf of the entire public radio system. As an Interconnected station—*i.e.*, a station that uses the PRSS—KSUT receives funds from the Corporation specifically for Interconnection purposes, and KSUT pays an Interconnected fee to NPR for its management and operation of the PRSS. KSUT, like all public radio stations, is reliant on the PRSS.

37.   In times of emergency, the PRSS receives Presidential alerts from the Federal Emergency Management Agency (FEMA), which it then provides to radio stations all over the country in the event of a nationwide crisis. In addition, KSUT transmits alerts concerning local and regional emergencies using technology supported by the PRSS. Like other public radio stations around the country, KSUT is a lifeline for the communities it serves. Because radio is not dependent upon electricity, it is an essential, reliable source of information in the event of a natural disaster, severe weather incident, or other emergency. KSUT distributes approximately 75 emergency signals each year.

38.   Because KSUT serves such a vast, and mostly rural, area of the country, our broadcasting of emergency alerts and information is particularly critical. If, for example, there is dangerous flash flooding in a remote portion of the Navajo Nation, KSUT is likely the only place to learn about it in a timely fashion.

39.   Wildfires are a common emergency we face in the Four Corners. We work closely with regional emergency services to ensure we are providing our listeners with timely, accurate

information in the event of a wildfire or other emergency. For example, during the devastating Missionary Ridge Fire in 2002, which burned for more than a month, KSUT was a key source for road closures and evacuation information. With our broad coverage area and because we serve remote, rural areas, it is absolutely essential that our listeners know they can count on us to provide timely, potentially life-saving information they need.

40. If the distribution of content and emergency information via the PRSS and PRSS-supported infrastructure was disrupted, it would have a devastating effect on KSUT, the entire public radio system, and all the communities we serve.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Ignacio, Colorado
June, 12, 2025

_____
Tami Graham