IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br> Defendants. | Civil Case No. 25-cv-1674 <br><br> DECLARATION OF <br> STEWART VANDERWILT |

## DECLARATION OF STEWART VANDERWILT

I, Stewart Vanderwilt, hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge. I make this declaration in support of Plaintiffs' Motion for Summary Judgment. If called to do so, I could and would competently testify to these matters under oath.

2. I am the President and CEO of Colorado Public Radio (CPR), a position I have held since July 2018. Previously, I was the director and general manager of Austin's KUT and KUTX public radio stations, where I spent 18 years. Prior to that, I spent 15 years at Indiana Public Radio. As President and CEO of Colorado Public Radio, I work closely with our Board of Directors, Senior Staff and Leadership Team to fulfill CPR's mission and vision.

### A. CPR and the Communities It Serves

3. CPR began broadcasting in 1970, originally licensed to the University of Denver. Since 1984, it has operated as an independent, non-profit corporation dedicated to our mission of delivering meaningful news, music, and cultural experiences to everyone in Colorado using the power of the human voice in all its forms.

4. CPR is a community licensee, meaning that we are an independent, locally owned and operated broadcaster. We are a broadcaster that reaches 90 percent of the Colorado population

1

over the airwaves, including many rural areas. CPR has 142 employees across the state, in Denver, Grand Junction, and Colorado Springs. Our programming—heard on 19 stations and another 20 translators serving small communities—includes 24/7 news, music, and cultural programming.

5. We serve communities in areas including Denver, Vail, Pueblo, Grand Junction, Montrose, Boulder, Glenwood Springs, Fort Collins, Carbondale, and more. Some of the communities we serve, including Rangely and Craig, Colorado, do not have access to other local radio news.

6. On average, we serve 499,000 listeners each week.

7. CPR's board of directors is made up of Colorado residents from across the state with varied backgrounds—including in education, nonprofit leadership, and technology. Members of our board are identified by our board's Nominating Committee and then recommended to the board for election. Nominees are identified based on their relevant experience, dedication to our mission, availability, and personal and professional expertise and community standing.

8. Our station also has a Community Advisory Board (CAB) that consists solely of community members. Our CAB meets three to four times a year to help ensure that we meet the educational and cultural needs of the communities we serve.

9. Since 1970, CPR has provided comprehensive coverage of critical events in Colorado, including the 1999 shooting at Columbine High School, the 2008 Democratic National Convention in Denver, and the Aurora theater shooting in 2012; launched podcasts covering topics including music, Colorado politics, transportation, music appreciation, and solutions to preserving the resources of the Colorado River; and steadily expanded our reach to ensure that all Coloradans have access to high-quality news and cultural programming. CPR is the only media organization in the State with a full-time journalist in Washington, D.C. devoted to reporting on the work of the

Colorado congressional delegation. CPR is also part of a collaboration funded by the Corporation for Public Broadcasting that has the largest contingent of reporters covering our State capitol.

10. We pride ourselves on our music broadcasting—especially classical music. We have the most extensive library of classical music in the state. We also have a dedicated program called "Colorado Spotlight," through which we interview and air performances by local musicians and visiting artists, and we maintain a Performance Studio that hosts artists for on-air performances and interviews. In addition to classical music, we have a channel devoted to new music discovery with a focus on Colorado-based musicians and groups.

B. **CPR's Programming and its Relationship with NPR**

11. CPR began carrying programming from National Public Radio (NPR) in 1973 and has been an NPR Member station since 1973.

12. CPR chooses to include NPR programming because it offers an efficient and trusted way to deliver national and international news directly from communities across the country and around the globe. NPR programs go beyond daily headlines, sharing stories that inspire, spark curiosity, and highlight our shared human experience. As part of NPR's network of Member stations, CPR's reporting reaches a national audience, helping to elevate the voice and visibility of Colorado on the national stage.

13. CPR News broadcasts 24/7, with 65 hours per week of NPR programming, including on weekends. NPR news is an important part of the complete package of programming we provide to listeners at CPR, which also includes local and regional news coverage.

14. In addition, as an NPR Member station, CPR receives services from NPR including, among other things, fundraising materials and assets, representation in blanket music license negotiations, and data regarding audience insights and analytics.

15. CPR pays an individualized "core fee" to NPR. That "core fee" entitles us to air certain NPR programming, including NPR's flagship newsmagazines *Morning Edition*, *All Things Considered*, and *Weekend Edition*. CPR also pays programming fees to license additional programming, including *Here & Now*, *Fresh Air*, and *Wait Wait . . . Don't Tell Me!*, which are distributed but not produced by NPR.

### C. Funding for CPR

16. CPR's total operating revenue for Fiscal Year 2025 is approximately $25 million. Approximately $1.4 million of that operating revenue comes from Community Service Grants (CSGs) from the Corporation for Public Broadcasting (the Corporation or CPB). Funding from the Corporation thus constitutes approximately six percent of CPR's budget for 2025.

17. The Corporation provides two types of CSGs—unrestricted and restricted—to local public radio stations like CPR.

18. Unrestricted CSG funds can be used for a variety of purposes, including programming, local production, educational outreach activities, broadcasting, management, and day-to-day operations.

19. Restricted CSG funds must be used to acquire or produce programming to be distributed nationally; such programming must also be designed to serve the needs of a national audience.

20. Each year, CPR uses restricted CSG funds it receives from the Corporation to help pay the station's "core fee" and programming fees to NPR.

### D. Impact of Executive Order 14290

21. Executive Order 14290, "Ending Taxpayer Subsidization of Biased Media," harms CPR in multiple ways. First, an arbitrary prohibition against using federal funds to acquire programs from NPR (or any other source) infringes on our editorial independence and on our right and responsibility to make programming decisions in the best interest of our community.

22. Second and relatedly, the Order creates immediate chilling effects by sending a clear, unmistakable message that the government disapproves of NPR and will seek to use all available levers to retaliate against NPR and its Member stations. This chilling effect goes beyond our ability to associate with and air programming from NPR. It sends a message to us that if the Administration disapproves of any organization we choose to associate with or air programming from, or if it disapproves of the content of that organization's programming, CPR could be retaliated against, including by having our funding placed in jeopardy.

23. Third, if CPR was no longer able to use CSG funds to help pay the station's "core fee" and programming fees to NPR, CPR may have to replace NPR programming with other national programming.

24. In Fiscal Year 2025, CPR received approximately $400,000 in restricted CSG funds to be spent on national programming. We have a tight budget and rely on these restricted funds to cover a significant portion of our national programming. Currently, almost all the money we spend on national programming is spent on NPR content. In FY 2025, CPR budgeted approximately $2.24 million for national programming, and only around $340,000 for non-NPR national programming. If we cannot use restricted CSG funds for NPR membership and programming fees, we will have less money for NPR programming and would need to substitute other national programming that we would have otherwise not chosen to air.

25. There is not a robust source of national and international news with the scale and scope offered by NPR. And, moreover, other national programming can be more expensive, per-hour, to license than NPR programming. In order to economize, CPR may need to license fewer NPR or other national programs and repeat them more often, creating a less comprehensive experience for audiences. It would not be economically feasible for us to replace NPR programming with local programming because the cost of producing local programming is markedly higher than the cost of licensing NPR programming.

26. Fourth, although it may be possible for us to segregate funds in order to use other sources of funding for NPR programming, that would place administrative burdens on CPR staff. Moreover, being required to use other sources of funding for NPR programming could lead to us eliminate non-NPR programs, thus reducing access to a wider variety of programs and voices.

27. Fifth, if CPR were no longer able to air NPR programming, or had to reduce the amount of NPR programming it airs, CPR would very likely lose listeners. This, in turn, could significantly harm our ability to fundraise, including to support local programming.

28. Finally, as previously noted, the Order makes clear that the Administration disapproves of NPR and has retaliated against it. Therefore, by continuing to associate with NPR and exercise our editorial freedom to air NPR programming, even if we use non-federal funds to do so, CPR likewise risks further retaliation from the Administration, including a total loss of federal funds. If CPR were ultimately to lose its federal funding, we would very likely lose employees. Our ability to respond to community needs—from real-time news to highlighting a local artist or educational activity—would be reduced. The loss of federal funding would impact CPR's local service in communities across the state.

29. A loss of federal funding would also have significant negative impacts on CPR's music programming. CPR provides state-wide access to classical music programming and highlights the role of Colorado as an international destination for classical music education and festivals. Federal funding supports this work. For example, CPR's contemporary music discovery service focuses on the musicians and music scene of Colorado, and federal funding provides for the music rights needed to broadcast these artists. Federal funding also helps CPR employ staff, and it supports infrastructure and creates a network that creates efficiency and scale.

### E. The Public Radio Satellite System

30. NPR manages and operates the Public Radio Satellite System (PRSS) on behalf of the entire public radio system; each public radio stations that participates in the PRSS (collectively, the Interconnected stations) are stakeholders in it. As an Interconnected station, CPR receives funds from the Corporation specifically for Interconnection purposes, and CPR pays an Interconnected fee to NPR for its management and operation of the PRSS. CPR, like all public radio stations, is reliant on the PRSS, and it is especially important in our mountainous state.

31. The PRSS is the backbone for the national emergency alert system. It receives Presidential alerts from the Federal Emergency Management Agency (FEMA), which it then transmits to radio stations all over the country in the event of a nationwide crisis. The PRSS enables essential, lifesaving information to reach more than 98.5% of Americans, including those living in rural areas.

32. The PRSS provides the technology through which local stations, like CPR, share programming with each other for important statewide broadcasts, including political debates, candidate forums, and the Colorado State of the State address.

33. Like other public radio stations throughout the country, CPR is a lifeline for the communities it serves. Because it is not dependent upon electricity, it is an essential, reliable source of information in the event of a natural disaster, severe weather, or other emergency situations.

34. If NPR loses its federal funding, and, correspondingly, its ability to operate the PRSS, Interconnected stations such as ours would lose the critical infrastructure that enables CPR to broadcast its programming. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Centennial, Colorado
June 13, 2025

*/s/ Stewart Vanderwilt*

Stewart Vanderwilt