IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Case No. 25-cv-1674<br><br>DECLARATION OF<br>KATIE TOWNSEND |

### DECLARATION OF KATIE TOWNSEND

I, Katie Townsend, hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge. I make this declaration in support of Plaintiffs' Motion for Summary Judgment. If called to do so, I could and would competently testify to these matters under oath.

2. I am a Partner in the Los Angeles and Washington, D.C. offices of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am one of the Gibson Dunn attorneys representing Plaintiff National Public Radio, Inc. (NPR) in the above-captioned case.

3. In preparing Plaintiffs' Motion for Summary Judgment and Memorandum of Law, I reviewed the following social media posts published by President Trump. I last reviewed these posts on June 13, 2025. Below are true and accurate screenshots of the posts as well as the web address of each post.

4. On January 26, 2020, President Trump posted on X:



@realDonaldTrump, Twitter (Jan. 26, 2020),

https://x.com/realdonaldtrump/status/1221436736594681856.

5. On April 10, 2024, President Trump posted on Truth Social:



@realDonaldTrump, Truth Social (Apr. 10, 2024),

https://truthsocial.com/@realDonaldTrump/posts/112248653824267212.

6. On March 27, 2025, President Trump posted on Truth Social:

2



@realDonaldTrump, Truth Social (Mar. 27, 2025),

https://truthsocial.com/@realDonaldTrump/posts/114232752130631453.

    7.      On April 1, 2025, President Trump posted on Truth Social:



@realDonaldTrump, Truth Social (Apr. 1, 2025),

https://truthsocial.com/@realDonaldTrump/posts/114264549657133828.

    8.      On June 12, 2025, President Trump posted on Truth Social:



@realDonaldTrump, Truth Social (June 12, 2025),

https://truthsocial.com/@realDonaldTrump/posts/114671982391481893.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
June 13, 2025

_____
Katie Townsend