# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 25-cv-1674 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, ECF No. __, Defendants' Cross-Motion for Summary Judgment, ECF No. __, all legal memoranda, declarations, and exhibits submitted in support of or opposition to each motion, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. __, is **GRANTED**. It is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. __, is **DENIED**. It is further

**DECLARED** that Executive Order 14290, entitled "Ending Taxpayer Subsidization of Biased Media" and issued by the President on May 1, 2025, is unlawful because it violates the First and Fifth Amendments to the U.S. Constitution, exceeds the limits that Congress imposed on the Executive Branch in the Public Broadcasting Act, 47 U.S.C. § 390 *et seq.*, and National Foundation on the Arts and the Humanities Act, 20 U.S.C. § 951 *et seq.*, and contravenes the Constitution's Spending Clause and Separation of Powers. The Order therefore is null and void. It is further

1

**DECLARED** that all actions by Defendants implementing Executive Order 14290 are unlawful, and the National Endowment for the Arts and the Corporation for Public Broadcasting may not lawfully withhold federal funding on the basis of the Order. It is further

**ORDERED** that Defendants, save President Donald J. Trump, and all persons acting in concert with them are permanently **ENJOINED** from implementing or enforcing Executive Order 14290. It is further

**ORDERED** that Defendants, save the President, must in good faith take such other steps as are necessary to prevent the implementation or enforcement of Executive Order 14290 and to reverse any implementation or enforcement of Executive Order 14290 that has occurred or is occurring. It is further

**ORDERED** that Defendants shall file a status report within 5 business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements. It is further

**ORDERED** that this Court shall retain jurisdiction to enforce this Order.

**SO ORDERED**.

Dated: _____

                                                                                      _____
                                                                                      Hon. Randolph D. Moss
                                                                                      United States District Judge