IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　Defendants. | Case No. 1:25-cv-01674 |
| PUBLIC BROADCASTING SERVICE, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　Defendants. | Case No. 1:25-cv-01722 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
FILE AMICUS CURIAE BRIEF OF DIGITAL CONTENT NEXT,
THE INTERCEPT MEDIA, INC., PRO PUBLICA, INC., AND
THE RADIO TELEVISION DIGITAL NEWS ASSOCIATION
IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

After considering the Motion for Leave to File Amicus Curiae Brief of Digital Content Next, The Intercept Media, Inc., Pro Publica, Inc., and the Radio Television Digital News Association in Support of Plaintiffs' Motions for Summary Judgment, the Court hereby finds that there is cause to grant the Motion. Therefore, the Court GRANTS amici's Motion for Leave to File Amicus Curiae Brief and deems the Amicus Curiae Brief attached to that Motion filed as of the date of this Order.

SIGNED on June _____, 2025

_____
Hon. Randolph D. Moss
United States District Judge