## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*

*Defendants*.

Civ. Case No. 1:25-cv-01674-RDM

**UNOPPOSED MOTION OF AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA, AND AMERICAN CIVIL LIBERTIES UNION OF COLORADO FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to this District's Local Civil Rule 7(o), the American Civil Liberties Union, the American Civil Liberties Union of the District of Columbia, and the American Civil Liberties Union of Colorado (together, "Amici") hereby move for leave to file the attached memorandum amicus curiae in support of Plaintiffs' motion for summary judgment. The parties do not oppose this motion.

The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit organization that since 1920 has sought to protect the civil liberties of all Americans. The ACLU of the District of Columbia ("ACLU-DC") is the ACLU's Washington, D.C. affiliate. The ACLU of Colorado ("ACLU-CO") is the ACLU's Colorado affiliate. The ACLU and ACLU-DC have frequently appeared in this Court, as counsel to parties or as amicus, in cases raising significant questions about the meaning of the Constitution, its limitations on government power, and the breadth of rights it grants. ACLU-CO has similarly litigated important cases involving constitutional rights

in federal court in Colorado; its interest in this case stems from the participation of local public broadcasters in Colorado whose rights are infringed by the Executive Order. The ACLU and its affiliates have also participated as counsel or amici curiae in many consequential First Amendment cases, including those involving retaliation and viewpoint discriminatory denials of government subsidies. *See, e.g.*, *NRA v. Vullo*, 602 U.S. 175 (2024) (counsel); *Legal Servs. Corp. v. Velazquez*, 531 U.S. 533 (2001) (amicus); *Wilmer Cutler Pickering Hale & Dorr LLP v. Exec. Office of the President*, — F. Supp. 3d — , No. 25-cv-917 (RJL), 2025 WL 1502329 (D.D.C. May 27, 2025) (amicus).

Amici write to address the serious First Amendment concerns raised by President Trump's attempt to punish a venerable nonprofit media organization because he disapproves of its news coverage. The national attention focused on this case, and its attendant consequences for speech and press freedoms, supports the inclusion of disinterested voices addressing the grave constitutional issues raised by the Executive Order.

Dated: June 20, 2025                                    Respectfully submitted,

Arthur B. Spitzer (D.C. Bar No. 235960)          */s/ Brian Hauss*
Scott Michelman (D.C. Bar No. 1006945)          Brian Hauss (D.D.C. Bar No. NY0581)
Aditi Shah (D.C. Bar No. 90033136)              Vera Eidelman
AMERICAN CIVIL LIBERTIES UNION                  Cecillia D. Wang (D.D.C. Bar No. CA00042)
  FOUNDATION OF THE DISTRICT OF                 Ben Wizner
  COLUMBIA                                      AMERICAN CIVIL LIBERTIES
529 14th Street, NW, Ste. 722                    UNION FOUNDATION
Washington, D.C. 20045                          125 Broad Street, 18th Floor
(202) 457-0800                                  New York, NY 10004
aspitzer@acludc.org                             (212) 549-2500
                                                bhauss@aclu.org
Timothy R. Macdonald
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF COLORADO
303 E. 17th Avenue, Suite 350
Denver, CO 80203
(720) 402-3151                                  *Counsel for Amici Curiae*
tmacdonald@aclu-co.org