UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | Civ. Case No. 1:25-cv-01674-RDM |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA, AND AMERICAN CIVIL LIBERTIES UNION OF COLORADO FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Amici's motion, and the arguments and papers presented in support thereof, the Court hereby ORDERS that the motion for leave is GRANTED.

SO ORDERED.

Entered this ___ day of _____, 2025.   /s/_____

Honorable Randolph D. Moss
United States District Judge