IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC.,<br>1111 North Capitol Street NE,<br>Washington, DC 20002;<br><br>ROARING FORK PUBLIC RADIO, INC.<br>D/B/A ASPEN PUBLIC RADIO,<br>110 E. Hallam Street, Suite 134,<br>Aspen, CO 81611;<br><br>COLORADO PUBLIC RADIO,<br>7409 S. Alton Court,<br>Centennial, CO 80112;<br><br>KUTE INC. D/B/A KSUT PUBLIC RADIO,<br>15150 CO-172,<br>Ignacio, CO 81137,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, 1600 Pennsylvania Avenue NW, Washington, D.C. 20500;<br><br>RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget, 725 17th Street NW, Washington, D.C. 20503;<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, 1500 Pennsylvania Avenue NW, Washington, D.C. 20220;<br><br>MARIA ROSARIO JACKSON, in her official capacity as Chair of the National Endowment | Case No. 1:25-cv-01674 |

for the Arts, 400 7th Street SW, Washington, D.C. 20506;

OFFICE OF MANAGEMENT AND BUDGET, 725 17th Street NW, Washington, D.C. 20503;

UNITED STATES DEPARTMENT OF THE TREASURY, 1500 Pennsylvania Avenue NW, Washington, D.C. 20220;

NATIONAL ENDOWMENT FOR THE ARTS, 400 7th Street SW, Washington, D.C. 20506;

THE CORPORATION FOR PUBLIC BROADCASTING, 401 9th Street NW, Washington, D.C. 20004,

      *Defendants*.

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND INDEPENDENT NPR MEMBER STATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Proposed amici curiae the Reporters Committee for Freedom of the Press ("Reporters Committee") and 29 NPR Member Stations (together, "amici") respectfully request leave pursuant to Local Civil Rule 7(o) and the Court's order dated June 10, 2025 (Dkt. No. 20), to file the attached amici curiae brief in support of Plaintiffs' Motion for Summary Judgment. In support of this relief, amici state as follows:

    1.    The Government Defendants do not oppose the requested relief. The Plaintiffs consent to the filing of the amici brief.

2.	This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case."  *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).  An amicus brief should "normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (same).

3.	The attached amici brief offers the perspective of NPR member stations from a broad range of communities throughout the country, all of which have a direct "concern for the issues at stake" in this matter.  *Potomac Elec. Power Co.*, 826 F. Supp. 2d at 237.  Because NPR member stations each represent an audience with particular interests and needs, they have a perspective unique from that of Plaintiff NPR and also the other member station Plaintiffs.  Amici seek to provide the Court with information about the role that member stations serve in their communities and the potential impact for those communities should editorial control be stripped from these stations, a topic that amici are in the best position to provide.  The proposed amici brief provides the Court with broader context regarding the relationship between NPR's federal funding and that centrality of editorial independence to NPR Member Stations'

ability to carry out their core journalistic functions, and how the Executive Order's effort to revoke that freedom violates the First Amendment, separation of powers, and congressional intent underlying the statutory framework of federal funding for NPR.

4. Amici have expertise on the issues addressed in the brief. The Reporters Committee is an unincorporated nonprofit association of reporters and editors dedicated to defending the First Amendment and newsgathering rights of the press. The Reporters Committee routinely appears as amicus curiae in this Court and other federal courts where the federal government takes action that inhibits newsgathering or chills the independence of the press. *See, e.g.*, Order, *Associated Press v. Budowich*, No. 1:25-cv-00532 (D.D.C. Feb. 24, 2025) (granting the Reporters Committee leave to file in support of a motion for a temporary restraining order and preliminary injunction seeking restoration of an outlet's access to White House press pool spaces); Order, *Turner v. U.S. Agency for Global Media*, 502 F. Supp. 3d 333 (D.D.C Nov. 20, 2020) (No. 1:20-cv-02885) (granting the Reporters Committee and a coalition of media organizations leave to file in support of a motion for preliminary injunction seeking to reverse actions that harmed independence of U.S. Agency for Global Media networks). The Reporters Committee is uniquely positioned to provide the Court with information and insight based on its experience advocating on behalf of reporters and media outlets. Meanwhile, the amici NPR Member Stations can provide details about how the Executive Order challenged in this litigation will impact their programming,

3

which provides critical news to Americans in a wide range of communities across the country.

5. The individual amici NPR Member stations are the following:

**Blue Ridge Public Radio** is located in Asheville, NC, serving 14 counties in WNC with 21 transmitters and translators across the region. Blue Ridge Public Radio creates and curates content that informs, inspires, connects, and reflects the people and places of Western North Carolina. BPR cultivates a more engaged, curious, and empathetic public by listening deeply and embracing diversity. It offers BPR News, which offers extensive trusted local, national and international news coverage and analysis, and BPR Classic gives you enriching classical and jazz music, storytelling, and more. Last fall Hurricane Helene decimated many small towns in WNC, and left Asheville without utilities including power, internet, cell service, and water for more than 50 days. There was no way for the community to connect to essential services. BPR broadcast and then text updates were a lifeline for communities across the region who tuned in for lifesaving information that they could only get from BPR. Blue Ridge Public Radio serves a geography that includes 800,000.

**Central Florida Public Media** is a nonprofit public media news organization based in Orlando, Fla., dedicated to delivering trustworthy, independent journalism to nine counties across Central Florida on digital and broadcast platforms. Community owned and independently operated, Central Florida Public Media operates 90.7

WMFE, metro Orlando's primary provider of NPR programming; 90.7-2 HD Classical; and 89.5 WMFV, public radio for The Villages, Leesburg and The Golden Triangle.

**Chicago Public Media**, home to WBEZ and the Chicago Sun-Times, is a community-supported public media organization. Its mission is to strengthen the well-being of its local communities and our democracy through independent local journalism. Chicago Public Media produces accessible, trusted news, information, and programming that is available to all people in its community regardless of their ability to pay.  Chicago Public Media reaches more than 3.5 million people weekly across broadcast, print, and digital platforms.  WBEZ's broadcast schedule includes nationally revered programs, such as NPR's Morning Edition and All Things Considered, alongside its locally produced daily talk program, Reset. Reset provides a mix of news and culture through conversations with local artists, experts, journalists, and community members. The show relies on authentic engagement with listeners, who are encouraged to call in or join the conversation on social media, allowing listeners to hear from and connect with one another. Recurring Reset series such as Chicago Innovators, Food Fridays, and What's That Building, among others, highlight Chicago's vibrant culture and elevate local artists.

**Illinois Public Broadcasters (IPB)** was established in 2024. IPB is a 501(c)(3) whose mission is to support Public Media stations in Illinois through cooperative grant writing and fundraising. The board of IPB is made up of representatives of all NPR

5

and PBS affiliates in the State of Illinois.

**KCRW** – As a community driven by the spirit of Los Angeles, KCRW aspires to connect the interesting to the interested, growing a hyper-engaged LA-based collective through one-of-a-kind experiences. Always excellent, essential, and accessible.  KCRW is the curator of the LA experience—a guide to understanding the diverse communities and cultures of the region, spotlighting unique perspectives through original programming and hand- picked content. Always free, never behind a paywall. KCRW provides up to date, trusted information on the wide geographic range of Southern California spanning five counties including the country's most populous county.  KCRW uses all forms of outreach to connect with people.

**KQED** is a "dual licensee," owning and operating both public radio and public television stations. KQED Public Radio is one of the most-listened-to public radio stations in the nation, with an award-winning news and public affairs program service. It exists to inform, inspire and involve by providing citizens with the knowledge they need to make informed decisions, convening community dialogue, bringing the arts to everyone, and engaging audiences to share their stories.  KQED serves as the operational "hub" for the California Newsroom, a collaboration among NPR, KQED, and well over a dozen other California public media organizations – which focuses exclusively on news that happens in California or directly impacts Californians. This collaborative effort strengthens the quality of local news, supports

journalism in less-resourced areas of the state, and amplifies stories that otherwise might not reach statewide or national audiences.

**Mid-Shore Community Radio, licensee of WHCP-FM,** serves Talbot and Dorchester counties on Maryland's sparsely populated Eastern Shore.  The Mid-Shore of Maryland is a rural news desert:  The last weekly newspaper in Dorchester County recently ceased operations, and all four of the previously operating commercial radio stations that served Dorchester County were bought, with studios being closed and all programming now coming from outside the community.  In response, WHCP recently changed its format to all News Talk in the daytime and provides two hours of long form news and public affairs programs every weekday.  The station has broken news on important local government issues, and last year it conducted over 120 in depth interviews with government and community leaders.  The station is known for the many distinguished program hosts and commentators that are carried by no other full service radio station.  The station is situated in a vulnerable low lying area of the Chesapeake Bay, and within the 10 mile critical blast zone of the Calvert Cliff Nuclear power plant.  Its FCC license was awarded in 2022 based on the number of residents who now receive our signal where no other noncommercial station reaches them.  CPB also provides key support for its website's daily operations, which is an information hub for the Mid-Shore Region, and the music licensing for itsE programs.

**Minnesota Public Radio** (MPR) is an independently owned, FCC-licensed

nonprofit organization dedicated to continuously providing community news and information, celebrating local music and culture, and providing public safety services. Founded in 1967 and one of the nation's premier public radio organizations, MPR is a statewide network of 45 stations serving 1 million listeners per week in Minnesota and parts of surrounding states with trusted news and information, music and entertainment, and educational programming that deepens understanding of different perspectives and creates connections. MPR's mission is to amplify voices to inform, include and inspire. Through its three regional services—MPR News, YourClassical MPR and The Current—MPR provides 24/7 programming on the air and online to over 95 percent of Minnesota.

**The Nathan B. Stubblefield Foundation, dba WMNF-Tampa,** is an independent platform for local voices to broadcast a range of ideas and promote cultural and civic vitality through a dedication to music and artists not heard elsewhere. WMNF is committed to providing essential news and information to its local broadcast audience of more than 75,000 and another 52,000 online local and out of town listeners. WMNF is a 24/7 live resource during emergencies and is a constant, reliable source of government and weather announcements. WNMF connects people to the public and private resources during times of emergency. WMNF is a platform for locally produced podcasts, provides podcast training, and promotes local performing artists on other audio and video platforms to amplify the best of what

Tampa Bay offers. WMNF depends on its share of the funds provided by the Corporation of Public Broadcasting to perform this service with and for the community.

**New Hampshire Public Radio** is an independent, community-owned and operated 501(c)(3) organization serving the state of New Hampshire and adjacent portions of Vermont, Maine, and Massachusetts.

**New York Public Radio** – With an urban vibrancy and a global perspective, New York Public Radio (NYPR) produces innovative, critically-acclaimed programming for local and national broadcast, on-demand and live streaming audiences. NYPR's brands include WNYC, WQXR, WNYC Studios, Gothamist, New Jersey Public Radio, and the Jerome L. Greene Performance Space. The WNYC / Gothamist newsroom produces award-winning local journalism for New York City, New Jersey and the surrounding region. WQXR, New York's only all-classical radio station, broadcasts new and archival classical recordings and makes live performances from NYC's esteemed concert halls accessible to all. WNYC Studios is a premier producer of on-demand and national broadcast audio, and home to some of the industry's most impactful award-winning podcasts and national radio shows, including Radiolab, On the Media, and The New Yorker Radio Hour. The Jerome L. Greene Performance Space is NYPR's intimate street-level broadcast studio and live event space. Further information about programs, podcasts, and stations may be found

at www.nypublicradio.org.

**Oregon Public Broadcasting (OPB)** is a member-supported, independent, nonprofit, public media organization serving communities across 33 Oregon counties and parts of southern Washington through 17 full-service radio stations, five full-service TV stations, and smaller translators that rebroadcast OPB's signals to rural areas that can't receive them directly. OPB is a primary entry point station for Oregon's emergency alert system, working closely with state and local agencies and emergency responders to ensure Oregon's communities have timely and accurate safety information. OPB's journalism and programs are freely accessible to everyone through OPB radio and TV, and on [opb.org](opb.org), the OPB News app, social media, streaming video, podcasts, newsletters, and partnerships with other news organizations across the Pacific Northwest.

**Pacific Public Media, serving Washington state through KNKX-88.5fm and Jazz 24** - KNKX is an ambassador for jazz and blues, and a vital source of high-quality NPR and Northwest news. Its programming staff are storytellers who reach deeply into the community to reflect the voices of the region. It is an independent public radio station serving the entire region. Operating a network of 12 radio signals "from the coast to the Cascades", as well as streaming our signal via mobile apps and smart speakers, KNKX reaches hundreds of thousands listeners every week.

**Pittsburgh Community Broadcasting Corporation (PCBC)** is a non-profit

public multimedia organization; PCBC operates two noncommercial public radio stations in Western Pennsylvania (WESA-FM and WYEP-FM), along with their digital and mobile platforms.  PCBC is headquartered in and maintain its studios in Pittsburgh, PA.   90.5 WESA is the leading local provider of non-commercial news and informational programming, used by more than 250,000 local listeners each month. PCBC operates the largest radio newsroom in the region, providing trusted and fact-based local journalism from its own newsroom, along with programming PCBC acquires from other producers, including NPR and the BBC (among others).  PCBC's journalism is independent, and is undertaken in service of the communities in whose interests it works.

**Rocky Mountain Public Media** is the largest membership organization in Colorado. We serve the entire state through RMPBS, KUVO and THE DROP, which together reach over 3 million people each month across radio and television broadcast and digital platforms like YouTube, social media, and station apps. We exist to help create a Colorado where everyone feels seen and heard, and we do this by working alongside communities to support lifelong learning, the exchange of trusted news and information, and cultural exploration and celebration**.**

**Southern California Public Radio (SCPR)**, publicly known as LAist across all delivery platforms, is an independent nonprofit organization dedicated to continuously providing community news and information, celebrating local music and

11

culture, and providing public safety services. Founded in 1999, SCPR provides 24/7 programming on the air and online to 800,000 Southern Californians each week. SCPR is a public radio network that operates six signals (89.3 KPCC, 89.1 KUOR, 89.5 KJAI, 89.9 K210AD, 90.3 KVLA and 93.3 K227BX), with radio broadcast covering Los Angeles, Orange and Ventura counties, Coachella Valley, Santa Barbara, and parts of the Inland Empire. SCPR is the most listened-to public radio news service in Southern California and serves the diverse communities of Southern California with award-winning local news coverage as well as with the most National Public Radio (NPR) content available anywhere in the region. SCPR has earned more than 200 journalistic honors, including more Golden Mike Awards from the Radio and Television News Association than any other radio station in Southern California. The mission of SCPR is to strengthen the civic and cultural bonds that unite Southern California's diverse communities by providing the highest quality news and information service through radio and other interactive media.

**Spokane Public Radio, Inc.,** is a Washington nonprofit corporation, operating KPBX, KSFC, and KPBZ in Spokane, Washington, plus 12 stations and translators that covers nearly 20,000 square miles of the inland northwest.

**Vermont Public** is Vermont's unified public media organization, serving the community with trusted journalism, quality entertainment, and educational programming. Formerly Vermont Public Radio and Vermont PBS, Vermont Public

12

provides local access to national programming from NPR and PBS. Its statewide radio and TV networks reach all of Vermont, as well as parts of New Hampshire, New York, Massachusetts and Quebec, Canada. More information about programs, stations, services, and ways to support is available at vermontpublic.org.

**WABE** is the public media station serving the Atlanta metropolitan region, offering independent, nonprofit journalism; arts and culture reporting; and community-centered programming. Its mission is to amplify Atlanta voices and provide trusted, in-depth coverage that empowers its listeners to understand and engage with their world.  Based in one of the most diverse and dynamic metropolitan areas in the United States, WABE reaches more than 1 million people per month (digital and broadcast) and 500,000 weekly listeners and viewers. WABE produces original, local coverage and programs that reflect and respond to the needs of its community.  WABE also airs nationally recognized NPR programs, including *Morning Edition*, *All Things Considered*, and *1A*, which continue to inform and engage its civic-minded audience.  WABE receives critical support from the Corporation for Public Broadcasting (CPB). This funding underpins its infrastructure and helps us reach underserved communities, foster local journalism, and develop early-career talent. The loss of CPB funding would significantly reduce its capacity to innovate, collaborate, and serve the public across platforms.

**WAMC, Northeast Public Radio,** chartered by the NYS Board of Regents in

13

1981, is a nonprofit multimedia organization with stations and translators in 29 locations throughout the northeast, reaching parts of New York, Massachusetts, Vermont, New Hampshire, Connecticut and Pennsylvania. Headquartered less than a mile from the statehouse in Albany, WAMC broadcasts, platforms and publishes news, information, music and cultural programming 24 hours a day, 7 days a week, and collaborates with 12 other New York public radio stations (the NYPNN) to share resources and content. In addition to programming from NPR, to which WAMC subscribes, the station is one of the most prolific producers of local and regional content in the country. Central to the station's mission is coverage of state and local government, and the downstream effects of policy and legislation across the listening region.

**WAMU** produces the daily program, 1A, distributed nationally by NPR. This distribution arrangement has been in place since the program began in 2017 and meets the needs of over 400 stations and their communities. WAMU 88.5 is the leading radio station in the greater Washington, D.C. area, serving the community since 1961.

**WBUR** is Boston's NPR—a public media leader. WBUR's mission is to produce high-quality journalism and enriching experiences that foster understanding, connection and community for an expanding circle of people. WBUR's vision is to become a daily habit for every person in Boston and beyond who seeks to engage with the most consequential issues of our time.

**WDIY 88.1 FM** is a community public radio station licensed to Lehigh Valley Community Broadcasters Association, Inc., based in Bethlehem, Pennsylvania, and serving the greater Lehigh Valley region, including Allentown, Bethlehem, Easton, and surrounding communities in eastern Pennsylvania and western New Jersey. WDIY is the Lehigh Valley's NPR member station for 30 years and is locally operated, providing trusted news, educational content, and diverse cultural programming. We serve a geographically and socioeconomically diverse community of over 850,000 residents with a mix of national NPR content and more than 60 locally produced music and community affairs programs each week. We are supported primarily by local listeners and are deeply rooted in civic life helping to connect, inform, and inspire the region we serve.

**WFAE** is an award-winning independent, local public media organization serving a 32-county area in North and South Carolina and delivering rigorous, community-centered journalism that connects nearly 300,000 listeners a month to vital news on politics, education, health, the environment, the arts and local public affairs. WFAE's climate coverage extends across both Carolinas, convening a two-state annual summit on climate solutions. WFAE produces voters guides to allow listeners to hear directly from candidates on important issues. It also produces resource guides to help our most vulnerable community members find community support for their most pressing needs. WFAE reaches about 270,000 across digital platforms. It is licensed to

the University Radio Foundation, Inc. with frequencies in Charlotte (90.7 FM), Hickory (90.3 FM), Laurinburg (106.1 FM) and Southern Pines (93.7 FM).

**WGLT – Bloomington-Normal's Public Media** provides trusted journalism that connects people to its community. Once the smallest newsroom in the area, WGLT is now the largest newsroom in Bloomington-Normal with full-time journalists, part-time correspondents and paid student interns. WGLT recently won two Regional Edward R. Murrow Awards bringing their 20-year total to more than 40 Regional awards and five National Awards. The WGLT audience looks to their local newsroom for daily news, from government to art & culture, simply not covered anywhere else. WGLT's audience is growing and now exceeds half a million digital users each month—far beyond its county population—showing they are an indispensable news source reaching multiple counties in Central Illinois and beyond.

**WJCT Public Media** is the community-owned and operated public media organization serving Jacksonville and the First Coast since 1958, using television, radio, digital media, and live events to help community members learn, share, and grow. Our local services include the Jax PBS television services, WJCT News 89.9 radio station, the Jacksonville Today local news service, and a variety of music services including three HD radio stations. WJCT offers ~100 in-person community events per year, most of which are free to attend. WJCT is the recipient of many awards for its local news and public affairs services on radio and online.

**WLIW** – On WLIW-FM, you can find the local voices you have come to love as well as popular national titles, all on the same station. WLIW-FM is truly tapping into the power of public media on WLIW-FM to provide all of Suffolk County a better listening experience on Long Island's only NPR channel.

**WSHU Public Radio** is a non-profit, non-commercial news and cultural organization serving communities across Connecticut and Long Island. As a member station of NPR and part of Sacred Heart University, WSHU is committed to fact-based journalism, insightful storytelling, and classical music that enriches the public and inspires civic engagement. WSHU reaches hundreds of thousands of listeners each week through its broadcast network, digital platforms, podcasts, and community events. The station operates a nationally recognized newsroom and a teaching environment for emerging journalists, fostering the next generation of public media professionals. Through a diverse mix of local reporting, national programming, and classical music, WSHU strengthens the cultural and informational fabric of the region it serves.

**WXXI Public Broadcasting Council, Inc. (WXXI)** is a non-profit community licensee in Rochester, New York, serving over a million people in the Finger Lakes Region with essential public media resources that inform, educate, engage, inspire, and strengthen its community.  For more than 60 years, WXXI has provided a wide range of multimedia services to the greater Rochester community. Its services include

17

television, radio, print, digital and in person events, all of which provide trusted news, critical emergency information, education, cultural and community engagement.

6. For the foregoing reasons, amici respectfully move this Court to grant their unopposed motion for leave and accept the accompanying amici brief as filed.

Dated: June 20, 2025                           Respectfully submitted,

/s/ Bruce D. Brown
Bruce D. Brown
(D.C. Bar No. 457317)
  *Counsel of Record for Amici Curiae*
Lisa Zycherman (D.C. Bar No. 495277)
Gabriel Rottman (D.C. Bar No. 992728)
Mara Gassmann (D.C. Bar No. 1014532)
Renee M. Griffin (D.C. Bar No. 1766634)
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Telephone: 202.795.9300
bbrown@rcfp.org

*Counsel for Amici Curiae*