IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

   *Plaintiffs,*

   v.

DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,

   *Defendants.*

Case No. 1:25-cv-01674-RDM

## FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Civil Rule 7(h) and the Court's Orders at ECF 14, 20, Donald J. Trump, certain named officials, and the Federal agencies (Federal Defendants) by and through undersigned counsel cross-move for summary judgment.

For the reasons stated in Federal Defendants' moving papers, the Court should grant their cross-motion and deny Plaintiffs' motion for summary judgment in its entirety. The grounds for this cross-motion are fully set forth in the attached memorandum of law, supporting declarations and exhibits, and a certified index of the administrative record. A proposed order describing the relief Federal Defendants seek is also attached.

//

//

Dated: July 11, 2025               Respectfully submitted,

                                   BRETT A. SHUMATE
                                   Assistant Attorney General

                                   YAAKOV M. ROTH
                                   Principal Assistant Attorney General
                                   Civil Division

                                   ERIC HAMILTON
                                   Deputy Assistant Attorney General

                                   SEAN SKEDZIELEWSKI
                                   Counsel to the Assistant Attorney General

                                   JOSEPH E. BORSON
                                   Assistant Branch Director


                                   /s/ Carmen M. Banerjee
                                   CARMEN M. BANERJEE
                                   (D.C. Bar #497678)
                                   Trial Attorney
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street NW
                                   Washington, DC 20530
                                   Tel: (202) 514-3183
                                   Fax: (202) 616-8460
                                   Email: carmen.m.banerjee2@usdoj.gov

                                   Counsel for the Federal Defendants