UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC. et al,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al,

    *Defendants*.

Case No. **1:25-cv-01674**

## DECLARATION OF WILLIAM WIGGINS

Pursuant to 28 U.S.C. § 1746, I, William Wiggins, declare the following to be a true and correct statement of facts:

1. I am over the age of 18 and competent to make this declaration. The facts set forth herein are true and correct based on my personal knowledge and, where so indicated, my review of official records retained in the ordinary course of business.

2. I am the Chief Financial Officer ("CFO") of the National Endowment for the Arts ("NEA"). I have served in this role since May 8, 2022.

3. In my capacity as CFO, I supervise the NEA's Office of the Chief Financial Officer (Budget and Finance), which is responsible, among other duties, for ensuring the proper processing of payments to NEA grant recipients.

4. The NEA is an independent federal agency that awards grants in the arts. NEA grant recipients must submit payment requests to the NEA in order to receive disbursements of funds under their awards. The NEA processes these requests through its electronic grant management system ("eGMS") and Delphi, the agency's Oracle-based Financial Management System ("Delphi").

5. The NEA receives financial and accounting services, including access to Delphi and assistance with payment processing, through Enterprise Services Center (ESC), a shared service provider to numerous federal agencies, within the Federal Aviation Administration, U.S. Department of Transportation.

6. On or about February 5, 2025, the NEA's Deputy CFO, who reports to me, was carbon copied on an email from the NEA Office of Grants Management to ESC. The email, which was sent consistent with existing procedures, requested processing of payments to several NEA grantees including National Public Radio ("NPR"). Attached to the email was an Excel spreadsheet reflecting the NEA's approval of NPR's payment requests in the amounts of $25,000 and $40,000 respectively. Each amount represented the full value of the corresponding grant award, and the NEA's approval thereof. True and correct copies of the NEA's email to ESC, the payment requests attachment, as well as the ESC's processing summaries for each invoice are attached hereto as Exhibits A, B, and C, respectively.

7. On or about February 13, 2025, the U.S. Department of the Treasury, via Electronic Funds Transfer, disbursed two payments to NPR in the amounts of $25,000 and $40,000 respectively. These amounts corresponded to the full amount and value of NPR's approved payment requests. A true and correct copy of the Delphi queried documents showing the Treasury's payment for the two invoices are attached hereto as Exhibits D and E.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2025.

*William Wiggins*
Bill Wiggins