UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC. et al,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al,

*Defendants.*

Case No. **1:25-cv-01674**

## DECLARATION OF BRENNA BERGER

Pursuant to 28 U.S.C. § 1746, I, Brenna Berger, declare the following to be a true and correct statement of facts:

1. I am over the age of 18 and competent to make this declaration. The facts set forth herein are based on my personal knowledge and, where noted, on my review of the NEA's electronic grant management system ("eGMS"). They are true and correct to the best of my knowledge.

2. I am the Director of Grants Management at the National Endowment for the Arts ("NEA"). I have served in this role since December 20, 2020.

3. The NEA is an independent federal agency that awards grants in the arts. To receive federal funds, NEA grant recipients must submit payment requests documenting reimbursable expenses in compliance with applicable federal laws and regulations, including 2 C.F.R. part 200, as well as the grant's General Terms and Conditions. NEA grant recipients typically submit three final reports: a Federal Financial Report ("FFR"), a Geographic Location of Project Activity report ("GEO"), and a Final Descriptive Report ("FDR").

4. On or about April 11, 2024, the NEA issued two separate tentative offers of grant funding to National Public Radio ("NPR"). The first tentative offer, in the amount of $25,000, was to support literary content on NPR platforms (the "Literary Arts Grant"), assigned federal award identification number ("FAIN") 1930526-52-24. The second tentative offer, in the amount of $40,000, was to support the production and distribution of NPR's music programming (the "Media Arts Grant") and was assigned FAIN 1930529-34-24. True and correct copies of these two tentative funding offers are attached hereto as Exhibits A and B, respectively.

5. On or about May 3, 2024, the NEA authorized the obligation of federal funds and issued the official Notice of Action for the Literary Arts Grant. On or about June 12, 2024, the NEA authorized the obligation of federal funds and issued an official Notice of Action for the Media Arts Grant. True and correct copies of the Notice of Action documents issued to NPR are attached hereto as Exhibits C and D.

6. Both the Literary Arts Grant and the Media Arts Grant were issued for a period of performance lasting from June 1, 2024, to May 31, 2025.

7. Submission of a payment request constitutes a NEA grant recipient's agreement to comply with all terms and conditions of the award and serves as the recipient's acceptance of the award.

8. On or about February 4, 2025, the NEA received two payment requests from NPR - one for the Literary Arts Grant and one for the Media Arts Grant- in the amount of $25,000 and $40,000, respectively. Each request reflected the full amount and value of the respective grant award. On or about February 5, 2025, staff in the NEA's grants management office approved both of NPR's payment requests. True and correct copies

of the payment requests submitted by NPR and the NEA's approval are attached hereto as Exhibits E and F.

9. On or about May 2, 2025, the NEA issued terminations for a range of grant awards that did not align with the agency's current priorities. The Literary Arts Grant and the Media Arts Grant were among those awards terminated. The effective date of termination for both awards was May 31, 2025. Because both awards originally had periods of performance ending on May 31, 2025, the terminations did not alter the period of performance for either the Literary Arts Grant or the Media Arts Grant.

10. The May 2, 2025, e-mails that were sent to NEA grant recipients, including NPR, to notify them of the terminations were generated through the NEA's eGMS system. The NEA's internal record of the termination notices sent to NPR differs from the version attached to Plaintiffs' motion for summary judgment solely with respect to the listed sender. The version received by NEA grant recipients displayed the generic address "no-reply@arts.gov", while internal NEA records show the associated eGMS profile information of the actual staff senders. In all other respects, the NEA's records reflect the same termination notices received by NPR. True and correct copies of the termination notices issued to NPR are attached hereto as Exhibits G and H.

11. The NEA is not requiring recipients of terminated awards to file GEO or FDR reports. However, submission of the FFR reports remains mandatory for such recipients, as required by 2 C.F.R. § 200.344. Upon receipt of acceptable FFR reports, the NEA closes out a grant award.

12. As of the date of this declaration, there are currently no open NEA grant awards issued to NPR other than the Literary Arts Grant and the Media Arts Grant, which are currently in the closeout period with FFR reports due July 31, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2025.

_____
Brenna Berger