# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-01674 |

## DECLARATION OF LISA MOORE

Pursuant to 28 U.S.C. § 1746, I, Lisa Moore, declare as follows:

1. I currently serve as a Supervisory Accountant in the Reporting Analysis Branch 2 (RAB2), in the Agency Reporting and Analysis Division at the Bureau of the Fiscal Service (BFS) in the U.S. Department of the Treasury (Treasury). I have been employed in this role since February 2024. I have worked in RAB2 since February 2016.

2. BFS is responsible for collecting federal taxes, charges, and fees; disbursing U.S. Treasury payments; financing the needs of the U.S. government by offering Treasury securities; reporting information on federal agencies; and providing services and solutions to federal agencies. RAB2 is an office in BFS that is responsible for program administration of Treasury Managed

1

Accounts (TMA), including the following activities: collections/payments; requesting warrants/preparing and submitting the Standard Form 132, Apportionment and Reapportionment Schedule; payment administration; receivable/collection administration, and year-end accounting processing.

3. TMA are unique funds in the U.S. Treasury, some of which are not administered by a Federal program agency. These TMA funds are administered by BFS, in coordination with the budget offices at BFS and Treasury.

4. Since approximately 2020, I have been responsible for processing funding requests for the Corporation of Public Broadcasting (CPB), which is a TMA.

5. In my role, I oversee the preparation of Treasury's initial request for an apportionment for the CPB Treasury Appropriation Fund Symbol (CPB TAFS) from the Office of Management and Budget (OMB) which is processed through BFS's Financial Management Division and Treasury's Budget Office.

6. As part of Treasury's process for making a payment to CPB, RAB2 also receives and reviews a payment request from CPB with the legal authority for the request and banking instructions. Once RAB2 receives both the payment request from CPB and the apportionment is approved by OMB, I coordinate the payment to CPB via FedWire through the Secure Payment System, a Treasury payment processing system. All U.S. Treasury payments funded from the CPB TAFS go through the process identified in this paragraph.

7. I have not taken any actions to reduce funding for CPB, to deny CPB funding, or withhold any funding from CPB pursuant to any Executive Orders. Nor am I aware of any such actions taken by others at BFS.

8. As the individual with supervisory responsibility over the processing of payments involving the CPB TAFS, I would be aware if any Treasury official had taken action to reduce, deny, or withhold funding involving the CPB TAFS.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of July 2025.

                                            Lisa Moore, Supervisory Accountant
                                            Bureau of the Fiscal Service
                                            U.S. Department of the Treasury