IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,

    *Defendants*.

Case No. 1:25-cv-01674-RDM

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, Brenna Berger, Grants Officer (Director), Office of Grants Management, National Endowment for the Arts, certify that, to the best of my knowledge and based on the information presented to me, the materials described in the accompanying list comprise the complete, non-privileged administrative record.

Dated: July 10, 2025

_____
Brenna Berger
Grants Officer (Director)
Office of Grants Management
National Endowment for the Arts

## Administrative Record Index

| Title | Bates Number | Exhibit |
|---|---|---|
| General Terms and Conditions for Grants and Cooperative Agreements to Organizations (Updated Nov. 2020) | NPRAR0001-NPRAR0025 | |
| FY24 Grants for Arts Projects Guidelines (Expires Oct. 31, 2025) | NPRAR0026-NPRAR0127 | |
| NEA Grants Management Manual, Chapter 8: Administrative Holds, Agency Suspension, Termination, and Government-Wide Suspension & Debarment (Rev. June 2013) | NPRAR0128-NPRAR0135 | |
| NEA Memo: Authorization to Terminate Certain Open Awards; Date: May 2, 2025 | NPRAR0136 | |
| 1930526-52 NPR Literary Arts Grant – Application; Deadline Date: July 6, 2023 | NPRAR0137-NPRAR0151 | |
| 1930529-34 NPR Media Arts Grant – Application; Deadline Date: July 6, 2023 | NPRAR0152-NPRAR0166 | |
| 1930526-52 NPR Literary Arts Grant – Project Budget Form; Date: May 2, 2024 | NPRAR0167-NPRAR0170 | |
| 1930529-34 NPR Media Arts Grant – Project Budget Form; Date: May 2, 2024 | NPRAR0171-NPRAR0174 | |
| 1930526-52 NEA Literary Arts Grant – Tentative Funding Offer Letter; dated April 11, 2024 | NPRAR0175-NPRAR0177 | Berger Ex. A |
| 1930529-34 NEA Media Arts Grant – Tentative Funding Offer Letter; dated April 11, 2024 | NPRAR0178-NPRAR0180 | Berger Ex. B |
| 1930526-52-24 NPR Literary Arts Grant – Official Notice of Action; Award Date: May 3, 2024 | NPRAR0181-NPRAR0182 | Berger Ex. C |
| 1930529-34-24 NPR Media Arts Grant – Official Notice of Action; Award Date: June 12, 2024 | NPRAR0183-NPRAR0184 | Berger Ex. D |
| 1930526-52-24 NPR Literary Arts Grant – Payment Request; Approved: Feb. 5, 2025 | NPRAR0185 | Berger Ex. E |
| 1930529-34-24 NPR Media Arts Grant – Payment Request; Approved: Feb. 5, 2025 | NPRAR0186 | Berger Ex. F |

| | | |
|---|---|---|
| 1930526-52-24 NPR-Literary Arts Grant – Termination Notice; Effective Date: May 31, 2025 | NPRAR0187-NPRAR0188 | Berger Ex. G |
| 1930529-34-24 NPR Media Arts Grant – Termination Notice; Effective Date: May 31, 2025 | NPRAR0189-NPRAR0190 | Berger Ex. H |
| NEA Email to Enterprise Service Center with Payment Requests for 1930529-34-24 & 1930526-52-24; dated Feb. 5, 2025 | NPRAR0191-NPRAR0192 | Wiggins Ex. A |
| 1930526-52-24 NEA Literary Arts Grant – Purchase Order Status Summary; Invoice Date: Feb. 5, 2025 | NPRAR0193-NPRAR0194 | Wiggins Ex. B |
| 1930529-34-24 NEA Media Arts Grant – Purchase Order Status Summary; Invoice Date: February 5, 2025 | NPRAR0195-NPRAR0196 | Wiggins Ex. C |
| 1930526-52-24 NEA Literary Arts Grant – Delphi Entry of Treasury Payment; dated Feb. 13, 2025 | NPRAR0197 | Wiggins Ex. D |
| 1930529-34-24 NEA Media Arts Grant – Delphi Entry of Treasury Payment; dated Feb. 13, 2025 | NPRAR0198 | Wiggins Ex. E |