IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

    *Plaintiffs,*

    v.

DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,

    *Defendants.*

Case No. 1:25-cv-01674-RDM

# FEDERAL DEFENDANTS' STATEMENTS OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT

1. Lisa Moore ("Moore") currently serves as a Supervisory Accountant in the Reporting Analysis Branch 2 (RAB2), in the Agency Reporting and Analysis Division at the Bureau of the Fiscal Service (BFS) in the U.S. Department of the Treasury (Treasury). Moore Decl. ¶ 1.

2. Moore has been employed in this role since February 2024, and has worked in RAB2 since February 2016. *Id*.

3. BFS is responsible for collecting federal taxes, charges, and fees; disbursing U.S. Treasury payments; financing the needs of the U.S. government by offering Treasury securities; reporting information on federal agencies; and providing services and solutions to federal agencies. *Id*.

4. RAB2 is an office in BFS that is responsible for program administration of Treasury Managed Accounts (TMA), including the following activities: collections/payments; requesting warrants/preparing and submitting the Standard Form 132, Apportionment and Reapportionment

Schedule; payment administration; receivable/collection administration, and year-end accounting processing. *Id*.

5. TMA are unique funds in the U.S. Treasury, some of which are not administered by a Federal program agency. Moore Decl. ¶ 3.

6. These TMA funds are administered by BFS, in coordination with the budget offices at BFS and Treasury. *Id.*

5. Since approximately 2020, I have been responsible for processing funding requests for the Corporation of Public Broadcasting (CPB), which is a TMA. *Id.* ¶ 4.

6. As Supervisory Accountant in the Reporting Analysis Branch 2, Moore oversees the preparation of Treasury's initial request for an apportionment for the CPB Treasury Appropriation Fund Symbol (CPB TAFS) from the Office of Management and Budget (OMB) which is processed through BFS's Financial Management Division and Treasury's Budget Office. *Id.* ¶ 5.

7. As part of Treasury's process for making a payment to CPB, RAB2 also receives and reviews a payment request from CPB with the legal authority for the request and banking instructions. *Id.* ¶ 6.

8. Once RAB2 receives both the payment request from CPB and the apportionment is approved by OMB, Moore coordinates the payment to CPB via FedWire through the Secure Payment System, a Treasury payment processing system. All U.S. Treasury payments funded from the CPB TAFS go through the process identified in this paragraph. *Id.*

9. Moore has not taken any actions to reduce funding for CPB, to deny CPB funding, or withhold any funding from CPB pursuant to any Executive Orders. Nor is Moore aware of any such actions taken by others at BFS. *Id.* ¶ 7.

10. As the individual with supervisory responsibility over the processing of payments involving the CPB TAFS, Moore would be aware if any Treasury official had taken action to reduce, deny, or withhold funding involving the CPB TAFS. *Id.* ¶ 7.

11. Brenna Berger ("Berger") is the Director of Grants Management at the National Endowment for the Arts ("NEA"). Berger Decl. ¶ 2.

12. Berger has served in this role since December 20, 2020. *Id.* ¶ 2.

13. The NEA is an independent federal agency that awards grants in the arts. *Id.* ¶ 3.

14. To receive federal funds, NEA grant recipients must submit payment requests documenting reimbursable expenses in compliance with applicable federal laws and regulations, including 2 C.F.R. part 200, as well as the grant's General Terms and Conditions. *Id.* ¶ 3.

15. NEA grant recipients typically submit three final reports: a Federal Financial Report ("FFR"), a Geographic Location of Project Activity report ("GEO"), and a Final Descriptive Report ("FDR"). *Id.* ¶ 3.

16. On or about April 11, 2024, the NEA issued two separate tentative offers of grant funding to National Public Radio ("NPR"). Berger Decl. ¶ 4.

17. The first tentative offer, in the amount of $25,000, was to support literary content on NPR platforms (the "Literary Arts Grant"), assigned federal award identification number ("FAIN") 1930526-52-24. *Id.* ¶ 4.

18. The second tentative offer, in the amount of $40,000, was to support the production and distribution of NPR's music programming (the "Media Arts Grant") and was assigned FAIN 1930529-34-24. *Id.* ¶ 4.

19. True and correct copies of these two tentative funding offers are attached hereto as Exhibits A and B, respectively. *Id.* ¶ 4.

20. On or about May 3, 2024, the NEA authorized the obligation of federal funds and issued the official Notice of Action for the Literary Arts Grant. *Id.* ¶ 5.

21. On or about June 12, 2024, the NEA authorized the obligation of federal funds and issued an official Notice of Action for the Media Arts Grant. *Id.* ¶ 5.

22. True and correct copies of the Notice of Action documents issued to NPR are attached hereto as Exhibits C and D. *Id.* ¶ 5.

23. Both the Literary Arts Grant and the Media Arts Grant were issued for a period of performance lasting from June 1, 2024, to May 31, 2025. *Id.* ¶ 6.

24. Submission of a payment request constitutes a NEA grant recipient's agreement to comply with all terms and conditions of the award and serves as the recipient's acceptance of the award. Berger Decl. ¶ 7.

25. On or about February 4, 2025, the NEA received two payment requests from NPR - one for the Literary Arts Grant and one for the Media Arts Grant- in the amount of $25,000 and $40,000, respectively. *Id.* ¶ 8.

26. Each request reflected the full amount and value of the respective grant award. *Id.* ¶ 8.

27. On or about February 5, 2025, staff in the NEA's grants management office approved both of NPR's payment requests. *Id.* ¶ 8.

28. True and correct copies of the payment requests submitted by NPR and the NEA's approval are attached hereto as Exhibits E and F. *Id.* ¶ 8.

29. On or about May 2, 2025, the NEA issued terminations for a range of grant awards that did not align with the agency's current priorities. *Id.* ¶ 9.

30. The Literary Arts Grant and the Media Arts Grant were among those awards terminated.

31. The effective date of termination for both awards was May 31, 2025. *Id.* ¶ 9.

32. Because both awards originally had periods of performance ending on May 31, 2025, the terminations did not alter the period of performance for either the Literary Arts Grant or the Media Arts Grant. *Id.* ¶ 9.

33. The May 2, 2025, e-mails that were sent to NEA grant recipients, including NPR, to notify them of the terminations were generated through the NEA's eGMS system. Berger Decl. ¶ 10.

34. The NEA's internal record of the termination notices sent to NPR differs from the version attached to Plaintiffs' motion for summary judgment solely with respect to the listed sender. *Id.* ¶ 10.

35. The version received by NEA grant recipients displayed the generic address "no-reply@arts.gov", while internal NEA records show the associated eGMS profile information of the actual staff senders. *Id.* ¶ 10.

36. In all other respects, the NEA's records reflect the same termination notices received by NPR. *Id.* ¶ 10.

37. True and correct copies of the termination notices issued to NPR are attached hereto as Exhibits G and H. *Id.* ¶ 10.

38. The NEA is not requiring recipients of terminated awards to file GEO or FDR reports. *Id.* ¶ 11.

39. However, submission of the FFR reports remains mandatory for such recipients, as required by 2 C.F.R. § 200.344. *Id.* ¶ 11.

40. Upon receipt of acceptable FFR reports, the NEA closes out a grant award. *Id.* ¶ 11.

41. As of the date of this declaration, there are currently no open NEA grant awards issued to NPR other than the Literary Arts Grant and the Media Arts Grant, which are currently in the closeout period with FFR reports due July 31, 2025. *Id.* ¶ 12.

42. William Wiggins ("Wiggins") is the Chief Financial Officer ("CFO") of the National Endowment for the Arts ("NEA"). Wiggins Decl. ¶ 2.

43. Wiggins has served in this role since May 8, 2022. *Id.* ¶ 2.

44. In Wiggins capacity as CFO, Wiggins supervised the NEA's Office of the Chief Financial Officer (Budget and Finance), which is responsible, among other duties, for ensuring the proper processing of payments to NEA grant recipients. *Id.* ¶ 3.

45. The NEA is an independent federal agency that awards grants in the arts. *Id.* ¶ 4.

46. NEA grant recipients must submit payment requests to the NEA in order to receive disbursements of funds under their awards. *Id.* ¶ 4.

47. The NEA processes these requests through its electronic grant management system ("eGMS") and Delphi, the agency's Oracle-based Financial Management System ("Delphi"). *Id.* ¶ 4.

48. The NEA receives financial and accounting services, including access to Delphi and assistance with payment processing, through Enterprise Services Center (ESC), a shared service provider to numerous federal agencies, within the Federal Aviation Administration, U.S. Department of Transportation. Wiggins Decl. ¶ 5.

49. On or about February 5, 2025, the NEA's Deputy CFO, who reports to Wiggins, was carbon copied on an email from the NEA Office of Grants Management to ESC. *Id.* ¶ 6.

50. The email from the Office of Grants Management, which was sent consistent with existing procedures, requested processing of payments to several NEA grantees including National Public Radio ("NPR"). *Id.* ¶ 6.

51. Attached to the email was an Excel spreadsheet reflecting the NEA's approval of NPR's payment requests in the amounts of $25,000 and $40,000 respectively. *Id.* ¶ 6.

52. Each amount represented the full value of the corresponding grant award, and the NEA's approval thereof. *Id.* ¶ 6.

53. True and correct copies of the NEA's email to ESC, the payment requests attachment, as well as the ESC's processing summaries for each invoice are attached hereto as Exhibits A, B, and C, respectively. *Id.* ¶ 6.

54. On or about February 13, 2025, the U.S. Department of the Treasury, via Electronic Funds Transfer, disbursed two payments to NPR in the amounts of $25,000 and $40,000 respectively. Wiggins Decl. ¶ 7.

55. These amounts corresponded to the full amount and value of NPR's approved payment requests. *Id.* ¶ 7.

56. A true and correct copy of the Delphi queried documents showing the Treasury's payment for the two invoices are attached hereto as Exhibits D and E. *Id.* ¶ 7.

//


//

Dated: July 11, 2025								Respectfully submitted,

<div style="margin-left: 3em;">

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director


/s/ Carmen M. Banerjee
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

*Counsel for the Federal Defendants*

</div>