IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

   *Plaintiffs,*

   v.

DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,

   *Defendants.*

Case No. 1:25-cv-01674-RDM

## [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS SUMMARY JUDGMENT MOTION

This case comes before the Court upon the parties' Cross-Motions for Summary Judgment. Upon consideration of the Federal Defendants' Opposition and Cross-Motion, their supporting memorandum, attachments, and reply, the Plaintiffs' Opposition to the Cross-Motion, and any argument held as to them, it is hereby **ORDERED** that: Federal Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiffs Motion for Summary Judgment is DENIED. It is therefore **FURTHER ORDERED** that summary judgment is entered in favor of the Federal Defendants, and that they need not file a responsive pleading to the Complaint.

   **ORDERED** in Washington, District of Columbia, this _____ day of _____, 2025.

   _____
   HON. RANDOLPH D. MOSS
   UNITED STATES DISTRICT JUDGE