IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-01674-RDM |

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Federal Defendants, by and through undersigned counsel, respectfully move, *nunc pro tunc*, to extend the time to file their motion for summary judgment and their opposition to Plaintiffs' motion for summary judgment by half an hour, to 12:30 a.m. on July 12, 2025. Federal Defendants further request a ten hour and fifteen-minute extension, *nunc pro tunc*, of the time to serve the Administrative Record on Plaintiffs, to 10:15 a.m. on July 12, 2025. This motion is made in good faith and with good cause.

Undersigned counsel for the Federal Defendants conferred with Plaintiffs' counsel pursuant to Local Civ. R 7(m). Plaintiffs state they take no position on this motion to extend.

Pursuant to this Court's scheduling order, Federal Defendants' motion for summary judgment and their opposition to Plaintiffs' motion for summary judgment was due by 11:59 p.m. on July 11, 2025.

During the final stages of preparing their papers, counsel for the Federal Defendants in this case experienced technical difficulties with her work network and with PACER that resulted in the filing of Defendants' papers and the service of the Administrative Record being delayed. As a result of that technical difficulty, Federal Defendants filed their cross-motion for summary judgment, memoranda of law, the certified index of the administrative record, and the other ancillary related filings at 12:18 a.m. on July 12, 2025. *See* ECF No. 30. Federal Defendants filed their memorandum in opposition to Plaintiffs' motion for summary judgment at 12:29 a.m. on July 12, 2025. *See* ECF No. 31. Undersigned counsel emailed Plaintiffs' counsel at 12:30 a.m. on July 12 to explain that the filing of the papers and the service of the Administrative Record was delayed because of technical difficulties. Undersigned counsel served the contents of the administrative record on Plaintiffs' counsel by email at 10:11 a.m. on July 12, 2025.

Counsel for the Federal Defendants sincerely apologize to the Court, the Plaintiffs, and Plaintiffs' counsel for this delay and request that the Court grant this motion.

July 12, 2025

Respectfully,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Carmen M. Banerjee
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

*Counsel for the Federal Defendants*