# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-1674 |
| | ) | |
| DONALD J. TRUMP, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S ANSWER</u>

The Corporation for Public Broadcasting ("CPB") answers the Complaint as follows:

1. This paragraph contains precatory language and legal conclusions as to which no answer is required.

2. This paragraph contains precatory language and legal conclusions as to which no answer is required.

3. This paragraph contains precatory language and legal conclusions as to which no answer is required.

4. Admitted.

5. Admitted.

6. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

7. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

8. Admitted.

9. This paragraph contains precatory language and legal conclusions as to which no answer is required.

10. This paragraph contains precatory language and legal conclusions as to which no answer is required.

11. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

12. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

13. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

14. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

15. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

16. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

17. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

18. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

19. Admitted.

20. Admitted

21. Admitted

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted

33. Admitted.

34. Admitted except that Congress has rescinded FY26 and FY27 funding.

35. Admitted.

36. Admitted.

37. Admitted.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted.

45. Admitted.

46. Admitted.

47. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

48. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

49. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

50. Admitted.

51. Admitted.

52. Admitted.

53. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

54. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

55. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

56. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

57. Admitted.

58. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

59. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

60. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

61. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

62. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

63. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

64. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

65. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

66. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

67. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

68. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

69. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

70. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

71. Admitted.

72. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

73. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

74. Admitted.

75. Admitted.

76. Admitted.

77. Admitted.

78. Admitted.

79. Admitted.

80. Admitted.

81. Admitted.

82. Admitted.

83. Admitted.

84. Admitted.

85. Admitted.

86. Admitted.

87. Admitted.

88. Admitted.

89. Admitted.

90. Admitted.

91. Admitted.

92. Admitted.

93. Admitted.

94. Admitted.

95. Admitted.

96. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

97. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

98. Denied.

99. CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

100.     CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

101.     CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

102.    The first two sentences are admitted. As to the balance of the paragraph, CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

103.    CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

104.    CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

105.    Admitted,

106.    Admitted.

107.    Admitted.

108.    CPB reincorporates its prior responses.

109.    Admitted.

110.    Admitted.

111.    Admitted.

112.    Admitted.

113.    Admitted.

114.    CPB lacks sufficient information to form a belief as to the truth of these allegations and they are therefore denied.

115.    Admitted.

116.    Admitted.

117.    Admitted.

118.    Admitted.

119.    CPB reincorporates its prior responses.

120.    Admitted.

121.    Admitted.

122.    Admitted.

123.    Admitted.

124.    Admitted.

125.    Admitted.

126.    Admitted.

127.    Admitted.

128.    Admitted.

129.    Admitted.

130.    CPB reincorporates its prior responses.

131.    Admitted.

132.    Admitted.

133.    Admitted.

134.    Admitted.

135.    Admitted.

136.    Admitted.

137.    Admitted.

138.    Admitted.

139.    CPB reincorporates its prior responses.

140.    Admitted.

141.     Admitted.

142.     Admitted.

143.     Admitted.

144.     Admitted.

145.     Admitted.

146.     Admitted.

147.     Admitted.

148.     Admitted.

149.     CPB reincorporates its prior responses.

150.     Admitted.

151.     Admitted.

152.     Admitted.

153.     Admitted.

154.     CPB lacks sufficient information to form a belief as to the truth of these

allegations and they are therefore denied.

155.     Admitted.

156.     Admitted.

157.     Admitted

158.     Admitted

159.     Admitted.

160.     Admitted.

161.     Admitted.

## PRAYER FOR RELIEF

CPB requests no relief from the Court in this matter.


Dated:  July 31, 2025

By: */s/ Jason W. McElroy*

Jason W. McElroy (D.C. Bar No. 502733)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email:      jason.mcelroy@saul.com

***Counsel for Defendant Corporation for Public Broadcasting***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused one copy of the foregoing **ANSWER** on all parties and counsel of record via the Court's CM/ECF system.

*/s/ Jason W. McElroy*
Jason W. McElroy