UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. et al,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al,<br><br>*Defendants*. | Case No. **1:25-cv-01674** |

## DECLARATION OF SUNIL IYENGAR

Pursuant to 28 U.S.C. § 1746, I, Sunil Iyengar, declare the following to be a true and correct statement of facts:

1. I am over the age of 18 and competent to make this declaration. I make this declaration based on my personal knowledge and on my review of records maintained in the ordinary course of business and information available to me as part of my supervisory responsibilities. The facts set forth herein are true and correct to the best of my knowledge.

2. I am the Director of Strategic Communications, Initiatives, and Front Office Operations at the National Endowment for the Arts ("NEA"). I have served in this role since June 2025. Previous to this role, I served as the Director of Research and Analysis at the NEA since 2006.

3. In my current capacity, I supervise the NEA's Office of Council Operations, which is responsible for, among other things, administration of the National Council on the Arts ("Council") meetings.

1

4. The NEA is an independent federal agency that awards grants in the arts. The NEA reviews grant applications from eligible organizations by utilizing external advisory panels and the Council, established under the agency's enabling statute and the Federal Advisory Committee Act. The Council is responsible for reviewing applications for federal awards and making recommendations to the Chair for final decisions.

5. Council meetings are held several times a year and typically begin with a closed session followed by a public session. During closed sessions, Council members deliberate on the grant applications before them and other agency matters on the meeting agenda. In public sessions, Council members vote on whether they agree with the recommendations for funding and rejections of pending applications.

6. Public sessions typically do not reference individual applications; instead, Council generally votes on all recommended and rejected applications as a whole. Council members receive information regarding each application in advance and may raise questions about any application at any time.

7. Information regarding upcoming public sessions is published in advance on the Federal Register. On April 17, 2025, the NEA published in the Federal Register that the 215th Council Meeting will take place by videoconference on May 1, 2025. The notice provided that a closed session will be from 12:00 p.m. to 1:00 p.m. in Eastern Daylight Time (EDT) and an open session will be from 2:00 p.m. to 3:00 p.m. EDT. The Federal Register Notice is attached hereto as Exhibit A.

8. In accordance with the agency practice, Council members received materials for all applications slated for Council review ahead of the Meeting on May 1, 2025. NPR

Application No. 1940242-34 for Grants for Arts Projects was one of many applications to be reviewed and voted on during the 215th Council Meeting.

9. On May 1, 2025, the 215th Council Meeting took place as scheduled. During the public session, the Council voted on funding recommendations in three NEA funding areas — Grants for Arts Projects (GAP), State and Regional Partnerships, and National Initiatives. The GAP award recommendations the Council passed included applications recommended for funding and rejections. The meeting minutes of the public session are attached hereto as Exhibit B.

10. The NPR Application No. 1940242-34 was among the applications with recommendations to reject funding by the Council's vote on May 1, 2025.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2025.

Sunil Iyengar

3

# Exhibit A



must include the requester's full name, current address, and place and date of birth. The request must be signed and either notarized or submitted under penalty of perjury.

Although no specific form is required, you may obtain forms for this purpose from the FOIA/Privacy Act Mail Referral Unit, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530, or on the Department of Justice website at *http://www.justice.gov/oip/oip-request-html.* See also Form EOIR–59, Certification and Release of Records, available at *https://www.justice.gov/eoir/eoir-forms.*

More information regarding the Department's procedures for accessing records in accordance with the Privacy Act can be found at 28 CFR part 16 subpart D, "Protection of Privacy and Access to Individual Records under the Privacy Act of 1974."

**CONTESTING RECORD PROCEDURES:**

The procedures for contesting or amending information contained in this system of records is governed by 8 CFR part 1292. The procedures require that organizations seeking accreditation of their representatives be notified of adverse information and be given an opportunity to rebut such information.

**NOTIFICATION PROCEDURES:**

Individuals receive notice pursuant to 5 U.S.C. 552a(e)(3) when they complete their application on the website.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

This system was previously part of JUSTICE/BIA–002, Roster of Organizations and their Accredited Representatives Recognized by the Board of Immigration Appeals, 45 FR 75908 (Nov. 17, 1980); 66 FR 8425 (Jan. 31, 2001); 87 FR 24147 (May 25, 2017) (rescinding 74 FR 3410 (Jan. 25, 2007)).

[FR Doc. 2025–05846 Filed 4–16–25; 8:45 am]

**BILLING CODE 4410–30–P**

## NATIONAL FOUNDATION ON THE ARTS AND THE HUMANITIES

### National Endowment for the Arts

### National Council on the Arts 215th Meeting

**AGENCY:** National Endowment for the Arts, National Foundation on the Arts and Humanities.

**ACTION:** Notice of meeting.

**SUMMARY:** Pursuant to the Federal Advisory Committee Act, as amended, notice is hereby given that a meeting of the National Council on the Arts will be held open to the public by videoconference. An additional session will be closed to the public for reasons stated in the **SUPPLEMENTARY INFORMATION** section in this document.

**DATES:** May 1, 2025. See the **SUPPLEMENTARY INFORMATION** section for meeting time. The meeting will occur in Eastern time and the ending time is approximate.

**ADDRESSES:** The National Endowment for the Arts, Constitution Center, 400 Seventh Street SW, Washington, DC 20560. This meeting will be held by videoconference. Public portions of the meeting will be webcast. Please see *arts.gov* for the most up-to-date information.

**FOR FURTHER INFORMATION CONTACT:** Liz Auclair, Office of Public Affairs, National Endowment for the Arts, Washington, DC 20506, at 202/682–5744.

**SUPPLEMENTARY INFORMATION:** The meeting will take place on May 1, 2025.

*Open Session:* May 1, 2025; 2:00 p.m. to 3:00 p.m. Location: Videoconference. There will be a discussion of general agency business. This session will be held open to the public by videoconference. To view the webcasting of this session of the meeting, go to: *https://www.arts.gov/.* If you need special accommodations due to a disability, please contact Beth Bienvenu, Office of Accessibility, National Endowment for the Arts, Constitution Center, 400 7th St. SW, Washington, DC 20506, 202/682–5733, Voice/T.T.Y. 202/682–5496, at least seven (7) days prior to the meeting. If, in the course of the open session discussion, it becomes necessary for the Council to discuss non-public commercial or financial information of intrinsic value, the Council will go into closed session pursuant to subsection (c)(4) of the Government in the Sunshine Act, 5 U.S.C. 552b, and in accordance with the March 11, 2022, determination of the Chair. Additionally, discussion concerning purely personal information about individuals, such as personal biographical and salary data or medical information, may be conducted by the Council in closed session in accordance with subsection (c)(6) of 5 U.S.C. 552b.

*Closed Session:* May 1, 2025; 12:00 p.m. to 1:00 p.m. Location: Videoconference. This meeting session will be closed to the public for the aforementioned reasons.

Dated: April 10, 2025.

**David Travis,**

*Specialist, Office of Guidelines and Panel Operations.*

[FR Doc. 2025–06398 Filed 4–16–25; 8:45 am]

**BILLING CODE 7537–01–P**

## POSTAL SERVICE

### Product Change—Priority Mail and USPS Ground Advantage® Negotiated Service Agreement

**AGENCY:** Postal Service™.

**ACTION:** Notice.

**SUMMARY:** The Postal Service gives notice of filing a request with the Postal Regulatory Commission to add a domestic shipping services contract to the list of Negotiated Service Agreements in the Mail Classification Schedule's Competitive Products List.

**DATES:** *Date of required notice:* April 17, 2025.

**FOR FURTHER INFORMATION CONTACT:** Sean Robinson, 202–268–8405.

**SUPPLEMENTARY INFORMATION:** The United States Postal Service® hereby gives notice that, pursuant to 39 U.S.C. 3642 and 3632(b)(3), on April 4, 2025, it filed with the Postal Regulatory Commission a *USPS Request to Add Priority Mail & USPS Ground Advantage® Contract 687 to Competitive Product List.* Documents are available at *www.prc.gov,* Docket Nos. MC2025–1288, K2025–1287.

**Sean Robinson,**

*Attorney, Corporate and Postal Business Law.*

[FR Doc. 2025–06533 Filed 4–16–25; 8:45 am]

**BILLING CODE 7710–12–P**

## POSTAL SERVICE

### Product Change—Priority Mail and USPS Ground Advantage® Negotiated Service Agreement

**AGENCY:** Postal Service™.

**ACTION:** Notice.

**SUMMARY:** The Postal Service gives notice of filing a request with the Postal Regulatory Commission to add a domestic shipping services contract to the list of Negotiated Service Agreements in the Mail Classification Schedule's Competitive Products List.

**DATES:** *Date of required notice:* April 17, 2025.

**FOR FURTHER INFORMATION CONTACT:** Sean Robinson, 202–268–8405.

**SUPPLEMENTARY INFORMATION:** The United States Postal Service® hereby gives notice that, pursuant to 39 U.S.C.

# Exhibit B

*****

# NATIONAL COUNCIL ON THE ARTS
## 215th Meeting
## May 1, 2025

*****

The 215th meeting of the National Council on the Arts convened in open session at 2:20 pm EDT on Thursday, May 1, 2025, with Senior Advisor Mary Anne Carter presiding. The Council meeting was virtual and was livestreamed. The Council meeting was adjourned at 2:39 pm EDT.

COUNCIL MEMBERS PRESENT

| | |
|---|---|
| Kinan Azmeh | Paul Hodes |
| Ismael Ahmed | Emil Kang |
| Bidtah Becker | Michael Lombardo |
| Bruce Carter | Huascar Medina |
| Gretchen Gonzales Davidson | Christopher K. Morgan |
| María López De León | Fiona Prine |
| Aaron Dworkin | Ranee Ramaswamy |
| Kamilah Forbes | Jake Shimabukuro |
| | Constance H. Williams |

COUNCIL MEMBERS ABSENT
Deepa Gupta

| CONGRESSIONAL EX-OFFICIOS PRESENT | CONGRESSIONAL EX-OFFICIOS ABSENT |
|---|---|
| | Sen. Tammy Baldwin (D-WI) |
| | Rep. Chellie Pingree (D-ME) |
| | Rep. Glenn "GT" Thompson (R-PA) |

NATIONAL ENDOWMENT FOR THE ARTS STAFF MEMBERS PRESENTING
Mary Anne Carter – Senior Advisor
Ayanna Hudson – Chief Strategy, Programs, and Engagement Officer

2

I. **WELCOME FROM NEA SENIOR ADVISOR**

Senior Advisor Mary Anne Carter called the 215th meeting of the National Council on the Arts to order on May 1, 2025, at 2:20 pm EDT. The meeting was livestreamed. Ms. Carter officially welcomed members of the National Council on the Arts, National Endowment for the Arts (NEA) staff, and members of the public to the Council meeting. There were unexpected technical difficulties for several Council members attempting to join the videoconference.

For the record, the Council members who attended the meeting were Ismael Ahmed from Farmington Hills, Michigan; Kinan Azmeh from Brooklyn, New York; Bidtah Becker from the Navajo Nation/Window Rock, Arizona; Bruce Carter from Miami Beach, Florida; Gretchen Gonzales Davidson from Birmingham, Michigan; María López De Léon from San Antonio, Texas; Aaron Dworkin from Yspilanti, Michigan; Kamilah Forbes from New York, New York; Paul Hodes from Kittery Point, Maine; Emil Kang from New York, New York; Michael Lombardo from Los Angeles, California; Huascar Medina from Topeka, Kansas; Christopher K. Morgan from San Diego, California; Fiona Prine from Nashville, Tennessee; Ranee Ramaswamy from Minneapolis, Minnesota, Jake Shimabukuro from Honolulu, Hawai'i; and Constance Hess Williams from Haverford, Pennsylvania.

Council member Deepa Gupta from Oak Park, Illinois, was unable to attend.

Ms. Carter noted that the agency was established by Congress and is an independent federal agency charged with making the arts available to all Americans, and that the NEA is committed to supporting excellent arts projects for the benefit of all Americans. She also said that the agency is the only arts funder in the United States—public or private—that provides access to the arts in all 50 states, the District of Columbia, and U.S. jurisdictions. Ms. Carter also noted that in recent years, 678 counties in America received arts funding through the NEA but not from the top 1,000 private foundations.

II. **APPROVAL OF THE OCTOBER 2024 MEETING MINUTES and RECOMMENDATIONS FOR FUNDING AND REJECTION**

As the first order of business, Ms. Carter asked for a motion to approve the minutes of the October 2024 Council meeting. The motion carried and the Council voted to approve the minutes.

She then introduced Ayanna Hudson, Chief Strategy, Programs, and Engagement Officer for the voting segment of the Council meeting.

Ms. Hudson gave instructions to the Council members on the voting process and called for a motion to approve all recommendations and rejections under the Grants for Arts Projects, Partnerships, and National Initiatives categories. The motion carried. After summarizing each category, she instructed members to mark their ballots. (Council members were instructed prior to the meeting to mark their ballots by emailing their votes to Council Coordinator Kimberly Jefferson at the end of the voting process.) After the Council members emailed their ballots, Ms. Hudson then turned the meeting back to Senior Advisor Carter.

### III. AGENCY UPDATES

Ms. Carter gave updates on several NEA activities, including the 2025 NEA Jazz Masters Tribute Concert in April 2025; the Poetry Out Loud National Semifinals and National Finals in May 2025; and the 2025 Blue Star Museums season, which kicked off on Armed Forces Day, May 17, 2025. She also shared that the agency, along with the Bureau of Economic Analysis, released the 2023 data from the Arts and Cultural Production Satellite Account, which tracks the annual economic value of arts and cultural production from 35 industry groups, including both commercial and nonprofit entities. Arts and cultural industries contributed $1.2 trillion to the U.S. economy in 2023. This sector grew at more than twice the rate of the total economy and contributed a trade surplus of nearly $37 billion. National and state reports are available on the NEA website.

### IV. VOTING RESULTS & CONCLUDING REMARKS

Ms. Carter announced that the National Council on the Arts had reviewed the applications presented to them, and that a tally of the Council members' ballots revealed that all recommendations for funding and rejection had passed.

She then adjourned the 215th meeting of the National Council on the Arts.

(Gavel.)

(Whereupon, at 2:39 pm EDT, the 215th meeting of the National Council on the Arts was adjourned.)

Respectfully submitted,

*[signature]*

Kimberly M. Jefferson
Council Coordinator || Office of the Chief of Staff
National Endowment for the Arts
Washington, DC