IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC., *et al.*,

   *Plaintiffs,*

   v.

DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,

   *Defendants.*

Case No. 1:25-cv-01674-RDM

**FEDERAL DEFENDANTS' RESPONSES TO PLAINTIFFS' ADDITIONAL STATEMENTS OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On July 25, 2025, Plaintiffs filed a document containing responses to Defendants' statements of undisputed material facts and Plaintiffs' additional statements, 231 through 237. ECF No. 35-1, at 11-12.[1]

231. The Corporation for Public Broadcasting has not extended its grant agreement with NPR for NPR's operation and maintenance of the Public Radio Satellite System; that grant agreement is currently set to expire on September 30, 2025. Supplementary Declaration of Daphne Kwon ("Kwon Supp. Decl.") at 1 (¶ 3).

   **Response: Undisputed.**

232. On July 14, 2025, the Corporation for Public Broadcasting issued a Request for

---

[1] Plaintiffs' Statements contain two items numbered "235." Defendants have labeled those two entries as "235A" and "235B."

1

Proposals (RFP) seeking an "entity to manage and govern Radio Broadcast and Digital Content Distribution Services." Kwon Supp. Decl. at 1-2 (¶ 4), Ex. A.

**Response: Undisputed.**

233.　The RFP states, among other things, that eligible applicants must be "legally and functionally able to receive CPB funding by September 30, 2025." Kwon Supp. Decl. Ex. A, at 4.

**Response: Undisputed.**

234.　As of today, there are certain grant funds that were awarded by CPB to support the development of NPR's editorial operations that have not yet been paid to NPR; payment of those funds is governed by an existing grant agreement between CPB and NPR. Kwon Supp. Decl. at 2 (¶ 5).

**Response: Undisputed.**

235A.　On or about July 22, 2024, NPR submitted an application for funding under NEA's "Grants for Arts Projects" program. Kwon Supp. Decl. at 2 (¶ 6).

**Response: Undisputed.**

235B.　On July 15, 2025, the National Endowment for the Arts (NEA) informed NPR that it had denied NPR's application for funding under NEA's "Grants for Arts Projects" program. Kwon Supp. Decl. at 2 (¶ 7), Ex. B.

**Response: Undisputed. To the extent statement 235B implies that July 15, 2025 is the day NEA decided to reject the Grants for Arts Project funding, that fact is disputed. *See* Declaration of Sunil Iyengar ¶¶ 7-10, Decl. of Iyengar Ex. B.**

236.　NPR has been awarded "Grants for Arts Projects" funding from NEA in each of the prior four annual funding cycles, and has been awarded NEA grants in each of the past

27 years. Kwon Supp. Decl. at 2 (¶ 8), Ex. C.

**Response:  Undisputed.**

237.   As of July 1, 2025, more than $8 million in membership and programming fees due to be paid to NPR from local public radio stations for Fiscal Year 2025 remained unpaid. Kwon Supp. Decl. at 2 (¶ 9).

**Response:  Undisputed.**

Dated:  August 8, 2025                                         Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director


*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

Counsel for the Federal Defendants