# EXHIBIT B

Station: **KAJX**   City, State: **ASPEN, CO**

## CONTRIBUTING STATION

## PUBLIC RADIO SATELLITE INTERCONNECTION AGREEMENT

This agreement is between National Public Radio (NPR) and Contributing Station or other Public Telecommunications Entity __KAJX__ (Station) and establishes the terms of station interconnection in the public radio satellite system (the "Agreement").

1. NPR shall, as part of its management of the public radio satellite interconnection system, provide to Station the following services:

   a. Authority to use Station-owned satellite earth terminal facilities to receive satellite transmissions distributed via the public radio satellite transponders (provided that Station has secured usage rights from the programming source), and to receive DACS messages and other transmissions related to the operation of the satellite interconnection system.

   b. Full privileges for use of the public radio satellite equipment maintenance and repair depot (Depot) in accordance with Depot policies and procedures, including: technical consultation and troubleshooting regarding earth terminal problems, and replacement/repair of defective earth terminal equipment modules.

   c. Other earth terminal facilities services, as follows: frequency protection service for Station's licensed earth terminal, sun-transit outage prediction service, management and coordination of system-wide satellite facilities projects.

   d. For the benefit of Station and other interconnected stations, management and operation of national technical services, as follows: the Main Origination Technical Center (MOTC), the Main Origination Terminal (MOT) facilities, and the public radio transponder(s).

2. Station is entitled to vote in the ballot for confirmation of the non-Board members of the Distribution/Interconnection Committee.

3. Station warrants that it has an annual total cash income of less than the maximum income requirement for Contributing stations as adopted annually by the NPR Board.

4. Station warrants that it operates a satellite earth terminal which is capable of receiving signals from the public radio satellite transponders.

5. Station acknowledges that NPR relies on the existence of this Agreement and agreements signed by other stations when it enters into contracts with other parties in its operation and management of the public radio system.

6. Station shall pay to NPR each year an amount derived from a formula which NPR establishes to determine the Station's ability to pay. The Station shall provide a certified current financial statement, due annually, by August 1 of the year preceding the renewal year to allow for that determination.

7. The term of this Agreement is from the date of execution through September 30, 1994. The Agreement is automatically renewed for one year (through September 30 of each succeeding year) unless Station notifies NPR in writing by August 1 of the year preceding the renewal year that the Station does not desire to renew the Agreement, or if Station no longer qualifies as a Contributing station under this Agreement, or NPR terminates the Agreement under paragraph 8 or by notice to Station by August 1 of the year preceding the renewal year that it will terminate service in the renewal year. NPR may also terminate this Agreement in the event it no longer manages the public radio satellite system.

8. Station payments under this Agreement are due within 30 days of the date of invoice. Late payments will be assessed a penalty of 1.5% per month, cumulatively. If a Station fails to pay within 90 days of the date of the initial invoice, NPR may terminate the Agreement immediately upon written notice to the Station.

9. When Station receives notice of termination, it shall immediately cease to use the public radio satellite interconnection system as of the date specified in the notice.

10. This Agreement is separate and distinct from any other agreement that Station or its licensee may have with NPR or any other public radio entity. It does not entitle Station to NPR programming or NPR membership.

11. This Agreement supersedes any prior written or oral agreements between the parties not consistent with this Agreement. It specifically terminates any previous public radio satellite interconnection agreement between NPR and Station.

12. Each signatory below warrants that he/she has authority to bind to this Agreement the party for which it signs.

13. This Agreement is not final and binding until executed by both Parties hereto.

IN AGREEMENT TO THE FOREGOING, the Parties hereunto affix their signatures:

NATIONAL PUBLIC RADIO, INC.                    STATION

_____                  _____
Peter J. Loewenstein                           Authorized Representative
Vice President
Distribution Division


_____                  _____
May 26, 1994                                   3/25/94
         Date                                           Date

After signature please return to:

NPR DISTRIBUTION
BUSINESS AFFAIRS MANAGER
635 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001-3753


Revised:   April 1993