# EXHIBIT C

*IGNACIO*
*Colorado*

July 22, 1986

PUBLIC RADIO SATELLITE INTERCONNECTION AGREEMENT

National Public Radio (NPR) and Participating Station _KSUT-FM_ (Station) agree that NPR will manage on behalf of participating stations and Station will pay for participation in and use of the public radio satellite interconnection system.

1.  NPR shall as part of its management of the public radio satellite interconnection system provide to Station the following services:

    a.  Authority to use Station-owned satellite earth terminal facilities to receive satellite transmissions distributed via Public Radio Channels 1-12 (provided that Station has secured usage rights from the programming source), and to receive DACS messages and other transmissions related to the operation of the satellite interconnection system.

    b.  Full privileges for use of the public radio maintenance and repair depot (Depot) in accordance with Depot policies and procedures, including: technical consultation and troubleshooting regarding earth terminal problems, and replacement/repair of defective earth terminal equipment modules.

    c.  Earth terminal facilities services, including: frequency protection service for Station's licensed earth terminal, sun-transit outage prediction service, and management and coordination of system-wide satellite facilities projects.

    d.  Management and operation of national technical services, including: the Main Origination Technical Center (MOTC), the Main Origination Terminal (MOT) facilities, and the public radio transponder(s).

    e.  Management of national business and financial services, including: marketing of distribution services to public radio program suppliers and other public telecommunications users, and marketing of excess system capacity to commercial and other non-public radio users.

2.  Station is entitled to participate in the process for governing the public radio satellite interconnection system, including voting on significant issues affecting operation of the system.

3.  NPR relies on the existence of this Agreement and the same Agreement signed by other participating licensees when it enters into contracts with other parties in its operation and management of the public radio system.

4.  Station shall pay to NPR an annual fee established by the Board of Directors of NPR (which fee shall reflect a credit for net commercial revenues) and shall be fully responsible for all public radio interconnection services it receives. Station, with other participating stations, shall assume full financial responsibility for the operation of the public radio satellite interconnection system. Full financial responsibility means that Station shall pay its proportionate share of the total cost of operating that system as established by the NPR Board. The purpose of these payments is to provide NPR with money to run the public radio satellite interconnection system for the benefit of participating stations and other public radio users.

5.  If Station is CPB qualified, the licensee of Station acknowledges and agrees that the Corporation for Public Broadcasting fully meets its responsibility to pay for costs of public radio satellite interconnection as defined in the Public Broadcasting Amendments Act of 1981 by payment to the participating station of its pro rata share of the amounts reserved for public radio licensees under 47 U.S.C. 396(k)(3)(iii)(I).

6.  The term of this Agreement is from the date of execution through September 30, 1987. The Agreement is automatically renewed for one year (through September 30 of each succeeding year) unless Station notifies NPR in writing by August 1 of the year preceding the renewal year that the Station does not want to renew the agreement, or NPR terminates the Agreement under paragraph 7 or by notice to Station by August 1 of the year preceding the renewal year that it will terminate service in the renewal year. NPR may also terminate this Agreement in the event it no longer manages the public radio satellite system.

7.  Station payments under this Agreement are due within 30 days of the date of invoice. Late payments will be assessed a penalty of 1.5% per month, cumulatively. If a station fails to pay within 90 days of the date of the initial invoice, NPR may terminate the Agreement immediately upon written notice to the Station.

8.  When Station receives notice of termination, it shall immediately cease to use the public radio satellite interconnection system as of the date specified in the notice.

9. Stations with a Public Radio Satellite Interconnection Agreement in force are beneficiaries of the Trust established to own the public radio transponder.

10. This Agreement is separate and distinct from any other agreement that Station or its licensee may have with National Public Radio or any other public radio entity; it does not entitle Station to NPR programming or membership.

11. This Agreement supersedes any prior written or oral agreements between the parties not consistent with this Agreement. It specifically terminates any previous Satellite Interconnection/Distribution Agreement between NPR and Station.

12. Each signatory below warrants that he/she has authority to bind to this Agreement the party for which it signs.

IN AGREEMENT TO THE FOREGOING, the Parties hereunto affix their signatures:

NATIONAL PUBLIC RADIO

_____
NAME

_____
DATE 10/6/86

STATION KSUT-FM

_____
AUTHORIZED REPRESENTATIVE

_____
DATE 9/29/86

After signature please return to:

NPR DISTRIBUTION
BUSINESS AFFAIRS MANAGER
2025 M STREET, NW
WASHINGTON, DC  20036