# EXHIBIT D

**NATIONAL PUBLIC RADIO** 

## SATELLITE DISTRIBUTION/INTERCONNECT AGREEMENT

The following agreement is between <u>KCFR-FM,</u> <u>DENVER, COLORADO</u> (Station) and National Public Radio (NPR) which establishes the terms under which Station agrees to pay for its participation in and use of the public radio disbribution/interconnection system.

1. NPR understands and agrees that Station is under no obligation to pay NPR for distribution/interconnection services should Station decline to participate in and make use of the distribution/interconnection system.

2. However, if Station hereby agrees to participate in and make use of the public radio distribution/interconnection system, NPR shall provide the services outlined below and Station shall pay NPR each year for these services an amount set by the NPR Board of Directors.  The parties understand that each CPB-qualified station and eligible Coverage Expansion Grant recipient will receive from CPB an interconnection payment to assist it in obtaining the services provided by NPR as described below.  Its payment to NPR will not exceed this CPB interconnection grant; however, interconnection system users may agree from time to time by majority vote to pay additional amounts to NPR.

3. The parties understand and agree that participation in and use of the public radio satellite interconnection system is defined as:

    a. receipt by Station of NPR National Program Service (NPS) programs for local distribution, as an authorized non-member station NPS program recipient or according to the terms of NPR's member station agreement with station; and/or,

    b. receipt by Station of Extended Program Service (EPS) programs for local distribution; and/or,

    c. coordination by NPR of Station's ground terminals for the purpose of generating revenues through commercial sharing; and/or,

2025 M Street NW Washington DC 20036 Telephone 202 822-2000

-2-

    d.   station's reception and use of DACS service; and/or,

    e.   station's use of the NPR/PBS equipment maintenance depot.

4. Station agrees that it shall be in breach of this agreement, once executed, should Station make use of any service or services described above and fail to make full payment to NPR for such use. Station further agrees that notwithstanding any remedies involving denial of service for non-payment, nothing herein shall limit NPR's right to seek and secure any other remedy at law or equity for failure of Station to pay NPR the fee described herein for participation in and use of the public radio distribution/interconnection system.

5. The term of this agreement is coterminous with the fiscal year beginning on October 1, 1981 and that thereafter this agreement will be automatically renewed annually, for each succeeding fiscal year, unless Station cancels this agreement. Cancellation by Station will be automatic upon Station's Board of Directors resolving to cancel this agreement and upon 90 days notice to NPR in writing thereof. Cancellation by NPR will occur only through approval of the NPR Board of Directors.

IN AGREEMENT TO THE FOREGOING, the Parties hereunto affix their signatures:

NATIONAL PUBLIC RADIO            STATION

_[signature]_                           _[signature]_
Name                                Authorized Representative

10/1/81                            12/15/81
Date                                Date

After signature please return to:

NPR Legal Department
c/o Marc Giattini, Esq.
2025 M Street, N. W.
Washington, D. C.   20036