IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* <br><br> *Plaintiffs*, <br><br> *v.* <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-1674-RDM |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

This matter is before the Court on Plaintiff National Public Radio, Inc.'s Motion for Temporary Restraining Order. Upon consideration of the Motion and accompanying memorandum of law and declarations filed in support thereof, oral argument in support of and in opposition to the Motion, and the record in this action, the Court finds that National Public Radio, Inc. (NPR) is likely to succeed on the merits of its claim that the Corporation for Public Broadcasting (CPB or the Corporation) should be permanently enjoined from implementing Executive Order 14290, entitled "Ending Taxpayer Subsidization of Biased Media" (the Order), 90 Fed. Reg. 19415, including by distributing funds appropriated by Congress to CPB for public radio satellite interconnection purposes to an entity or entities other than NPR, which is the "national entity" that has been "designate[d]" by the "entities participating in the public radio satellite interconnection system," 47 U.S.C. § 396. The Court further finds that absent a temporary restraining order NPR will suffer irreparable harm, and that the balance of equities and public interest favor a temporary restraining order. Accordingly, it is hereby

ORDERED that the Motion is GRANTED;

ORDERED that the Corporation, its officers, agents, servants, employees, and anyone else in active concert or participation with the Corporation, are enjoined from taking any action during the effective period of this Order to distribute to any entity or entities other than NPR any funding appropriated by Congress to the Corporation for public radio satellite interconnection purposes, and further enjoined from taking any other action to implement Executive Order 14290; and

ORDERED that this Order shall remain in effect until further order of this Court.

SO ORDERED.

Dated: _____, 2025

_____
Hon. Randolph D. Moss
United States District Judge