IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-1674-RDM |

## [PROPOSED] ORDER

Upon consideration of Plaintiff National Public Radio, Inc.'s Motion to Compel or, in the Alternative, for Evidentiary Sanctions, it is hereby ORDERED that Defendant Corporation for Public Broadcasting shall produce the following documents:

- All relevant, responsive documents, including minutes and recordings, memoranda, presentations, and briefing materials, related to any meeting of the CPB Board from January 20, 2025 to the present—within 24 hours;

- All relevant, responsive documents and communications in the possession of CPB Board members, including but not limited to communications to or from Ruby Calvert's personal email account relating to NPR, the PRSS, or interconnection funding—within 48 hours.

Any privileged statements in these documents shall be specifically redacted and recorded in a privilege log; the non-privileged remainder of all such documents shall be produced.

If these documents are not produced, the Court will draw the adverse inference that they contain evidence that CPB's Board decided not to disburse public radio interconnection funding to NPR for the PRSS and instead planned to distribute that funding to an entity not under NPR's control or management, in order to comply with the demands of the Executive Branch

1

SO ORDERED.

Dated: _____, 2025

                                              _____
                                              Hon. Randolph D. Moss
                                              United States District Judge