IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 25-cv-1674 |

**PLAINTIFF NATIONAL PUBLIC RADIO INC.'S MOTION FOR PRELIMINARY INJUNCTION AND FOR SUMMARY JUDGMENT AS TO DEFENDANT <u>CORPORATION FOR PUBLIC BROADCASTING</u>**

Pursuant to Rules 56 and 65 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Plaintiff National Public Radio, Inc. (NPR), by and through its undersigned counsel, respectfully moves the Court for entry of a preliminary injunction and for summary judgment in its favor as to Defendant Corporation for Public Broadcasting (CPB).

By its Motion, NPR seeks preliminary and permanent relief from CPB's actions to comply with the mandate of Executive Order 14290, entitled "Ending Taxpayer Subsidization of Biased Media" (the Order), 90 Fed. Reg. 19415, including, specifically, its actions to sever federal funds appropriated by Congress to CPB for public radio interconnection purposes from NPR, which is the "national entity" that has been "designate[d]" by the "entities participating in the public radio satellite interconnection system," 47 U.S.C. § 396.

NPR respectfully requests that the Court declare that CPB's actions since April 3, 2025 to sever federal funds appropriated for public radio interconnection purposes from NPR violates the First Amendment and the Public Broadcasting Act of 1967 (the Act); preliminarily and permanently enjoin CPB from implementing the Order and from disbursing said funds to any entity

1

or entities other than NPR or "those public telecommunications entities participating in the public radio satellite interconnection system" (the Interconnected Stations), 47 U.S.C. § 396(k)(10)(D)(i), including Defendant Department of Treasury; order CPB to disburse no less than $35,962,000 in interconnection funds to NPR or the Interconnected Stations in accordance with the Act or, alternatively, to disburse no less than $35,962,000 in interconnection funds to NPR or, at minimum, order CPB to negotiate in good faith an extension of NPR's grant agreement for interconnection in accordance with the resolution adopted by the CPB Board on April 2, 2025 before it began its course of unconstitutional conduct in violation of the First Amendment; and further order CPB to place said funds into an escrow account pending its disbursement to NPR or the Interconnected Stations and the conclusion of this litigation and exhaustion of all appeals.

Preliminary and permanent injunctive relief is appropriate here because NPR is likely to prevail on the merits of its claims against CPB, CPB's actions in denying Plaintiff appropriated public radio interconnection funding inflict serious and irreparable injuries on NPR for which there is no adequate remedy at law, the balance of equities favor injunctive relief, and an injunction would serve the public interest by ensuring CPB's compliance with the First Amendment and the Act. Moreover, there is no genuine issue of material fact and NPR is entitled to summary judgment in its favor on its claims as to CPB.

The grounds for this Motion are fully set forth in the attached Memorandum of Law and supporting declarations and exhibits. A proposed order describing with more particularity the relief sought also is attached.

October 24, 2025						Respectfully submitted,

							/s/ Miguel A. Estrada

							Miguel A. Estrada (D.D.C. Bar No. 456289)
							GIBSON, DUNN & CRUTCHER LLP
							1700 M Street, N.W.
							Washington, D.C. 20036-4504
							(202) 955-8500
							MEstrada@gibsondunn.com

							Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
							Katie Townsend (D.C. Bar No. 1026115)
							GIBSON, DUNN & CRUTCHER LLP
							333 South Grand Avenue
							Los Angeles, CA 90071-3197
							(213) 229-7000
							TBoutrous@gibsondunn.com
							KTownsend@gibsondunn.com

							Elizabeth A. Allen (*Admitted Pro Hac Vice*)
							NATIONAL PUBLIC RADIO, INC.
							1111 North Capitol Street, NE
							Washington, D.C. 20002
							(202) 513-2000
							EAAllen@npr.org

							*Counsel for Plaintiff*
							*National Public Radio, Inc.*

							Steven D. Zansberg (*Admitted Pro Hac Vice*)
							Zansberg Beylkin LLC
							100 Fillmore Street, Suite 500
							Denver, CO 80206
							(303) 564-3669
							steve@zblegal.com

							*Counsel for Plaintiffs Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, and KUTE, Inc. d/b/a KSUT Public Radio*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2025, I electronically filed the foregoing Motion and all supporting documents with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

      Respectfully submitted,

      */s/ Miguel A. Estrada*