IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 25-cv-1674 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff National Public Radio, Inc.'s Motion for Preliminary Injunction and for Summary Judgment as to Defendant Corporation for Public Broadcasting, ECF No. __, Defendant Corporation for Public Broadcasting's Cross-Motion for Summary Judgment, ECF No. __, all legal memoranda, declarations, and exhibits submitted in support of or opposition to each motion, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that Plaintiff National Public Radio, Inc.'s Motion for Preliminary Injunction and for Summary Judgment as to Defendant Corporation for Public Broadcasting, ECF No. __, is **GRANTED**. It is further

**ORDERED** that Defendant Corporation for Public Broadcasting's Cross-Motion for Summary Judgment, ECF No. __, is **DENIED**. It is further

**DECLARED** that the actions of Defendant Corporation for Public Broadcasting (CPB) since April 3, 2025 to sever federal funds appropriated for public radio interconnection purposes from NPR violates the First Amendment and the Public Broadcasting Act of 1967 (the Act). It is further

**ORDERED** that CPB and all persons acting in concert with it are preliminarily and permanently **ENJOINED** from implementing Executive Order 14290, entitled "Ending Taxpayer Subsidization of Biased Media" (the Order), 90 Fed. Reg. 19415.  It is further

**ORDERED** that CPB and all persons acting in concert with it are preliminarily and permanently **ENJOINED** from disbursing federal funds appropriated for public radio interconnection purposes to any entity or entities other than NPR or "those public telecommunications entities participating in the public radio satellite interconnection system" (the Interconnected Stations), 47 U.S.C. § 396(k)(10)(D)(i), including Defendant Department of Treasury.  It is further

**ORDERED** that CPB disburse no less than $35,962,000 in interconnection funds to NPR or the Interconnected Stations in accordance with the Act and in accordance with the resolution adopted by the CPB Board on April 2, 2025 before it began its course of unconstitutional conduct in violation of the First Amendment.  It is further

**ORDERED** that CPB to place said funds into an escrow account pending its disbursement to NPR or the Interconnected Stations and the conclusion of this litigation and exhaustion of all appeals.  It is further

**ORDERED** that Defendant shall file a status report within 5 business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements.  It is further

**ORDERED** that this Court shall retain jurisdiction to enforce this Order.

**SO ORDERED**.

Dated: _____

                                                                                                 _____

Hon. Randolph D. Moss
United States District Judge

3