IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, *et al.* ) <br> ) <br> Defendants. ) | Case No. 25-cv-1674 |

**DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendant Corporation for Public Broadcasting ("CPB") moves for summary judgment in its favor on all counts of Plaintiffs' Amended Complaint (Dkt. No. 46-1). Attached and incorporated herein is an accompanying Memorandum in Support of this Motion. For the reasons set forth in that Memorandum, CPB asks the Court to enter summary judgment in its favor on Counts 1-8.

Dated: October 24, 2025              Respectfully submitted,

                                     /s/ Peter C. Nanov
                                     Jason W. McElroy (D.C. Bar No. 502733)
                                     Peter C. Nanov (D.C. Bar No. 230021)
                                     SAUL EWING LLP
                                     1919 Pennsylvania Avenue NW, Suite 550
                                     Washington, D.C. 20006
                                     Tel: (202) 295-6605
                                     Email: jason.mcelroy@saul.com
                                            peter.nanov@saul.com

                                     Jeffrey S. Robbins (*Pro Hac Vice*)
                                     Joseph D. Lipchitz (*Pro Hac Vice*)
                                     SAUL EWING LLP
                                     131 Dartmouth St.
                                     Suite 501

>Boston, MA 02116
>Tel: (617) 912-0941
>Email: jeffrey.robbins@saul.com
>joseph.lipchitz@saul.com
>
>*Counsel for Defendant The Corporation for Public Broadcasting*

### CERTIFICATE OF SERVICE

I hereby certify that on Oct. 24, 2025, I caused a copy of the foregoing DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S MOTION FOR SUMMARY JUDGMENT to be served on all parties and counsel of record via the Court's CM/ECF system.

>*/s/ Peter C. Nanov*
>Peter C. Nanov