## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, | |
| *Plaintiffs*, | Civil Case No. 25-cv-1674 |
| v. | |
| DONALD J. TRUMP, *et al.*, | **DECLARATION OF** |
| *Defendants*. | **KATIE TOWNSEND** |

## <u>DECLARATION OF KATIE TOWNSEND</u>

I, Katie Townsend, hereby declare as follows:

1.       I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge.  I make this declaration in support of Plaintiff National Public Radio, Inc.'s (NPR) Motion for Preliminary Injunction and for Summary Judgment as to Defendant Corporation for Public Broadcasting (CPB).  If called to do so, I could and would competently testify to these matters under oath.

2.       I am a Partner in the Los Angeles and Washington, D.C. offices of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I am one of the Gibson Dunn attorneys representing Plaintiff NPR in the above-captioned case.

3.       Attached hereto as Exhibit 1 is a true and correct copy of NPR's verified Responses and Objections to CPB's First Discovery Requests, served on October 16, 2025.

4.       Attached hereto as Exhibit 2 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0022681.

5.       Attached hereto as Exhibit 3 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0021992.

1

6.      Attached hereto as Exhibit 4 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0081621.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0006421 and introduced in the deposition of Badri Munipalla as Exhibit 29.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Badri Munipalla taken in the above-captioned litigation on October 20, 2025.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0023266.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the Corporation for Public Broadcasting Appropriation Request and Justification FY 2025/FY 2026, submitted to the House and Senate Appropriations Committees on March 11, 2024.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0063000 and introduced in the deposition of Ryan Merkley as Exhibit 10A.

12.     Attached hereto as Exhibit 10 is a true and correct copy of a document introduced in the deposition of Ryan Merkley as Exhibit 10B.

13.     Attached hereto as Exhibit 11 is a true and correct copy of the transcript of the deposition of Kathy Merritt taken in the above-captioned litigation on October 23, 2025.

14.     Attached hereto as Exhibit 12 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0110624.

15.     Attached hereto as Exhibit 13 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0307145.

16.    Attached hereto as Exhibit 14 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0307147.

17.    Attached hereto as Exhibit 15 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0031093.

18.    Attached hereto as Exhibit 16 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0304825.

19.    Attached hereto as Exhibit 17 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as CPB_0136269.

20.    Attached hereto as Exhibit 18 is a true and correct copy of materials publicly available on the CPB website and introduced in the deposition of Patricia Harrison as Exhibit 1.

21.    Attached hereto as Exhibit 19 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0367232 and introduced in the deposition of Ryan Merkley as Exhibit 12.

22.    Attached hereto as Exhibit 20 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0001698.

23.    Attached hereto as Exhibit 21 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0111058.

24.    Attached hereto as Exhibit 22 is a true and correct copy of an article by Ali Bianco and John Hendel titled *DOGE's next target: NPR and PBS* that was published on Politico.com on March 26, 2025, and that is available at https://www.politico.com/news/2025/03/26/doge-npr-pbs-hearing-00004556.

25.     Attached hereto as Exhibit 23 is a true and correct copy of a social media post by @realDonaldTrump        from        March        27,        2025,        available        at https://truthsocial.com/@realDonaldTrump/posts/114232752130631453.

26.     Attached hereto as Exhibit 24 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0122616 and introduced in the deposition of Clayton Barsoum as Exhibit 2.

27.     Attached hereto as Exhibit 25 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0143805.

28.     Attached hereto as Exhibit 26 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0021963 and introduced in the deposition of Clayton Barsoum as Exhibit 3.

29.     Attached hereto as Exhibit 27 is a true and correct copy of a social media post by @realDonaldTrump        from        April        1,        2025,        available        at https://truthsocial.com/@realDonaldTrump/posts/114264549657133828.

30.     Attached hereto as Exhibit 28 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0022179.

31.     Attached hereto as Exhibit 29 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0009112.

32.     Attached hereto as Exhibit 30 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0022234 and introduced in the deposition of Patricia Harrison as Exhibit 2.

33.     Attached hereto as Exhibit 31 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0012787.

34.     Attached hereto as Exhibit 32 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0010361.

35.     Attached hereto as Exhibit 33 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0106552 and introduced in the deposition of Ryan Merkley as Exhibit 13.

36.     Attached hereto as Exhibit 34 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0001380 and introduced in the deposition of Patricia Harrison as Exhibit 3.

37.     Attached hereto as Exhibit 35 is a true and correct copy of the transcript of the deposition of Patricia Harrison taken in the above captioned litigation on October 17, 2025.

38.     Attached hereto as Exhibit 36 is a true and correct copy of a document produced by NPR to CPB in the above-captioned litigation as NPR0014099 and introduced in the deposition of Patricia Harrison as Exhibit 5.

39.     Attached hereto as Exhibit 37 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0390059.

40.     Attached hereto as Exhibit 38 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0106554 and introduced in the deposition of Ryan Merkley as Exhibit 14.

41.     Attached hereto as Exhibit 39 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0022696 and introduced in the deposition of Patricia Harrison as Exhibit 6.

42.     Attached hereto as Exhibit 40 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0029361 and introduced in the deposition of Patricia Harrison as Exhibit 8.

43.     Attached hereto as Exhibit 41 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0110656.

44.     Attached hereto as Exhibit 42 is a true and correct copy of a social media post by @realDonaldTrump from April 10, 2025, available at https://truthsocial.com/@realDonaldTrump/posts/112248653824267212.

45.     Attached hereto as Exhibit 43 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0001429 and introduced in the deposition of Patricia Harrison as Exhibit 7.

46.     Attached hereto as Exhibit 44 is a true and correct copy of the transcript of the deposition of Clayton Barsoum taken in the above captioned litigation on October 22, 2025.

47.     Attached hereto as Exhibit 45 is a true and correct copy of a CPB press release titled "Corporation for Public Broadcasting Awards Grant to Public Media Infrastructure for Public Radio Interconnection," dated September 26, 2025 and available at https://cpb.org/pressroom/corporation-public-broadcasting-awards-grant-public-media-infrastructure-public-radio.

48.     Attached hereto as Exhibit 46 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0212608.

49.     Attached hereto as Exhibit 47 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0370522.

50.    Attached hereto as Exhibit 48 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0275296.

51.    Attached hereto as Exhibit 49 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0370523.

52.    Attached hereto as Exhibit 50 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0229998 and introduced in the deposition of Clayton Barsoum as Exhibit 10.

53.    Attached hereto as Exhibit 51 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0029394.

54.    Attached hereto as Exhibit 52 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0380911.

55.    Attached hereto as Exhibit 53 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0148527.

56.    Attached hereto as Exhibit 54 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0110454.

57.    Attached hereto as Exhibit 55 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0023269 and introduced in the deposition of Patricia Harrison as Exhibit 13.

58.    Attached hereto as Exhibit 56 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0023284 and introduced in the deposition of Patricia Harrison as Exhibit 11.

59.    Attached hereto as Exhibit 57 is a true and correct copy of an article by Jennifer Scholtes and Megan Messerly titled *White House to Send Congress a Formal Request to Nix $9.3B*

*for PBS, NPR, State Department* that was published on Politico.com on April 14, 2025, and that is available at https://www.politico.com/news/2025/04/14/white-house-to-send-congress-a-formal-request-to-nix-9-3b-for-pbs-state-department-00289543.

60.     Attached hereto as Exhibit 58 is a true and correct copy of White House press release titled "The NPR, PBS Grift Has Ripped Us Off for Too Long" that was published on April 14, 2025, and that is available at https://www.whitehouse.gov/articles/2025/04/the-npr-pbs-grift-has-ripped-us-off-for-too-long.

61.     Attached hereto as Exhibit 59 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0018106.

62.     Attached hereto as Exhibit 60 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0213205.

63.     Attached hereto as Exhibit 61 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0305846.

64.     Attached hereto as Exhibit 62 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0185383.

65.     Attached hereto as Exhibit 63 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0230424.

66.     Attached hereto as Exhibit 64 is a true and correct copy of a document introduced in the deposition of Patricia Harrison as Exhibit 12.

67.     Attached hereto as Exhibit 65 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0029115 and introduced in the deposition of Patricia Harrison as Exhibit 15.

68.    Attached hereto as Exhibit 66 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0211477.

69.    Attached hereto as Exhibit 67 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0211493.

70.    Attached hereto as Exhibit 68 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0015943.

71.    Attached hereto as Exhibit 69 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0313534.

72.    Attached hereto as Exhibit 70 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0001624.

73.    Attached hereto as Exhibit 71 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0001698.

74.    Attached hereto as Exhibit 72 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0027994.

75.    Attached hereto as Exhibit 73 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0002562 and introduced in the deposition of Patricia Harrison as Exhibit 16.

76.    Attached hereto as Exhibit 74 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0074124.

77.    Attached hereto as Exhibit 75 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0301307.

78.    Attached hereto as Exhibit 76 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0010098.

79.     Attached hereto as Exhibit 77 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0026621.

80.     Attached hereto as Exhibit 78 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0110026.

81.     Attached hereto as Exhibit 79 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0023272.

82.     Attached hereto as Exhibit 80 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0078397.

83.     Attached hereto as Exhibit 81 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0097035.

84.     Attached hereto as Exhibit 82 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0097069.

85.     Attached hereto as Exhibit 83 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0096562.

86.     Attached hereto as Exhibit 84 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0097123.

87.     Attached hereto as Exhibit 85 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0115230.

88.     Attached hereto as Exhibit 86 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0066136.

89.     Attached hereto as Exhibit 87 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0096573.

90.    Attached hereto as Exhibit 88 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0097153.

91.    Attached hereto as Exhibit 89 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0096519.

92.    Attached hereto as Exhibit 90 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0106461.

93.    Attached hereto as Exhibit 91 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0066140.

94.    Attached hereto as Exhibit 92 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0115374.

95.    Attached hereto as Exhibit 93 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0006606.

96.    Attached hereto as Exhibit 94 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0167260.

97.    Attached hereto as Exhibit 95 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0006541.

98.    Attached hereto as Exhibit 96 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0148498.

99.    Attached hereto as Exhibit 97 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0115430.

100.    Attached hereto as Exhibit 98 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0115427.

101.    Attached hereto as Exhibit 99 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0115465.

102.    Attached hereto as Exhibit 100 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0097540.

103.    Attached hereto as Exhibit 101 is a true and correct copy of CPB's verified Responses to NPR's First Set of Interrogatories, served on October 16, 2025.

104.    Attached hereto as Exhibit 102 is a true and correct copy of the transcript of the deposition of Ryan Merkley taken in the above-captioned litigation on October 21, 2025.

105.    Attached hereto as Exhibit 103 is a true and correct copy of the transcript of the deposition of Marta McLellan Ross taken in the above-captioned litigation on October 22, 2025.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October 2025 in Washington, D.C.


        /s/ Katie Townsend
        _____

        Katie Townsend