# EXHIBIT 2

01 - 00008

# THE PHILOSOPHY AND POLICY FOR THE

# UTILIZATION OF THE PUBLIC RADIO SATELLITE SYSTEM

```
Please Note:
In February, 1987, the Technology/
Distribution Committee changed its
name to the Distribution/Interconnection
Committee.
```

The Distribution Division
National Public Radio


2025 M Street, N.W. • Washington, D.C. • 20036


(202) 822-2610


May, 1981

THE PHILOSOPHY AND POLICY FOR THE

UTILIZATION OF THE PUBLIC RADIO SATELLITE SYSTEM

DISTRIBUTION DIVISION
NATIONAL PUBLIC RADIO
2025 M STREET, N.W.
WASHINGTON, DC  20036

(202) 822-2610

FIRST EDITION:  APPROVED BY THE NPR BOARD, MAY 1979;
APPROVED BY STATIONS, JULY 1979.

SECOND EDITION:  REVISED BY STATION VOTE, JANUARY 1981;
APPROVED BY THE NPR BOARD, APRIL 1981.

NPR0022682

PAGE 1

I.    PHILOSOPHIES OF SYSTEM UTILIZATION

The Public Radio Satellite System exists to provide innovative and improved services to the public radio audiences of America.  The owners and operators of the system, the CPB-qualified public radio stations, are the trustees of that system on behalf of the American people.  The overall philosophy and policy of the operation of that system must ultimately be determined by those owners and operators.

The appropriate forum to collect information concerning system needs and desires, and to put in place those policies which will speak to those needs and desires, is the primary distribution agency appointed by the Corporation for Public Broadcasting; the Board of Directors of National Public Radio.

The goals for the operation of the Public Radio Satelite System are:

1.  To increase the amount and scope of radio programming available to each licensee and its audiences.

2.  To diversify the sources of that programming including public radio stations and independent producers.

3.  To encourage and maintain high-quality technical standards of program production and transmission.

4.  To minimize costs of distribution to the fullest extent possible in order that utilization of the system can be as extensive as possible.

PAGE 2

The priorities for the operation of the Public Radio Satellite System are:

1. To provide, as a first priority, distribution of a National Program Service which seeks to meet the needs of user licensees and their communities.

2. To encourage and provide distribution of program services in addition to the National Program Service which seek to meet the needs of user licensees and the public.

3. To provide distribution of other broadcast and nonbroadcast services to qualified users, as appropriate.

NPR0022684

PAGE 3

II.    DEFINITIONS

A. The National Program Service

The National Program Service is the responsibility of the Programming Division of National Public Radio. It is expected to be a mix of programming assembled by:

1. Production

Produced or co-produced by NPR, various NPR member and non-member public radio stations across the country, domestic independent producers, and foreign sources working through various public radio stations or directly with NPR Programming.

2. Acquisition

Acquired from foreign sources, domestic independent producers, and from various public radio stations.

3. Coordination

Programs or series produced locally or regionally, which are appropriate for nationwide distribution, can be added to the National Program Service. In these cases, production of the program(s) remains the responsibility of the producer or station, while other aspects of incorporation into the National Program Service, such as indemnification and publicity, would be coordinated by NPR Programming.

The National Program Service, derived from the sources mentioned above, will consist of various program types, in which responsibility for responding to issues of fairness, equal time, and the like will lie with NPR Programming.

NPR0022685

PAGE 4

In defining a National Program Service, it should be kept in mind that it will consist of both programming with wide general appeal to a large number of listeners and programming which may be available to all, but which by its nature may in reality be used by a smaller number which constitute a sort of "network of interest" within the broader service. Foreign language programs, for example, or a program dealing with a major urban population problem which is prevalent in many large American cities may or may not be sought by listeners in a community where the foreign language is little understood or in a rural community where the large city problem is of less concern. In the interests of a broadly balanced National Program Service, however, programs of this type are important and have a definite place. It is the responsibility of the NPR Programming staff, the NPR Board Programming Committee, and the full NPR Board to establish and approve a broad and balanced National Program Service on behalf of all user stations and their audiences.

B.  The Extended Program Service

In keeping with the philosophy and goals of the Public Radio Satellite System, an increased amount of programming, from more diverse sources than may be available through the National Program Service, should be encouraged from the outset. It is believed that these programs will be of two basic types:

NPR0022686

PAGE 5

1. programs with rights clearances such that any station in the system may use them and with content of broad enough interest to be usable nationwide, though not a part of the National Program Service; and

2. programs which by virtue of limited rights or limited applicability of content are intended for only certain geographical regions or specialized audiences.

An example of the first, the nationwide type of program, would be a situation in which the National Program Service elects to present a major symphonic series consisting of several concerts from a number of the best orchestras in the country. The producing stations might be able to record more performances under the same contract than the National Program Service uses. These programs could be made available to allk stations to use as they saw fit.

Any number of examples can be imagined for programs produced for less-than-national use.

NPR0022687

PAGE 6

III.   <u>POLICIES</u>

A. <u>Balance</u>

All National Program Service programs will be produced, acquired or coordinated so that they are part of a service which will take responsibility for balance, fairness and the like.  The Extended Program Service programs may or may not provide balance for user stations, depending on the program and the producer's ability and/or willingness to provide follow-up programming.

B. <u>Indemnification</u>

All National Program Service programs carry the assurance that stations authorized to use the National Program Service are indemnified against any claims arising from their broadcast.  Extended Program Service producers are required to provide stations with the same indemnification, through the purchase of broadcast (distribution) liability insurance,or by some other means approved by the NPR Board Technology/Distribution Committee.

NPR0022688

ιGE 7

C. Cost

The Distribution Service will be supported by payments from a mix of sources. All public radio stations regularly receiving programs from the public radio satellite service pay an equal share each year for service. All program sources pay a portion of the cost for provision of transmission service. The amount assessed receiving stations is established each year by the NPR Board in a manner consistent with the formula used the first year, (i.e., supplemental grant divided by number of supplemental grant recipients,) or, as modified by vote of the licensees. The amount assessed program sources is set each year by the NPR Board Technology/Distribution Committee, except for uplink fees. The rates for services by individual uplinks are established by uplinks and reviewed by the NPR Board Technology/Distribution Committee to determine conformity with the established cost-sharing formula.

D. Criteria for Use

Requests for specific day/time channel use will be made by any user to NPR Distribution. Every effort will be made to accommodate all qualified requesting parties on days and at times that are appropriate for their purposes. In the case of conflicting requests for channel use, NPR Distribution will resolve the conflict generally by negotiating a different time for one or more of the conflicting parties or by leasing occasional channel space. PAGE 8

In making those decisions, a set of criteria will be used to establish priority. Understanding that no single criterion has the same weight under all circumstances or when viewed in relation to other existing criteria, the following general criterial will be used in the decision-making process. The following criteria, while in priority order within each category, are in no particular priority order with respect to categories 1-5.

PAGE 8

1. <u>SCOPE OF SERVICE</u> (In Order of Priority)

    a. National Program Service
    b. Extended Program Service
    c. Non-Public Radio

2. <u>NUMBER OF STATIONS/ENTITIES USING THE PROGRAM</u>

(Only in the case of Extended Program Service and non-broadcast uses. Low carriage of National Program Service will be evaluated by the NPR Programming staff and Board Programming Committee.)

3. <u>TYPE OF USE</u> (In Order of Priority)

    a. Program Distribution
    b. Assembly and Technical Production
    c. Time Zone Delays for Updated Programs
    d. Refeeds
    e. Conferencing
    f. Technical Tests
    g. Teleconferencing for Outside Others

4. <u>TIMELINESS</u> (In Order of Priority)

    a. Live feeds for simultaneous broadcast
    b. Live feeds for time zone delay
    c. Timely live-on-tape feeds for simultaneous broadcast
    d. Timely live-on-tape feeds for time zone delay
    e. Non-timely feeds

5. <u>USER STATUS</u> (In Order of Priority)

    a. CPB-Qualified Stations
    b. Non-CPB-Qualified Public Radio Stations
    c. Outside Others

PAGE 9

Dissatisfaction on the part of any requestor or group of users with any decision made by NPR Distribution will be forwarded to the NPR Board Technology/Distribution Committee for review and consideration for any needed policy change.

It is system policy that channel space allocation, once made, shall not be preempted except in the case of significant emergency. Just what form such emergency might take is not clear, short of a full-blown national emergency. It is system policy that some channel space be kept available (not scheduled) for timely program scheduling. By the very nature of the quickness with which radio can respond to timely events and situations, this policy seems prudent. It is hoped that such activities as unscheduled refeeds, conferencing, etc., can take advantage of this space when no timely programming space is necessary.

In addition, a number of non-broadcast uses of the system may be possible. It is the policy of the system that any legal use of the channels should be accommodated within the priorities already set forth.

E. Technical Considerations

The basic responsibility for estabishing and updating technical requirements for the system falls to the NPR Engineering Department under the oversight of the NPR Board Technology/Distribution Committee and as advised by its Engineering Committee composed of station engineers. Unlike the land-line system, however, the operation of the satellite distribution system will require that individual licensees exercise care of and responsibility for significant components of equipment under their ownership and possession. To assist stations, a Distribution Handbook will be published which will

PAGE 10

explain in detail the required operational procedures and maintenance routines. Although the Application and Agreement for Assistance that each station will sign with the Corporation for Public Broadcasting specifies that the station agrees to operate the system under procedures set forth by the Board of National Public Radio, it is more important to note that for the safety of the satellite carrier and the fidelity of the entire public radio system certain reasonable procedures should be followed.

F. System Oversight

The Board has approved the following method of systemwide oversight for the operation of the radio satellite system. Following publication, discussion and adoption of this basic philosophy and policy document, policy additions and/or changes may be submitted by any station through the Distribution Division to the NPR Board Technology/Distribution Committee for deliberation and action. Any such policy additions or changes preliminarily approved by the NPR Board Technology/Distribution Committee will be communicated to all system stations for review, comment and, where appropriate, vote. The proposed policy additions and changes, along with the additional reaction from stations, will be presented to the full NPR Board for action, except in the case of station vote which stands alone as the final decision.