# EXHIBIT 3



June 13, 1985

Mr. Richard H. Madden
Deputy Director, Broadcast Services
CORPORATION FOR PUBLIC BROADCASTING
1111 16th Street, N.W.
Washington, D. C.  20036

Dear Rick:

Culminating over a year of study, discussion, and debate, the Participating Licensees of the public radio satellite interconnection system have just completed casting advisory ballots on two important matters related to the future of their system. The first ballot was to determine the Licensees' preference for changing the structure of how the satellite system is governed, and the second ballot was to solicit input from the Licensees on the proposed purchase of the public radio satellite transponder.

We are pleased to share the results of these votes with CPB in the enclosed tally sheet, and would welcome CPB's comments and continued assistance as we proceed in both of these areas which are so important to the public radio system.

Sincerely,

Peter J. Loewenstein
Vice President
DISTRIBUTION DIVISION

RECEIVED
JUN 1985

JUNE 3, 1985 ADVISORY VOTES - DISTRIBUTION SYSTEM GOVERNANCE AND TRANSPONDER PURCHASE

GOVERNANCE - 148 RESPONDED - 56% OF TOTAL POSSIBLE VOTE OF 264

OPTION A:  MANAGEMENT AND GOVERNANCE RESPONSIBILITY REMAIN UNDER THE NPR BOARD OF DIRECTORS, WITH MODIFICATIONS TO THE STRUCTURE OF THE T/D COMMITTEE TO BROADEN AND ENHANCE THE REPRESENTATION OF NON-NPR INTERESTS IN DISTRIBUTION SYSTEM AFFAIRS.

RECEIVED 106 VOTES: 72%

OPTION B:  ESTABLISH DISTRIBUTION AS A WHOLLY-OWNED SUBSIDIARY OF NPR.

RECEIVED 37 VOTES:  25%

ABSTENTIONS: 5 (3%)

TRANSPONDER PURCHASE - 146 RESPONDED - 55%

QUESTION 1:  THIS PARTICIPATING LICENSEE SUPPORTS THE PURCHASE OF THE SATELLITE TRANSPONDER WHICH IS CURRENTLY LEASED FOR THE PUBLIC RADIO SATELLITE SYSTEM.

| YES | NO | OTHER | ABSTAINED |
|---|---|---|---|
| 138 (95%) | 1 (1%) | 4 (3%) | 3 (2%) |

QUESTION 2:  ASSUMING THE $1.5 MILLION PROJECTED ANNUAL SAVINGS ARE ACHIEVED, THIS PARTICIPATING LICENSEE IS WILLING TO ASSIST IN FINANCING THE TRANSPONDER PURCHASE BY COMMITTING TO REINVEST ITS SHARE OF AN ANNUAL SYSTEM-WIDE TOTAL OF $500,000 OF THESE SAVINGS IN A DISCRETE SATELLITE REPLACEMENT SINKING FUND.

| YES | NO | OTHER | ABSTAINED |
|---|---|---|---|
| 113 (77%) | 15 (10%) | 15 (10%) | 3 (2%) |

QUESTION 3:  THIS PARTICIPATING LICENSEE SUPPORTS PLACING THE TITLE OF THE TRANSPONDER, IF PURCHASED, IN THE EXISTING 'TRUST' WHICH HOLDS OTHER DISTRIBUTION SYSTEM ASSETS, AND THIS PARTICIPATING LICENSEE IS WILLING TO TAKE RESPONSIBILITY FOR ASSURING THAT THE TRANSPONDER ASSET WILL BE PROTECTED AND PRESERVED FOR USE BY THE PUBLIC RADIO SYSTEM THROUGHOUT ITS USEFUL LIFE.

| YES | NO | OTHER | ABSTAINED |
|---|---|---|---|
| 125 (86%) | 2 (1%) | 15 (10%) | 4 (3%) |

NPR0021993