# EXHIBIT 4

May 9, 2025

<u>Via E-Mail</u>: kmerritt@cpb.org

Ms. Kathy Merritt
Executive Vice President and Chief Operating Officer
Corporation for Public Broadcasting
401 9th Street, NW
Washington, DC 20004-2129

Dear Kathy,

We are fully aware of the uncertainty surrounding the public media system, and CPB specifically. What is certain is how well the Public Radio Satellite System is managed now, and how stations continue to count on NPR providing this important transmission service.

There is no better national organization equipped to deliver live content at near 100 percent transmission rates than NPR. In the most recent evaluation of PRSS performance completed last year, stations and producers confirmed once again that they are highly satisfied with NPR's management of the PRSS. Stations have consistently given their approval for how NPR manages and operates the system, making interconnection accessible, reliable (99.99%+ uptime) and affordable, while providing high-quality service to stations and producers. Additionally, for more than 40 years NPR has innovated in service to the system, including our newest innovation that will enable terrestrial distribution that can provide all functionality that stations require, centered on hardware and custom software designed to deliver programming and complementary data to station systems.

The interconnected stations of the PRSS, not CPB, designate the manager and operator of the PRSS, which CPB acknowledges in the current interconnection grant agreement with NPR, as it has in previous interconnection funding agreements.

The Public Broadcasting Act requires that all funds appropriated for interconnection shall be distributed by CPB to public telecommunications entities participating in the public radio satellite interconnection system or the national entity they designate for satellite interconnection purposes. CPB isn't authorized to decide who to fund as manager of the PRSS, if the manager observes public media standards set out in the statute such as holding open meetings.

CPB's demand to remove NPR as the operator of the PRSS and end its supervision of those services does not respect the decision of the stations that designated NPR to manage and operate the national radio interconnection system. The demand that NPR transfer responsibility for the PRSS to a different entity ignores the singularly-held right of the interconnected stations to designate which entity provides and supervises interconnected services. Furthermore, the interconnected stations of the PRSS have full financial responsibility for the PRSS. NPR has a contractual obligation to provide interconnection services to its station customers, and does not have the authority to decide unilaterally for its customers who they choose as their service provider.

For more than 40 years, CPB has fulfilled its statutory obligation to fund public radio interconnection by funding NPR as the manager of the PRSS. The CPB Board approved NPR's proposal for a three-year grant

CONFIDENTIAL

on April 1, prompting CPB's urgent efforts (through calls and emails) to coordinate executing an agreement within days. These efforts culminated in your call to NPR Chief Operating Officer Ryan Merkley on April 11 to say that the CPB Board had withdrawn its approval, and that NPR should submit a proposal in 30 days to spin out PRSS as an independent organization. The CPB Board's about-face is difficult to understand, particularly given its May 2 response to the May 1 Presidential Executive Order encouraging system colleagues to keep calm and carry on, as well as its April 29, 2025 lawsuit against the Administration seeking status quo treatment of its Board.

The CPB Board's decision to rescind its commitment to fund the PRSS for three years — and then withhold interconnection funding unless CPB's demand to relocate the PRSS is met — is hurtful and damaging to the 380 public radio stations that count on the PRSS for their live and prerecorded broadcast content. When you and I were joined on a call by the Trustees of The Public Radio Satellite Interconnection System Charitable Trust, you heard the Trustees affirm that NPR has done an outstanding job providing interconnection services and managing the PRSS. The Trustees provide oversight and governance for the Trust's assets consistent with the interconnected stations' instructions, whereas NPR provides oversight and supervision of the management and operation of the interconnection services and functions that the PRSS was created to deliver. Considering NPR's highly rated provision of services, delivering an exceptional combination of high technical quality, strong customer service, thoughtful cost controls (including the development of reserves), ubiquitous coverage and affordable pricing, it was not surprising that the Trustees indicated they haven't heard anything from the stations indicating that the stations want to designate another entity to manage or operate the PRSS.

CPB has declared that it is dedicated to responsibly managing the funds it receives to best serve the American public. A significant change to PRSS operations while stations face increasing uncertainty regarding their funding is not in the best interest of public radio or the American public. NPR will continue to support the entirety of the public radio system as the designated manager and operator of the PRSS, providing the reliable service that stations have counted on for decades.

With best regards,

Mike Savage
Chair, Distribution/Interconnection Committee
NPR Board of Directors

cc: Jennifer Ferro
 Katherine Maher
 Ryan Merkley
 Elizabeth A. Allen