# EXHIBIT 5

Message

| | |
|---|---|
| **From:** | Chris Nelson [CNelson@npr.org] |
| **Sent:** | 2/1/2024 10:52:51 PM |
| **To:** | Chris Nelson [CNelson@npr.org] |
| **Subject:** | Back up |

Intro for Kearney:

I'm Chris Nelson, Senior Vice President of Technology Operations. One of the groups in that portfolio is NPR Distribution, who operates the Public Radio Satellite System - which we'll call PRSS in this presentation. In a couple of minutes we're going to hear from AT Kearney, who we hired for a 3 month consultancy to evaluate the future of public radio interconnection … but before that I wanted to provide some general context to set the scene for this conversation. This will be remedial for some of you, but its important. I'll preface by saying we are not asking for any board action today, this is an informational session.

PRSS serves not just the 248 NPR Member organization, but also another 133 community broadcasters. All told, those customers operate about 1200 stations across America, reaching 98% of the US population. The system also supports about 70 producers who provide programming for regional or national distribution.

We often talk about three principles that guide our stewardship of the interconnection system… those are availability, affordability, and reliability. Today, the only technology capable of serving all of our customers, particularly those in rural communities, is satellite. Through the cost lens, *even if we could* get dedicated land-based data circuits to all of our customers with the service levels required for broadcast - *which we can't today* - *but if we could* - our costs would, conservatively, double. And from a reliability standpoint, the uptime for our system last year was an impressive. 99.995%

Each year, PRSS conducts a survey with stations and producers. Last year's overall customer satisfaction score was a 9 out of 10. I'm not sure I can think of another public media technology service that is as well regarded.

But today's conversation is less about current state and more the future, and potential funding risk ahead with CPB.

~~( The goal of the division is to make revenue to cover costs. The mission is to serve all. )~~

NPR Distribution is essentially run as a break even business in order to keep interconnection fees low for stations. Revenue is generated from fees paid by both contributing producers and interconnected stations, commercial clients, and an annual distribution from the PRSS Trust. But the largest percentage of revenue comes from federal funding, via CPB. CPB funding currently represents about 40% of Distribution's overall revenue, or about 6 million dollars.

Over the last several years of grant negotiations, CPB has been insisting that public television and public radio move to a singular, or at least *more* converged, interconnection system. Convergence is a term that CPB uses frequently in discussions with both us and with PBS, though their definition of convergence is opaque and inconsistent.

Conceptually, convergence is a reasonable aspiration from CPB. Their perspective is that they fund two completely separate interconnection systems, one for television and one for radio, that provide similar services, and therefore there must be an opportunity to merge these two systems and realize the associated cost savings. They've also made it clear that, as audience consumption behaviors shift (in other words, fewer overall listeners to linear broadcasts and streams), they'd prefer to invest more in digital innovation projects, where they believe the system has greater needs. The flipside to that perspective is that the majority of revenue for stations, and for NPR, is generated by broadcast service,, which in turn is reliant on a healthy interconnection system.

EXHIBIT
Municipile
29
(mc)        10/20/25

NPR0006421

Our negotiations with CPB for interconnection grants have been challenging as of late. As stewards of federal funds, CPB has been pushing hard on a number of topics. Recurring questions include:

1.  *Why can't we just eliminate satellite, and provide interconnection over the public internet?*
2.  PRSS uses an in-house developed platform called Content Depot that controls all aspects of the head end technology, and is also our customer interface. CPB will ask: *Shouldn't that be outsourced? Surely there must be a cheaper, better, alternative.*
3.  *Why can't you and PBS simply merge your systems?*

Just to touch on that last one for a moment. Fundamentally, the requirements for public radio and public TV are quite different. PBS's interconnection system delivers to about 100 locations, all of which are in areas where broadband is available. PRSS serves nearly *400* locations, and 10-15% of those are in rural communities where broadband infrastructure is limited or non-existent.

The overwhelming majority of content pushed through PBS's system *isn't* live programming. Instead, they simply transmit video files well in advance of the air date. We're the inverse. More than 80% of our traffic *is* live, which requires predictable latency to ensure proper interaction with stations' automation systems and the critical ability to stitch together local and national content many times each hour.

And If you were to draw a venn diagram that showed the duplication across these two interconnection systems - meaning physically co-located TV and radio stations that receive content from both NPR and PBS, only 38 of more than 500 stations would appear in the center.

There are many differences between the two organizations and our needs. We do have a great relationship with our peers at PBS, we've worked together on a number of collaborative projects, and they share our perspectives on interconnection.

The challenge lies more with CPB. Its funding process is slower than the pace of technical change; Kearney can provide more details. For example, In 2021, after 9 months of detailed and good faith negotiations, at the 11th hour CPB cut our funding request by more than 2 million dollars because they didn't feel confident about elements of our proposal. Ultimately, CPB exercises a disproportionate influence on the technology strategy and overall direction of PRSS by what initiatives it chooses to fund or not fund. And, to state the obvious, CPB are not subject matter experts in this field.

Last year, it became increasingly clear that we needed a neutral third party to analyze the current state, provide data to support or refute CPB and NPR's collective positions, and to provide pragmatic recommendations for convergence. NPR and other public radio stakeholders were very impressed with Kearney's proposal, and they were selected to do the work. The study was funded jointly by CPB and the PRSS.

CPB defined the scope of the work for their engagement which, interestingly enough, did not include a deep analysis of television interconnection. Instead CPB directed Kearney to focus on the needs of public radio. We don't have enough time this morning to review all of their recommendations, but they are available in Diligent, but they are going to walk us through some of their most critical findings and we'll have plenty of time for questions afterwards. Mike Chapman and Ken Quaglio please take it away.

After Kearney:

Thank you. We provided CPB with Kearney's full findings in early December. We're still awaiting their initial feedback to help shape our next grant proposal.

CPB is in the final stages of hiring *another* consultant to review all of their technology grants over the next couple of years. We've been told that the new consultant's first order of business will be to analyze Kearney's

findings. Yes, a CPB funded consultant will be reviewing another CPB funded consultant's work, Kearney will give a full presentation on their findings to CPB once that second consultant is hired.

Our current grant period ends this September. CPB has asked us not to submit anything for a future proposal yet, and as of today we're awaiting feedback from CPB on both the time period and scope of work for the next grant.

Mike Beach, Vice President of Distribution is joining us for Q&A. Badri Munipalla is also joining us. He currently oversees Technology in Distribution, and will be stepping into Mike's chair starting in April when Mike leaves us to go finish his doctorate.

**n p r** | Chris Nelson (he/him) | SVP, Technology Operations | cnelson@npr.org | 202.513.2587

NPR0006423