# EXHIBIT 7

Message

**From**: Merritt, Kathy [kmerritt@cpb.org]
**Sent**: 4/13/2025 9:59:16 AM
**To**: Harrison, Pat [pharrison@cpb.org]
**Subject**: RE: end of day update

You have a minute to talk?

**From:** Harrison, Pat <pharrison@cpb.org>
**Sent:** Sunday, April 13, 2025 9:57 AM
**To:** Merritt, Kathy <kmerritt@cpb.org>; Sanchez, Debra <dsanchez@cpb.org>; Carr, Deborah <carrd@cpb.org>; Levy, Michael <mlevy@cpb.org>; Slavitt, Evan <eslavitt@cpb.org>; Mintz, Daryl <dmintz@cpb.org>
**Subject:** RE: end of day update

**From:** Merritt, Kathy <kmerritt@cpb.org>
**Sent:** Sunday, April 13, 2025 9:05 AM
**To:** Harrison, Pat <pharrison@cpb.org>; Sanchez, Debra <dsanchez@cpb.org>; Carr, Deborah <carrd@cpb.org>; Levy, Michael <mlevy@cpb.org>; Slavitt, Evan <eslavitt@cpb.org>; Mintz, Daryl <dmintz@cpb.org>
**Subject:** RE: end of day update

There are multiple things we need to do.

- Reply to Ryan. I'd like to push the D/I committee meeting off as long as possible. I need more time to talk to people across the system, and we need more time to prepare.Yes
- Design what we would like to see. Evan probably has ideas on how a separate entity could work. We should have something in mind to float as we talk to system leaders or get a working group together. We need to leave PRSS physically at NPR, since it would be incredibly expense to recreate the Network Operations Center somewhere else. We also need to give NPR a win. If they can charge for occupancy and services as they do now, that would help. If they can continue to hold the PRSS reserves on their books, that would help.

  They should get a seat on the new board, but I would argue against a majority of seats for them. RIGHT

  The new board should be truly representative of the system. But we might have to let someone from NPR be the first chair of the board. I would love to see Jean Taylor of APM be the first chair, if we could finagle that somehow. I think Badri would become the CEO or a similar position since he will be the one running this. I don't think there's anyone else who can step in.
- Hold many conversations.
  - The D/I committee is at the center of this. They oversee PRSS, and they are the ones who would actually have to approve this idea. NPR will, of course, want to use the committee to choke this off. Their current chair, Mike Savage, would probably hate this idea, although he fancies himself as the champion of the little guy. We need to work that angle. I doubt he would talk to me before the committee meeting, but we could try. I will reach out to other committee members. Patty Cahill is on the committee, so we need a plan for her.

- I need to talk to key NPR Board members. I'm now sure where the board chair Jennifer Ferro would be on this issue. If Katherine's against it, then Jennifer's probably against it.
- We should touch base with Tom Thomas, who understands the history and inner workings of PRSS. He also knows the people who are the keepers of the Trust.
- Reach out to Paula. Maybe we can get the joint licensees excited about this since they believe NPR to be toxic. People like Ed Ulman, Mark Contreras, Carla McCabe, Amy Shaw could be helpful.

- Undertake a systemwide campaign. Ultimately, the stations will have to vote on making a switch for PRSS. The biggest obstacle there is lack of interest. When they Trust wants to replace a trustee, the stations have to vote, and they often can't get enough stations to return a ballot. The same with NPR membership meetings – they sometimes can't get a quorum. We would have to gin up interest to get stations to pay attention and cast a vote.

- Create Plan B. Where could the radio interconnection funds go for the short term. We know PBS is an option, but the optics on that are tough. It's for radio, so giving it to PBS could be problematic. We could ask APM to hold the funds. At least they are connected to radio interconnection. Regardless, we should draw up an agreement that is ready to go with one of these parties (unless we think of another), that lays out what we would expect the grantee to do – hold the funds until such time we ask them to transfer them to the new entity or, if CPB doesn't exist, what they should do with the funds. YES
- 
- LETS DISCUSS BELOW. WE NEED CARL TO MOVE NOW.
- Create a communications plan.
  - System
  - News media
  - Congress

So, just a few things to do in the next few days.

---

**From:** Harrison, Pat <pharrison@cpb.org>
**Sent:** Sunday, April 13, 2025 8:19 AM
**To:** Merritt, Kathy <kmerritt@cpb.org>; Sanchez, Debra <dsanchez@cpb.org>
**Subject:** RE: end of day update

Can you add DCarr to this list? This is an important conversation.
We protect employees;
PRSS stays where it is physically.
Can there be a General Director and new Board?
Can Katherine refuse to do this/non starter? If so can we talk to NPR chair/board?
Would Paula be in favor of this?
If too daunting can we give money to PBS with proviso it goes to PRSS , giving us time to set up?
Can you put together working group of radio leaders/gms etc to help us create new entity while money is kept Whole at PBS.
The word getting out is this is a pro local radio move. If we tap into influentials the npr board might wake up.

---

**From:** Merritt, Kathy <kmerritt@cpb.org>
**Sent:** Saturday, April 12, 2025 7:42 PM

**To:** Harrison, Pat <pharrison@cpb.org>; Sanchez, Debra <dsanchez@cpb.org>
**Subject:** end of day update

I had a good conversation with Badri Munipalla today, the VP of Distribution at NPR who runs PRSS. Badri is a trusted partner who brings transparency and problem solving to his work. There were several takeaways:

- Badri says the leadership at NPR sees the PRSS spinoff as a non-starter. He sees Katherine as someone who always puts NPR first. He describes her as a brash "Silicon Valley" type person who states what she wants and expects it to happen. She is not willing to consider the spinoff and may use it as a springboard to reject federal funding.
- Badri thought the spinoff meant that PRSS would have to move out of the NPR building, which he said would be an expensive project that would take two years. I told him that we did not consider that necessary. What we are looking for is a different governance and management structure that gives more control to parties other than NPR.
- He suggested I reach out to their CFO Daphne Kwon, who would be able to have a different conversation about how they might structure a new entity. For example, NPR is part of National Public Media, the corporate sponsorship organization jointly owned by NPR, PBS, and GBH. That organization might provide a structure that the PRSS spinoff could copy. I'll follow up with Daphne tomorrow.
- He reiterated that any change would have to be approved by the interconnected stations, which could be challenging.

I also spoke with Ruby. She's concerned about how all this will play out but is adamant that she doesn't want funding to go to NPR. She wants to talk more on Monday about it all.

Kathy Merritt
Chief Operating Officer
Corporation for Public Broadcasting
kmerritt@cpb.org
240-676-1520

