# EXHIBIT 12

Message

**From:** Merritt, Kathy [kmerritt@cpb.org]
**Sent:** 4/16/2025 1:35:47 PM
**To:** Carr, Deborah [carrd@cpb.org]
**Subject:** FW: Revised doc with board list
**Attachments:** Interconnect Future April 2025.docx; PRX Board of Directors List_ FY25.pdf

**From:** Kerri Hoffman <kerri@prx.org>
**Sent:** Wednesday, April 16, 2025 11:48 AM
**To:** Merritt, Kathy <kmerritt@cpb.org>
**Subject:** Revised doc with board list

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--
**Kerri Hoffman**  CEO PRX
Donate to PRX
www.radiotopia.fm
www.podcastgarage.org

**In all scenarios for radio distribution, the key stakeholders are PRX, APM and NPR.**

**Preferred Option: Third Party** We propose using the nonprofit organization that was formerly PRI (currently a shell nonprofit subsidiary of PRX). This organization, which is in good standing, would act as a third party to oversee all the audio distribution needs and funds of the system including file based delivery, data management, contracting for live delivery and developing the needed system for digital distribution of on-demand audio. PRX would work directly with NPR on transitioning non-live programming and contracting with NPR for short term continuation of essential services and sets a timeline to right-size the satellite needs of the system while maintaining the stability of current distribution.

**Governance:** In addition to the guidance of the existing PRX board of directors (attached), the board would expand to potentially include Jean Taylor, Jim Dunford, Steve Bass, an NPR representative and two seats reserved for CPB recommendations.

**Pro:** This is in keeping with the spirit of the Deloitte recommendations. PRX does not have any financial entanglements with NPR, which keeps the focus on the needs of stations. In this scenario, the third party would be the vehicle for funding and strategy and we can envision a role for some of the existing DI committee members. A third party would also be positioned to develop a focused fundraising strategy over time as needed.

**Alternative:** PRX (in partnership with APM) manage the interconnect funds and services, contracting with NPR on a thoughtful transition for essential services and set a timeline to right-size the satellite needs of the system. APM remains the backup NOC.

---

**Strengthening Public Media's Broadcast Infrastructure for the Future
Supporting Investment in Scalable, Reliable Delivery Systems for Radio**

## Overview

Public media is built on trust, resilience, and a powerful broadcast footprint. For more than two decades, PRX has been at the forefront of broadcast innovation—building an alternative to satellite delivery, pioneering cloud-based tools, and powering critical infrastructure for stations and producers, all while lowering costs and increasing choice in the system.

Today, PRX maintains the only alternative to the satellite broadcast services: **The Exchange**, a 24/7 managed distribution platform that delivers thousands of radio programs (daily, weekly, seasonal, etc) to stations nationwide. As stations face rising costs and shifting audience behavior, PRX offers a tested path to maintain **broadcast reliability while modernizing delivery**.

This proposal offers a scalable, forward-looking plan to strengthen public radio's core infrastructure—ensuring that **every station, regardless of size or geography, can reliably**

**reach their audience, reduce operational risk, and remain indispensable to their communities.**

## The Challenge and Opportunity

Public radio remains an essential service—especially in rural, underserved, and emergency contexts. Yet legacy systems are **less efficient, more expensive**, and harder to sustain:

- **Satellite delivery** of live broadcast and emergency services will remain critical but should be used selectively for a declining audience and the predominance of non-live programming currently distributed to stations.

- Many stations still rely on fragmented systems for audio delivery, creating redundancy, downtime risk, and workflow inefficiencies which can and should be streamlined.

- **Live over IP delivery remains untested in the US public media**, leaving stations with limited options for future-proofing live broadcast capabilities. Note: The option of satellite delivery has slowed the adoption of live over IP, which is pervasive in other markets.

Meanwhile, digital tools are evolving rapidly, offering enhancements—but not replacements—for the core broadcast mission. Stations need **a resilient, cost-effective broadcast infrastructure** that meets today's needs and prepares for tomorrow's delivery demands.

## Broadcast Infrastructure: Now and Next

### Broadcast Reliability: The Exchange

PRX's **Exchange** is a managed, file-based distribution system that supports thousands of public radio broadcasts each week. Designed to reduce dependency on satellite, The Exchange is:

- **Built on AWS** with a secure, multi-region infrastructure with failover, and redundancy

- **Used by major producers and stations** across the system

- Proven over 20+ years **with no major outages**

The Exchange enables **non-live programming to be delivered reliably** without satellite uplinks, cutting costs while maintaining broadcast standards. As more shows move to

1

CONFIDENTIAL
CPB_0110626

asynchronous delivery, The Exchange offers **a scalable alternative for daily and weekly radio programming**.

**Preparing for the Future: Live Over IP**

PRX is committed to the **continued role of live programming and emergency broadcast delivery**. But rather than maintaining one-size-fits-all satellite delivery, we propose:

- Auditing the system's live vs. non-live distribution needs
- **Right-sizing satellite delivery** for essential live content
- **Piloting live over IP** workflows to test reliability and build readiness

This approach helps preserve the value of live broadcasting while building **a more flexible and cost-efficient future** for public radio.

---

## Supporting Infrastructure Enhancements

While broadcast is the priority, PRX also supports modern tools that can **enhance the broadcast experience**, without shifting stations away from their core mission.

**Shared Analytics & System Integration**

- Coordinated metadata and analytics for broadcast programming
- Unified reporting tools for scheduling, editorial planning, and sponsorships
- Integration with Grove and other station systems to reduce workflow friction

**Optional Digital Enhancements via Dovetail**

Stations using **The Exchange** will have the option to access **Dovetail**, PRX's digital audio platform, which can support:

- On-demand archives of broadcast programs
- Streamlining podcast versions of radio shows
- Optional access to digital feeds, analytics, and dynamic messaging (supports underwriting, membership, etc)

2

Dovetail powers over 200 public media podcasts today and supports national shows, local newsrooms, and independent producers.

Together, these platforms deliver **dual stability and modernization**—ensuring CPB's investments support both the trusted legacy and the vibrant future of public media.

## Project Goals

With system support, PRX proposes to:

**Modernize and Sustain Broadcast Infrastructure**

- Rapidly conduct a system-wide audit of live vs. non-live content
- Transition non-live broadcast programs to The Exchange
- Develop and test a **live over IP** proof-of-concept
- Provide training, onboarding, and support for stations using The Exchange

**Improve Broadcast Workflows and Interoperability**

- Integrate with station systems for scheduling, archiving, and analytics
- Deploy unified login and user identity tools for station staff
- Enable basic cross-platform analytics to inform programming and scheduling

**Reduce Costs, Improve Reliability**

- Lower technical and operational burdens for stations of all sizes into the future
- Strengthen redundancy and continuity for critical broadcast services
- Build a roadmap toward **sustainable broadcast delivery** for the next 10+ years

## Alignment with Public Media Priorities

This initiative supports the system's most urgent infrastructure needs:

3

- **Broadcast Continuity**: Ensures the reliability of the radio backbone in all markets

- **System Efficiency**: Reduces unnecessary duplication of distribution tools

- **Cost Containment**: Lowers reliance on high-cost satellite systems for non-live content

- **Technical Equity**: Provides small and rural stations with access to modern, resilient tools

## Conclusion

Broadcast is public media's bedrock. To preserve it, we must **invest in its evolution**. PRX is ready to deliver a scalable, cloud-based distribution backbone that:

- Maintains **high standards of reliability** for every station

- Reduces operating costs and future-proofs critical services

- Supports **live and non-live** programming across a resilient infrastructure

- Helps stations adapt, grow, and thrive while staying true to their broadcast mission

With the right investment, we can ensure public radio remains **strong, sustainable, and trusted**—on air, online, and in every community it serves.

About PRX
PRX works in partnership with leading independent creators, organizations, and stations to bring meaningful audio storytelling to millions of listeners. PRX is one of the world's top podcast publishers, public radio distributors, and audio producers, serving as an engine of technical innovation for public media and podcasting to help shape a vibrant future for creative and journalistic audio.

About APM
American Public Media is the largest station-based public radio organization in the U.S., combining multi-regional station operations, national content creation and distribution in one

4

organization. Its multi-regional station operations include 49 public radio stations and 42 translators in the Upper Midwest and California.

5

CONFIDENTIAL    CPB_0110630



# PRX, INC
## *BOARD OF DIRECTORS*

**Jonathan Abbott**
Media & Social Enterprise Executive
Abbott Advisors
Boston, MA 02135
(617) 820-6155 office
jon_abbott@wgbh.org

**Steven Bass**
President and CEO
Oregon Public Broadcasting
7140 SW Macadam Avenue
Portland, OR 97219
(503) 293-4164 office
stevenbass660@gmail.com

**Henry Becton, Jr.**
Vice Chair
GBH Board of Trustees
One Guest Street
Boston, MA 02135
(617) 300-2401 office
(617) 510-1037 cell
henrybecton.gbh@outlook.com

**Dierdre Black**
Partner, Pioneer Square Investments;
Business and Education Consultant, D²
Advisory
deirdre_black@yahoo.com

**Kathy Chan**
Co-Founder and Advisor
137 Ventures
1201 California Street, Unit 504
San Francisco, CA 94109
(973) 715-3636 cell
k@thychan.com

**Dodee Frost Crockett**
Managing Director-Wealth Management
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Crockett, McBride & Associates
5910 N. Central Expressway, Suite 2000
Dallas, TX 75206
(214) 750-2107 office
(214) 704-3437 cell
dodee.crockett@gmail.com

**Jené Elzie**
Chief Growth Officer
Athletes First Partners

**Kerri Hoffman**
President and CEO
PRX,Inc.
1380 Soldiers Field Road #2600
Boston, MA 02135
(617) 576-5455 x210 office
kerri@prx.org

**Rima Hyder**
Vice President Investor Relations
Crane NXT
405 Washington Street #6
Brookline, MA  02446
(630) 290-1385 cell
rimahyder@gmail.com

**Michael Isip**
President and CEO
KQED
50 Beale Street, 5th Floor
San Francisco, CA 94105
(415) 553-3341 office
(415) 539-6780 cell
MIsip@KQED.org

**Tanya Jones**
President
Aya Global
6 Oldham Road
Newton MA 02465
(617) 785-6653 cell
ayaglobalinc@gmail.com

**Betsy Lehman**
Nonprofit leader | Attorney
| Community Mediator
1733 Hinman Ave
Evanston IL 60201
(---) 000-0000 cell
betsyl1@me.com

**Dan Lothian**
Executive Producer, The World
Founder, Little Park Media
170 Worcester Street, Suite 202
Wellesley, MA 02481
(857) 229-5024 cell
danloth61@gmail.com

**Kyle Reis**
Senior Director at TechSoup
10303 Wilde Lake Terrace
Columbia, MD 21044
United States
zazoomzimminy@gmail.com

**Daniel Routman**
Business Development Consultant
5036 Seneca Drive
Dallas, TX 75209
(214) 351-5026
droutman@gmail.com

**Edward Schneider**
Retired Chairman and Co-Founder
Triton Container International
96 LaSalle Avenue
Piedmont, CA 94611
(510) 499-9490 cell
schneider.ed@gmail.com

**Daniel Shih**
Partner
Susman Godfrey
1521 2nd Avenue, Suite 2700
Seattle, WA 98101
(206) 373-7390
dan@danshih.com

**Frank Washington**
CEO of Crossings TV
601 University Ste. 211
Sacramento, CA 95825
916-921-2290 cell
fgwashington@gmail.com

**Lawrence Wilkinson**
Chairman
Heminge and Condell
1914 Lake Street
San Francisco, CA 94121
(415) 387-6155 office
(415) 517-0509 cell
lawrence@hemingeandcondell.com

April 2024



# PRX, INC
## *BOARD OF DIRECTORS*

489 Fifth Avenue, 23rd Floor
New York, NY 10017
(845) 232-1544 office
(646) 618-2987 cell
iene.elzie@dunespointcapital.com

**Rachel Felix**
Chief Marketing Officer
Boston Medical Center Health System
30 Beaumont St
Boston, MA 02124
917.696.1170
rachel.gehris@gmail.com

**Betsy Gardella**
Retired President and CEO
New Hampshire Public Radio
14 Edmonds Road
Concord, MA 01742
(603) 496-6054 cell
bgardella@outlook.com

**Richard Gingras**
Vice President of News
Google
546 Covington Road
Los Altos, CA 94024
(650) 793-0093
gingras@google.com

**Karla Martin**
Co-Leader, Global Fashion and Luxury
Deloitte Consulting
415-990-5068 cell
415-218-7645 office
San Francisco, CA
Karla.Martin@gmail.com

**Kyra McGrath**
Executive Vice President
President, New Ventures & Enterprises
WHYY, Inc.
150 N. 6th Street
Philadelphia, PA 19106
(215) 351-1200 office
kmcgrath@whyy.org

**Dete Meserve**
Principal
Wind Dancer Films
6255 West Sunset Blvd, Suite 860
Los Angeles, CA 90028
(323) 855-9999 office
dete_meserve@winddancer.com

**Ashton Peery**
Retired General Partner
Lucent Technologies
50 Old Concord Road
Lincoln, MA 01773
(617) 501-6888 cell
apeery@apeery.com

**Judy Woodruff**
Anchor and Managing Editor
PBS NewsHour
3620 South 27th Street
Arlington, VA 22206
(703) 998-2497 office
jwoodruff@newshour.org

**Shane Miner**
Chief Operating Officer, GBH
shane_miner@wgbh.org

April 2024