# EXHIBIT 13

| Message | |
|---|---|
| From: | Maryfran Tyler [MTyler@npr.org] |
| Sent: | 3/5/2025 4:57:25 PM |
| To: | Merritt, Kathy [kmerritt@cpb.org] |
| CC: | Badri Munipalla [BMunipalla@npr.org]; Chris Nelson [CNelson@npr.org]; Christian Curtin [CCurtin@npr.org]; Harry Kelly [HKelly@npr.org] |
| Subject: | PRSS Concept Note & Intelsat Agreement |
| Attachments: | Radio Interconnection Concept Note FY26-28.pdf; Intelsat Amendment 17 to Master Lease 2024-2028.pdf |
| Flag: | Follow up |

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kathy,

Thank you for setting up this morning's meeting with you, Evan, Daryl, Deborah and Lainie. It was helpful to have the discussion, meet Evan and Daryl, provide some context and understand the questions you all have. As Badri and Christian said, we are very open to finding workable solutions, including for the satellite financials, for the next three years.

The brief concept document, attached, is a high-level view of *everything* we're planning to do for the next three years and the associated budget. Nothing is left out, so the total is a "not-to-exceed" number, and it includes our best guess of the PBS costs. The costs could shift somewhat between years as we properly sequence the work.

We are fine-tuning these numbers as we refine the proposal, which we plan to give you in the next couple of weeks. We want to give you and Deloitte time to review the full proposal before your April board meeting.

These are the PRSS satellite lease numbers Christian promised in this morning's meeting:

| Transponder bandwidth | Monthly amount | Annual (7/1-6/30/2y) | Lease expiration | Remaining lease obligation from April 1, 2025, through end |
|---|---|---|---|---|
| 36 MHz (C Band) | $75,088.20 | $901,058.40 | 6/30/28 | 39 mos. x $75,088.20 = $2,928,439.80 |
| 7.2 MHZ (Ku Band) | $32,373.28 | $388,479.36 | 6/30/26 | 15 mos. x $32,373.28 = $485,599.20 |
| TOTALS | $107,461.48 | $1,289,537.76 | | $3,414,039 |

Please note that NPR pays Intelsat monthly in advance. Also attached is the Intelsat Amendment 17 to the Master Lease 2024-2028, so you can see our PRSS financial obligations for the satellite lease.

Per PBS' financial statements, it appears that the PBS annual Intelsat lease cost is $1,672,380.

Please let me know if you have any questions.

Thanks,
Maryfran


Maryfran Tyler *(she/her)* | Executive Director, Strategy | Direct: 202-680-4392 | 1111 North Capitol St., NE, Washington, DC 20002 | E-mail: mtyler@npr.org

content depot.

CONFIDENTIAL
CPB_0307146