# EXHIBIT 14

| | |
|---|---|
| **Project Title** | Enhancing the Public Radio Interconnection System |
| **Organization** | National Public Radio, Inc. |
| **Organization Contact** | Badri Munipalla, Vice President, NPR Distribution  \|  BMunipalla@npr.org |
| **Project Term** | October 1, 2025 - September 30, 2028 |
| **Budget** | $26,320,680 |

**Background**

The future of satellite distribution and radio interconnection services is at risk due to operational and administrative realities:

- The PRSS currently relies on nearly ten-year-old equipment from vendor ATX. The ATX system will need to be replaced by 2029 to minimize the risk of equipment failures and security breaches. Replacing the system with another outsourced solution would be costly and might limit future improvements. Few satellite systems equipment vendors exist and the development of new features has stagnated. Because there are few qualified satellite engineers in the labor market, maintenance would also be costly.
- NPR Distribution's contract with its satellite bandwidth provider, Intelsat, will expire in 2028. The agreement includes favorable terms for the PRSS, including low lease costs and guaranteed bandwidth on a back-up satellite. In 2028, Intelsat – or SES S.A. which is expected to acquire Intelsat in 2025[1] – may choose not to renew the lease or the satellite service may become cost prohibitive.
- The Federal Communications Commission has issued a Notice of Inquiry (NOI) to determine if some of the C-band satellite spectrum (3.98-4.2 GHz, the upper portion of C-band) should be available for more intensive use.[2] This NOI is an initial step towards exploring whether, and if so, how to introduce new operations in the upper C-band.

In this context, NPR Distribution must urgently develop a terrestrial (Internet-based)[3] distribution system to serve as an alternative to, and eventual replacement for, satellite distribution. Until the satellite system can and must be replaced without disrupting service to stations, NPR Distribution must also maintain the current system.

---

[1] Intelsat agreed to be acquired by SES S.A. in April 2024. The acquisition is undergoing the relevant regulatory clearances and is expected to be approved in 2025.  https://www.fcc.gov/transaction/ses-Intelsat
[2] https://www.fcc.gov/document/fcc-launches-inquiry-upper-c-band
[3] Terrestrial networks use wired (e.g., cable, fiber-optic, etc.) or wireless (e.g. 5G) connections to facilitate communication between devices using the Internet Protocol (IP).

1

**Objectives**

To ensure public radio stations and producers have continued access to essential distribution systems despite increasing risks, NPR Distribution will implement additional activities to:

**Objective #1:** Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system

**Objective #2:** Ensure core content distribution services and tools remain reliable, affordable, usable, and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with PBS.

**Project Approach**

*Objective #1: Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system*

<u>Terrestrial distribution platform development</u>

As the broadcast industry undergoes a disruptive technology transition and satellite distribution becomes less viable, the sustainability of the public radio interconnection system will depend on its ability to adapt and adopt alternative technologies quickly. NPR Distribution will develop a terrestrial distribution platform that can provide all the functionality stations and producers require and serve as an alternative to, and eventual replacement for, satellite distribution. At the core of this terrestrial system, NPR Distribution will develop a custom ContentDepot Edge device[4] that uses generic computer parts to run custom software designed to receive, process, and output programming and complementary data to station systems. Ultimately, this custom station equipment would replace existing satellite receivers and serve as the foundation of a terrestrial interconnection system.

To this end, NPR Distribution will:

- Improve prototype software for the ContentDepot Edge device to support the features required by interconnected stations and producers for terrestrial distribution
- Research, purchase (starting in FY 2027 and continuing in FY 2028), and deploy physical ContentDepot Edge devices to stations for testing and station use
- Adapt ContentDepot headend systems to feed audio and files to the ContentDepot Edge devices and support remote management, monitoring, and troubleshooting
- Build, maintain, and scale up a cloud-based content distribution network (CDN) to allow ContentDepot Edge devices to connect to headend systems over terrestrial connections
- Evaluate the availability and reliability of stations' existing internet connections and explore alternative connectivity options (i.e., 5G and low-earth orbit satellites) to serve stations that lack a sufficiently fast and reliable connection
- Develop support resources and provide technical support to stations that choose to adopt the terrestrial distribution platform to install, configure, and integrate ContentDepot Edge devices

---

[4] An edge device is a computer, router, server, switch or other type of networking equipment that sits at the "edge" of a private network and allows external systems to access the network.

2

File delivery upgrades

Sustainability of the system also hinges on its ability to respond to changing station and producer needs. As technology has changed in recent years, audiences have begun to interact with public media content in different ways. In particular, listeners increasingly seek out on demand content. In response, producers – while continuing live audio broadcasts – are also distributing a broader range of pre-recorded content for playback over the air and other uses. In addition, producers are generating more video content – distributed as large files – to accompany their audio online and on social media. Meeting the file-distribution requirements of producers is essential to maintain a robust catalog of programming for stations to broadcast.

To meet the changing needs of public radio's content producers, NPR Distribution will improve ContentDepot's file-distribution capabilities. NPR Distribution will design and develop new ContentDepot features tailored to the needs of small and independent producers. NPR Distribution will also enable ContentDepot to receive, store, process, and distribute large files, including video files. In parallel, NPR Distribution will simplify and modernize existing file distribution systems, including the tools used by producers to add programs to ContentDepot, and the system used to distribute metadata for file-based programs.

***Objective #2: Ensure core content distribution services and tools remain reliable, affordable, usable and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with PBS.***

The public radio system relies on the PRSS to deliver mission-critical content from producers to stations for broadcast to listeners on multiple platforms. While development of a terrestrial distribution platform is underway, the current distribution system must remain reliable, affordable, usable, and accessible for all stations. Poor reliability and system outages can force stations to broadcast dead air or fill unexpected gaps and cause listeners to turn to alternative sources of information. Without an affordable system, financial pressures on stations are exacerbated. If the system does not serve all stations regardless of geographic location, audience size, and revenue, public radio cannot fill news deserts in areas not adequately served by commercial media and other sources. To this end, NPR Distribution will prioritize the following efforts:

Satellite bandwidth and insurance

To ensure all stations have continued access to live national programs, NPR Distribution will manage a satellite bandwidth lease and corresponding insurance on behalf of the PRSS. As in previous years, NPR Distribution will lease 36 MHz of bandwidth on a C-band transponder and 7.2 MHz on a Ku-band transponder, both on Intelsat's Galaxy 16 satellite, for use by the PRSS. In addition, to consolidate the agreements for services that Intelsat provides to public media, NPR Distribution will lease an additional Ku-band transponder and sublease the transponder capacity to PBS. Because of the up-front cost of the additional capacity, NPR Distribution requests that CPB pay the full cost of satellite capacity and insurance to NPR Distribution in advance. NPR Distribution will then provide satellite capacity to PBS with no charge to PBS. PBS will continue to manage its own distribution. NPR Distribution will also

3

maintain insurance to cover business interruption and loss of revenue or expenses that NPR Distribution may incur if the leased satellite and its backups become inoperable. Insurance will cover both the PRSS's and PBS's satellite capacity.

<u>Infrastructure maintenance and security</u>

To mitigate the risk of disruptions to the PRSS's performance due to security breaches, poor hardware or software performance, NPR Distribution will maintain and upgrade the system's infrastructure throughout the grant period. Maintenance and upgrades will address the root causes of security vulnerabilities, and hardware and software failure: aging and unsupported equipment that no longer receives security vulnerability patches from the manufacturer; software incompatibility with hardware and other software systems; and software system "bugs." Specifically, NPR Distribution will replace hardware (e.g., codecs, servers, computers, etc.) that has reached the end of its useful life, upgrade software systems (e.g., third-party code libraries used in ContentDepot, operating systems, and database software) to newer versions, and renew third-party support contracts with approximately 15 key system vendors.

<u>System monitoring and management</u>

To allow for timely and responsive system monitoring and management, NPR Distribution will maintain, and update the NOC's monitoring tools and system management processes. NOC technicians use a variety of automated monitoring and management processes, but some remain complex or require a significant amount of manual effort. NPR Distribution will streamline tools used to switch between primary and back-up systems and monitor the readiness and functionality of the BuNOC when it is not transmitting content to stations. NPR Distribution will also update components of ContentDepot to use more modern and reliable software libraries and consolidate duplicative code. Taken together, these changes will simplify PRSS monitoring and management, making it easier for NPR Distribution to detect and correct performance issues and reducing the risk that human error will disrupt transmissions to stations.

<u>ContentDepot user support</u>

To ensure ContentDepot's technology tools continue to meet the needs of public radio stations, even as those needs change, NPR Distribution will make updates to ContentDepot and fix software "bugs" throughout the grant period. Changes to the ContentDepot web portal (the online interface used by stations and producers to manage their content and subscriptions) will include changes to allow for more effective integration with stations' production systems, improve the efficiency and clarity of system-related communications, and make the portal easier to use. The changes directly affect system usability and, in turn, affect the ability of stations and producers to complete mission-critical tasks quickly and accurately.

To ensure stations and producers have the technical expertise to use ContentDepot effectively, NPR Distribution will update and expand its help articles and host virtual webinars to explain key functionality and address station and producer questions.

4

CONFIDENTIAL
CPB_0307150

**Budget Summary**

NPR Distribution expects the activities described above to cost <u>no more than</u> the estimated amounts included below. As the proposal is finalized, the exact cost projections may change, but the final proposal will not exceed the total budget amount.

The budget projection for satellite bandwidth and insurance includes an estimated cost of $1,672,380 per year for PBS satellite capacity based on PBS's financial statements.[5] Additional coordination with PBS and Intelsat is required to determine the final amount.

|  | FY 2026 (10/1/25 - 9/30/26) | FY 2027 (10/1/26 - 9/30/27) | FY 2028 (10/1/27 - 9/30/28) | TOTAL |
|---|---|---|---|---|
| Terrestrial distribution platform development | $1,151,402 | $1,387,153 | $2,006,401 | **$4,544,956** |
| File delivery upgrades | $398,921 | $265,511 | $188,748 | **$853,180** |
| Infrastructure maintenance and security | $2,755,514 | $2,859,322 | $2,592,298 | **$8,207,134** |
| System monitoring and management | $404,526 | $213,913 | $243,173 | **$861,612** |
| ContentDepot user support | $242,275 | $255,159 | $177,538 | **$674,972** |
| Satellite bandwidth and insurance | $3,223,518 | $3,368,450 | $3,408,220 | **$10,000,188** |
| Coordination and management | $347,604 | $353,955 | $477,079 | **$1,178,638** |
| **TOTAL** | **$8,523,760** | **$8,703,463** | **$9,093,457** | **$26,320,680** |

---

[5] Public Broadcasting Service and Subsidiaries, Consolidated Financial Statements and Independent Auditor's Report, Years Ended June 30, 2024 and 2023; Note 18, p. 34

5

CONFIDENTIAL
CPB_0307151