# EXHIBIT 15



**National Public Radio, Inc.**
**Board of Directors**
**1111 North Capitol Street, NE**
**Washington, DC 20002**
**Virtual**

**Distribution/Interconnection Committee**
**EXECUTIVE SESSION Minutes**
**March 20, 2025**

The Distribution/Interconnection ("D/I") Committee ("Committee") of the Board of Directors ("Board") of National Public Radio, Inc. ("NPR"), met electronically in Executive Session via online meeting software on Thursday, March 20, 2025. Committee Chair Mike Savage called the meeting to order at approximately 3:31 pm ET. The presence of a quorum was confirmed.

**Committee Members Present:**

Patricia Cahill  
Mollie Kabler  
Josh Kubasta  
R.C. McBride  

Loretta Rucker  
Mike Savage  
Shawn Turner  

**Apologies:**

Debbie Hiott  

Erika Pulley-Hayes  

**Attending:**

Elizabeth A. Allen  
Jessica Annonio  
Sophya Chapson  
Christian Curtin  
John Groundwater  
Harry Kelly  
Daphne Kwon  
Marta McLellan Ross  
Ryan Merkley (joined at 3:35 pm ET)  
Kathy Merritt, CPB (left at 3:40 pm ET)  

Kelsey Miller  
Lindsay Miller  
Badri Munipalla  
Michael Myers  
Richard Niles  
Nana Owusu  
Bhaveeni Parmar  
Lainie Tompkins, CPB (left at 3:40 pm ET)  
Maryfran Tyler  
Danette Zaghari-Mask  

Proprietary and Confidential NPR Board of Directors' Materials
Not to be copied or disseminated.

107769

**Response to CPB Inquiry Items**

Under a provision of the interconnection system project funding agreement between NPR and the Corporation for Public Broadcasting ("CPB"), the Committee extended to CPB the opportunity to ask the Committee questions or raise topics for discussion.

CPB Chief of Station and System Strategies Kathy Merritt reported that CPB was expecting a formal proposal from NPR on March 21, 2025, for a three-year extension of the current Public Radio Satellite System ("PRSS") funding agreement (the "Proposal"). Ms. Merritt explained that the Proposal – based on a concept document that NPR submitted to CPB on March 13, 2025 – would be reviewed by CPB and its consultant Deloitte before CPB management reports on the Proposal to CPB's Board in April 2025.

Ms. Merritt reported that the CPB Board will consider approving a funding amount sufficient to move the Proposal forward, and that it is cognizant of the importance of the extension in place prioritizing a determination in light of the current uncertainty around future CPB funding.

Ms. Merritt reported that a recent continuing federal funding resolution approved by Congress to fund the federal government through the end of FY25 included a requirement that CPB submit a report within 45-days on its spending plans for federal funding already allocated to CPB.

Ms. Merritt noted that CPB funds could also be affected by a potential executive order or congressional action on a budget rescission package. Ms. Merritt expressed that CPB management desires to secure the CPB Board's approval of the proposed PRSS funding extension in April 2025.

[Mses. Merritt and Tompkins left the meeting.]

**Report on Finances**

Vice President for Distribution Badri Munipalla confirmed that NPR would be submitting the Proposal to CPB on March 21, 2025. Mr. Munipalla reported that the Proposal would allow NPR to proceed with work that has not begun due to lack of funding.

> **Redacted**

**New Business**

There was no new business.

**Adjournment**

The Committee adjourned to Executive-Executive Session at approximately 3:49 pm ET to discuss confidential and proprietary matters.

Approved this 24th day of April, 2025

_____
Elizabeth A. Allen
Secretary

Confidential                                                                                                       NPR0031095