# EXHIBIT 16

| Message | |
|---|---|
| **From:** | Maryfran Tyler [MTyler@npr.org] |
| **Sent:** | 3/21/2025 12:15:06 PM |
| **To:** | Merritt, Kathy [kmerritt@cpb.org] |
| **CC:** | Badri Munipalla [BMunipalla@npr.org]; Chris Nelson [CNelson@npr.org] |
| **Subject:** | NPR/PRSS FY 2026-FY 2028 Interconnection proposal |
| **Attachments:** | NPR Request for FY26 - FY 28 Cost Extension to Interconnection Funding Agreement.pdf; NPR FY26 - FY28 Cost Extension Request - Attachment A - Proposal Budget.xlsx; NPR FY26 - FY28 Cost Extension Request - Attachment B - Budget Narrative.pdf |
| **Flag:** | Follow up |

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Kathy,

Attached, as promised, is the NPR and Public Radio Satellite System Request for Federal Interconnection Funding for FY 2026 – 2028 to support the public radio interconnection system.

These three documents are:

- a proposal narrative [NPR Request for FY26-FY28 Cost Extension to Interconnection Funding Agreement.pdf],
- a spreadsheet with the financials broken out by year and project areas [NPR FY26-FY28 Cost Extension Request – Attachment A – Proposal Budget.xlsx] and,
- a budget narrative, which provides details about the financials [ NPR FY26-FY28 Cost Extension Request – Attachment B – Budget Narrative.pdf].

Please note, we have included the consolidated costs of the PBS and PRSS satellite and insurance as part of this proposal. The numbers associated with PBS are based on publicly available documents since we did not have access to PBS's agreements with either its satellite provider or its insurance carrier. While we are working with you to finalize our extension to the contract, we are working diligently with PBS to develop a transition plan for PBS satellite distribution.

CONFIDENTIAL

We are aware of your 45-day timeline to commit funds, and we look forward to working with you and Deloitte to reach the contract extension agreement expeditiously.

Please let us know if you have any questions or need any clarification about the proposal.


With best regards,
Maryfran


**n p Maryfran Tyler** *{she/her}* **| Executive Director, Strategy | Direct: 202-680-4392 | 1111 North Capitol St., NE, Washington, DC 20002  |  E-mail:** <u>mtyler@npr.org</u>

**content**
depot.

CONFIDENTIAL

CPB_0304826

# NPR and Public Radio Satellite System Request for Federal Interconnection Funding for FY 2026 - 2028

**To support the project "Increasing the Sustainability of the Public Radio Interconnection System," described herein**

**Draft Proposal**
**Submitted on March 21, 2025**

**To the Corporation for Public Broadcasting**
**By National Public Radio, Inc.**

CONFIDENTIAL

## Table of Contents

**Summary**   **1**

**Background**   **1**

**Objectives**   **2**

**Project Approach**   **2**

**Activities**   **6**

Objective #1: Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system   6

*Result 1.1: The public radio system has access to a reliable and affordable terrestrial alternative to satellite distribution that meets current station needs*   *6*

Activity 1.1.1: Terrestrial distribution platform development   6

*Result 1.2: The public radio interconnection system is equipped to serve a broader range of public media content producers, including independent public radio producers*   *9*

Activity 1.2.1: File delivery upgrades   9

Objective #2: Ensure core content distribution services and tools remain reliable, affordable, usable and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with PBS.   10

*Result 2.1: The public radio system has a reliable means of sharing content between producers and stations*   *10*

Activity 2.1.1: Infrastructure maintenance and security   11

Activity 2.1.2: System monitoring and management   13

*Result 2.2: Public radio stations – regardless of geographic location, audience size, and revenue – have access to distribution services*   *14*

Activity 2.2.1: Satellite bandwidth and insurance, including collaboration with PBS   15

*Result 2.3: Public radio stations have access to user-friendly technology tools that meet their operational needs*   *16*

Activity 2.3.1: ContentDepot user support   16

**Cross-Cutting Activities: Coordination, Management and Reporting**   **18**

**Monitoring & Evaluation Plan**   **19**

**Attachments**   **20**

| Project Title | Increasing the Sustainability of the Public Radio Interconnection System |
|---|---|
| Organization | National Public Radio, Inc. (NPR) |
| Organization Contact | Badri Munipalla, Vice President, Distribution | BMunipalla@npr.org |
| Project Term | October 1, 2025 - September 30, 2028 |
| Budget | $26,236,211 |

## Summary

NPR Distribution is requesting a three-year cost extension to its Grant # 35393-ISS from the Corporation for Public Broadcasting (CPB) in the amount of $26,236,211 for FY 2026, FY 2027, and FY 2028 to develop the foundation for a new, terrestrial broadcast interconnection system while maintaining the current system until the reliability and resiliency of a terrestrial system is guaranteed for all interconnected stations. These efforts will bolster the sustainability of the interconnection system and ensure all stations and producers who rely on this system retain access to core content distribution services and tools that are reliable, affordable, and usable.

## Background

Interconnection plays a fundamental role in the public radio system. Public radio's ability to deliver trusted, world-class news, music, and cultural programming is dependent on strong partnerships between local stations and producers, as well as the ability of local stations to distribute their own content to others. Integrating national content from reputable producers, such as NPR, with local news and narratives is essential to create the public radio experience that listeners value. The Public Radio Satellite System (PRSS) provides the services and systems that connect producers and stations and make this unique public radio experience possible.

Due to changes in technology and the operating environment, public radio's essential distribution infrastructure is facing growing threats to its sustainability and functionality. For decades, satellite distribution has served as the backbone of the U.S. broadcast media industry because of its traditionally unparalleled reliability, coverage, and speed. For these reasons, the PRSS has used satellite connectivity as its primary method of distribution to stations, while increasingly using Internet connections to deliver ancillary data and files; route audio through internal quality control, security, and management systems; and as an alternate option for stations to receive content on an ad hoc basis.

1

However, this approach is no longer sustainable in the long term for the following reasons:

- Technical limitations of traditional satellite communications and hardware make it challenging to provide the capabilities that stations and producers require. In addition, maintaining and operating satellite uplink and downlink antennas and associated systems can be costly and complicated. Few qualified satellite engineers are available to support maintenance.
- The PRSS currently relies on nearly ten-year-old equipment from vendor ATX Networks Corp. (ATX). As technology systems age, the risk of equipment failure, security breaches, and other issues increases. The ATX system will need to be replaced by 2029 to minimize these risks. Replacing the system with another outsourced solution would be costly and may limit future improvements. Few satellite systems vendors exist and the development of new features has stagnated.
- NPR Distribution's contract with its satellite bandwidth provider, Intelsat, will expire in 2028. The agreement includes favorable terms for the PRSS, including low lease costs and guaranteed bandwidth on a back-up satellite. In 2028, Intelsat – or SES S.A., which is expected to acquire Intelsat in 2025[1] – may not renew the lease or the service may become cost prohibitive.
- The Federal Communications Commission has issued a Notice of Inquiry (NOI) to determine if some of the C-band satellite spectrum (3.98-4.2 GHz, the upper portion of C-band) should be available for more intensive use.[2] This NOI is an initial step towards exploring whether, and if so, how to introduce new operations in the upper C-band.

In this context, NPR Distribution must take urgent steps to shore up the technological sustainability of the PRSS by developing a terrestrial (internet-based) distribution system[3] to serve as an alternative to, and eventual replacement for, satellite distribution. While development is ongoing and until the satellite system can or must be retired, NPR Distribution must also maintain and secure the current system.

## Objectives

To this end, NPR Distribution will implement a three-year project to:

- **Objective #1:** Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system

- **Objective #2:** Ensure core content distribution services and tools remain reliable, affordable, usable, and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with the Public Broadcasting Service (PBS)

---

[1] Intelsat agreed to be acquired by SES S.A. in April 2024. The acquisition is undergoing the relevant regulatory clearances and is expected to be approved in 2025.  https://www.fcc.gov/transaction/ses-Intelsat
[2] https://www.fcc.gov/document/fcc-launches-inquiry-upper-c-band
[3] Terrestrial networks use wired (e.g., cable, fiber-optic, etc.) or wireless (e.g., 5G) connections to facilitate communication between devices using the Internet Protocol (IP).

2

## Project Approach

The proposed extension is part of a phased transition toward terrestrial distribution. First, NPR Distribution will complete the research, development, and testing necessary to create a viable platform for terrestrial distribution. During this phase, the current satellite-first system will remain the primary interconnection option for public radio stations and producers and must be maintained and secured. In the final year of the extension, FY 2028, NPR Distribution expects to begin a second phase with both terrestrial and satellite-based distribution paths available to stations and producers. This phase will continue until traditional satellite distribution becomes impossible or cost prohibitive and/or high-speed internet access is readily available and reliable across the country, at which point the terrestrial platform will become the primary distribution option.

To support both terrestrial platform development and ongoing operations, NPR Distribution will maintain and adjust ContentDepot® – the multi-faceted broadcast distribution platform that provides the technology foundation for the PRSS. ContentDepot uses a combination of custom and off-the-shelf software, virtual and physical devices, and automated and manual processes to: receive live and recorded (file-based) audio and associated metadata (descriptive information about the audio content) from producers; check audio quality and ensure consistency among audio from multiple producers; package producer audio and metadata for transmission to stations; and send live streams, audio files, and metadata to stations over satellite and terrestrial connections. Technicians at NPR Distribution's Network Operations Center (NOC) in Washington, DC, conduct quality control processes and monitor ContentDepot's performance at all times, addressing issues as they arise. Figure 1 (p.5) illustrates the basic components of the ContentDepot system.

Each proposed activity reflects an essential part of sustainability and maintenance efforts and may include work on multiple components of the ContentDepot system. The activities are organized by objectives and intended results. This structure helps to demonstrate how the individual activities, when taken together, deliver a set of results that, in turn, contribute to the project objectives. The overall project framework is as follows:

**Objective #1:** **Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system**

- _Result 1.1:_ _Public radio stations and producers have access to a reliable and affordable terrestrial alternative to satellite distribution that meets current needs_
    - Activity 1.1.1: Terrestrial distribution platform development
- _Result 1.2:_ _The public radio interconnection system is equipped to serve a broader range of public media content producers, including independent public radio producers_
    - Activity 1.2.1: File delivery upgrades

**Objective #2:** **Ensure core content distribution services and tools remain reliable, affordable, and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with PBS.**

- Result 2.1: Public radio stations and producers have a reliable means of sharing content

3

CPB_0304831

- ○ Activity 2.1.1: Infrastructure maintenance and security
- ○ Activity 2.1.2: System monitoring and management
- **_Result 2.2_**: _Public radio stations – regardless of their geographic location, audience size, or revenue – have access to affordable distribution services_
  - ○ Activity 2.2.1: Satellite capacity and insurance, including collaboration with PBS
- **_Result 2.3_**: _Public radio stations have access to user-friendly technology tools that meet their operational needs_
  - ○ Activity 2.3.1: ContentDepot user support

Because the proposed project is a three-year extension of the current CPB-funded project (CPB Grant No. 35393-ISS), NPR Distribution has also included sub-project identifiers within each activity that align with the approved projects in the current grant agreement. These sub-projects are categorized as "Continuity of Service" (CS), "Customer Experience" (CE), "Convergence" (C), "Coordination and Management" (CM), and – new in this proposal – "Terrestrial Distribution" (T). Sub-project identifiers are also included in the budget and budget narrative to simplify financial tracking and reporting.

4



*Figure 1: Core ContentDepot Functionality and Related Efforts*

CONFIDENTIAL

CPB_0304833

## Activities

**Objective #1: Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system**

As the broadcast industry undergoes a disruptive technology transition, the sustainability of the public radio interconnection system will depend on its ability to adapt. Continuing to rely on traditional satellite communications as the system's primary distribution method is no longer sustainable in the long term because of technical limitations, high costs, challenging maintenance, and potential constraints on the availability of satellite bandwidth. Aging or obsolete hardware, rising costs, and competition for increasingly scarce bandwidth could cause significant disruptions to the distribution services on which public radio stations and producers rely. To address these risks, NPR Distribution will develop a terrestrial distribution platform that can provide all the functionality stations and producers require and serve as an alternative to, and eventual replacement for, satellite distribution.

Sustainability of the interconnection system also hinges on its ability to respond to changing station and producer needs. As technology has changed in recent years, audiences have begun to interact with public media content in different ways. In particular, listeners increasingly seek out on-demand content. In response, producers – while continuing live audio broadcasts – are also distributing a broader range of pre-recorded, file-based content for playback over the air and other uses. For example, audio producers are increasingly using videos to engage with their audiences online and on social media, making video distribution a growing need. Meeting the audio and video file distribution requirements of producers is essential to maintain a robust catalog of programming for stations to broadcast.

***Result 1.1: Public radio stations and producers have access to a reliable and affordable terrestrial alternative to satellite distribution that meets current needs***

As technology advances, an increasing number of technology systems (e.g., software applications, artificial intelligence models, etc.) reside in virtual, cloud-based environments. Flexible and powerful edge devices – equipment that sits at the "edge" of a private network and allows external systems to access the network – are necessary to use the full capabilities of these technologies and support rapid innovation. Consistent with these technology trends, NPR Distribution will develop, test, and deploy a custom edge device as the cornerstone of a new terrestrial distribution platform for the PRSS. Developing a custom edge device will allow the PRSS increasingly to move toward virtualization, prepare for future growth, and locate audio data and processing systems at stations where they will be used.

6

CONFIDENTIAL



**Activity 1.1.1:**
Terrestrial distribution platform development
*[T.1 - New Activity]*

**T.1**  At the most basic level, to support terrestrial distribution, ContentDepot requires an edge device that can accept a data stream from the PRSS, produce one or more digital audio streams in formats that can be processed by stations' broadcast systems, and route or play files. In FY 2022, recognizing that the ATX system limited innovative feature development and the receivers located at stations will lose warranty coverage at the end of FY 2025 and reach the end of their supported life around 2028 (after nearly 10 years of continuous use), NPR Distribution began to explore alternatives to the ATX receiver. NPR Distribution evaluated the capabilities of commercially available edge devices and determined that both satellite receivers and audio codecs have significant limitations. Satellite receivers, like the ATX receivers used currently, rely on older technologies, support only limited terrestrial connectivity, and generally do not receive innovative new features or upgrades. Codecs, while an excellent option for live audio streaming over the internet, are costly, do not support file-based audio playback, offer limited virtualization options, and are challenging to manage centrally.

After determining that commercially available edge devices could not meet the PRSS's needs for the reasons described above, NPR Distribution began to prototype a substitute for the receiver that uses custom software loaded onto generic, off-the-shelf hardware.[4] NPR Distribution decided to load its edge device software onto physical devices – rather than developing a virtual, software-only system – to make it easier for stations to use. With a physical device, stations will be able to plug the equipment into their electrical, internet, and broadcast systems quickly. Configuring a virtual solution requires significantly more technology expertise. Initial work resulted in a prototype that met some initial milestones, but, before the device can be used, NPR Distribution will need to add functionality to enable the custom edge device software to run on off-the-shelf hardware, integrate with the rest of the ContentDepot system, and process live and file-based audio as required by stations.

In FY 2026, NPR Distribution will conduct research and development to expand the capabilities of the prototype edge device until it is able to provide the basic functionality of the ATX receivers. This requires multiple, related efforts:

- **Software improvements:** NPR Distribution will improve the prototype software so that it can reliably receive, decode, and playout live audio streams; receive and transmit files; and process and react to cues.

---

[4]  NPR Distribution began preliminary work on this custom software with CPB grant funding under Grant No. 34641-MS as part of work on Section 5(a) and Section 5(b) of Workscope Addendum (FY 2022), which focused on terrestrial distribution over the PBS sIX network and terrestrial file distribution.

7

- **Hardware design:** NPR Distribution will coordinate with an audio board manufacturer to design and test physical devices capable of running the edge device software.
- **ContentDepot integration:** NPR Distribution will adjust ContentDepot's audio processing and encoding systems – at the NOC and Backup Network Operations Center (BuNOC) in St. Paul, MN – so that audio can be routed to the custom edge devices and basic device configurations can be set from a ContentDepot interface.
- **Content distribution network (CDN) configuration:** NPR Distribution will set up a cloud-based network to route audio and complementary data from the ContentDepot headend to the edge devices over the internet.
- **Pilot Testing:** NPR Distribution will purchase hardware and send prototype edge devices to approximately 16 stations and work with the stations to test the reliability and usability of the devices.

In FY 2027, NPR Distribution will continue to enhance the capabilities of the edge device to add and test the advanced feature set required by interconnected stations. Key efforts will include:

- **Software improvements:** NPR Distribution will continue to improve the edge device software to add essential, advanced features like real-time cues, delayed playback of live and file-based audio, and prioritization of simultaneous programs, among others.
- **ContentDepot integration:** NPR Distribution will add capabilities to ContentDepot and the NOC to support automated and manual monitoring of the terrestrial distribution systems at the headend and in the cloud, as well as remote monitoring of edge devices.
- **Expanded Testing:** NPR Distribution will purchase additional hardware and test the updated edge device features in collaboration with an additional group of approximately 16 stations.

In FY 2028, NPR Distribution will continue to add advanced features to the edge device while gradually starting to roll out the device for station use as an opt-in service. Key efforts will include:

- **Hardware purchase, deployment, and installation:** NPR Distribution will purchase enough hardware units to provide at least one edge device to each interconnected station. As stations opt into the terrestrial distribution system, NPR Distribution will package and ship devices to stations for installation.
- **Station support:** NPR Distribution will develop support documentation about the edge device for stations and provide training, troubleshooting, and installation support to stations.
- **ContentDepot integration:** NPR Distribution will continue to expand edge device monitoring tools, including enabling NOC technicians and support staff to listen to audio on a station's edge device remotely for troubleshooting and quality-control purposes.
- **Software improvements:** NPR Distribution will continue to add advanced features to the edge device software, including features not currently available on the ATX receiver, such as enhanced file management.
- **Audio contribution:** NPR Distribution will leverage the new terrestrial system to allow any station to send audio to ContentDepot from its edge device. Currently, only stations with codecs that can link to equipment at the NOC can contribute live programs to ContentDepot. This

8

CPB_0304836

change will simplify the system, make it possible for any station to send live audio for distribution, and increase the number of locally produced programs available on ContentDepot.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| T.1 | Terrestrial distribution platform development | $4,545,535 |
| **TOTAL ACTIVITY BUDGET** | | **$4,545,535** |

***Result 1.2: The public radio interconnection system is equipped to serve a broader range of public media content producers, including independent public radio producers***

To serve the full range of public radio content producers effectively, NPR Distribution must expand ContentDepot's file distribution capabilities. Currently, the system is able to process and deliver audio and metadata files in limited formats to stations according to a recurring program schedule. In comparison, to meet audience demands, producers need to deliver a wider variety of content – including single episode programs and video for online and social media platforms – in more user-friendly formats. Small and independent producers also require complementary services like rights management and billing that ContentDepot does not currently provide. Serving these producers is essential to maintain a robust catalog of programming for stations to broadcast.

---



**Activity 1.2.1:**
<u>File delivery upgrades</u>
*[CE.8 - New Activity]*

---

CE.8    To meet the changing needs of public radio's content producers, NPR Distribution will improve ContentDepot's file distribution capabilities. Throughout the grant period, NPR Distribution will:

- **Research, design, and develop features for small and independent producers:** In year one, NPR Distribution will work with producers to evaluate their distribution needs and analyze the capabilities available on comparable file distribution platforms. Based on the producers' expressed needs, NPR Distribution will select a set of key features to add to ContentDepot in years two and three.
- **Equip ContentDepot to distribute video files and other large files:** The current system is tailored to the distribution of medium-sized (less than 1 GB) audio files. Enabling the distribution of larger files (over 10 GB) in other formats will require adjustments to ContentDepot's file upload, storage, processing, and delivery systems. NPR Distribution will make these changes during years one and two.

9

CONFIDENTIAL                                                                                    CPB_0304837

- **Modernize key file formats:** Currently, ContentDepot's file standards require producers to use a single format — MP2 — which is an older compressed audio format that offers lower audio quality and can be challenging for producers without ample technology experience to handle. Supporting additional formats — like FLAC and WAV — will increase the quality of file-based audio and simplify the upload processes for producers. Similarly, NPR Distribution will replace the current approach to metadata for file-based programs to support easier and more flexible integrations with station systems. ContentDepot only supports a single metadata format — broadcast wave file. NPR Distribution will explore and test alternatives in year two and update ContentDepot to support a more modern metadata file format in year three.
- **Improve integration with station tools:** Stations use a variety of technology tools to deliver files from ContentDepot to their automation systems for broadcast. Many of these tools — developed by third-party vendors — are approximately 15 years old and no longer supported by their developers. In year one, NPR Distribution will adjust ContentDepot to integrate with popular automation systems more effectively, offering stations a shared, system-wide, and well-maintained alternative to the unsupported tools.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| CE.8 | File delivery upgrades | $853,181 |
| **TOTAL ACTIVITY BUDGET** | | **$853,181** |

**Objective #2: Ensure core content distribution services and tools remain reliable, affordable, usable and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with PBS.**

The public radio system relies on the PRSS to deliver mission-critical content from producers to stations for broadcast to listeners on multiple platforms (over-the-air, on web applications, and streaming online, for example). While development of the terrestrial system is underway and until a replacement for the current satellite-based system can or must be used, the core PRSS distribution system must remain reliable, affordable, usable, and accessible to help all stations and producers — no matter their capabilities — serve the listening public around the country effectively.

Poor reliability and system outages can cause stations to broadcast dead air and listeners to seek alternative sources of information. Without an affordable system, financial pressures on stations are exacerbated. If the system does not serve all stations, regardless of geographic location, audience size, and revenue, public radio can no longer continue its mission to provide essential information in areas not adequately served by other media. If the system is not user-friendly, stations and producers face additional challenges in getting content on air and might make mistakes that delay or disrupt content delivery. To this end, NPR Distribution will maintain and secure core PRSS systems, including but not limited to ContentDepot, to mitigate risks and sustain or improve the system's reliability, affordability, usability, and accessibility. The daily operations of the NOC are not part of this proposal.

10

CPB_0304838

***Result 2.1: Public radio stations and producers have a reliable means of sharing content***

System reliability is primarily determined by three factors: 1) hardware and software performance; 2) security; and 3) timely and responsive system management. Equipment failure, software system glitches or compatibility issues, security breaches and unauthorized access can disrupt the system that prevent audio streams and files from reaching stations. NPR Distribution has implemented measures to mitigate these risks and safeguard the system, including but not limited to establishing primary and back-up (known as redundant) systems to support key functionality and providing 24/7 attended and automated monitoring of system performance. As technology evolves, cybersecurity threats become increasingly complex, and hardware devices age, NPR Distribution must continually strengthen and implement these risk mitigation measures to ensure the continued reliability of the PRSS.



**Activity 2.1.1:**
Infrastructure maintenance and security
*[Continuation of CS.3-8, CS.10, CS.15, CS.17, and CS.24 and new project CS.25]*

To mitigate the risk of disruptions to the PRSS's performance due to security breaches and poor hardware and software performance, NPR Distribution will maintain and upgrade the system's infrastructure – at the NOC and BuNOC – throughout the grant period. Maintenance and upgrades will mitigate risks to system reliability by addressing the root causes of many security vulnerabilities and hardware and software failures: aging and unsupported equipment, software incompatibility with hardware and other software systems, software system "bugs," and inadequate redundancy.

**CS.3-8** To prevent hardware failures and address security vulnerabilities due to aging and unsupported devices,
**CS.17** NPR Distribution will replace hardware across the ContentDepot system that has reached the end of its useful life. The useful life (also known as the "service life") of technology equipment is the duration during which it can be expected to perform its desired function without issue, and is closely tied to how long an equipment manufacturer will support a piece of hardware. Relying on older devices that are not supported by their vendors and do not receive firmware (i.e., software that controls the device) updates increases the risk that a piece of equipment will fail unexpectedly, become increasingly vulnerable to security breaches, or lose compatibility with other devices and software systems.

**CS.25** As part of these efforts, NPR Distribution will replace the aging equipment that makes up the primary uplink delivery path. This system – which was installed over 10 years ago – is used 24 hours a day, 7 days a week to route outgoing audio from the NOC to the uplink antennas on the roof of NPR headquarters. In FY2023 and FY2024, NPR Distribution installed a redundant, back-up uplink path (CS.16) using more modern and reliable hardware than the systems currently in use on the primary uplink path. In FY2026, NPR Distribution will replace the primary uplink path with comparable equipment as part of its routine lifecycle hardware replacement process.

11

CPB_0304839

Prior to purchasing hardware, NPR Distribution will review its current hardware inventory to determine which equipment will reach the end of its useful life soon and require replacement. Equipment needed and available from vendors, and their costs, may change during the grant period, based on past experience. Therefore, the exact quantities, models, and functionality of the hardware purchased will be determined immediately prior to purchase as a result of the inventory review. NPR Distribution expects to replace the hardware listed in the budget and budget narrative. However, the exact models and quantities may vary based on pricing, availability, and technical requirements at time of purchase.

CS.10    NPR Distribution also will manage and renew its third-party support contracts with key outsourced system vendors. These contracts mitigate the risk of security breaches, and hardware and software failures, by ensuring NPR Distribution can: 1) receive hardware repairs to prevent equipment failures; 2) correctly perform upgrades to fix bugs and patch security vulnerabilities; and 3) correctly integrate equipment and software systems with other systems, preventing compatibility issues. Third-party manufacturers and developers provide support to NPR Distribution to modify software code and disassemble and repair hardware, as well as to integrate and upgrade their systems. NPR Distribution will administer and renew all contracts listed in the budget and budget narrative.

CS.15    NPR Distribution will also upgrade key software to strengthen security measures. For example, NPR Distribution will add a new layer of security for key data, such as the credentials used by ContentDepot to access password-protected components of the system (e.g., the database and other third-party systems). NPR Distribution will improve the security of this key data by integrating a proven, external password management tool with ContentDepot or expanding the system's use of encryption, while continuing to maintain the data within the ContentDepot application.

CS.24    NPR Distribution will also make updates to maintain the functionality and security of out-sourced software. Third-party developers regularly enhance and improve their systems, rolling out new and improved software and operating system "versions" to users. Because developers often need additional time to identify and correct issues after a new version is released, NPR Distribution typically keeps its software and operating systems one to two versions behind the newest version. This ensures the systems have been thoroughly tested and patched while still ensuring the version used in the ContentDepot systems is fully supported (e.g., receives bug fixes, security patches, and other critical updates) by the vendor.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| CS.3 | Lifecycle AoIP Replacements | $548,440 |
| CS.4 | Lifecycle Workstation Replacements | $196,556 |
| CS.5 | Lifecycle Codec Replacements | $764,250 |
| CS.6 | Lifecycle Server Replacements | $605,675 |

12

CPB_0304840

| CS.7 | Lifecycle Raritan Replacements | $288,562 |
| CS.8 | Lifecycle Cisco Replacements | $1,163,984 |
| CS.10 | Maintenance Support Contracts | $3,661,474 |
| CS.15 | Security and Monitoring | $59,238 |
| CS.17 | BuNOC Datacenter Improvements | $422,331 |
| CS.24 | Software Library Upgrades | $177,734 |
| CS.25 | Lifecycle Delivery System Replacements | $281,842 |
| **TOTAL ACTIVITY BUDGET** | | **$8,170,086** |



**Activity 2.1.2:**
<u>System monitoring and management</u>
*[Continuation of CS.9]*

CS.9    To allow for timely and responsive system monitoring and management, NPR Distribution will update the NOC's monitoring tools and seek to automate manual system management processes, as appropriate. NOC technicians use a variety of third-party and custom automated monitoring and management tools to detect performance issues across the PRSS, identify the cause of the issues, and restore the system to full functionality. However, some monitoring and management procedures are complex or require a significant amount of manual effort to complete.

Updating these tools will help NOC technicians detect and correct performance issues more quickly. In addition, increased automation will reduce the risk that human error will disrupt transmissions to stations. Taken together, these factors improve the reliability of the PRSS, ensuring NOC technicians can quickly restore functionality in the event of an outage, limiting the amount of downtime when the system is not available, and reducing outages caused by human error.

To this end, NPR Distribution will update its monitoring and management systems, such as:

- **Improving control over switches between primary and secondary systems:** To simplify the process to switch between primary and secondary systems, NPR Distribution will adjust the current automated switching system, which allows the NOC to transfer satellite and terrestrial transmissions from the NOC to the BuNOC, to increase its flexibility and allow the NOC to move components of the system (e.g., databases, emergency web streams, file transfer, etc.) independently. In addition, NPR Distribution will create a centralized control panel in the NOC

13

that displays the active site (NOC or BuNOC) for each system component and allows NOC technicians to make switches. These changes will make it easier for the NOC to resolve system disruptions quickly.

- **Strengthening monitoring of the BuNOC:** To ensure the back-up systems at the BuNOC remain reliable and available for use in an emergency or during system maintenance, NPR Distribution will implement automated BuNOC readiness tests. Currently, NPR Distribution must manually check components of the BuNOC on an ad hoc basis before switching to the back-up systems or when a potential issue is detected. To identify system issues more quickly and prevent outages when transmitting content from the back-up site, NPR Distribution will create automated checks for the BuNOC that periodically confirm that key components of the system are operational.

- **Consolidating and virtualizing system components:** To simplify system maintenance and troubleshooting, NPR Distribution will update components of ContentDepot to use more modern and reliable software libraries and consolidate duplicative code. When adding functionality to ContentDepot, NPR Distribution uses the most modern and reliable software libraries and approaches available. As a result, some older system components use different software from the code used in newer system components to perform the same function. Using a uniform approach across the system will make it easier for NPR Distribution to maintain ContentDepot and quickly address any issues. For example, NPR Distribution will update its live audio recorder and emergency webstream system to use a modern audio encoding and decoding software library used in some newer monitoring systems. NPR Distribution will also update the file playback and recording systems at the BuNOC to use the virtual, software systems recently adopted at the NOC instead of hardware-based versions.

ContentDepot includes numerous monitoring, management, and back-up systems beyond the components specifically mentioned above. NPR Distribution identified the maintenance efforts described above as solutions to current inefficiencies and challenges. However, if additional system monitoring and management issues arise during the grant period, NPR Distribution might choose to alter a different monitoring or management system instead of making one of the changes described above.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| CS.9 | NOC Automation | $813,611 |
| **TOTAL ACTIVITY BUDGET** | | **$813,611** |

***Result 2.2: Public radio stations – regardless of their geographic location, audience size, or revenue – have access to distribution services***

The PRSS delivers live and file-based audio content to public radio stations across the United States. A significant majority of stations are small operations. In addition, some stations are located in remote and

14

CPB_0304842

rural areas without reliable high-speed internet access. Although high-speed internet access is expanding, satellite distribution currently provides the most affordable and reliable means to deliver content to these stations, many of which play an essential role in serving remote communities without access to alternative sources of local news. Until the terrestrial distribution platform (see Activity 1.1.1) can provide comparable services to the current satellite system, NPR Distribution will continue to manage a satellite bandwidth lease on behalf of the PRSS to ensure all stations have access to the content they need to serve their communities.

---



**Activity 2.2.1:**
<u>Satellite bandwidth and insurance, including collaboration with PBS</u>
*[Continuation of CS.1 and CS.2. New project C.4]*

---

**CS.1**
**C.4**

To ensure all stations have continued access to live national programs, NPR Distribution will manage a satellite bandwidth lease and corresponding insurance on behalf of the PRSS. As in previous years, to support PRSS distribution, NPR Distribution will lease 36 MHz of bandwidth on a C-band transponder and 7.2 MHz on a Ku-band transponder, both on Intelsat's Galaxy 16 satellite.[5] In addition, NPR Distribution will lease additional bandwidth from Intelsat and sublease the transponder capacity to PBS. Because of the up-front cost of the additional capacity, NPR Distribution requests that CPB pay the full cost of satellite capacity to NPR Distribution in advance. NPR Distribution will then provide satellite capacity to PBS with no charge to PBS. PBS will continue to manage its own satellite uplink and terrestrial distribution.

NPR Distribution has negotiated favorable terms with Intelsat that help keep costs to stations low, having secured adequate bandwidth and guaranteed bandwidth on a back-up satellite should the primary become inoperable at a fixed annual rate for the remainder of the primary satellite's operational life. Intelsat has said it expects the satellite to remain operational through January 2029. Throughout the grant period, NPR Distribution will maintain its lease agreement with Intelsat, and will negotiate with Intelsat to continue leasing transponder capacity beyond the current lease terms for the C-band and Ku-band transponders (under contract through June 30, 2028) until such time as the satellite distribution system can and must be retired.

NPR Distribution will also continue to lease excess satellite capacity beyond the bandwidth required for the PRSS and re-sell the excess bandwidth to commercial clients and networks. This practice generates approximately $1.6 million in revenue, helping to offset the cost of operating the PRSS and helping to limit fee increases for stations and producers.

---

[5] Most PRSS content (about 85%) is distributed over a C-band transponder. C-band satellite transmissions are less susceptible to low-level interference, such as disruptions due to severe weather. Some stations, however, prefer to use Ku-band because Ku-band equipment is less expensive and smaller than C-band equipment. NPR Distribution leases a small amount of Ku-band bandwidth to serve these stations.

CONFIDENTIAL                                                                                    CPB_0304843

**CS.2**   NPR Distribution will also continue to maintain satellite insurance to cover business continuity and loss of revenue or expenses that may be incurred if the satellite becomes inoperable. Insurance will cover both PRSS and PBS satellite capacity. Each year, NPR Distribution will review its policy and premiums and renew its coverage.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| CS.1 | Satellite Lease | $3,895,182 |
| CS.2 | Satellite Insurance | $1,057,298 |
| C.4 | PBS Satellite Capacity | $5,047,705 |
| **TOTAL ACTIVITY BUDGET** | | **$10,000,185** |

***Result 2.3: Public radio stations have access to user-friendly technology tools that meet their operational needs***

To ensure ContentDepot's technology tools continue to meet the needs of public radio stations, even as those needs evolve, NPR Distribution will make updates to ContentDepot and fix software "bugs" throughout the grant period. Changes to the ContentDepot web portal (the online interface used by stations and producers to manage their content and subscriptions) will include changes to allow for more effective integration with stations' production systems, make the portal easier to use, and add features repeatedly requested by stations and producers. The changes directly improve system usability and, in turn, the ability of stations and producers to complete mission-critical tasks quickly and accurately.



**Activity 2.3.1:**
ContentDepot user support
*[Continuation of CE.7]*

**CE.7**   To ensure ContentDepot remains user-friendly and meets station and producer needs, NPR Distribution will update station- and producer-facing tools continuously during the grant period, releasing updates to the ContentDepot software every six weeks. Updates generally include projects conceptualized by NPR Distribution based on software testing and features or fixes requested by ContentDepot users in support requests. The updates will include both known system needs (see potential updates below) and issues that arise during the grant period.

16

CPB_0304844

Possible system updates based on current needs include:

- **Program clocks:** In 2023, NPR Distribution added basic support for program clocks (producer-provided schedules for a program that identify when segments should occur) in the ContentDepot portal, providing a tool for producers and stations to generate visual representations of program clocks quickly and easily. NPR Distribution will update this feature, making it more useful to stations and producers by expanding its integration with other ContentDepot systems. Currently, program clocks are used for informational purposes only. To ensure program segments and cues are sent correctly, producers enter segment information and timing for each hour or episode of a program and NOC technicians use the information to control ContentDepot's audio routing system. To streamline this process and define segment, cue, and source information using a single interface, NPR Distribution will update ContentDepot to automatically generate the segment timing information for each program episode using producer-defined clocks and increasingly use program clocks to control the audio routing system.

- **Station schedules:** To support more effective integration between ContentDepot and station systems, NPR Distribution will add station schedule management capabilities to ContentDepot. Currently, ContentDepot distributes content and cues based on program clocks. Broadcast automation systems used at stations rely on station-specific schedule information (local station playlists that indicate when stations will play national content and cut away to local content). Because program clocks and station schedules do not always match, this approach limits integration between ContentDepot and station systems. To reduce the barriers to integration, NPR Distribution will update ContentDepot to add the ability for stations to enter and manage their station schedules. Among other benefits, this will allow stations to manage and broadcast complete and accurate segment-level metadata seamlessly across national and local content.

- **System status dashboard:** To make it easier for stations and producers to troubleshoot distribution-related issues, NPR Distribution will create a dashboard with key information about the status of ContentDepot systems. The dashboard will provide real-time information on the availability and functionality of systems stations and producers regularly use. For example, stations and producers will be able to check if there is a known outage of the file transfer system, live streams, back-up streams, or ContentDepot web portal independently and without contacting NPR Distribution for support.

- **Email Messaging:** To enable more complex and timely communications via ContentDepot, NPR Distribution will add support for rich text (or HTML) emails and update its system for sending routine communications to stations and producers. NPR Distribution will add support for rich text notifications, enabling ContentDepot users to send messages using boldface type, colored fonts, highlights, images, and other formatting. This will make it easier for stations and producers to comprehend messages quickly and take required actions.

NPR Distribution will also enable the NOC to revise and tailor routine system communications. Currently, the NOC's default messages to notify stations and producers about maintenance,

17

outages, and other issues are built into ContentDepot and cannot be edited when sending. This limits the NOC's ability to provide additional information beyond the default messages. NPR Distribution will adjust the ContentDepot messaging interface to enable NOC technicians to adjust the default messages on an ad hoc basis. This change will allow NOC technicians to provide more meaningful support to stations and producers in critical moments.

- **Broadcast Timelines:** To make broadcast service schedules more consistent with schedules used in other broadcast tools and enable more robust schedule visualizations, NPR Distribution will replace ContentDepot's horizontal timeline with a vertical view. The current horizontal view makes it more difficult to display and comprehend complex schedule information, such as delayed playback and prioritization. In addition, a majority of major broadcast tools display broadcast schedules vertically. Switching ContentDepot's view to match the more common vertical format will make it easier for stations to check their schedules for accuracy and compare them with local system information more quickly.

To ensure stations and producers have the technical expertise to take advantage of new and improved technology tools, NPR Distribution will also expand its support materials and opportunities. NPR Distribution will prioritize creating help documentation for new and altered features, as well as introductory materials for new users. NPR Distribution also will provide approximately one training opportunity (e.g., webinar, how-to video, Q&A session) per quarter to stations and producers to demonstrate the use of key functionality and allow for discussion. Training will focus on the latest features and changes to the ContentDepot user interface. In addition to helping stations and producers learn about technology tools available in ContentDepot, webinars and Q&A sessions will create additional opportunities for NPR Distribution to collect feedback from stations and producers on system features, including suggestions for improvements and additional functionality.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| CE.7 | ContentDepot User Support | $674,972 |
| **TOTAL ACTIVITY BUDGET** | | **$674,972** |

## Cross-Cutting Activities: Coordination, Management and Reporting

CM    To complete the activities outlined in this proposal, NPR Distribution will carry out various tasks related to coordination, management, and documentation, including quarterly progress reports to CPB. The projects NPR Distribution will tackle are interdependent. For example, software maintenance and upgrades can affect the availability, performance, and features of the systems software developers use to make changes to the ContentDepot system. Coordinating between projects is critical to ensure that changes made under one project do not hinder progress in another. Work also includes meetings with stations and producers, CPB, PBS, and other stakeholders, and evaluating Help Desk support tickets for suggestions. These efforts contribute to the overall success of the projects, but are not linked to one specific result or objective.

18

CPB_0304846

Tasks will include, among others:

- Coordination between projects, including regular software development meetings and project status meetings;
- Meetings with third-party vendors and administrative work related to outsourcing contracts;
- Evaluation and prioritization of customer requests for user interface or functionality enhancements;
- Monitoring and researching technological advancements; and
- Tracking, gathering, and analyzing data and drafting CPB quarterly reports.

**Budget Summary**

| Sub-Project ID | Sub-Project Name | Budget |
|---|---|---|
| CM | Coordination and Management | $1,178,638 |
| **TOTAL ACTIVITY BUDGET** | | **$1,178,638** |

## Monitoring & Evaluation Plan

To assess the effectiveness of the project approach and evaluate progress toward the project objectives, NPR Distribution will collect data and report on key performance indicators. These indicators will measure project outputs (such as the number of relevant activities completed), as well as, when feasible, the results (measurable changes to the station and producer experience) that NPR Distribution expects to achieve as key contributions to the project objectives. In most cases, data will be collected from computerized system performance reports, project staff reporting, feedback shared about user interface, improvements or change requests via Help Desk tickets from stations and producers, periodic software release notes, and NPR Distribution's annual satisfaction survey. Project output metrics are expected to be highly reliable, since they will be dependent on information and systems within NPR Distribution's control. NPR Distribution expects outcome-level indicators to have some limitations since stations and producers may choose not to provide feedback on new features. Key performance indicators are included below under each project objective and result.

**Objective #1: Transition swiftly toward terrestrial distribution and bolster the technological sustainability of the public radio interconnection system**

- *Result 1.1: Public radio stations and producers have access to a reliable and affordable terrestrial alternative to satellite distribution that meets current needs*

  - Percentage of live uptime and latency ranges for the terrestrial delivery platform, collected periodically during testing and operations and reported annually
  - Number of stations using edge devices, reported quarterly

19

CPB_0304847

- *Result 1.2: The public radio interconnection system is equipped to serve a broader range of public media content producers, including independent public radio producers*
  - Number of new file distribution features, reported quarterly

**Objective #2: Ensure core content distribution services and tools remain reliable, affordable, and accessible to all interconnected stations and producers, including identifying potential cost savings that could be achieved by collaborating with PBS.**

- *Result 2.1: Public radio stations and producers have a reliable means of sharing content*
  - Percentage of live uptime (percentage of the total time in the reporting period that the PRSS was fully functional and available for live transmissions), calculated monthly and reported quarterly
  - Percentage of stations rating the PRSS's reliability favorably (7 or higher out of 10 on the PRSS's annual customer satisfaction survey), reported annually

- *Result 2.2: Public radio stations – regardless of their geographic location, audience size, or revenue – have access to distribution services*
  - Number of active interconnected stations, disaggregated by geographic area and station revenue, reported annually

- *Result 2.3: Public radio stations have access to user-friendly technology tools that meet their operational needs*

  - Number of user interface and experience improvements released to users and feedback received from station and producer users (if any), reported quarterly
  - Number of new help resources published, reported quarterly
  - Number of station and producer representatives that attend informational or educational sessions, reported quarterly

## Attachments

- Attachment A – Proposal Budget
- Attachment B – Budget Narrative

20

CPB_0304848