# EXHIBIT 94

Message

---

**From:** Safon, Teresa [TSafon@cpb.org]
**Sent:** 9/21/2025 8:34:21 AM
**To:** Harrison, Pat [pharrison@cpb.org]
**Subject:** Re: Pat's Exec Session Remarks.cmaedits
**Attachments:** Pat's Exec Session Remarks.cmaedits.docx

Pat. **Attached** are the **executive session** remarks that you made at the last board meeting. Do you want to say any of this in *public* session at the upcoming meeting? Is there more we should be adding to the public session remarks? We can say something about staff and that the layoffs are the next day... Also, do you want prepared comments about the future of CPB for use in the executive session discussion? I was thinking we could draw from your letter to the board. (Pasted below.)

To:  Ruby, Liz, Diane

From: Pat

I have been giving great thought to our discussions and want to be sure, as you do, that we have explored options for survival of this unique institution as thoroughly as possible.

We have to contend with very real facts:

We have no funding for at least two years,

Without funds, we cannot fulfill our mission

The balances we are currently distributing may be at risk regardless of legal counsel's assertions that it is illegal to claw back those funds.

NPR funding must be addressed but CPB will be criticized whether we award it to NPR or return it to the Treasury.

We now know from meetings that APTS and others had with OMB, that they knew when they defunded CPB, stations would suffer but they called it just "collateral damage."

We also now know that Russell Vought considers the CPB board biased -- "Biden appointees" -- and won't negotiate until our entire board is replaced -- and most probably not even then

Our announcement of the unavoidable wind down of operations and reduction in staff buys us some time but landmines remain, and the attacks will start again.

Two heroes, Collins and Murkowski, stood firm but they stood alone.

We have an EO prohibiting us from funding PBS and NPR.

Public media's lawsuits, including our own, may result in rulings that do not favor us.

We are all in serious jeopardy because Congress has abdicated its role, the DOJ and the White House are in charge, and they have shown they will weaponize the executive, judicial and appropriation processes to harass and intimidate.

CPB itself has suffered those consequences, with the on again, off again NGWS program and the overnight termination of the five years Ready To Learn program which was only three months from ending.

It is wrong to shut down this quickly, but I suspect in the unlikely case we receive any close out funds, it will come with strings and accusations of political bias and waste fraud abuse and continuance of DEI.

We are trying to keep a small staff through January but not sure if all will stay as they must at some point see to their careers and financial wellbeing.

CONFIDENTIAL                                                                                                                                        CPB_0167260

We have to negotiate the lease and to be frank, progress is slow. I talked to the lawyer who is handling the case and it would be helpful to have him talk to the board, as this matter is essential to securing CPB's legacy, distributing remaining funds, and avoiding bankruptcy.

In April, the board passed a resolution directing management to ensure that CPB protects the full financial interests of employees. There will be a personnel update in your meeting materials regarding the steps we are taking. As the end of the fiscal year approaches, staff will receive small performance recognition awards for their work this year – a year like no other. As well as separation plans, reviewed by Pillsbury, to ensure CPB fulfills its commitment to remaining staff and officers. Again, it is my fervent hope they all stay through January as the challenge of carrying out our work with an increasingly dwindling team is daunting.

So while we wind down, at the same time, I would like to get Pillsbury to give us our best case for remaining as a shell/dormant.

It is my thought that perhaps for the next two years CPB functions as a think tank, commissioning white papers, op eds, interviews, with the goal of keeping our brand alive.

If dissolving CPB is unavoidable, we could also create a foundation (the "CPB Foundation") but take steps to safeguard the trademark title of Corporation for Public Broadcasting (legally possible)

While duty of care requires that we implement the wind down, we need to be clear about what we are able to do and what you are willing or not willing to do.

It is important to weigh legal counsel carefully but also to explore all options.

The counsel we secured at Pillsbury has focused on insolvency. We should see if they can offer thoughts on creating a dormant CPB and/or the Corporation for Public Broadcasting Foundation.

I'd like to have a conversation in executive session to discuss next steps.

Let me know if we should schedule this.

**From:** Ruby Calvert <rubydeecalvert@gmail.com>
**Sent:** Friday, September 12, 2025 5:10 PM
**To:** Harrison, Pat <pharrison@cpb.org>
**Cc:** lizsembler@aol.com <lizsembler@aol.com>; Diane Kaplan <dianekaplanak@gmail.com>; Sanchez, Debra <dsanchez@cpb.org>; Safon, Teresa <TSafon@cpb.org>
**Subject:** Re: Thoughts about CPB Future

Caution: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, my thoughts exactly, corroborated by your thoughtful email, are to make sure we explore all the options. I do not want to look back and say "why didn't we....?"

So let's definitely discuss with more background and legal advice. And thank you.
Ruby

Thank you for
On Fri, Sep 12, 2025 at 2:06 PM Harrison, Pat <pharrison@cpb.org> wrote:

CONFIDENTIAL

Get Outlook for iOS

---

**From:** Safon, Teresa <TSafon@cpb.org>
**Sent:** Monday, September 15, 2025 11:43 AM
**To:** Harrison, Pat <pharrison@cpb.org>
**Subject:** Pat's Exec Session Remarks.cmaedits

Some suggested edits

CONFIDENTIAL
CPB_0167262