



EXHIBIT
Munipella
6
10/20/25

NPR0000314



NPR0000315



NPR0000316



NPR0000317

## PRSS Governance

### Distribution / Interconnection (D/I) Committee - FY 2025

**NPR Board Members**

- *Chair* **Mike Savage**
  WEKY, Richmond, KY
- *Vice Chair* **R.C. McBride**
  WGLT, Normal, IL
- **Debbie Hiott**
  KUT News, Austin, TX
- **Erika Pulley-Hayes**
  WAMU, Washington, DC
- **Shawn Turner**
  WKAR, East Lansing, MI

**Non-Board Members**

- **Mollie Kabler**
  CoastAlaska
- **Josh Kubasta**
  Minnesota Public Radio & American Public Media
- **Loretta Rucker**
  African American Public Radio Consortium
- **Patty Cahill** Former public radio GM; past CPB Board member

Orientation 2025

npr content depot

# 5 HALLMARKS

- Mandated by Public Broadcasting Act
- NPR is designated by stations as *manager* of PRSS
- All assets owned by stations or charitable trust – *not NPR*
- "Neither a benefit nor a burden" to NPR - neutral enterprise within NPR organization, serving *all* of public radio
- CPB recognizes NPR as manager; provides periodic federal infrastructure funding

Orientation 2025



NPR0000319



NPR0000320



NPR0000321



700
+ 900
+ 400k Trust
―――――
       2M

NPR0000322

## CPB INTERCONNECTION-FUNDED PROJECTS

| Annual Interconnection Project Funding (Fiscal years, in millions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025* |
| **CPB Funds Granted** | End of 10-year agreement totalling $72.3 million | $7.9 | $7.1 | $6.6 | $4.1 | $3.6 | $5.9 | $6.2 | $4.45 |
| **Funds Originally Requested** | | | | | | $4.65 | $5.95 | $5.98 | $6.60 |
|  | | 4-year agreement: $25.8 million | | | | 1-year extension of 2018-2021 agreement | 2-year agreement: $11.93 million | | 1-year extension of 2023-2024 agreement |

*CPB wanted to align timing of NPR funding with PBS funding

### PROJECT WORK – CURRENT
- ContentDepot® improvements

### PROJECT WORK – PAST
- ContentDepot® improvements
- MetaPub development
- Pilot with PBS for shared contribution network with 38 joint licensees
- Replacement of a limited number of satellite dish replacements at stations
- Satellite lease and insurance

Orientation 2025


npr content depot

NPR0000323



NPR0000324



NPR0000325