Message

**From:** Sophya Chapson [schapson@npr.org]
**Sent:** 9/19/2025 4:17:30 PM
**To:** Maryfran Tyler [MTyler@npr.org]; Badri Munipalla [BMunipalla@npr.org]
**Subject:** FW: WORT Disconnection 10-1-2025
**Attachments:** Disconnection_letter WORT 2025.pdf

Looping you in.

**From:** Sophya Chapson
**Sent:** Friday, September 19, 2025 12:14 PM
**To:** Nate Carlin <nate@wortfm.org>
**Cc:** Renee Southworth <RSouthworth@npr.org>
**Subject:** WORT Disconnection 10-1-2025

Good Afternoon Nate,

I acknowledge receipt of WORT's disconnection form. I confirm acceptance of WORT's disconnection from PRSS/ContentDepot as of October 1, 2025. Please keep the attachment for your records.

As a satellite interconnected station with PRSS, you were provided with 2 ATX satellite receivers. Please return the receivers back to NPR Distribution. Additionally, we request that you unsubscribe the receivers from ContentDepot prior to returning them to NPR. Below are the shipping details.

Please securely package and return the satellite receivers back to NPR at the address listed below no later than **October 15, 2025.**

> NPR
> ATTN: Larry Lynch c/o NSC
> 1111 North Capitol Street NE
> Washington DC  20002

Your station is responsible for shipping charges. Please email me the tracking details for our records.

If we do not receive the equipment back by the specified deadline, an invoice for the FMV of the receivers will be sent to your billing address.

If you have any questions or concerns about the disconnection process or need additional time to return of the equipment, please let me know. Finally, should you wish to re-join the PRSS down the road, please reach out to Renee to discuss options for reconnection.

Best Regards,
Sophya Chapson

Sophya Chapson | Director, Business Affairs | 1111 North Capitol St., NE | Washington, DC 20002 | 202.513.2648 office | 202.573.2073 mobile | schapson@npr.org

**content depot.**

**From:** Nate Carlin <nate@wortfm.org>
**Sent:** Friday, September 12, 2025 2:01 PM
**To:** Renee Southworth <RSouthworth@npr.org>



NPR0000410

Cc: PRSSbusiness <prssbusiness@npr.org>; Jon Cyphers <jcyphers@npr.org>
Subject: Re: WORT is not renewing our contract for PRSS and ContentDepot

**External Email - Use Caution**

Hi Renee,

We are still planning on not renewing our contract after September. Attached is our completed letter of intent. Please let me know if you need anything else from us, or have any questions.

We are grateful for the years of service you have provided,
Nate

On Thu, Jul 31, 2025 at 1:11 PM Renee Southworth <RSouthworth@npr.org> wrote:

Hi Nate,

It was nice to speak with you today. We understand that with all the uncertainty, stations are reacting for the immediate future. We spoke of your plans to disconnect from the PRSS. Please keep in mind that your contract is valid through September 30, 2025. I am attaching the form you will need to submit to begin the disconnection process. It may be submitted any time prior to September 30.

As I mentioned, if you decide to switch to an internet-interconnection, you will still have full access to all file programs, delivered to your FTP site, at half the price of satellite interconnection. If you decide to go this route, please let me know and we can switch interconnection types.

As always, if you have any questions, or if we can be of any assistance, please do not hesitate to contact us.

Thanks,

Renee

(202) 513-2642

From: Nate Carlin <nate@wortfm.org>
Sent: Wednesday, July 30, 2025 9:33 AM
To: PRSSbusiness <prssbusiness@npr.org>
Subject: WORT is not renewing our contract for PRSS and ContentDepot

**External Email - Use Caution**

Hello PRSS business,

I am writing to notify you that we here at WORT 89.9 FM Madison are not going to renew our contract for the satellite interconnection for the upcoming year.

My understanding is that the current contract expires at the beginning of October (10/1), and at that point our access to the satellite interconnect will end.

Please let me know if there are any additional steps I need to take. We appreciate the years of excellent radio you have provided us.

Nate

--

Nate Carlin
Interim News Director
WORT 89.9 FM
118 S. Bedford St.

Madison, WI 53703
desk: 608-321-9586
cell: 412-849-2087



--

Nate Carlin
News, Talk, and Public Affairs Director
WORT 89.9 FM
118 S. Bedford St.

Madison, WI 53703
desk: 608-321-9586
cell: 412-849-2087

