Message

**From:** Sophya Chapson [schapson@npr.org]
**Sent:** 9/19/2025 4:38:34 PM
**To:** Maryfran Tyler [MTyler@npr.org]; Badri Munipalla [BMunipalla@npr.org]
**Subject:** FW: WBJB Disconnection 10-1-2025
**Attachments:** Disconnection_letter WBJB 2025.pdf

Looping you in.

**From:** Sophya Chapson
**Sent:** Friday, September 19, 2025 12:38 PM
**To:** 'tbrennan@brookdalecc.edu' <tbrennan@brookdalecc.edu>
**Cc:** Renee Southworth <RSouthworth@npr.org>
**Subject:** WBJB Disconnection 10-1-2025

Good Afternoon Tom,

I acknowledge receipt of WBJB's disconnection form. I confirm acceptance of WBJB's disconnection from PRSS/ContentDepot as of October 1, 2025. Please keep the attachment for your records.

As a satellite interconnected station with PRSS, you were provided with 2 ATX satellite receivers. Please return the receivers back to NPR Distribution. Additionally, we request that you unsubscribe the receivers from ContentDepot prior to returning them to NPR. Below are the shipping details.

Please securely package and return the satellite receivers back to NPR at the address listed below no later than **October 15, 2025**.

> NPR
> ATTN: Larry Lynch c/o NSC
> 1111 North Capitol Street NE
> Washington DC  20002

Your station is responsible for shipping charges. Please email me the tracking details for our records.

If we do not receive the equipment back by the specified deadline, an invoice for the FMV of the receivers will be sent to your billing address.

If you have any questions or concerns about the disconnection process or need additional time to return of the equipment, please let me know.
Finally, should you wish to re-join the PRSS down the road, please reach out to Renee to discuss options for reconnection.

Best Regards,
Sophya Chapson

Sophya Chapson | Director, Business Affairs | 1111 North Capitol St., NE | Washington, DC 20002 | 202.513.2648 office | 202.573.2073 mobile | schapson@npr.org

**content depot.**

**From:** Renee Southworth <RSouthworth@npr.org>
**Sent:** Monday, September 8, 2025 1:45 PM
**To:** Thomas Brennan <tbrennan@brookdalecc.edu>
**Cc:** PRSSbusiness <prssbusiness@npr.org>
**Subject:** [EXT]:WBJB-FM Intent to Withdraw


EXHIBIT
Munipalla
20
ML 10/20/25

NPR0000432

> **\*\*External Email\*\***
> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tom,

It was nice to speak with you today. It's unfortunate that the current climate is forcing some hard decisions. With WBJB's discontinuation of *NPR Newscasts,* there is no need for satellite interconnection. As we discussed, there is an internet-interconnection option at half the cost, but as you mentioned, being a music station, you were only subscribed to one additional program which you can download from the producer's website.

Once you return the form, we will send you instructions with the next steps on unsubscribing from programs and returning the receivers.

If you have any questions, or I can be of any assistance, please let me know.

Thank you,
Renee

npr | Renée Southworth | Account Executive, Distribution Division | 1111 North Capitol St., NE | Washington, DC 20002 | 202.513.2642 office | 202.380.8460 cell | rsouthworth@npr.org





NPR0000433