Message

**From:** Sophya Chapson [schapson@npr.org]
**Sent:** 9/19/2025 5:26:01 PM
**To:** Maryfran Tyler [MTyler@npr.org]; Badri Munipalla [BMunipalla@npr.org]
**Subject:** FW: WMSV PRSS Disconnection 10-1-2025
**Attachments:** Disconnection_letter WMSV 2025.pdf

Looping you in.

**From:** Sophya Chapson
**Sent:** Friday, September 19, 2025 1:24 PM
**To:** 'becca@wmsv.msstate.edu' <becca@wmsv.msstate.edu>
**Cc:** Renee Southworth <RSouthworth@npr.org>
**Subject:** WMSV PRSS Disconnection 10-1-2025

Good Afternoon Becca,

I acknowledge receipt of WMSV's disconnection form. I confirm acceptance of WMSV's disconnection from PRSS/ContentDepot as of October 1, 2025. Please keep the attachment for your records.

If you have any questions or concerns about the disconnection process or if wish to re-join the PRSS down the road, please reach out to Renee to discuss options for reconnection.

Best Regards,
Sophya Chapson

**From:** Thorn, Becca <becca@wmsv.msstate.edu>
**Sent:** Wednesday, August 27, 2025 10:25 AM
**To:** Renee Southworth <RSouthworth@npr.org>
**Cc:** Rebecca Spiering <RSpiering@npr.org>; Karen Parker <KParker1@npr.org>
**Subject:** Re: PRSS Withdrawal Form

**External Email - Use Caution**

Hi Renee,

I hope that you are well! Attached you will find the completed form. Let me know if you need anything else from us.

Thank you,
*Becca Thorn*
**Radio Station Manager: 91.1 The Junction**
**Mississippi State University**



EXHIBIT
Munipalla
21
10/20/25

NPR0000451

(O): (662) 325-8481



---

**From:** Renee Southworth <RSouthworth@npr.org>
**Sent:** Friday, June 6, 2025 11:36 AM
**To:** Thorn, Becca <becca@wmsv.msstate.edu>
**Cc:** Rebecca Spiering <RSpiering@npr.org>; Karen Parker <KParker1@npr.org>
**Subject:** PRSS Withdrawal Form

Hi Becca,

It was nice to speak with you today. I am attaching the form you need to submit to disconnect from the PRSS. Please note that WMSV is paid until September 30, 2025. Please submit the form prior to October 1, so that we don't invoice you for another year. Also, if your situation changes and you decide to remain in the system, please disregard the form.

If you have any questions, or if we can be of any assistance, please let us know.

Thank you,
Renee

npr | Renée Southworth | Account Executive, Distribution Division | 1111 North Capitol St., NE | Washington, DC 20002 | 202.513.2642 office | 202.380.8460 cell | rsouthworth@npr.org

  



NPR0000452