Message

**From:** Sophya Chapson [schapson@npr.org]
**Sent:** 9/19/2025 5:46:07 PM
**To:** Maryfran Tyler [MTyler@npr.org]; Badri Munipalla [BMunipalla@npr.org]
**Subject:** FW: KWMR PRSS Disconnection 10-1-2025
**Attachments:** Disconnection_letter KWMR 2025.pdf

Looping you in.

This is the last one for today.

**From:** Sophya Chapson
**Sent:** Friday, September 19, 2025 1:45 PM
**To:** 'Amanda Eichstaedt' <amanda@kwmr.org>
**Cc:** Renee Southworth <RSouthworth@npr.org>
**Subject:** KWMR PRSS Disconnection 10-1-2025

Good Afternoon Amanda,

I acknowledge receipt of KWMR's disconnection form. I confirm acceptance of KWMR's disconnection from PRSS/ContentDepot as of October 1, 2025. Please keep the attachment for your records.

If you have any questions or concerns about the disconnection process or if wish to re-join the PRSS down the road, please reach out to Renee to discuss options for reconnection.

Best Regards,
Sophya Chapson

Sophya Chapson | Director, Business Affairs | 1111 North Capitol St., NE | Washington, DC 20002 | 202.513.2648 office | 202.573.2073 mobile | schapson@npr.org

**content depot.**



NPR0000460