| | |
|---|---|
| Message | |
| From: | Jon Cyphers [jcyphers@npr.org] |
| Sent: | 8/28/2025 11:33:25 PM |
| To: | Renee Southworth [RSouthworth@npr.org] |
| CC: | PRSSbusiness [prssbusiness@npr.org]; Badri Munipalla [BMunipalla@npr.org] |
| Subject: | Re: New Ticket Created: 03040566 \| unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ] |

Nice save Renee!

On Aug 28, 2025, at 5:40 PM, Renee Southworth <RSouthworth@npr.org> wrote:

I'm considering this a win. I'll send him the paperwork tomorrow.

Renee Southworth
rsouthworth@npr.org
202.513.2642

**From:** Renee Southworth <RSouthworth@npr.org>
**Sent:** Thursday, August 28, 2025 10:53 AM
**To:** Dennis Green <Dennis.Green@kirkwood.edu>
**Cc:** George Dorman <George.Dorman@kirkwood.edu>
**Subject:** Re: New Ticket Created: 03040566 \| unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ]

Hi Dennis,
This is good news. Basically what will happen is that we will terminate the satellite agreement and reconnect as an internet station. This requires some forms that I will send you. I am currently out of the office, so I will get them to you tomorrow.
Thanks,
Renee

Renee Southworth
rsouthworth@npr.org
202.513.2642

**From:** Dennis Green <Dennis.Green@kirkwood.edu>
**Sent:** Thursday, August 28, 2025 10:10:55 AM
**To:** Renee Southworth <RSouthworth@npr.org>
**Cc:** George Dorman <George.Dorman@kirkwood.edu>
**Subject:** Re: New Ticket Created: 03040566 \| unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ]

External Email - Use Caution

Renee, we would like to switch to internet connection. Please let us know the procedure and instructions. Thanks!



NPR0000241

*Dennis*

**From:** Renee Southworth <RSouthworth@npr.org>
**Date:** Tuesday, August 19, 2025 at 12:21 PM
**To:** Dennis Green <Dennis.Green@kirkwood.edu>
**Subject:** RE: New Ticket Created: 03040566 | unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ]

**EXTERNAL**
**WARNING:** This email originated outside of Kirkwood Community College.
**DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Hi Dennis,
There is a form to fill out if you wish to disconnect. If you would like to discuss other options, such as switching to an internet-interconnection, you could remain interconnected for half the price.
I'm attaching the form. You may return it anytime before September 30, 2025.
Thanks,
Renee
(202) 513-2642

**From:** Dennis Green <Dennis.Green@kirkwood.edu>
**Sent:** Tuesday, August 12, 2025 11:19 AM
**To:** PRSShelp <prsshelp@npr.org>
**Subject:** Re: New Ticket Created: 03040566 | unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ]

**External Email - Use Caution**

Hello Renee,

I apologize for the delay. Because of the federal funding cuts, KCCK will not be renewing our subscription to PRSS/ContentDepot. I'm not sure if there is anything special I need to do or what office to contact. I've had a couple of exchanges with NPR folks on the programming side. Just want to make sure our intentions are made clear prior to Sept. 30. Please let me know if there is any procedure or process I need to complete.

Sucks that it's come to this, but I appreciate your help!

*Dennis*

**From:** PRSS Help Desk <prsshelp@npr.org>
**Date:** Monday, July 28, 2025 at 12:08 PM
**To:** Dennis Green <Dennis.Green@kirkwood.edu>
**Subject:** RE: New Ticket Created: 03040566 | unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ]

> **EXTERNAL**
>
> **WARNING:** This email originated outside of Kirkwood Community College.
> **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Hello Dennis,
I am would be happy to answer any questions concerning KCCK's Content Depot interconnection.
Please let me know a time that is convenient to talk.
Thanks,
Renee Southworth
(202) 513-2642


- Original Message ---------------
**From:** PRSS Help Desk [prsshelp@npr.org]
**Sent:** 7/25/2025, 2:21 PM
**To:** dennis.green@kirkwood.edu
**Subject:** RE: New Ticket Created: 03040566 | unable to continue interconnection service [ thread::FL7BQq16fMuOUbbVd10UbgY:: ]

Hello Dennis,

Thank you for contacting the PRSS Help Desk. I'll transfer you to our Business Affairs team for further assistance.

Thanks,

Jenna Grant


--------------- Original Message ---------------
**From:** Distribution Help [feedback@npr.org]
**Sent:** 7/25/2025, 2:05 PM
**To:** dennis.green@kirkwood.edu
**Subject:** New Ticket Created: 03040566 | unable to continue interconnection service

**NPR Distribution Division**
1111 North Capitol St., NE
Washington, DC  20002

Help Desk: 800.971.7677
Business Office: 202.513.2618
nprdistribution.org

**Re: unable to continue interconnection service**

Dear Dennis Green:

Thank you for contacting us with your inquiry.

NPR0000243

Your reference number for this case is: 03040566

We look forward to speaking with you soon.

Thank you,

The Distribution Support Team

thread::FL7BQq16fMuOUbbVd10UbgY::.

NPR0000244