IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-1674-RDM |
| ) | |
| DONALD J. TRUMP, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S
RESPONSES TO PLAINTIFF NATIONAL PUBLIC RADIO, INC.'S
FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 33, Defendant Corporation for Public Broadcasting ("CPB"), by undersigned counsel, submits the following Responses to Defendant National Public Radio, Inc.'s First Set of Interrogatories.

**GENERAL OBJECTIONS**

1. CPB objects to all requests to the extent they seek information protected by the attorney-client privilege or attorney work product doctrine.

2. CPB objects to any definition or instruction that is inconsistent with or more expansive than as set forth in Fed. R. Civ. P. 33.

**INTERROGATORIES**

**INTERROGATORY NO. 1**: DESCRIBE all distributions or disbursements by YOU since January 20, 2025 of funds appropriated by CONGRESS for interconnection. For purposes of this Interrogatory, DESCRIBE means to state the amount of funds

1

56549267.1

distributed or disbursed, the date of distribution or disbursement, the fiscal year for which such funds were appropriated, and the recipient of the funds.

**OBJECTIONS AND RESPONSE:** CPB objects to the undefined term "interconnection" as vague and ambiguous. For purposes of this response, CPB will define "interconnection" as set forth in 47 U.S.C. § 397(3).

Subject to and without waiving its objections, CPB refers to the following chart in response to this Interrogatory No. 1.

| Vendor | Date | Amount | Appropriated Year |
|---|---|---|---|
| Deloitte Consulting LLP | 1/23/2025 | 138,608$ | FY 2022 |
| PRX, Inc. | 2/13/2025 | 85,000 | FY 2022 |
| Public Broadcasting Service | 2/20/2025 | 5,556,941 | FY 2022 |
| National Public Radio | 2/20/2025 | 1,656,812 | FY 2022 |
| Public Broadcasting Service | 3/6/2025 | 69,127 | FY 2022 |
| Public Broadcasting Service | 4/16/2025 | 104,981,496 | FY 2022 - FY24 |
| Public Broadcasting Service | 4/16/2025 | 3,914,445 | FY 2024 |
| PRX, Inc. | 4/24/2025 | 65,000 | FY 2024 |
| National Public Radio | 4/24/2025 | 995,013 | FY 2024 |

| Vendor | Date | Amount | Appropriated Year |
|---|---|---|---|
| National Public Radio | 7/24/2025 | 959,100 | FY 2024 |
| PRX, Inc. | 8/7/2025 | 50,000 | FY 2024 |
| Deloitte Consulting LLP | 8/15/2025 | 44,330 | FY 2024 |
| Deloitte Consulting LLP | 8/21/2025 | 12,280 | FY 2024 |
| PRX, Inc. | 9/15/2025 | 89,600 | FY 2024 |
| Saul Ewing, LLP | 10/6/2025 | 75,045 | FY 2024 |
| TOTAL | | $118,692,799 | |

**INTERROGATORY NO. 2**: By fiscal year for which the funds were appropriated, IDENTIFY the amount of funds appropriated by CONGRESS for interconnection that were in YOUR possession, custody, or control as of September 30, 2025.

**OBJECTIONS AND RESPONSE:** CPB objects to the undefined term "interconnection" as vague and ambiguous. For purposes of this response, CPB will define "interconnection" as set forth in 47 U.S.C. § 397(3).

Subject to and without waiving its objections, CPB responds:

| | |
|---|---|
| FY24 Appropriation (Public Law 118-47) | $16,626,682 |
| FY25 Appropriation (Public Law 119-4) | $51,780,000 |
| Interest on Interconnection Funds: FY2016 - FY2025 | $23,500,628 |
| Total Interconnection Funds on Hand as of 9/30/2025 | $91,907,310 |

As of September 30, 2025, CPB had $91,907,310 on hand that had been appropriated by Congress for "replacing and upgrading the public broadcasting

3

interconnection system and other technologies and services that create infrastructure and efficiencies within the public media system." *See* Public Law 118-47, 138 Stat. at 696; *see also* Public Law 119-4, 139 Stat. 10-12. In addition to amounts remaining from the Fiscal Year 2024 appropriation (Public Law 118-47, 138 Stat. at 696) and from Fiscal Year 2025's full year continuing resolution (Public Law 119-4, 139 Stat. at 10-12), the balance also includes cumulative interest earned on these funds as of September 30, 2025. CPB currently holds no funds appropriated to, or received from, the "Satellite Interconnection Fund" as that term is defined in the Public Broadcasting Act (47 U.S.C. § 396(k)(10)(A)).

**INTERROGATORY NO. 3**: DESCRIBE all COMMUNICATIONS between YOU and the EXECUTIVE BRANCH since January 20, 2025. For purposes of this Interrogatory, DESCRIBE means to identify the participants to, date of, type, and subject matter of each COMMUNICATION.

**OBJECTIONS AND RESPONSE**:

CPB objects to the request to produce "ALL" communications as overly broad and unduly burdensome. CPB has performed a reasonable search of its records and, in addition to the information provided in response to this interrogatory, is producing a large volume of email communications that may be responsive to this interrogatory. Subject to and without waiving its objections, CPB responds:

On January 29, Peter Hoy, CPB's budget examiner at the Office of Management and Budget ("OMB"), emailed Anne Brachman, asking for an estimate

4

of funds needed in a scenario in which President Trump's 2026 budget proposal eliminated funding for CPB. Ms. Brachman responded by noting that CPB would create a budget analysis and provide it to Mr. Hoy.

On March 20, CPB's budget examiner at OMB, Peter Hoy, emailed Clayton Barsoum asking to discuss how the recently passed continuing resolution (CR) impacted CPB operations and funding. Clayton and Peter discussed the issue over the phone and Clayton communicated how the CR would impact all of CPB's federal funding, including its two-year advance, interconnection, the Department of Education's Ready to Learn grant, and FEMA's Next Generation Warning System grant program.

On March 31, Olivia Ingrassia, allegedly an Intern at the Office of Management and Budget, reached out to CPB to request a meeting with one of CPB's board members. At the time, CPB's Board Chair Ruby Calvert was in town and available for such a meeting. No information regarding the specific topic to discuss was shared with CPB before the meeting. Along with Ruby Calvert, Evan Slavitt and Clayton Barsoum attended the meeting with Olivia Ingrassia and Katie Sullivan, OMB's Associate Director for Justice and Transportation. Much of the discussion focused on the fundamental basics of the role of CPB, its funding, and statutory mission. Ms. Sullivan was not familiar with much of this information and time was spent correcting assumptions about the operations of public media. After the meeting, Clayton Barsoum emailed a thank you letter from Ruby Calvert to Katie Sulllivan in

56549267.1

addition to CPB's statutory federal funding formula. No further communications were requested or proactively communicated.

On April 2, 2025, CPB's budget examiner at OMB, Peter Hoy, sent an email to Clayton Barsoum requesting information about CPB's administrative expenditures, the amount already disbursed in 2025 and planned disbursements for the remainder of the year to PBS and NPR, a list of all grants made by CPB already in 2025, the amount paid to CPB Board members, and any steps CPB has taken to comply with the Executive Order on Ending Radical And Wasteful Government DEI Programs And Preferencing. In the response, CPB reiterated its independence as a private nonprofit entity established by the Public Broadcasting Act, explicitly stated that the Act forbids "any department, agency, officer, or employee of the United States to exercise any direction, supervision, or control over educational television or radio broadcasting, or over [CPB] or any of its grantees or contractors…" 47 U.S.C. § 398, and affirmed that it was only voluntarily complying with the request to affirm CPB's history of transparency.

On April 28, Clayton Barsoum sent an email to Peter Hoy with an attachment of CPB's FY 2025 Operating Plan. The Full-Year Continuing Appropriations and Extensions Act, 2025 required CPB to produce and submit this document to Congress. Based upon CPB's longstanding, voluntary practice of transparency, CPB also shared the document with Peter Hoy.

On May 30, 2025, Clayton Barsoum emailed Peter Hoy to request the Technical Supplement to the President's 2026 Budget, which lists the amount of funding

suggested by the president through his budget. Peter Hoy supplied a link to that document.

On July 13, Peter Hoy emailed Clayton Barsoum to request funding levels for administrative expenses of emergency and public safety grants, capital costs to support emergency relief grants to local stations, and community service grants to Tribal stations.

**INTERROGATORY NO. 4**: DESCRIBE all COMMUNICATIONS between YOU and the PMI since January 20, 2025. For purposes of this Interrogatory, DESCRIBE means to identify the participants to, date of, type, and subject matter of each COMMUNICATION.

**OBJECTIONS AND RESPONSE**:

CPB objects to the request to produce "ALL" communications as overly broad and unduly burdensome. CPB has performed a reasonable search of its records and, in addition to the information provided in response to this interrogatory, is producing a large volume of email communications that may be responsive to this interrogatory.

Subject to and without waiving its objections, CPB responds by reference to the following chart:

| DATE | TIME | PARTICIPANTS | MODE | SUBJECT |
|---|---|---|---|---|
| **10-Oct-25** | 12:30-1:00PM | CPB: Donna Joe, Deborah Carr, Lainie Tompkins; PMI: Kerri Hoffman | Microsoft Teams mtg | PMI Governance: discussion to clarify next steps and dates for shifting PRI to PMI as fully independent entity. |

7

| DATE | TIME | PARTICIPANTS | MODE | SUBJECT |
|---|---|---|---|---|
| 8-Oct-25 | 4:00-5:00PM | CPB: Donna Joe, Kathy Merritt, Deborah Carr, Lainie Tompkins; PMI: Kerri Hoffman, Bill Davis, Liwanag Ojala | Microsoft Teams mtg | PMI workscope discussion: review of latest draft of workscope, discussion of next steps in negotiation process |
| 8-Oct-25 | 2:30-3:00PM | CPB: Kathy Merritt, Clayton Barsoum; PMI: Bill Davis | Microsoft Teams mtg | Discuss system response to PMI announcement |
| 7-Oct-25 | 11-11:30AM | CPB: Pat Harrison, Clayton Barsoum; PMI: Bill Davis | Microsoft Teams mtg | Discuss system response to PMI announcement |
| 29-Sep-25 | 8:30-9:30AM | CPB: Donna Joe, Deborah Carr, Lainie Tompkins; PMI: Kerri Hoffman, Bill Davis, Liwanag Ojala | Microsoft Teams mtg | PMI Discussion: review of latest draft of workscope, discussion of next steps in negotiation process |
| 26-Sep-25 | 10:00-11:00AM | CPB: Kathy Merritt, Clayton Barsoum, Deborah Carr; PMI: Kerri Hoffman, Bill Davis, Liwanag Ojala, Rima Dael, Tom Hjelm, LaFontaine Oliver, Jean Taylor, Andrew Kulewicz, David Cotrone, Daniel Doktori | Zoom mtg | PMI Meeting: discuss press release of funding award |
| 25-Oct-25 | 4:35-5:05PM | CPB: Kathy Merritt; PMI: Bill Davis, Kerri Hoffman, Jean Taylor, LaFontaine Oliver, Rima Dael, Liwanag Ojala | Zoom mtg | PMI Meeting: discuss press release of funding award |
| 24-Sep-25 | 3:00-4:00PM | CPB: Deborah Carr, Lainie Tompkins; PMI: Kerri Hoffman, Bill Davis, Liwanag Ojala | Microsoft Teams mtg | PMI Workscope discussion |
| 19-Sep-25 | 11:00-11:30AM | CPB: Kathy Merritt, Deborah Carr, Lainie Tompkins, Donna Joe; PMI: Kerri Hoffman, Bill Davis, Rima Dael, LaFontaine Oliver, Jean Taylor | Zoom mtg | CPB - PMI Meeting: notice of funding decision |
| 27-Aug-25 | 2:00-3:30PM | CPB: Kathy Merritt, Deborah Carr, Lainie Tompkins, Beth Jacobs, Beth Walsh, Maciej Ochman, Donna Joe; PMI: Kerri Hoffman, Bill Davis, Rima Dael, LaFontaine Oliver, Jean Taylor; Deloitte: Tania Turano, John Footen | Zoom mtg | Discuss PMI Proposal |

**INTERROGATORY NO. 5**: DESCRIBE all COMMUNICATIONS between YOU and any PERSON since January 20, 2025, CONCERNING NPR's status as the "national entity" that "public telecommunications entities participating in the public radio satellite interconnection system" have "designate[d] for satellite interconnection purposes." For purposes of this Interrogatory, DESCRIBE means to identify the participants to, date of, type, and subject matter of each COMMUNICATION.

**OBJECTIONS AND RESPONSE**: CPB objects to this interrogatory to the extent that any response is construed to concede that NPR is the "national entity" that "public telecommunications entities participating in the public radio satellite interconnection system" have "designate[d] for satellite interconnection purposes." Notwithstanding such objection, between January 20, 2025, and the present, other than communications with counsel related to this litigation, CPB has had no communications with any person concerning NPR's status as the "national entity" that the "public telecommunications entities participating in the public radio satellite interconnection system" have "designate[d] for satellite interconnection purposes."

### VERIFICATION

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing Interrogatory responses are true and accurate, to the best of my knowledge, based on the information available to me as an employee of the Corporation for Public Broadcasting.

_____
Evan Slavitt
Executive Vice President and General Counsel

Date:  October 16, 2025

Respectfully submitted,

 */s/ Jason W. McElroy*
Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
jason.mcelroy@saul.com
peter.nanov@saul.com

Jeffrey S. Robbins (*Pro Hac Vice* pending)
Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
SAUL EWING LLP
131 Dartmouth St.
Suite 501
Boston, MA 02116
Tel:  (617) 912-0941
Email:       jeffrey.robbins@saul.com
                  joseph.lipchitz@saul.com

***Counsel for Defendant The Corporation for Public Broadcasting***

## CERTIFICATE OF SERVICE

I hereby certify that on Oct. 16, 2025, I caused a copy of the foregoing DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S RESPONSES TO DEFENDANT NPR'S FIRST SET OF INTERROGATORIES to be served, by electronic mail, upon:

Miguel A. Estrada (D.D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　*/s/ Jason W. McElroy*
　　　　　　　　　　　　　　　　　　　　Jason W. McElroy

11

56549267.1