

## A Proposal to the Corporation for Public Broadcasting
## For NPR's Editorial Enhancement Initiative
## May 2024

### Executive Summary

NPR creates exceptional journalism, and a lot of it, across more platforms than ever before. Serving a weekly audience of 42 million across broadcast, podcast, and web, NPR's editorial teams merged into one unified division — the Content division — approximately seven months ago. This merger sets us up to better meet the needs of audiences and our network of Member stations with a unified editorial vision that fully delivers on the promise of multiplatform journalism.



Now, NPR is announcing a series of editorial enhancements across the Content division that will enable us to view our journalism in a more comprehensive, strategic manner across shows, desks and platforms. Some of the steps are straightforward expansions of existing processes, while others introduce new workflows to better match best practices for a journalism operation of NPR's size and reach. Combined, these enhancements represent a necessary reconfiguration to reinforce the connective tissue across NPR in order to strengthen the assessment of our work in aggregate, regardless of the platform on which it's distributed.

To allow for greater oversight and the development of processes to strengthen NPR's internal reviews, we respectfully request $1,963,926 over a period of 15 months from the Corporation for Public Broadcasting. Support will allow NPR to:

- Create a new editing team, to be known as the "Backstop" to ensure all content receives a final review before publication, to bolster editorial oversight and coordination.
- Increase the size and the scope of NPR's editorial standards and practices team.
- Add content strategy analysts within the newsroom to provide data around the mix of content being produced.
- Formalize a regular cadence of editorial briefings with newsmakers and experts in their fields to gain insight on topics and perceptions of coverage to ensure our journalism remains a trusted and valued public service to the nation.
- Provide a level of transparency to the public about the decisions that guide NPR's journalism.

These efforts are meant to ensure NPR stays true to our journalistic mission by bolstering editorial support to further strengthen our quality control processes before publication and to step back to evaluate our content mix holistically to ensure we are serving alll our audiences.

Thank you for your consideration.

EXHIBIT
Ross
7
MC        10/22/25



### Enhanced Editorial Support at NPR

Many of these changes have been under discussion as part of NPR's long-term strategy for some time, though recent increased public scrutiny has added urgency to the moment. With support from the Corporation for Public Broadcasting, we seek to accelerate our planning, ensuring that NPR's staffing structure will continue to provide the public with fact-based news and information that, on the whole, reflects the full spectrum of ideas and perspectives in a balanced and consistent way.

NPR has grown significantly over the past decade. Our work now is available on more platforms – including third-party -- than ever before. The growth in digital and podcast production in particular has made us a larger team than ever before, up 49%, from 406 journalists in 2014 to 604 in 2024. Amid that growth, we need structures to see across NPR's journalism to think about our overall coverage strategically and holistically.

Enhanced editorial oversight, combined with new workflows, will allow NPR to better coordinate decision-making across NPR's Content Division. Additional staff will create a final editing checkpoint before the editorial product is distributed on broadcast or digital platforms, providing NPR with consistent scrutiny around the stories being produced, helping us to avoid a sense of duplication and/or perceptions of disproportionate emphasis. Most critically, additional staff, working in a variety of roles, will allow NPR to evaluate content in the aggregate instead of the anecdotal, giving NPR's leadership broader visibility on how our coverage represents a broad range of points of view across a reporting topic.

### Goals

Our overarching goal is to protect the mission of NPR to work with Member Stations to create a more informed public. To do so, we must ensure that NPR's content consistently adheres to the highest standards of journalism. We take seriously our democratic role as watchdogs, holding the powerful accountable as we hold ourselves to the core principles of honesty, integrity, independence, accuracy, contextual truth, transparency, respect and fairness for the people we serve and the people we cover.

### Project Priorities

Enhanced Editorial Oversight

Funding will allow NPR to add six (6) senior-level editors – an additional editor will be repurposed from existing staff – for a total of seven new (7) editors to serve as NPR's "Backstop," enabling a new story script sign-off and "second read" process to continuously improve oversight of NPR content as the last stop before broadcasting or publication.

This group of senior-level editors will be responsible for ensuring that all of NPR's journalism meets the standards documented within the NPR Ethics Handbook. In addition to safeguarding the fairness, accuracy, and clarity of individual stories, editors will also have an eye toward the

**npr**

collective body of the Content division's work, responsible for ensuring that NPR is consistent in its facts and/or use of terms across stories. This new cadre of editors will also be responsible to gauge balance, determining if we're doing too many stories on a given topic from the same angle, or duplicating efforts inadvertently. Seven editors are needed to cover NPR across a full 7-day schedule with staffing during the day, evenings and overnight hours given the full breadth of our platforms and continual journalism production. As the process will occasionally require the services of a contractor to oversee weekend and overnight shifts, projected costs have been included within the attached budget. (**Attachment I**)

Currently made up of 604 staffers, NPR's Content division is inherently complex, in which each desk and show team operate semi-independently to provide content for NPR's platforms, including broadcast, digital, and social media channels. While a level of coordination exists -- most especially in breaking news situations -- more is needed to strengthen the connective tissue inside NPR, ensuring consistency in practice and an overall balance of coverage in aggregate.



Today, just seven senior editorial managers focus on NPR's journalism across a Content division, which we recognize as an insufficient level of oversight. The newly-introduced workflows we envision will differ from one unit to the next, addressing the unique staffing and operational structures found across NPR, including: news desks, daily news magazines, weekly shows, visuals, newscasts and podcast teams. Workflows will not re-create the existing process to greenlight each and every pitch from the earliest stages and from all corners of NPR. Desk heads, deputies, executive producers, producers, editors, reporters, correspondents, hosts and others will continue to be the engines that propel NPR forward with great ideas and pitches. This process more formally articulates the role that senior leadership play as curators of our content, improving NPR's ability to evaluate its content mix holistically.

Expanded Standards and Practices Oversight

NPR's Ethics Handbook represents a gold standard in journalism, with its principles clearly and consistently reflected in NPR's work. We seek to add two (2) supervising editors to increase our coverage across platforms and covering weekend and night shifts to provide resources in real-time, while also providing the necessary bandwidth to provide additional resources for the Member Station community.

External communication will include outreach to Member Stations via webinars. Other public-facing materials, such as audio interviews, or video segments, will also be produced and made available to increase the accessibility of NPR's ethics handbook for audiences so that the public can be made aware of the kinds of decision-making journalists and their editors make on a daily basis, and the standards and practices that guide NPR's decisions.



Content Analysis

We seek to add two (2) content strategy analysts to support NPR's front-line editors in regularly assessing NPR's story mix from a quantitative perspective, while also providing meaningful analysis at regular monthly NPR and quarterly network content reviews.

Content strategy analysts will be managed by the VP, Content Business Strategy and Operations, and work closely with the VP of Research, Archives and Data (RAD) to analyze operational data from NPR's archives. Analysis will rely heavily on tools such as Artemis to evaluate NPR's taxonomies and auto-tagging to evaluate the balance of content both in number of pieces produced, but the composition of topics heard on newsmagazines, produced as podcasts and distributed across social media channels.

Quantitative analysis will be used to support varied purposes across the Content division, but especially to meet our goal of assessing NPR's content in the aggregate and not the anecdotal. Efforts will include, but not be limited to, content mix (e.g. subject, length, platform), production output, and other operating metrics. This team will support monthly NPR and quarterly network reviews and other strategic analysis as directed by the content leadership team. While candidates may have past experience as journalists, the primary skill recruited for will be analytical skills.

Ongoing Training

While not part of the funding request, NPR will add a trainer to NPR's training team, creating curricula for public media to better grapple with challenges faced by media organizations. The position will be incorporated into NPR's Training Team, which will bring the staff to seven in total.

Led by Managing Editor for Content Talent, Strategy and Development, the team oversees ongoing training classes, covering all aspects of newsroom production, from reporting basics and the use of content creation tools to highly-specialized sessions such as how to pursue a Freedom of Information act request. Past webinars, which are also open to Member Stations to attend, have covered a wide range of issues, such as best practices in reporting on the disabled community, for example, as well as media compliance training around FCC rules, which was done in conjunction with NPR's Standards and Practices Managing Editor, Tony Cavin.

**Deliverables and Metrics for Success**

NPR will measure success of the project against the following key performance indicators (KPIs):

- NPR will configure a staff of eleven (11) senior-level editors, content analysts and a trainer to enhance: editorial oversight, standards and practices oversight, content analysis and training. Hiring will be staggered in the first six months of the grant, as documented by the project budget. Please note NPR will assume the cost of two (2)



incremental staff, those being a supervising editor within the Backstop team and a trainer. (**Attachment 1**).

- NPR will establish, document and implement new workflows across the Content division to ensure a second review of all content before it is distributed. Adjustments to existing workflows will be documented in quarterly reporting to CPB.
- NPR will formalize regularly scheduled, on and off-the-record briefings (at least six times per year) with newsmakers and non-academic subject matter experts to gain insight on a wide range of perspectives on key topics in a question-and-answer setting. Meeting dates will be documented in quarterly reporting to CPB.
- NPR Standards and Practices team will schedule bi-annual webinars with Member Stations to review NPR's Ethics Handbook, exploring areas, for example, the implications of AI, and where future public media policies need to be developed. Notes from the webinars will be documented in quarterly reporting to CPB.

## Evaluation

Evaluation will be both qualitative and quantitative, providing insights and data to ensure NPR's editorial enhancements are helping us to achieve our goals.

- Quarterly reporting: Senior editors and content analysts will provide internal progress reports to NPR leadership, which will be synthesized and incorporated into NPR's quarterly reporting to CPB.
- Surveys: NPR will survey local newsroom leadership of NPR Member Stations at the launch of the editorial enhancement initiative to gauge perceptions and satisfaction with NPR's story assignment, adherence to editorial standards and overall mix of content. Annual follow-up surveys will track changes in perception and satisfaction.

## Risks and Challenges

The primary risk to the project is financial, as these enhancements represent a permanent shift in NPR's Newsroom. With projected costs of $2.33 million and $2.389 million in NPR's fiscal year 2026 and 2027, and routine salary increases every year thereafter, this will continue to stretch our corporate resources until we are successful in identifying and developing new revenue streams.

## Conclusion

The growth of NPR's staff, output and channels used to distribute our content in recent years has allowed NPR to remain relevant in an increasingly digital world. At the same time, financial constraints have prevented us from adding the editorial oversight structure necessary to ensure consistency and balance across our multi-media ecosystem. Support from CPB will allow for an important enhancement to NPR's processes, helping to ensure our work maintains the highest journalistic standards, not just as individual pieces but as a whole. Additional staff will help to enhance internal coordination and collaboration, offer more data and bring more voices and perspectives to inform and guide future decision-making.



Thank you