Message

**From:** Badri Munipalla [BMunipalla@npr.org]
**Sent:** 6/10/2024 12:29:35 PM
**To:** Marta McLellan Ross [MRoss@npr.org]
**Subject:** Rough draft; would love your thoughts

We've begun discussing internally the implications of potentially losing federal funding and the multifaceted issues this scenario presents.

Realistically, if funding were reduced or eliminated, it wouldn't disappear overnight, giving us time to evaluate the ripple effects on stations and public media at large.

Because teasing out the answers to some of the other facets would require understanding the broader impact on the public media ecosystem, since Distribution serves as the distribution infrastructure — the bottle, not the wine.

Listed below are some of the data points that would be beneficial, but currently unavailable, to help shape our approach:

**Data from Stations:**
- Considering the potential discontinuation of FEMA grants and GEAR programs, what would be the cost implications for maintaining transmitter towers and satellite downlinks?
- What is the financial impact of losing Community Service Grants (CSGs) on stations?
- How will stations' ability to afford NPR programming change?

**Data from Producers:**
- What would be the projected revenue loss from programming (in case of NPR membership) fees?
- What is the net effect on advertising revenue?
- Could financial constraints lead to show cancellations?
- Would produce more near-live and pre-recorded content?

**Impact on public media entities like PBS and PRX:**
- How would these organizations be impacted?
- Would PBS stop distributing content?
- Will PRX stop podcast distribution and file distribution?

**Specific questions PRSS should consider deeply:**
- Would we need to compromise on our commitment to affordability, reliability, and availability? (In this case, we should assume that affordability is the key)
- Should PRSS continue operating as a separate P&L from NPR? Would a different model help with cost saving?
- Should we maintain satellite distribution or switch entirely to terrestrial?
- Is retaining the HUB business viable?
- What changes might occur in NOC and Help Desk support? It likely won't remain 24/7.
- If PRX is also impacted, could we regain some pre-recorded file delivery business?
- What role will the PRSS Trust play in this scenario?
- What might be the draw on reserves to support the system during the transition years?
- Eventual what would a sustainable revenue model look like?



NPR0004959

- Given CPB's advocacy for changes in governance and the definition of Interconnection, could NPR Distribution become more dependent on CPB funding in the coming years?
- Is there a scenario where the essential services provided by Distribution survive by virtue of being the last organization providing distribution services?
- Could terrestrial distribution (CD Edge product) gain market share, and if so, how lucrative could this be?

Perhaps, in the short term, a more direct question we can address is: By how much would rates and fees need to increase to compensate for a 40% deficit created by the loss of federal funding, assuming PRSS retains all current services? We have tackled this question before, so updating the numbers and sharing the findings should be straightforward.

Would this level of analysis meet the committee's needs? I would like to get Marta's insights on the likelihood of funding going away before embarking on a much deeper analysis. Please advice.

NPR0004960