Message

**From:** Badri Munipalla [BMunipalla@npr.org]
**Sent:** 6/3/2024 11:53:24 AM
**To:** Chris Nelson [CNelson@npr.org]
**Subject:** FW: Federal funding loss - potential impact
**Attachments:** 2024 - DI Committee - FY25 Fed Funding Revs V2.pptx

Hi Chris,

FYI at this point.

This is the dooms day analysis that MF and Beach have presented to the D/I in the past.

While the analysis checks the "done" box, it is totally impractical - there no way the D/I approves a 75% to 150% rate increase.

As MF suggests, in our next chat with Savage and RC we will share the intel from Marta (no immediate risk to federal funding) and try to understand from them the depth of analysis they are seeking at this time. We will have to dig deeper to sketch out options that are tethered to reality, if this really something they want us to pursue.

We have to think about questions like:
- Does it make sense to keep the HUB business?
- Do we keep Satellite or switch to terrestrial?
- Is there a way to save 1 million of charge back fees to NPR?
- How many years will it be before federal funding completely goes way? I don't think it will happen overnight.
- What will the NOC and Help Desk support look like? I won't be 24/7 for sure
- Distribution RIFs
- Impact of CSGs on stations *and* NPR (90 million membership fees at risk)?
- Will NPR move from Live to near-live to make reduce distribution costs?
- Assuming PRX is also impacted, is there a chance we get some of that pre-recorded file delivery business back?
- What is the role of the Trust and how will they help out in this scenario?
- What will the draw on the reserves be to support the system during the first three years?
- What about the impact on PBS and larger public media? Is there a chance that the essential services Distribution provides somehow survives?
- As we speak CPB is advocating for a change in governance and the definition of interconnection. So there is a real chance that NPR Distribution becomes *more* dependent on CPB funding not less over the next few years. The landscape could be totally different if this happens.
- Will the terrestrial distribution (CD Edge product) gain market share? If so, how lucrative will it be?

I know I am preaching to the choir, but this becomes complicated very quickly depending on the objective. I'd like to avoid tilting at windmills at this point.

Thanks,
Badri

**From:** Maryfran Tyler <MTyler@npr.org>
**Date:** Friday, May 31, 2024 at 2:17 PM
**To:** Badri Munipalla <BMunipalla@npr.org>
**Subject:** Federal funding loss - potential impact



NPR0004941

Hi Badri,

Here's an updated version – for FY 2025 – of the impact of the loss of about $6M in federal funding from CPB. Sophya and her team were helpful in crunching the numbers here.

There are two scenarios:
1.  Station fees would increase to replace the loss of $6 million
2.  Stations and producer fees would be raised to share the burden of the loss of the $6 million

These scenarios do not consider any further impacts of federal funding losses directly to stations, e.g. the CSGs. If that were considered, it is likely that several stations would either cease operations, be absorbed by larger stations, or operate on a more limited basis which may not include PRSS membership.

It's not anticipated that federal funding would be completely eliminated in the coming year (FY 2025). That's been confirmed by Marta Ross.

*Context/why we're doing this now:* At the moment, we're not planning to show these slides at the June 13 D/I Committee session, although I thought it might be helpful for you in case questions arise. We'll have a chance to determine how far this will be pushed next week – once we talk internally to solidify talking points and then when you and I meet with the Committee's chair and vice chair a few days before the meeting. This is part of scenario planning that is often done behind the scenes.

Let me know if you have questions.

Maryfran

**npr** Maryfran Tyler *(she/her)* | Executive Director, Strategy | Direct: 202-680-4392 | 1111 North Capitol St., NE, Washington, DC 20002 | E-mail: mtyler@npr.org
content depot

NPR0004942