Message

| | |
|---|---|
| **From**: | Chris Nelson [CNelson@npr.org] |
| **Sent**: | 9/17/2024 4:44:59 PM |
| **To**: | Katherine Maher [KRMaher@npr.org]; Christopher Turpin [cturpin@npr.org] |
| **CC**: | Nik Khilnani [NKhilnani@npr.org] |
| **Subject**: | Data Request from CPB |

Hi Katherine and Chris (+Nik)

As you know, Deloitte is currently under contract with CPB to develop a strategy and a recommendation for the future of interconnection. Based on recent conversations, it is becoming clear Deloitte is planning to recommend the creation of a "shared services entity," that would potentially handle *all* broadcast infrastructure, *all* digital infrastructure, and potentially back-office infrastructure for NPR and other national organizations.

Increasingly we're being asked to produce and share information that I would consider proprietary, outside the scope of "interconnection," and certainly well beyond areas that CPB grants have ever covered. Examples of the type of data requests Nik and I have received are copied below. They are looking for information about our content strategy, digital strategy, partnerships, costs, contract details, security, vendors, etc.

While a few of these asks are reasonable, most reach far beyond what I would share externally. Katherine, my recommend is that we don't share information beyond our current grant scope with CPB. Appreciating the complexities of our CPB relationship though, I wanted to see if you are comfortable with that approach before I proceed.

Thank you,
Chris

---

Vision / Strategy
- documents related to overall NPR strategy (e.g., organization goals and priorities), including distribution technology strategy plans for digital distribution
- list of in-flight and planned NPR digital distribution technology projects with a high-level description and costs (or SOWs), including the corresponding function and technical point of contact

Process
- overview of content flow including sources, types, formats, and standards related to NPR digital distribution
- documented process flows and/or workflows for various distribution endpoints related to NPR digital distribution

Tech/Data
- system/vendor landscape and/or architecture diagrams for enterprise IT/network systems and applications related to NPR digital distribution
- list and description of, including number of users supported by application
- relevant metadata conventions and standards
- existing content security documentation (e.g., controls, content protection) and internal audit findings, if available
- inventory of infrastructure components, including age and operating system related to NPR digital distribution, as applicable (e.g., servers, workstations, telecom, networking, storage)

NPR0005474

- inventory of hosting/data center environments including location, vendor (if applicable), and standards
- list of digital distribution partners, including length and terms of agreements, by content types
- list and description of technology outsourced services including: enterprise software/hardware vendors & systems, costs (capital, expense, support), and agreement summaries (including SLA - Service Level Agreements - summaries)
- current metrics (i.e. operational KPIs), monitoring, reports, and analytics, if available

People

- organizational charts and reporting structure, including # of resources, resource roles and responsibilities, and contractors

---

**From:** "Cope, Nikki" <ncope@deloitte.com>
**Date:** Monday, September 16, 2024 at 2:12 PM
**To:** Chris Nelson <CNelson@npr.org>
**Cc:** "Gallagher, Nicole" <nicgallagher@deloitte.com>, "Moll, Alex" <almoll@deloitte.com>
**Subject:** Future of Public Media Distro - Data Request

**External Email - Use Caution**

Hi Chris - I hope you had a good weekend. The Deloitte team has been working on gathering a data request for digital radio distribution with Nik Khilnani. He suggested we reach out to you for the items below. Can you let us know if these are items you will be able to provide or who else we might be able to work with to collect them?

**Process**

- overview of content flow including sources, types, formats, and standards related to NPR digital distribution
- documented process flows and/or workflows for various distribution endpoints related to NPR digital distribution

**Tech/Data**

- system/vendor landscape and/or architecture diagrams for enterprise IT/network systems and applications related to NPR digital distribution
- inventory of infrastructure components
- inventory of hosting/data center environments
- list and description of technology outsourced services

Let me know if you have any questions.

Best,

--

**Nikki Cope**
Pronouns: *she/her/hers*
San Francisco, CA

Mobile: +1 (415) 517-7544

**Monitor Deloitte.**

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

NPR0005476