**Message**

**From:** Badri Munipalla [BMunipalla@npr.org]
**Sent:** 10/23/2024 3:39:41 PM
**To:** Katherine Maher [KRMaher@npr.org]; Christopher Turpin [cturpin@npr.org]; Chris Nelson [CNelson@npr.org]; Marta McLellan Ross [MRoss@npr.org]
**Subject:** Re: CPB D/I

In my bi-weekly 1:1 with Kathy Merritt earlier, I asked if the newco idea is a finalized decision. Obviously, I didn't share any of our internal discussions, but she assured me that "the door is wide open" for developing alternative options, which is the main purpose of the upcoming meetings.

The kickoff meeting this week covers the objectives of the Future of Public Media Distribution (FPMD) program and expectations for our role in more detail. The initial schedule is as follows:
- Kickoff meeting (only need to attend one): Thursday, October 24 (1:30-2:30pm ET) or Friday, October 25 (2-3pm ET)

Then there are two initial discussions in what is intended to be a virtual bi-weekly meeting series.
- Discussion #1 (all participants): Thursday, October 31, 1:00-2:00pm ET
- Discussion #2 (all participants): Tuesday, November 5 1:30-2:30pm ET

There is a downside to not participating -- we won't have any representation and will be missing an opportunity to advocate for our stations and our mission. CPB's long standing complaint is NPR and PBS are not open to new ideas.

By boycotting the meeting are we reinforcing this notion?

**From:** Katherine Maher <KRMaher@npr.org>
**Date:** Wednesday, October 23, 2024 at 10:07 AM
**To:** Christopher Turpin <cturpin@npr.org>
**Cc:** Marta McLellan Ross <MRoss@npr.org>, Chris Nelson <CNelson@npr.org>, Badri Munipalla <BMunipalla@npr.org>
**Subject:** Re: CPB D/I

Thanks Chris

Get Outlook for iOS

**From:** Christopher Turpin <cturpin@npr.org>
**Sent:** Wednesday, October 23, 2024 7:28:38 AM
**To:** Katherine Maher <KRMaher@npr.org>
**Cc:** Marta McLellan Ross <MRoss@npr.org>; Chris Nelson <CNelson@npr.org>; Badri Munipalla <BMunipalla@npr.org>
**Subject:** Re: CPB D/I

FYI: Connected with Harry early this morning. He is on vacation for the next week and has been in and out the last couple of weeks apparently. However, he hopes to get a memo elaborating on his thoughts asap, likely by end of day.
More later.
Cheers
Chris
Sent from my iPhone

On Oct 23, 2024, at 4:30 AM, Katherine Maher <KRMaher@npr.org> wrote:



NPR0005094