Message

From: Badri Munipalla [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41DB1BEF6CC54A4BA637029BBCF12484-BADRI MUNIP]
Sent: 4/23/2025 7:54:55 PM
To: Maryfran Tyler [MTyler@npr.org]
Subject: The plan is...to develop a plan

Hello again!

Nelson called and he was thinking the same thing. He would like to see us try. I went over this argument; he is on the same page. He wants us to persuade Savage and R.C tomorrow when we chat, I sent him the invite to our meeting.

**Key assumption:** Based on what the Public Radio Satellite Interconnection System Charitable Trust attorney said "CPB wants a plan by the end of the month." (PRSS staff has not seen the letter from CPB GC)
**Question for D/I:** Should NPR acquiesce? To be clear, PRSS staff understands:
- Everyone involved is totally exhausted, we all have more pressing priorities
- Fully expecting CPB to move the goal post...again

**So, why bother?**
- Our business is not profitable. We do have plan to profitability, it won't happen overnight.
- There is slim (non-zero) chance CPB gives us the money. **And it is a lot of money in this moment $36M**
- **There is a dream scenario -- we get the money and CPB goes away by the action of Congress.**
- This messy fight stays below the visibility line. No need to bring stations into this mess.
- It is our job to see this through. Not fun. It is horrible. But that is the job.

**A last-ditch effort: The plan is to develop a plan.** Yes, this sounds terrible. It is horrible. But truly the broader questions have never been considered. Instead, we are leaping to conclusions.
- Rough framing of the broader question is: Can public radio governance and operations structure be improved to reflect the modern media business and political realities. If so, what are the options for public media/radio? There are obviously many nuances, each requiring careful evaluation. **We cannot and should not assume "an independent PRSS" is *the* answer.**
- The evaluator should also think about the long-term viability of the business and keeping PRSS services "on the air" during the change.
- What will be the financial relationships between public media entities?

We could incentivize CPB by suggesting that:
- PRSS pays for x% of the consulting costs.
- Upon receiving full funding, PRSS will submit a plan within x number of days

We can include a clause for our own protection along the lines of "If we don't hear back from CPB within 30 days after submitting the report, NPR will decide the best course of action."

n p r | Badri Munipalla (he/him) | VP, NPR Distribution| bmunipalla@npr.org | 202.513.2680



EXHIBIT
Munipalla
36
MC   10/20/25

NPR0002804