

May 6, 2025

Patricia Harrison, President & CEO
Corporation for Public Broadcasting
401 Ninth Street, NW
Washington, DC 20004-2129

Katherine Maher, President & CEO
National Public Radio
1111 North Capitol Street, NE
Washington, DC 20002

*Subject: Urgent Call to Preserve the PRSS and Safeguard Our Public Media Infrastructure*

Dear Patricia and Katherine:

As CEO of the National Federation of Community Broadcasters (NFCB), I write with urgency about the future of the Public Radio Satellite System (PRSS)—a critical pillar of our nation's civic infrastructure. Recent efforts to discredit NPR, coupled with proposals to dismantle the Corporation for Public Broadcasting (CPB), pose an existential threat not only to NPR and PBS, but to the entire network of noncommercial educational (NCE) broadcasters.

According to Radio World (April 6, 2025), there are now over 4,600 NCE radio stations—more than double the number from 25 years ago. While NPR members operate approximately 1,000 of these, thousands more serve rural, Tribal, multilingual, and underserved communities. These stations—many within NFCB's membership—depend on PRSS for both reliable content distribution and the transmission of emergency public safety alerts.

We must ensure that PRSS does not become collateral damage in the broader political battles surrounding CPB or NPR. Its dismantling would be catastrophic, especially for smaller stations that lack the infrastructure or financial reserves of larger networks. The potential dissolution of the SoundExchange agreement further exacerbates this risk for community broadcasters nationwide. These issues are critical and require our immediate attention and the central reason why I am writing you both today.

It is with deep respect, and in the spirit of collaboration, that I urge us to move past previous disagreements and come together in support of this foundational system.

NFCB proposes the following path forward:

We are prepared to work in partnership with the Public Radio Satellite Interconnection System Charitable Trust (The Trust) to stabilize PRSS operations. The Trust, as an independent 501(c)(3) entity, is a neutral party dedicated solely to ensuring the continued distribution of public radio programming. It is, in our view, the most appropriate entity to steward PRSS during this moment of instability. While The Trust has not formally agreed to any aspect of this proposal, we have shared our intent to pursue this collaborative effort and will be sharing this letter with them as part of our transparent approach to system-wide coordination.

**I propose a 6-month month staffing arrangement that NFCB can undertake with The Trust to protect PRSS from current political forces. And, during this time, NFCB will create a working group to convene key stakeholders to clarify shared goals to determine how best to move forward.** Within this staffing arrangement with The Trust From June 1 to December 1, 2025, I would dedicate 20 hours per week to The Trust to help manage this transition and build a sustainable strategy, billed at NFCB's standard consulting rate of $150/hour, payable to NFCB. Any additional travel or NFCB staff time would be arranged in agreement with The Trust's board.

NFCB has long provided strategic planning and management support to public media organizations nationwide, including those not affiliated with our membership. Our expertise and capacity are ready to be deployed in defense of PRSS and the communities that depend on it.

My own experience—as former chair of NPR's Membership Committee, a member of its Distribution & Interconnectedness Committee, and former general manager of WSHU—has uniquely prepared me for this moment. The working group will include representatives from Native Public Media, Public Media Company, NPR, AMP, PRX, and The Trust to align on shared goals and determine the most effective long-term governance and operational structure for PRSS.

As I recently wrote, this is ultimately a conversation about the role of public goods in American life. Do we still believe, as a nation, that truth, safety, education, and cultural connection are worthy of collective investment?

Our answer must be YES!

Let us please set aside any past disagreement and act with unity and purpose. NFCB stands ready to help guide and support a path forward. I welcome your thoughts and look forward to working together.

In solidarity and service,

*Anna Rima Dael*

A. Rima Dael
Chief Executive Officer, NFCB
rima@nfcb.org | 917-583-3648
https://nfcb.org