Message

| | |
|---|---|
| From: | GHooley@npr.org [GHooley@npr.org] |
| Sent: | 9/7/2025 3:34:40 PM |
| Subject: | Fwd: <no subject> |

Begin forwarded message:

**From:** Chris Nelson <CNelson@npr.org>
**Date:** September 7, 2025 at 11:17:29 EDT
**To:** Gemma Hooley <GHooley@npr.org>
**Subject: <no subject>**

Good afternoon everyone. For the couple of new faces here, I'm Chris Nelson - Senior vice president of technology operations. And joining me is Badri Munipalla, VP of Distribution - the division that manages and operates the Public Radio Satellite System.

As you remember from Badri's update to you just a few weeks ago, we submitted a comprehensive response to CPB's RFP looking for an entity to Manage and Govern all Public Radio Content Distribution. The RFB <<<<<<<RFP not RFB>>>>>>>>> described a wide scope of services, including broadcast interconnection, emergency alerting, podcast distribution, metadata management, and ad serving technology.

CPB acknowledged receipt of our <<<<<<NPR's not "our">>>>>>> submission but neither they, or their technology consultant Deloitte, have engaged with us about our submission since then. And given that CPB is planning to disperse their interconnection money by the end of this month, it continues to seem likely that CPB will not award their remaining funds to NPR.

We understand that a consortium of other public media entities, led by SRG, PRX, and APM have also applied for this funding. It's important to note that the RFP includes specific requirements - like being a primary entry point for national level emergency alerting - that today, only NPR can fulfill. So we expect that whoever CPB ultimately selects to manage this funding will contract services with NPR Distribution.

Tomorrow, in open session, you will consider approval of the rates and fees for PRSS for FY26 as a seconded resolution from the D/I Committee. After careful deliberation, the committee is proposing a 0% increase in fees for stations to acknowledge the broader financial hardships public radio is facing due to rescission.

That approach, which management supports, combined with the loss of direct federal funding from CPB for PRSS, will require NPR Distribution to use up to $3.1 million dollars from reserves in FY26. Distribution has built up a total of approximately ***$23 million*** dollars in overall reserves. That amount reflects both the excellent financial stewardship of the Distribution division, and a very successful commercial business selling excess satellite capacity. That business has been declining for the last several years, and will continue to.

I also want to underscore the $3.1 million draw down of reserves represents a near worse-case scenario, as it assumes zero dollars of federal funding.  It is reasonable to expect that whichever entity is awarded money from CPB will provide some level of financial support to PRSS, but given the uncertainty of that situation we have not elected to assume $0 for the FY26 budget for now.

We will also be closely monitoring the health of stations overall, as data suggests smaller rural stations are particularly at risk of shutting down.  Our smallest tier of stations pay $X annually in interconnection fees, and the D/I Committee expects to also evaluate a number of hardship waiver requests, a process which could result in a 50% reduction in fees for approved stations.

Given the mission critical role that PRSS plays in public media, we're focused on 2 things right now.
1.	Maintaining our excellent system performance
2.	and evolving the system to significantly lower costs while adding new functionality for both producers and stations

A major component of that work is to transition off of expensive C-band satellite technology, and move to a flexible IP based future.  Badri and his team have made excellent progress towards this goal, and he's going to share a brief update on what is next.

<image001.jpg>
 | Chris Nelson (he/him) | SVP, Technology Operations | cnelson@npr.org | 202.513.2587