Message

| | |
|---|---|
| **From:** | Daphne Kwon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=701B25B82A8446A2B260FF2BECBCB643-9260A973-CD] |
| **Sent:** | 6/12/2025 5:19:17 PM |
| **To:** | Lis Lang [ELang@npr.org] |
| **Subject:** | RE: Reserve stack |

GREAT answer. Thanks.

**From:** Lis Lang <ELang@npr.org>
**Sent:** Thursday, June 12, 2025 12:58 PM
**To:** Daphne Kwon <DKwon@npr.org>
**Subject:** RE: Reserve stack

I'd need more information to answer well; and the timing matters.

I'll draw up some scenarios and questions to help frame this, but for now/immediate answer, the amount I'd say is about equal to the LT Reserve because we haven't had to use that money:

5/31/25 LT Reserve
RegOps $33.7 mil.
DI/PRSS $15.4 mil.
          $49.0 mil.

Kind regards,
Lis

**From:** Daphne Kwon <DKwon@npr.org>
**Sent:** Thursday, June 12, 2025 12:49 PM
**To:** Lis Lang <ELang@npr.org>
**Subject:** Reserve stack

How much money do you think is available to us from the cash stack to offset drop in revenue.  So how much do we need to operate vs how much we have.


Daphne Kwon | Chief Financial Officer | cell 917.860.6407