**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al*.<br><br>    Defendants. | Case No. 25-cv-1674 |

**DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S**
**EXHIBITS TO EXHIBIT C - DECLARATION OF KATHY MERRITT IN**
**SUPPORT OF STATEMENT OF FACTS**

| Exhibit | Description |
|---|---|
| A. | Deloitte September 30, 2024 Future of Public Media Distribution Interconnection Committee and CPB Board Update, Bates October 8, 2024 – Executive Session Minutes, Bates CPB_0389662 |
| B. | October 8, 2024 – Executive Session Minutes, Bates CPB_0389662 |
| C. | November 19-20 2024 Executive Session Minutes, Bates CPB_0389643 |
| D. | June 14, 2021 Diversified PRSS Interconnection System Phase II Budget Proposal Report, Bates CPB_0389527 |
| E. | June 22, 2021 PB Board Meeting, Bates CPB_0389875 |
| F. | February 9, 2022 Diversified Assessment of Public Medias Interconnections Systems Final Report Based on NPR Proposal, Bates CPB_0193450 |
| G. | May 28, 2024 Grove Proposal Email, Bates CPB_0126457 |
| H. | June 10, 2024 Jacobs Email to NPR Staff to Identify The Gaps CPB Identified in NPR's Phase II Proposal, Bates CPB_0126301 |
| I. | November 13, 2024 Email re Grove Phase 2 Meeting, Bates CPB_0126453 |

| Exhibit | Description |
|---|---|
| J. | March 31, 2025 Email from B. Jacobs to Colleagues Explaining Issues with NPR, Bates CPB_0126298 |
| K. | April 1-2, 2025 Executive Session Board Minutes, Bates CPB_0389640 |
| L. | April 2, 2025 Board of Directors Resolution, Bates CPB_0367232 |
| M. | April 4, 2025 Board of Directors Amended Resolution, Bates CPB_0106552 |
| N. | April 7, 2025 Board of Directors Amended Resolution, Bates CPB_0106554 |
| O. | April 9 2025 Board of Directors Resolution, Bates CPB_0110656 |
| P. | April 21, 2025 Evan Slavitt New Structure of Radio Interconnection Letter to NPR's General Counsel, Bates CPB_0096603 |
| Q. | April 30, 2025 Kathy Merritt Letter to the Chairwoman of NPR's Board of Directors, Bates CPB_0110941 |
| R. | May 1, 2025 President Trump's Executive Order Entitled Ending Taxpayer Subsidization Of Biased Media |
| S. | May 2, 2025 CPB Statement Regarding the President's Executive Order |
| T. | May 9, 2025 CPB Letter to Stakeholders, Bates CPB_0304041 |
| U. | July 11, 2025 Letter from Kathy Merritt to the Public Media Stakeholders, Bates CPB_0111938 |
| V. | August 15, 2025 NPR Submission, Bates CPB_0078348 |
| W. | PMI Submission with Excel Spreadsheet, CPB_0078397 |
| X. | Deloitte September 12, 2025 Report, Bates CPB_0389589 |