# **EXHIBIT A**



# Deloitte.

 Corporation for Public Broadcasting

## Future of Public Media Distribution Interconnection Committee and CPB Board Update

October 1 and 7-8, 2024

1

## Executive Summary

**Context**
In June, the CPB Board directed the team to explore design options for an **integrated distribution approach for broadcast and digital.** CPB engaged Deloitte to accomplish two objectives: 1) drive the **conceptual design and plan** to serve as a starting point to engage ecosystem partners (e.g., NPR, PBS) in the development of detailed design and implementation plans for the Future of Public Media Distribution; and 2) leverage this strategy and conceptual design to inform future allocation of Interconnection funding to further develop and implement the plan. We found that stakeholders across public media tended to agree with the need for transformation, but expressed valid skepticism for achieving success based on competing priorities, cultural norms, and prior transformation experience.

**Approach**
A **multi-year transformation** is required to enable an integrated vision across broadcast and digital (i.e. Future of Public Media Distribution (FPMD)). To inform the initial conceptual design phase, Deloitte **interviewed 50+ stakeholders,** representing diverse perspectives across public media. To make recommendations, the team developed and evaluated various future conceptual design options against potential risks and a set of **guiding principles**: enable **FLEXIBILITY** to meet evolving content distribution needs and serve the American public; optimize **EFFICIENCY** of end-to-end workflows to distribution endpoints across content types; and expand **ACCESS AND RESILIENCE** of the overall system, while maintaining continuity of service.

**Recommendations**
Deloitte's recommendation is to use these proposed options for the FPMD conceptual design as the starting point for CPB to drive more detailed design in collaboration with the public media ecosystem over the next 18-24 months.
1. **Establish a platform to unify services** for audio and video distribution to broadcast and digital endpoints. Organizations across public media will access what they need via a simple interface or 'storefront' that integrates fragmented systems on the back end. This option uses a modular design for each service so public media can select the optimal systems for each capability and swap them out, as needed. This system design provides greater flexibility and cost efficiency as duplicative systems are deprecated over time. Building a new services platform introduces risk, but existing systems such as ContentDepot, sIX, and digital distribution systems should be used as a starting point to accelerate build of the services platform and spread out the required investment over a longer time horizon.
2. **Create a new distribution entity** (referred to as 'NewCo') that operates shared services for distribution independently from existing public media organizations as a non-profit. Establishing a new entity governed by a Board, with representation from across public media (e.g., CPB, NPR, PBS, station groups), helps serve the needs of the entire system, while consolidating capabilities, governance, and spend over time. The transition of existing distribution services into the new entity introduces risk, but enables public media to realize the greatest technical, operational, and financial upside of a model that unifies services.

**Next Steps**
Next steps will focus on continuing to refine the conceptual design recommendations in preparation for the **November CPB Board meeting**. The team will engage a representative group of FPMD stakeholders and NPR and PBS executives to garner support for FPMD transformation and refine the conceptual design. Teeing up ongoing engagement with public media stakeholders is critical for success. Involving ecosystem partners in detailed design creates opportunities to address underlying concerns, while defining a solution that provides clear benefits for stakeholder organizations and drives adoption of the future state.

This document was created for the benefit of the Corporation for Public Broadcasting, and Deloitte Consulting LLP shall have no liability to any third party in connection with its use.   |   2

2