# **<u>EXHIBIT B</u>**

**MINUTES**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Monday, October 7, - Tuesday, October 8, 2024**

**<u>Call to Order</u>**

Vice Chair Calvert called to order the executive session of the Board of Directors at 11:24 am Eastern Time on Monday, October 7, 2024. The following directors participated:

Ruby Calvert, Acting Chair;
Miriam Hellreich;
Kathy Im *(virtual)*;
Diane Kaplan;
Bruce M. Ramer *(virtual)*;
Laura Ross *(virtual)*;
Tom Rothman *(virtual)*; and
Liz Sembler.

The following officers and staff participated:

Patricia Harrison, President and Chief Executive Officer;
Michael Levy, Executive Vice President and Chief Operating Officer;
Teresa Safon, Senior Vice President, Chief of Staff and Corporate Secretary;
Evan Slavitt; Senior Vice President, General Counsel;
Anne Brachman, Senior Vice President, External Affairs;
Stacey Decker, Senior Vice President, Innovation and System Strategies;
Kathy Merritt, Senior Vice President, Radio, Journalism and CSG Services;
Deb Sanchez, Senior Vice President, Educational Media and Learning Experiences;
Kathryn Washington, Senior Vice President, Television Content;
Kimberly Howell, Inspector General;
Kate Arno, Vice President, Community Service Grants and Station Initiatives;
Sarah Bean, Vice President, Education Content and Innovation;
Deborah Carr, Vice President, Operations and Strategy;
Brendan Daly, Vice President, External Affairs and Communications;
Michael Fragale, Vice President and General Manager, Education Content and Strategy;
Beth Jacobs, Vice President, Digital Strategy and Innovation;
Joy Lin, Vice President, Journalism;
Cheraine Stanford; Vice President, Television Content Strategy;
Nick Stromann, Acting Chief Financial Officer, Vice President and Controller;
Beth Walsh, Vice President, System Strategies;
Jacquie Gales Webb, Vice President, Radio; and
Katherine Donohue, Board Affairs Manager.

The following guests were also in attendance:

John Footen, Managing Director, Media & Entertainment, Deloitte Consulting; and Nicole Gallager, Principal, Media & Entertainment, Deloitte Consulting.

**Approval of Minutes**

Vice Chair Calvert called for a motion to approve the minutes of the executive session of the June 6, 2024, meeting. Upon motion duly made and seconded, the minutes were unanimously approved as presented.

**Discussion with Counsel**

Vice Chair Calvert noted the range of issues that come before CPB and the Board and stated that time will be reserved at each meeting for a confidential check-in with counsel to provide board members an opportunity to raise concerns or questions. Discussion ensued regarding communications with Congress and the reporting process for receiving gifts.

**Committee Chair Report – Interconnection Committee**

Vice Chair Calvert welcomed John Footen, Managing Director, and Nicole Gallagher, Principal, from the Media & Entertainment team at Deloitte Consulting (Deloitte). Vice Chair Calvert reported, as chair of the Interconnection Committee, that the committee met on October 1, 2024, and received an update from Deloitte on interconnection design options and recommendations and areas of agreement and concern.

**Update on Interconnection**

Mr. Levy reported on CPB's work with Deloitte since the June meeting. Mr. Footen reported on discussions with public media leaders, noting that there is widespread agreement on the need for change. Ms. Gallagher reported on factors that informed Deloitte's work, including consumer and technology trends, how public media can shift towards digital, and how media distribution systems for audio and video are converging.

Ms. Gallagher reported on the primary principles around driving efficiency as well as the benefits for each public media entity. Deloitte developed seven options and chose the two most feasible to present to the board. The first is to create a common shared services platform that provides distribution services to the system from one core technology platform. The second option uses PRSS as the starting point. Deloitte believes the first of the two options to be the better one. The next step is to build support and get feedback on the design. The proposed design involves using the existing technology initially and converging over time. Mr. Footen reported that the design envisions an independent entity to run the distribution services with a mission and governance structure that meets the needs of all parties.

Mr. Levy noted that the current distribution systems have been in place for 40 years. The proposed design would be transformational, require time, and the governance structure would be the main challenge. There will be a period of time when the new and old systems will have to run simultaneously, which will be costly. PBS management has expressed concerns about what would happen to this endeavor should federal funding be threatened. CPB has been in communication with NPR staff, PRSS staff, and NPR board members and Mr. Footen is scheduled to meet with NPR's President and CEO on October 28.

Discussion ensued about the design option, the independent governance entity, and ensuring commitment to project by all involved parties. Mr. Footen reported that the immediate next steps include continuing to brief stakeholders and obtain feedback.

CPB_0389663

*The meeting adjourned for lunch at 12:12 pm ET and resumed at 1:16 pm ET.*
*Tom Rothman joined the meeting at 1:19 pm ET.*

**FY 2025 – 2027 Business Plan**

Mr. Levy reported on the FY 2025 – FY 2027 Business Plan, providing an overview of how CPB management creates the three-year strategic business plan. The plan is guided by the Goals and Objectives which focus on the strategic priorities of securing the federal appropriation, sustaining the public media system, increasing innovation and inclusion, and increasing the use of content and services. CPB management develops the plan based on these priorities, board meeting discussions, and factoring in the media and technology landscape and public media and audience needs. The business plan, while subject to change due to a range of factors from limited funding to emergency relief projects, proposes over 80 initiatives and projects.

Vice Chair Calvert commended staff for their contributions to the business plan.

Mr. Tayman provided an overview of financial statements. Discussion ensued regarding projections for interest income. Mr. Tayman noted that the federal government is currently operating under a Continuing Resolution (CR). Due to the advance appropriation, CPB receives 100% of its appropriation at the start of the fiscal year even under a CR, whereas government agencies only receive a fraction of their funds for the year. However, since CPB distributes 70% of the CSG payments in November, the interest income generated from investments is smaller than one might expect.

Mr. Rothman noted proposed funding for Sesame Street. Ms. Sanchez reported on Sesame Workshop's five-year deal with HBO Max which provided Sesame Workshop with funding for their full production, while allowing a window for episodes to air on PBS as well. The deal ended and Sesame Workshop is seeking funding from other sources. PBS Kids and Sesame Workshop are in discussions about future seasons of the series, with possible support from PBS and CPB. Messrs. Rothman and Ramer requested to be kept informed about the details of CPB's negotiations with Sesame Workshop.

Ms. Sembler asked about the Lifelong Learning Initiative. Ms. Sanchez reported that CPB has been exploring different models for curating and tagging resources that will make the content more accessible long term. Discussion ensued about various projects listed in the business plan and discussion of how AI might affect them.

Ms. Kaplan noted the lack of new national radio programs and suggested that a CPB radio program fund be reinstated to stimulate creating thinking in the radio system for new programming ideas. Prairie Home Companion, for example, began as a local program. Ms. Merritt provided an overview of the evolution of CPB's radio funding priorities, noting that the previous radio program fund was discontinued in 2008 when local newspapers were in steep decline, stations sought to meet the information needs of communities, and the Board directed CPB to prioritize helping stations develop more in local journalism. CPB's strategy focused on building journalism capacity at stations, resulting in public media local and regional journalism collaborations. Ms. Kaplan expressed support for that strategy but asked, if there was interest from the Board and management, for CPB to explore the concept of soliciting proposals for new programs as a way to expand audiences, reach new demographics, and promote creativity, possibly through funding a small test process, and report back at a future meeting. Mr. Levy said that CPB management will look into this suggestion and report back to the Board.

4

Vice Chair Calvert called for a motion to approve the FY 2025-2027 business plan. Upon motion duly made and seconded, the resolution was approved unanimously.

*The meeting adjourned for the day at 2:58 pm ET.*

## Executive Session

Executive session resumed at 9:41 am Eastern Time on Tuesday, October 8.

## Personnel Matters

Ms. Harrison reported that following an extensive search for a highly qualified candidate for the position of chief financial officer, she and the executive team recommend Mr. Daryl Mintz for the position. The Board's meeting materials provide information about Mr. Mintz's qualifications, experience and credentials.

*Mr. Mintz joined the meeting.*
*The interview ended at 10:30 am and Mr. Mintz exited the meeting.*

Following a post-interview discussion, Vice Chair Calvert called for a motion to pass the resolution authorizing management to proceed with hiring Mr. Mintz. Upon motion duly made and seconded, the resolution was adopted (*7 in favor, 1 absent*).

## Future Agenda Items

Vice Chair Calvert invited discussion of future agenda items. Ms. Kaplan thanked CPB management for their report on public media programs for Spanish-speaking audiences. Since the primary language at home of 40 million Americans is Spanish, could CPB explore ways to provide additional support to stations serving Spanish language audiences, as CPB does for Native stations and the NMCA. Mr. Slavitt advised that given the nature of this topic, any additional discussion should be in public session. Chair Calvert stated Ms. Kaplan's request is noted.

Ms. Kaplan noted that in initial discussions about Press Forward, there was not an interest in providing direct support for Press Forward but could CPB explore how to give some leverage to public radio stations competing for awards from Press Forward. Ms. Im shared information about Press Forward's recent grant round, noting six public media stations were expected to receive grants. These grants were unrestricted general operating grants for small budget stations to promote sustainability. Ms. Im suggested possible options for supporting public media in taking advantage of the grant opportunity, such as raising awareness among public media stations about the grant program or serving as reviewers to gain insights on how the proposal selection process works.

Ms. Merritt reported on the Press Forward public media working group in which she and Ms. Lin participate, noting that it has been informative and Press Forward is also learning about public media. CPB welcomes opportunities to work with other funders to leverage CPB funds when appropriate, if the collaboration is in alignment with the Public Broadcasting Act, CPB Board priorities, and principles of editorial integrity. CPB can continue to see how Press Forward's work proceeds and where there may be opportunities to work with them. Ms. Harrison noted that organizations like More Perfect and Press Forward are all bringing something to the table. They follow complementary paths already and have a multiplier effect. If an opportunity for crossover surfaces, it can be explored.

Vice Chair Calvert stated the discussion will continue at the November board meeting.

*Public session resumed at 10:30 am Eastern Time.*

*The meeting adjourned in public session.*

CONFIDENTIAL