# **EXHIBIT C**

**MINUTES**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Tuesday, November 19 - Wednesday, November 20, 2024**

**Call to Order**

Chair Calvert called to order the executive session of the Board of Directors at 10:16 am Eastern Time on Tuesday, November 19, 2024. The following directors participated:

- Ruby Calvert, Chair;
- Laura Ross, Vice Chair;
- Miriam Hellreich;
- Kathy Im;
- Diane Kaplan;
- Bruce M. Ramer *(virtual)*;
- Tom Rothman *(virtual)*; and
- Liz Sembler.

The following officers and staff participated:

- Patricia Harrison, President and Chief Executive Officer;
- Michael Levy, Executive Vice President and Chief Operating Officer;
- Daryl Mintz, Chief Financial Officer and Treasurer;
- Teresa Safon, Senior Vice President, Chief of Staff and Corporate Secretary; and
- Evan Slavitt; Senior Vice President, General Counsel.

Also attending:

- Bill Tayman, Consultant;
- Peter Kennedy, Principal, PRM Consulting Group; and
- Andrew Weir, Senior Compensation Expert from PRM Consulting Group.

**Approval of Minutes**

Chair Calvert called for a motion to approve the minutes of the executive session of the October 7-8, 2024, meeting. Upon motion duly made and seconded, the minutes were unanimously approved as presented.

**Personnel and Compensation Matters**

**Report on CPB's Compensation Program**

Mr. Tayman reported on CPB's performance review system and the goal of CPB's compensation policy, which is to foster organizational stability, attract and retain talent, and recognize high performing employees through compensation and benefits to the extent possible within the confines of the Public Broadcasting Act. PRM's annual Executive Compensation Review, which provides market analysis on base salaries and total cash compensation, also

informs CPB's compensation awards for senior staff. The funds for performance awards will be drawn from the FY 2024 budget – the fiscal year in which the awards were earned – whereas salary costs are expensed when paid. Merit increases and performance awards will be reflected in the first paycheck employees receive in January 2025.

**Evaluation and Compensation of the Inspector General**

Chair Calvert noted that the Board's meeting materials contain the evaluation of the Inspector General as presented by the Audit and Finance Committee; a compensation recommendation as presented by both the Audit and Finance and the Executive Compensation Committees; and a worksheet with information about the compensation history for the IG.

*Resolution re Compensation for the Inspector General*

Following discussion, upon motion duly made and seconded, the Board increased the annual salary of the IG to $234,810, in compliance with the Inspector General Reform Act of 2008, effective the first paycheck of January 2025, and commending her overall performance. The Board also delegated responsibility to the Board Chair or Audit and Finance Committee Chair to communicate to the Inspector General the Board's performance evaluation and compensation decision.

**Resolution re Officer Service on Outside Boards**

Upon motion duly made and seconded, the resolution regarding officer service on outside boards was unanimously approved.

**President's Remarks and Compensation Recommendation for Senior Officers**

Chair Calvert excused senior officers from the meeting and noted that in Ms. Safon's absence, Mr. Tayman would serve as Secretary.

*[Senior officers exited the meeting except for Ms. Harrison.*
*Messers. Tayman, Kennedy and Weir remained in the meeting.]*

Ms. Harrison reviewed the achievements of COO and Executive Vice President Michael Levy, SVP and General Counsel Evan Slavitt, and Corporate Secretary and Chief of Staff Teresa Safon. Ms. Harrison reported on her recommendations for salary increases and performance awards for the senior officers, noting salary cap restraints, and thanked the Board for its support and consideration of these recommendations.

*Resolution re Compensation for Senior Officers*

Upon motion duly made and seconded, the resolution on compensation for senior officers was unanimously approved.

*[Ms. Harrison exited the meeting.]*

**Evaluation and Compensation for the President**

Chair Calvert reported that Ms. Harrison provided her FY 2024 performance report to the Board and Mr. Kennedy worked with the Board to compile individual board member assessments

3

on Ms. Harrison's performance into an evaluation. The compilation is included in the Board's meeting materials.

Mr. Kennedy summarized the Board's assessment of Ms. Harrison's performance. The Board discussed the compensation worksheet and the Executive Compensation Committee's recommendation for the CEO's compensation and performance award.

<u>*Resolution re Compensation for the President and CEO*</u>

Upon motion duly made and seconded, the resolution regarding compensation for the president and CEO as recommended by the Executive Compensation Committee was unanimously approved.

*At 12:10 pm ET, Chair Calvert called for a break.*
*The meeting resumed in public session.*
*The minutes for these discussions are contained in the*
*public session record of November 19, 2024.*

**Executive Session Resumes**

Executive session resumed at 3:32 pm ET on November 19, 2024.

The following staff also attended:

>Anne Brachman, Senior Vice President, External Affairs;
>Kathy Merritt, Senior Vice President, Radio, Journalism and CSG Services;
>Deb Sanchez, Senior Vice President, Educational Media and Learning Experiences;
>Kathryn Washington, Senior Vice President, Television Content;
>Stephen Wolfe, Chief Technology Officer and Senior Vice President, Information Technology;
>Kimberly Howell, Inspector General;
>Kate Arno, Vice President, Community Service Grants and Station Initiatives;
>Sarah Bean, Vice President, Education Content and Innovation;
>Deborah Carr, Vice President, Operations and Strategy;
>Brendan Daly, Vice President, External Affairs and Communications;
>Michael Fragale, Vice President and General Manager, Education Content and Strategy;
>Beth Jacobs, Vice President, Digital Strategy and Innovation;
>Joy Lin, Vice President, Journalism;
>Cheraine Stanford; Vice President, Television Content Strategy;
>Beth Walsh, Vice President, System Strategies;
>Jacquie Gales Webb, Vice President, Radio; and
>Katherine Donohue, Board Affairs Manager.

The following guests were also in attendance:

>Pater Kennedy, Principal, PRM Consulting Group *(Day 1)*;
>Andrew Weir, Senior Compensation Expert, PRM Consulting Group *(Day 1)*;
>Bill Tayman, consultant *(Day 1);*
>John Footen, Managing Director, Media & Entertainment, Deloitte Consulting *(Day 1);*

Nicole Gallager, Principal, Media & Entertainment, Deloitte Consulting *(Day 1)*; and Scott Nourse, Senior Vice President, Product and Innovation, PBS *(Day 2)*.

**Update on Interconnection**

Mr. Levy provided background information on the state of the interconnection system and the efforts that have been made to try to achieve convergence. CPB presented their plan for a combined interconnection system to NPR and PBS, who expressed concerns and rejected the plan. Chair Calvert and Ms. Harrison met with PBS Board Chair Larry Irving, who expressed interest in the plan. CPB management has requested that NPR and PBS present a plan that they believe to be realistic and achievable.

Mr. Levy recommended inviting PBS and NPR to report to the CPB Board's Interconnection Committee. Discussion ensued about tactics for incentivizing forward movement and providing a written plan by spring 2025.



Ms. Sembler asked about expectations for efficiencies as a result of moving Interconnection funding from a ten-year cycle to a shorter-term cycle. Ms. Brachman responded that the shorter-term grants allow more rapid adjustments in response to advances in technology, which helps CPB when accounting for Interconnection investments to Congress. CPB provides updates to congressional staff on how CPB applies Interconnection funding and they expect to receive the Deloitte report.

Discussion ensued about furthering progress without affecting service to stations. Chair Calvert suggested a joint meeting of CPB, NPR, and PBS's Interconnection teams. Mr. Levy proposed that CPB post a Request for Proposals for new content distribution to increase competition. Ms. Sembler expressed concern that disagreement among the organizations could jeopardize future Interconnection funding. Mr. Footen noted that public media's lack of progress is not due to technology reasons, and unlike the national organizations, the public media stations groups that Deloitte contacted were in favor of convergence. Ms. Harrison said that she would contact the leaders of PBS and NPR and report on the Board's dissatisfaction. CPB will also research about convening a committee or board meeting to hear from PBS and NPR.

*[Mr. Footen and Ms. Gallagher exited the meeting at 4:44 pm ET]*

**Discussion with General Counsel**

Discussion ensued about CPB's involvement with Press Forward. Vice Chair Ross made a motion to table the discussion on Press Forward for 18 months due to the increased scrutiny facing public media. The motion was seconded and adopted. *(4 in favor, 3 against, 1 abstention)*

Ms. Brachman then reported on the political landscape and its effects on CPB's appropriation, as well as the status of the nominees to the CPB Board.

*Mr. Rothman exited the meeting at 5:06 pm ET.*

*The meeting adjourned for the day at 5:11 pm ET.*

**Executive Session Resumes**

Executive session resumed at 10:02 am ET on Wednesday, November 20.

**Digital Infrastructure – Single Sign On Grant (PBS)**

Ms. Jacobs, vice president, Digital Strategy and Innovation, and Scott Nourse, senior vice president, Product and Innovation, PBS, provided an overview of the Single Sign On (SSO) project. This user registration and authentication service allows digital audiences to use one set of sign-in credentials to access multiple public media websites, apps, and services from PBS, NPR, member and non-member public media stations, and third-party content providers. It eliminates the need for stations to use their resources on technology expenses, minimizes points of entry, increasing overall system security, helps public media better understand its audiences' preferences, and helps stations build stronger relationships with their audience. By implementing SSO in their websites, stations can convert unknown visitors into known visitors. Since February, when the service was made available to all public media entities, 35 stations have started to implement SSO on their websites, with nine stations having launched it on their website.

The SSO service was developed by PBS and NPR, using a customer identity management platform licensed by Akamai. Akamai informed PBS that it will be discontinuing the development and support for its customer identity management platform in mid-2025. To support the transition to a new vendor, PBS is seeking a grant to cover the costs of continuing the SSO service for a period of 18 months and to support the planning, negotiating, licensing, development, and migration of SSO to a new vendor's platform. The proposed 18-month grant, supported by Interconnection funds, includes costs to continue to provide maintenance and support of SSO on both Akamai and the new vendor's platform during the migration period.

Mr. Nourse shared PBS's plans to migrate the SSO service from its current vendor partner to a new one during the next year to ensure continuity of service, and their plan to communicate with and support stations during the migration.

Mses. Ross and Sembler expressed concerns about the new vendor also discontinuing supporting the platform. Mr. Nourse replied that Akamai's decision was a surprise, and while it could happen again with a future vendor, it is not common. Chair Calvert asked about the station adoption rate and how many radio stations have adopted the service thus far. Ms. Jacobs reported that 44 stations are either live or have begun to implement SSO; of those, 22 are joint licensees, four are radio stations, and 18 are TV stations. PBS intentionally has implemented SSO in small cohorts to ensure a smooth process.

Discussion ensued regarding which public media entities control the data provided by audience members through SSO. Mr. Nourse reported that the local station manages individuals' data. Ms. Kaplan asked how non-NPR stations benefit from the SSO service. Mr. Nourse responded that any station can implement SSO on their website, which is a benefit to small stations in particular as they cannot afford to develop such a platform on their own.

6

*Mr. Nourse left the meeting at 10:41am ET.*

*Resolution*

Chair Calvert called for a motion to authorize CPB management to enter into negotiations with PBS for an 18-month agreement for an amount up to $3,915,648 to support the ongoing availability of SSO for stations and its use in PBS and NPR digital products and the costs associated with the needed vendor platform transition. Upon motion duly made and seconded, the resolution was adopted. *(5 in favor, 3 absent)*

**National Federation of Community Broadcasters (NFCB) – Audience Counts Initiative Grant**

Ms. Merritt reported on NFCB, an organization that supports small and rural stations through education, advocacy, mentoring and training. The Audience Counts Initiative supports training to help stations adapt to the shifting media environment, specifically to map their communities to help them understand how to better serve their audience, build skills in board governance and volunteer management, and better equip the stations for change. The training would only be available to the 55 member stations who receive CSGs.

*Resolution*

Following discussion, Chair Calvert called for a motion to authorize CPB management to negotiate and enter into an agreement with NFCB for an amount not to exceed $236,505 over 15 months to support its Audience Counts Initiative. Upon motion duly made and seconded, the resolution was adopted. *(5 in favor, 3 absent)*

**Future Agenda Items**

Chair Calvert invited board members to share suggestions for future agenda items, noting that she, Ms. Ross, or Ms. Safon could also be contacted with suggestions after the board meeting. Ms. Safon reported that another round of Next Generation Warning System resolutions will be circulated for written consent in the coming weeks.

**Adjournment**

The meeting adjourned at 10:55 am Eastern Time.

CONFIDENTIAL
CPB_0389648