# **EXHIBIT D**



PRSS INTERCONNECTION SYSTEMS PHASE II BUDGET PROPOSAL — REPORT

June 14, 2021

Emerging Technology & Solutions

**Corporation for Public Broadcasting**



Washington, DC

June 14, 2021

CONFIDENTIAL

## Table of Contents

**Executive Summary** ........................................................................................................ 3

**1   Financial Analysis** ....................................................................................................... 7

   1.1   PRSS Interconnection System Project Budget Phase II ........................................ 7

   1.2   PRSS Interconnection System Project Budget Phase II versus 2017 Project Plan ..... 8

   1.3   10 Year Budget Plan Projected Totals ................................................................ 9

   1.4   Salaries, Benefits, and Occupancy ..................................................................... 9

   1.5   Capital Projects ............................................................................................... 11

   1.6   Satellite Expenses ........................................................................................... 11

**2   Analysis of Capital Projects** ....................................................................................... 15

   2.1   Cisco Switches ($2.687 million) ........................................................................ 15

   2.2   Virtual Servers ($1.805 million) ........................................................................ 17

   2.3   Multicast Receiver Software ($255,000) ............................................................ 18

   2.4   Vaadin ($200,000) ........................................................................................... 18

   2.5   GatesAir ($130,000) ......................................................................................... 19

   2.6   Intrusion Protection System ($120,000) ............................................................ 19

   2.7   Splunk Software ($65,000) ............................................................................... 19

   2.8   Windows 10 ($45,000) ..................................................................................... 19

   2.9   Glowlink ($10,000) .......................................................................................... 20

**3   Analysis of In-House Projects (Priorities)** .................................................................. 22

   3.1   Satellite Distribution ....................................................................................... 22

   3.2   Existing Non-Satellite Delivery Upgrade ............................................................ 24

   3.3   Enhanced Broadcast Services ........................................................................... 25

   3.4   Receiver Localization ....................................................................................... 25

   3.5   Customer Self Service ...................................................................................... 26

   3.6   Automatic Content Ingest ................................................................................ 26

   3.7   Disaster Recovery Streaming ............................................................................ 26

   3.8   Customer Account Portal .................................................................................. 27

   3.9   Architectural Improvements ............................................................................. 27

   3.10 Spot Insertion ................................................................................................. 27

   3.11 Automated Program Data Retrieval ................................................................... 28

   3.12 Improved Metadata Distribution via Content Depot ........................................... 28

   3.13 Continuing Education and Training .................................................................... 29

   3.14 Hardware Virtualization ................................................................................... 29

   3.15 Future Distribution Pathways............................................................................ 30

**4   Analysis of Financial Format Changes** ....................................................................... 33

**Glossaries** ..................................................................................................................... 41

CONFIDENTIAL                                                                                                    CPB_0389528

## Executive Summary

CPB engaged Diversified to conduct an assessment of the Public Radio Satellite System (PRSS) Interconnection System Request for Federal Interconnection Funding Phase II Proposal submitted by NPR. Diversified compared this budget request with the budget projections submitted in the 2017 "10-year Project Plan."

The PRSS Phase II Proposal is seeking $18.5 million to support the PRSS Interconnection Project for fiscal years 2022, 2023, and 2024. This request exceeds the $12.07 million projection in the 2017 PRSS 10-year Project Plan by $6.469 million (54%) with the overages confined to two (2) primary areas of the budget. NPR is requesting an additional $5.12 million in new capital spending and an additional $1.38 million for salaries and benefits beyond what was anticipated in the 2017 budget projections.

NPR has also changed the format of the budget proposal which includes significantly less information than was provided for Phase I. This reduction of shared information has had some degree of impact on our ability to analyze the proposed plan. In contrast, the PBS budget submissions reviewed by Diversified contained significantly more detail than NPR has provided even for Phase I. Diversified is recommending that the budget formats presented by NPR and PBS be standardized.

Diversified conducted a review of the submitted capital budget plan and, in our opinion, there are two components to the requested capital spending. There is capital spending requested to purchase equipment necessary to sustain the current level of operations for PRSS, and there is capital spending requested for new equipment to support the addition of new services proposed for PRSS. The equipment necessary to sustain the current level of operations for PRSS will need to be purchased sometime within the next five (5) years, assuming no changes in the services provided by PRSS. If however, NPR follows Diversified's recommendations regarding outsourcing file-based distribution and reevaluating the remaining ContentDepot application, at least some of this proposed capital spending should be permanently eliminated. If NPR follows our recommendations, there would also be significant savings in staffing and benefits resulting from a reduction in required support for ContentDepot and a reduction of in-house development projects required. The requested equipment to support the addition of new services proposed for PRSS is completely optional as are the new services NPR has proposed for PRSS. Unfortunately, no details have been provided in the Phase II budget submission that would allow us to determine how most of this requested equipment is to be utilized.

It is Diversified's opinion that, if constraining the budget is required, most of the proposed capital spending presented within this document could be delayed until 2025 or later without any significant negative impact on PRSS operations.

Diversified has also reviewed the internal projects NPR has listed as priorities for the in house development team. With the exception of extending the current contract for satellite bandwidth, Diversified does not believe any of the projects listed are critical to PRSS operations. While these are projects that are planned to be accomplished with the existing PRSS staff, employees are routinely reassigned from NPR to augment the PRSS staff for these projects. Delaying or canceling some of these projects should result in lower average staffing counts for PRSS thus providing a savings in the total amount of salaries and benefits paid by PRSS.

Diversified was requested to look for potential cost savings during this review and has identified a number of items based on the information NPR has provided. In Diversified's opinion, the cost of

CONFIDENTIAL                                                                              CPB_0389529

maintaining Interconnection services should be significantly less than what NPR has requested in the Phase II budget proposal. Much of the Phase II budget proposal is focused on growing the scope of the services provided by PRSS. This continued growth in scope of services results in increased staffing, increased capital budgets, and generally increased costs. As such, any cost reductions recommended by Diversified are targeted towards reducing PRSS growth in provided services and in identifying areas where PRSS can benefit by taking better advantage of new technology.

Diversified has made the following recommendations:

1. Diversified recommends that NPR consider transitioning file-based, non-realtime distribution services to internet delivery by a managed service provider. Internet based delivery for file-based programs is available, reliable, and more cost effective than satellite delivery and most if not all of the media industry has already begun transitioning to public internet file-based content delivery. The Public Television Interconnection System has already successfully transitioned to file-based distribution for television programs from a third-party vendor as part of Stage 1 of the sIX Interconnection System Project. Diversified expects outsourcing non-realtime distribution would reduce costs associated with distribution of file-based programming. To determine the exact savings would require a more detailed analysis along with the issuance of an RFP which would provide more exact internet-based distribution costs for comparison.

   This recommendation was included in the original NPR Interconnection Assessment and is again repeated here in response to NPR's proposed plan to study this in Phase II instead of moving forward with outsourcing the service as recommended by Diversified. Diversified believes this could easily be accomplished within the 2022 fiscal year and that this project should be given priority over the other projects defined in NPR's Phase II submission. There is no need to study file based delivery over the internet as NPR suggests. This is the preferred method of file distribution in the media industry and has been so for a number of years.

2. Diversified recommends that the remaining ContentDepot application's front end be reevaluated once file-based distribution has been outsourced. ContentDepot is the core of radio Interconnection and approximately half of the PRSS Interconnection System staff is dedicated to building and maintaining the application. A significant portion of the ContentDepot Application is required for file-based distribution. If file-based distribution were outsourced, the portion of ContentDepot required for file-based distribution would no longer be necessary. Diversified believes there may be lower cost alternatives that could replace ContentDepot if file-based distribution is outsourced to a third party as recommended by Diversified. A Request For Proposals (RFP) would be necessary to accurately determine the amount of savings that might be achievable.

3. Diversified recommends that the program to refurbish station satellite antennas be eliminated and the staff required to support the program be reassigned or downsized. Doing so would save approximately $1.8 million from the proposed Phase II budget and reduce staffing back to the Phase I levels. Diversified is unaware of any similar program at any other network in either radio or TV. NPR has responded to our recommendations in the NPR Interconnection Assessment by including examples the work they are doing to support this project. However, they have not shared any evidence that this work is actually necessary.

4. Diversified recommends that the $1.9 million for Cisco Nexus Router replacement be delayed until 2025. The current routers were purchased in 2018 according to NPR, and seven years is a

CONFIDENTIAL                                                                                                    CPB_0389530

reasonable life expectancy for this equipment. This request would also be considered a very large amount for routers based on the organizational size of PRSS.

5.  NPR is requesting $1.805 million, as best as we can determine, for new virtual servers. NPR provided a detailed description of what a virtual server is with no information regarding this specific project. Without more information from NPR it is impossible for Diversified to determine if any of this equipment is needed. Diversified recommends that this project be disapproved unless NPR can provide a description of what they intend to purchase and how they intend to utilize these new servers. NPR should also provide a detailed description of the servers being replaced and at least some justification as to why they require replacement. Diversified calculated the cost to be $1.805 million by subtracting the cost of the remaining projects from the total $5.12 million requested. This is considered by industry standards to be a very large request for virtual servers based on the size of the PRSS organization.

6.  NPR identified a number of priorities for internal projects to be accomplished during Phase II and is also proposing an increase to the average staffing required to support PRSS, presumably intended to support these projects. Diversified recommends that the internal projects be evaluated as to actual need as NPR has not provided any evidence as to need for these new services.

    Diversified did not identify any internal projects as being critical to PRSS operations and it is Diversified's opinion that any or potentially all of these priorities could be delayed or cancelled without any operational impact on PRSS services.

    NPR has indicated that 27 different individuals would be utilized to accomplish the proposed work in Phase II projects. The average staffing of 16.0 FTEs NPR is proposing is made up of an unspecified number of full time PRSS employees combined with a number of NPR employees that work on PRSS projects on an as needed basis. Should some or all of these projects not be approved there would be a reduction in the amount of work required and a resulting reduction in the number of NPR employees needed to assist with these projects which should result in a cost reduction to PRSS.

7.  NPR Phase II budget request has significantly less detail compared to the Phase I budget provided in 2017. NPR is also recommending that this new format should become the format used for budget requests and reporting going forward.

    It is Diversified's view that the amount of detail presented in a budget request is a direct function of the amount of oversight an organization wishes to establish. If no oversight is required, then a simple one-line request indicating the amount of the request and where to send the money is all that is required.

    Diversified recommends the following:

    1.  The Interconnection budget format be standardized so that NPR and PBS are required to supply the same level of detail.
    2.  The current PBS budget be used as a templet for this new budget format.
    3.  CPB be allowed to determine the level of detail required in order to exercise their fiduciary duty of oversight. Diversified is unaware of any organization responsible for oversight that defers that oversight to the entity they are responsible for overseeing.

CONFIDENTIAL                                                                                    CPB_0389531

# PRSS

# Interconnection System Phase II


# Financial Analysis

CONFIDENTIAL

# 1   Financial Analysis

The Public Radio Satellite System (PRSS) is operated by NPR. It delivers content to the public radio member stations and has a separate budget which is funded as a long- term project. The Interconnection and Infrastructure appropriation pays for the construction, upgrades, maintenance, and on-going support of the PRSS Interconnection System.

The grant budget for PRSS includes spending guidelines for how the funds must be spent with line items in the budget providing funds for the resources required to create and maintain the services provided by the Interconnection System. Diversified's assessment included reviewing the line items in the grant budget and comparing the budgeted funds against the amount of the funds spent. Diversified also analyzed and broke-out the individual services provided by the PRSS Interconnection System.



## 1.1   PRSS Interconnection System Project Budget Phase II

($18.5 Million)

The proposed PRSS Interconnection System Phase II Project Budget provides funding over a three (3) year period (October 1, 2021- September 30, 2024) and covers years 5, 6, and 7 of the 2017 10-Year Project Plan originally estimated at $53.5 million.

CONFIDENTIAL                                                                                                  CPB_0389533



### 1.2   PRSS Interconnection System Project Budget Phase II versus 2017 Project Plan

The $18.5 million requested for Phase II represents a 54% increase over the 2017 Project Plan projection of $12.06 million for the same period. The proposed $6.4 million increase in spending falls into two primary categories; salaries and benefits are projected to increase by $1.21 million and new capital projects that total an additional $5.2 million.



CONFIDENTIAL                                                                                    CPB_0389534

## 1.3    10 Year Budget Plan Projected Totals

The PRSS Interconnection Phase I Project is on budget based on the 2017 Project Plan, however, the proposed Phase II budget is $6.4 million over the original 2017 10-Year Project Plan projection. The total current projected 10-Year Budget Plan including the Phase I actual/projected spending, Phase II proposed spending, and Phase III projected spending is $61.1 million[1]. This represents an increase of $7.6 million (14.2%) over the original 2017 Project Plan projection of $53.5 million.



## 1.4    Salaries, Benefits, and Occupancy

($8.32 million)

The proposed budget allocates $8.32 million for staff salaries and benefits with a proposed average staffing of 16.0 full-time employees (FTEs). The PRSS Phase II proposal consolidates salaries and benefits into a single line that includes both the Network Project Support (NPS) staffing and the salaries and benefits for the 2 to 3 (FTE) engineers required to support the Station Satellite Dish Refurbishment effort. Based on the 2017 projections, Diversified estimates the Station Satellite Dish Refurbishment efforts account for approximately $1.03 million of the $8.32 million total proposed spending.

Within the 10-year estimated PRSS project budget submitted in 2017, the projected combined salaries and benefits for the years 2022 through 2024 of was $7.1 million with an expected average of 13.9 full-time employees (FTE). The PRSS Phase II budget request proposes an increase of $1.21 million in salaries and benefits and a headcount addition of 2.1 FTEs increasing total FTEs from 13.9 in the original 2017 projected budget to over 16.0 in the Phase II proposal. This represents a cost increase of 17% over the levels projected in 2017.

---

[1] The Phase III projections shown here assume staffing of 16.0 FTEs and 2.5% annual raises as proposed in Phase II.

CONFIDENTIAL

CPB_0389535

The 10-year PRSS project budget projection listed employees working on ContentDepot as accounting for seven of the 13.9 FTEs in budget and also included a Solutions Architect, two Project Managers, and 1.5 Quality Control Engineer roles. It also include the addition of 2 to 3 engineers to support the station antenna refurbishments.



The PRSS budget for Phase I identified staffing by job category, whereas the Phase II proposal does not identify how the 16.0 FTEs are distributed across the various staffing positions. There is also no explanation in the Phase II proposal as to why the average staffing is being increased from the original projection of 13.9 FTEs to the currently proposed 16.0 FTEs.

CONFIDENTIAL

CPB_0389536

| Phase II Proposed Positions | Average FTE (16.0) | Phase I Positions | Average FTE (13.9) |
|---|---|---|---|
| Program Director | | | |
| Project Managers | | Project Managers | 2 |
| Product Manager | | | |
| Business Analyst | | | |
| Project Coordinator | | | |
| Enterprise Architect | | | |
| Software Developers | | Software Developers | 5 |
| Software Development Manager | | | |
| Product Designer | | Functional Designers | 2 |
| Quality Assurance Engineer & QA Specialist | | Quality Assurance Specialists | 1.5 |
| Senior Systems Architect | | Solutions Architect | 1 |
| Operations Architect | | | |
| Broadcast Systems Engineer | | GSR Engineers | 2 |
| Satellite Facilities Engineer | | | |
| Senior System Engineers | | | |
| System Engineers | | | |
| Senior Satellite Engineers | | | |
| Network Engineering Technicians | | Network Engineers | 3 |
| Java Engineer | | | |
| Senior Director of Technology | | | |
| Director of Engineering | | | |
| Director of Information Systems | | Information Systems Engineers | 1 |
| Total Staffing | 16 | Total Staffing | 13.5 - 15.0 |

## 1.5  Capital Projects

($5.2 million)

The Phase II proposal includes $5.2 million in capital projects which were not included in the 2017 budget projections. These new capital projects account for 81% of the $6.4 million in total spending increase in the proposed Phase II budget. The Virtual Servers Project did not include a cost estimate from NPR. Therefore Diversified assumes the cost for this project to be the difference between the $5.2 million total and the accumulated costs of the other projects.

| Capital Costs FY 2022 – FY 2024 | | | | |
|---|---|---|---|---|
| | FY 2022 | FY 2023 | FY 2024 | Total |
| Capital Costs | $1,469,500 | $1,415,500 | $2,327,000 | $5,212,000 |

## 1.6  Satellite Expenses

($4.1 million)

The total proposed satellite expenses are $4.1 million which includes the lease and insurance of one full 36 MHz transponder on C-band Galaxy 16 and 7.2 MHz of bandwidth on the Galaxy 17 Ku-band satellite. This expense is in line with the estimated cost for the service presented in the original grant request submitted by NPR in 2017. There is a $61,453 increase over three (3) years due to increased insurance costs beyond those originally projected. As shown in the figure below, the PRSS service consumes approximately 20% of the total bandwidth available to support both real-time and non-real-time

CONFIDENTIAL                                                                                    CPB_0389537

delivery of services. The remaining contracted bandwidth on the Galaxy 16 transponder 23 and all the contracted bandwidth on the Galaxy 17 transponder 10 is resold to other customers by NPR Distribution Services. Diversified estimates the cost of the bandwidth utilized by PRSS services to be $820,000 over the 3 year period included in the Phase II proposed budget. The remaining satellite bandwidth to be resold by NPR Distribution Services[2] is estimates at $3.3 million for the three years of the proposed Phase II budget. NPR reports that it generates revenue from the sale of satellite bandwidth which is utilized to reduce costs for public radio stations by helping keep interconnection rates and fees lower than they would otherwise be.

It is Diversified's understanding that the arrangement of purchasing and utilizing excess satellite bandwidth for purposes other than Interconnection is a long standing and well documented practice.



## 1.6.1    Ground System Refurbishment
($870,000)

The Ground System Refurbishments section of the PRSS budget provides the funds to cover the replacement and ongoing maintenance of the PRSS satellite distribution related equipment. These expenses are further divided into three areas described below.

### 1.6.1.1    Head End Rebuild
($0.0)

This project was completed in Phase I. No funds are requested in the Phase II budget proposal.

### 1.6.1.2    Receiver Rollout
($0.0)

This project is also completed in Phase I. No funds are requested in the Phase II budget proposal.

### 1.6.1.3    Station Antenna Refurbishments
($870,000)

PRSS maintains the satellite receive dishes at the 365 receive sites where antenna refurbishments are scheduled to take place in the last 7.5 years of the 10-year PRSS budget plan. The refurbishment cost

---

[2] The annual cost of the bandwidth resold by NPR Distribution services ($1,091,000) is calculated by multiplying the percentage (80%) of the total bandwidth purchased that is not used to provide PRSS services by the total cost budgeted ($1,364,000) for satellite bandwidth.

CONFIDENTIAL                                                                                            CPB_0389538

includes $810,000 for professional services which include contractor expenses and required replacement parts for the antennas and $60,000 for travel expenses.

NPR expects to refurbish 15 to 18 receive sites per year and intends to complete 45 refurbishments by the end of 2024. The 10-year PRSS project budget projection listed employees working on Station Antenna Refurbishments as accounting for 2 to 3 FTEs in budget which includes $1.009 million for the salaries and benefits of the PRSS engineers performing the refurbishments. These salaries have been removed from the Antenna Refurbishment section of the budget and combined into one (1) salaries and benefits line in the new PRSS proposed budget format.

Diversified estimates the total cost for providing this service for the Phase II Budget period is $1.879 million.

CONFIDENTIAL

PRSS

Interconnection System

# PHASE II Capital Projects

CONFIDENTIAL

## 2   Analysis of Capital Projects

The Phase II proposal includes $5.2 million in capital projects which were not included in the original 2017 budget projections. This new capital spending accounts for 81% of the $6.4 million in total spending increases proposed in Phase II. Included are NPR's descriptions (in blue font) for each individual project followed by Diversified's comments and recommendations.



### 2.1   Cisco Switches ($2.687 million)

A major effort will be to upgrade and eventually replace the Cisco Nexus software and Nexus routers over the next three years. The Cisco Nexus routers for the system were originally purchased in 2018, so by 2024, NPR will need to replace that hardware. A total of $1.9 million will be spent on this infrastructure. The routers enable the system to ensure that all parts of the network are connecting to the appropriate end devices. They allow ContentDepot to run at optimal efficiency with minimal latency and highest possible data throughput. The specific router models and numbers have been chosen to limit the risk as the system matures. In addition, NPR is using Cisco in multiple instances and staff is well trained based on years of interacting with this equipment and software.

For ContentDepot, additional Cisco switches will be replaced at an estimated cost in year one of $150,000. Separately, for the delivery chain, approximately $187,000 will be spent to replace eight-year-old legacy switches. The 53 audio over Internet protocol (AoIP) switches are different, specialized switches. The last anticipated Cisco spending is $115,000 in each of the three years for support coverage from Cisco, coverage that is called "Smartnet." NPR is not charged separately by Cisco for numerous, periodic software upgrades made available through the support agreement. Those upgrades include security enhancements as well as bug fixes.

CONFIDENTIAL                                                                                          CPB_0389541

## Diversified's Comments:

### Cisco Nexus Router Replacements ($1.9 million)

Large network routers like the Cisco Nexus routers are typically replaced after five to seven years of service; however, there are many routers currently in service that are over ten years old. It is not uncommon for station groups to buy used routers and switches that are five years old, or older, and put them into service at stations. These routers will eventually need replacement but 2024 would be considered an early date for them to be replaced. Additionally, just as with the computer servers, this spending should not be a surprise as NPR should have known the day they purchased the current routers that they would require replacement in five to seven years. Why wasn't this expense included in the 2017 budget projections?

### ContentDepot Switches ($150,000)

No technical details were provided as to the configuration, age, number of switches to be purchased nor was any information provided for the existing ContentDepot switches. Without at least some minimal information it is impossible to determine whether the proposed expense is warranted or not. Typical replacement for these switches is also five to seven years.

### Legacy Switch Replacement ($187,000)

The eight (8) year old legacy switches are in need of replacement and are an excellent example of the expected life of this type of technology. Diversified supports replacement of these legacy switches, however, without more information it is impossible to determine if the quoted cost of $187,000 is appropriate.

### Cisco Support Contract ($345,000)

Diversified agrees with NPR as manufacturer support for this very complicated technology is an absolute necessary. Diversified supports the purchase of Cisco support as requested.

## Diversified's Recommendation:

### Cisco Nexus Routers ($1.9 million)
Diversified recommends this project be delayed until 2025. These routers will be seven (7) years old which is a reasonable time frame for their replacement.

### ContentDepot Switches ($150,000)
Diversified recommends that this spending be approved assuming the switches are over five years old.

### Legacy Switch Replacement ($187,000)
Diversified recommends approval of this spending.

CONFIDENTIAL                                                                                    CPB_0389542

**Cisco Support Contract ($445,000)**

Diversified recommends this support be approved. If the proposed spending for new routers and switches is delayed, this support contract may also be partially or completely delayed. It's impossible to determine without more information from NPR.

## 2.2   Virtual Servers ($1.805 million)

One of the most significant changes is the use of "VMware" and other software that allows a single server to host multiple 'virtual' servers within it. This provides flexibility for a variety of operations and processes in the system. For example, it can allow the Windows operating system to run on a Mac. Allowing different operating systems to run on the same physical server and make better use of the physical server's available central processing, or CPU power, saves money, physical space and energy used. By not requiring the purchase of additional servers, for example, one VM server could replace eight physical servers. Then two physical VM servers running VMware can be linked for redundancy, enabling seamlessly migration of the virtual servers from one VM to the other VM server(s) when needed.

**Diversified's Comments:**

NPR did not include a cost estimate for the Virtual Servers Project, however, Diversified estimates this project to cost $1.805 million. The cost for this project was estimated by calculating the difference between the $5.2 million total NPR is requesting for all Capital Projects and the accumulated costs provided for the other projects.

Computer servers are typically replaced every five to seven years in the broadcast industry which can vary based on the manufacturer and configuration of the particular server. It is possible to maintain them for much longer with many servers still in service that are over ten (10) years old. Companies typically manufacture a particular generation of servers for about three years then release a new server generation and declare the previous generation servers are at "end of sales." They typically continue to offer support for these servers for five years after "end of sales" at increasingly higher costs. They then declare the servers are at "end of service life" and discontinue offering support services for these servers. While parts and third party support is usually available after "end of service life" for most servers, most end users try to avoid this by replacing the servers before they reach the "end of service life." Several factors drive these decisions including newer servers provide significantly better performance, less power consumption, and less rack space required than older servers. Newer servers are also more reliable and have lower support costs.

NPR has provided a technical description of what virtual servers are, how they are generally used, and why they are sometimes an attractive alternative to conventional servers. However, they have not provided any information on this specific project other than it is for virtual servers and proposed cost is $1.805 million.

The following basic information is missing from the project proposal:

1. How many servers are being proposed for purchase?
2. When do they expect to purchase them?
3. What are the cost of the servers? Individually? Collectively?

CONFIDENTIAL    CPB_0389543

4. What are the basic technical specifications for the servers they intend to purchase?
5. When will they be installed?
6. Which applications will they support?
7. How many conventional servers are being replaced?
8. How old are the servers they are replacing?
9. What are the manufacturer names, model numbers, and technical specifications of the servers they intend to replace?
10. NPR states that migrating to virtual servers saves money. How much money does NPR expect to save with this project?

This is the commonly required minimum information that we would expect to be included in any request for funds to purchase equipment. NPR should have all of this information readily at hand as it would be the same information required to decide if new servers are required and how much money is needed to purchase them. Without this basic information, neither Diversified nor anyone else can determine whether or not this is a justifiable expense.

Additionally, none of this spending should be a surprise as NPR knew the day they purchased the current servers that they would require replacement in five to seven years. Why wasn't this expense included in the 2017 budget projections?

**Diversified's Recommendation:**

Diversified recommends this project not be approved. At least not until NPR provides the basic information necessary for oversight. While purchase of at least some part of the servers requested is likely inevitable, if funding constraints need to be implemented, there is likely a significant portion of this project, and perhaps all of it, that can be delayed until the next budget phase in 2025. To determine how much of this project can be delayed, more information is needed from NPR. This is a very large request for computer servers. It is difficult for Diversified to understand how an operation the size of PRSS could possibly require this much technical equipment.

## 2.3   Multicast Receiver Software ($255,000)

For the PBS sIX project, specifically for testing Use Case 1b, the specialized receiver firmware to enable multicast distribution will cost $255,000 for network switches for the 42 joint licensees, plus switches for Vigor, PBS, and NPR. This cost represents half of the cost of the ATX multicast enhancement. The other 50% was included in the Phase I budget in FY 2021.

**Diversified's Comments:**

Diversified supports this project.

## 2.4   Vaadin ($200,000)

This is the open-source, Java-based framework through which all of web-based ContentDepot software functions. Vaadin releases new software each year, requiring the NPR Distribution software engineers to update the code base to ensure continuity of operations and leverage new functionality of the framework to enhance ContentDepot experience for users. Vaadin recently released a new version – consistent with best practices of software development companies — requiring a massive rewrite of the ContentDepot code that interacts with the Vaadin software. To expedite the effort, a Vaadin consultant was hired to do

CONFIDENTIAL                                                                CPB_0389544

the bulk of the rewrite, freeing up our internal team to focus on developing new features and supporting NPR Distribution's business needs. NPR Distribution anticipates that Vaadin will issue at least one more major version release in the next three years, which will again require engaging Vaadin to assist with the integration. This upgrade work will occur inparallel with staff efforts, and mostly entails rewriting the code one componentat a time by replacing unsupported/deprecated code with new API code. The task is laborious but essential for the long-term health and reliability of the platform. Vaadin will be hired at an estimated $150,000 for work in FY 2022, and then for an estimated $50,000 in FY 2023.

**Diversified's Comments:**

Diversified supports this project.

## 2.5   GatesAir ($130,000)

The GatesAir Ascent & High Density solution will provide an upgrade from individual IP codecs to a chassis that can handle multiple IP codec connections. This a more efficient and organized way to collapse and condense several units into a single device resulting in physical space saving and reduced labor costs to wire the units and maintain them. The cost will be about $130,000 over three years.

**Diversified's Comments:**

Diversified does not support this project as outlined. According to NPR this project is justified because it will save physical space and reduce labor costs. However, the Phase II budget does not reflect any cost savings, and NPR has made no claims that they are running out of space.

## 2.6   Intrusion Protection System ($120,000)

An upgrade to the intrusion prevention system will improve security to prevent and deter hackers using a variety of security methods, including geofencing. The estimated cost is $120,000.

**Diversified's Comments:**

Diversified supports this project as security is important. The assumption is that this is intended to replace an older system already in place.  If there is currently no IPS in place, this needs to be addressed as soon as possible.

## 2.7   Splunk Software ($65,000)

This log aggregator is used to monitor and track traffic on the various platforms and in various environments. The cost is estimated to be $65,000.

**Diversified's Comments:**

Diversified supports this project.

## 2.8   Windows 10 ($45,000)

Plans call for an upgrade from Windows 7, which is ten years old, to Windows 10 to ensure seamless interactions with ATX. The cost is $45,000.

CONFIDENTIAL                                                                     CPB_0389545

**Diversified's Comments:**

Diversified supports this project. Most broadcast entities moved to Windows 10 some time ago.

## 2.9    Glowlink ($10,000)

About $10,000 will be spent on an upgrade for Glowlink, a satellite spectrum monitoring system installed on the NOC wall. Glowlink is a secondary alerting system used as a backup to detecting issues with receivers and uplink equipment, allowing technicians to identify if the satellite spectrum is being interfered with by other satellite clients. The PRSS is in the second-year of a three-year contract with Glowlink.

**Diversified's Comments:**

Diversified supports this project.

CONFIDENTIAL

# PRSS
# Interconnection System
# PHASE II Priorities

CONFIDENTIAL                                                                                    CPB_0389547

## 3    Analysis of In-House Projects (Priorities)

NPR has provided a list of projects they expect to accomplish during Phase II utilizing current staff in addition to an unspecified number of temporary employees. Diversified has reviewed this list of projects and provided comments where appropriate. With the exception of the purchase of satellite bandwidth, Diversified did not identify any projects in this list that should be considered critical to PRSS operations. NPR has not provided any cost estimates for these projects nor have they provided any objective evidence as to the level of support for these projects from the public radio stations. NPR is proposing to increase staffing from an average of 13.9 FTEs to an average of 16.0 FTEs for Phase II and the staffing increase NPR is requesting is presumably necessary to support these projects.

**Diversified's Recommendation:**

Diversified recommends NPR be required to provide project plans, schedules, and anticipated costs at a minimum for each of the projects. This should include the hours expected to be consumed by staff personnel along with the estimated cost as well as details as to the amount and costs of any contractors or temporary employees expected to be hired to support each effort.

## 3.1    Satellite Distribution

NPR will continue leasing satellite transponder capacity from Intelsat on the Galaxy 16 and Galaxy 17 satellite for C-Band and Ku-Band, respectively. NPR's agreement gives them the right to extend the agreement's one-year term each year at the current rate until Galaxy 16 satellite's current estimated end-of-life in January 2029. Using one-year renewals gives NPR more flexibility to change the amount of satellite capacity than a long-term lease would provide. The agreement also includes capacity on a backup satellite if Galaxy 16 becomes inoperable before a replacement satellite is launched. NPR has purchased insurance that covers business interruption and loss of revenue if the satellite becomes inoperable during this period. One financial change for Phase II is that NPR will pay Intelsat on a monthly basis rather than an annual basis, reflecting discussions with CPB.

**Diversified's Comments:**

Diversified supports NPR's decision to continue leasing satellite transponder space to support the linear real-time PRSS radio networks. NPR purchases a combined 43.5 Megahertz of C-band and Ku-band satellite bandwidth to support four separate services. The annual cost of this bandwidth is $1.364 million.

CONFIDENTIAL



1. **Interconnection Services ($272,000 annually)**
   a. **PRSS Real-Time Linear Networks ($150,000 annually)**
   This is the primary service provided by the PRSS Interconnection System. It provides 80% of the content PRSS distributes to stations which includes 8 full time networks and 8 additional part-time networks. This service consumes approximately 4.7 megahertz of C-Band satellite bandwidth at an estimated cost of $150,000 annually.

   b. **PRSS File-Based Program Distribution ($122,000 annually)**
   PRSS also distributes non-real-time programs as files over satellite which accounts for the other 20% of programs distributed by PRSS to stations. This service consumes approximately 4.0 megahertz of C-Band satellite bandwidth at an estimated cost of $122,000 annually.

   Diversified recommended in its assessment of PRSS Phase I that NPR outsource this to a service provider that specializes in file-based distribution of radio programs over the internet. This has been the preferred method for distributing file based content across the media industry for some time now and doing so would save money. PBS outsourced the distribution of its file-based TV programs in Stage 1 of the sIX Project.

2. **Public Radio Stations Local Network Distribution ($410,000 annually)**
   This service supports retransmission over satellite of public radio stations on-air signals to other stations or translators which enables these stations to create local distribution networks which provide coverage of much larger areas than is possible with a single station's transmitter. NPR also provides support services to these stations which pay NPR Distribution Services for the bandwidth they consume. This service currently accounts for approximately 13 megahertz (30%) of satellite bandwidth paid for by the Interconnection Project with an annual cost of approximately ($410,000). NPR has stated that they receive payments from these stations that exceeds the cost of the bandwidth they consume. NPR did not share the actual amount of those payments.

CONFIDENTIAL                                                                CPB_0389549

3.  **Bandwidth utilized for Commercial Resale Business ($682,000 annually)**
    Approximately half (50%) of all the bandwidth purchased by NPR Distribution Services is resold to commercial customers. This service accounts for 21 megahertz of satellite bandwidth with an annual cost of approximately ($682,000).

    NPR utilizes the proceeds from both this resale of bandwidth to commercial customers and the payments received from public radio stations for local network distribution to supplement the fees it receives from public radio stations to pay for Interconnection operations. NPR reported that they receive a total revenue from this business of just over $1.8 million annually. The bandwidth utilized by these two services cost $1.1 million annually. NPR did not provide any information as to the cost of the other resources necessary to support this business.

## 3.2   Existing Non-Satellite Delivery Upgrade

Currently, the PRSS serves certain "internet-only" stations that receive only pre-recorded content and related data (i.e., no live programs). The PRSS sends programming via the open internet to a station-provided FTP address where the station's automation system then ingests the files and prepares them for playout to its listeners. This project would improve the destination support for those stations, creating a delivery method which would be made reliable, more secure, and simpler by utilizing modern technologies similar to DropBox or Google Drive, with built-in support for station automation. The timeline for delivery is 2023.

**Diversified's Comments:**

This method of program distribution is in common use throughout the radio industry. Diversified would not expect this project to require a significant amount of effort, so the relative cost of this project should be low. Diversified assumes that this is a relatively low priority project for PRSS given that this project is not expected to be completed until 2023. We are unaware of any public radio stations that are currently impaired by not having this capability.

### 3.2.1   Ground System Refurbishment

NPR Distribution has replaced or plans to replace the satellite antenna and supporting equipment or refurbish the equipment at 16 stations by the end of Phase I on September 30, 2021. During the next three years, NPR Distribution expects to replace an average of fifteen (15) station downlinks a year and assist an additional ten (10) each year with either refurbishments or simple replacement of related gear, such as L-Band amplifiers and cabling between the antenna and the satellite receivers. This work will include evaluations by NPR Distribution network engineers and project managers who work with stations and vendors to assess condition of the equipment and schedule replacements with third-party vendors. This effort will continue over the three years of Phase II.

CONFIDENTIAL                                                                                              CPB_0389550

**Diversified's Comments:**

Diversified does not support this effort and recommends this service be eliminated. This was recommended previously by Diversified in the NPR Interconnection System Assessment Update. No other network, has such a program in place. Satellite dishes generally require very little maintenance and are owned by the stations. PBS does not support the PTV station antennas. The savings from eliminating this service could be significant. In addition to the $870,000 listed specifically in the Phase II budget proposal, there is also an estimated $1.0 million of the $8.2 million that NPR is requesting for salaries and benefits that would be eliminated along with this program.

**Diversified's Recommendation:**

Diversified recommends NPR eliminate the station satellite antenna refurbishment project.

## 3.3   Enhanced Broadcast Services

PRSS introduced "Broadcast Services" late in the evolution of the previous interconnection system, which was retired in 2021. By using the "Broadcast Service" process, a station can place all of its program subscriptions for a single service (e.g., news-program service, music-program service) on a single receiver port instead of scheduling individual programs for playout across multiple ports. With the latest enhancements, stations may now prioritize one Broadcast Service program for playout over other programs in the service. This allows for the scheduling of programs that can interrupt or override lower-priority programs. PRSS will continue to enhance Broadcast Services by enabling networks to create a schedule once and share it across multiple Broadcast Services. The expected delivery for this is 2022.

**Diversified's Comments:**

There has apparently already been a significant investment put forth by the ContentDepot team to develop these new features. Diversified is unaware of any stations that are requesting these new features. NPR should be asked to provide some significant objective evidence quantifying the level of support for all of these in-house development projects, including this project.

## 3.4   Receiver Localization

This project would allow stations to take advantage of automation that was built into the new ATX receivers. In the past, stations were required to develop their own automation solutions for playing out programs. In this case, a station can upload locally produced program files to their receiver and assign them to their Broadcast Service for scheduled playout via the ContentDepot portal. This is especially helpful for stations who have managed schedules and play out manually or for those who have relied on an outdated, locally-based automation software or system. The expected delivery for this is 2022

CONFIDENTIAL                                                                                    CPB_0389551

**Diversified's Comments:**

Diversified does not support this project as it is designed to provide a replacement for stations local master control automation systems by adding that functionality to ContentDepot. For the most part every radio station has an automation system that handles these functions. Diversified is skeptical as to whether that many stations will make use of this functionality.

## 3.5    Customer Self Service

This project would provide more "self-service" features for customers to enable immediate, self-directed solutions. Currently, customers must call or e-mail the Help Desk with specific information about a show such as duration of each segment, or when the breaks occur in order to get assistance. This effort would enable immediate changes controlled by customers, for example, allowing customers the option to manage their own show clocks. No longer will stations need to coordinate the scheduling of live transmissions with cue details with the NOC. Instead, producers would populate details about their program segments and other corresponding materials into the appropriate template for live distribution. The project also would enable customers to manage the destinations by adding and configuring destination types, such as FTP or secure copy protocol (SCP) without NOC support, a feature which is limited now. Future destinations that could be enabled include Google Drive, DropBox, HTTP and others. The ContentDepot Advisory Group (CDAG) would be critical to providing input and prioritization advice on these projects. The effort would occur over all three years of Phase II.

**Diversified's Comments:**

This project is described as being aimed at reducing workload at the stations and at the NPR NOC by enhancing ContentDepot. Typically, this type of project would include a corresponding reduction in staffing resulting from the reduced workload, otherwise why engage in the project? NPR is proposing to increase staff and with no identifiable savings resulting from this project, it appears to be very limited value.

## 3.6    Automatic Content Ingest

This project would streamline and automate producer content upload processes. Currently, producers must manually upload files from their computers into specific episodes and segments of programming scheduled to air. Using the PRSS API, ingested files would be directed automatically to appropriate episodes and segments intended for air. The project will be completed in 2022.

**Diversified's Comments:**

Diversified does not support this project and has as previously recommended that NPR outsource file based delivery of content to a third party. This is another example of cost associated with the current practice of delivering file based content over satellite. This is a cost other networks avoid by outsourcing file based distribution.

## 3.7    Disaster Recovery Streaming

Staff plans to improve the amount of time it takes to switch all operations to the BuNOC in St. Paul, Minnesota. Switching operations to the BuNOC now requires carefully enabling and disabling several

CONFIDENTIAL                                                                          CPB_0389552

pieces of hardware in a precise sequence. Among the systems that require interaction are databases and domain name servers (DNS), and these moves are executed manually. The goal is to fully automate data detection and the switchover by developing control panels. This would also eliminate the need in the midst of an automated switch to call various subject matter experts for assistance. This project will be completed in 2024.

**Diversified's Comments:**

It's somewhat difficult for us to understand how this issue was not identified and solved as part of the massive three year rebuild of this exact infrastructure that was just completed in Phase I. Clearly, this has a very low priority given that NPR just completed spending $10 million in this area and chose not to include this project. This project could easily be delayed if not eliminated.

## 3.8    Customer Account Portal

This project will be the foundation for a more robust online portal for all NPR Distribution customers. Stations and producers will be able at any time to log in and view their account information, including the consolidation of multiple services in a single account, invoices and billing dates, status of Help Desk tickets, and copies of draft and signed agreements. The billing improvements will be itemized by new product offerings as well. Customers will be able to retrieve and download billing reports on demand. The customer account improvements will be delivered in 2023.

**Diversified's Comments:**

Diversified supports this project once NPR provides project plans, schedules, and anticipated costs and assuming it is being done at a reasonable price.

## 3.9    Architectural Improvements

Much like companies that use either a Microsoft or Apple operating system for their operations, the PRSS in its system foundation uses RedHat, Linux and Windows Operating System, open-source software frameworks and hardware from vendors like Cisco and Microsoft. These foundational operating systems, in turn, interact with a variety of other software applications. As this foundational software changes through regularly scheduled upgrades, downstream and upstream changes need to be made as well. This architectural work — often called work on the "technology stack" — ensures that the physical servers and the server software are upgraded and keeps all systems working securely and efficiently. This effort will also require periodic checking and improvements to routers and switches and related hardware. This work will occur over all three years of Phase II.

**Diversified's Comments:**

This is routine on going technical support.

## 3.10   Spot Insertion

The PRSS plans to enable National Public Media and station fundraising teams to offer national sponsors the opportunity to place differentiated underwriting announcements simultaneously for playout of local and regional placements. Currently, only nationwide placements from national sponsors are

CONFIDENTIAL                                                                                          CPB_0389553

possible on public radio. Commercial media, however, gives national advertisers local and regional opportunities. In this revenue-generating project, PRSS national content providers could, for example, offer Home Depot the option of providing messaging about garden supplies in Miami while at the time messaging the availability of John Deere equipment in Peoria and snow blowers in St. Paul. Commercial media can offer this local/regional messaging to national accounts. Once implemented, the same technology could be used for localizing news and other content. Spot insertion will be tested in 2022 with the assistance of National Public Media and selected stations and fully implemented in 2023.

**Diversified's Comments:**

Diversified supports this project once NPR provides project plans, schedules, and anticipated costs and assuming it is being done at a reasonable price. This is in use every day in commercial radio.

### 3.11 Automated Program Data Retrieval

Producers are eager to understand more about the effects of their programs and how they can improve based on station usage. Currently, ContentDepot reports show producers which stations have subscribed to and downloaded their programs. This project would enable producers to learn where and when each program was played out, which is referred to "as-played data." ContentDepot will add support to retrieve as-played data from stations and make it available to producers. This project is scheduled for 2024.

**Diversified's Comments:**

Diversified does not support this project and has previously recommended that NPR outsource file based delivery of content to a third party. This appears to be another example of cost associated with the current practice of delivering file based content over satellite. This is a cost other networks avoid by outsourcing file based distribution.

### 3.12 Improved Metadata Distribution via Content Depot

The PRSS MetaPub service enables the visual display of text, images, and links by using metadata to be synchronized with over-the-air audio broadcasts. CPB grant funding has enabled about 100 public radio stations to implement this advanced communications effort that can be viewed on smart car dashboards, tablets, mobile phones and laptops.

Public radio stations that have implemented MetaPub manage the metadata insertion process locally using a third-party software with an interface that is not user-friendly. Users must use this software to look up and schedule the metadata, requiring stations need to manage multiple schedules in different interfaces. This project will use existing broadcast schedules and enable stations to enter information such as site details and metadata related to local programming directly into the portal, making it available to multiple platforms via the MetaPub API. This project would create a user-friendly graphical user interface that provides a single place to insert metadata while enabling distribution of that metadata to different platforms, including platforms supporting hybrid radio. Simplifying these processes will expand the use of MetaPub among time-pressed station staffs.

CONFIDENTIAL                                                                    CPB_0389554

This project is an advanced usage effort that will build upon those stations that already have implemented MetaPub and for stations that are able to add MetaPub in the future. This differs from the separate MetaPub grant programs, whose focus was placing, implementing, and testing the technology at the local stations and educating local staff how to use it. This project seeks to improve the way the metadata is added and reused in the system. It will improve stations' ability in the future to take advantage of technological and commercial developments, including the move into hybrid radio. The project will start in 2022.

**Diversified's Comments:**

There is a new system being developed by Xperi/DTS that may make this project unnecessary. It is difficult for us to know without more information from NPR. Below is a link to a related article in Radio World.

*Xperi Spotlights DTS AutoStage - Radio World*

## 3.13 Continuing Education and Training

This effort will continue education about the new features in ContentDepot, such as Broadcast Services, as well as the new services that will be provided over the next three years. NPR will assist stations as needed with questions about their use of the system through a variety of communications channels – Help Desk, prss.org, newsletters, webinars, trade group gatherings and communications, and one-on-one meetings. This effort will occur over the life of Phase II.

**Diversified's Comments:**

Diversified supports this project assuming it is being done at a reasonable price.

## 3.14 Hardware Virtualization

This research effort will evaluate expanding software replacement of hardware and explore the use of mobile communications over internet protocols (MoIP). The PRSS currently operates with virtual servers (VM – "virtual machine" environment). This means the system has a large physical server with several "software servers" running on them; previously, individual physical servers needing rack-mountable hardware were required to run each application. This effort will seek to expand and improve this capability. The effect would be to create a more efficient environment, take up less space, and require less physical maintenance. It also provides the flexibility of potentially moving the server elsewhere in the future, perhaps to a third-party cloud provider such as Amazon Web Services (AWS).

**Diversified's Comments:**

Diversified supports this project once NPR provides project plans, schedules, and anticipated costs and assuming it is being done at a reasonable price.  NPR is proposing to spend $1.935 million for new computer servers in the Phase II budget. Would this result in reduction in operational cost and what is NPR's anticipated savings? If no savings can be identified, then this project has very little business value.

CONFIDENTIAL                                                                                    CPB_0389555

## 3.15  Future Distribution Pathways

NPR Distribution has always approached serving public radio by focusing on three key goals: providing high-quality service at all station locations, providing secure and reliable transmission, and providing it at a price that is affordable for all stations and producers. Satellite delivery has been the most cost-effective secure and reliable way to serve the diverse needs of one of the largest radio networks in the country. The public television interconnection system (sIX) also continues to use satellite to the extent needed to provide the services for content delivery between PTV distributors and stations. During the PTV interconnection sIX Stage 1, there was continued reliance on satellite services as the primary pathway for real-time linear delivery while transitioning file delivery to terrestrial, cloud-based delivery. As part of sIX Stage 2 — the current project — PTV will add linear functionality to the terrestrial services. When the sIX Stage 2 project is completed, the terrestrial/cloud-based delivery will have become the primary distribution path for both file- and real-time PBS programming with remaining satellite services providing a backup "overlay."

NPR has monitored developments in technology that could potentially support alternate distribution methods, such as the usage of Internet bandwidth using low- earth orbit satellites (LEOs), private managed networks (including those using MPLS), and use of the public internet. To date, none of these alternatives has met the PRSS' standards for service. Nevertheless, NPR concurs with Diversified *[Assessment of Public Media's Interconnection Systems — Final Report NPR Only — Updated May 06, 2021 Emerging Technology & Solutions, section 4.4]* that NPR should conduct a more comprehensive study into potentially using the commodity public internet or cloud services providers for file delivery. Therefore, NPR will submit a separate request to CPB to fund a study for completion before the end of Phase II and in advance of the next phase of interconnection work, which would begin in late 2024.

### Diversified's Comments:

Diversified agrees with NPR's statements above on Future Distribution Pathways with one exception, which is that NPR's statement that they concur with Diversified's recommendation in *[Assessment of Public Media's Interconnection Systems — Final Report NPR Only — Updated May 06, 2021 Emerging Technology & Solutions, section 4.4]* and that they will *"submit a separate request to CPB to fund a study for completion before the end of Phase II and in advance of the next phase of interconnection work, which would begin in late 2024."*

In section 4.4 of the assessment, Diversified does recommend that NPR conduct the connectivity study as NPR states. Diversified is encouraged that NPR has decided to move forward with this effort, but this recommended study did not include an analysis of file-based content distribution. Diversified does not recommend any studies on the feasibility of file-based program delivery. As stated repeatedly, distribution over the public internet is the preferred method for distributing file-based content currently utilized in the broadcast industry. NPR appears to be the lone holdout as most broadcasters moved to file-based distribution via the internet a number of years ago.

With regard to file-based program distribution, Diversified recommended in section 4.2 of the same assessment that NPR issue an RFP for file-based distribution, select a third-party vendor, and outsource file-based distribution. PBS accomplished this in Stage 1 of the sIX project which did not require a study.

CONFIDENTIAL                                                                                           CPB_0389556

Diversified does not see any projects in the current Phase 2 Budget Proposal that should be of greater priority than outsourcing file-based distribution. It will save money and Diversified believes this effort could easily be accomplished in 2022 if it is given sufficient priority.

As outlined in section 4.5.1 of the assessment, Diversified expects that completing this project will significantly reduce the complexity and functional requirements of the ContentDepot application. Support of this application requires approximately half of the staff employed by PRSS Interconnection. It is a very expensive application to support at a cost of over $1.0 million per year for developers. Once this is done, NPR can issue an additional RFP and benchmark the remaining ContentDepot application requirements against applications that are commercially available. Depending on the outcome of that process, it may be possible to replace the remaining ContentDepot application with a much lower cost solution. This process starts with outsourcing file-based distribution.

CONFIDENTIAL                                                                              CPB_0389557

# PRSS

# Interconnection System
# **Financial Format Changes**

CONFIDENTIAL

# 4    Analysis of Financial Format Changes

The PRSS Interconnection Phase II proposal from NPR includes considerably less detail than the proposal submitted for Phase I in 2017. NPR is proposing that this new budget format should be the standard reporting format going forward. NPR describes the previous format used for Phase I as a cumbersome effort for accounting and project administration for both NPR and CPB.

## Diversified's Comments:

In Diversified's view, the amount of detail presented in budget request is a direct function of the amount of oversight an organization wishes to establish. If no oversight is required, then a simple one line request indicating the amount of the request and where funds are to be sent is all that is required.

Diversified agrees with NPR that increased oversight and the resulting requirement for increased budget details necessary to facilitate that oversight is more cumbersome for everyone involved. The requested budget details should be in line with the amount of oversight required.

Diversified's recent experience working with CPB has included review of the PBS sIX Stage 1 and Stage 2 budgets, the PRSS Interconnection Phase 1 and now Phase 2 budgets, and current review of the WUFT-TV/FM Grant request to expand the Florida Public Media Emergency Network (FPREN) into the Public Media Alerts network for radio and TV. The level of detail provided is significantly different for each organization.

The request reviewed with the most detail was the PMA Grant provided by WUFT. Prior to reviewing this Phase II request from NPR, the NPR Phase I request provided the least amount of detail of all the requests reviewed to date. The NPR Phase II request provides significantly less detail than the NPR Phase I request.

The level of detail mandated for financial budget submissions in the commercial broadcast business is significantly greater than what is being required by CPB. It is common practice that the entity within an organization that is responsible for oversight is the entity that determines the amount of detail required for budget submissions and reports. Diversified is unaware of any other business situation in which the level of oversight is dictated by the entity being overseen.

## Diversified's Recommendation:

Diversified recommends that CPB work to standardize the level of detail required in the budget submissions and reports it receives from NPR and PBS. The level of detail supplied by NPR should be the same level of detail supplied by PBS. Diversified recommends the level of detail presented in the current PBS Stage 2 budget be standard for the minimum requirement for both PBS and NPR.

Below are examples of the PBS, PRSS Phase I, and PRSS Phase II budget formats for comparison. A similar budget request for a commercial broadcast entity would have many pages of additional detail.

CONFIDENTIAL                                                                                          CPB_0389559

**PBS Budget Detail**

**PBSS PHASE I Budget Detail**

**PBSS PHASE II Budget Detail**

Diversified recommends that capital projects as well as projects executed by internal software developers and engineers, include a separate project detail sheet/sheets for each project. The list below is an example of what is commonly utilized across the industry. These are typically single sheet reports for each project. ROI calculations are separate documents.

NPR and PBS should have all of the information suggested for inclusion in these reports. All of this information and more will be required to formulate and prioritize budget requests. All of this information should be shared with CPB.

The parties are encouraged to work together, as always, to find an acceptable solution; however, Diversified recommends that CPB has the ultimate authority to decide how much budget detail it requires to execute its responsibilities for oversight.

CONFIDENTIAL

**Capital Projects:**

A one paragraph description of the project similar to the ones included in the current budget request

1. A start and finish date for the project
2. An indication of the relative project priority (Typically a 1-5 ranking, 1 being highest)
3. A one paragraph justification as to why the project is necessary
4. A classification of the project
   a. Cost Savings
   b. Revenue Improvement
   c. Maintenance of Operations
   d. Other
5. For any projects that are classified as Cost Savings
   a. Include the appropriate ROI calculations
   b. Indicate where in the proposed budget the cost savings are included
6. A list of all equipment and software required
   a. Description of individual pieces of equipment or software license costing over $500.00
   b. The number of units of each piece of equipment or software license purchased
   c. The total cost for each piece of equipment/software license purchased
7. Any Systems integration/professional services costs
8. The total cost for the project

**Internal Non-Capital Projects:**

Discretionary projects that are accomplished with internal resources and do not require capital purchases. These are projects like the ones listed in the current Phase II budget proposal as priorities, should include:

1. Description of the project
2. Relative priority
3. Cost estimate including cost of internal developers/engineers
4. Project justification
5. A classification of the project
   a. Cost Savings
   b. Revenue Improvement
   c. Maintenance of Operations
   d. Other

CONFIDENTIAL                                                            CPB_0389561

## Appendix

A.  Methodology .................................................................................................. 37
B.  Diversified at a Glance ................................................................................. 39

CONFIDENTIAL                                                                                            CPB_0389562

## A. Methodology

Diversified's Emerging Technology & Solutions (ET&S) team followed its time-tested data gathering and analysis process to complete this assessment.

The process model includes the five key steps shown below:



This process defines the general sequence Diversified followed to ensure the Interconnection System Assessment engagement goals were achieved and to assist CPB with the following:

- Understand the scope and definition of the Interconnection System
- Understand the status of the Interconnection System after the Phase 1 deployment
- Review and provide feedback on the proposed Phase 2 developments for the Interconnection System
- Identify and recommend ways for PBS and NPR to collaborate within the Interconnection System in the future
- Analyze and compare the Interconnection System's practices against today's industry standards
- Identify potential savings in capital or operating costs for the Interconnection System

Diversified submitted Requests for Information (RFIs) to PBS and NPR to gain access to any existing documentation or process related materials referencing Phases 0-2 for both Interconnection Systems. The Diversified team reviewed all available materials to gain an understanding and foundation of the status of the Interconnection System and the proposed objectives for the upcoming phases.

Diversified then hosted elicitation sessions with key personnel identified by CPB that represented the following groups:

- PBS leadership
- NPR leadership

CONFIDENTIAL

- CPB executives
- PBS and NPR member station representatives
- JMC/PMM representatives
- APT representatives
- NETA representatives
- PXR representatives

The elicitation sessions provided Diversified with an opportunity to discuss the Interconnection System with the different personnel groups using the Interconnection System today within their day to day operations. This was also an opportunity for the operators to share their thoughts on the Interconnection System, provide insight on their participation in the previous assessment, provide any feedback on the proposed plans for Stage 2, and provide any additional insight into how the Interconnection System works for them today.

The feedback from the elicitations sessions and the documentation provided during the RFI process allowed Diversified to gain a better understanding of how the Interconnection System is used by the different departments, identify potential areas of collaboration for PBS and NPR to work together within the Interconnection System, identify areas where potential cost savings are available, and make recommendations on how the Interconnection System could harness today's technologies within their infrastructure.

CONFIDENTIAL                                                                    CPB_0389564



## B. Diversified at a Glance

Diversified currently employs over 2400 people in over 40 world-wide locations with over $950 million in annual revenues.

Diversified was formed in 1993 as a full-service systems and media technology integration company, originally addressing the technical needs of the broadcast, audio-visual, IT and RF market segments. However, as the market needs continued to grow and evolve, so did Diversified's service offerings. Over the years, the company made a series of strategic investments and acquisitions that not only expanded their portfolio of expertise but also extended their geographic footprint to better serve a growing client base.

With the enhanced capabilities, Diversified emerged as an industry leading technology solutions provider delivering innovative digital media, collaborative, broadcasting, electronic security, and OTT solutions to a global clientele across a wide array of markets including financial, media & entertainment, enterprise, energy, higher education, technology, healthcare, hospitality, government, and more. As an engineering-centric organization, specialized teams of technical experts' partner with clients to design custom solutions that enhance their operations, increase productivity, and help drive ROI.

Today Diversified has more than 30 offices serving Fortune 500 clients around the world and is widely recognized for thought leadership and strategic enterprise implementation. From initial design consultation to deployment to managed services, Diversified is a trusted technology partner.

### Project Team Structure

The Diversified team for the Assessment of Public Media's Interconnection System is led by the Consulting Program Manager who oversees the tactical engagement. The Program Manager receives support from a Solutions Architect as the lead technical resource; a Financial Analyst with vendor relations expertise to provide support to the team in vendor interfacing and financial modeling; and a Business Analyst tasked with validating the operational workflows and use cases that drive the technology decisions. The Program Manager and the Lead Engineer will be the primary interface for CPB to the Diversified team.

The team will be augmented throughout the discovery and analytical phases by Subject Matter Experts (SMEs) with experience in broadcast television, radio, transport systems, advanced compression and encryption, media and data networks, software architecture, workflow orchestration, Master Control operations, systems design, and maintenance. These SMEs will also provide recommendations regarding the future phases of this project and the CPB and Public Media roadmap. Notable contributions during the review of the future proposed solutions and industry trend discussions will come from Diversified's thought leaders, Michel Proulx (Technology Consultant, Emerging Technology) and Karl Paulsen (CTO).

CONFIDENTIAL                                                                                          CPB_0389565

The Program Manager has ultimate responsibility for the deliverables, schedule, and budget. A Diversified Executive Sponsor will provide program guidance to the team as well as a business level interface and path for escalation if ever required.

The team is supported by a back-office Administration staff from Diversified's Kenilworth, NJ headquarters who will handle financial updates, invoicing, technical documentation, and logistical coordination.

*Project Team Members*

To fulfill the work outlined in the Assessment of Public Media's Interconnection Systems RFP (the Project), Diversified assembled a team from its Emerging Technology & Solutions practice area. This team includes experts in broadcast television, radio, transport systems, advanced compression and encryption, media and data networks, software architecture, workflow orchestration, Master Control operations, monitoring & compliance, content management, live production, post-production, and ancillary applications that help integrate these functional environments and platforms. The ET&S team also possesses extensive experience in dynamic and complex regulatory programming environments including live sports, news, shopping networks, direct advertising, children's programming, and public media.

The team is led by Jim Casabella as the Lead Consultant and Program Manager. Jim possesses an extensive background with over 35 years of experience leading the ABC Television Owned Station Group technological advances. This has resulted in Jim being recognized as an innovator in television advancement and bringing significant savings to the OTV Group. Other supporting team members bring discipline in program & project management, business analytics, systems engineering (both cloud and installed), operations, facility infrastructure, and finance. Many are industry executives themselves and have joined Diversified from Radio and Broadcast Network careers where a fast-paced, dynamic environment is the norm and not the exception.

For deep subject matter expertise, Diversified will opportunistically leverage its matrixed project workforce Subject Mater Experts (SMEs) who spend considerable time on design and deployment projects. These SMEs bring tangible value to the effort as they are the extended team members with vast experience in both applied technologies and in real-world environments. These are the experts that understand and appreciate the distinction between the theoretical and actual capabilities of systems, people, and spaces.

The Diversified team represents some of the best experts in their fields and, combined with Diversified's firm understanding of CPB's goals for this project, we have the ultimate confidence in our ability to exceed your expectations

CONFIDENTIAL    CPB_0389566

## Glossaries

The glossaries below include terminology associated with the Interconnection System and its different phases.[3]

*PBS Interconnection Stage 1 Glossary*

| Term | Definition |
|---|---|
| Aggregator (Content) | An individual or organization that gathers content from various sources for reuse or resale. |
| Agreement or "MSA" | The Master Service Agreement which contains the terms and conditions governing the provision of services by a Respondent chosen to provide such services as a result of the RFP process. |
| Application Programming Interface or "API" | The set of rules and specifications that software programs can follow to communicate with each other. It serves as an interface between different software programs and facilitates their interaction. |
| Applications | Software that performs end-user or business-related processing functions that is either obtained from Third Parties or owned by a Party. |
| At-Risk Amount | For any billing cycle, the invoice amount that is "at risk" for Service Level Credits for defined Service Levels across all applicable Work Authorizations as set forth in the respective Work Authorizations |
| Content Delivery | The functionality whereby content is moved from storage and presented to the Interconnection user in a usable format. |
| Content Discovery | The process that enables all users will have the ability to search and discover content provided from all distributors |
| Content Distribution | The overall process of providing content to Interconnection Users. This process may include some or all of the following elements: Transcoding, playout, verified File movement, Business Rule checks, notifications, and stitching of media elements. |
| Content Verification | The part of the ingest process to include Anti-Virus Scan, TOS Verification & MOS Metadata verification. |
| Contract Year | Each 12-month period commencing on the Effective Date or any anniversary of the Effective Date during the Term, including any extension thereof |
| Contribution Profile | Content intended for studio use (editing etc.) – Currently beyond the scope of this RFP. |
| Comprehensive Online Video Ecosystem or "COVE" | A PTV administrative tool used by national producers and local stations to publish videos online and to PBS Mobile applications and connected television devices. PBS uses COVE to fortify all of its online video products, known as "COVE-powered" products, and benefits from COVE's viral feature which enables other websites to embed your video file into their website. |

---

[3] This glossary was provided to Diversified by the PBS team to use as a reference during the assessment. It is not a deliverable or creation of the Diversified team. The full glossary and its authors are referenced in the bibliography at the end of this document.

CONFIDENTIAL                                                                                                     CPB_0389567

| Term | Definition |
|---|---|
| CPB | "Corporation for Public Broadcasting" is a private, nonprofit corporation created by Congress in the Public Broadcasting Act of 1967. CPB is the steward of the federal government's investment in public broadcasting and the largest single source of funding for public radio, television, and related online and mobile services. CPB's mission is to ensure universal access to non-commercial, high-quality content and telecommunications services. It does so by distributing more than 70% of its funding to more than 1,400 locally owned public radio and television stations. CPB does not produce programming and does not own, operate, or control any public broadcasting stations. Additionally, CPB, PBS, and NPR are independent of each other and of local public television and radio stations. |
| CPB Funded Payments | Has the meaning set forth in the MSA |
| Critical Implementation Milestone | A one-time or recurring milestone activities and deliverables that have associated Deliverable Credits to PBS in the event Service Provider fails to successfully and timely complete such milestone activities or deliver such deliverables according to the applicable WA. Critical Deliverables are not Critical Service Levels and are set forth in the attachment for "Critical Deliverables" to the applicable WA. |
| Critical Personnel | Has the meaning set forth in the MSA |
| Critical Service | A Service to which a Critical Service Level (as defined in Schedule B (Service Level Methodology)) applies. |
| Critical Implementation Milestone Acceptance Criteria | Has the meaning set forth in the MSA |
| Digital Asset Management or "DAM" | A system of hardware and software that provides the functionality needed for the ingestion, annotation, cataloguing, storage, search, retrieval, and distribution of files (digital assets) including downloading, renaming, backing up, rating, grouping, archiving, optimizing, maintaining, thinning, and exporting files. The process by which files are tracked and maintained in a central database. |
| Development | Includes design, build and test of the NRT File Delivery System |
| Deployment | Includes site readiness and go-live for NRT File Delivery System at each of PBS's and Service Recipients' sites. |
| Disaster | An event or series of events that (i) do not constitute a Force Majeure Event; and (ii) materially and adversely affect Service Provider's ability to perform the Designated Services resulting in any unplanned interruption of the Designated Services. |
| Disaster Recovery Plan | Has the meaning set forth in the MSA |
| Distribution Profile | Refers to content ready to 'go on air' to viewers – the focus of this RFP process. |
| Download | Encompasses all the processes that occur when moving Content from the Interconnection Central Storage to Service Recipient Storage. This process is |

CONFIDENTIAL                                                    CPB_0389568

| Term | Definition |
|---|---|
| | orchestrated by the Master Delivery Service and handled by the File Management Service. Reference the diagram below for the processes involved. |
| Edge | The file Delivery interface at the edge or user demark site. The intersection between PTV Interconnection and internal station systems (i.e.: The "edge" of the national network). |
| Effective Date | The date specified in the introductory paragraph of the Agreement |
| Entity or Entities | A governmental body, agency, unit or division, corporation, partnership, joint venture, trust, limited liability company, limited liability partnership, association, or other organization or entity. |
| Equipment or Hardware | The computer and telecommunications equipment used in providing the Designated Services, including without limitation: (i) all computers and associated attachments, features, accessories, peripheral devices and other equipment, and (ii) all private branch exchanges, communications controllers, multiplexors, local and remote front end processors, connections terminating equipment (e.g., jacks and associated configuration files and management systems), matrix switches (e.g., Bytex), modems, hubs, bridges, routers, automatic call distributors, voice response units and other telecommunications equipment. |
| Enterprise Service Bus or "ESB" | A platform that enables the implementation of a Service Oriented Architecture (SOA) for the exchange of information between Services that drive various operational systems. Services provide a mechanism for abstracting the details of operational systems so that they can be easily modified as needed. |
| Engineering Technology Advisory Committee or "ETAC" | A twelve-member advisory committee made up of station engineering managers who advise PBS on technology and technology management issues relevant to PBS and its member stations. The ETAC also provides valuable feedback to PBS from member stations. ETAC members are selected by the ETAC membership and by PBS; each may serve up to two consecutive three-year terms. |
| Implementation | The Development and Deployment of the NRT File Delivery System to PBS and Service Recipients. |
| Ingest | The process within the interconnection Storage Services consisting of the following steps: Input, Quarantine, Virus/Malware check, Registration Check, and Quality Control. This encompasses all the processes that occur when moving Content from the Service Recipient Storage to Interconnection Central Storage. This process is orchestrated by the Master Delivery Service and handled by the File Management Service. Reference the diagram below for the processes involved. |
| Intellectual Property Rights | All intellectual property rights, including (i) any patent, patent application, trademark (whether registered or unregistered), trademark application, trade name, service mark (whether registered or unregistered), service mark application, copyright (whether registered or unregistered), copyright application, Trade Secret, know-how, process, technology, development tool, ideas, concepts, design right, moral right, data base right, methodology, algorithm or invention, (ii) any right to use or exploit any of the foregoing, and (iii) any other proprietary right or intangible asset (including Software). |
| Interconnection System | The aggregate of all Linear and Non-Linear solutions and systems that provide or otherwise distribute programming content, other content and/or metadata to public television stations, licensees and distributors and other related entities, |

CONFIDENTIAL                                                    CPB_0389569

| Term | Definition |
|------|------------|
| | including any other entity authorized by PBS. The Interconnection System includes, without limitation, the Non-Linear System |
| IT | Information technology |
| Joint Master Control or "JMC" | The organizations providing centralized master control and other value-added services to the PTV stations that they serve. These may be organized by stations or may be independent commercial provided services. |
| Legacy Systems | The existing systems, where PBS owns the license or rights for the existing system. |
| Linear Distribution | An asset that is broadcast in the same temporal order in which it is received. |
| Live Content | Linear streams that originate directly from a camera, studio, or venue for the initial air date, rather than from pre-recorded media sourced from a playout device. Such content if scheduled again later, would no longer be Live Content |
| Management and Maintenance | The ongoing Management and Maintenance of the NRT File Delivery System for PBS and Service Recipients after Implementation is completed for any given site |
| Master Scheduling Services" or "MSS" | A mechanism to send and receive Linear transmission schedules & Non-linear availability, and trigger Non-linear file delivery in real-time |
| Master Data Management or "MDM" | The processes, governance, policies, standards, and tools that consistently define and manage the critical data of an organization to provide a single point of reference. |
| Media Operations Center" or "MOC" | The PBS facility where media is prepared for future delivery to stations. Functions include tape-to-file ingest, editing, process monitoring and QC operations. |
| Metadata | The set of data that describes and gives information about other data. In file-based systems, metadata can be added electronically to program files and can travel with the program from producer to audience. Metadata follows a specified vocabulary and structure so that specific words or symbols always mean exactly the same thing. This can make using digital assets much easier and is essential for a DAM system and automated workflows. |
| Metadata Operating Specifications or "MOS" | A set of documents that define the metadata specifications for content distributed via the NRT File Delivery System or greater Interconnection System. |
| National Distributors | Entities serving public media clients through distribution services including but not limited to: Creation of fully packaged feeds, rights management, and other media business related services. Currently the National Distributors are APT, NETA & PBS. |
| Near Live | The content sourced from pre-recorded media, but without sufficient time for processing and delivery of a file before the initial air date. Such content, if scheduled again later would no longer be Near Live Content. |
| Network Operations | The primary management and monitoring facility for the PBS linear and non-linear feeds. The combination of staff, hardware and software needed to manage, control, operate and maintain the interconnection network. |

CONFIDENTIAL

| Term | Definition |
|------|-----------|
| Center or "NOC" | |
| Next Generation Interconnection System or "NGIS" | The current (fifth) generation of technology and services for distributing television programming across Public Television (PTV). The program is comprised of Linear Distribution (RT), Non-Linear Distribution (NRT), and Diversity & Redundancy (DDMS). The RFP concerns the first stage of the follow-on program to NGIS. |
| Non-Linear (content / File Delivery) | Programming that is distributed to the Public Television (PTV) community at a speed greater (or less) than its on-air playback speed. It is recorded or transferred into local storage by recipients for playback at a later time and/or date. |
| Non-Real Time (NGIS-NRT) | The satellite-based file delivery service that is part of the NGIS PTV Interconnection System. Providing non-linear (file-based) content distribution functionality. |
| Non-Real Time (NRT - Generic) | The file-based system for distributing content in a non-linear fashion before it is scheduled to be on the air. |
| Non-Real Time (NRT) File Delivery System | The file-based system for distributing content in a non-linear fashion before it is scheduled to be on the air. |
| One Time | One-time charges should include Implementation, Equipment, one time Management and Maintenance charges and any other non-repeating charges across the life of this Agreement |
| Operational Change | A change to the Designated Services themselves (including Service Levels, Operating Level Agreements, Responsibilities, etc.) or any changes to the manner in which the Designated Services are provided that could have a financial, operational, qualitative, or other impact on PBS. |
| Other Providers | The providers providing the other towers to the MSA |
| Parties | The signatories to this Agreement and their successors and permitted assigns. |
| Party | Either of the signatories to this Agreement and their respective successors and permitted assigns. |
| PBS | The Public Broadcasting Service or its elected Designee |
| Public Television or "PTV" | A general term for referring to local stations, national providers of programming and organizations devoted to technical support, management assistance and research |
| PTV Interconnection | The team that manages the system which could be made up of stations, JMCs, PBS, distributors. |
| Real-Time or "RT" | Programming that is live, or near-live, programming, which cannot be distributed using file transfer techniques due to its timeliness of production. Real-Time programming may be distributed using file transfer techniques for subsequent broadcasts. |
| Recurring Charges | Recurring charges should include Management and Maintenance Services, and any charges that are repeated on a regular basis across the life of the Agreement. Recurring charges should be assumed to be on a monthly basis, unless otherwise explicitly stated by the vendor. Recurring charges occur after each wave is operationalized. |

CONFIDENTIAL                                                                                                CPB_0389571

| Term | Definition |
|------|-----------|
| Request For Proposal" or "RFP" | Request For Proposal" or "RFP" is the formal request for pricing, availability and technical approach for the provision of products or services against a functional requirements specification |
| Requirements | Use Cases, Business Requirements, Functional Requirements, and SLA Requirements |
| Root Cause Analysis | The meaning set forth in Schedule B (Service Level Methodology). |
| Service Level | The meaning set forth in Schedule B (Service Level Methodology) |
| Service Level Agreement" or "SLA" | The methodology and metrics to govern performance as measured by Service Levels and Key Measurements and their financial impact. |
| Service Level Credit | The meaning set forth in Schedule B (Service Level Methodology). |
| Service Level Termination Event | The meaning set forth in the MSA |
| Service Recipient | PBS member stations, non-member broadcast stations, and distributors that provide public broadcasting, along with other Persons related to the public broadcasting industry. |
| Software or "software" | Any computer programming code consisting of instructions or statements in a form readable by individuals (source code) or machines (object code), and Related Documentation and supporting materials therefore, in any form or medium. |
| Storage | Consist of the physical and logical storage infrastructure necessary to track and distribute file-based assets registered in the Digital Asset Management System and distributed to stations via the interconnection network. |
| System(s) | An interconnected grouping of manual or electronic processes, including Equipment, Software and associated attachments, features, accessories, peripherals and cabling, and all additions, modifications, substitutions, Upgrades, or enhancements to such System. Systems shall include all Systems in use or required to be used as of the Effective Date, all additions, modifications, substitutions, Upgrades, or enhancements to such Systems and all Systems installed or developed by or for PBS, the Service Recipients or Service Provider during the Term |
| Technical Operating Specifications or "TOS" | A set of documents that define the technical specifications for content distributed via the PTV interconnection system. |
| Technical Requirements | The requirements being developed by the Service Provider based on the Requirements |
| Termination Fee(s) | The fees payable by PBS to Service Provider as a result of PBS's termination of this Agreement, in whole, or termination of individual Service Towers. |
| Terrestrial Broadband | Connectivity that is ground based (e.g., Not satellite) and of sufficient capacity to facilitate timely transfer of media files |
| Third Party | Any person or entity other than a party to the MSA or an Affiliate of a party to the MSA (e.g., third party vendors providing services to PBS or Service Recipients). |

CONFIDENTIAL                                                                CPB_0389572

| Term | Definition |
|---|---|
| **Third Party Equipment** | PBS Third Party Software or Service Provider Third Party Software. |
| **Service Tower or "Tower"** | The logical groupings of services and processes that are functionally aligned in the form of statements of work. |
| **Traffic Advisory Committee" or "TAC"** | A liaison between PBS, national distributors, and traffic and operations departments for all public television stations, defining and disseminating information common to those areas. The group assists in planning, development and execution of key initiatives that affect the PBS traffic and operations discipline. |
| **Transcoding** | The conversion of one digital media encoding to another. This is usually done in cases where a target device (or workflow) does not support the format or has limited storage capacity that mandates a reduced file size, or to convert incompatible or obsolete data to a better-supported or modern format. |
| **Upgrade** | Updates, patch installations, modifications, renovations, refreshes, enhancements, additions, substitutions and/or new versions or releases of Software or Equipment. For purposes hereof, a workaround or fix to Software or Equipment also constitutes an Upgrade. |
| **Version(s)** | Software upgrades that generally add function to existing Software and may be provided by the Software vendor at a fee over and above the standard Software maintenance costs. |
| **Virus(es)** | Computer instructions (i) that without functional purpose adversely affect the operation, security or integrity of a computing, telecommunications or other digital operating or processing system or environment including without limitation, other programs, data, computer libraries and computer and communications equipment, by altering, destroying, disrupting or inhibiting such operation, security or integrity; (ii) that without functional purpose, self-replicate written manual intervention; or (iii) that purport to perform a useful function but which actually perform either a destructive or harmful function. |

*PBS Interconnection Stage 2 Glossary*

This glossary contains terms commonly used when referring to the Interconnection Stage 2 deployment.[4]

| Term | Definition |
|---|---|
| **AIM** | **Avails/Interstitial Manager (24/7 KIDS)**<br>In 2017 the PBS 24/7 KIDS channel was made available to stations via satellite for rebroadcast and multiple system operator (MSO) retransmission in their local designated markets. As part of the rebroadcast, stations can program sponsorship and interstitial content into 65-second breaks at the end of each scheduled program -- referred to as avails (short for availability). The Avails / Interstitial Manager (AIM) distinguishes station-specific streams instead of user- |

---

[4] This glossary was provided to Diversified by the PBS team to use as a reference during the assessment. It is not a deliverable or creation of the Diversified team. The full glossary and its authors are referenced in the bibliography at the end of this document.

CONFIDENTIAL                                                                    CPB_0389573

| Term | Definition |
|------|------------|
| | specific streams, which means all users localized to a station will see interstitial content associated with that station alone. https://docs.pbs.org/display/AVAIL |
| API | **Application Programming Interface**<br>Set of rules and specifications that software programs can follow to communicate with each other. It serves as an interface between different software programs and facilitates their interaction. |
| Approved Partner | Video on demand providers such as MVPDs, vMVPDs, and OTT services |
| Bento | **Bento CMS (v.3)**<br>Bento3 is a flexible content management system for stations to create websites, manage digital experiences, and leverage the Media Manager content libraries. It is designed to meet the needs of stations looking for a simple and integrated solution, as well as stations looking to leverage content throughout the system in unique, customized ways. Bento is fully hosted by PBS and comes at no additional cost to your station. https://digital.pbs.org/products/bento/ |
| Content Delivery | The functionality whereby content is moved from one interconnection site to another and may be inclusive of processing to modify the form factor of the content to meet the needs of the recipient site. A subset of Content Distribution. |
| Content Discovery | Process that enables all users will have the ability to search and discover content provided from all distributors |
| Content Distribution | The overall process of providing content to Interconnection Users. This process may include some or all of the following elements: Transcoding, playout, verified File movement, Business Rule checks, notifications, and stitching of media elements |
| Content Verification | The part of the delivery process to include Anti-Virus Scan, and various verification processes (e.g., TOS & MOS compliance), and other checks to ensure content meets technical and business governance rules for interconnection |
| Contribution Profile | Refers to content intended for studio use (editing etc.) – Currently beyond the scope of this RFP |
| CPB | **Corporation For Public Broadcasting**<br>The United States nonprofit corporation authorized by the federal government in 1967 to develop noncommercial television and radio and to insulate public broadcasters from government interference, as well as uphold the public interest as seen by Congress. CPB funds Public Television (PTV) and radio stations directly with Community Service Grants, supports productivity and revenue-development initiatives through its Future Fund, and funds program production and training through its Radio and Television Program Funds. CPB is located in Washington, DC |
| Curate (tool) | Curate is a content scheduling and curation tool used to program content across various PBS properties, including browser-based experiences, mobile apps, and OTT devices. Curate provides a simple admin interface that stations, and producers can use to program content in advance and target by product. Content is added through collections that are specific to stations and shows. https://docs.pbs.org/display/CB |
| Customer / User | End-user that consumes the content from a distribution source. |

CONFIDENTIAL

CPB_0389574

| Term | Definition |
|------|------------|
| DAM | **Digital Asset Management**<br>• A system of hardware and software that provides the functionality needed for the ingestion, annotation, cataloguing, storage, search, retrieval, and distribution of files (digital assets) including downloading, renaming, backing up, rating, grouping, archiving, optimizing, maintaining, thinning, and exporting files.<br>• The process by which files are tracked and maintained in a central database. |
| DDMS | **Disaster, Diversity, Maintenance Site**<br>The DDMS is the backup/redundant management and monitoring facility for the PBS linear satellite feeds. The combination of staff, hardware and software needed to manage, control, operate and maintain the interconnection network. Co-located with KUON in Lincoln NE. |
| DIG | **Digital Infrastructure Group**<br>An advisory group comprised of digital leaders from PBS, NPR, and member stations, focused on the evaluation of the public media system's "distributed" digital technology infrastructure, and identifying top-line areas which may inhibit the system's sustainability in the rapidly evolving digital media landscape. Key areas of focus: SSO, CMS, CRM, and Data-based Personalization |
| Distribution Profile | Content in its final form, intended to be used to "go on air / be delivered to viewers". This is here to clearly designate the content this system is designed to deliver from the Contribution Profile that is used for other purposes and is not intended for delivery to viewers. |
| Distributor | Service Recipient/Site supplying content TO the interconnection system for distribution to other service recipients.  This is one of several possible roles a Service Recipient/Site can have |
| DMAC | **Digital Media Advisory Council**<br>A group of key digital leaders within the public television system, DMAC members act as advocates for stations and collaborate with PBS Digital to ensure that stations' needs are met, and priorities considered as PBS Digital delivers products and services to the system.<br>https://digital.pbs.org/about/dmac/ |
| Edge | Non-Centralized equipment, functionality, or location (i.e., the "edge" of the national network), often an individual station, distributor, or partner site, providing functionality for only that site, as opposed to centralized location, equipment or functionality supporting all individual sites. Examples would include AWS Storage, Transcoding, and the Vigor NOC Monitoring Facility |
| EMM | **Public Media Enterprise Metadata Model**<br>A set of documents that define the metadata specifications to enable content discovery. |
| Encoding | Encoding is the process of converting data from one type to another, putting the content into a specialized media format for efficient transmission. Media is often encoded to most efficiently use the transmission medium; by encoding digital audio, video, and image files, they can be transmitted in a more efficient, compressed format, compensating for potential transmission errors in lossy transmission channels. The goal of encoding media for transmission is to reproduce at the receive site, an output similar in quality to their original uncompressed counterparts but have much smaller transmission resource |

CONFIDENTIAL

| Term | Definition |
|---|---|
| | requirements. The encoder is matched with a compatible decoder or IRD to received and decode the encoded content at the reception point. |
| ESB | **Enterprise Service Bus**<br>A platform that enables the implementation of a Service Oriented Architecture (SOA) for the exchange of information between Services that drive various operational systems. Services provide a mechanism for abstracting the details of operational systems so that they can be easily modified as needed |
| ETAC | **Engineering Technology Advisory Committee**<br>A twelve-member advisory committee made up of station engineering managers who advise PBS on technology and technology management issues relevant to PBS and its member stations. The ETAC also provides valuable feedback to PBS from member stations. ETAC members are selected by the ETAC membership and by PBS; each may serve up to two consecutive three-year terms |
| Geo-Fencing | A geo-fence is a virtual perimeter for a real-world geographic area. This location-based service allows stations to determine appropriate local content distribution on OTT, MVPD and other online platforms based on viewers requests to approved partners and PTV proprietary viewing platforms. OTA transmission is naturally geo-fenced by the physical limits of the transmission and receiving antennas |
| Ingest | A process within the Stage1 interconnection Storage Services consisting of the following steps: Input, Quarantine, Virus/Malware check, Registration Check, and Quality Control |
| Interconnection System | The system managed and operated by PBS to connect all Public Television (PTV) stations, licensees, and distributors together for the purpose of distributing programming content. The current system is a mix of historic NGIS satellite linear delivery and sIX Stage1 terrestrial, cloud, as a service file-based delivery mechanism |
| Interconnection User | An individual person or an authorized organization or entity or a particular system within an authorized organization or entity.  Currently based upon CSG Qualified stations and national distributors (PBS, APT, NETA and NPR Subcategories: Direct Interconnection User – a CSG qualified station who receives their interconnection through a direct connection to the interconnection provided service(s); Indirect Interconnection User – a CSG qualified station who receives their interconnection service(s) through a JMC organization. |
| IRD | **Integrated Receiver Decoder**<br>An integrated receiver/decoder (IRD) is an electronic device or software that has the ability to capture as well as convert transmitted digital data. An IRD is nothing more than a receiver system that is responsible for not only receiving but also converting the received data into a usable, presentable format to the end user. |
| ITS | **Image Transformation Service (ITS)**<br>The Image Transformation Service (ITS) is a tool that takes large "mezzanine" images and, through the use of transform requests in query strings, dynamically transforms them to a variety of sizes. ITS is also capable of cropping images. Using ITS allows a single image to be modified and used on pages and platforms |

CONFIDENTIAL

CPB_0389576

| Term | Definition |
|---|---|
| | that may require many different image sizes. ITS is connected to a CDN so image retrieval is much faster. https://docs.pbs.org/display/ITS |
| IWG | **Internal Working Group (IWG)** A subgroup of ETAC, TAC and DMAC Distributor and station representatives focused on advising PBS on the functional, operational, and technical aspects of the interconnection system |
| JMC | **Joint Master Control** Organizations providing centralized broadcast master control and other value-added services to the PTV stations that they serve. These may be organized by stations or may be independent commercial provided services. Services provided vary from JMC to JMC. |
| LearningMedia | PBS LearningMedia™ harnesses the best of public media from PBS, WGBH, and over 200 public media partners to provide educators instant access to tens of thousands of classroom-ready, digital resources including videos, interactives, audio, photos, and in-depth lesson plans. https://docs.pbs.org/display/DLM |
| Linear | Linear distribution refers to an asset that is broadcast from a source to a recipient in the same temporal order in which it is received. |
| Live | Linear distribution refers to an asset that is broadcast from a source to a recipient in the same temporal order in which it is received. |
| Localization | Localization refers to the act of determining a digital user's local PBS station according to the area in which they live. This area is determined through the user's IP address and mapped to their ZIP code. NOTE: This service is being re-defined due to major changes in the industry's handling of IPv6 https://docs.pbs.org/display/localization |
| MDM | **Master Data Management** It comprises the processes, governance, policies, standards, and tools that consistently define and manage the critical data of an organization to provide a single point of reference. |
| Media Manager | **Media Manager** A PTV administrative tool used by PBS, national producers, and local stations to publish video, and associated assets and metadata, online and to PBS.org, Mobile and OTT applications, the Partner Player, and connected television devices. https://digital.pbs.org/products/media-manager/ |
| Member | A subset of customers or have an affiliation with a station. Sometimes referred to as "active" or "inactive" depending on system state |
| Metadata | Set of data that describes and gives information about other data. In the current file-based interconnection system, some metadata is added electronically to program files and travels with the program from source to destination, but the majority travels separately with reference points to ensure the file and metadata remains linked. |

CONFIDENTIAL                                                                    CPB_0389577

| Term | Definition |
|------|-----------|
| | In the current linear broadcast content delivery system, some amount of metadata is embedded in the content stream itself, but the majority travels a separate path and requires reference points to remain linked.<br><br>Regardless of the content delivery mechanism (linear, non-linear) Metadata follows a specified vocabulary and structure so that specific words or symbols always mean exactly the same thing. This makes using assets much easier and is essential for automated processes and workflows |
| mVAULT | **Membership Vault (mVault)**<br>A key component of Passport, the Membership Vault (MVault) is a membership registry system that enables stations to provide conditional access to premium PBS digital features. It allows stations to manage the relationships between its members and online offers and acts as a gatekeeper for online digital services. https://docs.pbs.org/display/PLUS |
| **National PTV Distributors** | Entities serving Public Media Clients distribution services including but not limited to: Creation of fully packaged feeds, rights management, and other media business related services. Currently the National Distributors are APT, NETA & PBS. |
| **Near Live** | Content sourced from pre-recorded media, but without sufficient time for processing and delivery of a file to stations before the initial OTA air date. Such content, if scheduled for broadcast again later would no longer be Near Live Content. |
| **NGIS** | **Next Generation Interconnection System**<br>The previous (fifth) generation of technology and services for distributing television programming content across Public Television (PTV). The program was funded through September 2016, and is comprised of Linear Distribution (RT), Non-Linear Distribution (NRT), and Diversity & Redundancy (DDMS).  Some aspects (Linear, DDMS) remain functional, complimenting sIX Stage1 file delivery services, but are the focus of the current sIX Stage2 work. |
| **Non-Linear** | Non-Linear (content / File Delivery) distribution refers to programming that at a speed greater (or less) than its play speed. It is recorded or transferred into local storage by recipients for use at a later time and/or date. Transmission does not have to be in the same temporal order in which it is received |
| **NRT (Generic)** | **Non-Real Time**<br>Any file-based system for distributing content in a non-linear fashion before it is to be used. |
| **NRT (NGIS)** | **Non-Real Time (NGIS-NRT)**<br>The satellite-based file delivery service that was part of the NGIS PTV interconnection system (v5). Providing non-linear (file based) content distribution functionality and was replaced by sIX Stage1 functionality.  No longer in service as of 12/31/2019 |
| **Passport** | Passport is a member benefit offered by participating PBS stations that grants eligible donors extended access to an on-demand library of public television programming online. The Passport platform is managed by the PBS Digital team, while the service to members is administered by the participating stations. |
| **PBS MOC** | **Media Operations Center** |

CONFIDENTIAL

| Term | Definition |
|------|------------|
| | The PBS MOC is the facility where PBS and APT distributed media is prepared for future delivery to stations and online platforms. Functions include tape-to-file ingest, editing, process monitoring and QC operations |
| **PBS NOC** | **Network Operations Center** <br> The PBS NOC is the primary management and monitoring facility for the PBS linear and non-linear content distribution to stations. In addition to distribution functions, the NOC is also the combination of staff, hardware and software needed to manage, control, operate and maintain the linear interconnection services |
| **PIDS** | **PBS Identity Service (PIDS)** <br> PIDS provides a way for customers (end-user that consumes the content from a distribution source) to establish a unique PBS profile and maintain a singular identity across all PBS public-facing websites and mobile/OTT apps. <br><br> Station User or Station Admin: a station employee that is using one of our internal tools <br> Producer: Program Content provider <br> Producer User or Producer Admin: a station employee that is using one of our internal tools <br> Customer or user: end-user that consumers the content from a distribution source. IE somebody visiting pbs.org. <br> Member: a subset of customers or have an affiliation with a station. Sometimes referred to as "active" or "inactive" depending on system state |
| **Produce User / Producer Admin** | A station employee that is using one of our internal tools |
| **Producer** | Program Content provider |
| **PTV** | **Public Television** <br> A general term for referring to local stations, national providers of programming and organizations devoted to technical support, management assistance and research. |
| **PTV Proprietary Viewing Platform** | Video streaming application provided by a PTV distributor allowing consumers to find and view PTV content online and via mobile devices. |
| **PTV Stations** | Local Public Television stations / due paying members of the system |
| **Public Media ID (SSO)** | A proposed Single Sign-On service (SSO) to be managed and operated jointly by PBS and NPR for use by the national orgs, member stations, non-member stations, and other Public Media partners like APT and NETA. |
| **Qualified JMC** | *Qualified* Joint Master Controls (see JMC definition) are those that can fulfill providing the defined interconnection services for linear and file-based content to their respective nodes as defined in the business requirements, use cases and functional requirements. |
| **RFP** | **Request For Proposal** <br> Formal request for pricing, availability, and technical approach for the provision of products or services against a functional requirements specification |
| **RT** | **Real-Time** <br> Real-Time programming is live, or near-live, linear programming that is broadcast from a source to a recipient in the same temporal order in which it is |

CONFIDENTIAL                                                                   CPB_0389579

| Term | Definition |
|---|---|
| | received, and which cannot be distributed using file transfer techniques due to its timeliness of production. |
| Service Recipient | Site/user being supplied interconnection services, as designated by CPB |
| Service Recipient - Direct | Site/user connected directly to the interconnection system - may be a CPB designated service recipient, or a designee contracted by a CPB designated service recipient |
| Service Recipient - Indirect | Site/user not connected directly to the interconnection system - may be a CPB designated service recipient, or a designee contracted by a CPB designated service recipient. |
| SLA | **Service Level Agreement**<br>Methodology and metrics to govern performance as measured by Service Levels and Key Measurements and their financial impact. |
| SSO | **Single sign-on (SSO)**<br>A session and user authentication service that permits a user to use one set of login credentials (e.g., name and password) to access multiple applications. SSO can be used by enterprises, smaller organizations, and individuals to mitigate the management of various usernames and passwords. |
| Station Manager | Station Manager enables designated station staff users to administer global localization assets and metadata like logos, URLs and contact information. https://digital.pbs.org/products/station-manager/ |
| Station User / Admin | A station employee that is using one of our internal tools |
| Storage Service | The Stage1 Storage services consists of the physical and logical storage infrastructure used to distribute file-based assets.  Similar functionality will likely be needed for Stage2, format TBD |
| TAC | The TAC is a liaison between PBS, national distributors, and traffic and operations departments for all public television stations, defining and disseminating information common to those areas. The group assists in planning, development and execution of key initiatives that affect the PBS traffic and operations discipline |
| Terrestrial Broadband | Connectivity that is ground based (e.g. Not satellite) |
| TOS | **Technical Operating Specifications (TOS)**<br>A set of documents, some of which define the technical specifications for broadcast content and broadcast content distribution mechanisms to ensure functional compatibility across all PTV sites. |
| Tower | Logical Groupings of Services and processes |
| Transcoding | Transcoding is the conversion of one digital media encoding to another. This is usually done in cases where a target device (or workflow) does not support the format or has limited storage capacity that mandates a reduced file size, or to convert incompatible or obsolete data to a better supported or modern format. |
| TV Listings Manager | The TV Listings Manager is an administrative console that provides a simple way for stations to update their schedule listings for PBS Digital products. These are the listings people see when they visit a station's website using the PBS-provided module or have integrated the PBS TV Schedule API into your own -- or when visiting localized versions of PBS.org or the PBS Video mobile apps. https://digital.pbs.org/products/tv-listings-manager/ |

CONFIDENTIAL    CPB_0389580

| Term | Definition |
|---|---|
| tVAULT API | **Transaction Vault (tVault) API**<br>Transaction Vault (tVault) is a PBS Digital product that collects, on behalf of stations, transaction data from any platform that PBS maintains. Currently, only the web-based Passport donation form is active. Amazon Fire TV is forthcoming.<br>https://docs.pbs.org/display/TVA |
| Vigor NOC | **Network Operations Center**<br>The Vigor NOC is the primary management, monitoring and support facility for the interconnection non-linear content distribution system. The Vigor NOC is located in San Diego, CA. |

*NPR Distribution Glossary*

This glossary contains terms generally used by NPR in relation to Distribution and the Interconnection System[5]

| Term | Definition |
|---|---|
| Advanced Audio Coding (AAC) | An audio coding standard for digital audio compression. Designed to be the successor of the MP3 format, AAC generally achieves better sound quality than MP3 at similar bit rates |
| Antenna/Antennae | A device used for receiving radio frequencies. |
| Backup Network Operations Center (BuNOC) | Located at Minnesota Public Radio in St. Paul, the BuNOC becomes the central control and operations point for the PRSS's file-transfer and streaming functions in the event the Network Operations Center in Washington, DC, is taken offline. |
| Bandwidth | A section of the electromagnetic spectrum between two frequencies. Each satellite system carrier has, in addition to a center frequency, a specified range of frequencies that determine the carrier's ability to carry complex or detailed signals. The bigger the channel bandwidth, the better-quality audio it can carry. Narrow band channels (about 50 kHz side) can only carry voice-grade audio (3, 4, 5, or 7.5 kHz of dynamic range). Wide band channels (about 200 kHz) can carry high quality audio (15 or 20 kHz of dynamic range). An entire satellite transponder (40 MHz wide) can carry one color television signal. |
| Breaking News Channel | NPR's 24-hour dedicated live-stream channel for high priority news events. The channel is also reserved for emerging news that might require station schedule and program format adjustments |
| Broadcast Services | A broadcast service represents a radio station's scheduled programming, intended for air to its listeners. A station may have |

---

[5] The NPR Distribution Glossary was provided to Diversified during the RFI process. The glossary is not a deliverable from Diversified and was used as a reference during the assessment. The full glossary and its authors are referenced in the bibliography at the end of this document.

CONFIDENTIAL                                                                                    CPB_0389581

| Term | Definition |
|---|---|
| | multiple broadcast services, such as one with a news & talk format and one with a classical format. In ContentDepot, Broadcast Services are a new way of thinking about how stations subscribe to programs, receive episodes, and schedule content for playback and listener consumption |
| Codec | A device used to compress or decompress digitized broadcast-quality audio or video content transmitted over an Internet-protocol (IP) network |
| ContentDepot® | The PRSS ContentDepot is public radio's national program distribution system. The ContentDepot uses a combination of Internet and satellite technologies to offer automated content delivery services to stations. Both live and pre-recorded programs are distributed via the ContentDepot, as well as accompanying marketing and promotional materials and modules. |
| Database | A collection of information that is organized so that it can easily be accessed, managed, and updated. |
| Dish | Slang name for satellite antenna |
| Distribution/Interconnection Fee (D/I Fee) | An annual fee paid by interconnected stations for access to programming distributed via the PRSS |
| DVB-S | The original digital video broadcasting standard for satellite television. It was first released in 1995 and is used via satellites serving every continent of the world. DVB-S is used in both multiple channel per carrier (MCPC) and single channel per carrier modes for broadcast network feeds |
| DVS-S2 | A digital video broadcasting standard for a satellite transmission system developed by the DVB Project designed as a successor standard for DVB-S. It makes use of the latest modulation and coding techniques to deliver performance that approaches the theoretical limit for such systems. DVB-S2 will gradually replace DVB- S in the future, as new HD services entice users to upgrade their receivers to more efficient DVB-S2 models |
| File | Content that is pre-recorded and delivered to stations intact as a file, based on specified file-formats |
| File Transfer Protocol (FTP) | A protocol that allows the direct transfer of static files (ASCII text files or binary files such as sound files created in a DAW) from one networked system to another using the Internet. Files are made available for transfer by the administration of an FTP server. Individual users are able to interact with the FTP server by uploading or downloading files to or from the FTP server by using an "FTP Client" on their local networked PC. The client authenticates or logs the user into the FTP server by using either the IP address of the server or the server's registered domain name. Once logged in to the FTP server, the individual files are selected for transfer, either for uploading or downloading, and the transfers are initiated by the execution of a "start transfer" command |
| Fixed Tuning | The process of keeping a satellite receiver permanently tuned to a desired live audio stream |

CONFIDENTIAL                                                                                              CPB_0389582

| Term | Definition |
|---|---|
| Forward Error Correction (FEC) | A technique used by a receiver for correcting errors incurred in transmission over a communications channel without requiring retransmission of any information by the transmitter. Typically involves a convolution of the transmitter using a common algorithm and embedding sufficient redundant information in the data block to allow the receiver to correct |
| Geosynchronous Satellite | A satellite placed in the geosynchronous orbit with an orbital period matching the Earth's rotation period. These satellites take 24 hours to complete one rotation around the earth. A satellite in geoschryonous orbit is at an altitude of approximately 35,786 km (22,236 mi) above mean sea level. |
| Ground System | A collection of station technical assets - including antenna, cabling and receivers - used to downlink live program streams and pre-recorded program files from a broadcast satellite |
| Ground System Refurbishment | Work focused on the relocation, repair or replacement of station downlink equipment, including satellite antenna and cabling |
| Head-End | (see Network Operations Center) |
| HUB ("The HUB") | An NPR Distribution service that allows regional-station networks to send programming to their stations without the need or expense of operating a local satellite uplink. Regional networks send their programming to The Hub via the Internet where it is uplinked to the PRSS satellite, which will then delivers it to a regional network's station downlinks |
| Hypertext Transfer Protocol Secure (HTTPS) | A protocol for secure communication over a computer network that is widely used on the Internet |
| Internet-Only Stations | As an alternative to satellite delivery of programs, interconnected stations can use the ContentDepot to request delivery of pre-recorded (file-based) public radio programming via the Internet (this service does not include live or real-time programs, as those can only be delivered via satellite). |
| Internet Protocol (IP) | Network layer protocol in the TCP/IP communications protocol suite. IP contains a network address and allows messages to be routed to a different network or subnet. It is a specific type of framing protocol that allows digital information to be packaged and transported in a way that allows easy routing of information from one computing device to another. IP "packets" can be transported over physical wires (for example, using the "Ethernet" protocol), over optical cables (for example, using the "Gigabit Ethernet" protocol), over wireless communications devices (for example, over the 802.11b protocol) or even encapsulated into other protocols (for example, encapsulated into a Digital Video Broadcast or DVB stream). Other protocols, such as TCP (Terminal Control Protocol), RTSP (Real-Time Streaming Protocol) and HTTP (Hyper-Text Transport Protocol) can be encapsulated into IP streams. |
| Latency | Latency is the delay between a user's action and a web application's response to that action, often referred to in networking terms as the total round trip time it takes for a data packet to travel. |

CONFIDENTIAL    CPB_0389583

| Term | Definition |
|------|-----------|
| **Live Program** | Any program that is sent from the PRSS NOC (see Network Operation Center) through the ContentDepot system in real-time to the station. By definition it is a stream and not a file. |
| **Live with Subsequent File (LWSF)** | A live program stream that is recorded by the PRSS NOC (see Network Operations Center) for redistribution to stations as a file |
| **Low Earth Orbiting Satellite** | A low earth orbit (LEO) satellite is an object, generally a piece of electronic equipment, that circles around the earth at lower altitudes than geosynchronous satellites. LEO satellites orbit between 2,000 and 200 kilometers above the earth. |
| **Megahertz (MHz)** | One million Hertz. One million cycles per second. Used to measure band and bandwidth. Also used by the computer industry to mean millions of clock cycles per second, a measure usually applied to the computer's main microprocessor |
| **Metadata** | The information, or data, that accompanies a piece of digitized content, such as a video or audio clip, graphic, or script. Examples of metadata include description, subject heading, file format, author/producer, rights holder, etc. |
| **MetaPub** | NPR Distribution's proprietary platform for delivering national-level program metadata to interconnected stations. |
| **MP2** | An audio compression format also known as MPEG-1 Layer II |
| **MP3** | An audio compression format also known as MPEG-1 Layer III |
| **Multiple Channels Per Carrier (MCPC)** | A delivery technology that places multiple channels on a single satellite carrier |
| **Network** | A group of two or more broadcast stations that are linked together. |
| **Network Operations Center (NOC)** | The central control and operations point for the PRSS's file transfer and streaming functions. Located at NPR's headquarters building in Washington, DC, the NOC is staffed 24 x 7 and is responsible for supervising all satellite carriers on the PRSS, quality control on the distribution of ContentDepot delivered content, monitoring all shared-use services (regional networks), program scheduling, and managing the PRSS Help Desk. |
| **Program Associated Data (PAD)** | Program Associated Data (PAD) or Program Service Data (PSD) is a concept related to broadcasting that consists of a number of different fields or streams which are displayed on many HD Radio and satellite radio receivers in order to describe the program being transmitted. This is intended to be seen by the listener as the program is heard. |
| **Public Radio Satellite System (PRSS)** | Managed by NPR Distribution, the PRSS is the network through which thousands of hours of news, music, and specialized audience programming are delivered every year to public radio stations throughout the United States. |
| **PBS V6** | A next generation interconnection system proposed by PBS that is a terrestrial fiber-based network with satellite backup. It uses mesh connectivity to provide stations with bi-directional content delivery. |
| **Platform** | A framework or stage – including hardware or operating system - on which computer programs or content distribution system can run. |

CONFIDENTIAL                                                                                    CPB_0389584

| Term | Definition |
|------|-----------|
| Playout | The transmission of radio or TV content from the broadcaster to broadcast networks that delivers the content to the audience. |
| Pull | A style of content delivery where the request for the content initiated by the receiver or station. |
| Push | A style of content delivery where the request for the content initiated by a central server which pushes the content to a receiver or station. |
| Radio Frequency (RF) | Any frequency that can be fed to a local antenna and radiated to a remote antenna to allow for communication over a distance. Generally, any frequency over about 30 kilohertz (30,000 vibrations per second) |
| Receiver | Hardware provided to stations to receive content via the satellite (see also Storage Receiver). |
| Satellite Stations | PRSS Interconnected stations that receive live program streams and file programs primarily via satellite. |
| Single Channel Per Carrier (SCPC) | A delivery technology that places a single channel on a single satellite carrier |
| SFX2100 | The first generation of ContentDepot receivers specifically designated for receiving file-based programs only. |
| Solar Outage | A solar or sun transit outage is an electromagnetic phenomenon wherein a station downlink is temporarily unable to receive a satellite signal due to interference from the sun as it passes behind the satellite. Solar outages occur on a predictable schedule and affect downlinks in the U.S. for about five consecutive days, for as much as six minutes a day in the spring and fall. |
| Squawk Channel | Also known as "NPR Squawk" is a 24-hour dedicated audio channel that NPR uses to communicate in-the-moment programming updates. Squawks are short verbal messages from the NPR newsroom about breaking news (see  Breaking News Channel) and about urgent changes to news programs that are on the air, as well as alerts about special coverage |
| SR2000 Pro | The first generation of ContentDepot receivers specifically designated for receiving live streams only |
| SR4104 | The second generation of ContentDepot receivers specifically designated for receiving live stream and file-based programs. |
| Stream | A compressed, digitally encoded representation of a radio program broadcast in a format ready for real time decoding and immediate playback. |
| Stream Receiver | The first generation of ContentDepot receivers specifically designated for receiving live streams only. These devices were manufactured by IDC and known as the SR2000pro. |
| Store and Forward | The ability to store pre-recorded program files for playback at a later date and time |
| Storage Receivers | The first generation of ContentDepot receivers specifically designated for receiving file-based programs only. These devices were manufactured by IDC and known as the SFX2100. |

CONFIDENTIAL                                                                                                    CPB_0389585

| Term | Definition |
|------|------------|
| **Transponder** | A portion of a satellite's total signal carrying capacity. Most broadcast communications satellites are divided into 24 transponders of equal bandwidth. A transponder can transmit one color video signal with audio sub-carriers or may be used for digital or analog audio distribution of between 20 and 100 channels depending on transmission format. |
| **XDS PRO4S** | The third generation of ContentDepot Receivers specifically designated for receiving live-stream and file-based programs. |

CONFIDENTIAL                                                          CPB_0389586