# **EXHIBIT E**



June 22, 2021

TO:             CPB Board of Directors
THROUGH:   Pat Harrison
FROM:         Michael Levy
                   Kathy Merritt

SUBJECT:    Update on Public Radio Interconnection

CPB Board and management work closely together as careful stewards of the federal appropriation for interconnection. Management has been engaged in discussions with NPR on the next phase of radio interconnection since September 2020 and expected to seek the Board's approval at the June meeting to negotiate a new agreement with NPR. After our initial review of the NPR proposal and analysis from our outside consultant One Diversified (Diversified), we have determined that additional due diligence is required before moving forward with negotiations on a new agreement. Management will extend the current agreement for one year to have the time needed to further scrutinize the proposal, obtain necessary information, and negotiate a new agreement that reflects CPB's commitment to responsible stewardship of federal funds. No action is required of the Board at this time as the extension would fall within the Board's approval in October 2017 of up to $53.5 million in radio interconnection funds based on NPR's original ten-year request.

**Background**

The current $25.8 million agreement for radio interconnection spans four years and ends on September 30, 2021. CPB began discussions with NPR on renewal of funding for radio interconnection in September 2020. At the same time, CPB asked Diversified to update its overall assessment of public media interconnection to focus solely on the Public Radio Satellite System (PRSS). Over the course of eight months, CPB and Diversified probed the staffing, systems, operations, practices, equipment, and finances of PRSS, at times receiving insufficient responses to our requests for information from a less than fully transparent NPR.

Further, CPB has been clear throughout its discussions with NPR that our priority continued to be the development of a single public media interconnection system that effectively uses technology to deliver content in the most cost-efficient manner possible. Consistent with this position, Diversified has advanced ideas that are commonplace in commercial radio, such as a rapid and full transition to using the internet to deliver non-real time content. NPR, however, continues to staunchly defend its use of satellite bandwidth as the most effective, affordable way to deliver radio content and did not address the idea of making a full transition to internet-based delivery in their proposal.

1

CONFIDENTIAL                                                                                                             CPB_0389878

NPR delivered its proposal to CPB on May 27, 2021. Based on our review, it was clear that NPR ignored the guidance from CPB as well as the recommendations from Diversified that would have PRSS move to a primarily IP delivery system. CPB was disappointed with NPR's continued commitment to the status quo use of existing systems and approaches, as well as the absence of explanation or context for many of its proposed project activities and expenses.

The $18.5 million cost of implementing the three-year proposal exceeds by $6.469 million, or 54 percent, the $12.07 million projected by NPR in 2017 for fiscal years 2022, 2023, and 2024. Included in the proposal is $5.12 million in new capital spending, which is surprising given that NPR recently completed a near total replacement of its Network Operating Center and Backup Network Operating Center, in addition to a replacement of receivers at every PRSS station. This new capital spending includes $1.9 million for the replacement of Cisco Nexus Routers, which Diversified recommends be delayed until 2025. NPR also proposed other capital expenditures, such as for new virtual servers, that are more difficult to assess, because NPR has provided little information as to why they are needed. Diversified calculates the virtual servers would cost approximately $1.8 million, but they would need NPR to provide significantly more detail in order to be able to properly evaluate this purchase.

The lack of detail provided by NPR is not limited to capital projects, however. Numerous internal projects lack business justifications or even documentation of support from PRSS users. Although some of these projects would be of value incrementally to PRSS' functionality, none are central to interconnection. In its evaluation, Diversified contends that not only are these projects not critical to PRSS operations, but potentially all of them could be delayed or cancelled without any operational impact on PRSS services.

The lack of detail in the proposal's budget is even more striking. Although NPR asked CPB if it could present the proposal's budget in an abbreviated format, promising more detail if required, the budget NPR presented provides scant insight as to how the interconnection funds would be spent.

There are other instances where Diversified's recommendations, CPB's expectations and NPR's vision were not in alignment. For example, Diversified recommended that NPR research future technology options for radio interconnection. CPB expected that NPR would include funding for the study within its proposed budget. NPR decided not to include the study in its budget, stating that it will instead submit a separate request to CPB to fund such a study.

Given the gap between information needed by CPB and information provided by NPR/PRSS, including a lack of budget detail, CPB management firmly believes that reaching a new agreement with NPR by September 30th is not realistic. Instead, CPB management proposes to offer NPR a one-year amendment to the current agreement to provide NPR with the funding it needs to continue critical interconnection services to all public radio stations while these aforementioned issues are resolved.

CONFIDENTIAL                                                                                                                                       CPB_0389879

**Next Steps**

CPB will work with NPR to extend the current agreement for one year. We will need to negotiate the final total for the 12-month period, ending on September 30, 2022. We anticipate the amount will be approximately $4 million, reflecting what NPR submitted in its ten-year plan to CPB.

Subsequently, CPB will begin working on a two-year agreement with NPR that will run from October 1, 2022 to September 30, 2024. The end of this agreement will coincide with the end of the current PBS interconnection agreement, giving CPB an opportunity to explore the potential for efficiencies and shared technologies with the two systems.

To facilitate the work ahead, CPB will need detailed submissions from NPR that include business justifications for the capital and internal projects they are proposing, as well as detailed budgets.

Although CPB management agrees with Diversified's assessment of PRSS and its evaluation of NPR's proposal regarding unnecessary capital expenses and internal projects, we will need to carefully consider Diversified's principal recommendation that NPR/PRSS outsource the delivery of its non-real time content via the internet. CPB believes that public radio system input should be obtained, as well as a review of the lessons learned by PBS and the public television system, which took a similar step. It should be noted that the public radio system has more than twice the number of interconnected stations than the public television system. Further, it took PBS two years to make a similar transition, following a lengthy stakeholder engagement and RFP process. CPB will need to consider the costs, benefits, and timeline for such a transition on behalf of the public radio system.

As CPB management moves to extend the current agreement and begin work on a new two-year agreement with NPR, we will update the Board on our progress. Our goal is to complete the extension of the current agreement by September 30, and to complete negotiations on a new two-year agreement in the ensuing eight months.

CONFIDENTIAL                                                                                              CPB_0389880