# **<u>EXHIBIT F</u>**



Emerging Technology & Solutions



ASSESSMENT OF PUBLIC MEDIA'S INTERCONNECTION SYSTEMS – FINAL REPORT
NPR ONLY
UPDATED February 09, 2022

**Corporation for Public Broadcasting**



Washington, DC

CONFIDENTIAL                                                          CPB_0193450

## Table of Contents

**Executive Summary** ..................................................................................................................**4**

    This Document ...................................................................................................................... 8

**1   The Public Radio Interconnection System** ............................................................**10**

    1.1   Services Provided ...................................................................................................... 10

    1.2   Central Facilities ....................................................................................................... 11

    1.3   Operations................................................................................................................. 13

    1.4   Public Radio Station Content Reception ................................................................ 14

    1.5   Upgrade Project - Public Radio Satellite System Refresh .................................... 15

    1.6   Sustainability of Key Components ......................................................................... 16

    1.7   Long-Term Platform Viability .................................................................................. 17

**2   Financial Analysis** ......................................................................................................**24**

    2.1   PRSS Interconnection System Project Plan .......................................................... 24

    2.2   PRSS Interconnection Phase 1 Budget ................................................................. 27

    2.3   PRSS Project, Phase 1 Actual Spending versus Phase 1 Budget ......................... 29

    2.4   Capital Investment .................................................................................................. 29

    2.5   Service Provider Costs ............................................................................................ 29

    2.6   Cost Savings Opportunities .................................................................................... 30

**3   Industry Practice** ........................................................................................................**33**

    3.1   Commercial Broadcast Radio .................................................................................. 33

    3.2   Alignment with Technology Trends ....................................................................... 34

    3.3   A Vision for the Future ............................................................................................ 35

**4   Recommendations** .....................................................................................................**37**

    4.1   Continue use of C-band satellite delivery for realtime content delivery................ 37

    4.2   Outsource File-Based Distribution .......................................................................... 37

    4.3   Continue collaboration with PBS ........................................................................... 38

    4.4   Provide PRSS services over sIX .............................................................................. 38

    4.5   Re-evaluate public media interconnection management structure ...................... 39

    4.6   Study PRSS Connectivity Alternatives ................................................................... 39

    4.7   Study Alternatives to ContentDepot....................................................................... 39

    4.8   Station Satellite Dish Replacement Program ......................................................... 40

**5   One-Year Extension Agreement for PRSS Interconnection Funding**............................**42**

    5.1   Executive Summary ................................................................................................. 42

    5.2   Financial Analysis .................................................................................................... 43

    5.1   PRSS Interconnection System Project Budget One-Year Extension ..................... 43

    5.2   PRSS Interconnection System Project Budget One-Year Extension versus 2017 Project Plan 44

CONFIDENTIAL

5.3   Salaries, Benefits, and Occupancy ........................................................... 45

5.4   Capital Projects ....................................................................................... 46

5.5   Satellite Expenses................................................................................... 46

**6    CAPITAL PROJECT ASSESSMENTS AND RECOMMENDATIONS ....................... 46**

6.1   Cisco Support Contract (A.1) .................................................................. 46

6.2   Splunk (A.1.2 ) ....................................................................................... 47

6.3   Glowlink (A.1.3) ...................................................................................... 47

6.4   Network Hardware Replacement (A.2:1) .................................................. 47

6.5   CODECS (GatesAir Ascent) (A.2.2) ......................................................... 48

6.6   Server Virtualization (A.2.3) .................................................................... 48

6.7   Workstation Lifecycle Management (A.2.4) .............................................. 49

6.8   Architectural Improvements (A.3.1) ......................................................... 50

6.9   Vaadin Upgrade and Maintenance (A.3.2) ............................................... 51

6.10  Ground Equipment and Replacement (GEAR) (A.4.1) ............................... 52

6.11  Satellite Capacity and Insurance (A.5) .................................................... 53

6.12  Customer Experience .............................................................................. 53

6.13  Collaboration With PBS (C.1) .................................................................. 54

6.14  Prototype Of Terrestrial Distribution of Files (C.2) .................................... 54

6.15  Coordination And Management (D) .......................................................... 55

**7    SUMMARY OF RECOMMENDATIONS ........................................................ 55**

7.1   Projects that Diversified recommends be approved. ................................. 56

7.2   Projects that Diversified recommends be delayed or disapproved. ............. 57

7.3   Ground Equipment Replacement ............................................................. 58

7.4   Coordination And Management ............................................................... 58

**Glossaries............................................................................................... 67**

**References .............................................................................................. 71**

CONFIDENTIAL                                                                                          CPB_0193452

# Executive Summary

In September 2019, CPB engaged Diversified to conduct financial, structural, and functional assessments of the existing Public Television (sIX) and Public Radio (PRSS) Interconnection Systems operated by PBS and NPR. Diversified also evaluated the technical infrastructure of these systems for efficiency, effectiveness, and adaptability. In conjunction, Diversified also evaluated potential opportunities for shared efficiencies and synergies between the two interconnection systems.

In June 2020, Diversified delivered its Public Media Interconnection System Final Assessment to CPB. Since completion of that report, there have been a number of discussions between CPB, Diversified, and NPR regarding the assessment of the PRSS. Diversified was asked by CPB to provide an update to the June 2020 assessment to incorporate feedback and additional information provided by NPR and to share our subsequent analysis based on inclusion of that information. On August 6, 2021, NPR submitted the PRSS "REQUEST FOR ONE-YEAR EXTENSION OF AGREEMENT FOR FEDERAL INTERCONNECTION FUNDING" to CPB. Diversified was asked by CPB to provide an assessment of this One-Year PRSS Budget Extension request and to include that assessment as an additional update to the June 2020 assessment.

Diversified's assessment of PRSS, like the one made of the television interconnection system, has been an iterative process with several extensive requests for information (RFIs) to NPR and follow up conversations. The information recently provided was combined with thousands of pages of documentation previously collected from NPR and interviews with individuals throughout the public media landscape to gather their perspectives on the current interconnection systems and their expectations for the future. From this effort, Diversified has identified a set of observations and developed a number of recommendations regarding PRSS.

1. Diversified found that while it is appropriate for PRSS to continue using C-band satellite technologies for realtime delivery services at this time, the next three years should be used as an opportunity to identify potential alternatives to C-band distribution that may be more efficient and cost effective. C-Band satellite has been the technology of choice for radio network distribution by all major radio networks since the late 1970s. It provides low-cost reliable connectivity to even the most remote locations and is ideally suited for one-to-many distribution architectures like network distribution.

   In our June 2020 assessment, we noted that C-band frequencies are being reallocated by the FCC to support alternative uses like 5G and could become significantly more expensive in the near future. NPR has reported that its existing satellite bandwidth agreement with Intelsat guarantees current bandwidth pricing until 2029. Diversified believes this mitigates concerns regarding potential bandwidth cost increases.

   With funding supplied by the current grant, NPR has completed a refresh of the hardware and software supporting the PRSS. This hardware refresh included purchasing new receivers for all receive sites. These new receivers have the ability to work over either Internet Protocol (IP) terrestrial or satellite connections. This means the new receivers will continue to be usable for program distribution should NPR decide to migrate away from satellite to a terrestrial IP network for content delivery in the future.

CONFIDENTIAL    CPB_0193453

2. Diversified recommends that NPR consider transitioning file-based, non-realtime distribution services to internet delivery by a managed service provider. Internet delivery for file-based programs is available, reliable, and more cost effective than satellite delivery. Most if not all of the media industry has already begun using the public internet for file-based content delivery. This includes the Public Television Interconnection System which successfully transitioned file- based distribution for television programs to a third-party vendor as part of Stage 1 of the sIX Interconnection System Project. Diversified expects outsourcing non-realtime distribution would save costs. To determine the exact savings would require a more detailed analysis along with the issuance of an RFP that could provide more exact internet-based distribution costs for comparison.

3. Diversified has examined a number of possible collaboration opportunities between the television and radio Interconnection groups, including combining the two current Interconnection Systems into a single solution. Diversified does not recommend combining these two distribution systems, at this time, for a number of reasons.

   The two systems are currently very different. They deliver different types of content to different locations. The Network Operations Centers (NOCs) and Back-up Network Operations Centers (Bu-NOCs) also require different equipment. There are 365 receive points for PRSS and 174 for sIX. Only 41 of these 539 total locations served by the two networks are common. The sIX network is built on a private MPLS terrestrial fiber network. This solution is practical for distributing television programs, and there is widespread use of this technology throughout the television industry. It is, however, not currently financially feasible to use sIX for radio distribution beyond the sites that are currently co-located with connected public TV stations. The individual MPLS connections that connect the TV stations to the sIX network are far too expensive for distribution to individual radio stations. When lower cost connections become available, combining these two systems will be more feasible.

   Combining the existing interconnection systems into a single service that supports Radio and Television depends primarily on the availability of new reliable low-cost alternatives to MPLS as the last-mile connectivity solution for radio stations, and that technology should be available in three years. With planning and intention, combining the two systems should be a realistic goal within five years for all content.

   While combining operations is not recommended to take place immediately, there are opportunities today for additional synergies between NPR and PBS.

   a. Continue efforts to provide PRSS services via sIX to the sites that are co-located and not served by any joint master control. This pilot project focuses on the development of solutions that support the terrestrial distribution of audio content via the sIX network. This includes a project to demonstrate how the sIX network could support the sharing of linear audio streams for radio broadcasts and explores the use of sIX as a contribution network through which producers would provide audio programming for PRSS distribution. The pilot project will allow NPR to identify and resolve any issues regarding future migration to IP distribution and

CONFIDENTIAL                                                                                                      CPB_0193454

provide valuable feedback that can be used for an analysis of costs and benefits associated with delivering PRSS services over a terrestrial network. Diversified also recommends consideration be given to allowing this pilot to become the starting point for a possible transition towards the expansion of the sIX Network into a single public media interconnection system for distribution of content over IP for TV and Radio. As stated above, such a transition would depend primarily on the availability of new reliable low-cost alternatives to MPLS as the last-mile connectivity solution for radio stations.

b.  Reevaluate the existing management structure of public media interconnection and consider having NPR's and PBS's interconnection management functions roll up to a common senior manager or organizational lead. This recommendation for a change in management structure is not intended in any way to reflect criticism on either organization's management team. The recommendation is focused on creating additional opportunities for collaboration by having a position at or near the top of the chain of command that has a daily view into both organizations' plans and challenges. A constructive first step to common management is to have members of each system's advisory groups meet at regular intervals.

For example, the Distribution/Interconnection Committee and/or the ContentDepot Advisory Group (CDAG) from NPR would meet with the Interconnection Committee and/or the Interconnection Working Group (IWG) from PBS. Participants could discuss system needs, identify collaborative opportunities, and begin to design common solutions. These meetings could also encourage the management teams supporting sIX and PRSS to deepen collaboration and develop common priorities and direction. The Public Media Interconnection System is a content delivery ecosystem that must be considered holistically across television, radio, and the internet.

4.  Diversified recommends that NPR conducts a comprehensive connectivity study to create a plan to migrate distribution services to an IP network solution to meet future distribution needs. The study should include potential alternatives to building out an MPLS network and should consider emerging technologies like Low Earth Orbiting Satellite (LEO) and 5G, as well as combining these technologies with existing broadband connectivity. It is therefore recommended that this study not take place before January 2023, to allow these technologies an opportunity to evolve. Ideally this study should be completed prior to April 2024 to allow the results of this study to be considered prior to the next grant cycle.

Existing legacy satellite services are not compatible with the ever-increasing needs of the stations to provide content to digital listeners and to receive file-based content from content providers. In order to continue to serve their existing audiences and to attract new listeners, radio stations now serve a growing digital audience with both live streaming and on demand file-based content. This includes streaming content to connected cars. Much of this content is the same exact content that is being distributed to the stations over PRSS.

CONFIDENTIAL                                                                    CPB_0193455

To support these new distribution paths, each individual station is required to purchase terrestrial IP connectivity to distribute content from the station to the internet cloud. This added link in the content distribution chain is currently non-standardized in its capability, its reliability, and its security, and is as varied in its design as the stations themselves. This ad hoc IP distribution system is responsible for the distribution of approximately 36%[1] of all the content delivered to public radio audiences and it is growing.

There are new technologies potentially just around the corner that could better serve station and audience needs. A comprehensive study would help identify potential alternatives to current PRSS delivery systems that could expand services while offering the same reliability and affordability.

5.  NPR Distribution Services currently uses 20% of the satellite bandwidth it controls to support the Public Radio Interconnection System.  The remaining 80% is used for resale to public media and commercial customers. NPR reports that it generates revenue from the sale of satellite bandwidth which is utilized to reduce costs for public radio stations by helping keep interconnection rates and fees lower than they would otherwise be.

It is Diversified's understanding that the arrangement of purchasing and utilizing excess satellite bandwidth for purposes other than Interconnection is a long-standing and well-documented practice. Diversified does not recommend any changes based on this finding but believes it should be highlighted to ensure all parties understand the extent to which excess bandwidth and other resources beyond the requirements of PRSS distribution are being used for purposes other than Interconnection.

6.  Diversified identified areas of potential cost savings that could be explored.
    a.  The ContentDepot application is the core of radio Interconnection. Approximately half of the PRSS Interconnection System staff is dedicated to building and maintaining this application. Diversified believes there may be lower cost alternatives that could potentially replace ContentDepot if file-based distribution is outsourced to a third party as Diversified recommends. A detailed study would be necessary to determine the amount of savings that might be achievable.
    b.  The replacement program for station satellite dishes is another potential cost savings area. Diversified is unaware of any similar program and other networks in either TV or radio that have a similar program. Receive dish maintenance is typically left up to the local stations.

       As a direct result of CPB's and Diversified's dialog with NPR, this program has been significantly revised. The number of satellite dishes scheduled for replacement in 2022 has been reduced from sixteen (16) down to six (6). NPR has also proposed new, more stringent guidelines for deciding which satellite dishes are eligible for replacement going forward.

---

[1] According to the Jacobs Media 2021 Public Radio TechSurvey of core Public Radio listeners.

## This Document

**Section 0 Executive Summary** conveys the essence of Diversified's assessment, its key observations and recommendations.

**Section 1 Public Radio Interconnection System** focuses on PRSS, the interconnection system that supports NPR and member public radio stations.

**Section 2 Financial Analysis** focuses on costs associated with the PRSS Interconnection System project.

**Section 3 Broadcast Industry Practices** looks at industry practices relevant to the Public Radio Interconnection System.

**Section 4 Recommendations** expands on Diversified's recommendations and observations.

**Section 5 One-Year Extension Agreement for Interconnection Funding** provides a detailed assessment of the PRSS One-Year Budget Extension Request submitted by NPR.

**Section 6 One-Year Extension Agreement for Interconnection Funding Capital Projects** provides a detailed assessment of the PRSS One-Year Budget Extension Request Capital Projects submitted by NPR.

**Section 7 One-Year Extension Agreement for Interconnection Funding Summary of Recommendations** provides a summary of recommendations for capital projects included in the PRSS One-Year Budget Extension Request submitted by NPR.

CONFIDENTIAL

CPB_0193457

# Public Radio Interconnection System

# **Overview**

CONFIDENTIAL                                                                                    CPB_0193458

# 1    The Public Radio Interconnection System

Public Radio Satellite System® (PRSS), also known as the Public Radio Interconnection System, is the distribution network through which news, music, and specialized audience programming is delivered to public radio stations throughout the United States.

Managed by NPR Distribution, the Public Radio Interconnection System uses a C-Band satellite architecture to connect 360 + content downlinks with more than 200+ program producers and distributors.



*Figure 1 - PRSS Interconnection System Architecture*

## 1.1    Services Provided

PRSS supports the exchange of both non-realtime and realtime content.

### 1.1.1    Non-Realtime (NRT) Program Delivery

In a typical month, PRSS receives approximately 2,000 new program episodes for file-based delivery and supports between 10,000 and 12,000 program downloads to 250+ destinations. Some of these download destinations support multiple radio stations. The average public radio station downloads 50 programs each month. The average number of programs collectively downloaded by all stations during the Monday to Friday timeframe is 450 programs per day. The average number of collective downloads by all stations on weekends is 75 programs per day.

CONFIDENTIAL                                                                                                        CPB_0193459

## 1.1.2    Realtime (RT) Program Distribution

PRSS provides realtime content distribution for up to twenty simultaneous channels delivering radio programs, music, and news content. During a typical month, PRSS will deliver 5,500+ hours [2]of realtime content to public radio stations across the country. The PRSS realtime program distribution payload includes 24/7/365 pass-through services for seven radio channels along with the delivery of 450 hours per month of individual daily, weekly, and monthly program content from different producers, stations, and distributors. The individual daily, weekly, and monthly distributed programs utilize up to five distribution channels at any one time. The combination of seven full-time channels and the additional five channels needed to support the individual program deliveries results in a total of 12 distribution channels necessary to support PRSS realtime program distribution.

## 1.1.3    ContentDepot

ContentDepot is an audio content management system that enables operators and producers to upload, download, schedule, and access realtime and non-realtime programs. ContentDepot provides this functionality through a web-based internet portal allowing users to identify, share, and receive pre-recorded programs. The programs can range from daily news shows to one-time specials. Using satellite-based technologies, requested content is delivered automatically to the subscribed member stations.

Both public media interconnection platforms, PRSS and sIX, have a "common carrier" requirement that they must be generally open and able to provide content delivery services to multiple independent content distributors and producers. PRSS developed ContentDepot, an in-house proprietary content management solution, in part to meet the "common carrier" requirement. The ContentDepot application provides a common user interface to a number of disparate technical systems necessary to meet this "common carrier" commitment. ContentDepot provides its users with the ability to upload, download, and schedule programs and to interact with local stations' automation systems and billing platforms.

During a typical month, the ContentDepot platform manages and delivers 5,000+ individual programs from program distributors and producers.

## 1.2    Central Facilities

Member stations use the internet to upload content, schedule content deliveries, and request NRT content deliveries over satellite. ContentDepot also supports NRT deliveries using FTP transfers.

## 1.2.1    Satellite Uplink Facilities

PRSS's primary satellite uplink facility is located at NPR headquarters in Washington D.C. There are three satellite uplink antennas located on the roof. There is additional technical infrastructure near the antennas, in technical equipment rooms, and in the NOC.

---

[2] The programming requirements for PRSS are all subject to constant change. The numbers included here are based on a snapshot of the PRSS Programming schedules for March of 2020.

CONFIDENTIAL

CPB_0193460

### 1.2.2   Transponder Usage

PRSS service relies on dedicated C-Band satellite bandwidth leased from Intelsat to deliver the linear RT and file-based NRT content. NPR pays for the satellite leases using funds provided by the Interconnection and Infrastructure appropriation.

PRSS uplinks to C-Band Transponder 23 on Galaxy-16 and to Ku-band Transponder 10 on Galaxy-17. NPR Distribution Services uses this bandwidth for two purposes. First, NPR provides C-Band satellite bandwidth to support radio interconnection services. Second, NPR resells the remaining C and Ku bandwidth to third-party public radio and TV and commercial customers. The bandwidth resale proceeds are used to subsidize PRSS's operational costs, which are paid by stations, producers, and proceeds from reserves.

PRSS leases a total of 43.2 MHz of satellite bandwidth from Intelsat. This is comprised of a full 36 MHz C-Band Transponder on Galaxy 16, Transponder 23, and 7.2 MHz of Ku-Bandwidth on Galaxy 17, Transponder 10. The total bandwidth requirement for PRSS ContentDepot services is 8.7 MHz. This accounts for roughly 20% of the total amount of bandwidth purchased. This 8.7 MHz supports all realtime streams and file- based program deliveries necessary for Interconnection. The remaining 27.3 MHz on Transponder 23 and all of the 7.2 MHz Ku bandwidth on Galaxy 17 is resold to other customers through NPR Distribution Services.



*Figure 2 - PRSS Satellite Services Usage (MHz)*

### 1.2.3   Back up / Disaster Recovery (DR) Facilities

PRSS's back-up satellite facilities are located at the backup NOC (BuNOC) at Minnesota Public Radio's facilities in St. Paul, MN. The BuNOC is a replica of the primary NOC. The BuNOC is designed to be a fully functional replacement in the event of a primary NOC failure or a disaster recovery scenario. The BuNOC is connected to the primary NOC by terrestrial fiber.

CONFIDENTIAL                                                                                              CPB_0193461



*Figure 3 - PRSS Back Up NOC, St. Paul, MN*

## 1.3   Operations

The operational activities required to support PRSS's Interconnection System are provided by NPR. The federal Interconnection and Infrastructure appropriation to CPB does not

reimburse NPR for any interconnection system operational costs. The operation of the PRSS Interconnection System is not funded by the interconnection grant and was determined to be outside the scope of the Interconnection Systems Assessment, therefore Diversified did not assess PRSS Interconnection System operations during this assessment.

### 1.3.1   Primary NOC

The Public Radio Satellite System (PRSS) Network Operations Center (NOC) is located in Washington D.C. at NPR headquarters. The NOC is the primary operating location for PRSS. All equipment needed to receive, process, schedule, and release linear and file-based content into the interconnection system for distribution to public radio stations is located within the NOC.

CONFIDENTIAL

CPB_0193462



*Figure 4 - PRSS Network Operating Center*

## 1.4   Public Radio Station Content Reception

The new ATX XDS Pro 4 receivers and head end network monitoring systems provide multiple operational upgrades from the previous receivers. The new receivers are able to accept either ethernet or satellite connections. This is an important feature in that it "future proofs" the investment that was made to purchase these receivers. The receivers not only work for satellite distribution but also can receive content over an IP network like the sIX MPLS network or over general-purpose internet connections if PRSS decides to transition off satellite in the future. (The receivers cannot operate over both satellite and internet connections simultaneously.)

Ethernet connections also support loop-back functions to the PRSS NOC allowing for continuous remote monitoring of the receivers at the NOC. These connections will also support delivery of program content over an IP network as realtime streams or files. When combined with the new broadcast services in ContentDepot, the new receivers enable a number of operational improvements over the IDC system they replaced. These improvements include built-in automation functions and significantly improved flexibility when assigning programs to receiver ports. NPR provided Diversified with the following definition for the "Broadcast Services" provided by ContentDepot: "A broadcast service represents a radio station's scheduled programming, intended for air to its listeners. A member radio station may have multiple broadcast services, for example, a broadcast service with a news & talk format and another broadcast service with a classical format. The broadcast services will serve as the "middleman" between subscriptions and receivers, and they can be assigned to multiple destinations."

NPR purchased 900 ATX receivers for PRSS's receiver upgrade. Each member station has now received two new receivers. PRSS's NOC and BuNOC each require a minimum of 20 receivers for realtime distribution monitoring. NPR has elected to purchase one spare receiver for every ten receivers in operational service, to be allocated as spare resources for member stations to use as temporary replacements in the event of a receiver failure. This is a significant investment in spare receivers, but it is not considered by Diversified to be unreasonable.

CONFIDENTIAL    CPB_0193463

### 1.4.1   Public Radio Stations Satellite Terminals

In order to receive PRSS signals from satellites, member stations must have a receive only satellite dish at each of their 365 station receive sites.

## 1.5   Upgrade Project - Public Radio Satellite System Refresh

NPR is also involved in a separate project to refresh and update the PRSS. The PRSS Refresh Project consists of three phases. The first phase included refreshing the equipment in the NOC and BuNOC. The second phase involved purchasing, testing, and deployment of new receivers to all public radio member stations receiving content from PRSS. The third and final phase of the project will refurbish and/or replace up to one third of existing satellite receive dishes at member stations.

### 1.5.1   NOC Refresh/Upgrade – (PRSS NOC)

PRSS's NOC is the primary operating area for PRSS. The NOC receives incoming content for processing and ingest into PRSS. This is also PRSS's central monitoring and control point that manages the system health and content delivery statuses. The majority of NOC equipment used in these processes was refreshed as part of the upgrade.

The replaced equipment includes current-generation encoders and modulators. This equipment reduces content bandwidth requirements from what was required for previous technologies. It also allows for more efficient content transmissions throughout PRSS.

### 1.5.2   NOC Refresh/Upgrade - (PRSS BuNOC)

Prior to this upgrade, the BuNOC was not a fully redundant backup for the primary NOC. In addition to refreshing the current infrastructure, BuNOC facilities have been improved to make them fully redundant to the primary NOC.

### 1.5.3   Receiver Replacements

PRSS has replaced all the satellite receivers at the NOC and BuNOC, and each station now has two new receivers. The distribution plan to deploy new receivers at each station was delayed due to the Covid-19 pandemic but the receivers have now been rolled out.

### 1.5.4   Satellite Dish Replacement Program

PRSS includes 365 individual satellite dishes at individual member radio stations around the country. The final phase of the PRSS Refresh Project will be to replace up to one third of these satellite dishes[3]. This phase is scheduled to start after the new receiver deployments are completed. The satellite dish replacement process will take several years to be completed.

---

[3] NPR has revised this program to reduce the number of satellite dishes they intend to replace in 2022 and they are imposing more stringent guidelines for deciding which satellite dishes are eligible for replacement going forward.

CONFIDENTIAL                                                                                    CPB_0193464

### 1.5.5    ContentDepot Upgrades

ContentDepot is NPR's audio content management system providing member stations with the ability to upload, download, schedule programs, and interact with local stations' automation systems and billing platforms. The specific upgrades for ContentDepot are:

- Modify the ContentDepot system to support evolving operational needs at stations, including breaking news and emergency communication situations
- Assist public radio distributors with automation and potentially include automation services within the satellite receivers
- Support the ContentDepot functionality to interface with alternative content delivery platforms
- Ensure ContentDepot's security can protect the system from threats and attacks
- Maintain an emergency-alerting network that can be used in the event of a natural or man-made disaster

The allotted ContentDepot funding is intended to provide support and necessary upgrades to the ContentDepot system as needed through the term of the grant.

## 1.6    Sustainability of Key Components

**FINDING:** PRSS's deployment is sustainable for a minimum of 5 years.

The PRSS Refresh Project addresses several issues with the current PRSS architecture. First, the equipment in the NOC and BuNOC facilities has been replaced, taking advantage of the newer improvements in encoder technology. This improved encoder technology has significantly reduced satellite bandwidth usage and associated costs.

Second, the PRSS Refresh Project also included the purchase of new receivers for all receive sites. These new receivers have the ability to work over either IP terrestrial or satellite connections. This means the new receivers will continue to be usable for program distribution should NPR decide to migrate away from satellite to a terrestrial IP network for content delivery in the future.

Finally, PRSS is also planning to refurbish and/or replace up to one third of existing satellite dishes located at the public radio member stations.

The refurbishment/replacement of the existing station satellite dishes and the satellite up-link dish upgrades included in the NOC and BuNOC can carry financial risks due to the creation of long-term investments in satellite distribution equipment. It is understood that in the near-term, PRSS will continue to utilize satellite bandwidth as the primary content delivery method to member stations.

A number of radio stations interviewed during the assessment consider PRSS to be a well-engineered solution designed to solve today's delivery requirements and referred to PRSS as the "Gold Standard."

CONFIDENTIAL                                                                    CPB_0193465

## 1.7   Long-Term Platform Viability

**FINDING:** PRSS depends on satellite technology for content delivery. Satellite delivery is a reliable and proven technology particularly when common program streams are distributed to multiple locations. Satellite transmissions that require low bandwidth can be very cost effective. However, satellite is a mature technology that is becoming suboptimal to meet current content delivery needs.

Satellite delivery is most appropriate for one-way delivery of realtime streams where the same content needs to be delivered to multiple destinations. Television and radio broadcasts are becoming less linear and delivery requirements are becoming more granular. Broadcasters may choose to deliver individualized content to stations instead of single national linear streams.

As the ability to gather metadata from receivers becomes easier, there is a benefit to acquiring more data for analytics, potentially to influence programming decisions. This functionality requires point to point connections and two-way connectivity.

### 1.7.1   Availability and Cost of Satellite Bandwidth

There are concerns about future availability of C-Band satellite bandwidth. The FCC recently auctioned off 280 MHz of existing C-Band satellite bandwidth to support future 5G deployments. This will result in a 60% reduction of available bandwidth for providing C-Band satellite distribution services.

NPR has migrated all its C-Band satellite services to Galaxy-16, Transponder 23, which is at a higher end of the C-Band frequency and will not be impacted by reductions in C-Band bandwidth for satellite distribution.

There is still a potential risk given that resulting costs for bandwidth could increase because of the reduction in available C-Band bandwidth. NPR has reported that its existing satellite bandwidth agreement with Intelsat guarantees current bandwidth pricing until 2029. Diversified believes this mitigates any concerns regarding potential bandwidth cost increases.

PRSS should develop a high-level strategy for migrating its satellite services to terrestrial IP connectivity should it be required. (SEE RECOMMENDATION 4.6)

The primary issue with migrating PRSS signals to terrestrial fiber are cost, availability, and fiber resiliency. PRSS delivers content to 365 receive sites. Some of these sites are in remote locations. NPR made an inquiry approximately five years ago and found that at that time there were 28 radio stations, including several in Alaska, with no available source for terrestrial connectivity or monthly recurring costs for terrestrial fiber connectivity that exceeded $10,000. The availability of terrestrial connectivity at stations should be re-examined as part of a larger study on migration of distribution services to an IP network. It has likely changed significantly since this inquiry was made five years ago.

CONFIDENTIAL

CPB_0193466

For stations without terrestrial connectivity, there may be new affordable alternatives in the future. Low Earth Orbit (LEO) satellites will provide connectivity to remote areas where connectivity was not previously available. SpaceX's Starlink service began operations in 2021 and is expanding its system to include polar orbiting satellites that will provide high bandwidth internet services to remote locations including rural Alaska.

Starlink's constellation consists of thousands of mass-produced small satellites in Low Earth Orbit, working in conjunction with ground transceivers. Satellite data rates are projected to be above 1 Gigabit/second to each location. Access terminals could be available for purchase for $200 and monthly recurring costs could be at or under $100 per month. Amazon is launching a similar Low Earth Orbit satellite internet solution. This technology was initially unavailable in latitudes above 60 degrees north but the recent deployment of polar orbiting satellites to the constellation is extending service beyond that boundary. Alaska lies between 55 and 73 degrees north latitude. There are also other indications that Alaska's lack of coverage may be temporary. A Canadian company, Telesat, is also launching a LEO Satellite constellation to provide IP connectivity to rural Canada. This may prove to be a viable solution for Alaska in the next two to three years. When this technology is paired with terrestrial broadband to form main and backup connectivity, it could provide a very attractive alternative to existing C-Band satellite distribution. LEO connectivity combined with existing terrestrial broadband could replace not only C-Band satellite distribution used by PRSS but potentially act as a low-cost replacement for sIX's current MPLS network.

### 1.7.2    Network Operations Center (NOC) and Backup Network Operations Center (BuNOC):
PRSS's equipment refresh is complete and can support PRSS's future operations. The technical systems supporting the NOC and BuNOC have room for expansion and should be able to work well with terrestrial fiber if that becomes a requirement.

### 1.7.3    Satellite Uplinks
The satellite uplinks at the NOC and BuNOC have been completely refurbished, which includes the addition of solid-state power amplifiers. These systems should be able to perform reliable operations for at least ten years with industry standardized proper care and maintenance.

### 1.7.4    Satellite Receive Dishes
There are 365 receive dishes deployed at PRSS receive sites across the country. These dishes vary in age and are exposed to different weather elements. Some of these dishes are in rainy, humid areas like the southeast, some are in desert conditions, and others are in remote villages in northern Alaska. While satellite receive dishes tend to be extremely reliable and often work unattended for 30 years or more, these antennas' conditions can vary significantly based on their location and upkeep. PRSS has a long-term plan to systematically refurbish these antennas to ensure their continued long-term operation.

Diversified's concern is that the refurbishment plan schedule appears to be driven by availability of in-house technical resources. The PRSS plan calls for refurbishing or replacing 15-18 dishes each year over a period of seven years. This plan assumes that the total replacement of the dishes will make up a minimum of one third of existing 365 dishes.

CONFIDENTIAL    CPB_0193467

The replacement of 120 satellite dishes over a period of 10 years as proposed in the PRSS 10-Year Budget Plan translates to an average cost of $450,000 per year to maintain this ongoing antenna maintenance program[4].

Diversified is unaware of any similar programs occurring elsewhere in the broadcast industry. Generally, the maintenance responsibility of receive dishes goes to the local stations that utilize them. Additionally, it is Diversified's opinion that the overall cost of this program to support these dishes appears to be high in comparison to costs experienced by other networks and station groups.

PRSS should review its satellite receive antenna maintenance strategy to determine if other timelier and cost-effective alternatives are available. (SEE RECOMMENDATION 4.8).

### 1.7.5   Receivers

All receivers utilized to deliver PRSS services have been replaced with new receivers as part of the PRSS Refresh Project. These new receivers are capable of receiving content either over IP networks or satellite. They are also able to provide reliable service for the next few years.



*Figure 5 - PRSS NOC Receivers and Modulators*

### 1.7.6   ContentDepot

ContentDepot is an in-house built and maintained application. A detailed review of the ContentDepot solution was not within the scope of the Interconnection System Assessment and Diversified did not evaluate this software or its architecture. Diversified learned that ContentDepot is continuously evolving and has no reason to doubt that it will continue to serve PRSS's requirements. Diversified estimates that costs to maintain ContentDepot are approximately $1.7 million annually. This is 30-35% of the maintenance cost for the entire PRSS Interconnection System.

PRSS's requirement that ContentDepot support content distribution from many different sources is not uncommon. It may be possible to find a suitable commercial application which could be configured to

---

[4] As a direct result of CPB's and Diversified's dialog with NPR, this program has now been revised significantly. The number of satellite dishes scheduled for replacement in 2022 has been reduced from sixteen (16) down to six (6). NPR has also proposed new more stringent guidelines for deciding which satellite dishes are eligible for replacement going forward.

CONFIDENTIAL                                                                                            CPB_0193468

meet this PRSS requirement. Migrating non-realtime file-based distribution to a managed service could help reduce and simplify the requirements of a potential commercial ContentDepot replacement. A commercial application would still require on-going software support costs.

PRSS should explore the commercial marketplace to determine if other more cost- effective alternatives are available. (SEE RECOMMENDATION 4.7)

### 1.7.7    Sustainability of Individual Services

In addition to evaluating the sustainability of individual components of the PRSS Interconnection System, Diversified also evaluated the sustainability of the system from a service perspective. PRSS provides two primary services to public radio member stations. PRSS provides a service to deliver realtime program streams that can be passed directly to listeners. PRSS also provides a non- realtime file-based program delivery service allowing stations to download programs for later playout.

### 1.7.8    Realtime Program Delivery Service

PRSS's primary service is the realtime program delivery service, which accounts for 80% of the content deliveries. This service relies on approximately 5 MHz of C-Band satellite bandwidth. Most PRSS programs are utilized during realtime deliveries. Unlike television, radio still relies on over-the-air transmission to reach a majority of its audience.

Currently, most of the audience for the realtime program streams are people in their cars listening to broadcast radio. This is still the primary way people consume radio content. The existing satellite delivery system was built to support this distribution model. Audio content requires a much smaller distribution payload compared to television distribution models.

Within the United States and its territories, radio stations outnumber television stations by 5:1. Realtime program delivery via wireless technology will continue to be appreciated by consumers as long as there is a significant radio audience consuming content through an automobile's AM and FM receivers. Car radios are facing new challenges, however, with the advent of internet connected cars. Audio systems in internet connected cars are becoming more and more application based. This change creates new and increased competition for radio while also increasing audience fragmentation. Connected cars will offer built in access to the full gamut of content currently available on the internet with an ease of use similar to current radios. A linear content delivery solution may prove insufficient in this type of environment.

### 1.7.9    Non-realtime Content Delivery

Non-realtime content delivery represents 20% of PRSS delivered content. The non-realtime delivery service consumes roughly 4.0 MHz [5] or approximately 45% of the 8.7 megahertz of C-Band satellite bandwidth utilized by PRSS to support interconnection. Unlike realtime program service, the non-realtime service does not benefit from satellite distribution. Non-realtime content can be delivered reliably through internet connections because file-downloads almost always occur well before the content is to be aired by the receiving radio station. If there is an interruption in the network that is being used to distribute the file, the station can simply download the file at a later time when the network is working. This is why the public internet has become the primary method for delivering file-

---

[5] This is an estimate of the amount of satellite bandwidth utilized for file-distribution. The exact bandwidth requirements were not provided.

CONFIDENTIAL                                                                                    CPB_0193469

based (non-realtime) program content throughout the media industry. Services such as PRX depend completely on the public internet for file-based content distribution.

Diversified has identified migrating PRSS's non-realtime distribution service to a third party for distribution over the public internet as a source for potential cost savings. The potential cost savings is difficult to determine without additional investigation. Diversified has identified approximately $100,000 in reduced satellite bandwidth usage that could occur annually. Any bandwidth savings achieved is conditional on NPR's ability to resell the additional excess bandwidth vacated by relocating non-realtime delivery to the internet. Due to the nature of satellite bandwidth contracts, just giving the bandwidth back to Intelsat would likely void the existing contract and probably result in higher overall costs for satellite bandwidth. There would also be new costs to pay the third-party service for providing the distribution over the internet service. These costs are expected to be relatively small.

There are additional areas of potential savings beyond satellite bandwidth cost reductions. Non-realtime file-based distribution is currently dependent on ContentDepot software. There are potential reductions to ContentDepot support costs as well as reduced operational and infrastructure costs that could result from migrating non-realtime program distribution to a managed service provider.

Diversified recommends that PRSS consider migrating non-realtime service off satellite and convert to internet-based delivery by out-sourcing the non-realtime delivery service to a managed-service provider. (SEE RECOMMENDATION 4.2)

## 1.7.10  Security

Diversified has reviewed NPR information regarding security compliance and best practice implementation and has concluded that there are acceptable levels of security measures in place for proper threat management and operational conformity. Acceptable use policies for company assets have been confirmed. User information security and data privacy training has been provided to all employees. Periodic internal phishing tests, training videos and regular staff all-hands communication forums are used to reinforce the human element of risk management. An acceptable level of user permissions management has been confirmed utilizing MFA (multi-factor authentication) tooling and automated provisioning/de-provisioning of user access privileges. Password management process is documented and auditable. Disaster recovery contingency has been confirmed and critical IT systems are on a regularly automated backup schedule. External access for vendors and tools has been specified using documented procedures and VPN remote access controls are documented and auditable. Load balancers, proxy servers and next generation firewalls are deployed using industry-practice policy enforcement. IDS/IPS is enabled and reporting to logging and SIEM tooling. Operating system patching and antivirus scanning for IT managed systems are on a regular update schedule. Broadcast security compliance regarding live stream systems is acceptable. Connectivity is physically separated from IT infrastructure on dedicated T1 and/or ISDN lines. IP codecs reside within firewall and IDS/IPS protected DMZ's with policy restrictions applied per host through IP access rules. Industry-practice removal of default account names and password has been confirmed and NOC operator QC monitoring and spot check policy is mandated for all on-air related content.

## 1.7.11  Interoperability

Current PRSS user interface provides good interoperability between PRSS and a member radio station's traffic and automation systems. This makes the system easy to use for a station's day to day operations.

CONFIDENTIAL                                                                        CPB_0193470

Operators are able to log into PRSS using an internet browser where they can request content. Content distributors are able to upload files that are then delivered to stations. They are also able to request and book time slots for live linear feeds.

## 1.7.12  Scalability

PRSS's platform is scalable. An unlimited number of satellite receive terminals and receivers can be added to the existing distribution system. Like PRSS, there are commercial radio networks that distribute hundreds of realtime radio channels through C-Band today.

Additional receive sites can be added to the PRSS system at approximately $20K-40K per site depending on location and one-time capital costs. Recurring support costs are approximately $1,250[6] annually varying on a site's location.

PRSS provides twenty separate realtime channels within its realtime delivery service. PRSS currently utilizes twelve of the twenty available realtime channels. There are eight channels remaining that are available to support future expansion requirements[7]. The number of realtime channels can be expanded beyond twenty channels by adding additional satellite bandwidth and expanding NOC's support equipment. Diversified estimates this would be a linear recurring cost of $13,000 annually per channel. Capital costs are not included in this estimate.

The file-based non-realtime service relies on the same satellite receive infrastructure used by the realtime program delivery service. This infrastructure would support additional expansion with a linear cost for each new non-realtime destination site. The cost would include an addition of a satellite antenna, a minimum of one receiver, and receiver installation. This cost would be consistent for any proposed non-realtime delivery expansion.

The NOC equipment would not need to be expanded as long as the delivery service is not dramatically increased to multiple times its current size and capacity. If this happens, then equipment expansion costs would need to be included. The bandwidth to support faster downloads can be added for approximately $32,000 per year for each additional megahertz (MHz) of incremental bandwidth added. Diversified estimates that the non-realtime delivery service currently consumes approximately 3.7 MHz of satellite bandwidth costing slightly over $100,000 per year.

## 1.7.13  Usability

PRSS's ContentDepot system is usable and provides good interoperability within existing station infrastructure and established workflows. PRSS is well received by its users and is perceived to be a reliable and effective system supporting a station's day to day operations. Several member stations Diversified met with during the discovery phase referred to PRSS as the "Gold Standard."

---

[6] Support costs of $1,250 annually are calculated by dividing the NPR budgeted satellite dish support costs by the number of dishes supported over an expected life of 30 years
[7] Building in additional channels to support potential future growth of a system is a well-accepted engineering practice

CONFIDENTIAL

CPB_0193471

# Public Media Interconnection System

# **Financial Analysis**

CONFIDENTIAL

## 2  Financial Analysis

There are currently two public media interconnection systems. The sIX Interconnection System is operated by PBS and delivers content to public television stations. The Public Radio Satellite System (PRSS) Interconnection System is operated by NPR and delivers content to public radio stations. The interconnection systems have traditionally been funded separately by Congress. They have completely separate budgets and are funded as long- term projects. The federal Interconnection and Infrastructure appropriation recognizes both public television and public radio interconnection under the term "Public Broadcasting Interconnection System." The appropriations pay for "the costs associated with replacing and upgrading the public broadcasting interconnection system and other technologies and services that create infrastructure and efficiencies within the public media system."

The grant budgets for sIX and PRSS, negotiated by CPB and the two national organizations, include spending guidelines for how the grant funds must be spent. Line items in the grant budget provide funding for the resources required to create and maintain the services provided by the interconnection systems. Diversified's assessment included reviewing the line items in each grant budget and comparing the budgeted funds against the amount of the funds spent. Diversified also analyzed and broke-out the individual services provided by each interconnection system.

### 2.1  PRSS Interconnection System Project Plan[8]

The PRSS Interconnection System Project was funded over a four-year period (October 1, 2017-September 30, 2021), covering the first four years of a 10-year project plan originally projected at $53.5 million. The plan is broken down into the following categories:



*Figure 6 PRSS 2017 10-Year Plan Breakdown*

---

[8] While the PRSS 2017 10-Year Plan is utilized here to provide context and to support the overall budget description, it should be noted that this Plan has since been replaced with a shorter-term budget process.

CONFIDENTIAL    CPB_0193473

### 2.1.1   Satellite Expenses        ($13.4 million)

The total satellite expenses over the ten-year period from 2018-2027 are projected to be $11.6 million as represented in the earlier graphic. The actual expenses are not fully represented in this projection. The total satellite bandwidth costs include a $1.8 million prepayment to Intelsat that was funded through a previous grant. The actual satellite bandwidth expense, including the $1.8 million prepayment, is $13.4 million over ten years or $1.34 million annually. This cost covers the lease and insurance of one full 36 MHz transponder on C-band Galaxy 16 and 7.2 MHz of bandwidth on the Galaxy 17 Ku-band satellite. There is a total of 43.2 MHz of satellite bandwidth available.

As shown in the figure below, PRSS service uses 20% of the total bandwidth available to support the realtime and non-realtime delivery services necessary for Interconnection. The remaining contracted bandwidth on the Galaxy 16 transponder 23 and all of the contracted bandwidth on the Galaxy 17 transponder 10 is resold to other customers by NPR Distribution Services. The average annual cost for this bandwidth is under $31,000 per MHz. Diversified estimates the value of the bandwidth utilized by PRSS services for Interconnection is $268,000 annually. The value of the remaining bandwidth resold annually by NPR Distribution Services is estimated to be $1,066,000.[9]



*Figure 7 - Satellite Bandwidth Operating Expense*

### 2.1.2   Network Project Support        ($20.45 million)

Within the PRSS 2017 10-year plan, the Network Project Support (NPS) expenses cover the salaries and benefits for the staff assigned to the project, which averages 13.9 full-time employees (FTE).

---

[9] The annual cost of the bandwidth resold by NPR Distribution services ($1,066,000) is calculated by multiplying the percentage (80%) of the total bandwidth purchased that is not used to provide PRSS services by the total cost budgeted ($1,344,000) for satellite bandwidth.

CONFIDENTIAL                                                                                      CPB_0193474

The NPS budget allocates $20.13 million for staff salaries and benefits with the remaining $320,000 allocated for professional services expenses. The employees working on ContentDepot account for seven of the 13.9 FTEs in the NPS budget. The NPS budget also includes a Solutions Architect, two Project Managers, and 1.5 Quality Control Engineer roles.

### 2.1.3    Ground System Refurbishment        ($21.45 million)

The Ground System Refurbishments section of the PRSS budget provides the funds to cover the replacement and ongoing maintenance of the PRSS satellite distribution related equipment. These expenses are further divided into three areas described below.

#### 2.1.3.1    Head End Rebuild      ($13.74 million)

The head-end rebuild costs include the procurement of the encoders, multiplexers, modulators, network monitoring systems, and other equipment required for the rebuild. This equipment is located at the PRSS NOC in Washington, DC and in the BuNOC in St. Paul, MN. The funds also include the upgrades of the satellite uplink dishes at the NOC and BuNOC facilities. This section also includes $1.665 million for the salaries and benefits with an additional $60,000 allocated for travel expenses.

#### 2.1.3.2    Receiver Rollout      ($3.1 million)

This section covers the replacement of the 900 satellite receivers used in the PRSS Interconnection System. It includes two receivers at each of the 365 receive sites and a minimum of 20 receivers each at the NOC and BuNOC. The NOC receivers are used for channel monitoring and stored as spares for the receive sites.

#### 2.1.3.3    Station Antenna Refurbishments      ($4.54 million)

PRSS maintains the satellite receive dishes at the 365 receive sites. The antenna refurbishments are scheduled to take place in the last 7.5 years of the 10-year PRSS budget plan. The refurbishment cost includes $2.73 million for the salaries and benefits of the PRSS engineers performing the refurbishments. The remaining $1.6 million is allocated towards professional services. Professional services can include the contractor expenses and required replacement parts for the antennas.

NPR expects to refurbish 15 to 18 receive sites per year and intends to complete 120 refurbishments by the end of 2027. The 120 completed refurbishments represent one third of all deployed receive antennas.

CONFIDENTIAL                                                                                 CPB_0193475

## 2.2   PRSS Interconnection Phase 1 Budget

The PRSS Interconnection System Project was funded for $25.8 million over a four-year period (October 1, 2017- September 30, 2021), covering the first four years of the original 10-year project plan. The Phase 1 Budget is broken down into the following categories:



*Figure 8 PRSS Phase 1 Budget Breakdown*

### 2.2.1   Satellite Expenses      ($3.565 million)

The satellite related budget for Phase 1 was $3.565 million as represented in the above graphic. The actual expenses for these services are not fully represented in the Phase 1 budget because $1.8 million was previously spent to prepay satellite bandwidth costs through a previous grant. The total satellite bandwidth expense for the 2017-2018 budget period was $5.365 million or $1.34 million annually. This cost covers the lease and insurance of one full 36 MHz transponder on C-band Galaxy 16 and 7.2 MHz of bandwidth on the Galaxy 17 Ku-band satellite.

### 2.2.2   Network Project Support      ($7.779 million)

Within the PRSS Phase 1 Budget, the Network Project Support (NPS) expenses cover the salaries and benefits for the staff assigned to the project, which averages 13.9 full-time employees (FTE).

CONFIDENTIAL                                                                                                          CPB_0193476

The NPS budget allocated $7.459 million for staff salaries and benefits with the remaining $320,000 allocated for professional services expenses. The employees working on ContentDepot account for seven (7) of the 13.9 FTEs in the NPS budget. The NPS budget also includes a Solutions Architect, two Project Managers, and 1.5 Quality Control Engineer roles.

### 2.2.3    Ground System Refurbishment        ($14.5 million)

The Ground System Refurbishments section of the PRSS budget provides the funds to cover the replacement and ongoing maintenance of the PRSS satellite distribution related equipment. These expenses are further divided into three areas described below.

#### 2.2.3.1    Head End Rebuild        ($10.707 million)

The head-end rebuild costs included the procurement of the encoders, multiplexers, modulators, network monitoring systems, and other equipment required for the rebuild. This equipment is located at the PRSS NOC in Washington, DC and in the BuNOC in St. Paul, MN. The funds also include the upgrades of the satellite uplink dishes at the NOC and BuNOC facilities. This section also includes $1.6 million for the salaries and benefits with an additional $60,000 allocated for travel expenses.

#### 2.2.3.2    Receiver Rollout        ($2.9 million)

This section covers the replacement of the 900 satellite receivers used in the PRSS Interconnection System. It includes two receivers at each of the 365 receive sites and a minimum of 20 receivers each at the NOC and BuNOC. The NOC receivers are used for channel monitoring and stored as spares for the receive sites.

#### 2.2.3.3    Station Antenna Replacements        ($891,933)

The station satellite dish replacement project for PRSS Phase 1 included $632,620 for the salaries and benefits of the PRSS engineers performing the coordination of the satellite dish replacements. The remaining $256,677 is allocated for professional services. Professional services includes the contractor expenses to perform the actual replacement of the satellite dishes and required replacement parts for the antennas. This project assumes the annual replacement of 15 station satellite dishes. There are 365 station satellite dishes in service. The PRSS Phase 1 plan to replace station satellite dishes did not call for any dishes to be replaced in 2018 or 2019. This was done to allow NPR engineers involved in this program to focus their efforts on the PRSS head end rebuild.

CONFIDENTIAL                                                        CPB_0193477

## 2.3   PRSS Project, Phase 1 Actual Spending versus Phase 1 Budget

The PRSS Project Phase 1 budget includes the 2018-2021 fiscal years. This budget provides the funds for the head end rebuild for the NOC and BuNOC along with the purchase of the new satellite receivers. The Phase 1 budget does not include the $1.8 million for satellite bandwidth expenses for the 2018 and 2019 Grant.

The actual expenses for Phase 1 were $1,046,432 under budget. The $1.046 million in savings results primarily from reduced spending for satellite bandwidth. Satellite bandwidth expenses were $965,674 under budget for Phase 1. The total satellite bandwidth spending, including the $1.8 million that was prepaid from the previous grant, total $4.412 million for the 2018-2021 fiscal years.



*Figure 9 - PRSS Phase 1 Actual Spending vs Phase 1 Budget*

## 2.4   Capital Investment

The capital investment costs associated with PRSS are primarily for the ground equipment support costs associated with PRSS. These costs include the equipment in the NOC and BuNOC. The cost also includes the satellite uplinks, satellite receivers, and the satellite receive dishes at the member stations. Equipment purchases totaled $11.9 million for PRSS Phase 1.

## 2.5   Service Provider Costs

The PRSS Phase 1 budget period satellite costs were $4.412 million over the four-year period or $1.34 million annually when you include the $1.8 million in prepayments that were provided by a previous PRSS grant. The primary service purchased by PRSS is satellite bandwidth. PRSS has a year-to-year agreement with Intelsat for the satellite bandwidth usage that goes through January 2029.

CONFIDENTIAL                                                                            CPB_0193478

## 2.6    Cost Savings Opportunities

Diversified identified areas of potential cost savings that could be explored. Some require additional analysis and study.

### 2.6.1    Leverage Collaboration between PRSS and PBS sIX

Diversified did not identify immediate cost benefits from increased collaboration between NPR and PBS. However, Diversified has identified several areas where opportunities exist for more collaboration between NPR and PBS after the completion of PBS Stage 2. Some of these opportunities could lower future total operating costs across the two groups.

### 2.6.2    Provide PRSS Services on sIX

Make PRSS services available on the PBS Interconnection System for use by 39 public radio stations collocated with PTV licensee facilities.

The corresponding reduction in satellite dishes maintained by PRSS could reduce the annual support costs by up to $100,000. This assumes the sIX network is sufficiently reliable and sufficiently resilient to support "live" radio broadcasts without unacceptable service interruptions. PRSS has just begun pilots to test delivery of content over the sIX system. (SEE RECOMMENDATION 4.4)

### 2.6.3    Use Managed Services and the Internet for Content Delivery

Consider outsourcing the distribution of non-realtime content to a managed service provider which could potentially result in both financial savings and improved services.

The reduced satellite bandwidth could potentially be resold to reduce PRSS's net operating costs by at least $100,000. There could be additional savings achieved due to the reduced scope of services required to be supported by the ContentDepot application. More analysis of the costs associated with outsourcing would need to be conducted to determine the scope of any cost savings. This would include issuing an RFP that could provide more exact internet-based distribution costs for comparison. (SEE RECOMMENDATION 4.2)

### 2.6.4    Study PRSS Connectivity Alternatives

Conduct a study of alternatives to C-band satellite distribution and develop an internet-based reference architecture designed to support all public media realtime and non-realtime content delivery requirements. Existing broadband combined with new LEO satellite internet solutions could result in low cost, reliable, and available IP connectivity that could be a good alternative to C-band satellite distribution for radio and could provide a lower cost solution compared to the current MPLS network for TV. Diversified recommends this study occur prior to the 2024 grant cycle. (SEE RECOMMENDATION 4.6)

### 2.6.5    Explore Alternatives to ContentDepot

The ContentDepot application is the core of radio Interconnection. Approximately half of the PRSS Interconnection System staff is dedicated to building and maintaining this application, and Diversified estimates that costs to maintain ContentDepot make up 30-35% of maintenance costs for the entire PRSS Interconnection system. There may be lower cost alternatives that could potentially replace ContentDepot if file-based distribution is outsourced to a third party. A detailed study would be necessary to determine the amount of savings that might be achievable.

CONFIDENTIAL                                                                                                                                CPB_0193479

## 2.6.6   Eliminate the Station Satellite Dish Replacement Program

PRSS should review its satellite receive antenna maintenance strategy to determine if other timelier and cost-effective alternatives are available. Receive dish maintenance is typically left up to the local stations. This includes public television stations. Diversified does not support NPR's proposals to continue this program beyond the 2022 budget year. Diversified does not believe that the cost for coordination is reasonable. (SEE RECOMMENDATION 4.8)

CONFIDENTIAL                                                                                                    CPB_0193480

# Public Media Interconnection System

# **Industry Practice**

CONFIDENTIAL

# 3 Industry Practice

## 3.1 Commercial Broadcast Radio

Diversified assessed the commercial broadcast radio market and compared it to NPR and public radio stations using PRSS. Diversified found public and commercial radio operations were more aligned than their television station counterparts. Diversified looked for areas where public radio stations could potentially benefit from adapting commercial radio best practices or by taking advantage of any different practices.

### 3.1.1 Ownership

Unlike public radio stations which are locally owned and operated, commercial radio stations can be owned locally, regionally, or by station groups. Radio stations can also be owned by independent station groups like Entercom, iHeart Media, Cumulus, Townsquare, Saga, or Alpha Media. Independent station groups often own radio stations that are affiliated with multiple content providers including the independent station group owner. The independent station groups often own anywhere from 100 to 850 radio stations.

### 3.1.2 Network Affiliation

Most commercial radio stations are affiliated with a broadcast syndicator that provides various content offerings to the station. There are also regional and national networks that provide content and services to radio stations who wish to receive them. The radio stations are not required to receive content from a network. Networks (syndicators) may serve more than one radio owner in a market because they provide different content types and formats.

### 3.1.3 Revenue

Public radio stations are nonprofit organizations that receive their operating revenue from a combination of local donations, sponsorships, federal and state grants. Commercial radio stations receive their revenue from multiple sources including local advertisers, national advertisers, regional advertisers, and non-traditional services (NTRs). NTRs can include web, digital, and streaming services.

### 3.1.4 Programming Schedules

A commercial radio station's programming is determined by the format the station adopts. Popular radio formats include news, sports, talk, country, top 40, jazz, rock, alternative, adult contemporary, or a combination of formats. In almost all commercial radio stations, an automation system handles the playout of the content. In live situations, like 24/7 news format, the automation system will playout elements like commercial spots, news actualities, etc. In music stations, the playout system will play the commercials, music, promos, and jingles. The automation system in a commercial radio station typically receives instructions from both a "traffic" and a "scheduling" system. The systems work together to create a daily "program log" that is loaded into the automation system at midnight for the following day. Most commercial stations operate 24 hours a day with the exception of some AM stations that do not broadcast at night due to FCC licensing requirements surrounding skywave interference.

CONFIDENTIAL                                    CPB_0193482

### 3.1.5   Staffing

A typical commercial radio station will staff at minimum one person each? for the management/sales, programming, traffic/scheduling, promotions, and engineering departments.

Depending on the market size, a commercial radio station may have several staff in some departments. For example, a larger station might have 20 salespeople in the sales/marketing department. As the markets get smaller, the number of staff will be lower and some departments like engineering may be outsourced to third parties.

Public radio stations are often organized similarly. The public radio staff size will vary based on the market size or affiliations. For example, a public radio station might be in a small market, but be co-located with a public TV station, a university, or both. In this scenario the staff supporting the radio operations may be larger than it would be in a commercial radio station in the same city.

For public radio stations that receive programming from NPR or other content providers, there is a provision in the distribution agreement to control the station's automation system. While commercial radio stations generally do not have Joint Master Controls, this is something that could be available in the future. The FCC recently eliminated what was known at the "main station rule" and imposed limits on how many radio stations can be owned in a market and created additional cross-ownership limits. The latest rules are available online and further loosening of these regulations in the future is possible.

## 3.2   Alignment with Technology Trends

Many broadcast infrastructures used today grew from the requirement to deliver content in one channel through over-the air transmissions. These designs pre-date the internet and the concept of managed service providers. Earlier iterations of the Public Media Interconnection system are reflections of different implementations of this legacy architecture.

In the current environment, software drives most of the functionality and specialized hardware is quickly becoming obsolete. The prevailing technology trend in the media industry is to migrate away from expensive CapEx investments in hardware and facilities and move towards solutions utilizing managed cloud-based and internet delivery services.

sIX Stage 1 deployed a managed service model for the non-realtime file-based content delivery service and a shared media content library in the AWS cloud. A second managed service provider built and supports an IP network that connects PTV stations with content distributors. These actions are in line with today's technology trends.

### 3.2.1   Long Term Perspective

In general, content production and distribution are increasingly perceived as a time-critical many-to-many challenge. Diversified believes that nearly all of the solutions needed to meet this challenge, from acquisition, processing, and workflow orchestration through to delivery and playout will reside in the cloud as commodity services.

For the future of Public Media Interconnection System this speaks to the need for the creation of a long-term roadmap. The roadmap should be holistic across all of the Public Media landscape. The roadmap's

CONFIDENTIAL

CPB_0193483

goal should be to streamline and enable efficient content exchanges across the entire public media ecosystem from multiple sources to multiple destinations.

### 3.3    A Vision for the Future

The figure below offers Diversified's vision for a future Public Media Interconnection cloud. In this design, the infrastructure and software are treated as services (IaaS, SaaS). The intent of the cloud environment is to create a holistic ecosystem for efficient content exchanges between public media content distributors, public television, and public radio stations to their listeners and viewers. The content is made available to those who want it regardless of how and when they choose to consume public media.

The diagram in *Figure 11* depicts Diversified's view of the future of Interconnection. The interconnection system of the future supports TV, Radio, and Digital. It consists of a set of software applications and services that reside in a public cloud such as AWS paired with a wide area IP network designed to enable stations and content distributors access to these services. All content playout will originate from the cloud whether it is scheduled and monitored by an individual station or by a JMC. Content distribution to consumers will originate in this cloud and be provided to VOD and Stream providers as well as MVPDs, vMVPDs, and CDNs. TV Stations and Radio stations will all be provided linear streams via the IP wide area network for broadcast. Live programs will stream from the originating studio over the interconnection systems wide area network to the Interconnection Cloud where they can be passed through to the appropriate distribution path or paths for distribution to the consumer as well as be recorded and processed for storage and future non-realtime distribution if desired.



*Figure 10 - Interconnection System of the Future*

CONFIDENTIAL                                    CPB_0193484

# Public Media Interconnection System

# **Recommendations**

CONFIDENTIAL

# 4   Recommendations

During the course of this assessment Diversified identified a number of areas where it believes additional actions by CPB or NPR could be beneficial to one or all of these organizations and the public radio stations they serve. As a result, Diversified makes the following recommendations below.

## 4.1   Continue use of C-band satellite delivery for realtime content delivery

Diversified found that it is appropriate for PRSS to continue using C-band satellite technologies for realtime delivery services at this time. Under the current agreement, the PRSS Refresh Project has addressed several issues with the current PRSS architecture, taking advantage of improvements in encoder technology, which significantly reduced satellite bandwidth usage. The Refresh Project also included the purchase of new receivers for all receive sites, which have the ability to work over either IP or satellite connections, giving NPR flexibility to migrate away from satellite to a terrestrial IP network for content delivery in the future. Plus, the refurbishment and/or replacement of up to one third of existing satellite dishes located at the public radio member stations ensures continued usability.

Diversified's concerns about C-band satellite pricing and availability have been mitigated by NPR's agreement with Intelsat, which has year-to-year extension rights for satellite bandwidth and includes a guarantee that Intelsat will maintain the current pricing model through the satellite's current estimated end-of-life in January 2029.

Satellite delivery is a reliable and proven technology particularly when common program streams are distributed to multiple locations. However, satellite is a mature technology that is becoming suboptimal to meet current content delivery requirements. Television and radio broadcasts are becoming less linear and delivery requirements are becoming more granular. The next three years should be used as an opportunity to identify potential alternatives to C-band distribution that may be more efficient and cost effective.

## 4.2   Outsource File-Based Distribution

Diversified is recommending that NPR consider having the delivery of file-based content outsourced to a third party that would distribute this content using the public internet. Diversified is unaware of any commercial radio networks that rely on satellite delivery for the delivery of non-realtime file-based programs. There are multiple services available today that could support the non-realtime delivery service over the internet. If PRSS were to make this transition, Diversified expects doing so could save costs and would serve as a first step towards an IP solution for distribution of content. To determine the exact savings would require a more detailed analysis of existing interconnection system costs along with issuance of an RFP that could provide more exact internet-based distribution costs for comparison. This functionality could potentially improve the speed to access content and potentially enable new service capabilities such as collection of user data. There could also be potential cost savings by reducing the amount of satellite bandwidth required to deliver the PRSS services. Given NPR Distribution Services' current operating model of maintaining a pool of satellite bandwidth in excess of what is required to support PRSS operations, any satellite bandwidth usage reduction from moving the non-realtime distribution to the internet could add to the available pool of bandwidth for resale.

CONFIDENTIAL                                                                                                    CPB_0193486

## 4.3    Continue collaboration with PBS

Diversified has examined a number of possible collaboration opportunities between the television and radio Interconnection groups, including combining the two current Interconnection Systems into a single solution. We do not recommend combining these two distribution systems, at this time, for a number of reasons.

The two systems are currently very different. They deliver different types of content to different locations. The Network Operations Centers (NOCs) and Back-up Network Operations Centers (Bu-NOCs) also require different equipment. There are 365 receive points for PRSS and 174 for sIX. Only 42 of these 539 locations served by the two networks are common. The sIX network is built on a private MPLS terrestrial fiber network. This solution is practical for distributing television programs, and there is widespread use of this technology throughout the television industry. It is, however, not currently financially feasible to use sIX for radio distribution beyond the 41 sites that are currently co-located with connected public TV stations. The individual MPLS connections that connect the TV stations to the sIX network are far too expensive for distribution to individual radio stations. When lower cost connections become available, combining these two systems will be more feasible.

Combining the existing Interconnection Systems into a single service that supports radio, television, and digital should be a realistic goal over the next three to five years for all content. The timing depends primarily on the availability of new reliable low-cost alternatives to MPLS as the last-mile connectivity solution for radio stations.

While combining operations is not recommended to take place immediately, there are opportunities today for additional synergies between NPR and PBS.

## 4.4    Provide PRSS services over sIX

Continue efforts to provide PRSS services via sIX to the 41 sites that are co-located and not served by any joint master control. This pilot project focuses on the development of solutions that support the terrestrial distribution of audio content via PBS' sIX network. This includes a project to demonstrate how the sIX network could support the sharing of linear audio streams for radio broadcasts and explores the use of sIX as a contribution network through which producers would provide audio programming for PRSS distribution. The pilot project will allow NPR to identify and resolve any issues regarding future migration to IP distribution and provide valuable feedback that can be used for an analysis of costs and benefits associated with delivering PRSS services over a terrestrial network. Diversified believes it also gives NPR an immediate opportunity to test its ability to deliver content streams and files to the station's new receivers over a terrestrial IP network at a much larger scale than their current testing has allowed.

Diversified also recommends consideration be given to allowing this pilot to become the starting point for a possible transition towards the expansion of the sIX Network into a single public media interconnection system for distribution of content over IP for TV, radio, and digital. However, such a transition would depend primarily on the availability of new reliable low-cost alternatives to MPLS as the last-mile connectivity solution for radio stations.

CONFIDENTIAL                                                                                                          CPB_0193487

## 4.5   Re-evaluate public media interconnection management structure

The management staffs for both the sIX platform and PRSS are separate and report to separate organizations. Each interconnection system has its own priorities and sets its own independent direction. The management teams appear willing to work together given the opportunity, but no one currently has the opportunity or responsibility to focus on both organizations on a day-to-day basis. Diversified recommends a re-evaluation of the existing management structure of public media interconnection that considers having NPR's and PBS's interconnection management functions roll up to a common senior manager or organizational lead. This recommendation is not intended in any way to reflect criticism of either organization's management team. The recommendation is focused on creating additional opportunities for collaboration by having a position at or near the top of the chain of command that has a daily view into both organizations' plans and challenges.

A constructive first step to common management is to have members of each system's advisory groups meet at regular intervals. For example, the Distribution/Interconnection Committee and/or the ContentDepot Advisory Group (CDAG) from NPR would meet with the Interconnection Committee and/or the Interconnection Working Group (IWG) from PBS. Participants could discuss system needs, identify collaborative opportunities, and begin to design common solutions. These meetings could encourage the management teams supporting sIX and PRSS to deepen collaboration and develop common priorities and direction.

## 4.6   Study PRSS Connectivity Alternatives

Diversified recommends that NPR conduct a comprehensive connectivity study to create a plan to migrate distribution services to an IP network solution to meet future distribution needs. Diversified recommends that NPR hire an engineering company to evaluate all the existing connectivity options and to find a solution for next generation distribution that would work financially as well as technically. Diversified does not recommend that NPR duplicate its 2015 and 2019 studies that confirmed an MPLS network is too expensive for radio distribution. Diversified agrees that an MPLS network is currently too expensive for radio distribution. Diversified is recommending that NPR perform a much more comprehensive study of the potential alternatives to MPLS for both radio and television distribution. This study should include emerging technologies like Low Earth Orbiting Satellite (LEO) and 5G, including combining these technologies with existing broadband connectivity. It is therefore recommended that this study not take place before January 2023, to allow these technologies an opportunity to evolve. Diversified recommends this study be completed no later than April 2024.

## 4.7   Study Alternatives to ContentDepot

The ContentDepot application is the core of radio Interconnection. Approximately half of the PRSS Interconnection System staff is dedicated to building and maintaining this application. Diversified believes there may be lower cost alternatives that could potentially replace ContentDepot if file-based distribution is outsourced to a third party as Diversified recommends. A detailed study would be necessary to determine the amount of savings that might be achievable.

CONFIDENTIAL

CPB_0193488

## 4.8   Station Satellite Dish Replacement Program

The support program for station satellite dishes is another potential cost savings area. Diversified is unaware of any similar program in either TV or radio. Satellite receive dish maintenance is typically left up to the local stations. This includes the Public Media TV stations. Additionally, Diversified believes this service is too expensive when compared to the expected costs to maintain these systems. Diversified does not support NPR's proposals to continue this program beyond the 2022 budget year.[10] We believe that the cost for NPR's coordination of this project is high and that there are alternative solutions that could be less costly. We do support the currently proposed plan to replace six dishes in 2022 as a necessary step to help smooth the transition out of the existing program.

---

[10] NPR has revised this program and has reduced the number of satellite dishes they intend to replace in 2022 from the 16 satellite dishes they originally proposed to replace down to 6. NPR has also proposed new more stringent guidelines for deciding which satellite dishes are eligible for replacement.

CONFIDENTIAL                                                                    CPB_0193489

# Public Radio Interconnection System

# One-Year Budget Extension Request

CONFIDENTIAL

CPB_0193490

# 5   One-Year Extension Agreement for PRSS Interconnection Funding

## 5.1   Executive Summary

CPB has engaged Diversified to assess the Public Radio Satellite System (PRSS) Request for One-Year Extension of Agreement for Federal Interconnection Funding submitted by NPR. We have compared this budget request submitted by NPR with the budget predictions submitted in the 2017 10-year Project Plan.

The Public Radio Satellite System (PRSS) Request for the One-Year Extension is seeking $3.9 million to support the PRSS Interconnection Project for the fiscal year 2022. This request is in line with the $3.96 million projection in the 2017 PRSS 10-year Project Plan.

It should be noted that when compared to the 2017 PRSS 10-year Project Plan projections for the 2022 budget year this request includes increased spending proposed to support additional collaboration with PBS. These collaboration projects could not have been foreseen at the time the 2017 PRSS 10-year Project Plan was created. The total cost of the collaboration projects is $488,035. Without the inclusion of these projects the spending proposed in the (PRSS) One-Year Budget Extension Request is $488,000 less than the 2017 PRSS 10-year Project Plan projected budget of $3.96 million for the 2022 budget year.

The goals stated by NPR in the executive summary of this request are as follows:

> Keep the system running
>
> Improve and ensure the secure operation of the system for one year
>
> Eliminate any non-security improvements to the system
>
> Identify any additional items needed to be included

Diversified conducted a review of the submitted request. Our assessment of this budget extension request was limited to identifying and recommending the spending we believe to be necessary to maintain the current level of service provided by PRSS until the end of September 2022.

It should be noted that the 2017 PRSS 10-year Project Plan was not a baseline budget for sustaining the PRSS System. The $3.96 million projected for 2022 in the 2017 10-year Project Plan included funding for system growth beyond current service levels of PRSS service.

During our discussions with NPR following their initial submission to CPB of the PRSS One-Year Budget Extension request, NPR provided additional information. NPR has also reduced their request for spending related to the Station Satellite Dish Replacement project by $283,000. NPR also delayed several projects and reduced the scope of a number of other projects. In response to this additional information and the revised requests submitted by NPR we have revised our recommendations to include the approval of several additional projects.

In this assessment of the One-Year Extension Agreement, we have reviewed each individual project proposed by NPR. We have provided our recommendation as to whether or not these proposed projects

CONFIDENTIAL

should be funded in the One-Year Extension Agreement. We have also included brief descriptions of our reasoning in coming to these conclusions. While we did not conclude that any of these projects other than extending the satellite bandwidth contract are critical to sustaining operations, we did recommend approval of several projects beyond the minimum we believe is required. We believe these projects will ultimately be necessary and that they are of sufficient priority that they should be considered for inclusion in the PRSS One-Year Budget Extension Agreement.

## 5.2   Financial Analysis

The Public Radio Satellite System (PRSS) is operated by NPR and delivers content to the public radio member stations. PRSS Interconnection is funded as a long- term project. The Interconnection and Infrastructure and Service System appropriations pay for the construction, upgrades, maintenance, and on-going support of the PRSS Interconnection System.

The grant budget for PRSS includes spending guidelines for how the funds must be spent with line items in the budget providing funds for the resources required to create and maintain the services provided by the interconnection system. Diversified's assessment included reviewing the line items in the grant budget and comparing the budgeted funds against the amount of the funds spent.



*Figure 6-PRSS ONE-YEAR BUDGET EXTENSION SPENDING BREAKDOWN*

## 5.1   PRSS Interconnection System Project Budget One-Year Extension

The proposed PRSS Interconnection System Project Budget One-Year Extension Request is asking for $3.9 million in funding to cover a one (1) year period (October 1, 2021- September 30, 2022). The 2017 10-Year Project Plan originally projected $3.96  million for this same fiscal year.

CONFIDENTIAL                                                                                          CPB_0193492



*Figure 12-PRSS ONE-YEAR EXTENSION REQUEST SPENDING BREAKDOWN versus 2017 PROJECT PLAN*

## 5.2 PRSS Interconnection System Project Budget One-Year Extension versus 2017 Project Plan

The $3.9 million requested for the One-Year Budget Extension is slightly below the 2017 Project Plan projection of $3.96 million for the same one-year period. The proposed budget includes a significant increase in spending for hardware and software expenses when compared to the 2017 10-Year Plan projections for this same year. This overage is offset by a reduction in spending for salaries and benefits compared to the 2017 10-Year Plan projections. The PRSS One-Year Extension Budget request includes a request for $346,000 to support collaboration with PBS on a pilot project for program distribution over the sIX terrestrial IP network and $142,000 for a study to evaluate file-based distribution over a terrestrial IP network. These two expenses could not have been foreseen at the time the 2017 10-Year Project Plan was created. Without the additional expense for these collaboration projects, the PRSS One-Year Budget Extension Request would be reduced to $3.42 million.

CONFIDENTIAL



*Figure 13-ONE-YEAR EXTENSION REQUEST SALARIES AND BENEFITS versus 2017 PROJECT PLAN*

## 5.3   Salaries, Benefits, and Occupancy

The proposed One-Year PRSS Budget Extension Request allocates $1.32 million for staff salaries and benefits with a proposed average staffing of 8.9 full-time employees (FTEs). This represents a reduction of $1.0 million in salaries and benefits and a reduction in average headcount of 5.0 FTEs when compared to the budget projections for the same year included in the 2017 10-Year PRSS Budget Plan.

| 2017 Project Plan Positions | Average FTE (13.9) | PRSS One-Year Extension Proposed Positions | Average FTE (8.9) |
|---|---|---|---|
| | | Product Manager | 0.6 |
| | | Satellite Facilities Engineer | 0.3 |
| Project Managers | 2 | Software Developer | 0.8 |
| | | Sr. Distribution Systems Architect | 0.2 |
| | | Network Engineering Technician | 0.1 |
| | | Product Designer | 0.7 |
| | | Operations Architect | 0.2 |
| Software Developers | 5 | Program Manager | 0.6 |
| | | QA Specialist | 0.4 |
| Functional Designers | 2 | QA Engineer | 0.4 |
| Quality Assurance Specialists | 1.5 | | |
| Solutions Architect | 1 | Senior Software Developer | 0.8 |
| | | Systems Engineer | 0.3 |
| GSR Engineers | 2 | Senior Director, Distribution | 0.1 |
| | | Director, IS Operations | 0.1 |
| | | Sr. Systems Engineer | 0.1 |
| | | | |
| | | Program Manager | 0.5 |
| Network Engineers | 3 | Sr. Software Engineer/Architect | 1.0 |
| | | Software Development Manager | 0.6 |
| | | Senior Software Developer | 0.5 |
| | | Broadcast & Network Systems Engineer | 0.4 |
| Information Systems Engineers | 1 | Sr. Satellite Engineer | 0.4 |
| Total Staffing | 13.5 - 15.0 | Total Staffing | 8.9 |

*Figure 14-STAFFING COMPARISON*

CONFIDENTIAL                                                                                   CPB_0193494

### 5.4    Capital Projects

The PRSS One-Year Budget Extension Request includes $1.2 million for license renewals, support contract extensions, and hardware replacement purchases. In comparison, the 2017 10-Year Project Plan projected a total of $306,000 for license renewals, support contract extensions, and hardware replacements for the 2022 budget year. The $306,000 in spending projected in the 2017 10-Year Plan for 2022 included $257,000 for Station Satellite dish replacements and $49,000 to purchase satellite receivers. The Station Satellite Dish Replacement equipment costs requested in the PRSS One-Year Budget Extension have been reduced to $194,000 by NPR. There are no satellite receiver purchases included in the PRSS One-Year Budget Extension Request.

Excluding the Station Satellite Dish equipment replacement costs, the funds requested in the PRSS One-Year Budget Extension Request for license renewals, support contract extensions, and hardware replacements combined total $1.0 million. The 2017 10-Year Plan did not include any expense for software license extensions, support contracts, and network IP switch replacements.

### 5.5    Satellite Expenses

The total proposed satellite expenses are $1.349 million includes the lease and insurance of one full 36 MHz transponder on C-band Galaxy 16 and 7.2 MHz of bandwidth on the Galaxy 17 Ku-band satellite. This expense is in line with the estimated cost for the service presented in the 2017 10-Year Project Plan. There is a $5,000 increase compared to the 2017 Plan due to increased insurance costs.

## 6    CAPITAL PROJECT ASSESSMENTS AND RECOMMENDATIONS

### 6.1    Cisco Support Contract (A.1)

NPR is requesting $151,750 to renew the extended service support contract with Cisco for one year.

**Diversified recommends approval of this project.**

This contract provides software updates and technical support for the IP switches and routers deployed at the PRSS NOC and BuNOC facilities. Support contracts like this one are common in the industry. It should also be noted that the Cisco support contracts tend to be some of the most expensive in the industry. This has led some organizations to opt out of these contracts and in some cases to even switch vendors to a vendor that provides support at a more reasonable cost.

CONFIDENTIAL

CPB_0193495

## 6.2   Splunk (A.1.2)

NPR is requesting $73,224 to renew the software license agreement with Splunk for three years.

**Diversified recommends approval of this project.**

This software is used by developers to manage the various logs generated by software applications like ContentDepot. It is a necessary tool used for building and supporting these applications. Our understanding is that this is a three-year extension of the existing licensing agreement. It may be possible to extend this contract for one year versus the three-year extension proposed but the shorter contract would possibly come at a higher cost per year than the proposed three-year extension.

## 6.3   Glowlink (A.1.3)

NPR is requesting $70,956 to renew the software license agreement with Glowlink for three years.

**Diversified recommends approval of this project.**

Our understanding is that this is the extension of an existing agreement. This software is used to identify and isolate RF interference with satellite transmissions. It should be noted that while there are some media industry satellite uplink facilities that utilize this software, most do not. The satellite providers, Intelsat, and SES are typically responsible for identifying and isolating RF interference. Diversified supports this expenditure primarily because it is an extension of an existing agreement.

## 6.4   Network Hardware Replacement (A.2:1)

This project provides $412,069 to replace 78 IP switches and firewalls utilized by ContentDepot and by the PRSS Axia Livewire Audio over IP (AoIP) audio distribution switching matrix. The AoIP audio distribution system is utilized to route audio streams to and from the various pieces of equipment that make up the technical infrastructure of the PRSS NOC and BuNOC. This project includes $337,472 for hardware purchases for the switches and firewalls, $59,871 for labor and professional services to install the equipment, and $14,676 for travel costs. Some of this equipment is located at the BuNOC in Minnesota. The labor costs contribute 0.23 people to the total headcount.

**Diversified recommends approval of this project.**

This assumes that all of this hardware was purchased in 2012-2013 as described in the request. If budget constraints dictate delaying this project, this existing hardware should be supportable for at least another one to two years. This is a very large amount of hardware for an organization the size of PRSS to be requesting.

During follow-up discussions to the one-year budget extension request, NPR provided additional details as to the numbers and types of IP switches that are being replaced

CONFIDENTIAL                                                                                          CPB_0193496

and as to how these IP switches are currently being utilized. NPR has also stated clearly that all of the IP switches being replaced were purchased in 2012-2013 and are at End-of-Life and will therefore no longer be supported by Cisco.

It would be very helpful to be able to view this request in context to the overall plan for network equipment for PRSS. We are unclear as to whether NPR expects to request additional network hardware in the two-year budget proposal for 2023-2024 or if this request covers all the network equipment in service for PRSS.

We have expressed concerns as to whether NPR will be able to test and install this amount of network hardware in a single year. NPR estimates 468 hours of work for this project. NPR has assured us that they will be able to install all of this equipment and place it into operation in the next 12 months.

It should be noted that if NPR follows Diversified's recommendation to outsource file-based program distribution, some of this hardware may not be needed going forward.

If this project is approved, we recommend that NPR be required to provide a detailed project schedule for the deployment of this equipment with regular progress updates. We also recommend that NPR be required to provide a complete list of all the IT switches, routers, and firewalls currently in service for Interconnection including the date of purchase of this equipment and the current port utilization counts for each switch.

Based on the additional information NPR has provided in our follow-up discussions Diversified recommends this project be approved.

### 6.5    CODECS (GatesAir Ascent) (A.2.2)

NPR is proposing to spend $28,426 to support aging codecs by purchasing 5 additional codecs at $4,000 each to be used as spares. The costs for this project include $8,426 for labor to install the equipment. These devices convert traditional broadcast audio streams into IP streams that can be distributed over a standard IP network and vice versa. CODEC is an acronym for Code/Decode.

**Diversified recommends approval of funds to purchase 5 spare CODECs for the PRSS One-Year Budget Extension. We do not support the $8,426 included in this project for labor.**

NPR has stated that the existing CODECS are 8 years old, but these types of equipment are inherently reliable over a very long lifespan. We recommended that NPR consider purchasing spare codecs to cover any support issues with the current equipment.

### 6.6    Server Virtualization (A.2.3)

This project provides $106,088 for the replacement of the current ENCO program playout system including all the supporting hardware with a new ENCO playout server that is built on ENCO provided virtualized servers. This project includes completely new systems at both the

CONFIDENTIAL                                                                                 CPB_0193497

NOC and BuNOC. This project proposes the purchase of two ENCO play-out systems at a cost of $50,250 each along with $5,588 in labor costs to install the new systems.

Per NPR, "*The ENCO system acts as a backup to live audio-stream delivery by playing out "evergreen" audio files in the event a live stream connection fails and cannot be restored. The ENCO system also plays audio files as live streams when producers do not air their programs live.*"

**Diversified recommends approval of this project.**

If budget constraints require otherwise, we do not expect that delaying replacement of this system for an additional year would result in any problems that could not be dealt with as a normal maintenance issue.

## 6.7   Workstation Lifecycle Management (A.2.4)

This project provides $39,432 for the replacement of 20 computer workstations that will be four years old in 2022. The labor costs included in this project are $9,432.

**Diversified recommends approval of this project.**

Most organizations replace workstations on a three-to-four-year cycle. If budget constraints require otherwise, we do not expect that delaying replacement of these workstations an additional year would result in any problems.

CONFIDENTIAL                                                                                                                CPB_0193498

## 6.8    Architectural Improvements (A.3.1)

NPR is proposing spending $176,307 to fund five separate projects under the title of "Architectural Improvements". All of the costs associated with this project are attributable to the labor costs for NPR's existing staff. This collection of projects is responsible for 0.91 FTEs of the 8.9 total FTEs proposed as the average PRSS headcount for 2022.

The first four of these projects are software development projects that are essentially software "housekeeping" efforts necessary to ensure the long-term stability of ContentDepot. Like any housekeeping work, these efforts can be delayed almost indefinitely but the longer they are delayed the more difficult they become to accomplish and the more likely they are to contribute to undesired consequences. All of this cost is attributable to the labor costs for NPR's existing staff to execute the required software changes.

The " *Develop recommendations to reduce interference via filtering* " project is targeted at conducting research into the potential solutions to abate satellite downlink interference that is currently occurring at a handful of public radio stations. The costs are a combination of labor costs for the NPR engineers engaged in this work and consulting costs for external engineering resources. This project is meant to sustain the current functionality of the existing PRSS service.

### 6.8.1    Improve Coordination of Third-Party software

Centralize third-party software to one area.

**Diversified recommends approval of this project.**

This project is focused on the long-term sustainability of the current level of ContentDepot functionality. It is not an enhancement to the existing functionality. While Diversified does not believe this project is so critical that in could not be delayed 12 months, we do believe this work is essential to the long-term sustainability of ContentDepot and therefore if budget constraints allow, we recommend moving forward with this project.

### 6.8.2    Rework Content File Storage

This project proposes to improve the current layout related to file storage ContentDepot

**Diversified recommends approval of this project.**

This project is focused on the long-term sustainability of the current level of ContentDepot functionality. It is not an enhancement to the existing functionality. While Diversified does not believe this project is so critical that in could not be delayed 12 months, we do believe this work is essential to the long-term sustainability of ContentDepot and therefore if budget constraints allow, we recommend moving forward with this project.

CONFIDENTIAL                                                                                                    CPB_0193499

### 6.8.3 Improve and simplify software communications

Update software communications between various software components inside ContentDepot

**Diversified recommends approval of this project.**

This project is focused on the long-term sustainability of the current level of ContentDepot functionality. It is not an enhancement to the existing functionality. While Diversified does not believe this project is so critical that in could not be delayed 12 months, we do believe this work is essential to the long-term sustainability of ContentDepot and therefore if budget constraints allow, we recommend moving forward with this project.

### 6.8.4 Streamline Audio Recording

Improve ContentDepot audio recording process

**Diversified recommends approval of this project.**

This project is focused on the long-term sustainability of the current level of ContentDepot functionality. While it is an enhancement to the existing functionality, this project also addresses an apparent increased demand for this service. While Diversified does not believe this project is so critical that in could not be delayed 12 months, we do believe this work is essential to the long-term sustainability of ContentDepot and therefore if budget constraints allow, we recommend moving forward with this project.

### 6.8.5 Develop recommendations to reduce interference via filtering

This project is targeted at conducting research into the potential solutions to abate satellite downlink interference that is currently occurring at a handful of public radio stations.

**Diversified recommends approval of this project.**

This request is for funding a project to investigate potential solutions to eliminate interference currently experienced by a handful of stations. Given the limited scope and the limited budget requested for this effort as described by NPR, we now support this effort.

## 6.9 Vaadin Upgrade and Maintenance (A.3.2)

NPR proposes spending $114,569 to upgrade of the Vaadin software from version 8 to version 14.6. Vaadin is the software at the core of the ContentDepot and is used to build the user interface and web pages.

**Diversified recommends approval of this project.**

This upgrade appears to us to be long overdue. We do not recommend delaying it further. The quotes below are from the Vaadin website.

CONFIDENTIAL                    CPB_0193500

" *While our current LTS, Vaadin 14 is the best option for keeping your apps modern on an open-foundation based on web standards, Vaadin 8 is still widely used by certain businesses, as it is still extremely stable, and supports legacy browsers, such as IE 11.* "

"*The open source version of Vaadin 8 is maintained (and will receive updates) until the end of February 2022, and the extended maintenance continues until the end of February 2032. We recommend modernizing your application to Vaadin 14, or purchasing extended maintenance, as the end-of-life date is fast approaching.*"

## 6.10  Ground Equipment and Replacement (GEAR) [11] (A.4.1)

NPR is requesting $287,707 to replace 6 station satellite dishes. This budget request includes $93,750 for NPR labor costs to coordinate the replacements and $193,957 to pay for professional services. The money allocated for professional services will go towards paying for the purchase of new satellite dishes along with paying independent contractors to travel to the stations and replace the satellite dishes. The NPR labor costs for this proposed PRSS One-Year Budget Extension project accounts for 0.5 FTEs.

As a direct result of CPB's and Diversified's dialog with NPR, this program has been significantly modified. NPR is now proposing to transition this program from one that seeks to proactively replace station satellite dishes before they begin to fail to a more reactive policy that would address station satellite dish issues as they occur.

NPR is also proposing to use actual signal loss criteria as a metric to determine whether or not a satellite dish requires replacement. By applying this signal loss criteria to the original proposed list of satellite dishes targeted for replacement, NPR was able to trim this list of satellite dishes to be replaced down from 16 satellite dishes to 6 satellite dishes.

The PRSS 2017 10-Year Project Plan called for $585,000 and assumed 15 dishes would require replacement in 2022. This included $328,000 for NPR labor costs to coordinate the satellite dish replacements and $257,000 to pay for the new satellite dishes and to pay a contractor to do the actual work to replace the satellite dishes. The NPR labor costs for coordination of this project accounted for 2.2 FTEs.

In summary:

> The PRSS One-Year Budget Extension request is asking for $302,000 less than the amount projected in the 2017 10-Year Plan for the station satellite dish replacement project.

> This request includes a reduction of $176,000 in NPR labor costs for project coordination in comparison to the PRSS 2017 10-Year Project Plan projection for 2022. This request also reflects a reduction of $126,000 in hardware and professional services costs in comparison to the 2017 10-Year Project Plan projection for 2022.

---

[11] Ground Equipment and Replacement (GEAR) is the title for the Station Satellite Dish Replacement Program included in the PRSS One-Year Extension Budget Request.

CONFIDENTIAL                                                                    CPB_0193501

The reduction in the amount of labor requested translates into a reduced headcount of 1.7 FTEs.

This request includes a reduction of the number of satellite dishes being replaced from the 15 satellite dish replacements projected in the 2017 10-Year Project Plan projection for 2022 down to a total of 6 satellite dish replacements requested in the PRSS One-Year Budget Extension request.

NPR has proposed that this program continue in a modified form going forward after the 2022 budget year.

**Diversified supports NPR's proposed plan to replace six dishes in 2022 as a necessary step to help smooth the transition out of the existing program. We do not support continuing this program beyond the 2022 budget year. We believe that the coordination of this program by NPR is too costly. We do not believe that it is cost effective to have a program to proactively replace station satellite dishes and we are unaware of the existence of this type of program anywhere else within the media industry.**

## 6.11  Satellite Capacity and Insurance (A.5)

This project would provide $1,349,544 to extend the existing contract with Intelsat for satellite bandwidth.

**Diversified recommends approval of this project.**

This is the one critical project in this budget request. Failure to approve this contract extension would result in severe interruptions to PRSS services.

## 6.12  Customer Experience

The two projects defined by NPR as "Customer Experience" projects are both software development projects targeted at increasing functionality and scope of ContentDepot provided services beyond the current system capabilities. These projects add functionality, but they also add cost and increased responsibility. The total cost of these two projects is $328,348. This cost is completely attributable to labor for software development. This cost does not account for the future expense of supporting and improving this added functionality. The NPR labor costs proposed for these two projects translate into an average headcount of 2.34 FTEs.

### 6.12.1  Spot Insertion (B.1)

Per NPR, "*Spot insertion will enable new underwriting and localization opportunities at stations to potentially increase revenue and decrease manual operations.*"

NPR is proposing to spend $105,861 to fund this project.

CONFIDENTIAL

**Diversified recommends approval of this project.**

While this project is not required to support existing operations, the functionality enhancement proposed here is in commonplace use within the commercial radio industry. This project should help to increase revenue for public media. We believe this project should therefore be given a high priority.

### 6.12.2 Improved MetaPub Distribution (B.4)

NPR proposes spending $222,487 to fund software development to allow stations to use existing broadcast schedules and enable stations to enter information such as site details and metadata related to local programming directly into ContentDepot, making it available to multiple platforms via the MetaPub API.

**Diversified DOES NOT recommend approval of this project for the PRSS One-Year Budget Extension.**

This is an enhancement to current services and is not necessary to sustain the current level of services.

## 6.13  Collaboration With PBS (C.1)

This project proposes to spend $345,643 to support collaborative work with PBS to test the ability to distribute content to 41 sites and to implement a multicast distribution pathway on the PBS sIX MPL network.

This work is being done in alignment with Diversified's earlier recommendations. This project includes $242,500 in hardware and software costs and $103,143 in internal labor costs. The impact on PRSS average headcount is 0.54 FTEs.

**Diversified recommends approval of this project.**

During the review of this project, NPR raised the issue that they believe that this project should not be limited to the investigation into the distribution of content over the sIX MPLS network. NPR suggested that this effort should be modified to include an investigation into distribution of live radio content over broadband including LEO satellite distribution. We agree with NPR, and we would support including a broader investigation to include both broadband connectivity and LEO satellite solutions as part of this overall effort. We are not suggesting that the budget needs to be increased. We are instead suggesting that the number of stations included in the sIX distribution pilot could be significantly reduced and that the funds saved by that reduction could be used to investigate distribution over lower cost solutions than MPLS.

## 6.14  Prototype Of Terrestrial Distribution of Files (C.2)

This project proposes to spend $142,392 to explore collaborations with existing NPR and PBS vendors to prototype terrestrial distribution of files (non-live content) on the public Internet.

CONFIDENTIAL                                                                     CPB_0193503

The project proposes to research and analyze the impacts of existing system requirements such as file air windows, station automation integration, disaster recovery, NOC monitoring, subscriptions, security, as well as the financial implications.

**Diversified DOES NOT recommend approval of this project.**

Delivery of file-based content over the internet is a well-established practice across the broadcast industry. The recommendation by Diversified is that NPR outsource file-based distribution to a third party. This project appears to be targeted towards keeping file-based distribution in house as it is today and just studying the feasibility of changing the connectivity to the internet.

## 6.15 Coordination And Management (D)

NPR proposes to spend $282,422 for coordination and management. These costs are broken out by hours consumed by each individual FTE in the supporting documentation provided by NPR. While this additional information is helpful, it would also be good to see these costs broken out by individual sub-project. During the discussions following NPR's submission of the PRSS ONE-YEAR BUDGET EXTENSION REQUEST to CPB, NPR stated that the coordination and management costs budgeted here would not be reduced by a reduction in the number of approved projects. Diversified does not agree with that assessment by NPR. There may not be a one for one reduction but if there are fewer people involved the costs for coordination and management should be at least to some degree reduced.

# 7   SUMMARY OF RECOMMENDATIONS

As we stated in the beginning of this report, Diversified conducted a review of the submitted budget request by NPR. Our assessment of this budget request was limited to identifying and recommending the spending we believe to be necessary to maintain the current level of service provided by PRSS until the end of September 2022.

We have since participated in joint discussions with CPB and NPR to review the individual projects included in NPR's request along with Diversified's initial review of the PRSS One-Year Budget Extension Request. During these discussions NPR was able to provide additional information and we were able to clarify some of our positions regarding these projects to NPR. We were asked by CPB to provide an update to this report following those discussions.

We intentionally limited our review of the PRSS One-Year Budget Extension Request to determining which projects are absolutely critical for sustaining PRSS operations in their current form for the 12-month period of the budget request and which projects we did not consider critical. We discovered only one project that we felt met the criteria of being absolutely critical to sustaining current levels of PRSS operations. This project is NPR's Continuity of Service Project (A.5) Satellite Bandwidth Lease Renewal. Without this project PRSS would not be able to distribute content as they do currently. While none of the other projects met this threshold of being absolutely critical to PRSS operations, there are a number

CONFIDENTIAL

CPB_0193504

of additional projects submitted by NPR within the PRSS One-Year Budget Extension Request that Diversified believes should be approved if funding is available.

During our evaluation of the projects submitted by NPR we arranged these projects into a number of categories. In the list below, we have listed the projects in these categories along with our recommendations.

## 7.1   Projects that Diversified recommends be approved.

**Projects that are absolutely critical to PRSS Operations over the next 12 months**

This is the one critical project in this budget request. Failure to approve this contract extension would result in severe interruptions to PRSS services. This project does not contribute to PRSS headcount.

**Diversified recommends approval of this project.**

| | |
|---|---|
| Satellite Bandwidth Lease Renewal (A.5) | ($1,349,544) |

**Projects we consider necessary but that are not absolutely critical to PRSS Operations over the next 12 months**

These three projects include the requests for funding for the extension of the existing Cisco support contract and for license renewals for two software applications utilized in day-to-day operations of PRSS. These three projects total $295,950 and contribute 0.1 FTEs to the PRSS headcount.

**Diversified recommends approval of these three projects.**

| | |
|---|---|
| Cisco Support Contract (Smartnet) (A.1.1) | ($151,750) |
| Splunk (A.1.2 ) | ($73,224) |
| Glowlink (A.1.3) | ($70,956) |

**Projects that are not critical to daily PRSS operations that we consider strategic investments in the future of Interconnection.**

This work is being done in alignment with Diversified's recommendations in the Assessment of the PRSS Phase II Budget proposal. This project contributes 0.54 FTEs to the PRSS headcount excluding Coordination and Management costs.

**Diversified recommends approval of this project.**

| | |
|---|---|
| Collaboration With PBS (C.1) | ($345,643) |

**Projects Diversified considers necessary for the long term continuity of PRSS services but that could be delayed for 12 months without causing any disruptions but should be approved if budget constraints allow. The exception to this list is the Spot Insertion (B.1) Project which is a functionality enhancement project. We included this project because it promises to improve revenue and we felt any project that increases revenue should be given higher priority.**

CONFIDENTIAL

These projects are projects that we believe should be approved but that could be delayed for 12 months or longer without any disruption in PRSS services or NOC operations. These projects include work that will likely need to be funded within the next three years to sustain current levels of PRSS services. These combined projects total $972,243 and contribute 3.0 FTEs to the PRSS headcount excluding Coordination and Management costs.

**Diversified recommends approval of these projects.**

| | |
|---|---|
| Network Hardware Replacement (A.2.1) | ($412,069) |
| CODECS (GatesAir Ascent) (A.2.2) | ($28,426) |
| Server Virtualization (A.2.3) | ($106,088) |
| Workstation Lifecycle Management (A.2.4) | ($39,432) |
| Vaadin Upgrade and Maintenance (A.3.2) | ($114,569) |
| Improve Coordination of Third-Party software (A.3.1) | ($34,000) |
| Rework Content File Storage (A.3.1) | ($52,000) |
| Improve and simplify software communications (A.3.1) | ($4,800) |
| Streamline Audio Recording (A.3.1) | ($52,000) |
| Develop recommendations to reduce interference (A3.1) | ($22,998) |
| Spot Insertion (B.1) | ($105,861) |

## 7.2    Projects that Diversified recommends be delayed or disapproved.

**Projects should be considered optional in both the near and long term.**

These projects are projects that we believe should be considered optional. They are supportable requests, but they could also be delayed 12 months and probably much longer if budget restrictions demand doing so. These combined projects total $268,000 and contribute 1.5 FTEs to the PRSS headcount excluding Coordination and Management costs.

**Diversified does not recommend approval of these projects for the PRSS One-Year Budget Extension. These projects can easily be delayed 12 months.**

| | |
|---|---|
| Provide NOC Operators the ability to switch uplink paths (A.3.1) | ($14,000) |
| Replace Coaxial-Fiber Converters for Uplink Dishes (A.3.1) | ($32,000) |
| Improved MetaPub Distribution (B.4) | ($222,487) |

**Projects that Diversified believes to be unnecessary.**

CONFIDENTIAL                                                                                                              CPB_0193506

Diversified does not support this project. We do not see any need for the proposed study. This project contributes 0.8 FTEs to the PRSS headcount excluding Coordination and Management costs.

**Diversified does not recommend approval of this project.**

Prototype of Terrestrial Distribution of Files (C.2)                    ($142,392)

## 7.3    Ground Equipment Replacement

We are placing this project in its own category. After lengthy discussions, NPR has agreed to modify the scope of this program and has lowered the funding requested for this project from $571,373 down to $287,707. This project contributes 0.6 FTEs to the PRSS headcount.

**Diversified acknowledges NPR's efforts in rethinking this program. We believe the changes represented in this revised project proposal from NPR are a large step in the right direction.**

**While we do support the changes to this program for the 2022 budget year as proposed by NPR, we do not support continuing this program beyond 2022. We believe the costs per dish replaced are excessive. These excessive costs are primarily attributable to the associated NPR coordination costs.**

Ground Equipment Replacement (A.4.1)                    ($287,707)

## 7.4    Coordination And Management

During the discussions following NPR's submission of the PRSS ONE-YEAR BUDGET EXTENSION REQUEST to CPB, NPR stated that the coordination and management costs budgeted here would not be reduced by a reduction in the number of approved projects. Diversified does not agree with that assessment by NPR. There may not be a one for one reduction but if there are fewer people involved it is reasonable to assume that the costs for coordination and management should be at least to some degree reduced. This effort contributes 2.2 FTEs to the PRSS headcount.

**Diversified recommends approval of this project assuming spending is adjusted downward to reflect the reduced effort necessary to support only the approved projects.**

Coordination And Management (D)                    ($282,422)

CONFIDENTIAL                                                              CPB_0193507

Appendix

A.  Stakeholders and Stakeholder Input .......................................................... 39
B.  PTV – NPR Co-located Interconnection Users ............................................. 42
C.  Methodology ........................................................................................ 43
D.  Diversified at a Glance ........................................................................... 45

CONFIDENTIAL

CPB_0193508

## A. Stakeholders and Stakeholder Input

*Discovery Overview*

Diversified benefited from the support and collaboration of multiple stakeholders in the creation of these deliverables. Without their support, advice, and input the creation of these documents would not have been possible.

Diversified also performed other activities during the discovery phase including:

- Spoke with executives from 23 separate stations of all different sizes
- Spoke with twelve stations that were joint licensees with both PTV stations and public radio stations in their facilities
- Held sessions with PRSS management team members and PBS technical executives
- Spoke with the CEOs of APT and NETA
- Visited the New York JMC, the Florida JMC, and the Boston PMM facility
- Visited the NPR and PBS facilities in Washington, DC

In total Diversified spoke with over 70 individual stakeholders. The sessions were recorded and transcribed. The team also reviewed over 35 hours of individual interview notes. Described below are the key takeaways gathered from the stakeholder interview process.

*Stakeholder Interview List*

During the course of this assessment, the Diversified team interviewed ten CPB executives responsible for the funding and oversight of the Public Media Interconnection Systems. The Diversified team also interviewed the senior technical staff of at NPR and senior managers at selected public radio stations.

CPB also ensured that Diversified met with representation from the different size stations groups ranging from small to large member stations within the organization. This was to ensure that Diversified was able to gain a complete picture of how the interconnection system is being used and how it is being proposed to be used by the different sized stations and station groups. Each station and its representative were able to discuss any items that were unique to their station and provide Diversified with more granular insights into how their station works today.

CONFIDENTIAL                                                                    CPB_0193509

| Stakeholder | Title | Group |
|---|---|---|
| Michael Levy | Executive Vice President and Chief Operating Officer | CPB |
| Deborah Carr | Vice President, Operations and Strategy | CPB |
| Beth Jacobs | Vice President, Digital Strategies | CPB |
| Anne Brachman | SVP, Government Affairs | CPB |
| Ted Krichels | SVP, System Development and Media Strategy | CPB |
| Westwood Smithers Jr. | Senior Vice President, General Counsel | CPB |
| William P. Tayman Jr. | Chief Financial Officer and Treasurer | CPB |
| Erika Pulley-Hayes | Vice President, Radio | CPB |
| Kathy Merritt | SVP, Journalism and Radio | CPB |
| Maja Mrkoci | Chief Content and Innovation Officer | CPB |
| Bob Wyatt | CTO for Alaska Public Media | |
| Scott Finn | President and CEO, Vermont Public Radio | |
| Joe Tymecki | CTO, Vermont Public Radio | |
| Victoria St. John | Director of Operations, Vermont Public Radio | |
| Goli Sheikholeslami | CEO, WYNC-FM | |
| Steve Shultis | CTO, WYNC-FM | |
| Ron Walker | Senior Director, Technology and Operations, NPR | NPR |
| Michael Beach | Vice President of Distribution, NPR | NPR |
| Joe Schifano | Director of Program Management, NPR | NPR |
| Anita Ginyard-Rogers | Senior Director of Program Management, NPR | NPR |

*PBS/NPR Collaboration opportunities*

Twelve of the stations interviewed were joint licensees with both radio and TV stations. All of these stations were in support of the PRSS using the sIX network to provide program services to their radio stations. No specific reasons for this were identified, but everyone was optimistic that there could be add potential benefits from this collaboration.

## B.  PTV – NPR Co-located Interconnection Users

| # | Grantee Names & Co-located Radio Station | | City | State |
|---|---|---|---|---|
| 1 | KAMU-TV | 1618-KAMU-FM; | College Station | TX |
| 2 | KEDT-TV | 1620-KEDT-FM; | Corpus Christi | TX |
| 3 | KENW-TV | 1511-KENW-FM | Portales | NM |
| 4 | Oregon Network | 1588-KOPB-FM | Portland | OR |
| 5 | KQED-TV | 1312-KQED-FM | San Francisco | CA |
| 6 | KRCB-TV | 1309-KRCB-FM | Rohnert Park | CA |
| 7 | KRWG-TV | 1509-KRWG-FM | Las Cruces | NM |
| 8 | KAKM-TV | 1253-KSKA-FM | Anchorage | AK |
| 9 | KOZK-TV | 1488-KSMU-FM | Springfield | MO |
| 10 | KUAC-TV | 1258-KUAC-FM | Fairbanks | AK |

CONFIDENTIAL    CPB_0193510

| # | Grantee Names & Co-located Radio Station | | City | State |
|---|---|---|---|---|
| 11 | Nebraska Network | 1493-KUCV-FM | Lincoln | NE |
| 12 | South Dakota Public Television | 1606-KUSD-FM | Vermillion | SD |
| 13 | WIPB-TV | 1390-WBST-FM | Muncie | IN |
| 14 | WCMU-TV | 1454-WCMU-FM | Mount Pleasant | MI |
| 15 | WCNY-TV | 1524-WCNY-FM | Syracuse | NY |
| 16 | WVIZ-TV | 1560-WCPN-FM | Cleveland | OH |
| 17 | WCVE-TV | 1648-WCVE-FM | Richmond | VA |
| 18 | WTIU-TV | 1383-WFIU-FM | Bloomington | IN |
| 19 | WGCU-TV | 1344-WGCU-FM | Fort Myers | FL |
| 20 | WGTE-TV | 1568-WGTE-FM | Toledo | OH |
| 21 | WGVU-TV | 1449-WGVU-AM  1450-WGVU-FM | Grand Rapids | MI |
| 22 | WHRO-TV | 1645-WHRV-FM | Norfolk | VA |
| 23 | WKAR-TV | 1447-WKAR-FM | East Lansing | MI |
| 24 | WKNO-TV | 1611-WKNO-FM | Cordova | TN |
| 25 | WKYU-TV | 1410-WKYU-FM | Bowling Green | KY |
| 26 | WLRN-TV | 1350-WLRN-FM | Miami | FL |
| 27 | South Carolina Network | 1602-WLTR-FM | Columbia | SC |
| 28 | Maine Network | 1429-WMEH-FM  1431-WMEA-FM | Lewiston | ME |
| 29 | WNMU-TV | 1453-WNMU-FM | Marquette | MI |
| 30 | WNYE-TV | WNYE-FM | New York | NY |
| 31 | WOUB-TV | 1558-WOUB-FM | Athens | OH |
| 32 | WPSU-TV | 1600-WPSU-FM | University Park | PA |
| 33 | WQED-TV | 1596-WQED-FM | Pittsburg | PA |
| 34 | WQLN-TV | 1590-WQLN-FM | Erie | PA |
| 35 | WTJX-TV | WTJX-FM | St. Thomas | USVI |
| 36 | WDCQ-TV | WUCX-FM | University Center | MI |
| 37 | WUFT-TV | 1346-WUFT-FM | Gainesville | FL |
| 38 | WVIA-TV | 1599-WVIA-FM | Pittston | PA |
| 39 | WVUT-TV | 1391-WVUB-FM | Vincennes | IN |
| 40 | VIGOR NOC | NA | San Diego | CA |
| 41 | NPR HQ | NA | Washington | DC |

CONFIDENTIAL     CPB_0193511

## C. Methodology

Diversified's Emerging Technology & Solutions (ET&S) team followed its time-tested data gathering and analysis process to complete this assessment.

Our process model includes the five key steps shown below:



This process defines the general sequence Diversified followed to ensure the Interconnection System Assessment engagement goals were achieved and to assist CPB with the following:

- Understand the scope and definition of the interconnection system
- Understand the status of the interconnection system after the Phase 1 deployment
- Identify and recommend ways for NPR and PBS to collaborate within the interconnection system in the future
- Analyze and compare the interconnection system's practices against today's industry standards
- Identify potential savings in capital or operating costs for the interconnection system

Diversified submitted Requests for Information (RFIs) to NPR to gain access to any existing documentation or process related materials. The Diversified team reviewed all available materials to gain an understanding and foundation of the status of the interconnection system and the proposed objectives for the upcoming phases.

Diversified then hosted elicitation sessions with key personnel identified by CPB that represented the following groups:

- NPR leadership
- CPB executives
- NPR member station representatives

CONFIDENTIAL

CPB_0193512

- PRX representatives

The elicitation sessions provided Diversified with an opportunity to discuss the interconnection system with the different personnel groups using the interconnection system today within their day-to-day operations. This was also an opportunity for the operators to share their thoughts on the interconnection system and provide any additional insight into how the Interconnection System works for them today.

The feedback from the elicitations sessions and the documentation provided during the RFI process allowed Diversified to gain a better understanding of how the interconnection system is used by the different departments, identify potential areas of collaboration for NPR and PBS to work together within the interconnection system, identify areas where potential cost savings are available, and make recommendations on how the interconnection system could harness today's technologies within their infrastructure.

CONFIDENTIAL

CPB_0193513



## D. Diversified at a Glance

Diversified currently employs over 2400 people in over 40 world-wide locations with over $950 million in annual revenues.

Diversified was formed in 1993 as a full-service systems and media technology integration company, originally addressing the technical needs of the broadcast, audio-visual, IT and RF market segments. However, as the market needs continued to grow and evolve, so did Diversified's service offerings. Over the years, the company made a series of strategic investments and acquisitions that not only expanded their portfolio of expertise but also extended their geographic footprint to better serve a growing client base.

With the enhanced capabilities, Diversified emerged as an industry leading technology solutions provider delivering innovative digital media, collaborative, broadcasting, electronic security, and OTT solutions to a global clientele across a wide array of markets including financial, media & entertainment, enterprise, energy, higher education, technology, healthcare, hospitality, government, and more. As an engineering-centric organization, specialized teams of technical experts' partner with clients to design custom solutions that enhance their operations, increase productivity, and help drive ROI.

Today Diversified has more than 30 offices serving Fortune 500 clients around the world and is widely recognized for thought leadership and strategic enterprise implementation. From initial design consultation to deployment to managed services, Diversified is a trusted technology partner.

*Project Team Structure*

The Diversified team for the Assessment of Public Media's Interconnection System is led by the Consulting Program Manager who oversees the tactical engagement. The Program Manager receives support from a Solutions Architect as the lead technical resource; a Financial Analyst with vendor relations expertise to provide support to the team in vendor interfacing and financial modeling; and a Business Analyst tasked with validating the operational workflows and use cases that drive the technology decisions. The Program Manager and the Lead Engineer will be the primary interface for CPB to the Diversified team.

The team will be augmented throughout the discovery and analytical phases by Subject Matter Experts (SMEs) with experience in broadcast television, radio, transport systems, advanced compression and encryption, media and data networks, software architecture, workflow orchestration, Master Control operations, systems design and maintenance. These SMEs will also provide recommendations regarding the future phases of this project and the CPB and Public Media roadmap. Notable contributions during the review of the future proposed solutions and industry trend discussions will come from Diversified's thought leaders, Michel Proulx (Technology Consultant, Emerging Technology) and Karl Paulsen (CTO).

CONFIDENTIAL

CPB_0193514

The Program Manager has ultimate responsibility for the deliverables, schedule, and budget. A Diversified Executive Sponsor will provide program guidance to the team as well as a business level interface and path for escalation if ever required.

The team is supported by a back-office Administration staff from Diversified's Kenilworth, NJ headquarters who will handle financial updates, invoicing, technical documentation, and logistical coordination.

*Project Team Members*

To fulfill the work outlined in the Assessment of Public Media's Interconnection Systems RFP (the Project), Diversified has assembled a team from our Emerging Technology & Solutions practice area. This team includes experts in broadcast television, radio, transport systems, advanced compression and encryption, media and data networks, software architecture, workflow orchestration, Master Control operations, monitoring & compliance, content management, live production, post-production, and ancillary applications that help integrate these functional environments and platforms. The ET&S team also possesses extensive experience in dynamic and complex regulatory programming environments including live sports, news, shopping networks, direct advertising, children's programming, and public media.

The team is led by Jim Casabella as the Lead Consultant and Program Manager. Jim possesses an extensive background with over 35 years of experience leading the ABC Television Owned Station Group technological advances. This has resulted in Jim being recognized as an innovator in television advancement and bringing significant savings to the OTV Group. Other supporting team members bring discipline in program & project management, business analytics, systems engineering (both cloud and installed), operations, facility infrastructure, and finance. Many are industry executives themselves and have joined Diversified from Radio and Broadcast Network careers where a fast-paced, dynamic environment is the norm and not the exception.

For deep subject matter expertise, Diversified will opportunistically leverage its matrixed project workforce Subject Mater Experts (SMEs) who spend considerable time on design and deployment projects. These SMEs bring tangible value to the effort as they are the extended team members with vast experience in both applied technologies and in real-world environments. These are the experts that understand and appreciate the distinction between the theoretical and actual capabilities of systems, people, and spaces.

The Diversified team represents some of the best experts in their fields and, combined with Diversified's firm understanding of CPB's goals for this project, we have the ultimate confidence in our ability to exceed your expectations

CONFIDENTIAL

## Glossaries

### NPR Distribution Glossary

This glossary contains terms generally used by NPR in relation to Distribution and the Interconnection System[12]

| Term | Definition |
|------|-----------|
| Antenna/Antennae | A device used for receiving radio frequencies. |
| Backup Network Operations Center (BuNOC) | Located at Minnesota Public Radio in St. Paul, the BuNOC becomes the central control and operations point for the PRSS's file-transfer and streaming functions in the event the Network Operations Center in Washington, DC, is taken offline. |
| Bandwidth | A section of the electromagnetic spectrum between two frequencies. Each satellite system carrier has, in addition to a center frequency, a specified range of frequencies that determine the carrier's ability to carry complex or detailed signals. The bigger the channel bandwidth, the better-quality audio it can carry. Narrow band channels (about 50 kHz side) can only carry voice-grade audio (3, 4, 5, or 7.5 kHz of dynamic range). Wide band channels (about 200 kHz) can carry high quality audio (15 or 20 kHz of dynamic range). An entire satellite transponder (40 MHz wide) can carry one color television signal. |
| Broadcast Services | A broadcast service represents a radio station's scheduled programming, intended for air to its listeners. A station may have multiple broadcast services, such as one with a news & talk format and one with a classical format. In ContentDepot, Broadcast Services are a new way of thinking about how stations subscribe to programs, receive episodes, and schedule content for playback and listener consumption |
| Codec | A device used to compress or decompress digitized broadcast-quality audio or video content transmitted over an Internet-protocol (IP) network |
| ContentDepot® | The PRSS ContentDepot is public radio's national program distribution system. The ContentDepot uses a combination of Internet and satellite technologies to offer automated content delivery services to stations. Both live and pre-recorded programs |

---

[12] The NPR Distribution Glossary was provided to Diversified during the RFI process. The glossary is not a deliverable from Diversified and was used as a reference during the assessment. The glossary and its authors are referenced in the bibliography at the end of this document.

CONFIDENTIAL                                                    CPB_0193516

| | |
|---|---|
| | are distributed via the ContentDepot, as well as accompanying marketing and promotional materials and modules. |
| **Dish** | Slang name for satellite antenna |
| **File** | Content that is pre-recorded and delivered to stations intact as a file, based on specified file-formats |
| **File Transfer Protocol (FTP)** | A protocol that allows the direct transfer of static files (ASCII text files or binary files such as sound files created in a DAW) from one networked system to another using the Internet. Files are made available for transfer by the administration of an FTP server. Individual users are able to interact with the FTP server by uploading or downloading files to or from the FTP server by using an "FTP Client" on their local networked PC. The client authenticates or logs the user into the FTP server by using either the IP address of the server or the server's registered domain name. Once logged in to the FTP server, the individual files are selected for transfer, either for uploading or downloading, and the transfers are initiated by the execution of a "start transfer" command |
| **Geosynchronous Satellite** | A satellite placed in the geosynchronous orbit with an orbital period matching the Earth's rotation period. These satellites take 24 hours to complete one rotation around the earth. A satellite in geosynchronous orbit is at an altitude of approximately 35,786 km (22,236 mi) above mean sea level. |
| **Ground System** | A collection of station technical assets - including antenna, cabling and receivers - used to downlink live program streams and pre-recorded program files from a broadcast satellite |
| **Ground System Refurbishment** | Work focused on the relocation, repair, or replacement of station downlink equipment, including satellite antenna and cabling |
| **Head-End** | (See Network Operations Center) |
| **Internet Protocol (IP)** | Network layer protocol in the TCP/IP communications protocol suite. IP contains a network address and allows messages to be routed to a different network or subnet. It is a specific type of framing protocol that allows digital information to be packaged and transported in a way that allows easy routing of information from one computing device to another. IP "packets" can be transported over physical wires (for example, using the "Ethernet" protocol), over optical cables (for example, using the "Gigabit Ethernet" protocol), over wireless communications devices (for example, over the 802.11b protocol) or even encapsulated into other protocols (for example, encapsulated into a Digital Video Broadcast or DVB stream). Other protocols, such as TCP (Terminal Control Protocol), RTSP (Realtime Streaming Protocol) and HTTP (Hyper-Text Transport Protocol) can be encapsulated into IP streams. |

CONFIDENTIAL                                                                                    CPB_0193517

| | |
|---|---|
| **Joint Master Control (JMC)** | The organizations providing centralized master control and other value-added services to the PTV stations that they serve. These may be organized by stations or may be independent commercial provided services. |
| **Live Program** | Any program that is sent from the PRSS NOC (see Network Operation Center) through the ContentDepot system in realtime to the station. By definition it is a stream and not a file. |
| **Low Earth Orbiting Satellite** | A low earth orbit (LEO) satellite is an object, generally a piece of electronic equipment, that circles around the earth at lower altitudes than geosynchronous satellites. LEO satellites orbit between 2,000 and 200 kilometers above the earth. |
| **Megahertz (MHz)** | One million Hertz. One million cycles per second. Used to measure band and bandwidth. Also used by the computer industry to mean millions of clock cycles per second, a measure usually applied to the computer's main microprocessor |
| **Metadata** | The information, or data, that accompanies a piece of digitized content, such as a video or audio clip, graphic, or script. Examples of metadata include description, subject heading, file format, author/producer, rights holder, etc. |
| **MetaPub** | NPR Distribution's proprietary platform for delivering national-level program metadata to interconnected stations. |
| **Multiprotocol Label Switching (MPLS)** | Multiprotocol Label Switching (MPLS) is data forwarding technology that increases the speed and controls the flow of network traffic. With MPLS, data is directed through a path via labels instead of requiring complex lookups in a routing table at every stop. When data enters a traditional IP network, it moves among network nodes based on long network addresses. With this method, each router on which a data packet lands must make its own decision, based on routing tables, about the packet's next stop on the network. MPLS, on the other hand, assigns a label to each packet to send it along a predetermined path. This switching method provides more consistent latency across a wide area network than is provided by traditional IP routing and for this reason it is the preferred method of routing used for distributing video streams. |
| **Network** | A group of two or more broadcast stations that are linked together. |
| **Network Operations Center (NOC)** | The central control and operations point for the PRSS's file transfer and streaming functions. Located at NPR's headquarters building in Washington, DC, the NOC is staffed 24 x 7 and is responsible for supervising all satellite carriers on the PRSS, quality control on the distribution of ContentDepot delivered content, monitoring all shared-use services (regional networks), program scheduling, and managing the PRSS Help Desk. |
| **Non-Realtime (NRT)** | The file-based system for distributing content in a non-linear fashion before it is scheduled to be on the air. |

CONFIDENTIAL    CPB_0193518

| | |
|---|---|
| **Public Radio Satellite System (PRSS)** | Managed by NPR Distribution, the PRSS is the network through which thousands of hours of news, music, and specialized audience programming are delivered every year to public radio stations throughout the United States. |
| **PBS sIX** | A next generation interconnection system proposed by PBS that is a terrestrial fiber-based network with satellite backup. It uses mesh connectivity to provide stations with bi-directional content delivery. |
| **Platform** | A framework or stage – including hardware or operating system - on which computer programs or content distribution system can run. |
| **Playout** | The transmission of radio or TV content from the broadcaster to broadcast networks that delivers the content to the audience. |
| **PRX** | PRX is a non-profit media company specializing in audio journalism and storytelling. PRX produces public radio programs like "The World," "This American Life," "The Takeaway" and "Reveal," to a growing body of podcast-first productions including the Radiotopia network. Each month PRX reaches more than 28.5 million listeners and generates in excess of 70 million podcast downloads. PRX is headquartered in Boston with offices in Minneapolis and New York. |
| **Radio Frequency (RF)** | Any frequency that can be fed to a local antenna and radiated to a remote antenna to allow for communication over a distance. Generally, any frequency over about 30 kilohertz (30,000 vibrations per second) |
| **Realtime or (RT)** | Programming is live, or near-live, programming, which cannot be distributed using file transfer techniques due to its timeliness of production. Realtime programming may be distributed using file transfer techniques for subsequent broadcasts. |
| **Receiver** | Hardware provided to stations to receive content via the satellite (see also Storage Receiver). |
| **Satellite Stations** | PRSS Interconnected stations that receive live program streams and file programs primarily via satellite. |
| **Stream** | A compressed, digitally encoded representation of a radio program broadcast in a format ready for real time decoding and immediate playback. |
| **Transponder** | A portion of a satellite's total signal carrying capacity. Most broadcast communications satellites are divided into 24 transponders of equal bandwidth. A transponder can transmit one color video signal with audio sub-carriers or may be used for digital or analog audio distribution of between 20 and 100 channels depending on transmission format. |

CONFIDENTIAL    CPB_0193519

# References

Listed here is the source material provided by NPR, and CPB to Diversified to utilize during the assessment process.

## NPR References

NPR provided Diversified with this material through an RFI process held at the beginning of the assessment. This documentation included information about NPR's current interconnection system, the ongoing efforts for the future interconnection system, information about the PRSS system, information about ContentDepot, and other aspects of NPR to give Diversified a full understanding of the NPR Interconnection environment.

CDW. (2019). *CDW Invoice.* District of Columbia: CDW.

Cognizant Technology Solutions. (2016). *Interconnection for Public Radio: Optimizing Success V1.1.* Cognizant Technology Solutions.

ContentDepot, Public Radio Satellite System (PRSS), National Public Radio (NPR). (2017). *TAG Meeting Update.* District of Columbia: ContentDepot, Public Radio Satellite System (PRSS), National Public Radio (NPR).

ContentDepot, National Public Radio (NPR). (2019). *NPR Quarterly Project Report Required by the Agreement for the Funding of the Public Radio Interconnection System (CPB Account No. 34641-MS).* District of Columbia: ContentDepot, National Public Radio (NPR).

ContentDepot, National Public Radio (NPR). (2019). *NPR Quarterly Project Report Required by the Agreement for the Funding of the Public Radio Interconnection System (CPB Account No.3461-MS).* District of Columbia: ContentDepot, National Public Radio (NPR).

ContentDepot, National Public Radio (NPR). (n.d.). *ContentDepot Changes.* District of Columbia: ContentDepot, National Public Radio (NPR).

ContentDepot, Public Radio Satellite System (PRSS). (n.d.). *Overview of the Public Radio Satellite System (PRSS).* District of Columbia: ContentDepot, Public Radio Satellite System (PRSS).

ContentDepot, Public Radio Satellite System (PRSS), National Public Radio (NPR). (2016). *Technical Advisory Group Kick-Off Meeting.* District of Columbia: ContentDepot, Public Radio Satellite System (PRSS), National Public Radio (NPR).

ContentDepot, Public Radio Satellite System (PRSS), National Public Radio (NPR). (2017). *Technical Advisory Group Meeting Presentation.* District of Columbia: ContentDepot, Public Radio Satellite System (PRSS), National Public Radio (NPR).

Corporation for Public Broadcasting (CPB), National Public Radio (NPR). (2019). *FY 21-23 CPB Budget Justification.* District of Columbia: Corporation for Public Broadcasting (CPB), National Public Radio (NPR).

Corporation for Public Broadcasting (CPB), Public Radio Satellite System (PRSS). (2018). *Federal Funding FY18-FY-21 Budget by Quarters.* District of Columbia: Corporation for Public Broadcasting (CPB), Public Radio Satellite System (PRSS).

CONFIDENTIAL                                                                                          CPB_0193520

Interconnection Working Group (IWG). (2019). *National Public Radio Use Case Review.* District of Columbia: Interconnection Working Group (IWG).

National Public Radio (NPR). (2018). *Beta Test Plan (20 Stations).* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *FTP Delivery of Files.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *Future ATX DEV System Block Test Environment Rev 4.7.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *Future ATX STAGE Block Diagram Rev 1.7.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *FY19 Q4 Budget Attachments.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *I.1 Project Initiatives and Participation.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *I.2 Project Initiatives and Participation.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *Interconnection Equipment and Services Agreement.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *Interconnection Equipment and Services Agreement.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *Internet Downloads of Files.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *NPR Departmental Responsibilities.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *NPR Distribution Glossary.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *NPR Monthly Metrics.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *NPR Organizational Chart.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *NPR Outside Services.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *NPR Outside Vendors.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (2019). *PRSS Hardware.* District of Columbia: National Public Radio (NPR).

CONFIDENTIAL                                                        CPB_0193521

National Public Radio (NPR). (2020). *Fiscal Year 2020 Interconnection Station Database.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (n.d.). *Beta Stations.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (n.d.). *National Public Radio Software.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR). (n.d.). *NPR Volumetrics.* District of Columbia: National Public Radio (NPR).

National Public Radio (NPR), ContentDepot. (n.d.). *ContentDepot Distribution User Agreement.* National Public Radio (NPR), ContentDepot.

National Public Radio (NPR), Intelsat. (1999). *Eleventh Amendment to Full-Time Transponder Lease Agreement No.5204.* National Public Radio (NPR, Intelsat).

Networking Concepts. (2019). *Networking Concepts Invoice.* District of Columbia: Networking Concepts, Inc.

Newtec. (2019). *Newtec Invoice.* District of Columbia: Newtec.

Public Radio Exchange (PRX). (2019). *PRX Podcast Distribution & Ad Tech Presentation.* District of Columbia: Public Radio Exchange (PRX).

Public Radio Exchange (PRX). (2020). *PRX Exchange Overview.* District of Columbia: Public Radio Exchange (PRX).

Public Radio Satellite System (PRSS). (2016). *PRSS Technical Advisory Group Charter (PRSS TAG).* District of Columbia: Public Radio Satellite System (PRSS).

Public Radio Satellite System (PRSS), National Public Radio (NPR). (2017). *Public Radio Satellite System Interconnection Agreement Workscope.* District of Columbia: Public Radio Satellite System (PRSS), National Public Radio (NPR).

Public Radio Satellite System (PRSS), National Public Radio (NPR). (2017). *Public Radio Satellite System Request for Federal Interconnection Funding.* District of Columbia: Public Radio Satellite System (PRSS), National Public Radio (NPR).

Public Radio Satellite System (PRSS), National Public Radio (NPR). (n.d.). *Competitive Bidding Requirements: 11789 PRSS Agreement.* District of Columbia: Public Radio Satellite System (PRSS), National Public Radio (NPR).

Schifano, J. (2020, March 30). NPR Satellite Usage. District of Columbia, Washington, United States of America: Joseph Schifano.

Skjei, S. (2015). *PRSS Satellite Transponder Lease Alternatives.* Skjei Telecom.

Sulhoff, C. (2020). *FCC Acts to Free Up C-Band Spectrum for 5G Services.* Federal Communications Commission (FCC).

Walker, R., Ginyard-Rogers, A., & Cardiel, J. (2019). *NPR Drawing Package Email.* Walker, Ron; Ginyard-Rogers, Anita; Cardiel, Julio.

CONFIDENTIAL

CPB_0193522