# **EXHIBIT G**

Message

**From:** Jacobs, Beth [bjacobs@cpb.org]
**Sent:** 5/28/2024 11:26:38 AM
**To:** 'Nik Khilnani' [nkhilnani@npr.org]; 'Malik Abdullah' [mabdullah@npr.org]
**CC:** Tompkins, Lainie [ltompkins@cpb.org]; 'rpkempf@gmail.com' [rpkempf@gmail.com]; 'Mike Jenkins' [mike@j6labs.com]; 'Gemma Hooley' [GHooley@npr.org]
**Subject:** RE: Grove Proposal

Hi Nik and Malik- (+cc Gemma)

It is critical that Mike review the budget *ASAP*. He needs to assess it relative to the scope and determine whether it reflects the "right-sizing" of all the areas of the project (i.e. product development, support, marketing, etc.).

Mike has been working with your team for *9 months* now – since last September. At this point, the draft proposal should be in a well-defined place. It should include all the underlying assumptions to justify your forecasted budget and cost estimates for each area.

We need NPR to be at a point where we can review the proposal and start to assess how the overall project scope and cost estimates align; are realistic; and create efficiencies.

Please let me know if you/the team will be ready to review the budget with Mike this week and if not, what is preventing this. This is something we'll want to discuss this week on our Thursday monthly Grove Phase 2 meeting, along with understanding NPR's timeline and plans for the proposal, conducting further user research, etc.

As always, please let me know if you want to jump on a quick call to chat before Thursday's call.

Thanks,
Beth

---

**From:** Mike Jenkins
**Sent:** Tuesday, May 28, 2024 11:07 AM
**To:** Nik Khilnani ; Malik Abdullah
**Cc:** Jacobs, Beth ; Tompkins, Lainie
**Subject:** Grove Proposal

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nik & Malik,

As you know, I'm closing out my time on DIG on Friday, so I'm sharing a couple of timely updates (& cc'ing Beth / Lanie).

I met with the NPR working team this past Friday and we continued to chip away at the proposal to strengthen it. Lorraine is taking the next cut an updated version based on my last round of feedback.

One big gap in giving solid feedback is seeing the budget. I pushed for it prior to the meeting last Friday, but it was not ready. If I could see it (even in draft form) in the next day or two, I would have a chance to review it and share comments before my contract ends.

Thanks!
Mike


**Mike Jenkins**
J6 Labs - CEO / Founder
j6labs.com
800 Maine Ave, SW, #200
Washington DC 20024
703-728-0886

CONFIDENTIAL                                                                                                     CPB_0126458