# **EXHIBIT H**

Message
___

**From:** Jacobs, Beth [bjacobs@cpb.org]
**Sent:** 6/10/2024 1:17:09 PM
**To:** Nik Khilnani [NKhilnani@npr.org]; Gemma Hooley [GHooley@npr.org]; Malik Abdullah [MAbdullah@npr.org]
**CC:** Tompkins, Lainie [ltompkins@cpb.org]; rpkempf@gmail.com
**Subject:** High-level topics for today

Hi All,

Hope you all had a good weekend.

Per below, I dropped a few things below that we would like to discuss on our call relative to right sizing the Grove Phase 2 project. These are based upon our latest conversations with the team two weeks ago, and what Mike Jenkins identified as gaps in the proposal and project development during his meetings with the team over the past few months.

As always, please don't hesitate to raise other things that you feel we need to discuss.

Thanks,
Beth


### I. Realistic Scope Based on Data and Research for each Station Segment/Cohort:

The scope of the overall project is dependent on the data NPR gathers and research that should be completed which should inform, justify and corroborate NPR's proposed Phase 2 plan and budget. NPR should conduct research with the relevant station "segments" or groups and collect enough data to justify and forecast the realistic scope and costs for all major elements of Phase 2. **The scope includes the user requirements for the Grove product dev, operations, training, support, etc. for each of the various station segments in Phase 2 such that it will meet the majority of each segment's needs (without over-scoping).** Using your station/user research, NPR should determine the **realistic needs over the project timeframe** of existing Grove stations to drive retention AND future, prospective needs of the majority of prospective non-Grove stations (*without heavy customization for any group*) that will incentivize adoption of Grove for current non-Grove stations. The scope should be aligned with the forecasted retention or adoption rate goals for each cohort -- (i.e. existing NPR member stations, existing JL stations; TV-only stations; NPR Non-grove remaining stations, Non-Member radio stations).

#### A. Right sizing the Scope to inform Assumptions:

For clarity, the scope includes all elements of the product offering: Grove product requirements to meet the majority of the needs for each station segment; operations; the support services required by each station segment (support includes: pre-migration services, migration services, training, ongoing Grove platform maintenance and support, etc.) and the marketing/comms required to drive ongoing awareness, training, adoption and use of Grove, post station implementation.

NPR should be deliberate about aligning the scope (product dev, operations and support resources) to suite the specific needs of station segments which vary. As an example, needs for large, medium, small; and non-member stations may not vary significantly on the product side as small, non-member stations are less sophisticated but may require more support on the operational side.

## II. <u>Aligning and Justifying the Project Work and Scope with Fixed and Variable Costs:</u>

The Phase 2 project needs to have clear, justifiable explanations of the proposed and forecasted fixed vs. variable costs for each of the project areas – product dev, operations, support, etc.).

CONFIDENTIAL