# **EXHIBIT I**

Message
---

**From:** Spahiu, Flaka [fspahiu@cpb.org]
**Sent:** 11/13/2024 10:47:58 AM
**To:** Monica Ostolaza [MOstolaza@npr.org]
**CC:** Tompkins, Lainie [ltompkins@cpb.org]; Lorraine Ross [LRoss@npr.org]; Paul Novak [PNovak@npr.org]; Jacobs, Beth [bjacobs@cpb.org]
**Subject:** RE: Grove Phase 2 Meeting

Hi Monica,

Sounds good! We look forward to continuing our discussions early next year. In the meantime, could you please send us a high-level update in early December? Specifically, we'd like to know about:

- Any progress with stations expected to go live on Grove
- Developments or issues with the platform
- Any success stories from stations on Grove

Thank you,
Flaka


**From:** Monica Ostolaza <MOstolaza@npr.org>
**Sent:** Wednesday, November 13, 2024 9:42 AM
**To:** Spahiu, Flaka <fspahiu@cpb.org>
**Cc:** Tompkins, Lainie <ltompkins@cpb.org>; Lorraine Ross <LRoss@npr.org>; Paul Novak <PNovak@npr.org>
**Subject:** Re: Grove Phase 2 Meeting

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Flaka –
I think we should cancel and restart the meetings in 2025. We are working with to restart the conversation early next year.

Best –
Monica Ostolaza
mostolaza@npr.org


**From:** Spahiu, Flaka <fspahiu@cpb.org>
**Date:** Wednesday, November 13, 2024 at 8:25 AM
**To:** Monica Ostolaza <MOstolaza@npr.org>
**Cc:** Tompkins, Lainie <ltompkins@cpb.org>, Lorraine Ross <LRoss@npr.org>, Paul Novak <PNovak@npr.org>
**Subject:** RE: Grove Phase 2 Meeting

|------------------------------------------------------------------|
External Email - Use Caution

CONFIDENTIAL                                                                                   CPB_0126453

|----------------------------------------------------------------!

Hi Monica,

I wanted to check in to see if the NPR team would like to keep the Grove meeting scheduled for tomorrow, in case there are any updates or items to discuss. Beth is out this week, but Lainie and I were planning to attend.

Thanks,
Flaka


-----Original Appointment-----
From: Monica Ostolaza <MOstolaza@npr.org>
Sent: Wednesday, November 13, 2024 7:41 AM
To: Spahiu, Flaka
Subject: Declined: Grove Phase 2 Meeting
When: Thursday, November 14, 2024 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: https://urldefense.com/v3/__https://cpborg.zoom.us/j/88957768109?pwd=au2ljbaD8wbbJCtJ7j86CpGdJRRwJP.1__;!!IwwwtWqKomHlFeFBJD0A13pbbk_RERLGrHgrwZBCUIEzo0CyKn-8a9JlLV4yW6vKjQ4-3zwYSG-az0brB$

Caution: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL