# EXHIBIT J

Message

**From:** Jacobs, Beth [bjacobs@cpb.org]
**Sent:** 3/31/2025 10:58:13 AM
**To:** Levy, Michael [mlevy@cpb.org]; Carr, Deborah [carrd@cpb.org]
**Subject:** RE: NPR Grove proposal - CPB request
**Attachments:** High-level topics for today

Michael, Deborah –

I am attaching an email I sent to NPR last year as an example of how we have repeatedly clarified our expectations for Phase 2. This was one of many emails and repeated monthly meetings during 2023-2024 where I clearly articulated CPB's expectations. As a reminder, I loaned Mike Jenkins to the NPR product/tech teams for 9 months (September 2023-May 2024) to help them draft a proposal that was realistic and justifiable.

In all of our communications we have emphasized the need to right-size Phase 2 **so that it is commensurate with a justifiable and defensible budget that we can be comfortable proposing to the CPB Board**. We told NPR it must meet the overall goals of providing a valuable CMS to existing and prospective stations **without overbuilding it**; with a high retention rate of Phase 1 users/stations and a solid adoption rate of new Phase 2 cohorts. We reminded NPR that they are **NOT building a NEW GROVE CMS in Phase 2 so the product development costs should not be as high**. Most of the cost should be support/operations with less cost on the product side. I'm not suggestion we starve the product by any means, and it's important to know what Brightspot's roadmap is since Grove is nothing more than a white label of Brightspot, but we heard some NPR product leads want to build Grove into an IBM Watson when we really just need a strong CMS for public media's needs.

More to discuss.

Beth


Beth Jacobs
Vice President, Digital Strategy and Innovation
301.461.5500 (m)
www.cpb.org



---

**From:** Levy, Michael <mlevy@cpb.org>
**Sent:** Monday, March 31, 2025 9:40 AM
**To:** Carr, Deborah <carrd@cpb.org>; Jacobs, Beth <bjacobs@cpb.org>
**Subject:** FW: NPR Grove proposal - CPB request

# WTAF?

**From:** Ryan Merkley <rmerkley@npr.org>
**Date:** Monday, March 31, 2025 at 08:22
**To:** Levy, Michael <mlevy@cpb.org>
**Subject:** NPR Grove proposal - CPB request

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Michael,

Thanks for your patience as we're all returning swiftly to things set aside in the lead-up to the hearing.

I understand via Gemma, that you'd like us to affirm immediately:
- We will submit a proposal for Grove
- We can have it ready for mid-April

We're comfortable with you communicating this information to your Board early this week, and we're encouraged by the intent to avoid a drawn-out process – we all want the same thing here, I think.

Our proposal will be in the range of $31-35M over the 3 year period (plus expenses incurred for past unfunded work – about $3M) – total $34-38M

When you and I first spoke, I discussed our internal evaluation of Grove and how it can be modernized to meet today's technology needs for stations. We also know that serving non-member stations is a priority for you.

Our updated proposal will need to include:
- Payment for outstanding funds owed - $3M
- Increased subsidy for outreach and onboarding of non-member station adoptions to cover actual anticipated costs of adoption/onboarding, informed by our previous experience
- AI modernization and personalization – support for our AI tagging/transcription project team, piloted with stations to allow more personalization for users and elevated local content
- AI security - security improvements to defend against AI scraping that has been taking down the platform and causing outages
- User experience and data analytics design, and modern revenue generation support (asked for by many stations)

I'm happy to find time to chat with you or Beth – but for today's purposes, we're happy to commit to the timeline so you can alert you Board of our intent to submit, and we'll work with you to get it done to meet the Board's needs for approval.

Warmly,
Ryan

**n p** | Ryan Merkley | Chief Operating Officer

CONFIDENTIAL

CPB_0126300

Message

**From:** Jacobs, Beth [bjacobs@cpb.org]
**Sent:** 6/10/2024 1:17:09 PM
**To:** Nik Khilnani [NKhilnani@npr.org]; Gemma Hooley [GHooley@npr.org]; Malik Abdullah [MAbdullah@npr.org]
**CC:** Tompkins, Lainie [ltompkins@cpb.org]; rpkempf@gmail.com
**Subject:** High-level topics for today

Hi All,

Hope you all had a good weekend.

Per below, I dropped a few things below that we would like to discuss on our call relative to right sizing the Grove Phase 2 project. These are based upon our latest conversations with the team two weeks ago, and what Mike Jenkins identified as gaps in the proposal and project development during his meetings with the team over the past few months.

As always, please don't hesitate to raise other things that you feel we need to discuss.

Thanks,
Beth


### I. Realistic Scope Based on Data and Research for each Station Segment/Cohort:

The scope of the overall project is dependent on the data NPR gathers and research that should be completed which should inform, justify and corroborate NPR's proposed Phase 2 plan and budget. NPR should conduct research with the relevant station "segments" or groups and collect enough data to justify and forecast the realistic scope and costs for all major elements of Phase 2. **The scope includes the user requirements for the Grove product dev, operations, training, support, etc. for each of the various station segments in Phase 2 such that it will meet the majority of each segment's needs (without over-scoping).** Using your station/user research, NPR should determine the **realistic needs over the project timeframe** of existing Grove stations to drive retention AND future, prospective needs of the majority of prospective non-Grove stations (*without heavy customization for any group*) that will incentivize adoption of Grove for current non-Grove stations. The scope should be aligned with the forecasted retention or adoption rate goals for each cohort -- (i.e. existing NPR member stations, existing JL stations; TV-only stations; NPR Non-grove remaining stations, Non-Member radio stations).

#### A. Right sizing the Scope to inform Assumptions:

For clarity, the scope includes all elements of the product offering: Grove product requirements to meet the majority of the needs for each station segment; operations; the support services required by each station segment (support includes: pre-migration services, migration services, training, ongoing Grove platform maintenance and support, etc.) and the marketing/comms required to drive ongoing awareness, training, adoption and use of Grove, post station implementation.

NPR should be deliberate about aligning the scope (product dev, operations and support resources) to suite the specific needs of station segments which vary. As an example, needs for large, medium, small; and non-member stations may not vary significantly on the product side as small, non-member stations are less sophisticated but may require more support on the operational side.

## II.	Aligning and Justifying the Project Work and Scope with Fixed and Variable Costs:

The Phase 2 project needs to have clear, justifiable explanations of the proposed and forecasted fixed vs. variable costs for each of the project areas – product dev, operations, support, etc.).

CONFIDENTIAL                                                                                                                                              CPB_0126302