# **EXHIBIT K**

MINUTES
EXECUTIVE SESSION
BOARD OF DIRECTORS
CORPORATION FOR PUBLIC BROADCASTING
WASHINGTON, D.C.
Tuesday, April 1 – Wednesday, April 2, 2025

## Call to Order

Chair Calvert called to order the executive session of the Board of Directors at 12:47 pm Eastern Time on Tuesday, April 1, 2025. The following directors participated:

Ruby Calvert, Chair;
Laura Ross, Vice Chair *(virtual)*;
Diane Kaplan;
Tom Rothman *(virtual)*; and
Liz Sembler.

The following officers and staff participated:

Patricia Harrison, President and Chief Executive Officer;
Michael Levy, Executive Vice President and Chief Operating Officer;
Daryl Mintz, Chief Financial Officer and Treasurer;
Teresa Safon, Senior Vice President, Chief of Staff and Corporate Secretary;
Evan Slavitt, Senior Vice President, General Counsel;
Deborah Carr, Senior Vice President, Operations and Strategy;
Kathy Merritt, Chief, Station and System Strategies;
Deb Sanchez, Senior Vice President, Educational Media and Learning Experiences;
Kathryn Washington, Senior Vice President, Television Content;
Stephen Wolfe, Chief Technology Officer and Senior Vice President, IT;
Kimberly Howell, Inspector General; and
Katherine Donohue, Board Affairs Manager.

## Approval of Minutes

Chair Calvert called for a motion to approve the minutes of the executive session of the February 6, 2025, meeting. Upon motion duly made and seconded, the minutes were unanimously approved as presented.

## Discussion with Counsel

The Board and CPB Management met with counsel to discuss legal matters related to proposals to defund public media.

## Music Copyright License – SoundExchange

Mr. Slavitt reported on the music copyright license with SoundExchange.

*Resolution*

  Chair Calvert called for a motion to adopt the resolution authorizing CPB management to enter into an agreement with NPR and SoundExchange under which CPB pays royalties for digital streaming of music licensed by SoundExchange. Upon motion duly made and seconded, the resolution was unanimously adopted.

*The meeting adjourned for a break at 2:56 pm ET and Mr. Rothman exited the meeting.*

*Executive session resumed at 3:30pm ET.*

### Update on Fy 2025 – 2027 Business Plan

  Mr. Levy reported that CPB is expecting to experience a loss in funding, although the specifics are unknown. He provided background on executive orders affecting DEI initiatives, as well as the letters of inquiry from the FCC regarding underwriting. He reported that the proposed changes to the business plan still reflect the Board's Goals and Objectives , and are informed by discussions with public media entities.

  Mr. Levy reported that CPB will no longer fund the WORLD Channel, a digital channel owned and operated by WGBH Educational Foundation, distributed by American Public Television (APT) and the National Educational Telecommunications Association. The channel also has a presence on social media and video platforms. WORLD cannot sustain itself and has not lived up to its potential. American Public Television has said they are willing to build a new platform with the same purpose. Ms. Washington reported on what the communication strategy with stations has been regarding the potential loss of funding.

  Discussion ensued about FY 2025 expenditures and balances. Mr. Mintz reported that $105 million had been executed to date, and $110 million remains. Discussion ensued about various line items in the business plan, priorities for the remaining funds, and the rationale for those priorities. Board members also requested greater clarity in the presentation format. CPB management reported it would revise and update the business plan and report on it again at the June 2025 meeting.

### Adjournment

  The meeting adjourned for the day at 4:45 pm ET.

### Executive Session Resumes

  Executive session resumed at 9:24 am ET on Wednesday, April 2.

  The following directors participated:

  Ruby Calvert, Chair;
  Laura Ross, Vice Chair *(virtual)*;
  Diane Kaplan; and
  Liz Sembler.

  Tom Rothman was absent.

The following officers and staff participated:

  Patricia Harrison, President and Chief Executive Officer;

CONFIDENTIAL CPB_0389641

      Michael Levy, Executive Vice President and Chief Operating Officer;
Daryl Mintz, Chief Financial Officer and Treasurer;
Teresa Safon, Senior Vice President, Chief of Staff and Corporate Secretary;
Evan Slavitt, Senior Vice President, General Counsel;
Deborah Carr, Senior Vice President, Operations and Strategy;
Kathy Merritt, Chief, Station and System Strategies;
Stephen Wolfe, Chief Technology Officer and Senior Vice President, IT; and

      Bill Tayman, consultant.

**Discussion with Counsel**



**Update on Interconnection**

      The Board discussed funding recommendations for interconnection systems for public radio and public television. Following the discussion, the Board authorized management to proceed with negotiations with PBS and NPR in accordance with the parameters outlined in the resolutions as amended.

**Adjournment**

      The meeting was adjourned at 2:05 pm ET.

CONFIDENTIAL                                                                                                                              CPB_0389642