# **EXHIBIT M**

## RESOLUTION
## EXECUTIVE SESSION
## BOARD OF DIRECTORS
## CORPORATION FOR PUBLIC BROADCASTING
## WASHINGTON, D.C.
### Friday, April 4, 2025

*4 in favor, 1 absent*

BE IT RESOLVED THAT

The Board amends its resolution of April 2 regarding interconnection funding for NPR to direct CPB Management to proceed with amending the contract with NPR for interconnection to include a contingency that NPR provide a plan within 60 days of amendment execution to establish PRSS as an entity independent of NPR.

CONFIDENTIAL                                                                                                         CPB_0106552