# **EXHIBIT N**

RESOLUTION
EXECUTIVE SESSION
BOARD OF DIRECTORS
CORPORATION FOR PUBLIC BROADCASTING
WASHINGTON, D.C.
Monday, April 7, 2025

*unanimously*

BE IT RESOLVED THAT

The Board amends its resolution of April 2 and 4 regarding interconnection funding for NPR and directs CPB Management to proceed with amending the contract with NPR for interconnection to include a contingency that NPR provide a plan within 30 days of amendment execution to establish PRSS as an entity independent of NPR and a second contingency that one third of the funds will be withheld should NPR not comply with the spin off obligatoins.

CONFIDENTIAL