# **EXHIBIT O**

RESOLUTION
EXECUTIVE SESSION
BOARD OF DIRECTORS
CORPORATION FOR PUBLIC BROADCASTING
WASHINGTON, D.C.
April 9, 2025

*unanimously*

BE IT RESOLVED THAT

The Board rescinds its resolutions of April 2, 4 and 7 regarding interconnection funding for NPR.

CONFIDENTIAL CPB_0110656