# **EXHIBIT P**

Message

**From:** Merritt, Kathy [kmerritt@cpb.org]
**Sent:** 4/22/2025 9:09:43 AM
**To:** Carr, Deborah [carrd@cpb.org]
**Subject:** FW: PRSS Organizational Letter
**Attachments:** PRSS Organization Letter 250421.pdf

**From:** Merritt, Kathy
**Sent:** Monday, April 21, 2025 3:44 PM
**To:** Mike Savage <Mike.Savage@eku.edu>; R.C. McBride, <rcmcbri@ilstu.edu>; Debbie Hiott <dhiott@kut.org>; Erika Pulley-Hayes <epulleyhayes@wamu.org>; Shawn Turner <ssturner@wkar.org>; Patty Cahill <patty@kcur.org>; Mollie Kabler <mollie@coastalaska.org>; John Kubasta <jkubasta@mpr.org>; Loretta Rucker <lerucker@aol.com>
**Cc:** Harrison, Pat <pharrison@cpb.org>; Jennifer Ferro, <jennifer.ferro@kcrw.org>; Katherine Maher, <KRMaher@npr.org>; Ryan Merkley, <Rrmerkley@npr.org>
**Subject:** FW: PRSS Organizational Letter

Mike –

I wanted to share the attached letter with you and the D/I Committee members that our general counsel just sent to Liz Allen at NPR.

Thanks for the meeting last week.

Best,
Kathy

**From:** Slavitt, Evan <eslavitt@cpb.org>
**Sent:** Monday, April 21, 2025 3:35 PM
**To:** Elizabeth A Allen <EAAllen@npr.org>
**Cc:** Harry Kelly <HKelly@npr.org>; Liberman, Howard <HLiberman@wbklaw.com>
**Subject:** PRSS Organizational Letter

Liz,

Please see the attached. Happy to answer any questions.

Best regards,

Evan Slavitt
Senior Vice President and General Counsel
eslavitt@cpb.org
(work) 202/879-9715
(cell) 781/710-0714

CONFIDENTIAL



CONFIDENTIAL                                                                                                  CPB_0096604



April 21, 2025                                                                                                                  eslavitt@cpb.org

*By email (*EAAllen@npr.org*)*

Elizabeth Allen
General Counsel
National Public Radio

    Re: *New Structure of Radio Interconnection*

Dear Liz:

    Thank you for the discussion on April 18. We appreciate the commitment of the D/I Committee members and the representatives of the Trust who took part in our meeting. We all agree that our shared goal is to continue to serve all public radio stations with interconnection services that support their vital work in communities across the country.

    CPB has requested that NPR, as the grantee of interconnection funds and manager and operator of PRSS, submit to CPB by May 9, a plan to make PRSS an entity that is separate from NPR. Specifically, goal is as follows:

    The entity that manages and operates radio interconnection must be legally independent of NPR and must not be controlled or managed by NPR. The entity must be managed and operated on behalf of all public radio stations. Its board must be, and be perceived to be, representative of all stakeholders in interconnection and content distribution for public radio. This should include representation from a variety of interconnected stations, both NPR and non-NPR members, and may include representation from NPR, other content producers and distributors, CPB, and persons outside of public media who can provide technical or other expertise. No one public media organization should have majority control over the board and how its representatives are selected.

    I would make the following notes:

- This does not preclude some subcontracting. documented in an arm's length agreement, between this entity and NPR, at least for some period of time for transition.

401 Ninth Street, NW
Washington, DC 20004-2129
202.879.9705  202.879.9693 fax
www.cpb.org

CONFIDENTIAL                                                                                                                                    CPB_0096605

Elizabeth Allen
April 21, 2025
Page **2** of **2**April 21, 2025April 21, 2025

- This does not require, in at least the near term, physical relocation of persons or equipment, although the relationship must be documented in an arm's length agreement.

- While the Public Radio Satellite Interconnection System Charitable Trust plays a vital role in holding the assets of PRSS on behalf of the stations, CPB does not consider the Trust to be an entity that could receive interconnection funds from CPB. As the attorney for the Trust stated, the Trust has no employees, which leads CPB to believe that it is not positioned to assemble and lead an effort to create an independent entity to govern and oversee radio interconnection.

Again, CPB envisions the new entity and its board to be a resource for the entire public radio system as it confronts the challenges of content distribution in the coming years.

I am happy to discuss specifics either now or as the plan develops, particularly on a lawyer-to-lawyer basis.

Sincerely,

*/s/ Evan Slavitt*

Evan Slavitt
Senior Vice President and General Counsel

Cc:  Harry Kelly (HKelly@npr.org)
     Liberman, Howard (HLiberman@wbklaw.com)

CONFIDENTIAL

CPB_0096606