# **EXHIBIT Q**



April 30, 2025

By email ([HYPERLINK "mailto:jennifer.ferro@kcrw.org"])

Jennifer Ferro
Chair
NPR Board of Directors

Dear Jennifer:

I want to take this opportunity, as the NPR Board of Directors meets this week, to provide you and the NPR Board with what we have shared with NPR management and the board's Distribution/Interconnection (D/I) Committee.

CPB has a statutory obligation to fund interconnection, the essential service that provides all Americans with access to news and other content. For more than 40 years, CPB has met its statutory obligation, stewarding taxpayer dollars to support radio and television interconnection. In the process, we have worked to ensure both the radio and television interconnection systems will benefit local stations now and in the future, but also meet the high standards of efficiency and effectiveness that are required when using taxpayer dollars.

This is especially important in this challenging moment. Currently, NPR controls the governance, management, fee structure, and strategic direction of PRSS. We anticipate increasing financial pressures in the next few years that will force many public media organizations, including NPR, to re-examine their priorities. In a changing media and content distribution environment, we believe PRSS would better serve the public radio system as an independent entity with a governance structure that more broadly represents the needs and interests of the entire public radio system.

Three weeks ago, CPB asked NPR, as the current grantee of public radio interconnection funds, and manager and operator of PRSS, to submit to CPB by May 9, a plan to make PRSS an independent entity. We believe the NPR board has a responsibility to recognize that the interconnection structures that have been in place for more than 40 years need to be reshaped for the future. The NPR board's leadership, we have learned through numerous conversations, would be welcome throughout the system at this critical moment. Without it, CPB will consider other alternatives to the current public radio interconnection framework.

Sincerely,


Kathy Merritt
EVP and Chief Operating Officer

CC:     NPR Board members

CONFIDENTIAL                                                                                              CPB_0110941