# EXHIBIT S



# Corporation for Public Broadcasting Statement Regarding Executive Order on Public Media

## May 2, 2025

WASHINGTON, D.C, (May 2, 2025) — Patricia Harrison, President and CEO of the Corporation for Public Broadcasting (CPB), issued the following statement today regarding the President's Executive Order on public media:

"CPB is not a federal executive agency subject to the President's authority. Congress directly authorized and funded CPB to be a private nonprofit corporation wholly independent of the federal government.

"In creating CPB, Congress expressly forbade 'any department, agency, officer, or employee of the United States to exercise any direction, supervision, or control over educational television or radio broadcasting, or over [CPB] or any of its grantees or contractors…' 47 U.S.C. § 398(c)."

**About the Corporation for Public Broadcasting**
The Corporation for Public Broadcasting (CPB), a private, nonprofit corporation authorized by Congress in 1967, is the steward of the federal government's investment in public broadcasting. It helps support the operations of more than 1,500 locally managed and operated public television and radio stations nationwide. CPB is also the largest single source of funding for research, technology, and program development for public radio, television, and related online services. For more information, visit www.cpb.org and follow us on Facebook, LinkedIn, and subscribe for email updates.