# **EXHIBIT T**

Message
___

**From**: Merritt, Kathy [kmerritt@cpb.org]
**Sent**: 5/9/2025 12:58:11 PM
**To**: Merritt, Kathy [kmerritt@cpb.org]
**Subject**: CPB Working Group on Content Distribution

**Flag**: Follow up

Dear Colleagues:

For more than 40 years, Congress has entrusted CPB to steward appropriated funds for interconnection, the essential technology service that delivers content from producers to stations and, ultimately, to the American public.

To meet our statutory obligation, we have applied the funds to benefit local stations while meeting the high standards of efficiency and effectiveness that are required when using taxpayer dollars. This is especially important now, when funding for public media is in jeopardy as never before. We anticipate stations will continue to experience increasing financial pressures requiring them to re-evaluate their core services and operations.

One operational area of vital importance to stations is content distribution. Public radio interconnection is essential not only for national content distribution, but also for emergency alerts and community access to trusted information, especially in rural and tribal communities across the country.

Public radio interconnection is currently governed and managed by NPR through the Public Radio Satellite System (PRSS), which sets its fee structure and strategic direction. NPR has managed PRSS for decades, but the changing financial and media environment requires us to think differently about its future.

CPB has asked NPR to develop a plan to transition PRSS into an independent entity. This new entity would have a governance structure that better reflects the full spectrum of public radio, including rural, tribal, and community stations that rely heavily on interconnection but do not currently have a direct role in its oversight.

To support this transition, CPB is forming a working group to establish shared goals and create a vision for forming a new content distribution entity, funded by CPB. We are asking members of the NPR Board's Distribution/Interconnection Committee to join the group along with stakeholders from other public radio organizations and stations. I would like to express my appreciation to Rima Dael, CEO of the National Federation of Community Broadcasters, for bringing forward her ideas, and spurring the formation of the working group. We look forward to having the input of the group as well as the public radio system.

CPB's goal is to ensure that public radio has an interconnection service that meets the varied needs of all stations and the communities they serve in the years ahead. You can follow the progress of the working group and send its members your comments and questions via interconnection@cpb.org.

Thank you for your continued commitment to public media and the communities we serve.

Kathy Merritt

CONFIDENTIAL
CPB_0304041

Chief Operating Officer
Corporation for Public Broadcasting
kmerritt@cpb.org

CONFIDENTIAL    CPB_0304042