# **EXHIBIT U**

Message
_____

**From**:        Merritt, Kathy [kmerritt@cpb.org]
**Sent**:        7/11/2025 2:53:11 PM
**To**:          Bill Davis <bdavis@srg.org> [bdavis@srg.org]; Bill Johnson <bill@wrti.org> [bill@wrti.org]; Brian Wadsworth
                 <bwadsworth@nativepublicmedia.org> [bwadsworth@nativepublicmedia.org]; Hiott, Debbie <dhiott@kut.org>
                 [dhiott@kut.org]; Elva D <elva@kxci.org> [elva@kxci.org]; Ed Ulman <eulman@alaskapublic.org>
                 [eulman@alaskapublic.org]; Kerri Hoffman [kerri@prx.org]; Jean Taylor <jtaylor@americanpublicmedia.org>
                 [jtaylor@americanpublicmedia.org]; Loris Taylor <nativepublicmedia@icloud.com>
                 [nativepublicmedia@icloud.com]; Hubbard, Rachel <rachel.hubbard@okstate.edu> [rachel.hubbard@okstate.edu];
                 Rima Dael <rima@nfcb.org> [rima@nfcb.org]; Stacey Decker <sdecker@nebraskapublicmedia.org>
                 [sdecker@nebraskapublicmedia.org]; shane_miner@wgbh.org; Badri Munipalla <bmunipalla@npr.org>
                 [bmunipalla@npr.org]; Andrew@prx.org; JKubasta@mpr.org
**CC**:          Carr, Deborah [carrd@cpb.org]; Walsh, Beth [bwalsh@cpb.org]; Jacobs, Beth [bjacobs@cpb.org]; Tompkins, Lainie
                 [ltompkins@cpb.org]
**Subject**:     CPB Working Group
**Attachments**: PRSS services.pdf; CPB - PRX Tech Overview.pdf


Dear Colleagues:

Thank you for taking time to be part of CPB's Public Radio Content Distribution Working Group. We
appreciate you bringing your experience and brain power to the discussions, which informed CPB's
thinking on the creation of a new entity to deliver content distribution services.

Our goal in convening the group was to hear your thoughts on what stations need to successfully deliver
content on multiple platforms to multiple audiences, now and in the future. You helped establish a set of
guiding principles, define the parameters of the new entity, and further our understanding of the
technology needed for content distribution and services. On that last item, please find attached the
slides from our last meeting. Many thanks to Badri and Andrew for presenting.

The culmination of the work is development of an RFP that CPB will post on Monday, July 14th on this
page: https://cpb.org/grants. The deadline for proposals will be mid-August, with a final contract
anticipated by September 30th. Please see the full RFP for further details.

Again, thank you for helping shape an important investment in the future of public radio.


Best regards,
Kathy

Kathy Merritt
EVP and Chief Operating Officer
Corporation for Public Broadcasting
kmerritt@cpb.org
240-676-1520



CONFIDENTIAL                                                                                   CPB_0111938