# **EXHIBIT V**

Dear CPB Review Committee,

We are pleased to submit our proposal in response to CPB's Request for Proposals to manage and govern public radio content distribution services.

NPR is uniquely positioned to serve as the trusted provider for the comprehensive scope of services described in the RFP.

For more than four decades, NPR has managed the Public Radio Satellite System (PRSS), fostering deep experience in radio broadcast operations, content distribution and technology management.

Many important features of the radio interconnection system that were highlighted in recent discussions with members of Congress are made possible by the backend services of the PRSS. The PRSS enables seamless mixing of local and national content, giving stations the control needed to curate the bespoke public radio listening experience for their communities. This infrastructure isn't just a "nice to have" – it's foundational to public radio's mission.

In the wake of Congress rescinding funding for public media, many stations are likely to see substantial revenue loss, and will not have resources or time to replace a system infrastructure that is high-functioning and efficient. We advocate for bolstering the critical broadcast infrastructure stations utilize on a daily basis, and supporting the stations by maintaining operational continuity of the PRSS at this critical time.

NPR has maintained a 90% customer satisfaction rate from stations and producers for its management of the PRSS during the past three years, in part because it understands its mandate. The stations, as contemplated by the Public Broadcasting Act, designated NPR to manage and operate radio interconnection for the benefit of the entire system.   To protect the assets of the system and check the influence of a single organization, the stations approved system governance that established The Public Radio Satellite Interconnection System Charitable Trust to hold all national-level PRSS equipment in trust for its station beneficiaries.

The stations also endorsed the formation of the Distribution / Interconnection Committee of the NPR Board of Directors. The D/I Committee has both NPR Board members and non-Board members, and has adopted policies that reflect the diverse needs of stations and producers, including rural and underserved communities. Exemplifying this, for more than two decades the D/I Committee has authorized NPR Distribution to provide about $1 million each year in in-kind broadcast distribution and content management services to three organizations supporting these communities: the African-American Public Radio Consortium; Radio Bilingüe, serving Hispanic communities, and Native Voice One, which reaches Native Americans.

NPR has financial controls and reporting systems that meet GAAP requirements and provide the transparency CPB requires for responsible fiscal management. Furthermore, NPR has subsidized legal, HR, and other administrative services to support the system.

CPB_0078348

By all accounts, this is a success story.

Normalizing a federated group within the public radio system is a massive task, yet the prospect of envisioning and building critical tools at scale is a challenge NPR is undertaking to lead the system forward.

We look forward to the opportunity to discuss how our proposal addresses CPB's vision for the future of public radio content distribution, and why it lays out the best path for protecting this critical infrastructure supporting almost 1,300 public radio stations nationwide.

Thank you for your consideration of our response.

Sincerely,

Badri Munipalla

Vice President, Distribution
NPR

# NPR Response to CPB Request for Proposals for an Entity to Manage and Govern Public Radio Content Distribution

**Submitted on August 15, 2025**

**To the Corporation for Public Broadcasting**
**By National Public Radio, Inc.**

CONFIDENTIAL

**1.0 Entity Structure Response**                                                                    **1**

  1.1 Overview of the Entity                                                                1

    1.1.1 (a.) i. Organizational History                                          1

    1.1.1 (a.) ii. Legal and Organizational Structure                             1

    1.1.1 (a.) iii. Purpose and Mission                                           2

    1.1.2 Service Delivery Approach                                               3

    1.1.2 (a.) Prior Experience in Assessment of Business Requirements            4

    1.1.2 (b. - c.) Prior Experience in Service Delivery, Governance, and Management    5

    1.1.3 Service Operation & Innovation                                          7

  1.2 Governance Approach                                                                8

    1.2.1 (a. - e.) Governance Structure                                          8

    1.2.2 (a. - e.) Provider Management                                           9

    1.2.3 (a. - f.) Station and Producer Collaboration                            10

    1.2.4 Performance Reporting                                                   10

  1.3 Transition Approach                                                                10

    1.3.1 Accountability                                                          11

    1.3.2 Immediate Priorities                                                    11

**2.0 Entity Services Response**                                                                     **12**

  2.1 Service Approach                                                                   12

  2.2 Technical Architecture                                                             12

    2.2.1 Architecture Description                                                12

    2.2.2 Connectivity                                                            26

    2.2.3 Reliability and Redundancy                                              26

    2.2.4 Cloud technologies                                                      27

    2.2.5 Scalability                                                             28

    2.2.6 Interoperability                                                        28

    2.2.7 Industry-standard technologies, protocols and interfaces                29

    2.2.8 Content Assets, Brand and Reputational Security                         29

    2.2.9 Data and Cybersecurity                                                  29

    2.2.10 Product and Service Development                                         30

  2.3 Onboarding and Deployment                                                          30

    2.3.1 Transition Plan                                                         30

    2.3.2 Station Onboarding                                                      33

    2.3.3 Producer Onboarding                                                     33

    2.3.4 Change Management Plan                                                  33

    2.3.5 Quality Assurance Testing                                               33

    2.3.6 Risk Management                                                         34

  2.4 Operational Support                                                                34

    2.4.1 Operations Management                                                   34

    2.4.2 Business Continuity Plan                                                34

CONFIDENTIAL

2.4.3 Support Channels                                          35
2.4.4 Training and Documentation                               35
2.4.5 Incident Reporting, Resolution, and Tracking            36
2.4.6 Escalation and Communication                             36
2.4.7 Performance Metrics                                       38
2.4.8 Support Structure                                         38
2.4.9 Hardware and Software Releases                            38
2.4.10 Service-Levels Agreements                               39
2.5 Relevant Experience and Examples                           41

**3.0 Entity Financial Response**                              **42**
3.1 Cost Proposal                                              42
3.2 Business Model                                             42
3.2.1. Revenue Generation                                      42
3.2.2. Monetization Approaches                                 43
3.2.3. Funding Sources                                         43
3.2.4 Revenue Sustainability                                   43
3.2.5 Three-Year Financial Projections                         44
3.3 Investment Approach                                        44
3.3.1 Financial Monitoring and Management                      44
3.3.2 Allocation of Funds to Service Providers                 44
3.3.3 Financial Reporting                                      44

CONFIDENTIAL

CPB_0078352

# 1.0 Entity Structure Response

## 1.1 Overview of the Entity

### 1.1.1 (a.) i. Organizational History

NPR, a nonprofit membership organization, works collaboratively with its member public radio station licensees to create a more informed public, one that is challenged and invigorated by a deeper understanding and appreciation of events, ideas, and cultures. NPR carries out its mission by producing, acquiring, and distributing noncommercial programming that meets the highest standards of public service in journalism and cultural expression; representing its member stations in matters of mutual interest, and providing satellite interconnection for the entire public radio system.

NPR's members consist of independently operated public radio stations — in all 50 states, as well as the District of Columbia, Guam and the U.S. Virgin Islands — that together reach more than 99% of Americans.

NPR was established in 1971, and through its NPR Distribution division, has managed and operated the Public Radio Satellite System® ("PRSS") since 1979, making it the longest-serving and most-experienced entity in the distribution of broadcast audio. The PRSS is a proven satellite and terrestrial content distribution system that reliably delivers 400,000+ hours of news, music, and specialized programming each year to more than 1,200 public radio stations and signals throughout the United States—a scale and track record unmatched by any other entity.

### 1.1.1 (a.) ii. Legal and Organizational Structure

NPR is a nonprofit corporation incorporated in the District of Columbia. It is exempt from federal income taxes to the extent provided in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

NPR is governed by a 23-member Board of Directors ("NPR Board"), which consists of 12 individual member station managers who are elected by their fellow NPR members, and 11 other directors. The 11 other directors include NPR's President and Chief Executive Officer, the Chairperson of the NPR Foundation Board of Trustees, and nine prominent members of the public elected by the NPR Board and confirmed by NPR members.

Interconnected public radio stations own their local satellite terminal equipment. The national-level equipment located in Washington, DC, and St. Paul, MN, is owned by The Public Radio Satellite Interconnection System Charitable Trust ("Trust"). The stations, which are the beneficiaries of the Trust, have designated NPR to manage and operate the PRSS on their behalf.

*See section 1.2.1 Governance Structure.*

1

CPB_0078353

### 1.1.1 (a.) iii. Purpose and Mission

Since the 1970s, NPR Distribution has maintained an unbroken mission: to provide public radio stations with reliable, affordable, universal interconnection services using tested and proven technologies. The organization's 46-year operational track record demonstrates sustained excellence in advancing broadcast distribution innovations while maintaining 99.95%+ system reliability.

NPR Distribution has followed a set of foundational rules, which were established more than four decades ago, as hallmarks for governing the access and use of the PRSS. These hallmarks recognize that:

- *The Public Broadcasting Act:*
  - *Mandates universal access to all public telecommunications entities (PTEs)*
  - *Mandates non-discrimination among PTEs*
  - *Funds periodic major infrastructure refurbishments and upgrades*
- *The interconnected PTEs, in their individual agreements with NPR, approve the designation of NPR as the manager and operator of the PRSS, responsible for administering system governance, day-to-day operations, strategic planning, and financial management*
- *The interconnected PTEs, primarily public radio stations, own their own local earth terminal facilities and downstream equipment, and The Public Radio Satellite Interconnection System Charitable Trust owns the national-level elements of the system*
- *Annual PRSS operations have been structured to be "neither a benefit nor a burden" to NPR, with all revenues, expenses, operating reserves and investment income associated with PRSS to be accounted for separately within NPR's financial systems, and for NPR to be treated as a client of the PRSS on the same terms as all other users of the PRSS.*
- *The NPR Board's uniquely structured D/I Committee is charged with proposing rates and policy to the Board and initiating oversight of the operation of the interconnection system.*

These hallmarks have served – and will continue to serve – as NPR Distribution's "guiding principles."

For nearly half a century, NPR has successfully navigated every major technology transition in public radio history – some taking more than five years from start to finish – without operational disruption to stations. Some highlights include:

- 1972: Pioneered the first interconnection system carrying "high quality" live feeds using phone circuits.
- 1979: Led the industry transition from phone lines to satellite delivery, dramatically improving audience reach and service reliability – a complex multi-year technical migration executed successfully.

2

CPB_0078354

- 2005: Anticipating software's central role in broadcasting's future, developed the first version of ContentDepot®, NPR's proprietary software application which now serves as the core platform for public broadcasting distribution.
- 2024-present: Over the last eight months, took major steps toward building next-generation technology that will enable live distribution over public internet while preserving all existing services stations depend on.

This long track record of managing complex, multi-year technology transitions demonstrates NPR Distribution's unique capability to execute the hybrid terrestrial-satellite evolution that CPB has stated it envisions while maintaining the operational continuity that stations require.

NPR's current broadcast distribution platform – ContentDepot® – represents world-class technical architecture using satellite and terrestrial technology. Its design reflects a deep technical understanding of what it takes to develop and deploy a broadcast-quality distribution platform to a geographically diverse national network.

NPR Distribution also provides:

- 24/7 technical support infrastructure with experienced staff who understand the operational realities of resource-constrained local stations
- Redundancy for critical infrastructure, ensuring minimal service disruptions

Many local public radio stations operate with minimal technical staff. When stations encounter operational challenges, they depend on the technical expertise of NPR Distribution's support staff to maintain on-air operations.

This real-world experience supporting diverse station environments during major technology transitions demonstrates NPR's operational excellence.

*See section 1.3.1 for additional details. 1.1.2 Service Delivery (1.1.2(a.) - (c.))*

## 1.1.2 Service Delivery Approach

NPR plans to deliver Services through a hybrid approach defined as: a strategic combination of direct service delivery for core competencies, managed service partnerships for specialized capabilities, and integrated third-party solutions that enhance the platform without compromising reliability or control.

In 2023, NPR hired A.T. Kearney to conduct an assessment of the PRSS. The consultant provided a robust decision tree to help with such assessments. NPR has applied the framework to the "Scope of Services" listed in the RFP.

*See responses to 2.2.1*

NPR employs a systematic approach to determine the optimal delivery method for each service component:

3

                                                                                CPB_0078355

1. Requirements Gathering — Comprehensive stakeholder input and technical needs assessment
2. Gap Analysis — Evaluation of current capabilities against service requirements
3. Strategic Decision Matrix — Determination to build, buy, partner, or outsource based on:
   - Mission criticality and control requirements
   - Core competency alignment
   - Cost-effectiveness and sustainability
   - Timeline and resource constraints
   - Risk tolerance and reliability standards

This approach ensures NPR maintains control over mission-critical functions while leveraging best-in-class external capabilities where they provide superior value.

## 1.1.2 (a.) Prior Experience in Assessment of Business Requirements

NPR has successfully managed the complex needs of the public radio ecosystem for decades, serving as the trusted intermediary between diverse stakeholder groups with often competing interests and varying technical capabilities.

NPR's unique positioning advantages are:

- Trusted neutral convener: NPR Distribution serves all public radio stations regardless of NPR membership status, providing system-wide credibility.
- Deep relationship network: Established connections with public radio leaders, station engineers, and technical staff across the entire ecosystem.
- Cross-system perspective: Understanding of large metropolitan stations, small or rural stations, and university operations.

NPR Distribution has consistently demonstrated the ability to build consensus and develop practical solutions that work across the diverse public radio landscape. The approach involves:

- Stakeholder engagement: Regular meetings with ContentDepot® users (stations and producers) and one-on-one consultations during support calls.
- Inclusive decision making: Ensuring all station types and sizes have meaningful input in service development
- Practical solution development: Balancing ideal outcomes with real-world operational constraints and budget realities

Examples of assessing and addressing business needs are:

- In 2005 in collaboration with stations and producers, NPR conceived and initiated development of the ContentDepot® distribution platform, which revolutionized how public media broadcast programming is distributed. With this system, programming is continually ingested, checked for quality, and delivered with no action needed by

4

CPB_0078356

stations. Since 2008, NPR has been building and enhancing ContentDepot®, adding new capabilities every year.

- In 2016, NPR Distribution began a series of emergency alerting projects in coordination with CPB to design and help stations install a standard system for forwarding local emergency alerts to car dashboards. Working with stations in California for earthquakes, Tornado Alley for tornados, and the Southeast for hurricanes, the team enabled emergency alerting information to become visible on standard car radio displays. Hundreds of stations continue to display these alerts to this day. This is an example of how NPR pulls diverse station organizations together to accomplish a shared goal that would be difficult for stations to do alone.

- For more than two decades and as part of its operating budget (not federally funded), NPR has provided in-kind services to three national organizations that provide content targeting underserved communities. Providing full broadcast distribution services to Native Voice One, serving Native Americans; Radio Bilingüe, targeting Hispanic communities, and the African-American Public Radio Consortium, enables access to a wider range of content for communities and stations for millions of Americans.

- NPR also provides additional support and services to help the backend operations of the PRSS, for which it does not rely on either federal funding or rates and fees from stations or producers, such as human resources, finance, and legal services.

- Moving forward, NPR is working to help stations simplify their operations with the migration to the ContentDepot® Edge™ platform. As the broadcast industry migrates away from satellite and toward terrestrial delivery, NPR has designed and is building an interconnection platform using the public internet. This approach will cut the costs of maintaining satellite equipment and satellite transponder space, while also reducing the technical burden on stations. The ContentDepot® Edge™ platform will offer automation features that will reduce the need for complex automation systems at stations. Built around the familiar ContentDepot® platform, configuration is all cloud based, so it can be managed from anywhere. The ContentDepot® Edge™ platform is positioned to be the industry-leading interconnection system — not just for public radio, but for the entire radio industry.

## 1.1.2 (b. - c.) Prior Experience in Service Delivery, Governance, and Management

The RFP proposes an expanded scope of services. Currently, no single entity within public media collects all the necessary data. However, given NPR's existing involvement in related work, it's feasible for NPR to expand current services with appropriate planning and resources.

5

CPB_0078357

| Service | Delivering | Governing | Managing |
|---|---|---|---|
| Audience Measurement | ✎[1] | ✎[1] | ✎[1] |
| Content Distribution | ✔ | ✔ | ✔ |
| Content Management | ✔ | ✔ | ✔ |
| Content Lifecycle & Storage | ✔ | ✔ | ✔ |
| Data and Analytics | ✎[1] | ✎[1] | ✎[1] |
| Emergency Alerting | ✔ | ✔ | ✔ |
| Monitoring and Control | ✔ | ✔ | ✔ |
| Operational Support | ✔ | ✔ | ✔ |

---

[1] As described in 2.2.1a, NPR Distribution will work with subject matter experts from other NPR teams to understand the scope, identify gaps, and develop solutions.

6

CPB_0078358

| | | | |
|---|---|---|---|
| **Sponsorship Technology** | ✔ [2] | ✔ [2] | ✔ [2] |
| **Technology Support** | ✔ | ✔ | ✔ |

### 1.1.3 Service Operation & Innovation

NPR Distribution is, at its core, an agile product development organization that builds products iteratively by focusing on the details and working relentlessly to ensure product-market fit. The organization's in-house subject matter experts work closely with the talented engineers and staff at stations to properly document challenges. That feedback guides feature development and helps deliver products that meet NPR's high standards of reliability.

NPR employs a systematic, data-driven approach to balancing resources between maintaining existing services and investing in future capabilities. NPR allocates resources across four strategic categories:

**Resource Allocation Model**

**Operational Excellence (65-70% of resources):** This area prioritizes maintaining the high-quality service that stations depend on every day by keeping what already works well running smoothly, and ensuring content gets delivered reliably to stations 99.95% of the time.

**Strategic Enhancement (15-20% of resources):** These are the big infrastructure changes needed to stay current such as regularly replacing aging technology, transitioning select services to the cloud, and gradually moving away from expensive delivery methods toward more cost-effective internet-based distribution.

**Innovation Investment (10-15% of resources):** These investments address emerging needs in the changing media landscape. This means building new capabilities that stations are asking for but don't exist yet or creating automation tools that reduce the technical burden on station staff.

**Capability Optimization (5-10% of resources):** This involves eliminating old services that are no longer relevant or widely used, outsourcing non-essential functions to external providers who can do them better or more cost-effectively, and developing strategic partnerships that extend service offerings without requiring proportional increases in internal staff. This approach ensures resources are used efficiently and effectively. The overall strategy ensures NPR maintains

---

[2] As described in 2.2.1h, NPR is already active in this space for broadcast. NPR Distribution will work with subject matter experts at NPM to explore digital needs, as required.

7

excellent current services while systematically investing in future capabilities based on what stations need.

These resource allocations are flexible. For example, when grant money is allocated for particular initiatives or when investment dollars support specific projects, NPR Distribution can adjust its priorities to satisfy funding requirements while maintaining core operations.

NPR has demonstrated this ability to adapt quickly to funding-driven priorities without compromising service quality.

**Implementation Approach**

**Phased Development Strategy:** Rather than making dramatic changes all at once, the organization tests new capabilities with a small group of willing stations first, then gradually rolls them out to everyone once they're proven to work well. During any transition, NPR keeps the old systems running alongside the new ones so stations never lose service. All major decisions about what to build or improve are driven by input from the stations and stakeholders who will actually use these services.

**Financial Sustainability Balance:** NPR strives to develop new services that can generate ongoing revenue to support operations, uses technology improvements to reduce costs and operate more efficiently, and partners with other organizations to offer more capabilities without having to hire proportionally more staff or invest in expensive infrastructure. This approach ensures the organization can grow its services without becoming financially unsustainable.

**Risk Management:** The organization carefully plans any transition from old technology to new systems to avoid service disruptions, maintains excellent performance on current services even while building new ones, and keeps stations informed about what changes are coming and why. This transparency helps stations plan their own operations and builds trust in NPR's decision-making.

This balanced approach ensures NPR continues delivering reliable, high-quality services while positioning the organization for sustainable growth in an evolving media landscape.

## 1.2 Governance Approach

### 1.2.1 (a. - e.) Governance Structure

The NPR Board of Directors governs the PRSS. The Distribution/Interconnection (D/I) Committee of the NPR Board is charged with proposing producer rates, station fees and policy to the Board. The D/I Committee is unique, comprised of Board and non-Board members. https://www.nprdistribution.org/about#oversight-di

This structure, which was established during the 1980s after deliberation and a vote by the stations, was designed to prevent NPR or any other organization from exercising undue influence over the PRSS. It strikes a balance between swift decision-making and consensus building.

8

CPB_0078360

Additionally, annual PRSS operations have been structured to be neither a benefit nor a burden to NPR. All revenues, expenses, operating reserves and investment income associated with the PRSS are treated as separate within NPR's financial systems, and NPR is treated as a customer of the PRSS on the same terms as all other producers using the system.

Each year the chair of the NPR Board designates which Board members will serve on the D/I Committee and the full NPR Board then votes on those designations. The non-Board members of the D/I Committee represent the interests of non-NPR users of the system. The non-Board members are identified through a system-wide solicitation process and cannot be "authorized representatives" (AReps) of NPR member stations, a requirement that was adopted to encourage perspectives beyond NPR's on the D/I Committee. The presence of the non-Board members on the Committee reflects NPR's role as manager of an interconnection system that serves all public telecommunications entities needing distribution services. The non-Board members can be self-nominated or nominated by another interested party. Their nominations are reviewed by the D/I Committee, including the non-Board members, who recommend a slate to the NPR Board; once the NPR Board elects the non-Board members of the D/I Committee, their election is ratified by PRSS interconnected stations, which include non-NPR stations.

If NPR's proposal is selected, NPR will change the current composition of the D/I Committee, by action of the NPR Board, to add a new seat designated for a person with digital distribution expertise. This new seat would not be held by an NPR Board member or by an ARep. Bringing this dedicated digital distribution expertise to the D/I Committee would enhance service to the system by providing parallel oversight of the digital distribution work performed by managed service partnerships.

The interconnected stations own their local earth terminal equipment. The national-level equipment located in Washington, DC, and St. Paul, MN, is owned by the Trust.

Interconnected stations have designated NPR as manager of the PRSS, for which NPR provides administration of system governance, day-to-day operations, strategic planning, and financial management. The interconnected stations have agreed to take full financial responsibility for the costs of operating the PRSS. Stations pay an annual distribution/interconnection fee that reflects their share of the costs of managing and operating the interconnection system.

The D/I Committee meets quarterly, and monthly when required, to receive timely reports from NPR on PRSS finances and operations.

## 1.2.2 (a. - e.) Provider Management

**Evaluation and Selection**

NPR's process for evaluating and selecting service providers is governed by NPR's Purchasing Policy. The policy includes standards of conduct expected for all NPR staff who procure goods and services on NPR's behalf, and seeks to ensure that staff procure goods and services based on maximum quality, lowest cost or lowest possible cost, and efficiency. The policy also covers

9

CPB_0078361

the goods and services procurement process, including competitive and sole-source bidding, purchase orders, and payment of invoices.

**Provider Onboarding**

NPR's process for onboarding service providers is governed by NPR's Vendor/Technology Intake and On-Boarding Policy and Process. The policy ensures that vendors and technologies are correctly recorded in a database, with appropriate risk levels, notes and classifications for review with appropriate life cycles applied. It allows NPR to quickly identify a vendor's information security profile and to respond with appropriate controls if that vendor experiences a cybersecurity incident.

**Provider Oversight and Accountability**

Provider-accountability matters, including ongoing maintenance and support and SLAs, are covered under the terms and conditions negotiated with each individual service provider.

**Inadequate Service Delivery**

Specific methods for addressing inadequate service delivery are covered under the terms and conditions negotiated with each individual service provider.

**Product Lifecycle Roadmaps and Provider Engagement**

NPR will establish short- and long-term product lifecycle roadmaps using the process outlined in Section 1.1.2. Providers will be included in the gap analysis and will provide input on current capabilities and potential future enhancements.

## 1.2.3 (a. - f.) Station and Producer Collaboration

The PRSS is a collaborative enterprise and is open to all public telecommunications entities, including public radio stations, independent producers, program syndicators and distributors, and national, state and local organizations. Stations receive programming transmitted by the PRSS from approximately 60 broadcast program producers, including NPR, PRX and American Public Media. Representatives of NPR Distribution meet regularly with stations and producers to gather feedback and suggestions for operating and enhancing the PRSS. This collaboration also includes developing support resources to ensure stations and producers have necessary expertise to take advantage of PRSS improvements.

*See also 1.1.2 Service Delivery 1.1.2(a.)*

## 1.2.4 Performance Reporting

NPR Distribution will continue to report quarterly, and monthly when required, to the D/I Committee on the financial and operational health of the PRSS. Also, under its current interconnection funding agreement with CPB, NPR is contractually obligated to submit to CPB

10

quarterly reports detailing its use of grant funds to enhance the PRSS. NPR will continue to submit written reports on a quarterly basis.

# 1.3 Transition Approach

NPR's goal is to continue to manage and operate the PRSS on behalf of the interconnected public radio station organizations that own it. The trustees of the Trust have not expressed a desire to seek a direction of the stations (pursuant to the Second Amended and Restated Trust Agreement) regarding the management and operation of the national-level equipment of the PRSS to which the Trust holds title.

We endeavor to continue our collaboration with these local stations - along with broadcast content producers - to evolve, enhance and maintain the PRSS to meet their requirements to serve the mission of public radio.

### 1.3.1 Accountability

Upon receipt of CPB funding, and under terms of a grant agreement with CPB, NPR would submit regular reports, with supporting documentation, detailing NPR's use of CPB resources to fund the development and enhancement of PRSS services. This would be consistent with the level of accountability that NPR has provided under its current and prior grant agreements with CPB.

### 1.3.2 Immediate Priorities

NPR Distribution's immediate priorities are to develop the foundation for a new, terrestrial broadcast interconnection system, and maintain the current system until the reliability and resiliency of a terrestrial system is guaranteed for all interconnected stations. These efforts will bolster the sustainability of the interconnection system and ensure all stations and producers who rely on this system retain access to core content distribution services and tools that are reliable, affordable, and usable. In parallel, the team will gather detailed requirements for the additional services listed in the RFP that NPR Distribution does not currently provide.

*See response to 1.1.3 for an explanation of the prioritization process*
*See response to 2.3 for onboarding and deployment*

11

CPB_0078363

# 2.0 Entity Services Response

## 2.1 Service Approach

NPR will maintain and operate the Public Radio Satellite System while enhancing its capabilities and migrating core services to more modern and flexible technology solutions and systems. As the cornerstone of its approach, NPR will adapt and enhance its proprietary distribution platform, ContentDepot®, and integrate it with third-party software solutions, as needed, to deliver all services. Descriptions of NPR's planned approach to individual services are incorporated in the descriptions of the technical architecture in Section 2.2.1.

## 2.2 Technical Architecture

### 2.2.1 Architecture Description

ContentDepot® uses a combination of custom and off-the-shelf software, virtual and physical devices, and automated and manual processes to: receive live and recorded (file-based) audio and associated metadata (descriptive information about the audio content) from producers; check audio quality and ensure consistency among audio from multiple producers; package producer audio and metadata for transmission to stations; and send live streams, audio files, and metadata to stations over satellite and terrestrial connections. Technicians at NPR Distribution's Network Operations Center (NOC) in Washington, DC, conduct quality control processes and monitor performance of the ContentDepot® system at all times, addressing issues as they arise. Image 1 (p.13) illustrates the high-level architecture of the ContentDepot® system as it currently operates, as well as the future planned improvements addressed throughout this document.

Over the next three years, NPR Distribution will develop and deploy a new internet-based distribution platform to meet the current and future needs of public radio stations and content producers. As technology advances, an increasing number of technology systems (e.g., software applications, artificial intelligence models, etc.) reside in virtual, cloud-based environments. Flexible and powerful edge devices – equipment that sits at the "edge" of a private network and allows external systems to access the network – are necessary to use the full capabilities of these technologies and support rapid innovation. Consistent with these technology trends, NPR Distribution will develop, test, and deploy a custom edge device – ContentDepot® EdgeTM – as the cornerstone of a new terrestrial distribution platform for the PRSS. Developing a custom edge device will allow the PRSS increasingly to move toward virtualization, prepare for future growth, and locate audio data and processing systems at stations where they will be used.

12

CPB_0078364



*Image 1: High-Level Distribution System Architecture*

CONFIDENTIAL

The approaches and architectures described below for each service reflect the system improvements that NPR Distribution will implement as part of the transition to the new terrestrial distribution platform. Current approaches and architectures that will be used during the transition period and gradually phased are generally not included.

### 2.2.1a Audience Measurement and Data Analytics

The scope of Audience Measurement and Data and Analytics services encompasses significant aspirations that require careful consideration of public radio's unique structural realities. Unlike centralized broadcasting models such as the BBC, American public radio operates as a federation of independent stations and producers, each with distinct missions, communities, and operational approaches. This independence has fostered innovation, local responsiveness, and diverse programming strategies that serve communities across the nation. While the RFP identifies fragmentation as a challenge, this characteristic reflects the distributed nature of public media governance rather than a fundamental flaw requiring correction – a feature not a bug.

NPR Distribution recognizes that building centralized data-gathering systems beyond its direct business-to-business service offerings is technically feasible but presents practical challenges. For example, because stations are independently owned and operated, collecting listener data across the system would require a complex set of legal agreements. However, NPR Distribution will aim to provide comprehensive measurement and analytics for content distributed through its platforms and partner with stations to gather detailed insights on reach, engagement, and performance across broadcast and digital channels.

NPR Distribution will apply its business analysis framework to evaluate stakeholder needs, existing market solutions, and cost-effectiveness. This process will include collaboration with teams across NPR that have subject matter expertise and experience gathering audience information and other key data points for NPR programming. Based on the results of the business analysis process, NPR Distribution will explore opportunities to scale existing tools to cover a greater range of public radio programming and/or buy or build new technology tools needed to provide this service.

Any expanded measurement capabilities will be designed on an opt-in basis, respecting stations' existing vendor relationships and measurement strategies while ensuring that essential distribution services remain fully funded and operationally excellent.

14



*Image 2: Live Content Distribution and Live Content Management Architecture*

CONFIDENTIAL

**2.2.1.b Content Distribution**

NPR Distribution will manage and provide content distribution services to interconnected stations and content producers directly. Content producers will deliver live and file-based programming to centralized headend systems maintained and managed by NPR Distribution (see "Content Management" for more information on audio content ingest systems). NPR Distribution will continue to use custom audio-routing software and state-of-the-art audio over Internet Protocol (AoIP) equipment and protocols to route audio to encoders. Encoders will generate multiple simultaneous audio streams and deliver them to ContentDepot® Nebula, a cloud-based content delivery network (CDN).

At each station, ContentDepot® Edge™ devices will automatically download, decode, and play out up to four streams per device based on the station's broadcast schedule (entered by station personnel in the ContentDepot® web portal – see "Content Management" for more information). Stations will then be able to connect their edge devices to their traffic and automation systems for over-the-air broadcasting and web-streaming.

To ease the transition from the current system's hybrid satellite and terrestrial receivers to the ContentDepot® Edge™ device, NPR Distribution will deploy the edge device on physical hardware initially. Many stations rely on physical audio and relay outputs from their current receivers. Moving to a fully virtual solution would require stations to buy, install, and configure AoIP infrastructure, increasing the cost and complexity of the transition at a time when station resources are limited. Although the edge system will initially be deployed as a physical device, its functionality will be wholly defined by the software it hosts. This approach will allow for a virtualized and hosted solution in the future with stations using virtual machines running on servers at their station or in the cloud to receive content.

ContentDepot® Edge™ will also provide the technology foundation required to provide interconnected stations and content producers with an expanded suite of broadcast and digital content distribution features, including:

- **Enhanced file playback:** ContentDepot® Edge™ will not only receive and serve files to automation systems, but will also be able to play file programs or segments out on a schedule. Producers will be able to offer unique or regional segments or features that seamlessly insert on devices where stations have subscribed to them.
- **Customized web streams:** ContentDepot® already offers custom webstreams of station scheduled programming for stations to use as a backup source. NPR Distribution will expand its webstreaming services to offer listener-facing webstream hosting with targeted spot insertion options (e.g., different sponsorship audio based on the listener's geographic area, the station format, or other factors). NPR Distribution will work with a third-party hosting service and purchase bandwidth and computing power in bulk on behalf of stations to keep costs low. Stations will be able to use the audio inputs on the ContentDepot® Edge™ devices to feed the streams. This will remove the need for additional station hardware and make configuration simple within ContentDepot®.

16

CPB_0078368

- **Video distribution:** To meet audience demands, content producers need to deliver a wide variety of content, including video for online and social media platforms. NPR Distribution will adapt its file delivery system and automated quality control processes to support the distribution of large video files.
- **Centralcasting:** As consolidation continues and stations operate with limited resources NPR Distribution expects demand for centralcasting (operating stations in a group or remotely) solutions to increase. To meet this demand, NPR Distribution will add automation features that allow stations to manage a full station schedule in the cloud and play it back on a ContentDepot® Edge™ device at one or more stations. This strategy will support preloaded programming and back-up processes that run at the station even when their internet connections fail.

## 2.2.1c Content Management

NPR Distribution will provide content management services to interconnected stations and content producers directly, using proprietary and custom software solutions.

### *Audio contribution*

NPR Distribution will leverage the new terrestrial system to allow all interconnected stations and content producers to send live audio to ContentDepot® from their edge devices. The ContentDepot® Edge™ device will replace the current contribution method that utilizes commercial, off-the-shelf codecs for terrestrial delivery. While the commercial codecs are highly capable, they have a much higher price point, require more complex network configuration, and do not support remote configuration and management.

Content producers will connect the ContentDepot® Edge™ device directly to their studio equipment. The edge device will accept producer audio in common formats, such as analog, digital (AES3) and AoIP standards (AES67 and Livewire, for example) to maximize interoperability with the variety of studio systems that content producers use. The device will encode live audio to a high-quality Free Lossless Audio Codec (FLAC) stream wrapped in the Secure Reliable Transport (SRT) protocol and stream it to the cloud-based ContentDepot® Nebula CDN, allowing headend systems to access and retransmit the live audio.

### *ContentDepot® portal*

Interconnected stations and content producers will continue to use the ContentDepot® web portal to manage their programming, content subscriptions, and metadata, as well as complete other distribution-related tasks. Among others, the ContentDepot® web portal offers the following content management features:

- **Program Subscriptions and Broadcast Services:** Interconnected stations can subscribe to programming from content producers in the ContentDepot® web portal. Stations can organize multiple programs into a broadcast service and assign the service to one or more destinations (e.g., edge device, hybrid satellite/Internet receiver, cloud-hosted webstream, etc.) connected to the station's automation system. Content is

17

CONFIDENTIAL

delivered to the destination automatically based on the broadcast service schedule set by the station.

- **Metadata Distribution:** ContentDepot® is integrated with MetaPub® – a custom metadata management system that allows stations and producers to use metadata to enhance their broadcasts. Stations can add static metadata (e.g., station logo, station name, call sign, website link, etc.) in ContentDepot® and publish it for display on RDS, HD Radio, and hybrid radios, as well as connected car platforms. Content producers can use MetaPub to deliver dynamic information about programs or program segments, including but not limited to logos, titles, and segment, host, and reporter names.

- **Program Discovery:** Stations have multiple avenues to discover new programs within ContentDepot®. Search functionality allows stations to find known programs or new content from familiar producers quickly and easily. ContentDepot® also includes a program discovery page that highlights new, free, and popular programs with many recent subscriptions to help stations find new content to share with their audiences.

- **Messaging and Exchanges:** ContentDepot® provides tools to connect interconnected stations and content producers and support collaboration. With the built-in messaging functionality of ContentDepot®, content producers can communicate with their subscribers quickly and easily. Using exchanges, stations and producing organizations can share audio clips and other content on an ad hoc basis.

ContentDepot® provides stations and producers with a wide variety of content management tools beyond those listed above. NPR Distribution will continue to maintain and enhance existing content management features of ContentDepot® while periodically expanding functionality in response to changing needs and requests from stations and producers.

18



*Image 3: Metadata Distribution Architecture*

CONFIDENTIAL

CPB_0078371

## 2.2.1d Content Lifecycle and Storage

NPR Distribution will continue to integrate specialized storage appliances and database software from external providers with ContentDepot® to provide content lifecycle and storage services. NPR Distribution will continue support contracts with the developers of its storage system and database software, outsourcing some complex maintenance and troubleshooting efforts to these vendors.

NPR Distribution will continue to use a tiered approach to store audio content and system and user data cost-effectively. For "hot" storage (information that must be readily and rapidly available for the system to operate), NPR Distribution will continue to use storage devices with solid-state drives (SSDs). SSDs offer the fastest read and write speeds of any technology solution on the market and this rapid access is essential to support low-latency audio distribution. In parallel, for "warm" storage (information that must be readily available, but for which slower access speeds are acceptable, such as back-ups and recent but expired content) NPR Distribution will continue to use storage devices with hard disk drives (HDDs). HDDs have slower read and write speeds than SSDs at a lower price point. Finally, NPR Distribution will continue to migrate "cold" storage (archival information that does not need to be readily available) toward the lowest-cost reliable solution available. This could include low-cost HDDs or cloud-based storage options.

To safeguard against the loss of critical data, NPR Distribution will continue to use a fully redundant storage approach. Data storage appliances – using highly reliable Redundant Array of Independent Disks (RAID) storage – and multiple instances of the ContentDepot® database will be maintained at both the NOC and BuNOC, with all data backed up to the BuNOC constantly.

## 2.2.1e Emergency Alerting

NPR Distribution will continue to offer a 24/7 Primary Entry Port (PEP) feed from the Federal Emergency Management Agency (FEMA) to all interconnected stations as long as the satellite system remains operational. In the event of a national emergency, FEMA would trigger the alert on an Emergency Alert System (EAS) device installed at the NOC. The alert would automatically interrupt any audio on the appropriate 24/7 stream and the stream would deliver the alert over satellite to all participating stations' dedicated EAS devices for immediate broadcast. Additional technical information on the integration of the PRSS with dedicated EAS devices is available on NPR Distribution's Help Center.

As content distribution services transition away from satellite connectivity, NPR Distribution will continue to pursue options to virtualize its emergency alerting services and add redundancy to the national emergency alerting infrastructure. Current regulations require the use of EAS hardware. If the regulations change, NPR Distribution will explore opportunities to innovate, including by connecting its ContentDepot® Edge™ device directly to FEMA's Integrated Public Alert and Warning System (IPAWS) or designing another solution to fill gaps not covered by IPAWS.

20



*Image 4: Monitoring and Control Architecture*

21

## 2.2.1f Monitoring and Control

NPR Distribution will continue to provide system monitoring and control services directly, using a combination of real-time automated monitoring technology and manual interventions from NOC staff. Because system reliability is essential for stations and content producers, NPR Distribution will continue to ensure that staff are on-site 24/7 at the NOC to monitor system performance and troubleshoot issues immediately when they arise. Staff will continue to conduct routine manual monitoring tasks, including listening to audio to ensure streams successfully transition from one program to the next, checking files uploaded by producers before they are distributed, and more.

In addition, NOC technicians will continue to review and respond to alerts raised by automated monitoring systems. NPR Distribution will continue to use a combination of third-party and custom monitoring systems to alert NOC technicians to system performance issues. These systems alert NOC technicians in real-time when issues such as network outages, silence on audio streams, failed file delivery, and late cueing occur.

NPR Distribution will also provide tools to help stations and content producers monitor the ContentDepot® Edge™ devices installed at their stations. The edge devices will send performance metrics and alerts back to the ContentDepot® headend routinely. This monitoring data will be displayed in the ContentDepot® web portal, allowing stations and content producers to check the health of their equipment independently. In addition, the edge devices will support remote access, making it easier for NPR Distribution's support staff to troubleshoot issues with devices deployed at stations.

## 2.2.1g Operational Support

NPR Distribution will continue to update the NOC's monitoring tools and seek to automate manual system management processes to generate efficiencies in its system management workflows. Updating monitoring tools will help NOC technicians detect and correct performance issues more quickly. In addition, increased automation will reduce the risk that human error will disrupt transmissions to stations. Taken together, these factors improve the reliability of the PRSS, ensuring NOC technicians can quickly restore functionality in the event of an outage, limiting the amount of downtime when the system is not available, and reducing outages caused by human error.

*See also Section 2.4.*

## 2.2.1h Sponsorship Technology

NPR Distribution will continue to provide sponsorship technology services for broadcast directly. For broadcast, the ContentDepot® Edge™ device will be designed with advanced spot insertion capabilities for live programming. Rather than inserting spots at the headend – which limits producers to one spot per program stream – NPR Distribution will configure the new system to insert sponsorship audio into live and file-based programs on the edge device at each station or transmitter site. This will allow content producers to offer targeted sponsorship audio for different

22

CPB_0078374

geographic areas and station formats (e.g., talk, music, etc.). Targeted sponsorship expands the available sponsorship inventory and increases the potential revenue from sponsorship.

NPR Distribution will also take advantage of encoding functionality on the ContentDepot® Edge™ device (see "Content Management") to allow interconnected stations to use the device as managed web stream encoders. Paired with a third-party cloud host and ad server, NPR Distribution will offer a complete web streaming solution that is simple to use. As part of this service, NPR Distribution will integrate targeted sponsorship content with local and national program audio.

For other online platforms (e.g., podcasts, on-demand website and app content, etc.), NPR Distribution will use a third-party spot inventory management platform. Content producers already use various digital publishing tools with spot insertion capabilities successfully. Integrating an existing tool with ContentDepot® will allow NPR Distribution to deliver sponsorship technology services effectively and simplify station and content producer workflows without the added cost of building and maintaining a new custom tool. In selecting a tool, NPR Distribution will seek to take advantage of the sponsorship and underwriting expertise of National Public Media (NPM), NPR's sponsorship representative, to enhance NPR Distribution's understanding of the sponsorship process and related tools used across the public media system.

## 2.2.1i Technology Support

NPR Distribution will continue to use a combination of in-house technical expertise and outsourced services for technology support.

To prevent hardware failures and address security vulnerabilities due to aging and unsupported devices, NPR Distribution will continue to virtualize (when possible) and replace (when virtualization is not practical or possible) hardware across the ContentDepot® system that has reached the end of its useful life. The useful life (also known as the "service life") of technology equipment is the duration during which it can be expected to perform its desired function without issue, and is closely tied to how long an equipment manufacturer will support a piece of hardware. Relying on older devices that are not supported by their vendors and do not receive firmware (i.e., software that controls the device) updates increases the risk that a piece of equipment will fail unexpectedly, become increasingly vulnerable to security breaches, or lose compatibility with other devices and software systems.

To mitigate these risks, NPR Distribution will continue to explore options to virtualize functions currently performed by specialized hardware. Virtualization entails replacing specialized equipment with software that performs the same functions. This can reduce technology infrastructure costs, increase system flexibility and integration options, and extend the useful life of a product. When virtualization is not practical, NPR Distribution will continue to replace aging hardware with new, more reliable, and more secure devices.

NPR Distribution also will continue to manage and renew its third-party support contracts with key outsourced system vendors. These contracts mitigate the risk of security breaches, and hardware and software failures, by ensuring NPR Distribution can: 1) receive hardware repairs

23

CPB_0078375

to prevent equipment failures; 2) correctly perform upgrades to fix bugs and patch security vulnerabilities; and 3) correctly integrate equipment and software systems with other systems, preventing compatibility issues. Third-party manufacturers and developers provide support to NPR Distribution to modify software code and disassemble and repair hardware, as well as to integrate and upgrade their systems.

NPR Distribution will continue to make planned updates to ContentDepot® and fix software "bugs" continuously, releasing updates to the ContentDepot® software every six weeks. NPR Distribution will also continue to implement urgent bug fixes and patches on an ad hoc basis, when required. Bug fixes will ensure that ContentDepot® continues to operate effectively, efficiently, and reliably. Upgrades and enhancements to the ContentDepot® web portal (the online interface used by stations and producers to manage their content and subscriptions) will include changes to allow for more effective integration with stations' production systems, make the portal easier to use, and add features repeatedly requested by stations and producers. The changes directly improve system usability and, in turn, the ability of stations and producers to complete mission-critical tasks quickly and accurately.

In addition, NPR Distribution will regularly maintain, enhance, and patch the ContentDepot® Edge™ device software used at each station site. By managing the devices used at stations directly rather than using third-party, off-the-shelf station equipment, NPR Distribution will be able to provide robust support to resolve any issues experienced at stations. In addition, NPR Distribution will be able to respond rapidly to shifting station requirements and support integration with other station systems. In contrast, a third-party solution generally requires the vendor to provide advanced technology support services which can delay support to stations, limit innovation, and increase costs.

NPR Distribution will also continue to provide 24/7 support services for stations and content producers. Continuing its current practice, NPR Distribution will provide multiple channels for stations and producers to request technical support, including phone, email, and web tickets. When a support request is received, support staff review the information and provide support for simple requests. More complex requests are routed for tier 2 support from NOC technical directors and station equipment experts. If these requests cannot be resolved or require deep investigation and software changes, they are routed to the appropriate team for tier 3 support. Issues that cannot be resolved by NPR Distribution's technology experts may be escalated to equipment and third-party software vendors.

*See also Section 2.4.*

24

CPB_0078376



*Image 5: Station and Content Producer Support Workflow*

25

CONFIDENTIAL

## 2.2.2 Connectivity

<u>Content Distribution</u>

To provide Content Distribution services, NPR Distribution will continue to use multiple technologies to facilitate connectivity between content providers and Service Recipients. Over the next three years – from October 1, 2025 to September 30, 2028 – NPR Distribution will implement a phased transition from the current satellite-first distribution solution toward an internet-first solution. Throughout this period, NPR Distribution will use a hybrid approach with both satellite and internet-based solutions available to deliver content to stations.

Initially, geostationary satellite connectivity will remain the primary connection for live and file-based audio distribution. A significant majority of stations are small operations, with limited resources to support changes to their technology infrastructure, and some stations are located in remote and rural areas without reliable high-speed internet access. Satellite distribution currently provides the most affordable and reliable means to deliver content to these stations, many of which play an essential role in serving remote communities without access to alternative sources of local news. To serve stations across the country, NPR Distribution will continue to lease the necessary bandwidth for distribution on Intelsat's Galaxy 16 satellite, and maintain and operate satellite uplink facilities.

In parallel, NPR Distribution will complete the research, development, and testing necessary to create a viable platform to support distribution over the public internet. In 2027, NPR Distribution will begin to roll out the new ContentDepot$^®$ Edge$^{TM}$ device and internet distribution platform to stations. This will allow stations to use any stable public internet connection available at their studios – including wired cable or fiber connections, 5G wireless connections, and low-earth orbit (LEO) satellite internet (e.g., Starlink) – to receive live and file-based content.

<u>Other Services</u>

Public internet connectivity will continue to support all other services. Content producers will continue to deliver live and file-based content to the system head-end over the internet. Stations and content producers will manage their content, submit and track support tickets, and complete other tasks on web applications (i.e., ContentDepot$^®$ web portal, NPR Studio, and NPR Distribution's Help Center) accessible over any internet connection.

## 2.2.3 Reliability and Redundancy

To ensure the reliability of the Services, NPR Distribution will maintain full redundancy at key potential points of failure. Redundancy will be designed to address three critical risks:

- Unavailability of headend facilities
- Critical hardware failures
- Connectivity disruptions

This redundancy approach will support all Services.

26

CPB_0078378

**Connectivity Failover**

Connectivity disruptions (e.g., internet outages, satellite outages due to severe weather, routine solar outages, and equipment malfunctions) are common and NPR Distribution will implement failover options across the ContentDepot® system. NPR Distribution uses multiple internet service providers to support redundant connectivity at the headend and can use private leased internet lines to route traffic via alternate sites. NPR Distribution will also use multiple cloud regions across the country with automatic failover to support its cloud-based CDN. If one cloud service or datacenter fails or loses connectivity, the system will automatically switch to an alternate service or site.

**Back-up NOC**

NPR Distribution will maintain a fully capable back-up headend facility and network operations center – the Back-up NOC or BuNOC, located in St. Paul, Minnesota – that can support all Services if headend facilities at NPR's headquarters in Washington, DC become unavailable. In the case of a major internet or power outage, extreme weather event, public safety emergency or other significant disruption to ordinary operations at the primary NOC, NPR Distribution will be able to switch all or a selection of its Services to operate from the BuNOC.

**Equipment Redundancy**

NPR Distribution will also use redundant hardware and networking approaches across all headend systems to mitigate the risk of disruptions due to hardware failures. For example, AoIP networking hardware and encoding devices (collectively referred to as the "audio chain") that prepare and route audio must function properly for successful live audio distribution. NPR Distribution will maintain two parallel audio chains, making it possible to avoid disruption by switching between chains when an AoIP device or encoder fails on the system in use. NPR Distribution will use a similar approach – using redundant equipment – at other potential single points of failure where a single faulty device could render a service or services unavailable to interconnected stations and producing organizations.

## 2.2.4 Cloud technologies

NPR Distribution will continue to use a combination of cloud technologies and on-premise equipment and virtual systems to provide all services. NPR Distribution currently uses cloud-based servers to support web-streaming services, internet-based failover options for stations receiving content over satellite, and file delivery for internet-only stations, and will continue to do so moving forward.

As part of the transition to the new terrestrial distribution platform, NPR Distribution will expand the use of virtualized systems and cloud servers across the interconnection system. For example, the ContentDepot® Edge™ device deployed to stations will use generic hardware and custom software-defined functionality. Although NPR Distribution initially intends to deploy physical devices to simplify set-up for stations, the same software developed to operate the device could be installed on a cloud-based server to operate as a virtual device. This change and similar progress toward virtualization of other system components creates new

27

CPB_0078379

opportunities for expanded use of cloud technologies. As described in "Content Lifecycle and Storage" under Section 2.2.1, archival file storage will also use cloud technologies.

In addition, content delivery over the public internet will require NPR Distribution to expand its cloud-based content distribution network (CDN). Live and file-based content will be delivered from the ContentDepot® headend and stations' ContentDepot® Edge™ devices to the CDN's cloud servers. The edge devices at stations will connect to the CDN cloud servers over the public internet and download the data stream for broadcast.

## 2.2.5 Scalability

Using public internet connectivity, a cloud-based CDN, and a software-driven edge device will ensure the distribution system can be scaled easily and cost-effectively. Distributing content over the public internet ensures that any station that has access to high-speed internet (wired, fixed wireless, or LEO satellite) can gain immediate access to content without the expense and delay that expanding a private network or installing a satellite downlink antenna entails.

Cloud-based CDNs are also highly scalable. The ContentDepot® Nebula CDN will distribute network traffic across multiple virtual servers in various geographic locations. Expanding the network to handle additional traffic from an increasing number of users would simply entail purchasing additional bandwidth and computing resources from a cloud provider.

Because the ContentDepot® Edge™ device deployed to stations will use generic hardware and custom software-defined functionality, the system can be scaled much more rapidly and at a much lower cost compared to alternative distribution solutions (e.g., satellite receivers, downlink stations, and other specialized hardware).

Taken together, these factors will eliminate key constraints on the scalability of the current system. The current satellite-first system requires all content to pass through the headend and be transmitted over limited and costly satellite bandwidth. As a result, the PRSS can only distribute 68 simultaneous streams. Using the edge device for audio contribution directly to the highly scalable ContentDepot® Nebula CDN will make it technologically possible to distribute an unlimited number of live streams.

## 2.2.6 Interoperability

Collaboration between public radio stations and content producers is a defining feature of the public radio system and NPR Distribution has designed the ContentDepot® Edge™ device to strengthen interoperability of systems between and among stations and producers. As noted in Section 2.2.1, NPR Distribution will deploy ContentDepot® Edge™ initially as a physical device with simple plug-and-play functionality. Because ContentDepot® Edge™ supports wired audio outputs in multiple formats, as well as AoIP, the device can be quickly and easily connected with the variety of audio-handling systems that public radio stations and content producers use.

In addition, because the edge device will be capable of both receiving and transmitting audio streams and files, every station will be able to contribute live content into the network without costly and hardware-intensive systems. This will expand opportunities for small stations,

28

including those that serve rural and Native communities, to increase their reach and generate revenue from program subscriptions. In addition, the edge device will technologically enable producers to curate an always-on 24/7 national content stream, while giving stations the ability to insert localized elements, thus enhancing the listening experience and deepening community relevance.

### 2.2.7 Industry-standard technologies, protocols and interfaces

Public radio stations and content producers use a wide range of technologies in their studios and broadcast facilities. To ensure the interconnection system remains universally usable and technologically accessible, NPR Distribution will continue to use common standards, protocols, and interfaces that are compatible with a wide range of broadcast and digital audio technologies. Specific standards, protocols, and interfaces are referenced throughout the descriptions of service approaches and architectures in Section 2.2.1.

In addition to the Service-specific standards and protocols, NPR Distribution will continue to set and follow best practices in the audio broadcasting and web development industry. For example, NPR Distribution will use high-quality audio formats, loss-less encoding for live audio streams and files (see Section 2.2.1 for details). In addition, when developing and enhancing ContentDepot®, NPR Distribution will continue to follow industry standards for optimization, search-engine optimization, accessibility, browser compatibility, responsive design, code maintenance, and more. These practices provide a high-quality user experience for stations and producers and support rapid maintenance, enhancements, and troubleshooting.

NPR Distribution will also continue to define and monitor compliance with standards set for audio loudness and file normalization. These standards – originally set by NPR Distribution – ensure that live and file-based audio has a consistent volume and quality across the public radio system. This practice allows stations to transition seamlessly between audio from different sources and enhances the listening experience.

### 2.2.8 Content Assets, Brand and Reputational Security

NPR Distribution will continue to use state-of-the-art cybersecurity tools and follow best practices to protect users' content and data. See Section 2.2.9 for details.

### 2.2.9 Data and Cybersecurity

NPR Distribution will continue to use state-of-the-art cybersecurity tools and follow best practices to protect the interconnection system. Among others, NPR Distribution will continue to use the following cybersecurity systems and practices:

- **Intrusion protection system:** NPR Distribution will continue to use a third-party cybersecurity solution to monitor and automatically block potentially malicious network traffic. Among other checks, this system will identify and block traffic using geolocation and reputation filtering, preventing access from devices with a history of generating suspicious traffic or located in unusual geographic areas.

29

CONFIDENTIAL

- **Vulnerability detection system:** NPR Distribution will continue to use a third-party cybersecurity tool to scan key applications and equipment for potential cybersecurity vulnerabilities. The scans, completed and reviewed at least four times per year, will allow NPR Distribution to detect and address potential cybersecurity risks before an incident occurs.
- **Security monitoring:** NPR Distribution will continue to use third-party tools to track network traffic within our data center, tracking the source of data packets on the internet and their destination in the ContentDepot® system. The tools allow for forensic tracking, if needed, during a cyber incident. These tools also send automated alerting for high utilization and other anomalous activity.
- **Firewalls:** NPR Distribution will continue to use firewalls with custom rules to control access to ContentDepot® networks.
- **Proxy servers:** NPR Distribution will continue to use proxy servers to manage traffic on ContentDepot® web applications and limit external access to the servers that run the applications.
- **Automated anti-virus scanning:** NPR Distribution will continue to automatically scan all files uploaded for distribution and block any that could introduce a virus into the ContentDepot® system.
- **Secure web design:** NPR Distribution will continue to use SSL certificates to support encrypted connections between users' browsers and ContentDepot® web applications. In addition, NPR Distribution will continue to use two-factor authentication and encrypted storage for user credentials to secure the ContentDepot® web portal. ContentDepot® permissions are also carefully designed to restrict access to stations' and content producers' data to only authorized individuals.

This list is an illustrative selection of key security measures and does not include all security measures and best practices that NPR Distribution will use to safeguard the system.

### 2.2.10 Product and Service Development

NPR Distribution has decades of experience providing the majority of the Services, with the exception of Audience Measurement and Data and Analytics. Additional information on NPR Distribution's planned approach to these services is included in the service approach and architecture descriptions in Section 2.2.1.

## 2.3 Onboarding and Deployment

### 2.3.1 Transition Plan

NPR Distribution currently provides all services directly to stations and content producers except Audience Measurement and Data and Analytics. In the immediate term, NPR Distribution will continue to provide all current services using existing technologies and personnel. The efforts illustrated in Image 6 and described below are required to transition services from current systems to the next-generation systems described in Section 2.2.1.

30

CPB_0078382

Development of the ContentDepot® Edge™ device will drive the transition from the current satellite-first distribution system to the new internet-first solution described in Section 2.2.1 and throughout this document. Preliminary work to-date resulted in a prototype that met some initial milestones, but, before the device can be used, NPR Distribution will need to add functionality to enable the custom edge device software to run on off-the-shelf hardware, integrate with the rest of the ContentDepot® system, and process live and file-based audio as required by stations. NPR Distribution will continue to improve on the prototype and prepare it for deployment to stations, according to the following timeline:

- **Minimum Viable Product Testing (October 2025 - March 2026):** Launch the first hardware model optimized for low-latency, high-quality audio streaming complete with time-aligned programming cues for interfacing with station equipment. Deploy devices to pilot stations for testing and feedback.
- **Contribution Encoding (December 2026):** Enable stations to contribute live content into the network, reducing the need for costly, hardware-intensive codecs and uplinks. This is critical for scaling the system while minimizing station onboarding time and costs.
- **Spot Insertion (May 2026):** Addition of advanced spot insertion for live streams. This work requires file management and delivery along with smooth audio transitions between the sponsorship messages and the live streams.
- **Multi-Channel Receiver (version 2, November 2027):** Release of a multi-channel receiver tailored for public radio stations, which will provide a cost-effective replacement for ATX receivers currently in use across the PRSS and enable a modern, efficient distribution infrastructure.

Starting in November 2027, NPR Distribution will begin to roll out the device for station use gradually, as an opt-in service. Current satellite distribution pathways and live contribution infrastructure (point-to-point codecs used to transfer audio from content producers to the headend) will remain available until the satellite system can be retired without significant reductions in the accessibility of services for stations. As an increasing number of stations migrate to the terrestrial platform, legacy distribution and contribution systems will be gradually reduced (e.g., less satellite bandwidth leased, fewer codecs maintained, etc.).

To determine the most cost-effective approach to providing high-quality audience measurement, data and analytics services, NPR Distribution will use its proven product development methodology. Additional information about the guiding principles behind this approach are described in Section 1.1.3.

31

CONFIDENTIAL

CPB_0078383

| FY26 | FY27 | FY28 | FY29 + |
|------|------|------|--------|

**Terrestrial Platform**

| Limited Capabilities Available | Comparable Capabilities Available | Advanced Capabilities Available | Iterative Improvements |
|---|---|---|---|

- Custom edge device initial design decisions finalized
- Public internet distribution testing
- Some limited functionality available over terrestrial connections

- Terrestrial distribution on par with current system capabilities available

- Advanced audio contribution and sponsorship features available
- Stations and producers begin to transition to terrestrial platform

- Ongoing development and release of advanced features
- Work to decommission satellite and legacy contribution systems begins

**Service Expansion**

| Discovery | Design & Development | Release | New Capabilities Available |
|---|---|---|---|

- Research and requirements gathering for Audience Measurement and Data Analytics services
- Research into sponsorship management tools for online platforms

- Buy / build decisions finalized
- Vendors identified and / or technical architecture designed
- Third-party tool integration and / or custom software development begins

- Third-party tool integration complete
- Initial service offering available
- Iterative improvements begin

- Ongoing development and release of service improvements

*Image 6: System Transition Roadmap*

32

CONFIDENTIAL

CPB_0078384

### 2.3.2 Station Onboarding

NPR Distribution currently serves 379 interconnected stations. All stations will retain full access to the services currently available. As new services become available, NPR Distribution will initially provide them as "opt-in" capabilities. To opt in to a new service or to join the interconnection system, stations will submit a ticket on the NPR Distribution help center (see Section 2.4.3). Tier 3 support personnel (see Section 2.4.8) from NPR Distribution's Business Affairs team will review any new contracts or modifications required to grant the station access to the service and clarify any charges the station will incur. Once required contracts have been signed and fees collected, support staff will coordinate directly with the station to create ContentDepot® accounts, give a personalized orientation to ContentDepot® functionality, and provide station equipment and system configuration advice. Generally, a new interconnected station can be onboarded in two hours, once it signs its PRSS membership agreement.

### 2.3.3 Producer Onboarding

New producers will also be onboarded using the process described in Section 2.3.2.

### 2.3.4 Change Management Plan

For the transition to the opt-in, next-generation terrestrial distribution platform, NPR will prioritize risk mitigation and implement a gradual onboarding process because reliable content distribution is critical to public radio stations' ability to fulfill their missions. Starting in winter 2026, NPR Distribution will hold periodic question and answer (Q&A) sessions and conduct pilot testing (see Section 2.3.5) with stations and content producers to understand their risk tolerances and concerns about potential impacts of the transition on their respective station operations. Based on feedback from participating stakeholders, NPR Distribution will adjust development, testing, training, and roll-out plans.

### 2.3.5 Quality Assurance Testing

NPR Distribution will first test terrestrial delivery over the public internet in-house at the NOC. This will include, among other efforts, using ContentDepot® Edge™ devices in lieu of satellite receivers to monitor outgoing audio. To complement this testing, NPR Distribution will pilot the system with approximately 16 stations (including joint licensees and stations located in urban, rural, and isolated areas, if possible). Stations will be selected based on their technology skills and system configurations in order to test a wide range of geographic locations and internet connections (e.g., cable, fiber-optic, and 5G technologies; limited (less than 25 Mbps), average (25 - 100 Mbps), high-speed (100 - 500 Mbps), and ultra-fast (500+ Mbps) download speeds, etc.). These stations will simply connect an edge device to their local internet connections, allowing NPR Distribution to collect data on their systems' performance remotely.

Following this initial testing, NPR Distribution will conduct more robust testing with approximately eight additional stations that have strong in-house technology expertise. These stations will connect and configure edge devices, explore the user interface, and receive, access, and listen to live and file-based audio. Based on feedback from stations, NPR

33

CPB_0078385

Distribution will fix bugs, add functionality to address unforeseen needs, and improve the reliability of the edge device.

For routine quality-assurance testing, NPR Distribution will continue to use a combination of artificial intelligence-powered automated testing tools and manual tests. The automated functionality tests will include "smoke tests" – or high-level tests to verify that all critical components of the system work as intended – as well as tailored tests for key systems. In addition, prior to finalizing software changes for release, NPR Distribution's quality-assurance specialists will check the functionality of each affected system manually.

### 2.3.6 Risk Management

NPR Distribution will take a multi-layered approach to identify, monitor and mitigate risks for the roll-out of the new system. This work is based on the multiple introductions of completely new systems PRSS has done over the the past two decades that occurred without any disruptions to stations, including a transition of moving the NOC between buildings.

The current satellite system will remain the primary delivery mechanism during the pilot and testing phases of the new system, which is designed to meet or exceed the high-quality reliability, security, and redundancy the system has come to expect. During the station pilot, metrics and feedback will be gathered from each station; the same will occur with the producer pilot. The feedback will be used to determine how best to ensure each has a smooth transition. Staff will be assigned to monitor the results of the metrics and feedback ongoing. Since stations will be transitioning to the new system over time and as an increasing amount of feedback is gathered, bug fixes and improvements will be implemented, helping to ensure even smoother transitions will occur. The terrestrial system will become the primary system once an overwhelming majority of stations have transitioned to the new system. However, NPR Distribution has no intention to leave any station unserved or with fewer capabilities than are available with the current system. See also Sections 2.2.3 (Reliability and Redundancy) and 2.4.2. (Business Continuity Plan).

## 2.4 Operational Support

### 2.4.1 Operations Management

NPR Distribution will continue to manage daily system operations directly, leveraging the expertise of its team of NOC technicians. The NOC will continue to be staffed 24/7, with technicians monitoring the system, managing the help desk, and providing technical support to stations and content producers. Additional details are included in Section 2.2.1.

### 2.4.2 Business Continuity Plan

NPR Distribution will continue to provide strong disaster recovery and business continuity mechanisms to ensure services are restored quickly in the event of a disruption. By maintaining redundancy across the ContentDepot® system (see Section 2.2.3), NPR Distribution will enable rapid responses to system disruptions.

34

CPB_0078386

Business continuity approaches vary based on the nature of the disruption. The following approaches will be used to restore services:

- **Audio chain switches:** In the event of a disruption in audio routing, encoding, or satellite uplink systems (while they remain in use), NPR Distribution will switch the relevant system (e.g., audio routing and encoding chain, satellite uplink antenna, etc.) from the active system to its back-up. Network automation tools allow this switch to occur rapidly, allowing the NOC to address a wide range of system failures with minimal downtime.
- **BuNOC switches:** If the primary NOC in Washington, DC, suffers a catastrophic failure or cannot be accessed, NPR Distribution will conduct an emergency switch of services to the BuNOC within minutes.
- **Data restoration:** Full replication of all system data (see "Content Lifecycle and Storage" in Section 2.2.1) will allow NPR Distribution to retrieve any lost data and files from the back-up storage systems.
- **Satellite failure:** While satellite connectivity remains in use, NPR Distribution will continue to ensure its agreement with its satellite bandwidth provider includes back-up protections. If the satellite in use fails, the provider will be contractually obligated to provide the same amount of bandwidth on an alternate satellite.

### 2.4.3 Support Channels

NPR Distribution will continue to offer multiple channels for stations and producers to request technical support, including phone and ticket systems. Stations and producers can submit tickets online on NPR Distribution's public Help Center. Any interconnected station can also request access to NPR Studio – NPR's account management platform – and submit, review, edit, and manage support tickets in NPR Studio. NPR Distribution also offers a 24/7 emergency help line that stations can call if technical issues knock their station off the air or a critical system fails. NOC technicians will answer emergency calls 24/7 and Tier 3 (see Section 2.4.8) software development, technology infrastructure, and support staff are "on call" outside of normal business hours to respond to issues, as needed.

### 2.4.4 Training and Documentation

The NPR Distribution Help Center includes nearly 100 technical support articles to help stations and producers complete content management tasks and independently troubleshoot system performance issues at their facilities. As new functionality is added to ContentDepot® and related systems, NPR Distribution will continually update technical support articles and add information about changes.

For major system changes, NPR Distribution will provide training opportunities (e.g., webinars, how-to videos, and Q&A sessions) to demonstrate to stations and producers the use of key functionality and allow for discussion. In addition to helping stations and producers learn about technology tools available in ContentDepot®, webinars and Q&A sessions will create additional

35

CPB_0078387

opportunities for NPR Distribution to collect feedback from stations and producers on system features, including suggestions for future improvements and additional functionality.

## 2.4.5 Incident Reporting, Resolution, and Tracking

NOC technicians will continue to detect, report, resolve, and track impairments – issues that interrupt intended programming – on individual programs, as well as system-wide issues. Most incidents will be detected by the NOC during its routine monitoring processes, and this section describes the process to address these issues. Incidents reported by stations are addressed using the process described in Section 2.4.8.

When an impairment is detected, the NOC technician will immediately alert affected stations (see Section 2.4.6), assess the problem to determine the nature of the issue and, if possible, the cause. Data analysis indicates that most issues are caused by producer errors (e.g., an audio file not uploaded correctly or on time, silence on a live audio stream sent by the content producer to the headend systems, etc.) and resolve quickly without intervention from NPR Distribution or can be resolved by NOC technicians, in coordination with the content producer. Additionally, NOC technicians work with many producers to maintain a back-up audio source or evergreen content that can be activated immediately to reduce the impact of a producer-caused impairment on stations.

If an impairment is caused by equipment malfunction or other issues at the headend, NOC technicians will escalate the issue immediately for troubleshooting (see Section 2.4.6 for details), identify the system causing the impairment and switch to a redundant back-up system to restore functionality.

NPR Distribution will continue to track the details – including the type and cause of the issue, the duration of live programming outages, and the number of files affected – of all system impairments. NPR Distribution will use data on impairments to prioritize and address systemic issues and design tools to mitigate the risk of producer-caused impairments.

## 2.4.6 Escalation and Communication

When impairments affecting a single program are detected, NOC technicians will continue to send a notification via ContentDepot® to all stations subscribed to the program that experienced an issue. The message will be sent as soon as possible and within 10 minutes of discovering the impairment. Issues affecting the entire system will be communicated to all interconnected stations and content producers on the same timeline. If the issue is ongoing, NPR Distribution will send a follow-up message with additional details when more information is available.

If the issue originated with a headend system or lasted longer than 20 seconds, NOC technicians will continue to escalate the issue to Tier 2 and Tier 3 support personnel (see Section 2.4.8 for more information). The appropriate technical experts will investigate the cause of the impairment and resolve the issue. In the case of a severe and persistent outage, NPR Distribution will switch all services to the BuNOC or use other disaster recovery strategies to restore services (see Section 2.4.2).

36

CPB_0078388



*Image 7: Impairment Escalation Workflow*

37

CONFIDENTIAL

### 2.4.7 Performance Metrics

NPR Distribution will continue to use automated tools, including the built-in reporting functionality of ContentDepot®, to collect system performance metrics on a monthly basis. Key metrics are reported to the D/I Committee on a routine basis to inform the governance body's decision-making. Metrics collected on a routine basis will include the:

- Number of live stream program episodes and hours of live content delivered
- Number of file-based program episodes and hours of file-based content delivered
- Number of files and total file data megabytes transmitted and delivered
- Number of active programs
- Total duration of live audio impairments and live uptime percentage (excluding impairments caused by producer error)
- Total number of file segments impaired and on-time file delivery percentage
- Number of new programs created
- Number of new stations and content producers
- Number of programs, stations, station sites, and broadcast services using MetaPub

Additional performance metrics will be collected on an ad hoc basis to inform decision-making about system improvements and support troubleshooting efforts.

### 2.4.8 Support Structure

NPR Distribution will continue to use a tiered approach to technical support (see Image 4 in Section 2.2.1). Support tiers are as follows:

- **Tier 1** includes NOC technicians and help desk personnel who receive and triage support tickets and phone and email requests, investigate issues, and resolve problems that can be addressed without software changes, hardware deployment, live program scheduling changes, or further investigation and troubleshooting.
- **Tier 2** includes troubleshooting experts and NOC technical experts who address problems with station equipment and manage adjustments to live program schedules.
- **Tier 3** includes software developers, network engineers, account management staff, and NOC managers who address systemic issues and problems that require deeper investigation.

NPR Distribution will continue to hold support contracts with key third-party software and hardware vendors. If issues with these systems cannot be resolved by the in-house support personnel, NPR Distribution will escalate the incident to the appropriate vendor.

### 2.4.9 Hardware and Software Releases

NPR Distribution will continue to manage software development and releases using the agile methodology. Under this framework, NPR Distribution organizes software development work into two-week sprints, testing and releasing changes to its custom software after every third sprint (approximately every six weeks). The agile methodology allows NPR Distribution to

38

CPB_0078390

re-evaluate and re-prioritize development work frequently, making the software development process more responsive to the immediate needs of stations, producers, and NOC operations personnel.

To prevent hardware failures and address security vulnerabilities due to aging and unsupported devices, NPR Distribution will continue to maintain its hardware and replace equipment across the ContentDepot® system that has reached the end of its useful life. The useful life (also known as the "service life") of technology equipment is the duration during which it can be expected to perform its desired function without issue, and is closely tied to how long an equipment manufacturer will support a piece of hardware. Relying on older devices that are not supported by their vendors and do not receive firmware (i.e., software that controls the device) updates increases the risk that a piece of equipment will fail unexpectedly, become increasingly vulnerable to security breaches, or lose compatibility with other devices and software systems.

NPR Distribution will continue to maintain, upgrade, and replace system hardware on a periodic basis. Some hardware maintenance tasks can be completed routinely without disrupting ongoing services. NPR Distribution will prioritize and carry out these tasks on a daily basis. In many cases, hardware must be taken offline before firmware updates and equipment replacements can proceed. To allow this maintenance to occur without disrupting services, NPR Distribution will continue to switch all services to the BuNOC for approximately one week per quarter. This practice allows NPR Distribution to maintain its headend equipment in Washington, DC while continuing to transmit programming via the BuNOC.

## 2.4.10 Service-Levels Agreements

| Service | Uptime | Latency | Performance | Response & Resolution Time |
|---|---|---|---|---|
| **Audience Measurement** | TBD | TBD | TBD | TBD |
| **Content Distribution** | 99.99% | 0.5sec Live latency<br><br>2 hour SLA for file delivery via satellite (< 15 min typical)<br><br>ContentDepot® Edge™ will deliver files < 5min | Live audio monitored by humans and automation. Files checked for quality and delivery by humans and also monitored with automated alarms. | For Live audio the NOC has backup paths standing by and evergreen programming at the ready.<br><br>File issues usually have more lead time and the NOC will reach out to producers directly to correct issues if they cannot be corrected in-house.<br>See also "Operational Support" |
| **Content** | 99.99% | <= 500ms web | >= 100 Mb/s | See "Technology |

39

CONFIDENTIAL

| **Management** | | page loading time | content upload and download transfers | Support" |
|---|---|---|---|---|
| **Content Lifecycle & Storage** | 99.99% | Varies by storage type | Varies by storage type | See "Technology Support" |
| **Data and Analytics** | TBD | TBD | TBD | TBD |
| **Emergency Alerting** | 99.99% | PEP Alerts typically relay in < 8 seconds. The EAS technology is the limiting factor on latency. | Stations report any reception issues as part of the standard operating procedure for EAS. | The NOC transmits weekly tests (RWT) and coordinates with FEMA regularly. Any issues are handled with a high priority. |
| **Monitoring and Control** | 99.99% | Varies by monitoring system | Varies by monitoring system | See "Operational Support" |
| **Operational Support** | Available 24/7 | N/A | Internal alarms trigger as tickets age. NOC Supervisors monitor metrics closely. | NOC Techs are available 24/7 by phone, email, and web tickets. On-air issues are triaged immediately while incoming tickets are responded to or escalated within 2 hours. |
| **Sponsorship Technology** | TBD | N/A | TBD | TBD |
| **Technology Support** | Available 24/7 | N/A | Resolves all issues even if it requires swapping station equipment within scope. Will escalate to Tier 3 as needed. | Response < 30min for critical, < 2 hour non-critical. Stations have redundant equipment and delivery methods. Resolution varies based on local skills and if shipping is required. |

40

CPB_0078392

## 2.5 Relevant Experience and Examples

See Sections 1.1.1(a)iii. and 1.1.2(a).

41

CPB_0078393

# 3.0 Entity Financial Response

## 3.1 Cost Proposal

See attached.

Please note that cost projections for "Content Distribution" also include costs related to Content Lifecycle and Storage, Emergency Alerting, and Sponsorship Technology. These services are all supported by the same technical infrastructure and costs cannot be disaggregated.

Sponsorship Technology costs do not include expenses associated with a potential managed services contract for a third-party spot inventory management platform to deliver sponsorship content on online platforms. Further research and negotiations with vendors are required to determine the cost of these services accurately.

## 3.2 Business Model

### 3.2.1. Revenue Generation

NPR Distribution operates a proven model that has served public radio for decades, providing services at near-cost to public radio entities while using sales into additional markets as a diversifying revenue stream.

NPR Distribution's 387 service recipients pay interconnection fees based on their total station revenues, and 60+ producers, including NPR and APM, pay ContentDepot® usage rates. This stable base covers operational costs and provides the foundation for the revenue model.

The primary revenue expansion opportunity lies in commercial markets, where broadcasters are actively seeking cost-optimized alternatives as C-Band spectrum faces increasing FCC pressure and traditional satellite solutions become less viable. Commercial customers are optimizing for cost, creating demand for competitively priced, reliable distribution services.

NPR Distribution's ContentDepot® Edge™ platform is being developed specifically to capture market share from customers migrating from satellite to terrestrial platforms. The ContentDepot® Edge™ terrestrial receivers are designed as viable replacements for satellite distribution solutions, and targeting cost-conscious commercial operators will position NPR Distribution to win broader broadcast distribution market share.

The organization's track record of serving the public radio system provides non-public radio customers with confidence in NPR Distribution's reliability and technical expertise at scale.

Revenue from additional lines of services are reinvested in the system to support 24/7/365 station operations and provide in-kind services to underserved communities. This creates a

42

virtuous cycle where broader success directly enhances NPR Distribution's ability to serve public radio's mission while maintaining a competitive cost structure.

## 3.2.2. Monetization Approaches

Innovative approaches to monetization must begin with developing compelling products and services that meet market demands, then building sustainable revenue models around those products.

NPR designed the ContentDepot® Edge™ platform to provide the necessary framework (software and hardware working seamlessly) to simplify station-side operations.

For producers, A. T. Kearney, Inc., a consultant engaged by NPR Distribution and supported by CPB, identified automated playout and localization service as a revenue generator. Enabling regional underwriting segmentation and automated spot insertion unlocks revenue by reducing underwriting fallout for stations.

For the public radio mission, products will be offered on an opt-in basis, allowing stations to decide what best suits their individual businesses. The platform can grow organically into a "station-in-a-box" offering, particularly benefiting small stations by enabling operation with minimal human involvement. Currently, interconnected stations automatically receive access to all new products and features at no additional cost. In the future, the billing model could evolve to a base interconnection fee covering a broad set of services, with à la carte add-on features and services available for an additional fee, allowing continued innovation for stations that can afford extra support.

ContentDepot® is a robust content delivery system, currently delivering thousands of media files daily through redundant on-premise data centers and cloud-hosted CDNs. Expanding to video file distribution would require minimal effort, primarily involving adjustments for managing larger media files and modifying existing automated quality control routines.

## 3.2.3. Funding Sources

NPR will continue to leverage several funding sources beyond CPB, and will seek to expand revenue in key areas to serve its mission.

*See also responses to 3.2.1 and 3.2.2*

## 3.2.4 Revenue Sustainability

*See responses to 3.2.1 and 3.2.2*

43

### 3.2.5 Three-Year Financial Projections

|  | **FY26** | **FY27** | **FY28** |
|---|---|---|---|
| Services revenue | $8,811,541 | $9,561,541 | $10,311,541 |
| Other revenue | $400,000 | $400,000 | $400,000 |
| Total revenue | $9,211,541 | $9,961,541 | $10,711,541 |

# 3.3 Investment Approach

### 3.3.1 Financial Monitoring and Management

The NPR Board of Directors, with input from stations in the system, is responsible for setting the major goals and priorities for the PRSS, the oversight process, and establishing fees, rates and policies for use of the system. The D/I Committee of the NPR Board is responsible for general oversight of the PRSS, for proposing fees, rates and policy to the Board for its approval, and for review of policy changes prior to presentation to the Board. The staff of the Distribution division is responsible for upholding policy, and for proposing policy and providing support to the D/I Committee. The staff is also responsible for long-range system planning in support of the goals and objectives for the PRSS.

NPR's accounting staff will manage and track expenditures using best practices in alignment with a comprehensive internal control framework and ensure compliance with all terms and conditions of the grant. Accounting staff will maintain separate accounts for PRSS-related expenses and track expenses for this grant separately from other PRSS expenditures. Expenses will be reported periodically to the D/I Committee, which, in combination with NPR's Board of Directors, exercises financial oversight.

### 3.3.2 Allocation of Funds to Service Providers

NPR Distribution will use a structured decision-making process to determine when to outsource tasks and services to third-party providers and when to rely on in-house capabilities. This decision-making process is described in detail in Section 1.1.2.

When third-party providers are used, NPR Distribution will follow NPR's Purchasing Policy when allocating funds to providers and managing the distribution of funds. See also Section 1.2.2.

### 3.3.3 Financial Reporting

NPR will continue to provide quarterly narrative and financial reports to CPB. To complement written reports, NPR Distribution will continue to meet with CPB on an ad hoc basis to provide additional clarification and detail, as required.

44

CONFIDENTIAL