# **EXHIBIT W**

# Entity to Manage and Govern Public Radio Content Distribution

CPB Request for Proposals Response



Submitted by: Public Media Infrastructure (PMI)
Partnership of: APMG, PRX, SRG, NFCB, and NYPR
Date: August 15, 2025

CPB_0078397

# Executive Summary

Public media stands at an unprecedented inflection point. The distribution infrastructure that has served our system for decades—while still essential—is increasingly misaligned with listener habits, station economics, and the digital-first reality of contemporary media consumption. At this critical moment, when federal funding faces significant uncertainty and our audiences continue their migration across multiple platforms, the need for coordinated, collaborative, and consequential action has never been more urgent.

This proposal represents the collective response of five leading station-centered organizations that have come together to establish **Public Media Infrastructure (PMI)** — a new independent nonprofit entity designed to steward a unified, stable, scalable, and secure infrastructure for public media content distribution and emergency communications. Our partnership brings together American Public Media Group (APMG), the National Federation of Community Broadcasters (NFCB), New York Public Radio (NYPR), PRX (Public Radio Exchange), and Station Resource Group (SRG)—organizations that collectively represent the breadth and diversity of our system while possessing the operational sophistication to manage critical infrastructure at national scale.

PMI will provide vendor-neutral governance for core system services, including satellite delivery coordination with PRSS, digital publishing infrastructure, comprehensive data and analytics services, and next-generation monetization capabilities. This initiative aligns directly with CPB's strategic objectives, and the recommendations from the Deloitte-provided Future of Public Media Distribution (FPMD) consultation, while leveraging decades of investment and experience by our collaborating organizations in building national platforms, station support systems, and shared technology solutions.

Our vision extends beyond merely preserving existing services. We are proposing to **preserve** what works while simultaneously working to **transform** our distribution ecosystem for the multichannel, on-demand, digitally native audiences that represent public media's future. In doing so, we more fully realize both the aspiration of authorizing legislation and ensure that the legacy of CPB's investment in local public service media lives on in the multi-channel digital future.

PMI will deliver immediate impact by maintaining continuity of essential services, onboarding additional stations to proven shared platforms, and launching innovative revenue-generating capabilities like a public media ad exchange. Over time, our coordinated approach will reduce operational duplication, increase access to digital infrastructure, and support local stations in navigating an increasingly complex content

CONFIDENTIAL

CPB_0078398

distribution and publication landscape — all while maintaining public broadcasting's core values of trust, accessibility, and community service.

A guiding principle of our proposal is that stations must preserve autonomy in how they serve their communities. We believe one-size solutions do not fit all stations, and our approach ensures that every organization—from the largest university licensees to the smallest community stations—can access the services they need while maintaining the flexibility to innovate and adapt to local circumstances.

# 1.0 Entity Structure

## 1.1 Overview of the Entity

We propose to establish **Public Media Infrastructure (PMI)** as an independent 501(c)(3) nonprofit organization qualifying as a Public Telecommunications Entity under federal law. PMI will be governed independently, with no single content producer, distributor, or vendor holding majority control or undue influence over system-wide decisions.

The organizational structure reflects our commitment to both immediate operational stability and long-term system support and sustainability. In the short term, PMI will be created by repurposing the nonprofit entity formerly known as Public Radio International (PRI), which has remained in good standing following its acquisition by PRX in 2018. This approach provides immediate legal and financial governance while ensuring compliance with the RFP and all federal requirements.

Through calendar year 2025, SRG will serve as fiscal agent for the Interconnection grant, while the PRX Board of Directors will provide legal and financial oversight during the transition to an independent nonprofit organization. This arrangement is narrowly defined and designed to provide accountability and compliance oversight through a transition period while the permanent governance structure, outlined in Section 1.2, is established. It also includes closing out tax returns or other compliance issues with no lingering entanglements.  We are committed to completing this transition and achieving full independence by December 31, 2025.

PMI will serve as a neutral, third-party governing body for the delivery and oversight of public radio's comprehensive distribution ecosystem. This encompasses file-based delivery, metadata and data management, live signal coordination, IP-based distribution development, and support for digital infrastructure serving both broadcast and on-demand content. PMI will work directly with the Public Radio Satellite System (PRSS) to ensure

CONFIDENTIAL

CPB_0078399

uninterrupted service during any transition periods, while leading system-wide efforts to assess and modernize distribution capacity in alignment with current and emerging needs.

## 1.2 Governance Approach

### Founding Charter Members and Board Composition

The expanded PMI board will include representatives from our five founding charter members, each bringing essential capabilities and system representation:

**Station Resource Group (SRG):** A strategic leadership and advocacy organization representing leading public radio licensees nationwide. SRG has demonstrated expertise in coalition-building, policy strategy, and systems innovation, with a legacy that includes founding Public Media Company and co-founding PRX. SRG continues to advance sustainable infrastructure and service models across the public media ecosystem.

**PRX (Public Radio Exchange):** A nonprofit media and technology company focused on infrastructure supporting both broadcast and digital distribution. PRX operates Dovetail, a widely adopted digital audio publishing and monetization platform serving more than 250 station-based shows, and The Exchange, a robust system for broadcast content delivery with a 20-year track record of serving hundreds of stations and delivering more than 20 million files.

**American Public Media Group (APMG):** One of the largest producers and distributors of public media content, APMG is home to *Marketplace*, *BBC World Service* U.S. distribution, and multiple other national programs. APMG operates its own digital audio publishing, content delivery system, and monetization system, serving its multiple brands and programs. APMG also operates a national operations center supporting EAS continuity and emergency alerting infrastructure, while serving as the backup system to the current PRSS service.

**National Federation of Community Broadcasters (NFCB):** The principal organization representing community-based, noncommercial stations across the country. NFCB focuses on equity, capacity building, and service to rural, Native, and historically underrepresented communities, providing policy leadership, technical assistance, and national convenings that ensure system-wide representation.

**New York Public Radio (NYPR):** A leader in journalism, audio innovation, and audience development, NYPR operates WNYC, WQXR, Gothamist, and a portfolio of nationally distributed podcasts. As one of the most influential public media organizations in the country, NYPR brings critical experience in content creation, technology innovation, and serving large, diverse, digitally engaged audiences.

4

The board structure emphasizes three key principles: **representation** (reflecting the breadth and diversity of communities served), **capacity** (pairing service to underrepresented populations with the sophistication to operate at scale), and **adaptability** (designing for a future that will be unlike our past).

The initial board will grow to thirteen members including:

**Five Charter Member Representatives** (serving initial 4-year terms)

**Five Station Representatives** (nominated through open calls reflecting geographic, license type, budget, and audience diversity)

**Three Non-Station Stakeholder Members** (including expertise in technology, finance, law, or audience engagement, including a representative from the Public Radio Satellite Interconnection Charitable Trust)

Initial appointments will be made by consensus among the charter members and staggered across three years to ensure continuity and prevent any single organization or interest from dominating governance decisions.

**Governance and Accountability Framework**

PMI will adopt comprehensive governance practices aligned with nonprofit best practices and public accountability standards:

- **Board Governance:** Quarterly meetings with additional sessions as circumstances require, mandatory attendance policies, strategic recruitment practices, and substantive participation in organizational planning and budget approval processes.
- **Financial Oversight:** Annual independent audits, separate audit committees, transparent procurement processes, and review of quarterly reporting on performance metrics and fund utilization.
- **Conflict of Interest Management:** Formal policies requiring annual disclosure statements, recusal from conflicted decisions, and transparent processes for service provider selection and contract management.
- **Stakeholder Engagement:** Regular station surveys, regional convenings, secure communication platforms, and multiple channels for ongoing input and feedback from the system.
- **Term Limits:** Initial bylaws shall ensure that no individual or representative from an organization (including Charter Member organizations) will remain on the board for more than three consecutive three-year terms.

5

CPB_0078401

## 1.3 Transition Approach

Timeline for Entity Formation

**By September 30, 2025:** The PRX board will act to formalize the transition of PRI to PMI consistent with the requirements set forth herein, and with the effect of ensuring PRX retains no authority over PMI after December 31, 2025, but for the PRX's representation as a Charter Member of the board. Draft bylaws and organizational charter completed; initial board appointments finalized.

**By October 15, 2025:** Legal incorporation and 501(c)(3) status confirmed for operations

**By December 31, 2025:** All initial service contracts executed; entity fully operational and independently governing content distribution services

# 2.0 Scope of Services

## Service Delivery Approach

PMI's approach to service delivery prioritizes both immediate stability and strategic evolution. We will assess station needs through comprehensive input processes while leveraging our organizations' current capabilities and National Public Radio's existing infrastructure to ensure seamless service continuity.

Given the expertise of our respective organizations and the unique challenges facing our industry, we will continue operating with our station partners through established relationships while simultaneously developing enhanced service offerings. This approach ensures no interruption in critical services while building a more comprehensive and sustainable future. **Immediate Direct Services** that our organizations will continue providing include:

**SRG:** Strategic alliance development, industry partner convening, training and professional development, change management consulting, and industry research and insights

**NFCB:** Community station alliance building, education and training programs, advocacy and representation, consulting services, and peer-to-peer exchange facilitation

**PRX:** File-based broadcast distribution system, and the Dovetail digital audio platform for on-demand audio serving, content archives, and monetization

6

**APMG:** Station partnership cultivation serving 400+ public radio stations, satellite delivery of live broadcast and emergency systems through existing PRSS infrastructure, technical operations supporting multi-station distribution networks, multichannel content distribution capabilities, and sustainable revenue model expertise

**NYPR:** Content innovation and audience development expertise, digital engagement strategies, and podcast production and distribution experience

For **Indirect Services**, priorities will be established through system-wide input, focusing on:

**Assessment and Strategy Development:** Comprehensive evaluation of live versus non-live programming capabilities, leading to recommendations for accelerating file-based content distribution adoption, and new standards for delays and caching for "live" distribution

**Infrastructure Evolution:** Strategic recommendations and vendor evaluations for transitioning from PRSS satellite systems to multichannel, IP-based distribution systems with station opt-in/opt-out flexibility

**Cost Optimization:** Leveraging collective negotiating power for system-wide pricing advantages and technology services

**Integration and Coordination:** Combining digital and broadcast delivery systems while providing stations with maximum choice and control

## Change Management and Future Development

The Scope of Services (2.0), which represents the core services of the RFP for which PMI will be responsible, are grounded in our current expertise and understanding.  We have provided detail to demonstrate our ability to provide these Services; while recognizing that in some cases, the final solutions must be developed in consultation with partners, stations, and users of these systems. As such, and over time, while these approaches and roadmaps represent a viable path forward, we expect that the PMI will adjust course and define the specifics through continued research and iterative processes. Service development will balance those with the most urgent needs with building scalable and extensible solutions for future growth of the public media ecosystem.

A guiding principle of the service delivery is that stations retain autonomy and optionality, and the onus is on PMI to provide services of such convincing value, designed for their needs and at low cost, that stations will choose and adopt the services as per their needs:



7

CPB_0078403

**Stations with comparable sets of services currently** will have a contextual understanding of the business requirements, process impacts, and technical dependencies of adopting new technology to support their operations. Onboarding can be facilitated through effective training materials, technical documentation, and light to medium touch support.

**Stations with fewer services currently** will have an incomplete understanding of the business and technical requirements to adopt existing and new services. Onboarding will need to be immersive with moderate technical implementation to adopt. Ongoing support will need to be provided for 6-9 months to ensure successful operationalization.

**Stations with limited services currently** will have a limited understanding of the business and technical requirements to adopt existing and new services and will likely not have the headcount to support extensive services into the future. Technical implementation, ongoing support, and utilization of managed services is likely required to achieve sustainability.

Adoption of new services and moving stations to voluntarily evolve from existing workflows to new platforms designed to fit their needs, is not a technical problem, but one of communication and organization, solved by rigorous but open decision processes that encourage feedback and adaptation. We propose the following inexhaustive list of planning and communication processes:

**Stakeholder Communication:** Regional convenings, annual meetings with service providers, secure website updates, monthly newsletters, and optional text alert systems, with communication methods adapted based on station feedback.

**Research and Development:** Ongoing quantitative and qualitative research with stations, training and development programs, and audience-centric research focused on actionable insights rather than academic exercises.

**Agile Adaptation:** Established processes for intake and prioritization of change requests, regular performance metric tracking, and transparent progress reporting that enables continuous system improvement.

**Service Provider Selection and Management:** PMI will conduct transparent, inclusive processes for selecting and managing service providers.

**Station Input Process:** Comprehensive consultation to understand critical service needs from station perspectives, prioritized through system-wide input and volunteer working groups.

8

CPB_0078404

**Competitive Procurement:** Open RFP processes with transparent evaluation criteria, timeframe and cost analysis, and security protocol compliance verification.

**Performance Management:** Quarterly written and in-person meetings, station satisfaction surveys, clear contractual performance requirements with industry standards.

## 2.1 Service: Audience Measurement, Data and Analytics

*Note: We have combined Audience Measurement with Data and Analytics. This service is one of several delivered through a unified platform model. These services are tightly integrated to maximize operational efficiency, scalability, and value for stations.*

### 2.1.1 Approach

The importance of actionable data for local and statewide public media organizations cannot be overstated. Data insights must become the operational foundation upon which public media builds its future — expanding our public service mission, informing strategic decisions, driving innovation through artificial intelligence and machine learning, and sustaining competitive advantages in an increasingly complex media environment.

**Data Consortium:** When a group of organizations wish to collaborate through data sharing, a typical mechanism is to establish a data collaborative or consortium. Common in academic and scientific research, consortia are also used in industries like retail for market research amongst potentially competing companies. Other consortia include public and commercial partners, opening the possibility of including select companies and vendors to participate or contribute. Importantly, adopting this model changes the framing of this service from a vendor relationship to one of membership and open collaboration. PMI's role will be to establish and manage the consortium and select the org(s) to provide and support the service itself.

**Comprehensive Analytics Platform:** PMI will create or work with others to create a new shared data analytics and insights platform for the system. We will tap into the expertise existing in the system today. The purpose of a comprehensive data warehouse will be to integrate digital and broadcast data, listener and donor information, and across all channels: video, television, radio, streaming audio, podcasting, social media, and newsletter analytics. In this scenario, as there are existing systems and efforts from multiple public media services on which to base this effort, the Entity will organize and select a partner to build and maintain the service.

9

CPB_0078405

## 2.1.2 Technical Architecture

For illustration purposes, please see below a comprehensive platform architecture, which will be refined with greater input.



**Cloud-Based Technical Architecture:** The planned system will be built on proven cloud technologies such as <u>Google BigQuery</u> (or <u>Snowflake</u>) for storage and integrated AI capabilities, Looker Studio (or Tableau) for reporting and business intelligence, and using open standards like Open Web Analytics for data schemas. If a commonly adopted database is utilized, connectors and integrations are widely available, like <u>Supermetrics</u> which can integrate social, web, and marketing data with BigQuery. This approach could ensure scalability, reliability, and integration capabilities with existing systems.  Generally, the advantage of these technologies is that they are built and used at scales that far exceed even expected future growth.

The data management design will incorporate an immutable **Full Data Warehouse** storing all original data, tracking sources and ownership, and then reporting ready **Reporting Database and Views** derived from the full data by analysis, aggregation, and enhancement of the source data. Further reliability would be provided by retaining transferred data as archived files, which could also be used for batch processing if necessary or convenient.

**Connectivity and Access:** Through a fully cloud-based system accessible via the web, an application layer would still be required to manage agreements, sharing, and permissions, ensuring Service Recipients access the data which they own or to which they have been granted access.

10

CPB_0078406

**Advanced Integration Capabilities:** Beyond delivering dashboards and reports, the system would provide integrations enabling stations to bring analyzed information directly back into fundraising, underwriting, and audience development campaigns, creating feedback loops for continuous improvement and innovation.

**Privacy and Security Compliance:** Data governance protocols and audits would ensure compliance with privacy regulations while enabling valuable demographic analysis through partnerships with privacy-safe vendors such as NumberEight, Magellan, and Nielsen to provide **Additional Data** to the platform.

**Ad Hoc and Prepared Reporting:** The platform would include opinionated reports designed to help Service Recipients to make best use of the available data and analysis, and ad hoc reporting capabilities, with saved, scheduled and emailed reports. A reporting tool such as Looker or Tableau would provide both capabilities.

## 2.1.3 Onboarding and Deployment

**Ingest Sources:** The first group to onboard are the sources, prioritizing those which would provide the most data and value for Service Recipients. This onboarding would require data sharing agreements and policies, as well as technical integrations. Not all sources need to be integrated for initial rollout. Historical data would be collected when possible. Partners like PRX may be early adopters as ingest sources, followed by external parties.

**Service Users:** To onboard station staff and their station specific 3rd party data integrations, should we proceed with this potential architecture, we propose onboarding in cohorts, for shared training, granting of access and setting up integrations, and assisting with and validate data integrations. APMG and its MPR stations may act as early adopters to shape the service.

## 2.1.4 Operational Support

*Please see the shared section on technical and operational support for common standards and approaches for supporting Services.*

Using data effectively requires human expertise to interpret trends, analyze for deeper and keener insights, and work with individual organizations to put the findings into action. This is a form of change management, moving stations to data driven decision making.

We propose analysts who will be dedicated to using this service for public media:

- Engaging in consultations with individual stations to gain a deeper understanding of their data and trends, conduct analyses and tests to uncover actionable insights,

11

CPB_0078407

employ data modeling to drive organizational change, and enhance public service initiatives based on these findings.

- Consulting with station leadership on how to establish the best KPIs that align with organizational objectives.
- Diving into system-wide trends for actionable insights to share with everyone.

### 2.1.5 Examples

- APMG collects primary and third-party data to serve multiple analytic use cases across the organization, including Nielsen (audience), Magellan AI (attribution), and Triton (demographics, live streams). APMG utilizes a cloud-based data warehouse with a medallion architecture to support operational and analytic use cases.
- PRX is one of the few IAB Podcast Measurement Certified providers, with multi-region real time data processing pipelines delivering data to BigQuery and further aggregated in Clickhouse for metrics, charting, and analytics applications in use by hundreds of users and stations.
- CDP's Audience Insights Platform is already used by dozens of stations, and the maintenance of the National Reference File is a significant resource for all stations. They recently expanded their services to include audience marketing data, and their roadmap aligns with many of the requirements for this proposed service.

## 2.2 Content Distribution

### 2.2.1 Approach

Broadcast distribution remains essential for the public media system and must be provided reliably while evolving to meet stations' comprehensive needs and embracing next-generation technologies for future sustainability.

While current satellite delivery through PRSS must be supported and maintained, particularly for its critical role connecting rural and Native communities and supporting EAS infrastructure, we recognize that current C-band satellite technology faces both licensing expiration in 2029 and economic pressures from alternatives and demand for those frequencies.  At the same time, IP-based distribution is increasingly reliable, and LEO satellite systems can economically provide reliable high-speed bandwidth to the most remote of stations. Commodity internet access has been used reliably for file-based delivery by stations via PRX's cloud-based platform, and in some circumstances has been used for live delivery as well. APMG is currently experimenting with live over IP, and PRSS has a planned pilot with a number of stations as well, demonstrating a consensus for IP delivery as the future, and exploring commodity internet as a vehicle.



12

CPB_0078408

However, commodity internet is not the only option for IP-based delivery. We propose to trial and take advantage of innovations in IP delivery that route through multiple carriers and hosted clouds to markedly improve reliability. We will consider partnering with LTN (or a similar product company) for their guaranteed reliability that rivals and surpasses satellite distribution.

The PRX Exchange, with its 20-year track record delivering greater than 20 million files and adoption by hundreds of stations, will continue its role in file-based delivery. We propose evaluating if live stream delivery will be added to the Exchange based on existing cloud services such as LTN (or a similar product company), rather than created from scratch. By starting with a well-adapted broadcast file distribution system utilized by public media organizations, and adding proven live distribution services, we believe PMI can rapidly offer an IP based solution for all broadcast distribution.

We propose piloting use of LTN (or a similar product company) for public media distribution, then if successful, moving to build upon their technology for real-time broadcast audio distribution.   We would also explore viable alternatives to use a different media delivery services provider such as Encompass (selected by the BBC), or <u>AWS Elemental</u> media services (which are also foundational to LTN). These are choices PMI will make if selected in this RFP process.

## 2.2.2 Technical Architecture



**IP-Based Live Distribution Development:** PMI will evaluate service providers, LTN stands out as a potential provider.  LTN is already used widely for video broadcast distribution,

CONFIDENTIAL

both commercial and public, including by GBH and many other stations. Widely-used providers will be an important input to PMI in assessing what is best for the system.

LTN offers industry-leading SLA guarantees for internet-based transport covering five-9s reliability, availability, and sub-200ms latency across North America. Their patented Dynamic Multicarrier Routing algorithms and Rapid Error Recovery protocols enable traffic to withstand carrier failures, congestion, or network unavailability.

By building on this capability, we aim to serve not only audio, but video, multimedia, and all forms of content.

**Enhanced Connectivity Solutions:** To achieve broadcast-quality reliability appropriate for EAS responsibilities, we will assess supporting stations in implementing layered connectivity solutions including terrestrial/cable access, 5G backup, and LEO satellite options. This approach would enable stations to operate as IP creators, streamers, and broadcasters even in communities where such access is typically unavailable to the general public. There is no single solution for how these should be used or combined – large stations with redundant terrestrial options will operate differently from remote and rural sites – making it necessary to consult with stations individually to ensure they have appropriate solutions.

Another technology that can benefit robust distribution and used widely in cloud-based architectures is a Content Delivery Network (CDN). While some forms of streaming, like SRT, can provide extremely low latency, for situations where there is more tolerance for latency (i.e. a few seconds), a CDN can be used to deliver audio via Low Latency Http Live Streaming (LL-HLS). As either a primary or backup streaming channel, HLS's transmission as small discretely packaged audio files and playlists works well with CDN delivery and has become the standard for video and audio delivery to end users. While intended for internet streaming, it could also be used in a solution for broadcast distribution, as it will operate effectively even in very low bandwidth, and high packet loss conditions and locations. It also has the added benefit of being self-recording, as it is already stored as a sequence of files.

CDNs can scale to millions of clients globally, but they do not solve the last-mile problem of connecting stations with internet access. To achieve reliable connectivity, appropriate for fulfilling stations' role in EAS, we would support stations in implementing fallback providers for their access: terrestrial/cable, 5G, and LEO satellite. We may propose provisioning stations with hardware and software solutions for fallback connectivity, and aggregate connections via bonding, as vendors like Peplink provide, or OSS like OpenMPTCProuter.



14

**Cloud-based File Distribution:** For file-based delivery, we will continue to support Broadcast Wave Format with CartChunk and MP2 encoded audio that are the standard delivered both by ContentDepot and PRX. However, without the constraints of satellite delivery, and by using economically efficient cloud storage, we will also move to adopt lossless formats for upload and delivery, such as FLAC and PCM WAV files. Use of lossless formats, especially for ingest, would allow storing archival quality "masters" for programs, that can be transcoded with minimal loss to any necessary consumption format such as MP3 or AAC.

While continuing to support FTP, SFTP, and FTPS file delivery, we propose taking further advantage of cloud-based delivery, moving stations to adopt industry standard file syncing via modern software accessing AWS S3 or Google Cloud Storage directly - an approach already widely used for media and data delivery; that may require additional training and software support for stations to adopt.

**Flexible Content Delivery:** Without satellite bandwidth constraints, we can provide customized delivery to individual stations, including different sponsorship messaging, content versions, and scheduling options—creating additional revenue opportunities while maintaining service flexibility. The Exchange has the ability to send custom encoded versions of files to each station, with custom structure and metadata, rather than broadcasting a single version of satellite. We further propose extending this capability to deliver different versions of the content as well, so different sponsorship messaging or versions of content could be distributed to specific stations, much like sponsorship targeting via DAI on podcasts. This would allow for additional revenue opportunities in broadcast sponsorship for stations and programs.

**Real-time Audio Delivery:** For real-time streaming of broadcast audio, we propose executing a series of proof of concepts to explore the advantages and disadvantages of different transmission protocols, encodings and partners. This will serve to determine which partners and technologies to adopt and integrate for management of access, scheduling, discovery, and communication.

With the prolific adoption of online streaming, and real time communication such as Zoom or Twitch, robust implementations for media streaming are now available in addition to broadcast protocols like SIP, and open standards instead of proprietary AoIP/ACIP codecs, such as SRT, WebRTC, LL-HLS and DASH-LL. SRT in particular is an open standard with multiple software implementations, while LL-HLS can leverage CDN delivery for highly scalable delivery. The proof of concepts, executed with some of the organization in this response and between partner stations, will prove reliability, and create best practices for further implementations.

15

CONFIDENTIAL

CPB_0078411

As with file-based delivery, without being limited by a small number of satellite channels, delivery can now be customized per station, allowing either the client or the server to stream exactly with that station has scheduled, as and as many channels simultaneously as bandwidth allows. It should even be possible to operate as a cloud-based automation or master control, in the case where a station might require remote management of their channels.

A further advantage of moving to IP-based delivery is removal of a limited centralized system, requiring all content to flow up and out of a limited set of satellite uplinks and channels. Instead, with bidirectional connectivity across optimized internet access, each station can act as a source and destination for content, managed by cloud-based applications for common services like coordination, scheduling, communication, and monitoring. For example, a common cloud application might provide listings and scheduling, even as the actual media might stream directly between two stations. Using a centralized system does enable automatic recording and segmenting of streams, as an additional destination processing each distributed stream, but using cloud-based services this would not be a bottleneck or limit scaling of simultaneous transmission.

Ultimately, we believe a new delivery system using one or many of these modern protocols and codecs will work for broadcast distribution. By using internet native technologies for streaming, multi-cloud routed delivery, and backup internet access options for the last mile, we can deliver a robust and flexible solution.

Besides streaming between stations, a common need for state and regional news networks, and for local journalism centers, is to exchange local news stories. This is generally done in file format, using the local news broadcast segments, uploaded and shared to the rest of the network. As an example, PRX's Networks application has served this purpose with over 500k files shared and over a thousand journalists and would be updated and extended to more efficiently serve stations. To solve timely submission of content, networks may be integrated with news planning systems like NewsBoss, stream recording, and bridge digital distribution by publishing to the NPR CDS which will provide these stories to national networks (e.g. for inclusion in the NPR apps). We may extend Networks (or other applications like it) to integrate with the update content delivery service to add support for real time content sharing.

## 2.2.3 Onboarding and Deployment

This change to a new delivery method will be done carefully, gradually, and with PRSS serving as the primary and then backup safety net until confidence and experience with the new system justifies full transition of station and network operations.

16

CPB_0078412

**Stations cohorts** will be identified to roll out this new connectivity and delivery system, prioritizing volunteers, a breadth of different station sizes and capabilities, and providers of EAS services. APMG and its MPR stations may also be early cohort members, to give APMG operations staff the earliest and most complete knowledge for using a new system.

**Connectivity** for stations will be tracked and enhanced, with group negotiated vendor agreements to purchase equipment and services at scale (e.g. Starlink or Kuiper satellite equipment, routers for bonded/fallback connectivity). The initial process will be to evaluate station specific needs as part of cohort selection, then provision them in preparation for moving off satellite delivery. This process has no dependency on other deployments or onboarding and can work in parallel with ongoing PRSS delivery.

**Current Usage** of the Exchange includes most stations in public radio for file delivery. One track of work may be to encourage stations to adopt this IP based file delivery, which can continue in parallel with PRSS delivery.

**Proof of Concepts** would demonstrate real time streaming capabilities and inform requirements for further rollout. Upon completion, vendors will be contracted, and then build out application support, documentation, and SOPs.

**Pilot** the MVP system for real time delivery with an initial cohort(s) of stations with enhanced connectivity, using specific program(s). These programs will also continue to be delivered by PRSS as the primary means of delivery. This is as much a pilot for the stations as it is for the NOC staff, for testing new procedures and escalation with new services, vendors, and equipment.

**Parallel** delivery of programs on PRSS and the new system will continue as issues are worked out through this testing, and support procedures and recovery plans are fully developed and tested. Additional cohorts will join this parallel stage. The shift to fully depending on the new system will occur while PRSS satellite delivery is still fully operating, but now the new system will act as primary, and PRSS as backup.

**Complete** transition will occur as programs no longer deliver to both systems, ahead of the end of the satellite transponder leases in 2029 (or other operational end dates).

## 2.2.4 Operational Support

*Please see the shared section on technical and operational support for common standards and approaches for supporting Services.*

As described above, APMG staff may take the lead in Tier 1 and 2 operational and technical support, and work throughout the stages of development and rollout to supporting any new system. We also anticipate SLAs with any vendors (such as LTN or other service providers)

17

CPB_0078413

that perform critical functions in the new service, with full 24/7 immediate access to support.

### 2.2.5 Examples

- APMG provides connectivity for 24-hour streams, a state network of stations with EAS requirements, and the BUNOC for PRSS since its founding.
- PRX Exchange has over 4k series, 267k pieces, and delivered 20m files to stations.
- PRX Networks serves 6 active station networks and shared more than 500k files.

## 2.3 Content Management, Lifecycle and Storage

*Note: We have combined Content Management with Lifecycle and Storage*

### 2.3.1 Approach

We propose expanding on the platforms and applications for serving the needs of the system for content management, storage, discovery, and licensing. PMI will determine which platforms and applications best serve the needs of stations and will leverage current platforms and applications in the system.

As an example, the Exchange is an established and essential provider of broadcast content to the system, with streamlined upload of audio and associated metadata.

Operating and receiving content for 2 decades, the Exchange was also designed on scalable cloud-based storage to simultaneously act as a live marketplace and a "long tail" archive – there are no automatic or required deletions from the Exchange, and members are provided unlimited storage for their content.

The Exchange, would need to add integration with Xperi's Rapid product to provide its program metadata in a similar manner to PRSS Metapub. The system would also be enhanced, as noted in the 2.2 Content Delivery Service, for real-time audio delivery in conjunction with a partner like LTN. For content management, that will mean additional metadata for streamed programs, and including stream recording, then upload and storage of real time deliveries as files, breaking them into segments using closures, metadata, or timing as appropriate.

### 2.3.2 Technical Architecture

For illustration purposes, please see below a comprehensive platform architecture, which will be refined with greater input.

The Exchange provides discovery via curated playlists, in email newsletters, through topical facets, date-peg specific lists, surfacing which other pieces and series a station has

18

CONFIDENTIAL

CPB_0078414

licensed, and which are most similar to viewed content. The Exchange also features a weighted full-text search engine, including search by duration, recency, and faceted filters on all tagging and metadata.

To further aid stations in accessing content, the Exchange is also a marketplace, where licensing, royalties, and carriage are handled on platform, allowing stations of all sizes to quickly access and acquire content from all the thousands of producers and stations.

On upload, files are verified, analyzed for compatibility with broadcast encoding, quality, and loudness standards, copied to long-term storage, and transcoded for preview. Broadcast audio is transcribed using AI, and the transcript analyzed for language that could require a warning or violate FCC regulations. The distribution team is alerted to any detected content issues and has established procedures to verify and manage these alerts with the producing organization.

Processing, copying, transcoding, and analyzing audio are all accomplished using on-demand scalable technologies to provide massively parallel processing capability. This PRX Porter system is built using AWS Step Functions, Lambdas, and containerized applications deployed to AWS Fargate as needed, largely built on industry-standard open-source projects, with the overall service itself offered as an open-source project.

Storage is on the highly secure, scalable, and available AWS S3 service using versioned file storage to ensure changes and deletions can be restored. While S3 files are replicated to multiple zones within a region, the Exchange further replicates the S3 storage to multiple regions further increasing availability and durability. While these measures of versioning replication add cost, by using cloud-based storage, they are both scalable on demand, receive discounts at higher volumes, and the Exchange uses policies to store older content at lower "infrequent access" tiers, which improve pricing without compromising service.

Access to audio is allowed using signed, secure URLs with limited timeouts to further protect original content, and only licensed and authorized access to broadcast files.

Metadata in the Exchange is likewise stored using the AWS cloud, both multiple instances for reading and writing, but also automatic backups, and PRX has implemented multi-region hosting for the database and backups to ensure reliability, failover, and disaster recovery.

### 2.3.3 Onboarding and Deployment

Assuming the Exchange could be used as the solution for content management, lifecycle and storage, onboarding and deployment is described below:

19

CONFIDENTIAL
CPB_0078415

**Current Usage** of the Exchange includes most stations in public radio for file delivery. These stations already have access and are familiar with entering data and receiving programs but will require additional onboarding and training for new features. will be provided in cohorts, with recorded training webinars, and supported by help documentation.

**Metadata Support** will be an additional service rolled out as it becomes available, and on a per show basis. Stations in the cohorts will be able to include this new service in addition to those they currently gather metadata from through standard tools like Xperi Rapid.

### 2.3.4 Operational Support

*Please see the shared section on technical and operational support for common standards and approaches for supporting Services.*

PRX has in place now a distribution services support team to support the Exchange that will work with the APMG operations teams to ramp them up on usage of the system, and then provide Tier 2 and 3 support for the systems to them.

### 2.3.5 Examples

- APMG has constructed both a CMS (Belka) for content management, and the Cody system for media processing and workflows.
- PRX Exchange as described above provides audio content management, archiving, and storage for the public radio system.

## 2.4 Emergency Alerting Services

### 2.4.1 Approach

Stations throughout the public media system serve an essential role in national, state, and local emergency alert plans. In coordination with FEMA as part of the Integrated Public Alert & Warning System (IPAWS), the broadcast Emergency Alert System (EAS) continues to augment and back up the Wireless Emergency Alerts (WEAs) which rely on working wireless networks. Stations likewise coordinate with their local state governments for state-wide emergency alerting and response plans. Within the current system, NPR and PRSS coordinate with FEMA to provide alerting through the satellite network by generating alert signals on a designated channel (e.g. NPR Squawk channel), which is then monitored by local station EAS equipment (e.g. Sage or other FCC-certified equipment).

We propose that to continue to support and cooperate with FEMA as a Primary Entry Point, and in the short term, support PRSS to continue to provide this service via their primary NOC at NPR in DC and at APMG in Saint Paul, Minnesota. This support and service should

20

CPB_0078416

continue until alternate IP based delivery is able to replace this satellite broadcast channel with an IP based stream and resilient connectivity at both the origin points (e.g. primary and backup NOCs) and stations. While it is important to maintain what is working, this EAS system existing infrastructure is decades old and close to end of life. The hardware is no longer commercially available. We propose maintenance of the existing EAS system must be done while also partnering with FEMA in designing the next-generation emergency alerting system. Our goal is a robust emergency alerting system that allows for specific targeting at several different levels of geography.

As a new system comes into place, PMI will maintain the relationship with FEMA and testing and certification requirements for participation in EAS. If ongoing NPR inclusion cannot be negotiated, we will consider alternate sites such as APMG in St. Paul, NYPR in NYC, GBH in Boston, APMG's SCPR Mohn Broadcast Center in Pasadena, CA, or through consolidating NOCs with PBS.

## 2.4.2 Technical Architecture

**Immediate Continuity:** We will support PRSS in continuing EAS delivery through their primary NOC at NPR in Washington and backup operations at APMG in St. Paul, Minnesota. This includes maintaining relationships with FEMA, supporting testing and certification requirements, and providing 24/7 operational support.

**Infrastructure Evolution:** As IP-based delivery systems develop, we will transition emergency alerting to resilient internet connectivity using multiple service options appropriate to individual station needs. This may include fiber, cable, 5G, LTE, and LEO satellite connectivity options. The connectivity to support EAS with streaming over IP is described in Section 2.2.2 Content Distribution, Technical Architecture. The bonded connectivity including will provide both reliable media delivery and EAS.

**Enhanced Capability Development:** Resilient internet access will enable stations to access Common Alerting Protocol (CAP) messages with additional information and multiple format options, while preparing for FCC and FEMA system evolution and integration with streaming and digital services.

## 2.4.3 Onboarding and Deployment

Stations are already onboard as members of the network to receive EAS from PRSS/ContentDepot, and that will be maintained until different connectivity is available.

As a new IP-based stream is established and provided for stations to access for EAS, the stream can be added as an additional source for EAS monitoring in parallel to the PRSS channel.

21

CPB_0078417

After stations have fully converted to the new streams and methods of notification, and those systems fully tested and approved, the PRSS channel can be removed from monitoring.

### 2.4.4 Operational Support

As described, PMI will provide operation support for existing EAS systems and infrastructure, while partnering with FEMA to develop the next generation emergency warning and alert systems.

### 2.4.5 Examples

Founding member APMG includes Minnesota Public Radio, which distributes EAS and Amber Alerts to all broadcasters (radio and TV) in the state of Minnesota. MPR co-authors the Minnesota Statewide EAS plan, and an MPR staff member co-chairs the Integrated Public Alerts and Warning System committee of the State Emergency Communications Board. MPR maintains a state-wide network of FEMA approved hardware, maintains relationships with Minnesota law enforcement and emergency managers, and coordinated partnerships amongst broadcast entities to assure the timely delivery of emergency alerts.

## 2.5 Sponsorship Technology Services

### 2.5.1 Approach

Building on CPB's investment in Dovetail, we will expand adoption of the Dovetail suite of applications to serve as the public media system's shared infrastructure for audio content management, campaign execution, performance analytics, and monetization. Some organizations leverage other technology and systems, and we will support that optionality. We will prioritize continuing to make Dovetail interoperable with a variety of systems used throughout public media as a key principle.

Dovetail is a proven, scalable, mission-aligned platform built specifically for the needs of nonprofit audio publishers and currently used by over 250 station-based shows. It has served more than six billion downloads and is certified by the IAB for podcast ad delivery— making it the only nonprofit provider with that distinction.

Dovetail offers capabilities far beyond simple sponsorship insertion. It supports dynamic sponsorship insertion (aka DAI), real-time streaming integration, campaign targeting and forecasting, and feed segmentation for subscription, membership, and sponsorship-based listening experiences. These capabilities are essential for growing digital revenue in ways that reinforce public media's mission and protect editorial independence and listener trust.

CONFIDENTIAL

We propose further investment in Dovetail to add streaming support with sponsorship insertion. While campaign insertion is supported by integrating with audio streaming, this would provide stream serving without needing a separate service.

We propose adding privacy safe demographic targeting. Especially when aggregating inventory for ad network sales, demographic targeting will attract sponsor sales to sell into specific audience segments across the network.

**Mission-Aligned Public Media Sponsorship Exchange**

To unlock the full revenue potential of digital sponsorship, we will advance the creation of a public media–owned revenue exchange. This sponsorship network will enable stations to buy and sell excess inventory across the system while maintaining control over standards, messaging, and audience relationships.

Unlike commercial ad exchanges and marketplaces—which often sacrifice transparency, brand safety, and values alignment in pursuit of maximum profit—a mission-aligned public media exchange will:

- Ensure compliance with sponsorship guidelines through built-in controls, verification, and reporting
- Provide equitable access for small and mid-sized stations
- Improve CPMs and fill rates through aggregated inventory and run-of-network campaigns
- Support hybrid national-local buys that combine reach with relevance
- Preserve station control over branding, editorial integrity, and listener privacy

Unlike in commercially programmatic exchanges, in the Public Media Sponsorship Exchange stations become both sellers and buyers, able to monetize their own inventory or access new revenue by placing campaigns into aligned shows and geographies. As an example, PRX's recent launch of a cross-promotion exchange among CPB pilot stations is an early example of this infrastructure in practice. The exchange will build on this foundation with expanded capabilities for monetization.

23

CPB_0078419

**Monetization Optimization Strategy**

To optimize revenue generation, as an example, Dovetail currently supports a layered approach to sponsorship, while ensuring compliance with public media standards and maintaining a high-quality listener experience by minimizing campaign load:

**Direct Sales**: Enables the highest-value show produced and host or announcer read spots with robust forecasting tools. Inventory projections are available at the episode, geography, device, and keyword level.

**Run-of-Network (RON)**: Aggregated inventory from collections of shows can be sold flexibly without requiring individual show-level representation, enabling efficient network-wide campaigns.

**Co-Selling Support**: Dovetail supports collaboration among multiple sales teams with visibility controls and shared campaign tools, enabling coordinated sales across partner organizations.

**Programmatic Integration**: Dovetail includes full VAST integration, frequency capping, category exclusions, ad pod controls, and SSP compatibility—allowing public media to selectively participate in programmatic markets while protecting listener experience and values.

**Membership and Subscription Integration**

One of the areas that will require further consideration is what stations seek from both membership and subscription integrations, to maximize station revenue. As an example, in addition to maximizing sponsorship revenue, Dovetail supports ad-free experiences for members and subscribers. Stations can offer premium feeds tied to their CRM systems (e.g., Salesforce) or services like Supporting Cast or Apple Podcasts Subscriptions. This gives stations tools to reward loyalty while maintaining parallel public and sponsor-supported feeds.

**Analytics and Insights**

Dovetail offers real-time analytics with dashboards covering downloads, impressions, listener geography, and campaign performance. It is IAB-certified and provides granular reporting at the show, sponsor, and DMA level. A new "Insights" feature—powered by BigQuery—will enable advanced custom reporting, while bulk data exports ensure stations can own and integrate their data with internal systems.

Together, Dovetail and a public media–owned ad network represents a comprehensive, values-aligned solution for digital sponsorship and monetization. This approach provides

24

both the infrastructure, and the marketplace needed to grow revenue at scale—while reinforcing the editorial standards, audience trust, and local service that define public media.

## 2.5.2 Technical Architecture

For illustration purposes, please see below a comprehensive architecture, which will be refined with greater input.



**Connectivity** as described in 2.2 Content Distribution will also serve to connect stations to upload files, metadata, and streams to Dovetail as well.



25

CONFIDENTIAL

Dovetail is and will continue to be a fully **cloud based system**, served by a global CDN, and deployed to multiple regions for **scalability and reliability**. Using containerized applications, and serverless lambdas, the system is built to scale as needed and is proven to handle traffic for some of the largest shows and publishers in podcasting (e.g. Serial, TED Talks, This American Life, The Moth).

For **standards**, Dovetail monetization metrics are certified by the IAB as industry standard. It also supports the latest VAST standard for programmatic sponsorship, including implementing IAB's standard taxonomy for category blocking.

As a media server, it supports the Podcast Standards Project (PSP) metadata standards for RSS, and multiple standard audio formats such as MP3, FLAC, WAV, and Dolby Atmos. For video, Dovetail supports MP4 video podcasts, YouTube integration, and PRX is pursuing defining and implementing a new **video standard** for podcasting based on HLS, as proposed in the Podcast Standards Project (PSP).

## 2.5.3 Onboarding and Deployment

Building on the success of the CPB funded Dovetail Pilot, which demonstrated value to 30 participating stations through increased efficiency, technical modernization, and digital monetization, we now propose a systemwide rollout. This will include onboarding, training, and technical support (especially for under-resourced stations, as previously discussed) to ensure broad adoption and benefit across the system.

With PMI supporting Dovetail, it will be offered at low to no cost tiered pricing to stations, as it was for the pilot, but extended to all stations.

We expect with the addition of the ad network, streaming support, video podcasting

## 2.5.4 Operational Support

*Please see the shared section on technical and operational support for common standards and approaches for supporting Services.*

The PRX distribution and product teams currently provides operational support for Dovetail. They will continue to do so, but also train APMG operations teams to act as Tier 1 and sometimes Tier 2 support, and for Tier 3 to monitor and escalate issues to PRX distribution or engineering staff as needed.

26

CPB_0078422

### 2.5.5 Examples

- PRX has onboarded hundreds of station podcasts to Dovetail, including the 30 stations from the CPB funded Dovetail Pilot Project.
- NYPR is one of the top podcast publishers (#15 on Podtrac's US Publisher Ranking) with extensive experience in monetizing podcasts and audio streaming.
- APMG has a partnership with Streamguys and AdsWizz for dynamic ad insertion, real-time quality control, audience segmentation, geo targeting, programmatic ads, inventory management, and an understanding of broadcast digital sales.

## 2.6 Operational and Technical Support

### 2.6.1 Approach

Common to all the delivered services is the need to support smooth and efficient operations for each and across services, and robust and timely technical support for issues big and small, fixing and improving the services, and investigating and preventing problems.

As describe in *"Change Management and Future Development"* in the introduction to section 2.0, stations have different capabilities, and so different needs for support. While a baseline of support services as described are below essential, we recognize that the work of adopting and using these services will go beyond basic training and documentation for many stations. For the most capable stations, they may have many Services of their own, while stations with the least resources will require the most support, with ongoing support and adoption of shared service models required to achieve sustainability.

The role of the PMI will be to set and verify standards by ensuring expected **support SLAs** (Service Level Agreements) are set in contracts and by regularly monitoring quality of service metrics such as **uptime** and **incident volume**, and for quality of support metrics like **mean time to resolution** (MTTR), and **first call resolution** (FCR).

Service providers will be expected to provide prompt information about the status of their services, means to be notified of incidents, and status and metrics for subsystems, ideally publicly available for Service recipients to be able to subscribe to and observe directly, such as the status page and notifications provided by PRX https://status.prx.org/.

Service recipients will be able to request support or report issues through multiple channels: phone, email, and support portal, such as both APMG and PRX provide today with tools like Zendesk. Likewise they will have access to full public documentation, such as on https://help.prx.org/hc/en-us, but these partner created services like Dovetail will also be run as open source projects such that savvy Service recipients can even go so far

27

CPB_0078423

as to look into the issue trackers, roadmap, and even code to extend or integrate with the Services.

PMI will also ensure appropriate **security** practices and standards are established and followed. Security should not be an add on; it must be part of the design, development and deployment of systems and the culture and training of users from the start. These should include **Zero Trust** practices, such as **continuous checking and revalidation of access** by users and machines, setting **least-privilege** access using user and service security policies to minimize potential impact of unauthorized access. **Single sign on** and **MFA** will be used for all systems access. **Training** users in security practices and dangers from social engineering, spear phishing, and AI-generated imposters, will likewise prevent and minimize breaches.

Excellence in operational workflow is essential for maintaining long-term reliable services. The Entity in selecting services and working with providers will include in their criteria for vendor selection sufficient investigation into the experience, size, quality, processes, security practices, data privacy assurances, and audited certifications demonstrating they will be reliable and accountable.

The partners in the Entity who will provide Services are experienced and mature in their development and operational procedures, for example APMG has a disaster recovery site and conducts regular testing and training to ensure rapid response. Likewise, PRX runs their applications across global CDN services and multiple cloud regions for business continuity and maintains and trains using runbooks and supporting scripts to respond and recover from production incidents.

Day to day operations by the Service providers will be expected to meet the SLAs through appropriate staffing, monitoring, alerting, and automated scaling and incident response. Making use of monitoring and alarm systems (e.g., physical sensors, audio monitoring) to scan outputs, intaking employee reports, and use of a standard escalation process for 24/7 resolution, APMG demonstrates excellence in operational support. PMI will provide this service not only by continuing to support PRSS, but also for the next version of services like IP based delivery of content to Service Recipients. For proposed and future services, PMI will provide Tier 1 and Tier 2 support, and manage communication of Tier 3 support from service providers like PRSS/ContentDepot, LTN or PRX.

Likewise, as an example of how one of our organizations provides operational and technical support, the day to day at PRX is optimized for rapid development and deployment while maintaining highly available services. There are multiple practices employed to maintain quality, such as using continuous integration (CI) and continuous

28

CPB_0078424

deployment (CD) workflows that ensure all released code and documentation is manually reviewed and approved, but also automatically checked for coding standards, passing unit and integration tests, and every change must pass automated end to end testing in a production like environment before being a candidate for deployment.

These are not only practices for the application code; PRX has adopted "infrastructure as code" (IaC) where all provisioning and configuration of data center resources are made through machine readable definition files, eliminating manual or console-based management, and ensuring repeatable and fully documented resource provisioning.

## 2.6.2 Technical Architecture

Infrastructure as Code (IaC) provisioning includes definition of zero trust-based security policies, and monitoring on all services and applications. The IaC definitions create multiple thresholds and alerts per service, including alerts for individual errors, warnings for lower thresholds on metrics, and then critical and fatal alarms on higher threshold issues.

These alerts are recorded and sent through multiple channels to support staff, including texting senior technical staff for response to fatal alarms. These processes both minimize incidents and their impacts, but also rapid visibility and response.

## 2.6.3 Onboarding and Deployment

Onboarding and deployment are specific to the Service, but in general, the operations team will be trained first for any new services or features, then provide appropriate training and support to station and producer users.

## 2.6.4 Operational Support

n/a: section 2.6 is all operational support related.

## 2.6.5 Examples

- APMG is the Backup Network Operations Center (BUNOC) for PRSS and ContentDepot, providing 24/7 support and to monitor and respond to all distribution systems and channels, inclusive of content delivery, publishing tools, etc.
- PRX's technical distribution and product teams provide Tier 1, 2, and 3 support to hundreds of stations and users of the Exchange, Dovetail, and Networks products, including onboarding training, product webinars, and phone, email, and emergency support.

29

CPB_0078425

# 3.0 Financial Framework and Sustainability Strategy

## 3.1 Budget Narrative (Attached as a separate document)

## 3.2 Business Model

### Overview

Public Media Infrastructure (PMI) is being established to ensure continuity, modernization, and sustainability of critical public media distribution and alerting services. During the three-year grant period, PMI will serve as the coordinating entity to steward infrastructure investments, operate core services free-of-charge to stations, and design a long-term financial model that enables continued support beyond the term of CPB funding.

This business and sustainability plan describes how PMI will manage operational costs, reduce dependency on federal funds over time, and create durable value for stations, producers, and the public media system.

### 3.2.1 Financial Stewardship

During the three-year grant, PMI will:

- **Centralize essential services** for content distribution, EAS continuity, and sponsorship infrastructure.
- **Offer all core services to stations at no or minimal cost** to ensure adoption, equity, and consistent service. Customers can choose to pay for alternative sources.
- **Leverage economies of scale** by consolidating services and reducing duplicative spending across multiple platforms or vendors.
- **Minimize overhead** by starting with a lean governance and staffing model, relying on vendor partners with proven capacity.
- **Invest in interoperability and standards** to ensure future platform flexibility and prevent vendor lock-in. This interoperability is important for those who may choose services that meet their business needs.

### 3.2.2 Revenue Strategy

**Multi-Channel Monetization:** Development of public media ad networks and exchanges, enhanced sponsorship technology, and membership/subscription service integration.

30

CPB_0078426

**Shared Services Efficiency:** Cost optimization through collective negotiating power, reduced operational duplication, and economies of scale in technology procurement and management.

**Innovative Revenue Generation:** Digital advertising exchange, programmatic advertising integration, and enhanced analytics services that enable stations to optimize their individual revenue strategies.

## 3.2.3 Near-Term Revenue and Value Creation (During Grant Period)

PMI will focus on enabling monetization opportunities for stations and producers by:

- **Launching and scaling a sponsorship technology service** that supports digital audio advertising and broadcast underwriting. This platform will generate real value for participants and can become a revenue stream for the system.
- **Building tools for targeted and customizable sponsorship** (e.g., dynamic ad insertion, content versioning), enabling local revenue generation at scale.
- **Establishing a shared measurement and analytics system** to help stations demonstrate reach and performance to sponsors, funders, and partners.

Though no fees will be charged to stations during the grant period, these efforts are designed to prepare for a post-grant monetization strategy.

## 3.2.4 Post-Grant Sustainability Strategy

Beginning in Year 3, PMI will develop and test multiple paths to financial sustainability, including:

**A. Fee-for-Service Models (Phase-In)**

- Introduce **modest fees for premium services** (e.g., advanced analytics, white-label hosting, sponsorship integrations) based on station size, usage, or revenue capacity.
- Maintain **baseline services at no or minimal cost** for small and rural stations.
- Consider **system-wide or state-level subscription models**

**B. Monetization Participation**

- **Revenue share from sponsorship infrastructure**: PMI will retain a small percentage of gross ad revenue (e.g., 1-3%) from system-wide sponsorship sold through the shared platform.
- Ensure **stations and producers retain majority of revenue**, with optional national sales partnerships for those who opt in.

31

CPB_0078427

**C. Philanthropic and Public Support**

- Pursue **philanthropic investment** from national funders supporting media infrastructure, digital equity, emergency response, or local journalism.
- Explore partnerships with state agencies or federal programs aligned with emergency alerting, broadband equity, or community resilience.

## 3.3 Investment Approach

Our fiscal approach will balance maintaining essential existing services with strategic investment in innovation and future capabilities. We will balance investment directed toward preserving current services, with a significant focus on building capabilities for new audiences and revenue streams.

## Governance and Accountability

To maintain system trust and guard against conflicts of interest:

- PMI will operate under a **multi-stakeholder board**, including station, network, and community representatives.
- The entity will maintain **transparent pricing, financial disclosures, and reporting** on service usage and value delivered.
- PMI will ensure **equity in access** by regularly reviewing pricing models, performance metrics, and system needs—particularly for rural, Tribal, and underserved stations.

**Financial Oversight:** Annual independent audits, quarterly reporting, transparent fund allocation processes, and board-approved budget management with regular performance assessment.

**Performance Metrics:** Established KPIs for service reliability, station satisfaction, revenue generation, and system-wide operational efficiency, with regular reporting and continuous improvement processes.

CONFIDENTIAL

## Conclusion

The challenges facing public media today require solutions that are both immediate and transformational. PMI represents a collaborative response from organizations that have spent decades building the infrastructure, relationships, and expertise necessary to steward our system through this critical transition period.

Our proposal preserves what works while building what's needed for the future. We will maintain essential services while developing the multichannel, data-driven, revenue-optimized capabilities that local stations need to serve their communities effectively in an increasingly complex media landscape.

Most importantly, PMI is designed to ensure that every station—regardless of size, location, or resources—has access to the tools and infrastructure necessary to fulfill public media's mission of service to local communities. At a time when the importance of trusted, locally-focused, noncommercial media has never been more critical to our democracy, PMI will provide the foundation for a more responsive, robust, and resilient public media system.

We look forward to discussing this proposal with CPB leadership and working together to build the infrastructure our system needs for the next generation of public service.

**Respectfully submitted by the PMI Partnership**



33

CPB_0078429

PMI Response to Interconnection RFP

# 3.0 Financial Framework and Sustainability Strategy

## 3.1 Budget Narrative

This budget reflects the comprehensive scope of services proposed by PMI to fulfill the Corporation for Public Broadcasting's requirements for the management and governance of public radio content distribution. All costs are directly tied to the RFP's Service Areas (2.1–2.6), are necessary for execution, and are structured to ensure continuity, modernization, and system-wide benefit.

### Service 2.1 Audience Measurement, Data & Analytics – $2,850,000 (2026–2028)

Funds support the development and implementation of a unified audience measurement and analytics framework across public radio's national content distribution system. This includes software licensing, data integration, analytics tools, and reporting systems to ensure stations and producers have timely, actionable audience insights. Investments will enable system-wide participation in shared measurement efforts to inform programming, underwriting, and service planning.

### Service 2.2 Content Distribution – $19,540,750 (Q4 2025–2028)

- **Continuity of Satellite Services & Backup (PRSS):** $6,500,000 to maintain and operate national satellite delivery, ensuring uninterrupted service to all stations.
- **National Operations Center Backup:** $1,750,000 for monitoring, switching, and coordination of live and file-based content distribution.
- **Non-live File Delivery and Storage:** $5,340,000 for AWS storage, content onboarding, deployment, distribution platform enhancements, and CDN costs.
- **Live over IP Modernization:** $1,800,000 to transition away from exclusive satellite reliance, reducing costs over time and increasing redundancy.
- **Low Orbit Capacity:** $675,000 for targeted low-earth-orbit service to enhance delivery in remote or underserved areas.
- **24/7 Technical Operations:** $1,800,000 for round-the-clock monitoring, troubleshooting, and support.

### Service 2.3 Content Management, Lifecycle & Storage – $1,625,000 (2026–2028)

Includes $300,000 for local equipment such as receivers and storage hardware, $500,000 for an Infrastructure Response Fund to help stations scale local infrastructure in alignment

1

CPB_0078430

PMI Response to Interconnection RFP

with national upgrades, and $825,000 for AI development to improve content discovery, workflow automation, and metadata enrichment.

## Service 2.4 Emergency Alert Services – $932,500 (Q4 2025–2028)

Supports continuity of the Emergency Alert System (EAS) with $357,500 for core operations and $575,000 for FEMA licensing and related upgrades, ensuring compliance with federal requirements and uninterrupted public safety messaging.

## Service 2.5 Sponsorship Technology Services – $4,423,250 (Q4 2025–2028)

Covers the development and operation of a premium sponsorship exchange for public media, dynamic ad insertion capabilities, and hosting/publishing infrastructure to expand station and network revenue opportunities while maintaining editorial integrity.

## Service 2.6 Operational & Technical Support – $4,982,430 (Q4 2025–2028)

- **Personnel & Benefits:** $2,506,605 for a small but growing central team (1–6 FTEs over the term).
- **Consultants:** $475,000 for technical and system integration expertise.
- **Other Operations:** $210,000 for travel and convenings; $200,000 for legal; $230,000 for tools; $75,000 for annual audits; $200,000 for marketing.
- **Administrative Costs:** $1,784,468 for fiscal agent fees and $978,107 for overhead (10% of non-subgrant expenses).

Our goal is to make PMI independent and operational by December 31, 2025.  SRG will be the fiscal agent for PMI through December 31, 2026.  At that time, the PMI board will evaluate whether the fiscal agent's duties of oversight and administrative obligations can be directly assigned to PMI beginning in January 2027. If so, we will transfer any budgeted resources and anticipated expenses to PMI at that time.

**Total Budget: $34,354,930**
**Project Term: October 1, 2025 – December 31, 2028**

CONFIDENTIAL

CPB_0078431

PMI Response to Interconnection RFP

This budget ensures continuity of service for all stations, supports a transition toward more efficient IP-based delivery, expands revenue opportunities, strengthens emergency alerting, and provides the technical and operational backbone needed to meet CPB's stated objectives in the Interconnection RFP.

| Key Components | Q4 2025 | 2026 | 2027 | 2028 | Total | CPB RFP Service Area(s) |
|---|---|---|---|---|---|---|
| **Core Distribution & Alerting Infrastructure** – Satellite services & backup (PRSS), National Operations Center (MSP), Continuity of EAS, EAS licenses, Modernize to Live over IP, Low Orbit capacity | $527,500 | $3,745,000 | $4,285,000 | $3,925,000 | **$12,482,500** | 2.2 Content Distribution, 2.4 Emergency Alert Services |
| **Digital Delivery & Revenue Systems** – Non-live file delivery & AWS storage, Sponsorship tech & underwriting exchange, Audience measurement, 24/7 technical support, AI capabilities | $700,000 | $4,050,000 | $4,615,000 | $5,048,250 | **$14,413,250** | 2.1 Audience Measurement, 2.2 Content Distribution, 2.5 Sponsorship Technology Services, 2.6 Operational & Technical Support |
| **Local Station Infrastructure** – Local equipment, Infrastructure Response Fund | 0 | 280000 | 300000 | 220000 | **$800,000** | 2.3 Content Management, Lifecycle & Storage |
| **Operations & Administration** – Staff & benefits, Consultants, Travel, Legal, Tools, Marketing, Audit | $140,000 | $800,000 | $1,303,500 | $1,653,105 | **$3,896,605** | 2.6 Operational & Technical Support |
| **Administrative Costs** – Fiscal agent fees, Overhead | $119,298 | $869,875 | $855,543 | $917,860 | **$2,762,575** | 2.6 Operational & Technical Support |
| **Total** | **$1,486,798** | **$9,744,875** | **$11,359,043** | **$11,764,215** | **$34,354,930** | |

CONFIDENTIAL

CPB_0078432

PMI Response to Interconnection RFP

## 3.2 Business Model

### Overview

Public Media Infrastructure (PMI) is being established to ensure continuity, modernization, and sustainability of critical public media distribution and alerting services. During the three-year grant period, PMI will serve as the coordinating entity to steward infrastructure investments, operate core services free-of-charge to stations, and design a long-term financial model that enables continued support beyond the term of CPB funding.

This business and sustainability plan describes how PMI will manage operational costs, reduce dependency on federal funds over time, and create durable value for stations, producers, and the public media system.

### 3.2.1 Financial Stewardship

During the three-year grant, PMI will:

- **Centralize essential services** for content distribution, EAS continuity, and sponsorship infrastructure.
- **Offer all core services to stations at no or minimal cost** to ensure adoption, equity, and consistent service. Customers can choose to pay for alternative sources.
- **Leverage economies of scale** by consolidating services and reducing duplicative spending across multiple platforms or vendors.
- **Minimize overhead** by starting with a lean governance and staffing model, relying on vendor partners with proven capacity.
- **Invest in interoperability and standards** to ensure future platform flexibility and prevent vendor lock-in. This interoperability is important for those who may choose services that meet their business needs.

### 3.2.2 Revenue Strategy

**Multi-Channel Monetization:** Development of public media ad networks and exchanges, enhanced sponsorship technology, and membership/subscription service integration.

**Shared Services Efficiency:** Cost optimization through collective negotiating power, reduced operational duplication, and economies of scale in technology procurement and management.

**Innovative Revenue Generation:** Digital advertising exchange, programmatic advertising integration, and enhanced analytics services that enable stations to optimize their individual revenue strategies.

4

CPB_0078433

PMI Response to Interconnection RFP

### 3.2.3 Near-Term Revenue and Value Creation (During Grant Period)

PMI will focus on enabling monetization opportunities for stations and producers by:

- **Launching and scaling a sponsorship technology service** that supports digital audio advertising and broadcast underwriting. This platform will generate real value for participants and can become a revenue stream for the system.
- **Building tools for targeted and customizable sponsorship** (e.g., dynamic ad insertion, content versioning), enabling local revenue generation at scale.
- **Establishing a shared measurement and analytics system** to help stations demonstrate reach and performance to sponsors, funders, and partners.

Though no fees will be charged to stations during the grant period, these efforts are designed to prepare for a post-grant monetization strategy.

### 3.2.4 Post-Grant Sustainability Strategy

Beginning in Year 3, PMI will develop and test multiple paths to financial sustainability, including:

**A. Fee-for-Service Models (Phase-In)**

- Introduce **modest fees for premium services** (e.g., advanced analytics, white-label hosting, sponsorship integrations) based on station size, usage, or revenue capacity.
- Maintain **baseline services at no or minimal cost** for small and rural stations.
- Consider **system-wide or state-level subscription models**

**B. Monetization Participation**

- **Revenue share from sponsorship infrastructure**: PMI will retain a small percentage of gross ad revenue (e.g., 1-3%) from system-wide sponsorship sold through the shared platform.
- Ensure **stations and producers retain majority of revenue**, with optional national sales partnerships for those who opt in.

**C. Philanthropic and Public Support**

- Pursue **philanthropic investment** from national funders supporting media infrastructure, digital equity, emergency response, or local journalism.
- Explore partnerships with state agencies or federal programs aligned with emergency alerting, broadband equity, or community resilience.

5

CPB_0078434

PMI Response to Interconnection RFP

## 3.3 Investment Approach

Our fiscal approach will balance maintaining essential existing services with strategic investment in innovation and future capabilities. We will balance investment directed toward preserving current services, with a significant focus on building capabilities for new audiences and revenue streams.

### Governance and Accountability

To maintain system trust and guard against conflicts of interest:

- PMI will operate under a **multi-stakeholder board**, including station, network, and community representatives.
- The entity will maintain **transparent pricing, financial disclosures, and reporting** on service usage and value delivered.
- PMI will ensure **equity in access** by regularly reviewing pricing models, performance metrics, and system needs—particularly for rural, Tribal, and underserved stations.

**Financial Oversight:** Annual independent audits, quarterly reporting, transparent fund allocation processes, and board-approved budget management with regular performance assessment.

**Performance Metrics:** Established KPIs for service reliability, station satisfaction, revenue generation, and system-wide operational efficiency, with regular reporting and continuous improvement processes.

6

CPB_0078435

**File provided in native format**

CONFIDENTIAL
CPB_0078436

| RFP Response on Behalf of PMI Proposal | | | | | | |
|---|---|---|---|---|---|---|
| Key Components | Q4 2025 | 2026 | 2027 | 2028 | Total | CPB RFP Service Area(s) |
| **Core Distribution & Alerting Infrastructure** – Satellite services & backup (PRSS), National Operations Center (MSP), Continuity of EAS, EAS licenses, Modernize to Live over IP, Low Orbit capacity | $527,500 | $3,745,000 | $4,285,000 | $3,925,000 | **$12,482,500** | 2.2 Content Distribution, 2.4 Emergency Alert Services |
| **Digital Delivery & Revenue Systems** – Non-live file delivery & AWS storage, Sponsorship tech & underwriting exchange, Audience measurement, 24/7 technical support, AI capabilities | $700,000 | $4,050,000 | $4,615,000 | $5,048,250 | **$14,413,250** | Measurement, 2.2 Content Distribution, 2.5 Sponsorship Technology Services, 2.6 Operational & Technical Support |
| **Local Station Infrastructure** – Local equipment, Infrastructure Response Fund | 0 | 280000 | 300000 | 220000 | **$800,000** | 2.3 Content Management, Lifecycle & Storage |
| **Operations & Administration** – Staff & benefits, Consultants, Travel, Legal, Tools, Marketing, Audit | $140,000 | $800,000 | $1,303,500 | $1,653,105 | **$3,896,605** | 2.6 Operational & Technical Support |

| | | | | | |
|---|---|---|---|---|---|
| **Administrative Costs** – Fiscal agent fees, Overhead | $119,298 | $869,875 | $855,543 | $917,860 | **$2,762,575** 2.6 Operational & Technical Support |

| | | | | |
|---|---|---|---|---|
| **Total** | **$1,486,798** | **$9,744,875** | **$11,359,043** | **$11,764,215** | **$34,354,930** |

Note:  We will be building in the cloud and do not anticipate capital expenses outside of small IT equipment.  If this changes, we will follow GAAP rules in reporting.

| RFP Response on Behalf of PMI Proposal | | |
|---|---|---|
| **CORE RFP Service Delivery** | **3 year total** | **Percent** |
| PRSS and Emergecy continuity | $6,500,000 | 18.92% |
| APM - EAS, NOC support | $2,682,500 | 7.81% |
| PRX - non-live file delivery delivery, content management, data warehousing, distribution, cloud | $5,340,000 | 15.54% |
| PRX - sponsorship technology, cross promo and sponsorship exchange | $4,423,250 | 12.88% |
| TBD - Contractor for Live over IP + improvements | $2,775,000 | 8.08% |
| TBD - Audience Measurement | $2,850,000 | 8.30% |
| TBD - AI enhancements | $825,000 | 2.40% |
| TBD - Operational and Technical Support (APMG, PRX, PRSS and other) | $1,800,000 | 5.24% |
| PMI - Station Infrastructure Support (internet or other by application) | $500,000 | 1.46% |
| SRG fiscal sponsorsip 7% year 1, dropping to 5% (outside of overhead) | $1,784,468 | 5.19% |
| PMI - operations, staff, audit, consulting, travel, etc | $4,874,712 | 14.19% |
| **Total** | ######### | **100.00%** |

Note: We will be building in the cloud and do not anticipate capital expenses outside of small IT equipment. If this changes, we will follow GAAP rules in reporting.

| RFP Response on Behalf of PMI Proposal | Quarter Oct 1 - December 31, 2025 | Calendar Jan - Dec | | | |
|---|---|---|---|---|---|
| **Expenses** | | **2026** | **2027** | **2028** | **Total** |
| Continuity of satellite services and backup | $500,000 | $2,500,000 | $2,000,000 | $1,500,000 | $6,500,000 |
| National Operations Center in MSP | | $350,000 | $700,000 | $700,000 | $1,750,000 |
| Continuity of EAS | $27,500 | $110,000 | $110,000 | $110,000 | $357,500 |
| EAS - other licenses | | | | $300,000 | $275,000 | $575,000 |
| Non-live file delivery, onboarding, networks and feature improvements, AWS bandwidth and storage | $375,000 | $1,500,000 | $1,650,000 | $1,815,000 | $5,340,000 |
| Sponsorship technology and underwriting exchange | $325,000 | $1,300,000 | $1,365,000 | $1,433,250 | $4,423,250 |
| Audience measurement / Analysis | | $750,000 | $1,000,000 | $1,100,000 | $2,850,000 |
| 24 hour Technical Operation Support | | $500,000 | $600,000 | $700,000 | $1,800,000 |
| Modernize to Live over IP (away from reliance on satellite delivery) Est. $200/mo/station | | $480,000 | $600,000 | $720,000 | $1,800,000 |
| Incorporating AI into discovery and workflows | | $125,000 | $350,000 | $350,000 | $825,000 |
| Local Priority / Low Orbit Capacity ($75/mo/station) | | $180,000 | $225,000 | $270,000 | $675,000 |
| Local Equipment for Recievers | | $80,000 | $100,000 | $120,000 | $300,000 |
| Infrastructure Response Fund - responsive fund (by application) to improve local infrastructure to scale system improvements | | $200,000 | $200,000 | $100,000 | $500,000 |
| Staff plus 20% benefits (grow staff 1-6 during the grant term) | | $450,000 | $853,500 | $1,203,105 | $2,506,605 |
| Consultants (technical and system expertise) | $75,000 | $100,000 | $150,000 | $150,000 | $475,000 |
| Travel / convenings | $10,000 | $50,000 | $75,000 | $75,000 | $210,000 |
| Legal fees | $50,000 | $50,000 | $50,000 | $50,000 | $200,000 |
| Tools (zoom, slack, CRM, other) | $5,000 | $75,000 | $75,000 | $75,000 | $230,000 |
| Audit | | $25,000 | $25,000 | $25,000 | $75,000 |
| Marketing | | $50,000 | $75,000 | $75,000 | $200,000 |
| Fiscal agent fee 7% , Year 2 and 3 reduced to 5% | $95,725 | $621,250 | $525,175 | $542,318 | $1,784,468 |
| Overhead 10% (not include subgrants) | $23,573 | $248,625 | $330,368 | $375,542 | $978,107 |
| Total | $1,486,798 | $9,744,875 | $11,359,043 | $11,764,215 | $34,354,930 |

Note: We will be building in the cloud and do not anticipate capital expenses outside of small IT equipment. If this changes, we will follow GAAP rules in reporting.

| RFP Response on Behalf of PMI Proposal | | | | | |
|---|---|---|---|---|---|
| **Expenses** | **Base Salaries** | **Total with 20% benefits** | **Year 1** | **Year 2** | **Year 3** |
| Leader | $300,000.00 | $360,000.00 | $360,000.00 | $370,800.00 | $381,924.00 |
| Support | $75,000.00 | $90,000.00 | $90,000.00 | $92,700.00 | $95,481.00 |
| Technical Project | $150,000.00 | $180,000.00 | | $180,000.00 | $185,400.00 |
| Technical Lead | $175,000.00 | $210,000.00 | | $210,000.00 | $216,300.00 |
| Business Development | $120,000.00 | $144,000.00 | | | $144,000.00 |
| Development | $150,000.00 | $180,000.00 | | | $180,000.00 |
| Total | $970,000.00 | $1,164,000.00 | $450,000.00 | $853,500.00 | $1,203,105.00 |

| Summary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | $450,000.00 | $853,500.00 | $1,203,105.00 |

| RFP Response on Behalf of PMI Proposal | | | |
|---|---|---|---|
| **Key Components** | **Total** | **Percentage** | **CPB RFP Service Area(s)** |
| **Core Distribution & Alerting Infrastructure** – Satellite services & backup (PRSS), National Operations Center (MSP), Continuity of EAS, EAS licenses, Modernize to Live over IP, Low Orbit capacity | $12,482,500 | 36% | 2.2 Content Distribution, 2.4 Emergency Alert Services |
| **Digital Delivery & Revenue Systems** – Non-live file delivery & AWS storage, Sponsorship tech & underwriting exchange, Audience measurement, 24/7 technical support, AI capabilities | $14,413,250 | 42% | 2.1 Audience Measurement, 2.2 Content Distribution, 2.5 Sponsorship Technology Services, 2.6 Operational & Technical Support |
| **Local Station Infrastructure** – Local equipment, Infrastructure Response Fund | $800,000 | 2% | 2.3 Content Management, Lifecycle & Storage |
| **Operations & Administration** – Staff & benefits, Consultants, Travel, Legal, Tools, Marketing, Audit | $3,896,605 | 11% | 2.6 Operational & Technical Support |
| **Administrative Costs** – Fiscal agent fees, Overhead | $2,762,575 | 8% | 2.6 Operational & Technical Support |

**Total**                     **$34,354,930**

**RFP Response on Behalf of PMI Proposal**

| Expenses | 2029 | 2030 | 2031 | Internal Notes |
|---|---|---|---|---|
| Continuity of EAS | $110,000 | | | Depending on revenue, may sunset after year 4 |
| AWS for shared services | $750,000 | | | Depending on revenue, may sunset after year 4 |
| Contract for live over IP | $720,000 | | | Depending on revenue, may sunset after year 4 |
| Local Priority / Low Orbit Capacity ($75/mo/station) | $270,000 | | | Depending on revenue, may sunset after year 4 |
| Local Equipment | $144,000 | | | Depending on revenue, may sunset after year 4 |
| Infrastructure Response Fund | $100,000 | | | Depending on revenue, may sunset after year 4 |
| Analytics | $900,000 | | | Depending on revenue, may sunset after year 4 |
| Staff plus 20% benefits | $1,239,198 | $1,276,374 | $1,314,665 | Core PMI expenses |
| Consultants | $100,000 | $100,000 | $100,000 | Core PMI expenses |
| Travel / convenings | $75,000 | $75,000 | $75,000 | Core PMI expenses |
| Legal fees | $50,000 | $25,000 | $25,000 | Core PMI expenses |
| Tools (zoom, slack, CRM, other) | $75,000 | $75,000 | $75,000 | Core PMI expenses |
| Audit | $25,000 | $25,000 | $25,000 | Core PMI expenses |
| Marketing | $75,000 | $75,000 | $75,000 | Core PMI expenses |
| Overhead 10% (not include subgrants) | $163,920 | $165,137 | $168,967 | Core PMI expenses |
| **Total** | **$4,797,118** | **$1,816,512** | **$1,858,632** | |