# **EXHIBIT X**

# Deloitte.

**Final**

**September 12, 2025**

| | |
|---|---|
| **TO:** | **Kathy Merritt, Deborah Carr** |
| **FROM:** | **Deloitte Consulting** |
| **SUBJECT:** | **Summary of findings and considerations for public radio content distribution RFP responses** |

## I. Introduction

CPB issued an RFP seeking an entity to manage and govern public radio content distribution to ensure the continued effectiveness and evolution of public radio services to support the system. As per the RFP, the entity selected through this process will receive funding for approximately three years. The funding is intended to sustain and strengthen the suite of distribution services critical to the public radio system. The services include audience measurement, content distribution, content management, content lifecycle and storage, data and analytics, emergency alerting, monitoring and control, operational support, sponsorship technology, and technology support.

In evaluating responses to the RFP, CPB has established requirements for governance, technology and operational readiness, sustainability, and cost. Demonstration of these criteria by the end of the funding term is essential to ensure that the selected entity can not only deliver on current requirements but also adapt and innovate to address future needs and challenges during the grant term and beyond.

Two entities have submitted responses to the RFP: NPR Distribution and PMI (Public Media Infrastructure). To further clarify and assess the proposals, an additional Q&A session was held with PMI, providing deeper insight into their capabilities, strategic vision, and operational plans. A Q&A session with NPR Distribution was not deemed necessary as the content of their submission was found to not be substantially different than their 2024 funding extension request, which CPB and Deloitte reviewed in depth in 2024 with NPR.

NPR Distribution's submission maintained their focus on providing distribution services consistent with the status quo in general while managing a migration away from the use of satellites. PMI's submission incorporated a similar view of providing core services, while proactively addressing emerging needs, and supporting future innovation and sustainability. PMI's approach to the RFP response was found to better match CPB's vision for a selected entity to continue and evolve public radio services for the entire system.

Below is a summary of the key findings and considerations from the RFP responses and the subsequent Q&A follow-up. Additional strategic considerations are also listed below.

CONFIDENTIAL                                                                        CPB_0389589

## II. Key Findings

The findings below are drawn from an analysis of several sources of information: the RFP responses, follow-up questions and answers exchanged via email with PMI, insights gathered during the Q&A session with PMI, and Deloitte's direct knowledge of the system and PRSS services from work conducted in prior years.

The ratings are a result of a structured and objective analysis approach and may serve as a useful input for CPB's overall evaluation of the RFP responses as they consider which entity is best positioned to manage and govern public radio content distribution services.

Each area of the RFP was evaluated based on how closely the responses, from the RFP and any additional follow-up, aligned with the requirements outlined by CPB. To ensure clarity and consistency, the ratings for each scoring criterion are represented as follows:

- **H (High)** indicates there is a high degree of confidence based on the information provided that the entity can fulfill the full RFP requirement in a stable state by the end of the three-year funding term.
- **M (Medium)** indicates there is a mid-level degree of confidence based on the information provided that the entity can fulfill the RFP requirement in a stable state by the end of the three-year funding term. This can mean one of several situations:
  - There is a high degree of confidence in only some of the service reaching a stable state in the timeframe
  - The information provided does not show a clear path to achieving a stable state in the timeframe
- **L (Low)** indicates there is a low degree of confidence based on the information provided that the entity can fulfill the full RFP requirement in a stable state by the end of the three-year funding term. This can be due to the lack of vision and/or plan included in the response(s).

Below is a summary of the areas assessed, the corresponding ratings, and the summary findings from the evaluation. To support the findings in the table, the appendix captures the source of the information used to determine the rating for each criterion, marked with a superscript note [1-21].

| CPB RFP Scoring Criteria | NPR Rating | PMI Rating | Summary of Findings from RFP Responses and available email and in person Q&A Responses |
|---|---|---|---|
| **Governance** | M | H | - NPR[1]: Existing structure in place, with one proposed adjustment to board to be added for digital services representation; does not fully address CPB's requirement for governance without a single organization holding majority control or undue influence<br>- PMI[2]: Interim structure to be in place during transition, with roadmap to being fully operational with system-wide representative board structure and leadership organization in place 1Q 2026 |

2

CPB_0389590

| CPB RFP Scoring Criteria | NPR Rating | PMI Rating | Summary of Findings from RFP Responses and available email and in person Q&A Responses |
|---|---|---|---|
| **Technical and Operational Readiness:** | -- | -- | -- |
| Audience Measurement | L/M | H | • NPR[3]: Not a current service; no plan or directional architecture included, however resourcing costs are included to develop a plan; estimated costs for building or buying a solution not included<br>• PMI[4]: Plan to design solution with estimated costs and proposed architecture included in the proposal |
| Content Distribution | H | H | • NPR[5]: Existing service with PRSS leveraging several technologies to facilitate connectivity in the system; plan over the three years to transition from satellite-first distribution solution to internet-first solution<br>• PMI[6]: Plan and costs included to support PRSS with its existing satellite and distribution connectivity, while transitioning to IP delivery in the three-year term. Existing file-based delivery service with PRX Exchange and APMG as current backup for PRSS |
| Content Management | H | H | • NPR[7]: Existing services with ContentDepot and ContentDepot Edge; ongoing costs included in proposal<br>• PMI[8]: Expand existing services with the Exchange to support real-time audio delivery and management, and program metadata; plan and costs included in proposal |
| Content Lifecycle and Storage | H | H | • NPR[7]: Existing service with ContentDepot; ongoing costs included in proposal<br>• PMI[8]: Expand existing services with the Exchange to support real-time audio delivery and management, and program metadata; plan and costs included in proposal |
| Data and Analytics | L/M | H | • NPR[3]: Not a current service; no plan or directional architecture included, however resourcing costs are included to develop a plan; estimated costs for building or buying a solution not included<br>• PMI[4]: Plan to design solution with estimated costs and proposed architecture included in the proposal |
| Emergency Alerting | H | H | • NPR[9]: Existing service providing PEP feed from FEMA to stations and EAS device at NOC<br>• PMI[10]: Continue supporting PRSS in providing primary service and APMG with backup |
| Monitoring and Control | H | M/H | • NPR[11]: Existing service with NOC technology and staff; ongoing operating costs included in the proposal<br>• PMI[12]: Monitoring approach captured in several sections – Content Distribution, Emergency Alerting Services, Operational and Technical support, with demonstrated capability at APMG; directional plan |

CONFIDENTIAL

| CPB RFP Scoring Criteria | NPR Rating | PMI Rating | Summary of Findings from RFP Responses and available email and in person Q&A Responses |
|---|---|---|---|
| | | | included for consolidated monitoring and visibility, without specifics included for stations |
| Operational Support | H | H | • NPR[13]: Existing service with demonstrated support for Content Distribution, Content Management, Content Lifecycle & Storage, Emergency Alerting, Monitoring and Control, Operational Support, Technology Support<br>• PMI[14]: Plan to leverage operational support from service providers and partner channels, managed through SLAs; support costs included in proposal; plan included to improve station support |
| Sponsorship Technology | M/H | H | • NPR[15]: Expansion of ContentDepot Edge to support digital needs; directional plan, architecture and costs to achieve are not included in the proposal, however degree of confidence is based on the existing capability of ContentDepot<br>• PMI[16]: Plan to design and expand solution based on Dovetail, including adding streaming support with sponsorship insertion; estimated costs and proposed architecture included in the proposal |
| Techology Support | H | H | • NPR[17]: Plan to use existing in-house technology support and outsourced services where relevant; SLAs included in proposal<br>• PMI[14]: Plan to leverage operational support from service providers and partner channels, managed through SLAs; support costs included in proposal; plan included to improve station support |
| **Sustainability** | M | H | • NPR[18]: Focus on maintaining revenue from stations and content providers for interconnection services; included limited examples of additional opportunities, i.e., developing ContentDepot Edge TM platform to capture commercial market share from customers migrating from satellite to terrestrial<br>• PMI[19]: Plans include scaling sponsorship technology service, customizable sponsorship, digital advertising exchange, programmatic advertising integration, and more for both stations and producers, with directional approach during grant period and after |
| **Cost** | H | H | • NPR[20]: $25M over 3 years, does not include costs for Audience Measurement and Sponsorship Technology solutions, though costs are included for resources to assess needs and design a solution<br>• PMI[21]: $34M over 3 years, including Audience Measurement ($2.9M), Sponsorship Technology ($4.4M), SRG Fiscal Sponsorship costs ($1.8M) |

4

CPB_0389592

## III. Strategic Considerations

Both RFP responses present technically viable options for content distribution services and demonstrate that the responding entities possess the necessary capabilities to support the core technical and operational requirements for public radio content distributions, ensuring continuity and reliability for the system. Both entities' costs are comparable for the services that both bid and the cost differential in the total cost estimate is primarily attributable to PMI including costs for more of the requested services in their proposal.

Looking ahead, governance will be a critical factor in maintaining affordable access and costs for all stations. NPR Distribution's existing services are recognized for providing efficient solutions, which is an advantage for stations with limited budgets. On the other hand, PMI has outlined more diverse and ongoing plans for revenue generation, which could help offset the potential for higher solution costs, especially as services are expanded. We recommend that CPB seek confirmation from both responding entities that all content from existing content providers can continue to be delivered to stations in a cost manageable way.

Given the challenges that both entities are likely to face during the transition and implementation phases, it is recommended to extend the funding grant period and appropriate funds to five years. A longer grant term, however, should allow additional focus and resources directed toward initial transition activities, acceleration of planning activities for growth areas and service expansion based on system input and used to further promote sustainability in the longer term.

Insights from the Kerney report conducted in 2023 highlight the need for creative technology solutions to ensure the enduring sustainability of the public media system[22]. The Deloitte engagement conducted in 2024 included feedback from stations noting variation in local station capabilities, design processes reflecting legacy media landscape, and inconsistencies in digital distribution. This feedback indicates current public radio service providers have been slow to adopt change, which raises concerns about their long-term viability. As technology and infrastructure continue to evolve - flexibility, adaptability and scale are critical characteristics of any service provider(s). Considering evidence from the Kearny report and our experience with comparable transformation efforts, we recommend a strategy that embraces new approaches and takes calculated risks to better serve the public radio system in the next three years and beyond. PMI's forward-looking approach to this effort and their RFP responses summarized in the table above illustrate a better match to the requirements defined by CPB in the RFP.

Historically, CPB has successfully leveraged collaborative structures to effectively drive the funding of services for the public radio system. Building on this foundation, there are continued opportunities to both strengthen current partnerships and explore additional partnership scenarios to deliver the best environment for the public radio system to thrive.

CONFIDENTIAL

CPB_0389593

## IV. Appendix

The table below includes the source information used for the findings above. The Note column header refers to the superscript notes contained in the table in section II. Key Findings above.

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| 1<br><br>NPR<br><br>*Gov* | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>1.1.1 Legal and Organizational Structure | "NPR is governed by a 23-member Board of Directors ("NPR Board"), which consists of 12 individual member station managers who are elected by their fellow NPR members, and 11 other directors. The 11 other directors include NPR's President and Chief Executive Officer, the Chairperson of the NPR Foundation Board of Trustees, and nine prominent members of the public elected by the NPR Board and confirmed by NPR members." |
|  | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>1.2.1 Governance Structure | "If NPR's proposal is selected, NPR will change the current composition of the D/I Committee, by action of the NPR Board, to add a new seat designated for a person with digital distribution expertise. This new seat would not be held by an NPR Board member or by an ARep. Bringing this dedicated digital distribution expertise to the D/I Committee would enhance service to the system by providing parallel oversight of the digital distribution work performed by managed service partnerships." |
| 2<br><br>PMI<br><br>*Gov* | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>1.1 Overview of the Entity | "Through calendar year 2025, SRG will serve as fiscal agent for the Interconnection grant, while the PRX Board of Directors will provide legal and financial oversight during the transition to an independent nonprofit organization." |
|  | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>1.2 Governance Approach | "The board structure emphasizes three key principles: representation (reflecting the breadth and diversity of communities served), capacity (pairing service to underrepresented populations with the sophistication to operate at scale), and adaptability (designing for a future that will be unlike our past).<br><br>The initial board will grow to thirteen members including:<br><br>Five Charter Member Representatives (serving initial 4-year terms)<br><br>Five Station Representatives (nominated through open calls reflecting geographic, license type, budget, and audience diversity)<br><br>Three Non-Station Stakeholder Members (including expertise in technology, finance, law, or audience engagement, including a representative from the Public Radio Satellite Interconnection Charitable Trust)<br><br>Initial appointments will be made by consensus among the charter members and staggered across three years to ensure continuity and prevent any single organization or interest from dominating governance decisions" |

CONFIDENTIAL

CPB_0389594

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| 3<br><br>NPR<br><br>*Aud /*<br>*Data* | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>Page 6 footnote for "Audience Measurement" | "As described in 2.2.1a, NPR Distribution will work with subject matter experts from other NPR teams to understand the scope, identify gaps, and develop solutions." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.2.1a Audience Measurement and Data Analytics | "However, NPR Distribution will aim to provide comprehensive measurement and analytics for content distributed through its platforms and partner with stations to gather detailed insights on reach, engagement, and performance across broadcast and digital channels.<br><br>NPR Distribution will apply its business analysis framework to evaluate stakeholder needs, existing market solutions, and cost-effectiveness. This process will include collaboration with teams across NPR that have subject matter expertise and experience gathering audience information and other key data points for NPR programming. Based on the results of the business analysis process, NPR Distribution will explore opportunities to scale existing tools to cover a greater range of public radio programming and/or buy or build new technology tools needed to provide this service.<br><br>Any expanded measurement capabilities will be designed on an opt-in basis, respecting stations' existing vendor relationships and measurement strategies while ensuring that essential distribution services remain fully funded and operationally excellent." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.2.10 Product and Service Development | "NPR Distribution has decades of experience providing the majority of the Services, with the exception of Audience Measurement and Data and Analytics. Additional information on NPR Distribution's planned approach to these services is included in the service approach and architecture descriptions in Section 2.2.1. " |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.3.1 Transition Plan | "NPR Distribution currently provides all services directly to stations and content producers except Audience Measurement and Data and Analytics. In the immediate term, NPR Distribution will continue to provide all current services using existing technologies and personnel. The efforts illustrated in Image 6 and described below are required to transition services from current systems to the next-generation systems described in Section 2.2.1." |
| | [RFP Response Doc]<br><br>NPR – Cost Proposal.xlsx<br><br>Tab: A.1 Summary | Screenshot from document showing resource costs to plan for the Service, but no development, purchase or implementation costs across the three-year budget. |

7

CPB_0389595

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | |  |
| 4<br><br>PMI<br><br>*Aud /*<br>*Data* | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.1 Service: Audience Measurement, Data and Analytics | "Note: We have combined Audience Measurement with Data and Analytics." |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.1.1 Approach | "Data Consortium: When a group of organizations wish to collaborate through data sharing, a typical mechanism is to establish a data collaborative or consortium. ... PMI's role will be to establish and manage the consortium and select the org(s) to provide and support the service itself.<br><br>Comprehensive Analytics Platform: PMI will create or work with others to create a new shared data analytics and insights platform for the system. We will tap into the expertise existing in the system today." |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.1.2 Technical Architecture | Screenshot from document showing directional architecture for Audience Measurement, Data and Analytics. |

8

CONFIDENTIAL

CPB_0389596

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-----------------------------------|
| | | 2.1.2 Technical Architecture<br><br>For illustration purposes, please see below a comprehensive platform architecture, which will be refined with greater input.<br><br> |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Cost Proposal.xls<br><br>Tab: Vendor Direct Services | Screenshot from document showing cost included for Audience Measurement and Data and Analytics.<br><br>RFP Response on Behalf of PMI Proposal<table><tr><td>CORE RFP Service Delivery</td><td>3 year total</td></tr><tr><td>TBD - Audience Measurement</td><td>$2,850,000</td></tr></table> |
| 5<br><br>NPR<br><br>*Distr* | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf 2.2.1.b Content Distribution | "NPR Distribution will manage and provide content distribution services to interconnected stations and content producers directly. Content producers will deliver live and file-based programming to centralized headend systems maintained and managed by NPR Distribution (see "Content Management" for more information on audio content ingest systems). NPR Distribution will continue to use custom audio-routing software and state-of-the-art audio over Internet Protocol (AoIP) equipment and protocols to route audio to encoders. Encoders will generate multiple simultaneous audio streams and deliver them to ContentDepot ® Nebula, a cloud-based content delivery network (CDN)." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf 2.2.2 Connectivity | "To provide Content Distribution services, NPR Distribution will continue to use multiple technologies to facilitate connectivity between content providers and Service Recipients. Over the next three years – from October 1, 2025 to September 30, 2028 – NPR Distribution will implement a phased transition from the current satellite-first distribution solution toward an internet-first solution. Throughout this period, NPR Distribution will use a hybrid approach with both satellite and internet-based solutions available to deliver content to stations.<br><br>Initially, geostationary satellite connectivity will remain the primary connection for live and file-based audio distribution. A significant majority of stations are small operations, with limited resources to support changes to their technology infrastructure, and some stations are located in remote and rural areas without reliable high-speed internet access. Satellite distribution currently provides the most affordable and reliable means to deliver content to these stations, |

9

CPB_0389597

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | | many of which play an essential role in serving remote communities without access to alternative sources of local news. To serve stations across the country, NPR Distribution will continue to lease the necessary bandwidth for distribution on Intelsat's Galaxy 16 satellite, and maintain and operate satellite uplink facilities.<br><br>In parallel, NPR Distribution will complete the research, development, and testing necessary to create a viable platform to support distribution over the public internet. In 2027, NPR Distribution will begin to roll out the new ContentDepot ® Edge TM device and internet distribution platform to stations. This will allow stations to use any stable public internet connection available at their studios – including wired cable or fiber connections, 5G wireless connections, and low-earth orbit (LEO) satellite internet (e.g., Starlink) – to receive live and file-based content." |
| 6<br><br>PMI<br><br>*Distr* | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.2 Content Distribution<br><br>2.2.1 Approach | "The PRX Exchange, with its 20-year track record delivering greater than 20 million files and adoption by hundreds of stations, will continue its role in file-based delivery. We propose evaluating if live stream delivery will be added to the Exchange based on existing cloud services such as LTN (or a similar product company), rather than created from scratch. By starting with a well-adapted broadcast file distribution system utilized by public media organizations, and adding proven live distribution services, we believe PMI can rapidly o'er an IP based solution for all broadcast distribution.<br><br>We propose piloting use of LTN (or a similar product company) for public media distribution, then if successful, moving to build upon their technology for real-time broadcast audio distribution. We would also explore viable alternatives to use a di'erent media delivery services provider such as Encompass (selected by the BBC), or AWS Elemental media services (which are also foundational to LTN). These are choices PMI will make if selected in this RFP process." |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.2.2 Technical Architecture | Screenshot from document showing directional architecture for Content Distribution.<br><br> |

CONFIDENTIAL

CPB_0389598

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | | "IP-Based Live Distribution Development: PMI will evaluate service providers, LTN stands out as a potential provider. LTN is already used widely for video broadcast distribution, 14 both commercial and public, including by GBH and many other stations. Widely-used providers will be an important input to PMI in assessing what is best for the system." |
| | [RFP Response Doc] PRX – with APMG, SRG, NFCB, NYPR – Cost Proposal.xls Tab: Vendor Direct Services | Screenshot from document showing cost included for Content Distribution and other Services. |

| RFP Response on Behalf of PMI Proposal | |
|---|---|
| **CORE RFP Service Delivery** | **3 year total** |
| PRSS and Emergecy continuity | $6,500,000 |
| APM - EAS, NOC support | $2,682,500 |
| PRX - non-live file delivery delivery, content management, data warehousing, distribution, cloud services | $5,340,000 |
| PRX - sponsorship technology, cross promo and sponsorship exchange | $4,423,250 |
| TBD - Contractor for Live over IP + improvements | $2,775,000 |

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| 7 NPR Cont-ent | [RFP Response Doc] NPR Technical Proposal.pdf 2.2.1c Content Management | "NPR Distribution will provide content management services to interconnected stations and content producers directly, using proprietary and custom software solutions. Audio contribution NPR Distribution will leverage the new terrestrial system to allow all interconnected stations and content producers to send live audio to ContentDepot ® from their edge devices. The ContentDepot ® Edge TM device will replace the current contribution method that utilizes commercial, off-the-shelf codecs for terrestrial delivery. While the commercial codecs are highly capable, they have a much higher price point, require more complex network configuration, and do not support remote configuration and management. Content producers will connect the ContentDepot ® Edge TM device directly to their studio equipment. The edge device will accept producer audio in common formats, such as analog, digital (AES3) and AoIP standards (AES67 and Livewire, for example) to maximize interoperability with the variety of studio systems that content producers use. The device will encode live audio to a high-quality Free Lossless Audio Codec (FLAC) stream wrapped in the Secure Reliable Transport (SRT) protocol and stream it to the cloud-based ContentDepot ® Nebula CDN, allowing headend systems to access and retransmit the live audio. ContentDepot ® portal Interconnected stations and content producers will continue to use the ContentDepot ® web portal to manage their programming, content |

11

CONFIDENTIAL

CPB_0389599

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | | subscriptions, and metadata, as well as complete other distribution-related tasks." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.2.1d Content Lifecycle and Storage | "NPR Distribution will continue to integrate specialized storage appliances and database software from external providers with ContentDepot ® to provide content lifecycle and storage services. NPR Distribution will continue to support contracts with the developers of its storage system and database software, outsourcing some complex maintenance and troubleshooting efforts to these vendors." |
| 8<br><br>PMI<br>Cont-<br>ent | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.3 Content Management, Lifecycle and Storage | "We have combined Content Management with Lifecycle and Storage" |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.3 Content Management, Lifecycle and Storage<br><br>2.3.1 Approach | "We propose expanding on the platforms and applications for serving the needs of the system for content management, storage, discovery, and licensing. PMI will determine which platforms and applications best serve the needs of stations and will leverage current platforms and applications in the system.<br><br>As an example, the Exchange is an established and essential provider of broadcast content to the system, with streamlined upload of audio and associated metadata.<br><br>Operating and receiving content for 2 decades, the Exchange was also designed on scalable cloud-based storage to simultaneously act as a live marketplace and a "long tail" archive – there are no automatic or required deletions from the Exchange, and members are provided unlimited storage for their content.<br><br>The Exchange, would need to add integration with Xperi's Rapid product to provide its program metadata in a similar manner to PRSS Metapub. The system would also be enhanced, as noted in the 2.2 Content Delivery Service, for real-time audio delivery in conjunction with a partner like LTN. For content management, that will mean additional metadata for streamed programs, and including stream recording, then upload and storage of real time deliveries as files, breaking them into segments using closures, metadata, or timing as appropriate." |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Cost Proposal.xls | Screenshot from document showing cost included for Content Distribution and other Services. |

12

CPB_0389600

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | Tab: Vendor Direct Services | **RFP Response on Behalf of PMI Proposal** <table><tr><td>**CORE RFP Service Delivery**</td><td>**3 year total**</td></tr><tr><td>PRSS and Emergecy continuity</td><td>$6,500,000</td></tr><tr><td>APM - EAS, NOC support</td><td>$2,682,500</td></tr><tr><td>PRX - non-live file delivery delivery, content management, data warehousing, distribution, cloud services</td><td>$5,340,000</td></tr><tr><td>PRX - sponsorship technology, cross promo and sponsorship exchange</td><td>$4,423,250</td></tr><tr><td>TBD - Contractor for Live over IP + improvements</td><td>$2,775,000</td></tr></table> |
| 9 NPR *Emer* | [RFP Response Doc] NPR Technical Proposal.pdf 2.2.1e Emergency Alerting | "NPR Distribution will continue to offer a 24/7 Primary Entry Port (PEP) feed from the Federal Emergency Management Agency (FEMA) to all interconnected stations as long as the satellite system remains operational." |
| 10 PMI *Emer* | [RFP Response Doc] PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf 2.4 Emergency Alerting Services 2.4.1 Approach | "We propose that to continue to support and cooperate with FEMA as a Primary Entry Point, and in the short term, support PRSS to continue to provide this service via their primary NOC at NPR in DC and at APMG in Saint Paul, Minnesota. This support and service should 21 continue until alternate IP based delivery is able to replace this satellite broadcast channel with an IP based stream and resilient connectivity at both the origin points (e.g. primary and backup NOCs) and stations. While it is important to maintain what is working, this EAS system existing infrastructure is decades old and close to end of life. The hardware is no longer commercially available. We propose maintenance of the existing EAS system must be done while also partnering with FEMA in designing the next-generation emergency alerting system. Our goal is a robust emergency alerting system that allows for specific targeting at several different levels of geography.<br><br>As a new system comes into place, PMI will maintain the relationship with FEMA and testing and certification requirements for participation in EAS. If ongoing NPR inclusion cannot be negotiated, we will consider alternate sites such as APMG in St. Paul, NYPR in NYC, GBH in Boston, APMG's SCPR Mohn Broadcast Center in Pasadena, CA, or through consolidating NOCs with PBS." |
| 11 NPR *Mon / Ctrl* | [RFP Response Doc] NPR Technical Proposal.pdf 2.2.1f Monitoring and Control | "NPR Distribution will continue to provide system monitoring and control services directly, using a combination of real-time automated monitoring technology and manual interventions from NOC staff. Because system reliability is essential for stations and content producers, NPR Distribution will continue to ensure that staff are on-site 24/7 at the NOC to monitor system performance and troubleshoot issues immediately when they arise. Staff will continue to conduct routine manual monitoring tasks, including listening to audio to ensure |

13

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-----------------------------------|
| | | streams successfully transition from one program to the next, checking files uploaded by producers before they are distributed, and more. <br><br> In addition, NOC technicians will continue to review and respond to alerts raised by automated monitoring systems. NPR Distribution will continue to use a combination of third-party and custom monitoring systems to alert NOC technicians to system performance issues. These systems alert NOC technicians in real-time when issues such as network outages, silence on audio streams, failed file delivery, and late cueing occur. <br><br> NPR Distribution will also provide tools to help stations and content producers monitor the ContentDepot ® Edge TM devices installed at their stations. The edge devices will send performance metrics and alerts back to the ContentDepot ® headend routinely. This monitoring data will be displayed in the ContentDepot ® web portal, allowing stations and content producers to check the health of their equipment independently. In addition, the edge devices will support remote access, making it easier for NPR Distribution's support staff to troubleshoot issues with devices deployed at stations." |
| 12 <br><br> PMI <br><br> *Mon /* <br> *Ctrl* | [RFP Response Doc] <br><br> PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf <br><br> 2.6 Operational and Technical Support <br><br> 2.6.1 Approach | "The role of the PMI will be to set and verify standards by ensuring expected support SLAs (Service Level Agreements) are set in contracts and by regularly monitoring quality of service metrics such as uptime and incident volume, and for quality of support metrics like mean time to resolution (MTTR), and first call resolution (FCR)." <br><br> "Day to day operations by the Service providers will be expected to meet the SLAs through appropriate staffing, monitoring, alerting, and automated scaling and incident response. Making use of monitoring and alarm systems (e.g., physical sensors, audio monitoring) to scan outputs, intaking employee reports, and use of a standard escalation process for 24/7 resolution, APMG demonstrates excellence in operational support. PMI will provide this service not only by continuing to support PRSS, but also for the next version of services like IP based delivery of content to Service Recipients. For proposed and future services, PMI will provide Tier 1 and Tier 2 support, and manage communication of Tier 3 support from service providers like PRSS/ContentDepot, LTN or PRX." |
| | [RFP Response Doc] <br><br> PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf <br><br> 2.6 Operational and Technical Support <br><br> 2.6.2 Technical Architecture | "Infrastructure as Code (IaC) provisioning includes definition of zero trust-based security policies, and monitoring on all services and applications. The IaC definitions create multiple thresholds and alerts per service, including alerts for individual errors, warnings for lower thresholds on metrics, and then critical and fatal alarms on higher threshold issues. These alerts are recorded and sent through multiple channels to support staff, including texting senior technical staff for response to fatal alarms. These processes both minimize incidents and their impacts, but also rapid visibility and response." |

CONFIDENTIAL

CPB_0389602

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| 13<br><br>NPR<br><br>*Ops* | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.4 Operational Support<br><br>2.4.1 Operations Management | "NPR Distribution will continue to manage daily system operations directly, leveraging the expertise of its team of NOC technicians. The NOC will continue to be staffed 24/7, with technicians monitoring the system, managing the help desk, and providing technical support to stations and content producers. Additional details are included in Section 2.2.1." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.2.1.g Operational Support | "NPR Distribution will continue to update the NOC's monitoring tools and seek to automate manual system management processes to generate efficiencies in its system management workflows. Updating monitoring tools will help NOC technicians detect and correct performance issues more quickly. In addition, increased automation will reduce the risk that human error will disrupt transmissions to stations. Taken together, these factors improve the reliability of the PRSS, ensuring NOC technicians can quickly restore functionality in the event of an outage, limiting the amount of downtime when the system is not available, and reducing outages caused by human error." |
| 14<br><br>PMI<br><br>*Ops and Tech* | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.6 Operational and Technical Support<br><br>2.6.1 Approach | "Common to all the delivered services is the need to support smooth and efficient operations for each and across services, and robust and timely technical support for issues big and small, fixing and improving the services, and investigating and preventing problems.<br><br>As describe in "Change Management and Future Development" in the introduction to section 2.0, stations have different capabilities, and so different needs for support. While a baseline of support services as described are below essential, we recognize that the work of adopting and using these services will go beyond basic training and documentation for many stations. For the most capable stations, they may have many Services of their own, while stations with the least resources will require the most support, with ongoing support and adoption of shared service models required to achieve sustainability.<br><br>The role of the PMI will be to set and verify standards by ensuring expected support SLAs (Service Level Agreements) are set in contracts and by regularly monitoring quality of service metrics such as uptime and incident volume, and for quality of support metrics like mean time to resolution (MTTR), and first call resolution (FCR).<br><br>Service providers will be expected to provide prompt information about the status of their services, means to be notified of incidents, and status and metrics for subsystems, ideally publicly available for<br><br>Service recipients to be able to subscribe to and observe directly, such as the status page and notifications provided by PRX https://status.prx.org/. Service recipients will be able to request support or report issues through multiple channels: phone, email, and support portal, such as both APMG and PRX provide today with tools like Zendesk. Likewise they will have access to full public documentation, such as on https://help.prx.org/hc/en-us, but these |

CONFIDENTIAL                                                                                          CPB_0389603

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-------------------------------------|
| | | partner created services like Dovetail will also be run as open source projects such that savvy Service recipients can even go so far 28 as to look into the issue trackers, roadmap, and even code to extend or integrate with the Services.

PMI will also ensure appropriate security practices and standards are established and followed. Security should not be an add on; it must be part of the design, development and deployment of systems and the culture and training of users from the start. These should include Zero Trust practices, such as continuous checking and revalidation of access by users and machines, setting least-privilege access using user and service security policies to minimize potential impact of unauthorized access. Single sign on and MFA will be used for all systems access. Training users in security practices and dangers from social engineering, spear phishing, and AI-generated imposters, will likewise prevent and minimize breaches.

Excellence in operational workflow is essential for maintaining long-term reliable services. The Entity in selecting services and working with providers will include in their criteria for vendor selection su`icient investigation into the experience, size, quality, processes, security practices, data privacy assurances, and audited certifications demonstrating they will be reliable and accountable. The partners in the Entity who will provide Services are experienced and mature in their development and operational procedures, for example APMG has a disaster recovery site and conducts regular testing and training to ensure rapid response. Likewise, PRX runs their applications across global CDN services and multiple cloud regions for business continuity and maintains and trains using runbooks and supporting scripts to respond and recover from production incidents.

Day to day operations by the Service providers will be expected to meet the SLAs through appropriate sta`ing, monitoring, alerting, and automated scaling and incident response. Making use of monitoring and alarm systems (e.g., physical sensors, audio monitoring) to scan outputs, intaking employee reports, and use of a standard escalation process for 24/7 resolution, APMG demonstrates excellence in operational support. PMI will provide this service not only by continuing to support PRSS, but also for the next version of services like IP based delivery of content to Service Recipients. For proposed and future services, PMI will provide Tier 1 and Tier 2 support, and manage communication of Tier 3 support from service providers like PRSS/ContentDepot, LTN or PRX.

Likewise, as an example of how one of our organizations provides operational and technical support, the day to day at PRX is optimized for rapid development and deployment while maintaining highly available services. There are multiple practices employed to maintain quality, such as using continuous integration (CI) and continuous 29 deployment (CD) workflows that ensure all released code and documentation is manually reviewed and approved, but also |

16

CPB_0389604

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | | automatically checked for coding standards, passing unit and integration tests, and every change must pass automated end to end testing in a production like environment before being a candidate for deployment.<br><br>These are not only practices for the application code; PRX has adopted "infrastructure as code" (IaC) where all provisioning and configuration of data center resources are made through machine readable definition files, eliminating manual or console-based management, and ensuring repeatable and fully documented resource provisioning" |
| 14<br><br>PMI<br><br>*Ops and Tech* | [Q&A Response Doc]<br><br>PMI Responses to CPB Questions FINAL.pdf<br><br>Page 5 | "How do you expect Day 1 vs. Day 100 to look for stations?<br>- Day 1: Stations continue using PRSS, EAS, Exchange, and Dovetail exactly as today. Support continues through existing partner channels (help desks, NOC, NFCB hotline). No change in payments (services remain free during grant).  We will focus on clear communications to internal and external stakeholders.<br>- Day 100: Stations see continuity confirmed, new dashboards launched, invitations to advisory panels/cohorts, and zero payment required (services free during grant).  Introduction to the system of new leadership and vision; delivery of Year 1 roadmap and Year 2 and 3 strategic goals; formation of advisory panels.<br><br><br>Where do stations go for support?<br>PRX, NFCB, and APMG help desks will be coordinated and trafficked through PMI.  Tiers of support for new services will be clearly articulated in future RFPs. PMI will also look for synergies and efficiency to offer support across similar products.  We expect PMI to create clarifying documentation and communication to stations for how PMI and service providers are related.<br><br>Where do stations provide payment? Will/how does this change?<br>Services will be either free or significantly discounted during the grant term (through 2028).  During this time, PMI will develop post-grant pricing, most likely based on size of the station's budget and also metered use as it is today." |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Cost Proposal.xls<br><br>Tab: Vendor Direct Services | Screenshot from document showing cost included for Operational and Technical Support.<br><br><table><tr><td colspan="2">RFP Response on Behalf of PMI Proposal</td></tr><tr><td>CORE RFP Service Delivery</td><td>3 year total</td></tr><tr><td>TBD - Operational and Technical Support (APMG, PRX, PRSS and other)</td><td>$1,800,000</td></tr></table> |
| 15<br><br>NPR | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf | "As described in 2.2.1h, NPR is already active in this space for broadcast. NPR Distribution will work with subject matter experts at NPM to explore digital needs, as required." |

CONFIDENTIAL                                                                                                   CPB_0389605

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-------------------------------------|
| *Spon Tech* | Page 7 footnote for "Sponsorship Technology" | |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.2.1h Sponsorship Technology | "NPR Distribution will continue to provide sponsorship technology services for broadcast directly. For broadcast, the ContentDepot ® Edge TM device will be designed with advanced spot insertion capabilities for live programming. Rather than inserting spots at the headend – which limits producers to one spot per program stream – NPR Distribution will configure the new system to insert sponsorship audio into live and file-based programs on the edge device at each station or transmitter site. This will allow content producers to offer targeted sponsorship audio for different 22 geographic areas and station formats (e.g., talk, music, etc.). Targeted sponsorship expands the available sponsorship inventory and increases the potential revenue from sponsorship.<br><br>NPR Distribution will also take advantage of encoding functionality on the ContentDepot ® Edge TM device (see "Content Management") to allow interconnected stations to use the device as managed web stream encoders. Paired with a third-party cloud host and ad server, NPR Distribution will offer a complete web streaming solution that is simple to use. As part of this service, NPR Distribution will integrate targeted sponsorship content with local and national program audio.<br><br>For other online platforms (e.g., podcasts, on-demand website and app content, etc.), NPR Distribution will use a third-party spot inventory management platform. Content producers already use various digital publishing tools with spot insertion capabilities successfully. Integrating an existing tool with ContentDepot ® will allow NPR Distribution to deliver sponsorship technology services effectively and simplify station and content producer workflows without the added cost of building and maintaining a new custom tool. In selecting a tool, NPR Distribution will seek to take advantage of the sponsorship and underwriting expertise of National Public Media (NPM), NPR's sponsorship representative, to enhance NPR Distribution's understanding of the sponsorship process and related tools used across the public media system." |
| 16<br><br>PMI<br><br>*Spon Tech* | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.5 Sponsorship Technology<br><br>2.5.1 Approach | "Building on CPB's investment in Dovetail, we will expand adoption of the Dovetail suite of applications to serve as the public media system's shared infrastructure for audio content management, campaign execution, performance analytics, and monetization. Some organizations leverage other technology and systems, and we will support that optionality. We will prioritize continuing to make Dovetail interoperable with a variety of systems used throughout public media as a key principle.<br><br>Dovetail is a proven, scalable, mission-aligned platform built specifically for the needs of nonprofit audio publishers and currently used by over 250 station-based shows. It has served more than six |

CONFIDENTIAL

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-----------------------------------|
| | | billion downloads and is certified by the IAB for podcast ad delivery— making it the only nonprofit provider with that distinction<br><br>Dovetail offers capabilities far beyond simple sponsorship insertion. It supports dynamic sponsorship insertion (aka DAI), real-time streaming integration, campaign targeting and forecasting, and feed segmentation for subscription, membership, and sponsorship-based listening experiences. These capabilities are essential for growing digital revenue in ways that reinforce public media's mission and protect editorial independence and listener trust. 23 We propose further investment in Dovetail to add streaming support with sponsorship insertion. While campaign insertion is supported by integrating with audio streaming, this would provide stream serving without needing a separate service." |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>2.5 Sponsorship Technology Services<br><br>2.5.2 Technical Architecture | Screenshot from document showing directional architecture for Sponsorship Technology Services.<br><br><br><br>**2.5.2 Technical Architecture**<br>For illustration purposes, please see below a comprehensive architecture, which will be refined with greater input. |
| | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Cost Proposal.xls<br><br>Tab: Vendor Direct Services | Screenshot from document showing cost included for Sponsorship Technology.<br><br>**RFP Response on Behalf of PMI Proposal**<br><br>| CORE RFP Service Delivery | 3 year total |<br>|---|---|<br>| PRX - sponsorship technology, cross promo and sponsorship exchange | $4,423,250 | |

CONFIDENTIAL

CPB_0389607

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| 17<br><br>NPR<br><br>*Tech* | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>2.2.1i Technology Support | "NPR Distribution will continue to use a combination of in-house technical expertise and outsourced services for technology support.<br><br>To prevent hardware failures and address security vulnerabilities due to aging and unsupported devices, NPR Distribution will continue to virtualize (when possible) and replace (when virtualization is not practical or possible) hardware across the ContentDepot ® system that has reached the end of its useful life. The useful life (also known as the "service life") of technology equipment is the duration during which it can be expected to perform its desired function without issue, and is closely tied to how long an equipment manufacturer will support a piece of hardware. Relying on older devices that are not supported by their vendors and do not receive firmware (i.e., software that controls the device) updates increases the risk that a piece of equipment will fail unexpectedly, become increasingly vulnerable to security breaches, or lose compatibility with other devices and software systems.<br><br>To mitigate these risks, NPR Distribution will continue to explore options to virtualize functions currently performed by specialized hardware. Virtualization entails replacing specialized equipment with software that performs the same functions. This can reduce technology infrastructure costs, increase system flexibility and integration options, and extend the useful life of a product. When virtualization is not practical, NPR Distribution will continue to replace aging hardware with new, more reliable, and more secure devices.<br><br>NPR Distribution also will continue to manage and renew its third-party support contracts with key outsourced system vendors. These contracts mitigate the risk of security breaches, and hardware and software failures, by ensuring NPR Distribution can: 1) receive hardware repairs 23 to prevent equipment failures; 2) correctly perform upgrades to fix bugs and patch security vulnerabilities; and 3) correctly integrate equipment and software systems with other systems, preventing compatibility issues. Third-party manufacturers and developers provide support to NPR Distribution to modify software code and disassemble and repair hardware, as well as to integrate and upgrade their systems." |
| 18<br><br>NPR<br><br>*Sust* | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>3.2 Business Model<br><br>3.2.1 Revenue Generation | "NPR Distribution's 387 service recipients pay interconnection fees based on their total station revenues, and 60+ producers, including NPR and APM, pay ContentDepot ® usage rates. This stable base covers operational costs and provides the foundation for the revenue model.<br><br>The primary revenue expansion opportunity lies in commercial markets, where broadcasters are actively seeking cost-optimized alternatives as C-Band spectrum faces increasing FCC pressure and traditional satellite solutions become less viable. Commercial customers are optimizing for cost, creating demand for competitively priced, reliable distribution services. |

CONFIDENTIAL    CPB_0389608

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-----------------------------------|
| | | NPR Distribution's ContentDepot ® Edge TM platform is being developed specifically to capture market share from customers migrating from satellite to terrestrial platforms. The ContentDepot ® Edge TM terrestrial receivers are designed as viable replacements for satellite distribution solutions, and targeting cost-conscious commercial operators will position NPR Distribution to win broader broadcast distribution market share." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>3.2 Business Model<br><br>3.2.2 Monetization Approaches | "For producers, A. T. Kearney, Inc., a consultant engaged by NPR Distribution and supported by CPB, identified automated playout and localization service as a revenue generator. Enabling regional underwriting segmentation and automated spot insertion unlocks revenue by reducing underwriting fallout for stations.<br><br>For the public radio mission, products will be offered on an opt-in basis, allowing stations to decide what best suits their individual businesses. The platform can grow organically into a "station-in-a-box" offering, particularly benefiting small stations by enabling operation with minimal human involvement. Currently, interconnected stations automatically receive access to all new products and features at no additional cost. In the future, the billing model could evolve to a base interconnection fee covering a broad set of services, with à la carte add-on features and services available for an additional fee, allowing continued innovation for stations that can afford extra support.<br><br>ContentDepot ® is a robust content delivery system, currently delivering thousands of media files daily through redundant on-premise data centers and cloud-hosted CDNs. Expanding to video file distribution would require minimal effort, primarily involving adjustments for managing larger media files and modifying existing automated quality control routines." |
| | [RFP Response Doc]<br><br>NPR Technical Proposal.pdf<br><br>3.2 Business Model<br><br>3.2.5 Three-Year Financial Projections | Screenshot from document on other revenue projections.<br><br>**3.2.5 Three-Year Financial Projections**<br><br>| | FY26 | FY27 | FY28 |<br>|---|---|---|---|<br>| Services revenue | $8,811,541 | $9,561,541 | $10,311,541 |<br>| Other revenue | $400,000 | $400,000 | $400,000 |<br>| Total revenue | $9,211,541 | $9,961,541 | $10,711,541 | |
| 19<br><br>PMI<br><br>*Sust* | [RFP Response Doc]<br><br>PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf<br><br>3.2 Business Model<br><br>3.2.2 Revenue Strategy | "Multi-Channel Monetization: Development of public media ad networks and exchanges, enhanced sponsorship technology, and membership/subscription service integration.<br><br>Shared Services Efficiency: Cost optimization through collective negotiating power, reduced operational duplication, and economies of scale in technology procurement and management.<br><br>Innovative Revenue Generation: Digital advertising exchange, programmatic advertising integration, and enhanced analytics services that enable stations to optimize their individual revenue strategies." |

21

CPB_0389609

| Note | Source | Excerpt in "" or Notes from Source |
|---|---|---|
| | [RFP Response Doc] PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf 3.2 Business Model 3.2.3 Near-Term Revenue and Value Creation (During Grant Period) | "PMI will focus on enabling monetization opportunities for stations and producers by: • Launching and scaling a sponsorship technology service that supports digital audio advertising and broadcast underwriting. This platform will generate real value for participants and can become a revenue stream for the system. • Building tools for targeted and customizable sponsorship (e.g., dynamic ad insertion, content versioning), enabling local revenue generation at scale. • Establishing a shared measurement and analytics system to help stations demonstrate reach and performance to sponsors, funders, and partners. Though no fees will be charged to stations during the grant period, these efforts are designed to prepare for a post-grant monetization strategy." |
| | [RFP Response Doc] PRX – with APMG, SRG, NFCB, NYPR – Technical Proposal.pdf 3.2 Business Model 3.2.4 Post-Grant Sustainability Strategy | "Beginning in Year 3, PMI will develop and test multiple paths to financial sustainability, including: A. Fee-for-Service Models (Phase-In) • Introduce modest fees for premium services (e.g., advanced analytics, white-label hosting, sponsorship integrations) based on station size, usage, or revenue capacity. • Maintain baseline services at no or minimal cost for small and rural stations. • Consider system-wide or state-level subscription models B. Monetization Participation • Revenue share from sponsorship infrastructure: PMI will retain a small percentage of gross ad revenue (e.g., 1-3%) from system-wide sponsorship sold through the shared platform. • Ensure stations and producers retain majority of revenue, with optional national sales partnerships for those who opt in. 32 C. Philanthropic and Public Support • Pursue philanthropic investment from national funders supporting media infrastructure, digital equity, emergency response, or local journalism. • Explore partnerships with state agencies or federal programs aligned with emergency alerting, broadband equity, or community resilience." |
| 20 NPR *Cost* | [RFP Response Doc] NPR – Cost Proposal.xlsx | Tabs include three-year break-out detail, with in-house technical build and support services being the majority of the costs. Audience Measurement, Data and Analytics and Sponsorship Technology (expansion costs to include digital) not included. |

CONFIDENTIAL

CPB_0389610

| Note | Source | Excerpt in "" or Notes from Source |
|------|--------|-----------------------------------|
| 21 *PMI Cost* | [RFP Response Doc] PRX – with APMG, SRG, NFCB, NYPR – Cost Proposal.xls | Tabs include three-year break-out detail, with vendor provided services being the majority of the costs. |
| 22 | PRSS Kearney_Combined 2023 Report Page 6 under the PRSS Observations column | "Many stakeholders believe that bold changes are required for PRSS to adapt to evolving audiences and digital distribution" |

CONFIDENTIAL    CPB_0389611