IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al*. )<br>  )<br> Plaintiffs, )<br>  )<br> v. )<br>  )<br>DONALD J. TRUMP, *et al*. )<br>  )<br> Defendants. ) | Case No. 25-cv-1674 |

**DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S
NOTICE OF CORRECTION FOR EXHIBITS FILED IN SUPPORT
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Corporation for Public Broadcasting ("CPB") files notice of its corrected exhibits, filed in support of its Motion for Summary Judgment, that have been corrected as follows: (1) adding Exhibit BB to the Exhibit Table of Contents, (2) including title pages for the exhibits and (3) correct the reference to "Brian Munipalla" on the Exhibit Table of Contents to "Badri Munipalla."

Dated: October 25, 2025            Respectfully submitted,

                                                  */s/ Peter C. Nanov*
                                                 Jason W. McElroy (D.C. Bar No. 502733)
                                                 Peter C. Nanov (D.C. Bar No. 230021)
                                                 SAUL EWING LLP
                                                 1919 Pennsylvania Avenue NW, Suite 550
                                                 Washington, D.C. 20006
                                                 Tel: (202) 295-6605
                                                 Email:  jason.mcelroy@saul.com
                                                               peter.nanov@saul.com

Jeffrey S. Robbins (*Pro Hac Vice*)
Joseph D. Lipchitz (*Pro Hac Vice*)
SAUL EWING LLP
131 Dartmouth St.
Suite 501
Boston, MA 02116
Tel:  (617) 912-0941
Email: jeffrey.robbins@saul.com
             joseph.lipchitz@saul.com

***Counsel for Defendant The Corporation for Public Broadcasting***

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2025, I caused a copy of the foregoing **DEFENDANT CORPORATION FOR PUBLIC BROADCASTING'S NOTICE OF CORRECTION FOR EXHIBITS FILED IN SUPPORT MOTION FOR SUMMARY JUDGMENT** to be served on all parties and counsel of record via the Court's CM/ECF system.

 */s/ Peter C. Nanov*
Peter C. Nanov