# **EXHIBIT L**

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Wednesday, April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

> The Board reaffirms its commitment as stewards of these appropriated funds to ensuring a public media content distribution system that is cost effective, efficient, and able to meet the future needs of public media in its service to the American public; and

WHEREAS,

> The Communications Act of 1934 (the "Act"), as amended, authorizes CPB to assist in the establishment and development of one or more interconnection systems for the distribution of public telecommunications services so that all public telecommunications entities may disseminate such services at times chosen by the entities (47 U.S.C. Sec. 396(g)(1) (B)); and

WHEREAS,

> CPB is accountable for the expenditure of all public funds appropriated to it, including those for interconnection, to ensure that they are properly used for the purposes intended and in furtherance of the goals established by Congress for public broadcasting; and

WHEREAS,

> On October 2, 2017, the CPB Board of Directors authorized CPB management to negotiate an agreement with NPR for design and implementation of the updated public radio interconnection system for a total grant amount not to exceed $53.5 million, subject to available appropriations; and

WHEREAS,

> On June 6, 2024, the CPB Board of Directors authorized CPB management to negotiate an amendment to the current agreement with NPR for the design and implementation of the updated public radio interconnection system for a total grant amount not to exceed $16.32 million, subject to available appropriations, is set to expire September 30, 2025; and

WHEREAS,

> The CPB management recommends, due to consideration for the importance of continuity of interconnection service to all CSG qualified public radio stations, extending the grant agreement for five years to September 30, 2030, and increasing the funding for the public radio interconnection system.

NOW, THEREFORE, BE IT RESOLVED THAT

> The Board authorizes CPB Management to negotiate an amendment to the existing agreement with NPR for the design and implementation of the updated public radio interconnection system to extend the term by **five years** and increase the funding by up to **$36 million**, as appropriated in FY 2024 and prior.

CONFIDENTIAL