# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, *et al.* )<br>)<br>*Defendants.* ) | Case No. 25-cv-1674 |

## DECLARATION OF JOSEPH D. LIPCHITZ, ESQ.

I, Joseph D. Lipchitz, do hereby state under oath as follows:

1. I am a litigation partner in the law firm of Saul Ewing, LLP and represent the Corporation for Public Broadcasting ("CPB") in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and accurate copy of Ryan Merkley Deposition Exhibit 3.

3. Attached hereto as Exhibit B is a true and accurate copy of the Corporation for Public Broadcasting's Board of Directors Reference Book.

4. Attached hereto as Exhibit C is a true and accurate copy of Clayton Barsoum Deposition Exhibit 10.

5. Attached hereto as Exhibit D is a true and accurate copy of Ryan Merkley Deposition Exhibit 21.

6. Attached hereto as Exhibit E is a true and accurate copy of Ryan Merkley Deposition Exhibit 10A.

1

7. Attached hereto as Exhibit F is a true and accurate copy of Ryan Merkley Deposition Exhibit 10B.

8. Attached hereto as Exhibit G is a true and accurate copy of Board Resolutions dated April 1, 2, 4, 7, and 9, 2025 and Board Minutes dated April 1, 2, 7, and 9, 2025.

9. Attached hereto as Exhibit H is a true and accurate copy of an August 1, 2025 article entitled "Corporation for Public Broadcasting to Cease Operations."

10. Attached hereto as Exhibit I is a true and accurate copy of a Marta McLellan Ross Deposition Exhibit 19.

Signed under the pain and penalties of perjury this 26th day of October, 2025.

*/s/ Joseph D. Lipchitz*
Joseph D. Lipchitz, Esq.