# EXHIBIT A

Message
_____

**From:**       Jon Cyphers [jcyphers@npr.org]
**Sent:**       7/18/2025 8:53:50 PM
**To:**         Badri Munipalla [BMunipalla@npr.org]
**CC:**         Mike Pilone [MPilone@npr.org]; Dick Niles [DNiles@npr.org]; Maryfran Tyler [MTyler@npr.org]; Sophya Chapson
                [schapson@npr.org]
**Subject:**    Re: Pubtech End of PRSS as we know it?


Sounds good, happy weekend!


On Jul 18, 2025, at 3:50 PM, Badri Munipalla <BMunipalla@npr.org> wrote:


I spoke with Nelson.

He said during the A-Reps call earlier this week NPR leadership assured the GMs that PRSS services will
continue — no matter what CPB does with the RFP, and with or without CPB funding.  We can presume this
is a case of GMs not passing that message to their station engineers.

As a policy matter we don't respond to Pubtech chatter. Let's not poke this bear at 5pm
on a Friday.



Get Outlook for iOS
_____
**From:** Jon Cyphers <jcyphers@npr.org>
**Sent:** Friday, July 18, 2025 2:09:15 PM
**To:** Badri Munipalla <BMunipalla@npr.org>
**Cc:** Mike Pilone <MPilone@npr.org>; Dick Niles <DNiles@npr.org>; Maryfran Tyler <MTyler@npr.org>; Sophya Chapson
<schapson@npr.org>
**Subject:** Re: Pubtech End of PRSS as we know it?

Shawn's response in the General channel when it came up there would probably handle it. We could have a
friend post a link to that, but it would be better if it came from someone inside like Heather.

Maybe with the added detail - CPB is not in the governance structure of PRSS. (Period)

Thanks for handling it, these things circle back into the building unfortunately.
- Jon


On Jul 18, 2025, at 12:56 PM, Badri Munipalla <BMunipalla@npr.org> wrote:

Hmmm, I'll run it up the flagpole.
_____
**From:** Jon Cyphers <jcyphers@npr.org>
**Date:** Friday, July 18, 2025 at 1:38 PM



EXHIBIT
Mersley
3
10/61/25

**To:** Badri Munipalla <BMunipalla@npr.org>
**Cc:** Mike Pilone <MPilone@npr.org>, Dick Niles <DNiles@npr.org>, Maryfran Tyler <MTyler@npr.org>, Sophya Chapson <schapson@npr.org>
**Subject:** Fwd: Pubtech End of PRSS as we know it?

Badri-
We probably need a response to this (from NPR?) before it gets out of hand. From Marty Bloss of all people.
- Jon

Begin forwarded message:

**From:** Ben Overbaugh via Pubtech <pubtech@lists.pubtech.org>
**Subject: Re: [Pubtech] End of PRSS as we know it?**
**Date:** July 18, 2025 at 12:20:46 PM CDT
**To:** Chuck <cniday@nrao.edu>, Pubtech <pubtech@lists.pubtech.org>
**Reply-To:** Ben Overbaugh <boverbaugh@rioradio.org>, Pubtech <pubtech@lists.pubtech.org>

!------------------------------------------------------------------|
External Email - Use Caution

|------------------------------------------------------------------!

Interesting!

Ben Overbaugh, CBRE (He/Him)
Chief Engineer
KJZZ * KBAQ * Sun Sounds
Office: 480-774-8412 <(480)774-8412>

On Fri, Jul 18, 2025 at 9:57 AM Chuck via Pubtech <pubtech@lists.pubtech.org>
wrote:

Folks,

Has anyone seen this....

https://urldefense.com/v3/__https://cpb.org/grants/Entity-Manage-and-Govern-Public-Radio-Content-
Distribution__;!!Iwwt!WTNPW8Dj89JF6TZgjrza0fmvZ9fuWZZOqplwg_HlxJJes3GYeqxNtsiPFsBiOVqfz_NYV·
TxRT3_efHy9IQ0N$

Is CPB getting ready to dump PRSS or are they just doing some sort of
periodic re-compete of who runs PRSS?

Thanks to Marty Bloss for bringing this to light.

--
-Chuck Niday, N8DBN-
Technical Specialist IV
Green Bank Observatory (formerly NRAO Green Bank)
https://urldefense.com/v3/__http://www.greenbankobservatory.org__;!!Iwwt!WTNPW8Dj89JF6TZgjrza0f
mvZ9fuWZZOqplwg_HlxJJes3GYeqxNtsiPFsBiOVqfz_NYVTxRT3_efH5OL8yM$ (https://urldefense.com/v
3/__http://www.nrao.edu__;!!Iwwt!WTNPW8Dj89JF6TZgjrza0fmvZ9fuWZZOqplwg_HlxJJes3GYeqxNtsiPFs
BiOVqfz_NYVTxRT3_eflAbeCop$ still works)
-------------------------------------------
Music scheduling software that's flexible, easy, and intuitive...
MUSICMASTER (469) 717-0100 or musicmaster.com
-------------------------------------------
Pubmusic. The Best JAZZ Programming on the Best Stations 24/7.
202.370.6627 info@pubmusic.org
-------------------------------------------
This message is from Pubtech. A service and registered trademark of
Leavens Media Associates LLC. For subscription information go to
https://urldefense.com/v3/__http://www.pubtech.org/__;!!Iwwt!WTNPW8Dj89JF6TZgjrza0fmvZ9fuWZZO
qplwg_HlxJJes3GYeqxNtsiPFsBiOVqfz_NYVTxRT3_efDsQVlJz$

-------------- next part --------------
An HTML attachment was scrubbed...
URL:
<https://urldefense.com/v3/__http://lists.leavens.net/mailman/private/pubtech/attachments/20250718
/578591df/attachment.html__;!!Iwwt!WTNPW8Dj89JF6TZgjrza0fmvZ9fuWZZOqplwg_HlxJJes3GYeqxNtsi
PFsBiOVqfz_NYVTxRT3_efHs3oNOj$ >
-------------------------------------------
Music scheduling software that's flexible, easy, and intuitive... MUSICMASTER (469) 717-0100 or
musicmaster.com
-------------------------------------------
Pubmusic. The Best JAZZ Programming on the Best Stations 24/7. 202.370.6627 info@pubmusic.org
-------------------------------------------
This message is from Pubtech. A service and registered trademark of Leavens Media Associates LLC. For
subscription information go to
https://urldefense.com/v3/__http://www.pubtech.org/__;!!Iwwt!WTNPW8Dj89JF6TZgjrza0fmvZ9fuWZZO
qplwg_HlxJJes3GYeqxNtsiPFsBiOVqfz_NYVTxRT3_efDsQVlJz$

NPR0001341