# **EXHIBIT C**

Message
_____

| | |
|---|---|
| From: | Barsoum, Clayton [cbarsoum@cpb.org] |
| Sent: | 4/11/2025 3:30:18 PM |
| To: | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov]; Ingrassia, Olivia L. EOP/OMB (Intern) [Olivia.L.Ingrassia@omb.eop.gov]; rubydeecalvert@gmail.com; Slavitt, Evan [eslavitt@cpb.org] |
| Subject: | Re: WAVES for the meeting today |
| Attachments: | RubyCalvertLetter.pdf |

Good afternoon, Katie and Olivia.

Thank you once again for meeting with us last week and for your time to discuss public media. Attached, please find a letter from our Board Chair, Ruby Calvert, which further explains the statutory "money tree" we mentioned during our conversation.

We will be sending more detailed information to you in the upcoming weeks. In the meantime, if you have any questions, please do not hesitate to reach out.

Best regards,

Clayton

---

**From:** Sullivan, Katharine T. EOP/OMB <Katharine.T.Sullivan@omb.eop.gov>
**Date:** Thursday, April 3, 2025 at 9:46 AM
**To:** Barsoum, Clayton <cbarsoum@cpb.org>, Ingrassia, Olivia L. EOP/OMB (Intern) <Olivia.L.Ingrassia@omb.eop.gov>, rubydeecalvert@gmail.com <rubydeecalvert@gmail.com>, Slavitt, Evan <eslavitt@cpb.org>
**Subject:** RE: WAVES for the meeting today

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

WAVES flagged Clayton and said he needs to confirm his social security number- I am not sure how to do that except be prepared when you arrive. See you soon – Katie

---

**From:** Barsoum, Clayton <cbarsoum@cpb.org>
**Sent:** Thursday, April 3, 2025 7:38 AM
**To:** Sullivan, Katharine T. EOP/OMB <Katharine.T.Sullivan@omb.eop.gov>; Ingrassia, Olivia L. EOP/OMB (Intern) <Olivia.L.Ingrassia@omb.eop.gov>; rubydeecalvert@gmail.com; Slavitt, Evan <eslavitt@cpb.org>
**Subject:** [EXTERNAL] Re: WAVES for the meeting today

Thank you, Katie. Confirming receipt. We look forward to meeting at 10.

---

**From:** Sullivan, Katharine T. EOP/OMB <Katharine.T.Sullivan@omb.eop.gov>
**Date:** Thursday, April 3, 2025 at 7:30 AM
**To:** Barsoum, Clayton <cbarsoum@cpb.org>, Ingrassia, Olivia L. EOP/OMB (Intern) <Olivia.L.Ingrassia@omb.eop.gov>, rubydeecalvert@gmail.com <rubydeecalvert@gmail.com>,


EXHIBIT Barsoum 10

CONFIDENTIAL

CPB_0229996

Barsoum, Clayton <cbarsoum@cpb.org>, Slavitt, Evan <eslavitt@cpb.org>
**Subject:** WAVES for the meeting today

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi All –

Sorry for the delay – please fill the form below out immediately and let us know when you are done so we can push thru for clearance. Seer you soon!

Katie

https://events.whitehouse.gov/AppointmentRsvpForm?rid=4YF2Q4WXH4

CONFIDENTIAL

CPB_0229997

Dear Ms. Sullivan:

Thank you for the opportunity to meet with you and discuss public media and the role of the Corporation for Public Broadcasting.

As Senator John Barrasso may have told you, I come from a deeply conservative, Republican family. My brother was both Speaker of the House and President of the Senate in the Wyoming Legislature with a large Republican majority. Like him, I am very conservative fiscally and philosophically. My role on the Board of Directors of the Corporation for Public Broadcasting is shaped by my conservative values, fiduciary duties to CPB, and my dedication to responsibly managing the funds CPB receives to best serve the American public. In this regard, I work closely with CPB President and CEO Patricia Harrison.

By way of background, in creating CPB, Congress made clear that it was "a private corporation [to] be created to facilitate the development of public telecommunications and to afford maximum protection from extraneous interference and control."

Regarding CPB's funding allocations, as you know from our statutory authority, more than 70 percent of CPB's appropriation is allocated to direct grants to local rural and urban stations (Community Service Grants to each qualified public television and radio station grantee holding a "non-commercial educational" license from the FCC). No more than five percent is allotted to CPB's administrative costs. Six percent is allocated to "system support, which, for example, provides funding for music and streaming rights for all stations, operating expenses for the distribution of content, some professional development, and various collaborations among public media stations. The remaining funds are statutorily allocated for radio and TV programming, providing for the highly popular National Memorial Day and July 4th Concerts, educational children's content, historical documentaries, and "Southern Storytellers" among other projects.

I believe deeply in the mission of public media, and I believe we are delivering on the legislative intent of the Public Broadcasting Act and our mission every hour of every day. I welcome any additional questions you may have and would be willing to meet with you again to continue our discussion.

Sincerely,

Ruby Calvert
Chair, Board of Directors
Corporation for Public Broadcasting

CONFIDENTIAL

CPB_0229998