# **EXHIBIT E**

**Corporation for Public Broadcasting**

**Amendment #1 to Agreement**

**"Public Radio Satellite System Interconnection Funding FY23-FY24"**

**CPB ID NO. 35393-ISS**

This Amendment No. 1 ("**Amendment #1**") is made and entered into by and between the **Corporation for Public Broadcasting** ("**CPB**"), with offices at 401 Ninth Street, N.W., Washington, DC 20004, and **National Public Radio, Inc.** ("**Grantee**") whose address is 1111 North Capitol Street, N.E., Washington, DC 20002. The parties entered into a Grant Agreement **effective as of October 1, 2023** (the "**Agreement**") and now wish to amend the Agreement, as set forth below.

1. **Capitalized Terms**. Capitalized terms in this Amendment #1 shall be defined as set forth in the Agreement unless otherwise provided herein.

2. **Extension Period**. The parties agree to add an **additional twelve (12) months** to the term of the Agreement from **October 1, 2024, to September 30, 2025** (hereinafter referred to as the "Extension Period").

3. **Section 2.1 – Budget.** For the sole purpose of providing funds for those activities related to the continuity of certain services that will be performed by Grantee during the Extension Period, the parties wish to **add an additional $4,450,000** to the Agreement's Total Project Cost/Budget; consequently, Section 2.1 is hereby deleted in its entirety and replaced with the following language:

    2.1. **Budget**

    (a) The total amount of the budget for this project is **$16,316,755** ("**Budget**" or "**Total Project Cost**"), and is attached hereto as Attachment B. CPB shall reimburse Grantee for its actual fees and expenses ("**Project Costs**") incurred during the term of this Agreement, up to **$16,316,755** ("**Total CPB Commitment**"). Such Project Costs may include expenses related to the Grant Project and Grant Project implementation. Unless otherwise agreed to in a writing signed by the Parties, Grantee agrees that CPB has no obligation to reimburse for any Project Costs in excess of the Total CPB Commitment.

4. **New Attachment A-1 ("Extension Period Workscope")**. The parties wish to incorporate an additional workscope (**Attachment A-1**) into the Agreement that will include only those activities related to the continuity of certain services that will be performed by Grantee during the Extension Period. The parties acknowledge that the addition of Attachment A-1 does not extinguish, diminish or change the services Grantee is currently obligated to provide under Attachment A unless Attachment A-1 explicitly provides otherwise. Attachment A-1 is attached hereto as part of this Amendment #1.

5. **Attachments B (Budget).** The parties agree that the most current Attachment B of the Agreement is hereby deleted in its entirety and replaced with the updated Attachment B (Revised

CPB ID NO. 35393-ISS (Amendment #1)



CONFIDENTIAL

1

CPB_0063000

September 2024) attached hereto as part of this Amendment #1. For this Attachment B (Revised September 2024), CPB expressly waives the limitations on any budget changes described in Section 2.4 of the Agreement.

6.    **Attachment C (Schedule of Deliverables and Disbursements).** The parties agree that the most current Attachment C of the Agreement is hereby deleted in its entirety and replaced with the updated Attachment C (Revised September 2024) attached hereto as part of this Amendment #1.

7.    **Miscellaneous.** All other provisions in the Agreement not specifically amended by this Amendment #1 shall remain in full force and effect.

**[Signature Page to Follow]**

CPB ID NO. 35393-ISS (Amendment #1)

2

CONFIDENTIAL

CPB_0063001

**ACCEPTED AND AGREED:**

**National Public Radio, Inc.**

By: *[signature: Daphne Kwon]*

Print Name:   Daphne Kwon
Title:        Chief Financial Officer and Treasurer
Date:         Sep 27, 2024

**Corporation for Public Broadcasting**

By: *Nick Stromann*
    Nick Stromann (Sep 30, 2024 09:12 EDT)

Print Name:   Nick Stromann
Title:        Acting Chief Financial Officer and Treasurer
Date:         Sep 30, 2024

By: *[signature]*

Print Name:   Patricia Harrison
Title:        President and Chief Executive Officer
Date:         Sep 30, 2024

CPB ID NO. 35393-ISS (Amendment #1)

3

ATTACHMENT A-1

EXTENSION PERIOD WORKSCOPE

"Public Radio Satellite System Interconnection Funding FY23-FY24"
(CPB ID No. 35393-ISS)

This Attachment A-1 ("**Extension Period Workscope**") of Grant Agreement #35393-ISS shall be effective as of, and apply to grant activities that occur during, the extension of the grant period from **October 1, 2024, to September 30, 2025** ("**Extension Period**").

**EXTENSION PERIOD PROJECT ACTIVITIES:**

IN ADDITION to activities outlined in and reported on per Attachment A, NPR will perform and may engage others to collaborate on the following activities ("Activities"). NPR will provide CPB with updates on its progress on each of these Activities in the respective narrative reports as described below.

This Attachment A-1 assumes the REMOVAL of the Draft and Final Proposals as outlined in Attachment A.

1. **CONTINUITY OF SERVICE – PART C – NOC AUTOMATION AND REQUIRED UPGRADES**

    a. **NOC Automation**: NPR will update the existing emergency back-up web streaming service, which NPR maintains as an alternate on-air system for stations in the event of satellite equipment failure.

    b. **Headend Virtualization**: NPR will undertake efforts to reduce costs by replacing headend physical devices/hardware reaching the end of their product lifecycle with software that can provide the same functionality.

    c. **Lifecycle Security Appliances**: NPR will replace three security appliances reaching the end of their useful lives on a priority basis as needed to maintain critical system security.

    d. **Software Library Upgrades**: NPR will upgrade key software and operating systems to satisfy security patches, bug fixes, and compatibility with other systems.

    e. **Continuity of Service Report** – Part C: NPR will provide CPB with an update on the above activities and how each activity supported the goals of Continuity of Service ("**Continuity of Service Report – Part C**") as part of its Narrative Progress Report, as set forth in Attachment C.

2. **CUSTOMER EXPERIENCE PROJECTS – USER SUPPORT AND TRAINING:**

    a. **User Support**: NPR will continue to make system updates, provide station and producer support, and respond to requests for changes as needed to increase system security and compatibility with other, integrated systems. This work may include but is not limited to bug-fixes,

CPB ID NO. 35393-ISS (Amendment #1)

4

security patches, and software updates in accordance with maintaining a secure and functional system.

      b.    **Training**: NPR will provide training, help documentation, webinars and Q&A sessions. as part of its ongoing training and guidance for new and existing customers. NPR will also use Q&A sessions to collect feedback on requested features and identify potential use cases that may not be addressed in the help documentation.

      c.    **Customer Experience Report**: NPR will provide CPB with an update on the activities referenced in this section in the "Customer Experience Report", as part of its Narrative Progress Report, as set forth in Attachment C.

**3.**    **COLLABORATION REPORT:**

      a.    **Collaborative Efforts**: NPR will continue to engage and collaborate with PBS, CPB, and/or CPB's designated consultants by participating in the data collection and future system definition work of the CPB consultant. This engagement may include providing NPR subject matter experts' time, collection and sharing of materials, and input. NPR will also continue to identify areas for collaboration across NPR and PBS.

      b.    **Collaboration Report**: NPR will provide CPB with an update on the activities identified in this Section in the "Collaboration Report", as part of its Narrative Progress Report, as set forth in Attachment C.

CPB ID NO. 35393-ISS (Amendment #1)

CONFIDENTIAL

# ATTACHMENT B
(Revised September 2024, pursuant to Amendment #1)

# BUDGET

## "Public Radio Satellite System Interconnection Funding FY23-FY24"
(CPB ID No. 35393-ISS)

Public Radio Satellite System – Contract Period 10/1/22 – 9/30/2025

| # | Projects | Budget | Period Actuals | Variance | Total Budget | Cumulative Actuals | Variance | Reallocation Threshold |
|---|---|---|---|---|---|---|---|---|
| # | **A. CONTINUITY OF SERVICE** | | | | | | | |
| CS.1-2 | Satellite Capacity and Insurance | | | | 4,474,449 | | | $0 |
| CS.3-CS.8 | Lifecycle Hardware Replacements | | | | 1,829,775 | | | |
| CS.9 | NOC Automation | | | | 200,442 | | | |
| CS.10 | Software Support Contracts | | | | 2,394,245 | | | |
| CS.11 | Station Infrastructure: GEAR* | | | | 323,071 | | | $0 |
| CS.12-CS.21 | System Improvement and Upgrade Projects | | | | 1,544,675 | | | |
| CS.22 | Headend Virtualization | | | | 227,305 | | | |
| CS.23 | Lifecycle Seruity Appliances | | | | 431,971 | | | |
| CS.24 | Software Library Upgrades | | | | 58,489 | | | |
| | **B. CUSTOMER EXPERIENCE** | | | | | | | |
| CE.1 | Customer Account Portal | | | | 151,684 | | | |
| CE.2 | Message Types and Targets | | | | 129,831 | | | |
| CE.3 | Station Playback Improvements | | | | 128,253 | | | |
| CE.4 | Portal Dashboard and Audit | | | | 171,693 | | | |
| CE.5 | Improved Metadata Distribution / Automated Metadata Management | | | | 157,058 | | | |
| CE.6 | Content Workflow and Improved Content Search | | | | 425,085 | | | |

CPB ID No. 35393-ISS (Amendment #1)

CONFIDENTIAL

CPB_0063005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CE.7 | ContentDepot User Support and Training | | | | 152,937 | | |
| | **C. CONVERGENCE** | | | | | | |
| C.3 | Collaboration Work (including PBS co-location project) | | | | 271,186 | | |
| CM | **D. COORDINATION AND MANAGEMENT** | | | | 1,908,227 | | |
| TW | **E. TEMPORARY WORKERS** | | | | 1,336,378 | | |
| | **Grant Total** | | | | **$16,316,755** | | |

CPB ID No. 35393-ISS (Amendment #1)

7

CONFIDENTIAL

CPB_0063006

## ATTACHMENT C
### (Revised September 2024, pursuant to Amendment #1)

### SCHEDULE OF DELIVERABLES AND DISBURSEMENTS

### "Public Radio Satellite System Interconnection Funding FY23-FY24"
### (CPB ID No. 35393-ISS)

All deliverables must be submitted to CPB electronically unless otherwise specified below. If you do not have access to submit deliverables via the portal, contact your CPB Project Officer.

CPB Project Officer: Lainie Tompkins, LTOMPKINS@CPB.ORG, 202-879-9687

Disbursements: All payments are subject to the terms and conditions set forth in the Agreement. CPB funding under this Agreement will be disbursed to Grantee according to the schedule below, upon CPB's receipt and approval of Deliverables, as follows:

| Process Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 6/8/2023 | $0 - PROCESSED | 8421 | Upon Execution |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Contract Execution – Execution Documents | Upon Execution | 27919 | If not already on file, Grantee must submit a completed Form W-9, along with a fully executed Agreement. |
| Financial – Interim | Upon Execution | 27920 | A cumulative financial report showing the costs incurred for the period **October 1, 2022 through December 31, 2022**, including any invoices required pursuant to Section 8 of the Agreement and the related GEAR Reporting sheet. |

| Process Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 6/8/2023 | $0 - PROCESSED | 8429 | 3/9/2023 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Narrative – Interim | 3/9/2023 | 27936 | NPR Request to Fund a Consultant for the Investigation of the Future of Public Radio Content Distribution |

CPB ID. NO. 35393-ISS

8

| Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 6/15/2023 | $1,966,641 - PAID | 8422 | 5/15/2023 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 5/15/2023 | 27922 | A cumulative financial report for the period October 1, 2022 through March 31, 2023; as well as a quarterly financial report for the period **January 1, 2023 through March 31, 2023**, including any invoices required by Section 8 of the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 5/15/2023 | 27921 | A Narrative Progress Report for activities during the period **October 1, 2022 through March 31, 2023**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

| payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 9/14/2023 | $1,175,301 - PAID | 8423 | 8/15/2023 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 8/15/2023 | 27924 | A cumulative financial report for the period October 1, 2022 through June 30, 2023; as well as a quarterly financial report for the period **April 1, 2023 through June 30, 2023**, including any invoices required by Section 8 of the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 8/15/2023 | 27923 | A Narrative Progress Report for activities during the period **April 1, 2023 through June 30, 2023**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts |

CPB ID. No. 35393-ISS

CONFIDENTIAL

|  |  |  | A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |
|---|---|---|---|

| Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 12/20/2023 | $1,387,150 - PAID | 8424 | 11/30/2023 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 11/30/2023 | 27925 | A cumulative financial report for the period October 1, 2022 through September 30, 2023, as well as a quarterly report for the period **July 1, 2023 through September 30, 2023**, including any invoices required by Section 8 of the Agreement and the related GEAR Reporting sheet. |
| Financial - Other | 11/30/2023 | 28167 | A financial certification for the first year of the grant **(October 1, 2022 - September 30, 2023)** |
| Narrative - Interim | 11/30/2023 | 27926 | A Narrative Progress Report for activities during the period **July 1, 2023 through September 30, 2023**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

| Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 3//2024 | $1,985,132 - PAID | 8425 | 2/15/2024 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 2/15/2024 | 27927 | A cumulative financial report for the period October 1, 2022 through December 31, 2023, as well as a quarterly report for the period |

CPB ID. No. 35393-ISS

10

CONFIDENTIAL                                                                                                          CPB_0063009

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| | | | October 1, 2023 through December 31, 2023, including any invoices required by Section 8 of the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 2/15/2024 | 27928 | A Narrative Progress Report for activities during the period **October 1, 2023 through December 31, 2023**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>•    Budget Tracking Summary |

| Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 6/13/2024 | $1,588,312 - PAID | 8426 | 5/15/2024 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 5/15/2024 | 27929 | A cumulative financial report as well as for the period **January 1, 2024 through March 31, 2024**, including any invoices required by the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 5/15/2024 | 27930 | A Narrative Progress Report for activities during the period **January 1, 2024 through March 31, 2024**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>•    Budget Tracking Summary |

CPB ID. No. 35393-ISS

11

CONFIDENTIAL

CPB_0063010

| Anticipated Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 9/15/2024 | Up to $16,316,755; less amounts previously paid | 8427 | 8/15/2024 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 8/15/2024 | 27931 | A cumulative financial report as well as for the period **April 1, 2024 through June 30, 2024**, including any invoices required by the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 8/15/2024 | 27932 | A Narrative Progress Report for activities during the period **April 1, 2024 through June 30, 2024**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

| Anticipated Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 1/15/2025 | Up to $16,316,755; less amounts previously paid | 8428 | 11/30/2024 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Final Certification | 11/30/2024 | 27933 | A signed Certificate of Final Financial Accounting |
| Financial - Final | 11/30/2024 | 27934 | A cumulative financial report as well as for the period **July 1, 2024 through September 30, 2024**, including any invoices required by the Agreement and the related GEAR Reporting sheet. |
| Narrative - Final | 11/30/2024 | 27935 | A Narrative Progress Report for activities during the period **July 1, 2024 through September 30, 2024**, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1): |

CPB ID. No. 35393-ISS

CONFIDENTIAL

CPB_0063011

|  |  |  | • Continuity of Service Report (Parts A and B)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |
|---|---|---|---|

| Anticipated Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 3/15/2025 | Up to $16,316,755; less amounts previously paid | 9858 | 2/15/2025 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 2/15/2025 | 32664 | A cumulative financial report as well as for the period October 1, 2024 through December 31, 2024, including any invoices required by the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 2/15/2025 | 32665 | A Narrative Progress Report for activities during the period October 1, 2024 through December 31, 2024, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A, B, C)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

| Anticipated Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 6/15/2025 | Up to $16,316,755; less amounts previously paid | 9859 | 5/15/2025 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 5/15/2025 | 32666 | A cumulative financial report as well as for the period January 1, 2025 through March 31, 2025, including any invoices required by the Agreement and the related GEAR Reporting sheet. |

CPB ID. No. 35393-ISS

13

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Narrative - Interim | 5/15/2025 | 32667 | A Narrative Progress Report for activities during the period January 1, 2025 through March 31, 2025, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A, B, C)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

| Anticipated Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 9/15/2025 | Up to $16,316,755; less amounts previously paid | 9860 | 8/15/2025 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Interim | 8/15/2025 | 32669 | A cumulative financial report as well as for the period April 1, 2025 through June 30, 2025, including any invoices required by the Agreement and the related GEAR Reporting sheet. |
| Narrative - Interim | 8/15/2025 | 32668 | A Narrative Progress Report for activities during the period April 1, 2025 through June 30, 2025, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A, B, C)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

CPB ID. No. 35393-ISS

14

CONFIDENTIAL

CPB_0063013

| Anticipated Payment Date | Disbursement Amount | Disbursement Number | Deliverable Due Date |
|---|---|---|---|
| 1/15/2026 | Up to $16,316,755; less amounts previously paid | 9861 | 11/30/2025 |

| Deliverable Name | Due Date | Deliverable Number | Description |
|---|---|---|---|
| Financial - Final | 11/30/2025 | 32671 | A cumulative financial report as well as for the period July 1, 2025 through September 30, 2025, including any invoices required by the Agreement and the related GEAR Reporting sheet. |
| Financial - Final Certification | 11/30/2025 | 27933 | A signed Certificate of Final Financial Accounting |
| Narrative - Final | 11/30/2025 | 32670 | A Narrative Progress Report for activities during the period July 1, 2025 through September 30, 2025, comprised of the following sub-reports as described in the Workscope Addendum (Attachment A-1):<br>• Continuity of Service Report (Parts A, B, C)<br>• GEAR Report<br>• Satellite Report<br>• Customer Experience Report<br>• Collaboration Report<br>• Coordination and Management Report<br>• Budget Tracking Summary |

CPB ID. No. 35393-ISS

15

# 35393-ISS - Amendment #1 - Public Radio Satellite System Interconnection Funding FY23-FY24

Final Audit Report                                      2024-09-30

| | |
|---|---|
| Created: | 2024-09-27 |
| By: | Donna Joe (djoe@cpb.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1pZQblOTHDTMZ-xupRl5o4PWEZk8FpkY |

## "35393-ISS - Amendment #1 - Public Radio Satellite System Interconnection Funding FY23-FY24" History

- Document created by Donna Joe (djoe@cpb.org)
  2024-09-27 - 7:14:04 PM GMT- IP address: 68.66.136.192

- Document emailed to Daphne Kwon (dkwon@npr.org) for signature
  2024-09-27 - 7:14:14 PM GMT

- Email viewed by Daphne Kwon (dkwon@npr.org)
  2024-09-27 - 7:29:04 PM GMT- IP address: 172.226.194.5

- Document e-signed by Daphne Kwon (dkwon@npr.org)
  Signature Date: 2024-09-27 - 8:03:50 PM GMT - Time Source: server- IP address: 174.219.236.68

- Document emailed to Nick Stromann (nstromann@cpb.org) for signature
  2024-09-27 - 8:03:52 PM GMT

- Document e-signed by Nick Stromann (nstromann@cpb.org)
  Signature Date: 2024-09-30 - 1:12:57 PM GMT - Time Source: server- IP address: 38.104.30.18

- Document emailed to Patricia Harrison (pharrison@cpb.org) for signature
  2024-09-30 - 1:13:00 PM GMT

- Email viewed by Patricia Harrison (pharrison@cpb.org)
  2024-09-30 - 2:31:14 PM GMT- IP address: 104.28.132.133

- Document e-signed by Patricia Harrison (pharrison@cpb.org)
  Signature Date: 2024-09-30 - 2:31:46 PM GMT - Time Source: server- IP address: 104.28.76.236



cpb Corporation for Public Broadcasting    Powered by Adobe Acrobat Sign

 Agreement completed.
2024-09-30 - 2:31:46 PM GMT


Powered by
Adobe
Acrobat Sign

CONFIDENTIAL                                                                                           CPB_0063016