# EXHIBIT G

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**April 1, 2025**

*unanimously*

WHEREAS,

CPB and NPR are parties to a Public Radio Webcasting Settlement Agreement with SoundExchange, Inc., under which CPB pays royalties for digital streaming of music licensed by SoundExchange, pursuant to the statutory licenses under Sections 112(e) and 114 of the Copyright Act, to public radio stations for a period of five years ending on December 31, 2025; and

WHEREAS,

CPB and NPR wish to extend their Public Radio Webcasting Settlement Agreement for an additional term of five years commencing on January 1, 2026, under terms and conditions that will permit increased streaming of music by public radio stations; and

WHEREAS,

A new Public Radio Webcasting Settlement Agreement must be approved by the United States Copyright Royalty Board which requires the parties to such agreements with terms commencing in January 2026, to submit them for approval to the Copyright Royalty Board.

NOW, THEREFORE, BE IT RESOLVED

That the CPB Board of Directors authorizes CPB management to enter into and submit to the Copyright Royalty Board a Public Radio Webcasting Settlement Agreement with NPR and SoundExchange, Inc., for a five-year term commencing January 1, 2026, and with total royalty fees of $5,000,000.



EXHIBIT
Moy. H 7
10/23/25 RB

CONFIDENTIAL

CPB_0148527

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

Prudent planning is required to safeguard the interests of public media stations.

BE IT RESOLVED,

The CPB Board of Directors directs management to take such steps as necessary and reasonable to execute Community Service Grants for FY 2025 immediately.

CONFIDENTIAL

CPB_0148528

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

> Prudent planning is required to safeguard the interests of the public media system.

BE IT RESOLVED,
The CPB Board of Directors directs CPB president and CEO to review all outstanding projects and in keeping with CPB's stewardship present a list of unpaid contracts to the Board.

CONFIDENTIAL

CPB_0148529

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

Prudent planning is required to safeguard the interests of CPB.

BE IT RESOLVED,

The CPB Board of Directors directs management to take such steps as are reasonable and necessary to protect the full financial interests of the Corporation's employees including but not limited to lifting time constrictions on separation/termination payments, authorizing managing to implement reduction in force agreements, and waive provisions as appropriate that would hinder the execution of such agreements.

CONFIDENTIAL

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

Prudent planning is required to safeguard the interests of CPB and the public media system.

BE IT RESOLVED,

The CPB Board of Directors directs management to take any steps necessary to safeguard the security of staff and premises, including data systems, and implement video/audio recording of the premises to be saved offsite.

CONFIDENTIAL

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Wednesday, April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

> The Board reaffirms its commitment as stewards of these appropriated funds to ensuring a public media content distribution system that is cost effective, efficient, and able to meet the future needs of public media in its service to the American public; and

WHEREAS,

> The Communications Act of 1934 (the "Act"), as amended, authorizes CPB to assist in the establishment and development of one or more interconnection systems for the distribution of public telecommunications services so that all public telecommunications entities may disseminate such services at times chosen by the entities (47 U.S.C. Sec. 396(g)(1) (B)); and

WHEREAS,

> CPB is accountable for the expenditure of all public funds appropriated to it, including those for interconnection, to ensure that they are properly used for the purposes intended and in furtherance of the goals established by Congress for public broadcasting; and

WHEREAS,

> On July 8, 2020, the CPB Board of Directors authorized CPB management to negotiate an agreement with PBS for the second stage of the design and implementation of the updated public television interconnection system for a total grant amount not to exceed $71.10 million, subject to available appropriations; and

WHEREAS,

> On June 6, 2024, the CPB Board of Directors authorized CPB management to negotiate an amendment to the aforementioned agreement to increase the funding for the second stage for a total amount not to exceed $94.40 million; and

WHEREAS,

> CPB management recommends extending the funding agreement for five years to September 30, 2030, and increasing the funding for the public television interconnection system.

NOW, THEREFORE, BE IT RESOLVED THAT

> The CPB Board authorizes CPB management to negotiate an amendment to the existing agreement with PBS for the second stage of the design and

CONFIDENTIAL

implementation of the updated public television interconnection system to extend the term by **five years** and increase the funding by up to **$91 million** as appropriated in FY 2024 and prior.

CONFIDENTIAL

CPB_0148533

**RESOLUTION**

**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Wednesday, April 2, 2025**

*4 in favor, 1 absent*

WHEREAS,

The Board reaffirms its commitment as stewards of these appropriated funds to ensuring a public media content distribution system that is cost effective, efficient, and able to meet the future needs of public media in its service to the American public; and

WHEREAS,

The Communications Act of 1934 (the "Act"), as amended, authorizes CPB to assist in the establishment and development of one or more interconnection systems for the distribution of public telecommunications services so that all public telecommunications entities may disseminate such services at times chosen by the entities (47 U.S.C. Sec. 396(g)(1) (B)); and

WHEREAS,

CPB is accountable for the expenditure of all public funds appropriated to it, including those for interconnection, to ensure that they are properly used for the purposes intended and in furtherance of the goals established by Congress for public broadcasting; and

WHEREAS,

On October 2, 2017, the CPB Board of Directors authorized CPB management to negotiate an agreement with NPR for design and implementation of the updated public radio interconnection system for a total grant amount not to exceed $53.5 million, subject to available appropriations; and

WHEREAS,

On June 6, 2024, the CPB Board of Directors authorized CPB management to negotiate an amendment to the current agreement with NPR for the design and implementation of the updated public radio interconnection system for a total grant amount not to exceed
$16.32 million, subject to available appropriations, is set to expire September 30, 2025; and

WHEREAS,

The CPB management recommends, due to consideration for the importance of continuity of interconnection service to all CSG qualified public radio stations, extending the grant agreement for five years to September 30, 2030, and increasing the funding for the public radio interconnection system.

CONFIDENTIAL

CPB_0148534

NOW, THEREFORE, BE IT RESOLVED THAT

The Board authorizes CPB Management to negotiate an amendment to the existing agreement with NPR for the design and implementation of the updated public radio interconnection system to extend the term by **five years** and increase the funding by up to

**$36 million,** as appropriated in FY 2024 and prior.

CONFIDENTIAL

MINUTES
EXECUTIVE SESSION
BOARD OF DIRECTORS
CORPORATION FOR PUBLIC BROADCASTING
WASHINGTON, D.C.
Tuesday, April 1 – Wednesday, April 2, 2025

## Call to Order

Chair Calvert called to order the executive session of the Board of Directors at 12:47 pm Eastern Time on Tuesday, April 1, 2025. The following directors participated:

Ruby Calvert, Chair;
Laura Ross, Vice Chair *(virtual)*;
Diane Kaplan;
Tom Rothman *(virtual)*; and
Liz Sembler.

The following officers and staff participated:

Patricia Harrison, President and Chief Executive Officer;
Michael Levy, Executive Vice President and Chief Operating Officer;
Daryl Mintz, Chief Financial Officer and Treasurer;
Teresa Safon, Senior Vice President, Chief of Staff and Corporate Secretary;
Evan Slavitt, Senior Vice President, General Counsel;
Deborah Carr, Senior Vice President, Operations and Strategy;
Kathy Merritt, Chief, Station and System Strategies;
Deb Sanchez, Senior Vice President, Educational Media and Learning Experiences;
Kathryn Washington, Senior Vice President, Television Content;
Stephen Wolfe, Chief Technology Officer and Senior Vice President, IT;
Kimberly Howell, Inspector General; and
Katherine Donohue, Board Affairs Manager.

## Approval of Minutes

Chair Calvert called for a motion to approve the minutes of the executive session of the February 6, 2025, meeting. Upon motion duly made and seconded, the minutes were unanimously approved as presented.

## Discussion with Counsel

The Board and CPB Management met with counsel to discuss legal matters related to proposals to defund public media.

## Music Copyright License – SoundExchange

Mr. Slavitt reported on the music copyright license with SoundExchange.

CONFIDENTIAL

*Resolution*

Chair Calvert called for a motion to adopt the resolution authorizing CPB management to enter into an agreement with NPR and SoundExchange under which CPB pays royalties for digital streaming of music licensed by SoundExchange. Upon motion duly made and seconded, the resolution was unanimously adopted.

*The meeting adjourned for a break at 2:56 pm ET and Mr. Rothman exited the meeting.*

*Executive session resumed at 3:30pm ET.*

**Update on Fy 2025 – 2027 Business Plan**

Mr. Levy reported that CPB is expecting to experience a loss in funding, although the specifics are unknown. He provided background on executive orders affecting DEI initiatives, as well as the letters of inquiry from the FCC regarding underwriting. He reported that the proposed changes to the business plan still reflect the Board's Goals and Objectives , and are informed by discussions with public media entities.

Mr. Levy reported that CPB will no longer fund the WORLD Channel, a digital channel owned and operated by WGBH Educational Foundation, distributed by American Public Television (APT) and the National Educational Telecommunications Association. The channel also has a presence on social media and video platforms. WORLD cannot sustain itself and has not lived up to its potential. American Public Television has said they are willing to build a new platform with the same purpose. Ms. Washington reported on what the communication strategy with stations has been regarding the potential loss of funding.

Discussion ensued about FY 2025 expenditures and balances. Mr. Mintz reported that $105 million had been executed to date, and $110 million remains. Discussion ensued about various line items in the business plan, priorities for the remaining funds, and the rationale for those priorities. Board members also requested greater clarity in the presentation format. CPB management reported it would revise and update the business plan and report on it again at the June 2025 meeting.

**Adjournment**

The meeting adjourned for the day at 4:45 pm ET.

**Executive Session Resumes**

Executive session resumed at 9:24 am ET on Wednesday, April 2.

The following directors participated:

Ruby Calvert, Chair;
Laura Ross, Vice Chair *(virtual)*;
Diane Kaplan; and
Liz Sembler.

Tom Rothman was absent.

The following officers and staff participated:

Patricia Harrison, President and Chief Executive Officer;

3

Michael Levy, Executive Vice President and Chief Operating Officer;
Daryl Mintz, Chief Financial Officer and Treasurer;
Teresa Safon, Senior Vice President, Chief of Staff and Corporate Secretary;
Evan Slavitt, Senior Vice President, General Counsel;
Deborah Carr, Senior Vice President, Operations and Strategy;
Kathy Merritt, Chief, Station and System Strategies;
Stephen Wolfe, Chief Technology Officer and Senior Vice President, IT; and

Bill Tayman, consultant.

**Discussion with Counsel**



**Update on Interconnection**

The Board discussed funding recommendations for interconnection systems for public radio and public television. Following the discussion, the Board authorized management to proceed with negotiations with PBS and NPR in accordance with the parameters outlined in the resolutions as amended.

**Adjournment**

The meeting was adjourned at 2:05 pm ET.

CONFIDENTIAL

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Friday, April 4, 2025**

*4 in favor, 1 absent*

BE IT RESOLVED THAT

The Board amends its resolution of April 2 regarding interconnection funding for
NPR to direct CPB Management to proceed with amending the contract with NPR
for interconnection to include a contingency that NPR provide a plan within 60
days of amendment execution to establish PRSS as an entity independent of NPR.



CONFIDENTIAL

CPB_0106552

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Monday, April 7, 2025**

*unanimously*

BE IT RESOLVED THAT

The Board amends its resolution of April 2 and 4 regarding interconnection
funding for NPR and directs CPB Management to proceed with amending the
contract with NPR for interconnection to include a contingency that NPR provide a
plan within 30 days of amendment execution to establish PRSS as an entity
independent of NPR and a second contingency that one third of the funds will be
withheld should NPR not comply with the spin off obligatoins.



CONFIDENTIAL

**DRAFT**
**MINUTES**
**TELEPHONIC EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Monday, April 7, 2025**

## Call to Order

Chair Calvert called to order the executive session of the Board of Directors at 2:00 pm Eastern Time on Monday, April 7, 2025. The following directors participated virtually:

Ruby Calvert, Chair;
Laura Ross, Vice Chair;
Diane Kaplan;
Tom Rothman; and
Liz Sembler.

The following officers and staff participated virtually:

Patricia Harrison, President and Chief Executive Officer;
Daryl Mintz, Chief Financial Officer and Treasurer;
Evan Slavitt, Senior Vice President, General Counsel;
Kathy Merritt, Chief, Station and System Strategies;
Deb Sanchez, Senior Vice President, Educational Media and Learning Experiences;
Stephen Wolfe, Chief Technology Officer, Senior Vice President, Information
     Technology; and
Clayton Barsoum, Vice President, Government and External Affairs.

The following guests also participated virtually:

Michael Levy, consultant; and
Teresa Safon, consultant.

## Chair's Remarks

Chair Calvert welcomed members of the Board, management, and external guests.

Chair Calvert noted that she had spoken to board members about her meeting with OMB Associate Director Katherine Sullivan, which was also attended by Mr. Barsoum and Mr. Slavitt, and briefly recapped their discussion which focused on local stations' services to their communities, the importance of the federal appropriation to this work, and the scope of CPB's work as defined by statute. Ms. Sullivan was negative toward public media. CPB will be providing follow-up materials about how public media works.

CONFIDENTIAL

## Update from the President

Ms. Harrison reported that on April 4 she received calls from PBS, NPR and others that CPB should expect a visit from DOGE at 8:30 p.m. that evening. The rumor proved incorrect – DOGE was in fact at the Peace Corps offices – but it helped CPB to understand it needed to be more prepared for that eventuality.

Ms. Harrison reported that over the weekend, she established a working group comprising the staff on this call to prepare response scenarios. Earlier today, the team met with attorneys from external counsel Saul Ewing, to discuss possible DOGE action, potential executive orders, CPB's statutory role and rights as a private corporation, and how the firm would support CPB and the Board.

Ms. Harrison reported that she will be making changes to CPB's senior team and executive team, and that Michael Levy and Teresa Safon have agreed to stay on at CPB in a consulting capacity during this period of transition and challenge.

Ms. Harrison concluded her report.

## Recap of Recent Events/Outcomes from Discussion with Counsel

Mr. Slavitt reported on potential hostile acts on CPB and the protections offered by CPB's status as an independent, nonprofit corporation. Mr. Mintz reported on precautions CPB is taking to safeguard CPB's physical premises, IT security, and staff. CPB is also assessing its personnel policies regarding severance/separation and Directors and Officers insurance. Mr. Levy reported that he is assisting with assembling information to provide to OMB regarding CPB's finances.

## Update on Interconnection

The Board unaniumously amended its resolution of April 2 and 4 regarding interconnection funding for NPR. They directed CPB management to proceed with amending the contract with NPR for interconnection to include a contingency that NPR provide a plan within 30 days of amendment execution to establish PRSS as an entity independent of NPR and a second contingency that one-third of the funds will be withheld should NPR not comply with the spin off obligations.

## Adjournment

The meeting was adjourned at 3:42pm ET.

CPB_0390060

**RESOLUTION**
**EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**April 9, 2025**

*unanimously*

BE IT RESOLVED THAT

The Board rescinds its resolutions of April 2, 4 and 7 regarding interconnection funding for NPR.



CONFIDENTIAL

CPB_0110656

**DRAFT**
**MINUTES**
**TELEPHONIC EXECUTIVE SESSION**
**BOARD OF DIRECTORS**
**CORPORATION FOR PUBLIC BROADCASTING**
**WASHINGTON, D.C.**
**Wednesday, April 9, 2025**

## Call to Order

Chair Calvert called to order the executive session of the Board of Directors at 6:15 pm Eastern Time on Wednesday, April 9, 2025. The following directors participated virtually:

Ruby Calvert, Chair;
Laura Ross, Vice Chair;
Diane Kaplan;
Tom Rothman; and
Liz Sembler.

The following officers and staff participated virtually:

Patricia Harrison, President and Chief Executive Officer;
Daryl Mintz, Chief Financial Officer and Treasurer;
Evan Slavitt, Senior Vice President, General Counsel;
Kathy Merritt, Chief, Station and System Strategies;
Deb Sanchez, Senior Vice President, Educational Media and Learning Experiences;
Stephen Wolfe, Chief Technology Officer, Senior Vice President, Information Technology; and
Clayton Barsoum, Vice President, Government and External Affairs.

The following guests also participated virtually:

Michael Levy, consultant; and
Teresa Safon, consultant.

## Discussion with Counsel

The Board unanimously rescinded its resolutions of April 2, 4, and 7 regarding interconnection funding for NPR.

## Adjournment

The meeting was adjourned at 7:46 pm ET.