# **EXHIBIT H**



LATEST


Corporation For Public Broadcasting To Cease Operations
🕒 3 MONTHS AGO


Curt & Samm And Bobby Bones Show Split Taste Of Country Mornings Affiliates
🕒 7 MINUTES AGO

Former Bert Show Affiliates Add New Morning Shows
🕒 1 HOUR AGO

Nielsen September 2025 Ratings Releases 10/24
🕒 2 DAYS AGO

A D V E R T I S E M E N T


Cumulus Flips Florence SC Duo
🕒 2 DAYS AGO


Barbara Farragher Returns To WMGQ & WJRZ
🕒 2 DAYS AGO


Bustos Media To Launch X96.1 On KXXO
🕒 2 DAYS AGO


Eddie Haskell Unretires At KRST

# CORPORATION FOR PUBLIC BROADCASTING TO CEASE OPERATIONS

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy Policy.    I Agree

 by **Lance Venta**                                                                             August 1, 2025

After **being defunded by Congress**, the Corporation For Public Broadcasting will begin an orderly wind-down of its operations.



CPB informed the majority of its staff that their positions will be eliminated at the end of its fiscal year on September 30. A small transition team will remain through January 2026 to ensure a responsible and orderly closeout of operations. This team will focus on compliance, final distributions, and resolution of long-term financial obligations, including ensuring continuity for music rights and royalties that remain essential to the public media system.

CPB President/CEO Patricia Harrison said, "Despite the extraordinary efforts of millions of Americans who called, wrote, and petitioned Congress to preserve federal funding for CPB, we now face the difficult reality of closing our operations. CPB remains committed to fulfilling its fiduciary responsibilities and supporting our partners through this transition with transparency and care. Public media has been one of the most trusted institutions in American life, providing educational opportunity, emergency alerts, civil discourse, and cultural connection to every corner of the country. We are deeply grateful to our partners across the system for their resilience, leadership, and unwavering dedication to serving the American people."

NPR President & CEO Katherine Maher added, "The Corporation for Public Broadcasting (CPB) has been a cornerstone of public broadcasting in the United States for more than half a century. It has served as a vital source of funding for local stations, a champion of educational and cultural programming, and a bulwark for independent journalism — enabling organizations like ours to deliver essential news and culture across the nation.

CPB upheld the core values of the Public Broadcasting Act, including support for diverse voices, promotion of excellence and creative risk, and advancing service for the unserved and underserved. It empowered countless journalists, producers, and educators to create programming that has enriched lives, fostered understanding, and held power accountable. The ripple effects of this closure will be felt across every public media organization and, more importantly, in every community across the country that relies on public broadcasting.

The closure of CPB represents the loss of a major institution and decades of knowledge and expertise; an immediate consequence of the passage of H.R. 4, the Rescissions Act of 2025. We're grateful to CPB staff for their many years of service to public media.

As an independent, nonprofit news organization, NPR remains resolute in our pursuit of our mission: to create an informed and inspired public in partnership with our Member stations. We will continue to respond to this crisis by stepping up to support locally owned, nonprofit public radio stations and local journalism across the country, working to maintain public media's promise of universal service, and upholding the highest standards for independent journalism and cultural programming in service of our nation."

CPB's Board of Directors and management are working closely to address the legal, financial, and operational requirements of the closure. CPB will provide regular updates and guidance to stations and producers navigating the profound challenges ahead.

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our **Privacy Policy**.



**Lance Venta**

Lance Venta is the founder and publisher of RadioInsight.com. Lance has been covering the radio industry since founding the first radio industry discussion forums in the mid 1990s. He also advises and builds content strategies and web platforms for stations and programs across America.



## Log In

**Username or Email Address**

**Password**     👁 Show Password

☐ Remember Me

**Log In**

## Comments

## Leave a Reply

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our **Privacy Policy**.