# **EXHIBIT I**

Message

From: Bill Marrazzo [bmarrazzo@whyy.org]
Sent: 5/23/2025 11:39:29 PM
To: Gemma Hooley [GHooley@npr.org]
CC: Sue Lee [slee@whyy.org]; Kevin Yoshioka [kyoshioka@whyy.org]
Subject: Re: Confidential

**External Email - Use Caution**

Gemma,

To be on the safe side, WHYY will make its financial payments to NPR using non federal grant proceeds.

Best,

Bill

On May 23, 2025, at 4:44 PM, Gemma Hooley <GHooley@npr.org> wrote:

Hi Bill,

Thanks very much for your patience with my further response.

As CPB highlighted in its May 2, 2025 statement, it is not a federal agency, such that it is not subject to the purported instructions in the May 1 Executive Order to take actions to stop directly and indirectly funding PBS and NPR. CPB has also advised the system that it is conducting business as usual. NPR has not changed its operating procedures as a result of the instructions directed to CPB in the EO.

I hope this is helpful for your planning purposes. As we have been communicating on our bi-weekly calls with A-Reps, we will share any additional information when we have it.

Thanks and my best,
Gemma

Gemma Hooley | SVP Member Partnership | NPR | ghooley@npr.org | 202.513.2834

From: Bill Marrazzo <bmarrazzo@whyy.org>
Date: Thursday, May 22, 2025 at 10:33 AM
To: Gemma Hooley <GHooley@npr.org>
Subject: FW: Confidential

**External Email - Use Caution**

Morning,



Not Confidential/Public Doc

NPR0011741

Just hoping to get this back to the top of what I suspect is your growing email pile. But would welcome any guidance. My primary concern is preparing my operating plan for FY 26 (July 1, 2025) which relies to some extend on station carriage revenues from Fresh Air to NPR and WHYY's split of same.

Thanks.

Best,

Bill

---

**From:** Bill Marrazzo
**Sent:** Tuesday, May 20, 2025 4:34 PM
**To:** Gemma Hooley <GHooley@npr.org>
**Cc:** Sue Lee <SLee@WHYY.org>; Benjamin Smith <bsmith@WHYY.org>
**Subject:** RE: Confidential

Thank you. I look forward to hearing from you.

---

**From:** Gemma Hooley <GHooley@npr.org>
**Sent:** Tuesday, May 20, 2025 11:11 AM
**To:** Bill Marrazzo <bmarrazzo@whyy.org>
**Cc:** Sue Lee <slee@whyy.org>; Benjamin Smith <bsmith@whyy.org>
**Subject:** Re: Confidential

Hi Bill –

Thank you for your email. I wanted to acknowledge it here, to let you know that I had received it, and I will be back in contact later today with a more detailed response.

Thanks and my best regards,
Gemma

Gemma Hooley | SVP Member Partnership | NPR | ghooley@npr.org | 202.513.2834

---

**From:** Bill Marrazzo <bmarrazzo@whyy.org>
**Date:** Monday, May 19, 2025 at 2:43 PM
**To:** Gemma Hooley <GHooley@npr.org>
**Cc:** Sue Lee <slee@whyy.org>, Benjamin Smith <bsmith@whyy.org>
**Subject:** Confidential

**External Email - Use Caution**

Hi Gemma,

A strict reading of the White House's last executive order regarding public media restricts the use of any source of federal funds to pay for licensing content from NPR or PBS. Do you have any visibility as to whether or not public radio stations are abiding by that EO (or are they shifting to non CSG sourced of funds to make NPR payment.) Please advise, especially if NPR has adopted any related "practice" as a result of the EO.

Thanks and best,

Bill

**Bill Marrazzo | President & Chief Executive Officer**
wmarrazzo@whyy.org  w. 215.351.1222 c. 215.990.9607
whyy.org | billypenn.com | instagram| facebook | twitter | linkedin
150 North Sixth Street, Philadelphia, PA 19106
605 North Market Street, Wilmington, DE 19801



External-Please exercise caution when opening any attachments or clicking on links.

External-Please exercise caution when opening any attachments or clicking on links.

Not Confidential/Public Doc