IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | Civil Case No. 25-cv-1674<br><br>**DECLARATION OF<br>KATIE TOWNSEND** |

**SUPPLEMENTAL DECLARATION OF KATIE TOWNSEND**

I, Katie Townsend, hereby declare as follows:

  1.  I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge. I make this supplemental declaration in support of Plaintiff National Public Radio, Inc.'s (NPR) Motion for Preliminary Injunction and for Summary Judgment as to Defendant Corporation for Public Broadcasting (CPB). If called to do so, I could and would competently testify to these matters under oath.

  2.  I am a Partner in the Los Angeles and Washington, D.C. offices of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am one of the Gibson Dunn attorneys representing Plaintiff NPR in the above-captioned case.

  3.  Attached hereto as Exhibit 1 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0080191.

  4.  Attached hereto as Exhibit 2 is a true and correct copy of a document produced by CPB to NPR in the above-captioned litigation as CPB_0112005.

  5.  Attached hereto as Exhibit 3 is a true and correct copy of an email thread between myself and attorneys representing CPB in the above-captioned litigation, dated October 22 through October 24, 2025.

1

6.	Attached hereto as Exhibit 4 is a true and correct copy of a document produced by CPB to NPR in the above captioned litigation as CPB_0028848.

7.	Attached hereto as Exhibit 5 is a true and correct copy of Public Media Infrastructure's (PMI) website, dated October 27, 2025, available at https://www.publicmedia.tech/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October 2025 in Washington, D.C.

/s/ Katie Townsend
_____

Katie Townsend