IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | Case No. 25-cv-1674 |

[PROPOSED] ORDER

For the reasons stated on the record at the October 30, 2025 status conference in the above-captioned action, and with the consent of Plaintiff National Public Radio, Inc. (NPR) and Defendant Corporation for Public Broadcasting (CPB) (collectively, the Parties), it is hereby—

**ORDERED** that the Parties shall appear for a bench trial to begin on December 1, 2025 on Plaintiff NPR's claims as to Defendant CPB arising out of CPB's alleged withholding of interconnection funds to NPR. It is further

**ORDERED** that the Parties shall meet and confer and submit to the Court on or before November 11, 2025, a joint status report proposing procedures for the orderly and efficient handling of said bench trial.

Pending the conclusion of the aforementioned bench trial and entry of final judgment by the Court, or further order of the Court, CPB is hereby **DIRECTED** to set aside, and not to release, $35,962,000 in funds appropriated for interconnection purposes that are currently held by CPB to any entity, individual, organization, or association other than NPR or NPR Distribution. CPB is further **DIRECTED** not to encumber said funds in any way, including by executing any contract that would speak to how those funds might be used, with respect to any entity, individual,

organization, or association other than NPR or NPR Distribution pending resolution of this matter. The parties, however, are free to resolve the matter on their own, including by transferring any portion of those set aside funds to NPR or NPR Distribution as part of any resolution the parties may come to prior to final judgment.

**SO ORDERED.**

Dated: Oct. 30, 2025

_____
Hon. Randolph D. Moss
United States District Judge