IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 25-cv-1674-RDM |

**PLAINTIFFS' MOTION TO SCHEDULE ORAL ARGUMENT**

Pursuant to Local Civil Rule 7(f), Plaintiffs National Public Radio, Inc., Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, and KUTE, Inc. d/b/a KSUT Public Radio respectfully move the Court to schedule oral argument on Plaintiffs' and the Federal Defendants' cross-motions for summary judgment (Dkt. 21, 30) on December 5, 2025, or earlier at the Court's convenience. With a bench trial on NPR's claims against the Corporation for Public Broadcasting scheduled for December 1–4, holding oral argument around this time will enable the Court to resolve all remaining issues in this case economically and efficiently.

Plaintiffs conferred with counsel for the other parties. Federal Defendants' position is: "The Federal Defendants defer to the Court on whether oral argument on the Federal Defendants' cross-motion for summary judgment is necessary, and accordingly take no position on Plaintiff's motion. If the Court orders oral argument on their cross-motion for summary judgment, the Federal Defendants respectfully request that any argument be held on a date no later than December 5, 2025, to accommodate anticipated parental leave. The Federal Defendants are available for argument in late November and submit that, because the Federal Defendants will not be participating in the scheduled trial, there is no need to connect any argument on their cross-motion

with that trial." Defendant Corporation for Public Broadcasting takes no position on this motion.

Dated: November 10, 2025

Respectfully submitted,

*/s/ Miguel A. Estrada*

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Elizabeth A. Allen (*Admitted Pro Hac Vice*)
NATIONAL PUBLIC RADIO, INC.
1111 North Capitol Street, NE
Washington, D.C. 20002
(202) 513-2000
EAAllen@npr.org

*Counsel for Plaintiff*
*National Public Radio, Inc*.

Steven D. Zansberg (*Admitted Pro Hac Vice*)
Zansberg Beylkin LLC
100 Fillmore Street, Suite 500
Denver, CO 80206
(303) 564-3669
steve@zblegal.com

*Counsel for Plaintiffs Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, and KUTE, Inc. d/b/a KSUT Public Radio*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

      Respectfully submitted,

      */s/ Miguel A. Estrada*