IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-1674-RDM |

**JOINT STATUS REPORT**

Pursuant to the Court's October 30, 2025 Order, Plaintiff National Public Radio, Inc. (NPR) and Defendant Corporation for Public Broadcasting (CPB) (collectively the "Parties") hereby submit this Joint Status Report setting forth their proposed procedures for the orderly and efficient handling of the bench trial scheduled to begin on December 1, 2025.

1.  **Testimony:** NPR intends to call Kathy Merritt as a live witness to cross-examine her regarding the content of the declarations she filed after she was deposed. CPB intends to call at least two live witnesses. Both parties also reserve the right to call additional live witnesses, provided such witnesses are identified by the proposed deadline. Additionally, CPB proposes that, for the sake of efficiency, the parties may examine a witness out of order (i.e., when the other party is presenting its case) if it has designated that witness so that the witness does not need to be recalled later simply for direct examination. In addition, to the extent that, for any witness who was deposed, there remain any outstanding privilege objections or other matters in which a ruling by this Court is necessary to address the scope of the witness's testimony, the parties reserve the right to call such witness. In such an instance, the party with outstanding objections must provide

1

notice for the witness to appear by November 25, 2025. NPR also respectfully requests that the Court consider the live testimony provided by Badri Munipalla during the Court's October 28, 2025 hearing as part of the trial record; CPB consents to this request.

2. **Presentation of Arguments and Evidence:** The parties propose the following order and allotted times for arguments and the presentation of evidence:

- NPR opening statement: December 1, thirty minutes.
- CPB opening statement: December 1, thirty minutes.
- NPR presentation of evidence, including live witness testimony: December 1, four hours.
- CPB presentation of evidence: December 2–3, eight to twelve hours, depending on cross-examination.
- NPR closing argument: December 3, thirty minutes.
- CPB closing argument: December 3, forty minutes.
- NPR rebuttal: December 3, ten minutes.

3. **Pre-Trial Deadlines:** The parties propose the following deadlines for the exchange of witness lists, exhibit lists, and demonstratives:

- November 17: Deadline to exchange witness lists and notice witnesses.
- November 24: Deadline to file deposition testimony on which the parties intend to rely.
- November 25: Deadline to notice witnesses who were deposed and for whom outstanding privilege objections or other matters remain in which a ruling by the Court is necessary to resolve the scope of the witness's testimony.
- November 26: Deadline to file objections to deposition designations and deadline to cross-designate deposition testimony.
- November 26: Deadline to exchange exhibit lists and demonstratives.

- November 30: Deadline to file objections to exhibit lists and demonstratives.

November 11, 2025                                        Respectfully submitted,

                                                         /s/ Miguel A. Estrada

Miguel A. Estrada (D.D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Elizabeth A. Allen (*Admitted Pro Hac Vice*)
NATIONAL PUBLIC RADIO, INC.
1111 North Capitol Street, NE
Washington, D.C. 20002
(202) 513-2000
EAAllen@npr.org

*Counsel for Plaintiff*
*National Public Radio, Inc.*


/s/ Peter C. Nanov

Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email: jason.mcelroy@saul.com
peter.nanov@saul.com

Jeffrey S. Robbins (Pro Hac Vice)
Joseph D. Lipchitz (Pro Hac Vice)
SAUL EWING LLP
131 Dartmouth St.
Suite 501
Boston, MA 02116

4

Tel: (617) 912-0941
Email: jeffrey.robbins@saul.com
joseph.lipchitz@saul.com

*Counsel for Defendant*
*The Corporation for*
*Public Broadcasting*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

      Respectfully submitted,

      */s/ Miguel A. Estrada*