IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 25-cv-1674-RDM |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS**

Plaintiffs National Public Radio, Inc. (NPR), and Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, and KUTE, Inc. d/b/a KSUT Public Radio (collectively the Local Member Stations) respectfully move the Court for leave to submit the attached Supplemental Declarations of Tami Graham, Stewart Vanderwilt, and Breeze Richardson in support of Plaintiffs' Motion for Summary Judgment (Dkt. 21) and in opposition to the Federal Defendants' Cross-Motion for Summary Judgment (Dkt. 30).

The supplemental declarations address post-briefing developments that bear on mootness and ripeness arguments raised by the Federal Defendants with respect to the Local Member Stations. *See*, *e.g.*, Dkt. 37 at 8–14. Submitting such supplemental information is appropriate because in determining ripeness and mootness, "it is the situation *now* … that must govern." *Anderson v. Green*, 513 U.S. 557, 559 (1995) (ripeness); *Marshall v. Loc. Union No. 639*, 593 F.2d 1297, 1303 (D.C. Cir. 1979) (same for mootness).

Plaintiffs conferred with counsel for Defendants. Counsel for Federal Defendants stated: The Federal Defendants take no position on the requested relief. If Plaintiffs' motion is granted, the Federal Defendants request the opportunity to submit responsive supplemental materials as

1

necessary. Defendant Corporation for Public Broadcasting takes no position on the relief requested by this Motion.

Dated: December 2, 2025

Respectfully submitted,

/s/ Miguel A. Estrada

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Elizabeth A. Allen (*Admitted Pro Hac Vice*)
NATIONAL PUBLIC RADIO, INC.
1111 North Capitol Street, NE
Washington, D.C. 20002
(202) 513-2000
EAAllen@npr.org

*Counsel for Plaintiff
National Public Radio, Inc*.

Steven D. Zansberg (*Admitted Pro Hac Vice*)
Zansberg Beylkin LLC
100 Fillmore Street, Suite 500
Denver, CO 80206
(303) 564-3669
steve@zblegal.com

*Counsel for Plaintiffs Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, and KUTE, Inc. d/b/a KSUT Public Radio*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

Respectfully submitted,

*/s/ Miguel A. Estrada*