**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP,<br>*in his official capacity as President of the United States of America*, *et al.*,<br><br>      *Defendants.* | Civil Action No. 25-1674 (RDM) |
| | Consolidated Cases |
| PUBLIC BROADCASTING SERVICE, *et al.*,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP,<br>*in his official capacity as President of the United States of America*, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-1722 (RDM) |

**<u>ORDER</u>**

For the reasons set forth in this Court's March 31, 2026, Memorandum Opinion, Dkt. 81, Plaintiffs' motions for summary judgment, NPR Dkt. 21 and PBS Dkt. 12, are hereby **GRANTED** in part, **DENIED** in part as moot, and **DENIED** in part without prejudice, and Defendants' motions for summary judgment, NPR Dkt. 30 and PBS Dkt. 22, are hereby **GRANTED** in part on grounds of mootness, **DENIED** in part as moot, and **DENIED** in part without prejudice.

It is further **DECLARED** that Sections 1 and 3(a) of Executive Order 14290, 90 Fed. Reg. 19415 (May 1, 2025), are **UNLAWFUL** and **UNENFORCEABLE** because they are

viewpoint discriminatory and retaliatory in violation of the First Amendment's Free Speech Clause;

It is further **ORDERED** that the Office of Management and Budget and its Director, the Department of the Treasury and the Secretary of the Treasury, the National Endowment for the Arts and its Chair, the Department of Education and the Secretary of Education, the Department of Homeland Security and the Secretary of Homeland Security, and the Federal Emergency Management Agency and its Administrator (hereinafter "agency defendants"); their "officers, agents, servants, employees, and attorneys," Fed. R. Civ. P. 65(d)(2)(B); and all "other persons who are in active concert or participation" with the aforementioned entities and individuals, Fed. R. Civ. P. 65 (d)(2)(C), are **PERMANENTLY ENJOINED** from taking any action to implement or to enforce Section 1 or Section 3(a) of Executive Order 14290;

It is further **ORDERED** that the Court's declaratory and injunctive decrees apply only to the agency defendants, their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them, and, for the reasons explained in the Court's Memorandum Opinion, do not apply to the President;

It is further **ORDERED** that the parties shall file a joint status report on or before April 15, 2026, proposing next steps, if any, including whether the Court should enter partial final judgment pursuant to Federal Rule of Civil Procedure 54(b).

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge


Date:  March 31, 2026