# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 25-cv-1674-RDM |
| PUBLIC BROADCASTING SERVICE, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Consolidated Cases <br><br><br> Case No. 25-cv-1722-RDM |

## JOINT STATUS REPORT

Pursuant to the Court's March 31, 2026 Memorandum Opinion and Order in the above-captioned consolidated cases, counsel for Plaintiffs National Public Radio, Inc. (NPR), Public Broadcasting Service (PBS), Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, KUTE Inc. d/b/a KSUT Public Radio, and Northern Minnesota Public Television, Inc. d/b/a Lakeland PBS, (collectively "Plaintiffs") and Defendants Donald J. Trump, Russell T. Vought, Scott Bessent, Mary Anne Carter, Linda McMahon, Markwayne Mullin, and David Richardson, in their official capacities, and Office of Management and Budget, United States Department of the Treasury, National Endowment for the Arts, United States Department of Education, United States Department of Homeland Security, and Federal Emergency Management

Agency (collectively the "Federal Defendants") have met and conferred and hereby submit this Joint Status Report regarding further proceedings:

In accordance with the Court's March 31, 2026 Memorandum Opinion and Order, Plaintiffs and the Federal Defendants will jointly submit a proposed partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) to the Court on or before April 22, 2026.

In the event no appeal is taken from a partial final judgment entered by the Court, Plaintiffs and the Federal Defendants will meet and confer and file a Joint Status Report regarding further proceedings within fourteen days after expiration of the deadline to file a notice of appeal.


April 15, 2026                                        Respectfully submitted,

                                                     */s/ Miguel A. Estrada*

Miguel A. Estrada (D.D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
T Boutrous@gibsondunn.com
KTownsend@gibsondunn.com

Elizabeth A. Allen (*Admitted Pro Hac Vice*)
NATIONAL PUBLIC RADIO, INC.
1111 North Capitol Street, NE
Washington, D.C. 20002
(202) 513-2000
EAAllen@npr.org

*Counsel for Plaintiff*
*National Public Radio, Inc.*

Steven D. Zansberg (*Admitted Pro Hac Vice*)
Zansberg Beylkin LLC
100 Fillmore Street, Suite 500
Denver, CO 80206

*Counsel for Plaintiffs Roaring Fork Public*
*Radio, Inc. d/b/a Aspen Public Radio,*
*Colorado Public Radio, and KUTE, Inc. d/b/a*
*KSUT Public Radio*

April 15, 2026

*/s/ Z.W. Julius Chen*
Z.W. Julius Chen
D.C. Bar No. 1002635
Pratik A. Shah
D.C. Bar No. 497108
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW

3

Washington, D.C. 20006
202-887-4000
chenj@akingump.com

*Counsel to the Public Broadcasting Service
and Northern Minnesota Public Television,
Inc. d/b/a Lakeland PBS*

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-8188
Fax: (202) 616-8460
Email: alexander.w.resar@usdoj.gov

*Counsel for the Federal Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

Respectfully submitted,

*/s/ Miguel A. Estrada*