**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

NATIONAL PUBLIC RADIO, INC., *et al.*,

      *Plaintiffs*,

    v.

DONALD J. TRUMP,
*in his official capacity as President of the United States of America*, *et al.*,

      *Defendants.*

</td><td>

Civil Action No. 25-1674 (RDM)

</td></tr>
<tr><td>

PUBLIC BROADCASTING SERVICE, *et al.*,

      *Plaintiffs*,

    v.

DONALD J. TRUMP,
*in his official capacity as President of the United States of America*, *et al.*,

      *Defendants*.

</td><td>

Consolidated Cases

Civil Action No. 25-1722 (RDM)

</td></tr>
</table>

## <u>ENTRY OF PARTIAL FINAL JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 54(b), the Court determines that there is no just reason for delaying entry of final judgment with respect to the claims of Plaintiffs National Public Radio, Inc. (NPR), Public Broadcasting Service (PBS), Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, KUTE Inc. d/b/a KSUT Public Radio, and Northern Minnesota Public Television, Inc. d/b/a Lakeland PBS, (collectively "Plaintiffs") against Defendants Donald J. Trump, Russell T. Vought, Scott Bessent, Mary Anne Carter, Linda McMahon, Markwayne Mullin, and David Richardson, in their official capacities, and Office of Management and Budget, United States Department of the Treasury, National Endowment for the Arts, United States Department of Education, United States Department of

Homeland Security, and Federal Emergency Management Agency (collectively the "Federal Defendants") challenging Sections 1 and 3(a) of Executive Order 14290, 90 Fed. Reg. 19415 (May 1, 2025).  Plaintiffs and Federal Defendants agree that entry of partial final judgment with respect to those claims is appropriate.

Accordingly, and in accordance with Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** partial final judgment consistent with its March 31, 2026, Memorandum Opinion, Dkt. 81, and March 31, 2026, Order, Dkt. 82.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  April 23, 2026