# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* <br><br> *Plaintiffs*, <br><br> *v.* <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-1674-RDM |
| PUBLIC BROADCASTING SERVICE, *et al.* <br><br> *Plaintiffs*, <br><br> *v.* <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Consolidated Cases <br><br><br> Case No. 25-cv-1722-RDM |

## JOINT STATUS REPORT

Consistent with the Joint Status Report submitted by the parties on April 15, 2026 in the above-captioned consolidated cases, NPR Dkt. 83, counsel for Plaintiffs National Public Radio, Inc. (NPR), Public Broadcasting Service (PBS), Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, KUTE Inc. d/b/a KSUT Public Radio, and Northern Minnesota Public Television, Inc. d/b/a Lakeland PBS, (collectively "Plaintiffs") and Defendants Donald J. Trump, Russell T. Vought, Scott Bessent, Mary Anne Carter, Linda McMahon, Markwayne Mullin, and David Richardson, in their official capacities, and Office of Management and Budget, United States Department of the Treasury, National Endowment for the Arts, United States Department of Education, United States Department of Homeland Security, and Federal

1

Emergency Management Agency (collectively the "Federal Defendants") hereby submit this Joint Status Report:

No appeal was taken from the partial final judgment entered by the Court on April 23, 2026.  NPR Dkt. 85.  Plaintiffs anticipate seeking the voluntary dismissal without prejudice of their remaining claims in these consolidated cases.  Plaintiffs and the Federal Defendants will meet and confer and, on or before July 17, 2026, Plaintiffs will either seek a voluntary dismissal without prejudice of their remaining claims or the parties will file a Joint Status Report regarding further proceedings.


July 6, 2026                                        Respectfully submitted,

                                                   */s/ Miguel A. Estrada*


2

Miguel A. Estrada (D.D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
T Boutrous@gibsondunn.com
KTownsend@gibsondunn.com

Elizabeth A. Allen (*Admitted Pro Hac Vice*)
NATIONAL PUBLIC RADIO, INC.
1111 North Capitol Street, NE
Washington, D.C. 20002
(202) 513-2000
EAAllen@npr.org

*Counsel for Plaintiff*
*National Public Radio, Inc.*

Steven D. Zansberg (*Admitted Pro Hac Vice*)
Zansberg Beylkin LLC
100 Fillmore Street, Suite 500
Denver, CO 80206

*Counsel for Plaintiffs Roaring Fork Public*
*Radio, Inc. d/b/a Aspen Public Radio,*
*Colorado Public Radio, and KUTE, Inc. d/b/a*
*KSUT Public Radio*

/s/ Z.W. Julius Chen

Z.W. Julius Chen
D.C. Bar No. 1002635
Pratik A. Shah
D.C. Bar No. 497108
AKIN GUMP STRAUSS HAUER & FELD LLP

3

2001 K Street, NW
Washington, D.C. 20006
202-887-4000
chenj@akingump.com

*Counsel to the Public Broadcasting Service
and Northern Minnesota Public Television,
Inc. d/b/a Lakeland PBS*

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER K. RESAR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-8188
Fax: (202) 616-8460
Email: alexander.w.resar@usdoj.gov

*Counsel for the Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

Respectfully submitted,

*/s/ Miguel A. Estrada*