# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.* *Plaintiffs,* v. DONALD J. TRUMP, *et al.,* *Defendants.* | Case No. 25-cv-1674-RDM |
| PUBLIC BROADCASTING SERVICE, *et al.* *Plaintiffs,* v. DONALD J. TRUMP, *et al.,* *Defendants.* | Consolidated Cases Case No. 25-cv-1722-RDM |

## JOINT STIPULATION OF DISMISSAL OF REMAINING CLAIMS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs National Public Radio, Inc. (NPR), Public Broadcasting Service (PBS), Roaring Fork Public Radio, Inc. d/b/a Aspen Public Radio, Colorado Public Radio, KUTE Inc. d/b/a KSUT Public Radio, and Northern Minnesota Public Television, Inc. d/b/a Lakeland PBS, (collectively "Plaintiffs") and Defendants Donald J. Trump, Russell T. Vought, Scott Bessent, Mary Anne Carter, Linda McMahon, Markwayne Mullin, and David Richardson, in their official capacities, and Office of Management and Budget, United States Department of the Treasury, National Endowment for the Arts, United States Department of Education, United States Department of Homeland Security, and Federal Emergency Management Agency (collectively the "Federal Defendants") hereby stipulate and

1

agree to Plaintiffs' voluntary dismissal without prejudice of Plaintiffs' remaining claims against the Federal Defendants in the above-captioned consolidated cases.

WHEREAS, Plaintiffs commenced the above-captioned cases on May 27, 2025, NPR Dkt. 1, and May 30, 2025, PBS Dkt. 1, to obtain declaratory and injunctive relief from Executive Order 14290, entitled "Ending Taxpayer Subsidization of Biased Media" (the Executive Order), 90 Fed. Reg. 19415, issued by President Donald J. Trump on May 1, 2025;

WHEREAS, Plaintiffs and the Federal Defendants cross-moved for summary judgment in the above-consolidated cases.  NPR Dkt. 21; PBS Dkt. 12; NPR Dkt. 30; PBS Dkt. 22.  Said cross-motions for summary judgment were fully briefed as of August 8, 2025;

WHEREAS, in July 2025, Congress rescinded FY 2026 and FY 2027 appropriations to CPB.  Rescissions Act of 2025, Pub. L. No. 119-28, 139 Stat. 467, 469–70;

WHEREAS, on October 6, 2025, NPR filed an Amended Complaint to allege additional causes of action against the Corporation for Public Broadcasting (CPB) arising out of its alleged withholding of funds to NPR that were appropriated by Congress for interconnection purposes and to seek, inter alia, an order preliminarily and permanently enjoining CPB from distributing money congressionally appropriated for interconnection purposes to any entity or entities other than NPR;

WHEREAS, on October 8, 2025, CPB answered the Amended Complaint;

WHEREAS, on October 24, 2025, NPR filed a Motion for Preliminary Injunction and for Summary Judgment as to CPB and CPB filed a Motion for Summary Judgment, NPR Dkt. 57, 58;

WHEREAS, following an evidentiary hearing, on November 17, 2025, NPR and CPB filed a Joint Stipulation of Dismissal of Certain Claims, NPR Dkt. 77, stipulating to the dismissal without prejudice of Counts 6, 7, and 8 of NPR's Amended Complaint. Pursuant to that stipulation,

CPB would remain a defendant for purposes of Plaintiffs' claims for declaratory and injunctive relief barring implementation or enforcement of the Executive Order, NPR Dkt. 77;

WHEREAS, in January, 2026, CPB's Board of Directors voted to dissolve and, thereafter, CPB filed Articles of Dissolution in the District of Columbia;

WHEREAS, on February 20, 2026, the Court issued a minute order consolidating the above-captioned cases;

WHEREAS, on March 31, 2026, the Court entered a Memorandum Opinion and Order granting in part, denying in part as moot, and denying in part without prejudice Plaintiffs' motions for summary judgment and granting on grounds of mootness in part, denying in part, and denying in part without prejudice Federal Defendants' motions for summary judgment, Dkt. 81, 82;

WHEREAS, the Court declared that Sections 1 and 3(a) of the Executive Order are unlawful and unenforceable because they are viewpoint discriminatory and retaliatory in violation of the First Amendment's Free Speech Clause and permanently enjoined the Federal Defendants, their "officers, agents, servants, employees and attorneys," Fed. R. Civ. P. 65(d)(2)(B), and all "other persons who are in active concert or participation" with the aforementioned entities and individuals, Fed. R. Civ. P. 65(d)(2)(B), from taking any action to implement or enforce Section 1 or Section 3(a) of the Executive Order, Dkt. 82;

WHEREAS, with respect to Sections 3(b) and Section 3(c) of the Executive Order, the Court denied both Plaintiffs' and the Federal Defendants' motions for summary judgment without prejudice "to permit the parties, as appropriate, to renew their respective motions" as to those sections of the Executive Order, Dkt. 81, 82;

3

WHEREAS, because "CPB no longer exists," the Court deemed "Plaintiffs' statutory and constitutional challenges alleging unlawful interference in the workings of the CPB" and "Plaintiffs' claims seeking injunctive or declaratory relief against the CPB" moot, Dkt. 81, 82;

WHEREAS, on April 23, 2026, the Court entered partial final judgment as to Plaintiffs' claims challenging Sections 1 and 3(a) of the Executive Order pursuant to Federal Rule of Civil Procedure 54(b), and consistent with the Court's Memorandum Opinion and Order, Dkt. 85.

WHEREAS, the Federal Defendants did not appeal from that partial final judgment.

For the foregoing reasons it is HEREBY STIPULATED AND AGREED by Plaintiffs and Federal Defendants, by and through their respective counsel of record, that Plaintiffs' remaining claims in these consolidated cases—specifically, Plaintiffs' claims against the Federal Defendants with respect to Sections 3(b) and 3(c) of the Executive Order—are voluntarily dismissed without prejudice.

IT IS SO STIPULATED.

July 16, 2026

Respectfully submitted,

*/s/ Miguel A. Estrada*

Miguel A. Estrada (D.D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
T Boutrous@gibsondunn.com

4

KTownsend@gibsondunn.com

Elizabeth A. Allen (*Admitted Pro Hac Vice*)
NATIONAL PUBLIC RADIO, INC.
1111 North Capitol Street, NE
Washington, D.C. 20002
(202) 513-2000
EAAllen@npr.org

*Counsel for Plaintiff*
*National Public Radio, Inc.*

July 16, 2026                      /s/ Steven D. Zansberg

Steven D. Zansberg (*Admitted Pro Hac Vice*)
Zansberg Beylkin LLC
100 Fillmore Street, Suite 500
Denver, CO 80206

*Counsel for Plaintiffs Roaring Fork Public*
*Radio, Inc. d/b/a Aspen Public Radio,*
*Colorado Public Radio, and KUTE, Inc. d/b/a*
*KSUT Public Radio*

July 16, 2026                      /s/ Z.W. Julius Chen

Z.W. Julius Chen
D.C. Bar No. 1002635
Pratik A. Shah
D.C. Bar No. 497108
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
202-887-4000
chenj@akingump.com

*Counsel to the Public Broadcasting Service*
*and Northern Minnesota Public Television,*
*Inc. d/b/a Lakeland PBS*

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

5

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

July 16, 2026

*Counsel for the Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I electronically filed the foregoing Joint Stipulation of Dismissal of Certain Claims with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

Respectfully submitted,

*/s/ Miguel A. Estrada*