**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., et al., | |
| Plaintiffs, | Case No. 25-cv-1674-RDM |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

Pursuant to Local Rule 83.6(b), undersigned counsel Sean Skedzielewski respectfully files this notice of his withdrawal as counsel of record in the above-captioned matter. Mr. Skedzielewski is withdrawing from this matter because he is resigning from the United States Department of Justice. Defendants remain represented by other counsel of record from the United States Department of Justice in the matter.

DATED: August 7, 2026

Respectfully Submitted,

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
NY Bar No. 6112429
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
Tel. 202-307-1697
Sean.Skedzielewski@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing Notice with the

Clerk of the Court for the United States District Court for the District of Columbia by using the

CM/ECF system, which will serve a copy of the same on the counsel of record.

Respectfully submitted,

*/s/ Sean Skedzielewski*